**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Gerald Akari Angye, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, *et al.*,<br><br>*Defendants*. | Civil Action No.: 3:26-cv-01515 |

**[PROPOSED] ORDER GRANTING CLASS CERTIFICATION**

Plaintiffs Gerald Akari Angye, Navdeep, Erik Ivan Rodriguez Flores, and ZOR filed a Motion for Class Certification ("Motion"). The Court, having considered Plaintiffs' Motion and accompanying documents, all other papers on file in this action, and the parties' and counsels' arguments, hereby GRANTS the Motion.

The Court hereby finds that Plaintiffs' proposed Class satisfies all requirements of Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure; and

It further appearing and the Court finding that proposed Class Counsel will fairly and adequately represent the interests of the Class;

IT IS HEREBY ORDERED as follows:

1. Plaintiffs' Motion is granted.
2. Plaintiffs' counsel is appointed as lead counsel for the Class.
3. The Class is defined as follows:

All persons who are now, or in the future will be, in the legal custody of U.S. Immigration and Customs Enforcement ("ICE") and detained at ERO El Paso Camp East Montana ("Camp East Montana").

Dated: ________________________

_________________________________
UNITED STATES DISTRICT COURT JUDGE