**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-01515

**DECLARATION OF KYLE VIRGIEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, Kyle Virgien, hereby declare:

1. I am a Senior Staff Attorney with the in the National Prison Project ("NPP") of the American Civil Liberties Union Foundation ("ACLU"). I make this declaration to describe my qualifications and those of my colleagues to serve as counsel for the Proposed Class in this case. The following facts are based on my own personal knowledge, and if called as a witness, I could and would testify competently thereto.

**Kyle Virgien**

2. I am a member of the California bar, where I was first admitted to practice in 2011. I have been admitted to practice in the U.S. District Courts for the Northern, Central, Southern, and Eastern Districts of California and Eastern District of Texas, and the U.S. Courts of Appeals for the Second, Seventh, Ninth, and Federal Circuits.

3. I graduated from Harvard Law School in 2011 and clerked for the Hon. Raymond T. Chen of the U.S. Court of Appeals for the Federal Circuit. I was also a litigation associate at Latham & Watkins LLP and McDermott, Will & Emery LLP.

4. My legal practice focuses on the civil rights of people in immigration detention and other forms of detention, including conditions of confinement in immigration detention, jail, and prison.

5. I have served as lead or co-counsel in certified class actions challenging conditions of confinement on behalf of immigrant detainees, including *C.M. v. Noem*, No. 2:25-cv-00747 (M.D. Fla.) (provisional certification); *Gomez Ruiz v. ICE*, No. 1:26-cv-02546-JLT-CDB (E.D. Cal.) (provisional certification); *Luna Gutierrez v. Noem*, No. 1:25-cv-1766 (D.D.C.); *Barco Mercado v. Noem*, No. 25-cv-6568 (LAK) (S.D.N.Y.) (provisional certification); *Alcantara v.*

*Archambeault*, No. 3:20-cv-00756-DMS-AHG (S.D. Cal.) (provisional certification); and *Hernandez Roman v. Wolf*, No. 5:20-cv-00768-TJH-PVC (C.D. Cal.).

6. I have also served as lead or co-counsel in numerous additional cases involving conditions of confinement in immigration detention, including *M.A. v. Guthrie*, No. 2:25-cv-00765 (M.D. Fla.); *Americans for Immigrant Justice v. DHS*, No. 1:22-cv-03118-CKK (D.D.C.); *Espinoza Escalona v. Noem*, No 1:25-cv-00604 (D.D.C.); *Las Americas Immigrant Advocacy Center v. Noem*, No. 1-25-cv-00418 (D.D.C.); and *Jimenez v. ICE*, No. 1:23-cv-06343-RMI (N.D. Cal.), and lead or co-counsel in numerous Freedom of Information Act cases involving immigration detention.

7. I have also served as lead or co-counsel in certified class actions on behalf of people in criminal pre-trial detention, including *Hernandez v. County of Monterey*, 5:13-cv-02354-BLF; *Ahlman v. Barnes*, No. 8:20-cv-00835-JGB-SHK (C.D. Cal.); *Romero-Lorenzo v. Koehn*, No. 2:20-cv-00901-DJH-ESW (D. Ariz.); and *Fenty v. Penzone*, No. 2:20-cv-01192-SPL-JZB (D. Ariz.).

**Carmen Iguina Gonzalez**

8. My colleague Carmen Iguina González is Deputy Director for Immigration Detention of the ACLU National Prison Project, where she plans, manages, and helps direct litigation efforts and strategy on issues related to immigration detention.

9. Her experience includes litigation of groundbreaking civil rights matters across a broad range of issues, including immigrants' rights, criminal justice, reproductive freedom, and the rights of incarcerated people.

10. Ms. Iguina González graduated *magna cum laude* from Harvard University and New York University School of Law. She clerked for U.S. Supreme Court Justice Sonia

Sotomayor, Judge Stephen Reinhardt of the U.S. Court of Appeals for the Ninth Circuit and Judge Kiyo Matsumoto of the U.S. District Court for the Eastern District of New York.

