**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-01515

**DECLARATION OF JAMES L. DAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, James L. Day, hereby declare:

1. I am a partner with the law firm of Farella Braun + Martel LLP ("Farella"). I make this declaration to describe my qualifications and those of my colleagues to serve as counsel for the Proposed Class in this case. The following facts are based on my own personal knowledge and information provided to me by my colleagues identified herein, and if called as a witness I could and would testify competently thereto.

2. The lawyers at Farella who are counsel in this case are not currently counsel for a class or putative class in pending cases in which class allegations have been made.

**James Day**

3. I am a member of the California bar, where I was first admitted to practice in 1998. I have been admitted to practice in the U.S. District Courts for the Northern, Central, Southern, and Eastern Districts of California and Western and Eastern Districts of Texas, and the U.S. Courts of Appeals for the Ninth and Federal Circuits.

4. I graduated magna cum laude from the University of California College of Law, San Francisco (formerly U.C. Hastings) in 1998. I was a litigation associate and later a partner at Latham & Watkins LLP from 1998 until I joined Farella as a partner in 2015.

5. My legal practice has focused on complex civil litigation primarily involving intellectual property and high-technology disputes. I am the chair of Farella's Intellectual Property Litigation practice group.

6. I have been lead or co-counsel in litigation involving patents, trade secrets, trademark, copyright, breach of contract, unfair competition, employment claims, and civil rights. For example, I was lead counsel in a prisoner civil rights case captioned *Graham v. Runnels, et al.*, Case No. 2:07-cv-02291-CKD (E.D. Cal.). I am currently lead counsel in district court lawsuits

on behalf of companies including Comcast Corporation, NBCUniversal Media LLC, Adobe Inc., and Akamai Technologies, Inc.

7. A more detailed accounting of my credentials and accomplishments can be found at https://www.fbm.com/james-l-day/.

**Cynthia Castillo**

8. My colleague, Cynthia Castillo, is a member of the Texas Bar, where she was first admitted to practice in 2015, and the California bar, where she was first admitted to practice in 2017. She has also been admitted to practice in the U.S. District Courts for the Northern and Central Districts of California.

9. Ms. Castillo graduated from the University of Virginia School of Law, where she served as a Notes Editor on the Virginia Law Review. Following law school, Ms. Castillo clerked in the U.S. District Court for the Western District of Texas from 2014-2015 for the Honorable Philip R. Martinez.

10. Following her clerkship, Ms. Castillo practiced as a litigation associate at Baker Botts LLP in Houston, Texas and Kirkland & Ellis LLP in San Francisco California. She joined Farella as an associate in 2018, and she was elevated to the partnership in 2024.

11. Ms. Castillo's legal practice focuses on a broad range of complex civil litigation. She has represented both plaintiffs and defendants in class actions in federal and state court, including the following representative matters: *Grace v. Apple, Inc.*, Case No. 17-cv-0055, filed in the Northern District of California; *Cambridge Lane v. JM Manufacturing, Inc.*, Case No. 10-cv-06638, filed in the Central District of California; *Komaiko v. Baker Technologies, Inc.*, Case No. 19-cv-03795, filed in the Northern District of California; and *Noakes v. L'Oréal USA, Inc.*, Case No. 24-cv-02735, currently pending in the Southern District of New York.

12. A more detailed accounting of Ms. Castillo's credentials and accomplishments can be found at https://www.fbm.com/cynthia-castillo/.

**Hilary Krase**

13. My colleague, Hilary Krase, is a member of the California bar, where she was first admitted to practice in 2017. She has also been admitted to practice in the United States Supreme Court, the U.S. District Courts for the Northern, Southern, Central, and Eastern Districts of California, Eastern District of New York, and the U.S. Courts of Appeals for the Ninth and Fourth Circuits.

14. Ms. Krase graduated order of the coif from the University of California, Berkeley Law in 2017. Following law school, Ms. Krase clerked in the U.S. District Court for the Central District of California from 2017 to 2018, prior to joining Farella as a litigation associate in 2018. During law school, she externed in the U.S. District Court for the Northern District of California.

15. Prior to law school, Ms. Krase served as a paralegal from 2012-2014 at the ACLU's National Prison Project where she supported class action litigation to improve conditions of confinement.

16. Ms. Krase's legal practice focuses on complex civil litigation including litigation related to business disputes between members, partners, or shareholders of closely held corporations as well as appellate work. She has experience in cases involving breach of contract, unfair competition, and employment claims. She also has experience with class action litigation, having defended against a class action lawsuit in California state court as well as having previously represented named-plaintiffs in an antitrust suit in the U.S. District Court for the Northern District of California.

17. A more detailed accounting of Ms. Krase's credentials and accomplishments can be found at https://www.fbm.com/hilary-c-krase/.

**Raven Quesenberry**

18. My colleague, Raven Quesenberry, is a member of the California bar, where she was first admitted to practice in 2022. She has also been admitted to practice in the U.S. District Courts for the Northern and Central Districts of California, the Eastern and Western Districts of Texas, and the U.S. Court of Appeals for the Circuit of the District of Columbia.

19. Ms. Quesenberry graduated from Stanford Law School in 2022. During law school, Ms. Quesenberry was a student attorney in Stanford's Immigrants' Rights Clinic and a law clerk at Legal Aid at Work. She was also a member of the Stanford Prisoner Advocacy and Resources Coalition and the Stanford chapter of the National Lawyers Guild. Ms. Quesenberry joined Farella as a litigation associate in 2022.

20. Ms. Quesenberry's legal practice focuses on complex civil litigation including intellectual property and other commercial disputes. Ms. Quesenberry has experience in all aspects of civil litigation from complaint through trial. She has briefed and argued dispositive and other pretrial motions in federal and state court lawsuits.

21. A more detailed accounting of Ms. Quesenberry's credentials and accomplishments can be found at https://www.fbm.com/raven-quesenberry/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information and belief and that this declaration is executed on the date below at San Francisco, California.

Dated: May 29, 2026

/s/ *James L. Day*
James L. Day