# DECLARATION OF JESUS ALFONSO FERNANDEZ-GASTELUM

I, Jesus Fernandez-Gastelum, hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct:

1. My name is Jesus Alfonso Fernandez-Gastelum. I am 39 years old and am from Mexico.
2. I am currently detained at the Camp East Montana ICE Detention Center, located at Fort Bliss in El Paso, Texas. I have been detained at this facility since on or about November 11, 2025.
3. Before I was detained by ICE, I lived in New Mexico.
4. At Camp East Montana, I am currently held in the housing tent Delta-6. There are approximately 50 people in Delta-6. The housing tent is not made out of solid walls like concrete. Instead, it seems to be made from a sort of tarp material with metal tubes and pillars. There is a lot of windiness and air from the outside that gets in. As a result, dust fills the housing tent. The dust doesn't just come from below. It comes from up top, bottom, and any exposed part of the tarp. The dust causes me to experience allergies. Many of us, myself included, experience sniffles, congestion, and have a hard time breathing as a result of the dust. There is also always some sort of noise outside the tent, like trucks bringing supplies to the camp and construction happening.
5. We have to maintain the housing area by cleaning it ourselves. Usually, we take shifts to clean the housing area. The toilets routinely get clogged. In addition, water from the toilets and shower floods into the housing area from the bathroom area. A small sewage drain was installed, but the water continues to flood into the housing area. Sometime around the end of January, there were pest control issues. People killed a rat that was running around.
6. Since I have been detained at Camp East Montana, I have faced many problems with medical, dental, and mental health care. During the intake process, no one asked me about whether I have any chronic conditions when I arrived at Camp East Montana. In addition, no mental health screening was conducted.
7. I suffer from HIV. I require a daily pill called Biktarvy to manage my condition. My health depends on taking the medication.

8. I notified a guard at Camp East Montana that I have HIV after approximately two weeks at Camp East Montana. I believe it was only after he spoke with his supervisor that a medical professional came to screen me. I believe over a week passed before I received my medication. However, when the pills ran out, I learned that my prescription had not been refilled. I once again went approximately over one week without receiving my medication. I felt worried when I was not receiving it. I depend on my daily dose of Biktarvy to keep my immune system functioning and working well. As a result of not receiving my medication, I felt very sick and I experienced very heavy chills and felt weak.
9. I feel anxious about the possibility that the facility may not refill my medication on time again. Without my medication, I am prone to getting sick from others. There is always someone in my housing area feeling sick or with symptoms of sickness. I am not worried about being around them when I am reliably receiving my medication, but the risk of not receiving my medication on time worries me.
10. I understand there are measles cases at this facility right now. I am not sure if I am vaccinated against measles.
11. I was previously housed in Charlie-2 where I was treated poorly by a guard. There, a guard knew about my condition and that guard told my housing mates about the fact that I have HIV. He then had them vote on whether I should be removed from the housing unit because I have HIV. I felt sad, frustrated, and helpless about this treatment. I was ultimately removed from Charlie-2.
12. Toward approximately the end of 2025, I had severe pain in my molar. There were days when my head felt pain all over and the left side of my face where my molar felt swollen. It felt like I was holding an apple inside my cheek on that side of my face. It was red, swollen, and plump. During this time, I asked for medical care verbally and through the sick call forms approximately three times a week for approximately two months. It took until sometime around early February for me to receive care in the form of removing my molar in a medical tent located on-site at Camp East Montana. I did not receive any medication to handle the post-operative pain.
13. I have experienced many problems with mental health care while detained at Fort Bliss. I requested multiple times to have a mental health screening. I have been feeling awful here. There are many days when I don't want to do anything at all. I experienced trauma

before even arriving here that has caused me to experience challenges with my mental health and I now feel even more powerless being here. I finally received a mental health screening and am now receiving medications for anxiety and to help me sleep. I requested to see a therapist approximately mid-February and I am still waiting to speak to a therapist.

14. Since I have been detained at Camp East Montana, I have rarely experienced outdoor recreation. We went outside for recreation for approximately an hour on or around February 20th or 21st, 2026. Before that, we had not been outside for approximately fifteen days. The area where they take us outside for recreation is roofed. You cannot see the sky when you look up. The sides of the recreation area have a schoolyard-type net and there is a light that comes in from the side. The ground is artificial turf. Usually at least a week passes before we are allowed to go to the recreation area.
15. There is a limited library at this facility with pamphlets and some other recreational books, but you can't take them with you to your room. It's not clear how, if at all, we are able to use any legal resources for our case. There is a computer in the library area, but we can't access anything except an ICE page.
16. The food here does just enough to keep me alive, and nothing more. There is never enough food. The portions are always too small. We never get full. The food has little to no flavor. I eat it to avoid starving. One of my housing mates in one of the housing units I was in before who was sleeping right next to me got chicken, beans, and greens on or around February 23, 2026. Both the chicken and the beans appeared to be spoiled and the chicken appeared raw or severely undercooked. The beans had worms in them that I saw with my own eyes. I did not want to eat anymore after seeing that. I felt disgusted.
17. I feel helpless here. I do not understand what is happening, why I am here, and if and when I will be able to be released.

Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the 02 of March, 2026 in El Paso, Texas.

Signature: ______________________________

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Perla Alvelais, certify that I am fluent in both English and Spanish. On 3/2/26, I personally spoke with Jesus Ferdandez-Gastelum and read the foregoing declaration to him, translated into Spanish faithfully and accurately. Jesus Fernandez-Gastelum affirmed that s/he understood my translation and that the information in the above declaration is true and accurate.

Due to Jesus Fernandez-Gastelum's detention, it was not possible to obtain a written signature on the declaration. In addition to confirming the information on the above declaration is true, Jesus Fernandez-Gastelum also gave me verbal consent to sign on his/her behalf.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Signed: [signature] Date: 3/2/26

NAME: Perla Fabiola Alvelais