# DECLARATION OF UEG

**DECLARATION OF [redacted]**

I, [redacted], hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. My name is [redacted]. I am [redacted] years old and I was born in [redacted].

3. I am currently detained at the Camp East Montana ICE Detention Center, located at Fort Bliss in El Paso, Texas. I have been detained at Camp East Montana since March 21, 2026. Immediately before I came to Camp East Montana, I was at the Torrance County ICE Detention Facility. I have been in immigration detention since March 2024.

4. When I first got to Camp East Montana, I spent a long time waiting to get through the intake process. I arrived in the evening around 8:00pm. We had to sit and wait for a long time. Some people were already very exhausted and fell asleep in the waiting room, laying down on the floor. There were no blankets or pillows, only the clothes that we came into the facility with. We all had to sleep on the floor because there were so many of us and everybody was tired and wanted to lay down. There were a few metal benches but not all of us could fit on those benches. All that they gave us for food was a sandwich. Around 11:00pm, a guard came in who made us our identification badges. The guards came around a few times and shouted at us that we couldn't sleep on the floor but there wasn't anywhere else for us to sleep and so people would go back onto the floor after the guard closed the door or left. I saw a medical person very early in the morning the next day, around 6:00am or so. The exam was in the same waiting room that we were all in together and so I could see and hear everyone else's medical exams and they could see and hear mine. It didn't even feel like a medical exam. All that they did was take my blood pressure and write down the numbers. Then they asked if I had any issues with my teeth. That was all that happened during that exam. After the exams, they took me and the other people to our assigned rooms and we went to sleep because there was nothing else to do at that time.

5. I have not received a TB test since I've been at Camp East Montana. I know what the TB test looks like because I've had it done at other immigration detention facilities that I've been in. Nobody has given me a TB test since I got here and I didn't see anyone else get a TB test during the intake process.

6. There are too many people packed together at Camp East Montana. When people come with sickness, everyone in the pod gets sick. Right now, almost everybody has cold symptoms. Everyone is coughing, sneezing, and has congestion or a fever. Even the security guards seem sick. I had a fever myself when I first got this sickness. I tried to put in a request for medical care and it took two days until I got a response. Imagine someone

having a fever and not getting care for two days, of course the symptoms change during that time. They didn't provide any care when I needed it.

7. I am a professional athlete. I run marathons and other races. Since being in immigration detention, I now have to use an inhaler to help me breathe. I was prescribed the inhaler when I was at the Torrance County ICE Detention Facility but I rarely used it while I was there. They prescribed me the inhaler because my exercise and activity level had changed and that change caused me to need an inhaler occasionally, especially in the wintertime. But, I didn't need it that much when it was first prescribed because the space at Torrance was big enough to accommodate going to the gym and doing sports like basketball sometimes. Since being transferred to Camp East Montana, I use the inhaler 3 or 4 times a week. I have to use it more at Camp East Montana because there is so much wind and dust and because I can no longer exercise as frequently as I am accustomed to. I have never had any problem with asthma or breathing until I got to immigration detention.

8. We go out for recreation for one hour every day. I don't see the sun when I go to recreation because they bring us to a fenced area that has a covering on top. You can't really see through the fence. It lets some air come through but you can't see clearly to the outside. So, it's not really outside and the air does not feel fresh. When I first got to the facility, in late March, until around April 20, we went outside for recreation and I saw the sun and sky during that one hour of recreation. Since around April 20, we only go to recreation in a covered indoor-like area. We requested to go back to the uncovered room and to see the sun like we used to do but the guards refused. I think this might be because of the new guard contractor.

9. Besides for the one hour that we go for recreation, I spend the rest of my time in the housing unit. Sometimes we play card games or watch TV but there isn't really anything to do. There aren't enough chairs for everyone so we're usually sitting on our beds.

10. The tents that we are housed in are not real buildings and it makes me worried for my safety. There are no windows. That doesn't feel very humane to me. There is only one exit door from the housing unit. What if there is a fire? That is very unsafe. When the wind blows very hard, you can hear it very loudly and it is unbearable. I have trouble sleeping or resting when the wind is blowing. Sand and dust is always coming into the unit. There is no privacy. It is an open layout room and I can hear the people around me clearly because the dividers between the housing units don't go up to the ceiling.

11. Most of the other detained people speak Spanish. I don't speak any Spanish, so it's hard to communicate with other people. My native language is Kinyarwanda, and I also understand some English and French. I have never been provided with a translator or interpreter. I just have to use my poor English. I wish that they would provide an interpreter because without one my understanding is much more limited. I have no other

choices because they do not provide any language interpretation for me. I'm trying to learn Spanish now so that I can speak to other people here.

Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Kinyarwanda, a language in which I am fluent.

Executed on the 28 of May, 2026, in El Paso, Texas.

Signatu[redacted]_______________________________.

# ATTESTATION AND CERTIFICATE OF TRANSLATION

I, [redacted] certify that I am fluent in both English and Kinyarwanda. On [redacted] I personally spoke with [redacted] and read the foregoing declaration to him, translated into Kinyarwanda faithfully and accurately. [redacted] affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

[redacted]