# ZOR
# SUPPLEMENTAL DECLARATION

**DECLARATION OF [redacted]**

I, [redacted], hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am participating in this lawsuit because we have rights and deserve better conditions. I do not believe the U.S. government should be subjecting people to the harsh and dangerous conditions I am experiencing at fort bliss.

2. I understand that as a class representative in this case, I would represent people who are currently in detention at Camp East Montana, as well as people who will be detained at Camp East Montana in the future.

3. I understand that, as a class representative, I represent the interests of all class members in this lawsuit and that it is my responsibility to represent the interests of each class as a whole and not just my own personal interests.

4. I understand that, if the Court certifies this case as a class action, my duty to be a class representative continues until the Court decides this case is no longer a class action, or the case is over.

5. I understand and accept that any resolution of the lawsuit, for example by settlement and dismissal, is subject to Court approval and must be in the best interests of the class as a whole.

6. I understand that, by agreeing to become a class representative, I have a duty to take steps to help move the case forward, which I will do with my attorneys. I know that I must attend court if necessary; provide information to my attorneys that they feel is necessary for the case; give them documents I have if it is required; testify at a deposition or trial if necessary; and provide my attorneys with my contact information and current whereabouts because it may be necessary for them to contact me on short notice.

7. I understand that I am volunteering to represent many other people detained at Camp East Montana with similar claims involving conditions at Camp East Montana. I believe it is important for nobody to be subjected to these conditions.

8. Everything in this declaration is true and correct to the best of my knowledge and recollection.

Executed on the 28 of May 2026 in El Paso, Texas.

Signature: [redacted]

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, [redacted], certify that I am fluent in both English and Spanish. On [redacted] I personally spoke with [redacted] and read the foregoing declaration to him, translated into Spanish faithfully and accurately. [redacted] affirmed that s/he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

[redacted]