## DECLARATION OF CHRISTINA VILAY

I, Christina Vilay, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is Christina Vilay. I have been a Certified Medical Assistant for 37 years.

2. I first met Oudone ("Don") Lothirath around 2022 when he began to volunteer at the temple that my husband and I were involved with. Over the last four years, he became a good friend and I cared for him deeply.

3. Don had a lot of complex and serious medical conditions. He was diagnosed with anaplastic ALK-negative large cell lymphoma in 2024 and undergoing regular care and monitoring, including chemotherapy. He was an insulin-dependent diabetic. His heart was also weak and he had a defibrillator pacemaker since around 2011.

4. I became his Personal Care Assistant around July 2025. As his cancer got worse, I helped him go to his appointments, organize and administer his medications, and provided other support. I also had medical power of attorney for Don as of January 2026.

5. Don was arrested at his home by ICE officers on a Tuesday in early January 2026. He was fairly independent at that time; he lived by himself, and I did not speak to him every day. I found out that Thursday that he had been taken by ICE. I had gone to his apartment to check on him and didn't find him at home. I found him using the ICE locator online and saw that he was located at the Camp East Montana ICE Detention Facility at Fort Bliss in El Paso, Texas.

6. When I learned that he was in ICE custody, I was very concerned that he would not receive the life-sustaining care he needed to manage all of his complex medical needs. I immediately contacted his oncologist and asked for a letter explaining how sick he was and that he urgently needed care. Don was supposed to start a new round of chemotherapy the day that we learned that he had been taken.

7. On January 9, 2026, Don's oncology team prepared a letter which stated: "Mr. Oudone Lothirath has been under M Health Fairview Health Systems care since August 2024 for anaplastic ALK-negative large cell lymphoma, requiring ongoing care, monitoring and treatment for this life-limiting, aggressive diagnosis. Without this, he will succumb to the disease."

8. I tried to call the phone numbers listed on the Camp East Montana ICE website but could not get through to anybody or leave a voicemail. On January 10, 2026, I emailed elpaso.outreach@ice.dhs.gov, attaching the January 9, 2026 letter from Don's oncologist team. In that email, I wrote: "Looking for any information on how this detainee doing as

he is currently battling terminal cancer has a pacemaker and diabetes, and still has an access port in his chest. Have been unable to get a hold of anybody and the number that's listed on the website as it goes to a phone number that says that this number does not have a voicemail set up, but does not identify any other information. … Thank you for any information that you provide including if Oudone is able to get any medical care while in custody?" A true and correct copy of the email I sent, including the attachment, is attached hereto as **Exhibit A**.

9. On January 13, 2026, I received an email from Angel Garite, ICE Assistant Field Office Director for the El Paso Field Office – Camp East Montana, that said: "Mr. Oudone will be sent back to St. Paul this week and will be released due to his current medical condition, he will pending a travel document to his home country and will need to report to his non detained officer." A true and correct copy of the email I received from Mr. Garite is attached hereto as **Exhibit B**.

10. On January 16, 2026, Don returned to Minneapolis. My husband and I picked him up from the immigration office that evening. It was shocking to see how ill Don appeared when we picked him up. He could barely speak or walk and his throat was parched because, he told us, he had not received any water in transit.

11. We brought him back to our house, and he told us that he had not received any medical care while he was in ICE detention. Don told us that when he arrived at Camp East Montana, nurses made him take his shirt off and confirmed he had a defibrillator and port, but that they didn't do anything and just chatted amongst themselves. He said that he never received any insulin or other medication, including his heart medication, while at Camp East Montana, and he didn't receive chemotherapy. He told us when he was arrested, the ICE agents let him gather a week's supply of his medication, but he was not allowed to take it at Camp East Montana. He told us that he was put in a housing unit with dozens of other people and said that all he ate was rice and beans every day, three times a day. He said that he struggled to stay awake or eat while he was in detention, and that people had to wake him up to eat. I think that may have been because of his poorly managed medication condition – high glucose and low hemoglobin can make you feel fatigued and just want to sleep.

12. Don told us that the immigration officials had attempted to put him on the plane multiple times that week but that he had been deemed too unstable to fly each time. He said that his glucose was too high and that they had sent him to the emergency room in El Paso but didn't provide any treatment. Over the course of three days, he said that he had been sent back and forth between the airport and Camp East Montana multiple times until they decided that his blood sugar was at an acceptable range to travel. Don thought that he was being deported to Laos and didn't know that he was returning to Minnesota.

