**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Gerald Akari Angye, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, et al.<br><br>*Defendants.* | Case No. 3:26-cv-1515-MV |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND TO SEAL DECLARANTS' IDENTITIES**

Before the Court is Plaintiffs' Motion for Leave to Proceed Under Pseudonym and to Seal Declarants' Identities. Upon consideration of the motion, and for good cause shown, this Court hereby **GRANTS** the Motion.

1) This Court hereby **ORDERS** that Plaintiff ZOR and declarants NYG, SNM, PKP, UEG, LLH, RES, HOK, CCD and JLE may proceed under pseudonym, and any identifying information of those individuals filed in the public record must be redacted.

2) This Court hereby **ORDERS** that Plaintiffs may disclose Plaintiff ZOR and declarants NYG, SNM, PKP, UEG, LLH, RES, HOK, CCD and JLE's identities to the Court under seal, and to Defendants under a protective order agreed upon by Plaintiffs.

**IT IS SO ORDERED.**

Signed this ___ day of ______, 2026

______________________________________
UNITED STATES DISTRICT JUDGE