**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY**

Plaintiffs Gerald Akari Angye, Navdeep, Erik Ivan Rodriguez Flores, and ZOR filed a Motion for Expedited Discovery. The Court, having considered Plaintiffs' Motion and accompanying documents, all other papers on file in this action, and the parties' and counsel's arguments, finds good cause to grant Plaintiffs' motion.

IT THEREFORE IS ORDERED that Plaintiffs' motion is GRANTED.

IT IS FURTHER ORDERED that within 48 hours of the entry of this Order, Plaintiffs shall provide Defendants with a list of no more than 25 people who are or were detained at Camp East Montana. For all people on the list who are still alive, Plaintiffs shall provide Defendants with a signed release authorizing release of medical records to counsel for Plaintiffs.[1] The release may be signed electronically or with a wet signature.

[1] Plaintiffs have offered to provide Defendants with signed releases from people who are still alive, while not conceding that such releases are necessary. The Court does not take a position on

IT IS FURTHER ORDERED that Defendants shall produce within seven calendar days of receiving the list from counsel for Plaintiffs, for each person on the list, the complete medical record file kept by Camp East Montana from the date of the person's first admission to Camp East Montana to the date of the person's release from Camp East Montana or the date that the records are produced to counsel for Plaintiffs, whichever is earlier. These records shall include medical, dental, and mental health records, as well as any records provided by hospitals or any outside medical care provider to Immigration and Customs Enforcement or the Department of War (previously called Department of Defense), or their contractors or agents. For people who have been detained at Camp East Montana more than one time, Defendants shall produce the complete medical record file from each stay.

IT IS SO ORDERED.

Signed this ___ day of ______, 2026.

____________________________________

HON. LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE

whether such releases are required but will direct Plaintiffs in this instance to provide such releases.