# DECLARATION OF SARAH OWINGS

I, Sarah Owings, hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct.

1. This declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. My name is Sarah Owings. I am an immigration attorney located in Atlanta, Georgia. I am licensed to practice by the Supreme Court of Georgia (Georgia Bar Number 147507).

3. I have practiced immigration law exclusively 2007 and I have represented detained foreign nationals in numerous immigration detention centers in the United States throughout my career.

4. I have been representing an individual held at the Camp East Montana facility in El Paso TX since March of 2026.

5. During my representation, I obtained a signed HIPAA release from my client for the acquisition of his medical records from the Camp East Montana facility. These requests are routine in the process of representing foreign nationals in detention, as documentation of medical conditions is often relevant to the pursuit of immigration relief as well as to verify the provision of appropriate medical treatment in custody.

6. Normally these releases can be transmitted to and from the facility for client signature electronically via facsimile, however I was informed by staff at the Camp East Montana facility that electronic communication is not permitted in any form and only traditional mail is permitted. Therefore, the signed release for this urgent request was transmitted to and from my client via Federal Express.

7. Upon receiving the signed release via Federal Express, I contacted the number provided on the Immigration and Customs Enforcement website for the Camp East Montana facility, to inquire about the appropriate staff contact for submission of this request and to coordinate the production of the related medical records. During the phone call, I was informed by the woman that answered the telephone that Camp East Montana "does not have any way to transfer calls to the medical unit" and that "the medical unit is separate and not connected to the facility."

8. I inquired about being transferred to the appropriate staff contact at Camp East Montana to clarify the appropriate method for delivery of the signed HIPAA release, but was told that they cannot transfer calls and there are no other phone numbers available for contacts

within the facility. I requested to speak to a supervisor, and requested the name of the contract provider of medical services so that I could search for them independently, but was refused.

9. Instead the receptionist provided a telephone number to "contact ICE about it." The number she provided was I-800-898-7180. I immediately recognized this number, as I have been dialing it routinely throughout my career. It is the number for the Executive Office for Immigration Review's Automated Case System. The EOIR is a component of the Department of Justice, not the Department of Homeland Security, and that phone number is an automated system for checking the case status of an immigration removal proceeding, including an upcoming hearing's date and time, decision and appeal information, and asylum clock status. There is no opportunity to speak to a live representative and there is no information regarding ICE or immigration detention centers.

10. I immediately informed the receptionist at Camp East Montana that the number was not affiliated with ICE. She replied that it is the only number they are authorized to distribute to the public.

11. I have not been able to determine the appropriate method for submitting medical records requests to the facility.

Everything in this declaration is true and correct to the best of my knowledge and recollection.

Executed on the 28th day of May, 2026 in Atlanta, Georgia.

Signature: ____________________