**DECLARATION OF JEFFREY E. KELLER**

I, Jeffrey E. Keller, declare as follows:

1. I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify thereto. I make this declaration in support of Plaintiffs' Motion for Expedited Discovery.

2. I am a board-certified physician with extensive experience overseeing the delivery of medical care in detention facilities, including as the Medical Director and CEO of Badger Correctional Medicine from 1997-2021, which provided medical and mental health services to people incarcerated in 17 Idaho jails and juvenile facilities. I previously was the President of the American College of Correctional Physicians, and I received the Armond Start Award of Excellence in 2020 from the American College of Correctional Physicians. I also was awarded the B. Jaye Anno Award of Excellence in Communication by the National Commission on Correctional Health Care in 2023.

3. I have been retained by counsel for Plaintiffs in this case to opine on the adequacy of healthcare provided to people incarcerated at Camp East Montana, an immigration detention facility located at Fort Bliss in El Paso, Texas.

4. I have done many such evaluations in the past. I am currently an independent monitor of the medical care provided at the Fulton County Jail in Atlanta, Georgia, and the Fresno County Jail in Fresno, California. *See United States v. Fulton County*, No. 25-CV-0024 (N.D. Ga.); *Hall v. County of Fresno*, No. 11-CV-2047 (E.D. Cal.).

5. When I am doing an evaluation such as this, broadly speaking, I look at, among other things, continuity of care (including whether medically necessary treatments continued once a person is incarcerated), acute care (are people with acute medical problems seen in a timely manner and treated appropriately), chronic care, and scope of practice (whether professionals providing medical care are acting within their scope of practice and training).

6. Patient medical records are essential for me to be able to evaluate these (and other) measures of the adequacy of a healthcare delivery system. Medical records are the best

evidence of whether the facility has problems with continuity of care, problems addressing acute care, problems delivering chronic care, or problems of medical professionals acting outside of their scope of practice. Medical records are a critical source of information necessary to understand the operation of a healthcare system, where there are systemic failures, and what should be done to correct those failures.

7. All functional medical systems, such as a hospital or a large detention facility, must access and send medical records frequently, including when patients request a copy of their records, patients are transferred to a new facility, or when medical specialists need a copy of a patient's medical records. Accessing and transferring medical records should be a routine matter that can be done quickly and easily. It should not be hard for Camp East Montana to provide medical records upon request.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2026, in Idaho Falls, Idaho.

J Keller MD

Jeffrey E. Keller