**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Gerald Akari Angye, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, *et al.*,<br><br>*Defendants*. | Case No. 3:26-cv-1515-LS |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REDACTED EXHIBITS**

Before the Court is Plaintiffs' Motion for Leave to File Redacted Exhibits. Upon consideration of the motion, and for good cause shown, this Court hereby **GRANTS** the Motion.

This Court hereby **ORDERS** that the information redacted in Exhibits C, F, H, I, J, K, O, P, Q, U, V, and W to the Declaration of Charlotte Weiss, ECF Nos. 13-7, 10, 12, 13, 14, 15, 19, 20, 21, 25, 26, and 27 **SHALL** remain redacted.

**IT IS SO ORDERED.**

Signed this ___ day of ______, 2026

HON. LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE