AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | |
|---|---|
| Gerald Akari Angye, et al. | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   3:26-cv-01515 |
| U.S. Immigration and Customs Enforcement et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Federal Defendants                                                                                                     .

Date:      06/15/2026

*Shane A. Young*
*Attorney's signature*

Shane A. Young (DC 1620020)
*Printed name and bar number*

Department of Justice, Office of Immigration
Litigation
450 5th St. NW
Washington, DC 20001
*Address*

shane.a.young@usdoj.gov
*E-mail address*

(202) 532-4946
*Telephone number*

(202) 305-7000
*FAX number*