**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| GERALD AKARI ANGYE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No. 3:26-cv-1515 |

**STIPULATION RE RESPONSE DATES TO PLAINTIFFS' MOTIONS**

Plaintiffs filed their complaint in this case on May 29, 2026. ECF No. 1. The summons and complaint were served on the United States Attorneys' Office, Western District of Texas, via certified mail to the Civil Process Clerk on June 12, 2026; however, copies of the summons and complaint have not yet been received by registered or certified mail by the United States Attorney General.

On June 15 and 16, 2026, the parties met and conferred on Plaintiffs' motions in the instant matter, and agreed on the following due dates for Defendants' responses to Plaintiffs' motions:

Defendants' responses to Plaintiffs' Motion for Leave to Proceed Under Pseudonym and to Seal Declarants' Identities (ECF No. 12), Plaintiffs' Motion for Limited Expedited Discovery (ECF No. 13), and Plaintiffs' Motion for Leave to File Redacted Exhibits (ECF No. 14) shall be due on **July 7, 2026**; and

Defendants' response to Plaintiffs' Motion for Class Certification (ECF No. 2) shall be due on **July 16, 2026**.

A proposed order is attached.

DATED: June 18, 2026

Respectfully Submitted,

*/s/ Kyle Virgien (with permission)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Kyle Virgien (*pro hac vice*)
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770
kvirgien@aclu.org

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

*/s/ Savannah Kumar (with permission)*
ACLU FOUNDATION OF TEXAS, INC.
Savannah Kumar
P.O. Box 8306
Houston, TX 77288
TX Bar No. 24120098
Tel. (713) 942-8146
Fax (713) 942-8966
skumar@aclutx.org
ATTORNEYS FOR PLAINTIFFS

BRIAN V. SCHAEFFER
Trial Attorney

*/s/ Shane A. Young*
SHANE A. Young
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-532-4946
Shane.a.young@usdoj.gov

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants, and all other registered participants:

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Kyle Virgien (*pro hac vice*)
Rita Lomio (*pro hac vice*)
Felipe Hernandez (*pro hac vice*)
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770
kvirgien@aclu.org
npp_rlomio@aclu.org
npp_fhernandez@aclu.org

ACLU FOUNDATION OF TEXAS, INC.
Savannah Kumar
Fabiola Alvelais
Edgar Saldivar
Adriana Pinon
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax (713) 942-8966
skumar@aclutx.org
falvelais@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

*/s/ Shane A. Young*
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation