**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

GERALD AKARI ANGYE,

*et al.*,

        Plaintiffs,

        v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

        Defendants.

Case No. 3:26-cv-1515

**[PROPOSED] ORDER GRANTING STIPULATION RE RESPONSE DATES TO**
**PLAINTIFFS' MOTIONS**

THIS CAUSE comes before the Court upon the parties' Stipulation re Response Dates to Plaintiffs' Motions.

UPON CONSIDERATION of the parties' Stipulation, the reasons set forth therein, and the other pleadings filed in this case, the Court hereby GRANTS the parties' Stipulation:

Defendants' responses to Plaintiffs' Motion for Leave to Proceed Under Pseudonym and to Seal Declarants' Identities (ECF No. 12), Plaintiffs' Motion for Limited Expedited Discovery (ECF No. 13), and Plaintiffs' Motion for Leave to File Redacted Exhibits (ECF No. 14) shall be due on **July 7, 2026**; and

Defendants' response to Plaintiffs' Motion for Class Certification (ECF No. 2) shall be due on **July 16, 2026**.

        **IT IS SO ORDERED.**

DATED: June __, 2026.

                               _____
                               THE HONORABLE LEON SCHYDLOWER
                               UNITED STATES DISTRICT JUDGE