AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Gerland Akari Angye, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. Immigration and Customs Enforcment et al | ) |
| *Defendant* | ) |

Case No.    3:26 cv 01515

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Federal Defendants                                        .

Date:    06/30/2026

/S/ Brian V. Schaeffer
*Attorney's signature*

Brian V. Schaeffer (TX 24063128)
*Printed name and bar number*

P.O. Box. 868, Ben Franklin Station
Washington, DC 20044

*Address*

brian.schaeffer@usdoj.gov
*E-mail address*

(202) 598-7311
*Telephone number*

(202) 305-7000
*FAX number*