**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

GERALD AKARI ANGYE,

*et al.*,

        Plaintiffs,

    v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

        Defendants.

Case No. 3:26-cv-1515

**OPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S**
**MOTION FOR LIMITED EXPEDITED DISCOVERY**

Plaintiffs filed their complaint in this case on May 29, 2026. ECF No. 1. The summons and complaint were served on the United States Attorneys' Office, Western District of Texas, via certified mail to the Civil Process Clerk on June 12, 2026. On June 2, 2026, Plaintiffs filed a Motion for Limited Expedited Discovery ("Motion") seeking medical records of immigration detainees housed at Camp East Montana. ECF No. 13. By stipulation, Defendants' response is due on July 7, 2026. ECF No. 18.

Plaintiffs requested medical records for 25 different immigration detainees. To resolve the Motion without further litigation, Defendants have sought to produce these medical records to Plaintiffs. Defendants continue to locate and process these medical records to produce them to Plaintiffs, but need additional time to do so. On July 2, 2026, the parties met and conferred on the instant motion. Plaintiffs indicated that they would agree to an extension to July 17, 2026, if Defendants committed to producing all 25 requested medical records by that date. While Defendants endeavor to produce the requested medical records as soon as possible, Defendants are not certain that they can produce all 25 requested medical records by that date.

Defendants respectfully request the Court to extend the deadline to respond to the Motion for Limited Expedited Discovery until July 17, 2026.  A proposed order is attached.

DATED: July 6, 2026                    Respectfully Submitted,

                                       BRETT A. SHUMATE
                                       Assistant Attorney General
                                       Civil Division

                                       SAMUEL P. GO
                                       Assistant Director

                                       SHANE A. YOUNG
                                       Trial Attorney

                                       */s/ Brian V. Schaeffer*

BRIAN V. SCHAEFFER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-798-5311
brian.schaeffer@usdoj.gov

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all registered participants:

*/s/ Brian V. Schaeffer*
BRIAN V. SCHAEFFER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation