**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| GERALD AKARI ANGYE, <br><br> *et al.*, <br><br>  Plaintiffs, <br><br>  v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br>  Defendants. | Case No. 3:26-cv-1515 |

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LIMITED EXPEDITED DISCOVERY**

THIS CAUSE comes before the Court upon the Defendants' Motion to Extend the Deadline to Respond to Plaintiff's Motion for Limited Expedited Discovery.

UPON CONSIDERATION of the Defendants' Motion, the reasons set forth therein, and the other pleadings filed in this case, the Court hereby GRANTS the motion:

Defendants' response to Plaintiffs' Motion for Limited Expedited Discovery (ECF No. 13) shall be due on **July 17, 2026**.

**IT IS SO ORDERED.**

DATED: July __, 2026.

_____
THE HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE