AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Gerald Akari Angye, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:26-cv-01515 |
| U.S. Immigration and Customs Enforcement, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for:

All Plaintiffs                                                                                                        .

Date:     07/09/2026

_____
*Attorney's signature*

Cynthia A. Castillo (24097474)
*Printed name and bar number*

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, CA 94104
*Address*

ccastillo@fbm.com
*E-mail address*

(415) 954-4408
*Telephone number*

(415) 954-4480
*FAX number*