**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| GERALD AKARI ANGYE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | Case No. 3:26-cv-1515<br><br>**[PROPOSED]**<br><br>**ORDER ON OPPOSED MOTION TO STAY BRIEFING ON CLASS CERTIFICATION** |

Pursuant to the Defendants' opposed Motion to Stay Briefing on Class Certification, and for good cause shown, IT IS ORDERED that all deadlines and hearings regarding Plaintiffs' Motion for Class Certification and Appointment of Class Counsel be stayed pending adjudication of Defendants' forthcoming Motion to Dismiss.

Dated: _____, 2026

_____
HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE