**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| GERALD AKARI ANGYE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No. 3:26-cv-1515 |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND**
**TO PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY**

Plaintiffs filed their complaint in this case on May 29, 2026. ECF No. 1. The summons and complaint were served on the United States Attorneys' Office, Western District of Texas, via certified mail to the Civil Process Clerk on June 12, 2026. On June 2, 2026, Plaintiffs filed a Motion for Limited Expedited Discovery ("Motion") seeking medical records of immigration detainees housed at Camp East Montana. ECF No. 13. By stipulation, Defendants' response was due on July 7, 2026. ECF No. 18.

Plaintiffs requested medical records for 25 different immigration detainees. To resolve the Motion without further litigation, Defendants have sought to produce these medical records to Plaintiffs. Currently, Defendants have produced 18 records to Plaintiffs and intend to produce an additional 5 records by early next week; accordingly, 23 out of the 25 requested records will be produced to Plaintiffs by that time.

The two remaining records are for deceased individuals. The parties are in the process of determining the proper procedure for producing these records in compliance with the applicable laws, and accordingly, need additional time for the production of these records. On July 17, 2026, the parties met and conferred and agreed to a ten-day extension to the response deadline.

Accordingly, Defendants respectfully request the Court to extend the deadline to respond to the Motion for Limited Expedited Discovery until July 27, 2026. A proposed order is attached.

DATED: July 17, 2026                    Respectfully Submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

                                        SAMUEL P. GO
                                        Assistant Director

                                        BRIAN SCHAEFFER
                                        Trial Attorney

*/s/ Shane A. Young*
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-451-7483
Shane.a.young@usdoj.gov

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all registered participants:

*/s/ Shane A. Young*
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation