**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| GERALD AKARI ANGYE, <br><br> *et al.*, <br><br>      Plaintiffs, <br><br>      v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br>      Defendants. | Case No. 3:26-cv-1515 <br><br> **[PROPOSED]** <br><br> **ORDER ON UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS MOTION FOR EXPEDITED DISCOVERY** |

THIS CAUSE comes before the Court upon the Defendants' Motion to Extend the Deadline to Respond to Plaintiff's Motion for Limited Expedited Discovery.

UPON CONSIDERATION of the Defendants' Motion, the reasons set forth therein, and the other pleadings filed in this case, the Court hereby GRANTS the motion:

Defendants' response to Plaintiffs' Motion for Limited Expedited Discovery (ECF No. 13) shall be due on **July 27, 2026**.

**IT IS SO ORDERED.**

Dated: _____, 2026

                                           _____

HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE