**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

|  |  |
|---|---|
| GERALD AKARI ANGYE, <br><br> *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No. 3:26-cv-1515 |

**DEFENDANTS' THIRD UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY**

Plaintiffs filed their complaint in this case on May 29, 2026. ECF No. 1. The summons and complaint were served on the United States Attorneys' Office, Western District of Texas, via certified mail to the Civil Process Clerk on June 12, 2026. On June 2, 2026, Plaintiffs filed a Motion for Limited Expedited Discovery ("Motion") seeking medical records of immigration detainees housed at Camp East Montana. ECF No. 13. By stipulation, Defendants' response was due on July 7, 2026. ECF No. 18.

Plaintiffs requested medical records for 25 different immigration detainees. To resolve the Motion without further litigation, Defendants have sought to produce these medical records to Plaintiffs. Currently, Defendants have produced 23 records to Plaintiffs. The Parties have come to an agreement on the production of two alternatively requested records, and Defendants intend to produce those records on or before August 4, 2026; accordingly, all requested records will be produced to Plaintiffs by the next deadline.

The parties are in the process of exchanging information for producing these records in compliance with the applicable laws, and accordingly, need additional time for the production of these records. On July 27, 2026, the parties met and conferred and agreed to a eight-day extension to the response deadline. Plaintiffs have stated that they do not oppose this motion on the understanding that Defendant ICE will work to produce 25 records in total and is reviewing whether some of the records already produced are incomplete and will make best efforts to produce missing documents.

Accordingly, Defendants respectfully request the Court to extend the deadline to respond to the Motion for Limited Expedited Discovery until August 4, 2026. A proposed order is attached.

DATED: July 27, 2026                         Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

BRIAN SCHAEFFER
Trial Attorney

*/s/ Shane A. Young*
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-451-7483
Shane.a.young@usdoj.gov

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 27, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all registered participants:

*/s/ Shane A. Young*
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation