**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Gerald Akari Angye, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No.: 3:26-cv-1515-LS |
| U.S. Immigration and Customs Enforcement, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER**

Plaintiffs filed a Motion for Recusal under 28 U.S.C. § 455(a). The Court, having considered the Motion and accompanying documents, all other papers on file in this action, and the parties' and counsel's arguments, finds good cause to grant Plaintiffs' motion.

IT THEREFORE IS ORDERED that Plaintiffs' Motion is GRANTED. This case will be reassigned to another district judge.

IT IS SO ORDERED.

DATED: August __, 2026

_____
THE HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE

1