**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

       *Plaintiffs*,

    v.

U.S. Immigration and Customs Enforcement, *et al.*,

       *Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**DECLARATION OF RITA LOMIO**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR RECUSAL**

I, Rita Lomio, hereby declare:

1.    I am an attorney licensed to practice before the courts of the State of California and am admitted to this Court *pro hac vice*. I am Senior Counsel at the ACLU and am an attorney of record for the plaintiffs in this litigation.

2.    On July 29, 2026, I visited the "Judge's Directory & Biographies" page of the website for the U.S. District Court for the Western District of Texas at https://www.txwd.uscourts.gov/judges-information/judges-directory-biographies/. I clicked on "Leon Schydlower" and was directed to https://www.txwd.uscourts.gov/team/leon-schydlower/. There, I clicked on "Biographical Information," which, among other things, displayed the following:

> **Military Service:**
> United States Air Force Reserve (2011-Present)
> United States Navy (1996-2000)

3.    A true and correct copy of the page that appeared at https://www.txwd.uscourts.gov/team/leon-schydlower/ on July 29, 2026, after clicking "Biographical Information," is attached hereto as **Exhibit 1**.

4.    On August 2, 2026, I visited the website of the Federal Judicial Center at https://www.fjc.gov/. That page states: "The Federal Judicial Center is the research and education agency of the judicial branch of the U.S. government." I placed my cursor over "History of the Federal Judiciary," and then over "Judges" in the menu that appeared. I then clicked on "Biographical Directory of Article III Federal Judges." That directed me to https://www.fjc.gov/history/judges, where I typed "Leon Schydlower" into the search bar and clicked "search." I clicked on the result for "Schydlower, Leon," and was directed to https://www.fjc.gov/history/judges/schydlower-leon.

5.    A true and correct copy of the page that appeared at https://www.fjc.gov/history/judges/schydlower-leon on August 2, 2026, is attached hereto as **Exhibit 2**.

6.      Our co-counsel team submitted a request under the Texas Public Information Act for, among other things, "[a]ny and all incident reports concerning Camp East Montana ICE Detention Center between March 1, 2026 and the date of this request."

7.      On July 28, 2026, Sandra Chavez, Texas Public Information Act Coordinator, City of El Paso, Office of the City Attorney, responded, among other things: "As for item 4, there are no responsive records as Camp East Montana is under the jurisdiction of Fort Bliss for police matters."

> On 7/28/2026 1:03:03 PM, The City of El Paso wrote:
>
> **Subject:** Open Records Request :: W209987-072326
> **Body:**
> Hello,
>
> Per our conversation, below is the link to the responsive policies and procedures (item 3).
>
> Communications Operations Manual
>
> As for item 4, there are no responsive records as Camp East Montana is under the jurisdiction of Fort Bliss for police matters.  Only Fire/EMS responds to the locations for medical calls.
>
>
> Sincerely,
>
> Sandra Chavez
> Texas Public Information Act Coordinator
> City of El Paso
> Office of the City Attorney
> (915) 212-1234

8.      On July 30, 2026, I sent an email to Shane A. Young, attorney for Defendants, to request Defendants' position on Plaintiffs' motion for recusal. On July 31, 2026, Mr. Young responded by email (italics in original): "*At this time, Defendants reserve the right to take a position regarding the motion.  Defendants will review the arguments in support of Plaintiffs' motion when filed and, at that time, take a position regarding Plaintiffs' motion to recuse.*"

2

9.      On August 2, 2026, I visited

https://sam.gov/workspace/contract/opp/b9c96cac4f2f432ea07cddb79cd9d430/view, which has

the header, "Camp East Montana," and Notice ID 70CDCR26C00000016. I scrolled to the

bottom of the page and clicked on the link for the document titled,

"Other_Than_Full_and_Open_Competition_Redacted for Public Release.pdf."

| Attachments | | | Download All | Request Access |
|---|---|---|---|---|
| **Document** | File Size | Access | Updated Date | |
| Other_Than_Full_and_Open_Competition_Redacted for Public Release.pdf | 1.75 MB | 🔓 Public | Jul 22, 2026 | |

10.     A true and correct copy of the document entitled,

"Other_Than_Full_and_Open_Competition_Redacted for Public Release.pdf," which was linked

to on https://sam.gov/workspace/contract/opp/b9c96cac4f2f432ea07cddb79cd9d430/view is

attached hereto as **Exhibit 3**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of August 2026 in San Francisco, California.


                                        _/s/ Rita Lomio_____
                                        Rita Lomio

3