11. At the ACLU National Prison Project, Ms. Iguina González has served as lead or co-counsel in a number of cases involving conditions of confinement in immigration detention where classes have been certified, including *C.M. v. Noem*, No. 2:25-cv-00747 (M.D. Fla.) (provisional certification); *Gomez Ruiz v. ICE*, No. 1:26-cv-02546-JLT-CDB (E.D. Cal.) (provisional certification); *Luna Gutierrez v. Noem*, No. 1:25-cv-1766 (D.D.C.); and *Barco Mercado v. Noem*, No. 25-cv-6568 (LAK) (S.D.N.Y.) (provisional certification). Ms. Iguina González has also served as lead or co-counsel in numerous additional cases involving conditions of confinement in immigration detention, including *Americans for Immigrant Justice v. DHS*, No. 1:22-cv-03118-CKK (D.D.C.); *Espinoza Escalona v. Noem*, No 1:25-cv-00604 (D.D.C.); and *Las Americas Immigrant Advocacy Center v. Noem*, No. 1-25-cv-00418 (D.D.C.)

12. Ms. Iguina González was a staff attorney at the ACLU of Southern California where she served as class counsel in the first case to establish a right to appointed legal representation for any group of immigrants facing deportation. *See Franco-Gonzalez v. Holder*, No. CV 10-02211 DMG DTBX, 2013 WL 3674492, (C.D. Cal. Apr. 23, 2013). She also served as counsel in other complex immigration and criminal justice related class actions. *See J.E.F.M. v. Holder*, 107 F. Supp. 3d 1119 (W.D. Wa. 2015), 837 F. 3d 1026 (9th Cir. 2016) (nationwide class action seeking government-appointed representation for children in their deportation hearings); *Alfaro Garcia v. Holder*, No. 14-cv-01775-YGR (N.D. Cal.) (nationwide class action on behalf of asylum seekers who faced months of detention while awaiting reasonable fear determinations); *Youth Justice Coalition v. City of Los Angeles*, No. 16-cv-7932 (C.D. Cal) (class action concerning use of gang injunctions in Los Angeles).

13. Ms. Iguina González was also a Senior Staff Attorney at the ACLU Immigrant Rights Project, where she also litigated immigrants' rights cases in federal court, with a focus on class action litigation on behalf of detained immigrants. *See, e.g.*, *Garland v. Aleman Gonzalez*, No. 20-322 (U.S.) (class action concerning right to bond hearing for detained immigrants); *Miranda v. Garland*, No. 20-1828 (4th Cir.) (class action challenge concerning procedural requirements applicable in immigration bond hearings); *Robes v. U.S. Dep't Homeland Sec.*, No. 21-cv-13117 (D.N.J.) (class action challenge concerning transfer of immigration detainees); *see also Ayom v. Garland*, No. 20-2274 (8th Cir.) (individual habeas petition concerning prolonged immigration detention); *Mayorkas v. Innovation Law Lab*, No. 19-1212 (U.S.) (challenge to Migrant Protection Protocols).

14. Ms. Iguina González was also an Associate at the Issues and Appeals practice of Jones Day, a Counsel at Hecker Fink LLP, the Director and Adjunct Professor for the Howard University School of Law Civil Rights Clinic, and an Adjunct Professor for the University of Minesota Law School Civil Rights Appellate Clinic.

**Rita Lomio**

15. My colleague Rita Lomio is Senior Counsel at the ACLU National Prison Project. Ms. Lomio is a member of the California bar, where she was first admitted to practice in 2007, and is an inactive member of the D.C. bar. She also has been admitted to practice before the U.S. District Courts for the Northern and Central Districts of California and the U.S. Courts of Appeals for the Fourth, Seventh, Ninth, District of Columbia, and Federal Circuits.

16. Ms. Lomio graduated *magna cum laude* from Harvard Law School in 2007. She clerked for the Honorable Ruggero J. Aldisert of the U.S. Court of Appeals for the Third Circuit. She worked as an associate at Mayer Brown LLP and as a Clinical Teaching Fellow and

Supervising Attorney at the Georgetown University Law Center, where she practiced before the federal appellate courts and Board of Immigration Appeals. Ms. Lomio also served as a Trial Attorney with the Civil Rights Division of the U.S. Department of Justice, Special Litigation Section, where she worked to improve conditions, including healthcare, in detention facilities.