13. I monitored Don that evening and the next day to see if his condition would improve once he was taking his medications again. He was not improving so my husband and I took him to the emergency room. At the emergency room, they told us that he was anemic, septic, had high blood sugar, and needed a blood transfusion.

14. He had to miss another week of his chemotherapy regimen because he was too sick to undergo the treatment. That was the third week he had missed of the chemotherapy since being picked up by ICE.

15. The following week, he was able to undergo one session of chemotherapy. After that, his condition continued to worsen and he was hospitalized for nearly a week. The cancer had entered his bone marrow and he was no longer eligible for the chemotherapy that his cancer had been responsive to. The hospital sent him home on hospice.

16. Don came back to our home after he was discharged from the hospital on hospice care. I took care of him until his death. Don died on April 30, 2026.

17. I'm submitting this declaration because if what happened to him can help make things better for others, I want to try. That was important to him. Don wanted people to know how he had been treated while he was in detention and didn't want anyone else to be treated like he was. He spoke with journalists from the Star Tribune and Independent in the hopes that his story might help others from suffering the same fate.

18. We expected to have so much more time with Don. I believe that the stress on his body from not receiving any care while he was detained and missing his chemotherapy appointments cut his life short significantly. Before he was picked up by ICE, his chemotherapy regimen was working and it was keeping his cancer at bay. He was living independently. When he returned to us in Minnesota, he was so much more sick and the cancer had progressed. He was in pain for much of his last months after leaving immigration detention. He should have had a longer life.

Everything in this declaration is true and correct to the best of my knowledge and recollection.

Executed on the 27 of May, 2026, in Minneapolis, MN.

Signature: [signature]

# EXHIBIT A

Good evening

Please forward to corresponding officer for response. Thank you.

---

**From:** Christina Vilay <cvilay68@gmail.com>
**Sent:** Saturday, January 10, 2026 10:40 AM
**To:** El Paso.Outreach <ElPaso.Outreach@ice.dhs.gov>
**Subject:** A023896019 Oudone Lothirath

You don't often get email from cvilay68@gmail.com. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Looking for any information on how this detainee doing as he is currently battling terminal cancer has a pacemaker and diabetes, and still has an access port in his chest.

Have been unable to get a hold of anybody and the number that's listed on the website as it goes to a phone number that says that this number does not have a voicemail set up, but does not identify any other information.

Have been unable to speak with the detainee To know what is going on with him and what his decision has been as to his case moving forward.

Trying to find out any information that I can for his family, especially his mother, as she is very ill as well and speak a little English, so obviously unable to figure this out on her own.

Thank you for any information that you provide including if Oudone is able to get any medical care while in custody?

Christina Vilay

M HEALTH FAIRVIEW MASONIC CANCER
CLINIC
909 FULTON STREET SE
MINNEAPOLIS MN 55455-4800
Phone: 612-676-4200
Fax: 612-676-4004

M HEALTH FAIRVIEW

1/9/2026

Oudone D Lothirath
2617 Blaisdell Ave S Apt 2004
Minneapolis MN 55408

To Whom it May Concern

*Mr. Oudone Lothirath has been under M Health Fairview Health Systems care since August 2024 for anaplastic ALK-negative large cell lymphoma, requiring ongoing care, monitoring and treatment for this life-limiting, aggressive diagnosis. Without this, he will succumb to the disease.*

Sincerely,

Nicole Weis, Senior Director Cancer Care Service Line M Health Fairview
Naomi Fujioka, MD, Medical Director Cancer Care Service Line M Health Fairview

Electronically signed



CAUTION: This email originated from outside of the Allina Health network. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# EXHIBIT B

Outlook

[External Mail] Fwd: FW: A023896019 Oudone Lothirath

[redacted]

---------- Forwarded message ---------
From: **Garite, Angel C.** <Angel.C.Garite@ice.dhs.gov>
Date: Tue, Jan 13, 2026 at 9:23 PM
Subject: FW: A023896019 Oudone Lothirath
[redacted]

Good evening,

Mr. Oudone will be sent back to St. Paul this week and will be released due to his current medical condition, he will pending a travel document to his home country and will need to report to his non detained officer.

Thank you,

**Angel Garite**

Assistant Field Office Director

El Paso Field Office – Camp East Montana

Enforcement and Removal Operations

U.S. Immigration Customs Enforcement

---

**From:** El Paso.Outreach <ElPaso.Outreach@ice.dhs.gov>
**Sent:** Sunday, January 11, 2026 4:43 PM

**Subject:** FW: A023896019 Oudone Lothirath