17. Between 2016 and 2025, Ms. Lomio was a Staff Attorney and Senior Staff Attorney at the Prison Law Office, a nonprofit organization whose mission is to protect the rights of people in locked facilities, including people in prisons, jails, and immigration detention facilities. At the Prison Law Office, Ms. Lomio served as lead counsel or co-counsel in certified class actions challenging conditions of confinement in prisons and jails, including *Parsons v. Ryan*, 754 F.3d 657 (9th Cir. 2014) (Arizona prison system) (now captioned *Jensen v. Shinn*); *Armstrong v. Wilson*, 124 F.3d 1019 (9th Cir. 1997) (disability accommodations in California prison system) (now captioned *Armstrong v. Newsom*); *Plata v. Newsom*, C-01-1351 TEH (N.D. Cal 2001) (medical care in California prison system); and *Chavez v. County of Santa Clara*, No. 1:15-cv-05277-RMI (N.D. Cal. 2015) (Santa Clara County jail system).

**<u>Felipe De Jesús Hernández</u>**

18. My colleague Felipe De Jesús Hernández is an attorney admitted to practice before the courts of the State of California. He is a Staff Attorney at the ACLU National Prison Project. While at the ACLU National Prison Project, he has served as class counsel in *Gomez Ruiz v. ICE*, No. 1:26-cv-02546-JLT-CDB (E.D. Cal.) (provisional certification).

19. Mr. Hernández received his J.D. in 2020 from Harvard Law School and was admitted to the California State Bar in August 2021. He has been in good standing with the California State Bar since admission. He is also admitted to practice before the Central, Northern, and Eastern Districts of California, and the U.S. Courts of Appeal for the First, Fourth, Sixth, and

Ninth Circuits. In 2023, he was appointed to serve on the Criminal Justice Act ("CJA") Appellate Panel for the U.S. Court of Appeals for the Fourth Circuit and, in 2024, he was appointed to serve on the CJA panel for the Sixth Circuit.

20. Prior to joining the ACLU National Prison Project in October of 2025, Mr. Hernández clerked for Judge Roger L. Gregory on the U.S. Court of Appeals, Fourth Circuit and Judge Raymond A. Jackson on the U.S. District Court, Eastern District of Virginia. Then, Mr. Hernández was a Harvard Law Review Fellow in the MacArthur Justice Center's Appellate and Supreme Court Program, where he brought constitutional appeals and cert petitions to end solitary confinement.

21. Following his fellowship, Mr. Hernández was an associate at Munger, Tolles, and Olson where he worked some of the most high-profile matters related to civil rights violations in California prisons, advocating for the end of the death penalty in California, accountability for maintaining inadequate juvenile detention centers and police accountability reform. Mr. Hernández was lead counsel in *Ahn v. GEO Group, Inc.*, No. 1:22-cv-00586-CDB (E.D. Cal. 2025), which was a wrongful death lawsuit related to the use of solitary confinement in an immigration detention center.

**Elisa Epstein**

22. My colleague, Elisa Epstein, is an attorney admitted to practice in the State of Illinois. She is an Equal Justice Works Legal Fellow with the ACLU National Prison Project. While at the ACLU National Prison Project, she has served as class counsel in cases involving the rights of incarcerated people, including *Kingdom v. Trum*p, No. 1:25-CV-691-RCL (D.D.C. 2025) and *Duvall v. Moore*, No. CV MJM-94-2541 (D. Md. 2015).

23. Ms. Epstein received her J.D. from the University of Chicago Law School in 2024 and was admitted to the Illinois State Bar in November 2024. She has been in good standing with the Illinois State Bar since her admission. She is also admitted to practice in Colorado and in the U.S. Court of Appeal for the Third Circuit.

24. The lawyers at the ACLU National Prison Project who are counsel in this case are collectively counsel in 8 active cases in which class allegations have been made: *Luna Gutierrez v. Noem*, No. 1:25-cv-1766 (D.D.C.); *Kingdom v. Trum*p, No. 1:25-CV-691-RCL (D.D.C. 2025); *Duvall v. Moore*, No. CV MJM-94-2541 (D. Md. 2015); *C.M. v. Noem*, No. 2:25-cv-00747 (M.D. Fla.) (provisional certification); *Gomez Ruiz v. ICE*, No. 1:26-cv-02546-JLT-CDB (E.D. Cal.) (provisional certification); *Barco Mercado v. Noem*, No. 25-cv-6568 (LAK) (S.D.N.Y.) (provisional certification); *Las Americas Immigrant Advocacy Center v. Noem*, No. 1-25-cv-00418 (D.D.C.) (class certification motion pending).

25. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2026, in Kensington, CA.

_*/s/ Kyle Virgien*______________
Kyle Virgien