# EXHIBIT 1



(https://www.txwd.uscourts.gov/)

# Leon Schydlower

## U.S. District Judge

Contact Information        Biographical Information        Standing Orders

**Year Service Began:**
2015

**Education:**
University of Texas School of Law, J.D., 1995
University of Texas at Austin, B.A., 1993; Phi Beta Kappa

**Legal Practice:**
Private Practice of Law, El Paso, Texas (2002-2015)
Kemp Smith, P.C., El Paso, Texas (2000-2002)
United States Attorney's Office, Honolulu, Hawaii (1998-2000)
United States Navy Judge Advocate General's Corps, Pearl Harbor, Hawaii (1996-2000)

**Military Service**:
United States Air Force Reserve (2011-Present)
United States Navy (1996-2000)

**Court Admissions**:
State Bar of Texas
State Bar of California
State Bar of New Mexico
Fifth Circuit Court of Appeals
Ninth Circuit Court of Appeals
Tenth Circuit Court of Appeals
Court of Appeals for the Armed Forces
Western District of Texas
Northern District of Texas
Central District of California
Southern District of California
District of New Mexico

This page links to PDF files. Use this link to download Adobe Reader (http://get.adobe.com/reader/), if needed.

Leon Schydlower – U.S. District Court

  525 Magoffin Avenue, El Paso, TX 79901

Home (https://www.txwd.uscourts.gov/)    Contact Us (https://www.txwd.uscourts.gov/contact-us/)
Jobs (https://www.txwd.uscourts.gov/court-information/jobs/)
Glossary (https://www.txwd.uscourts.gov/court-information/legal-terms-glossary/)
FAQs (https://www.txwd.uscourts.gov/court-information/frequently-asked-questions/)
Privacy (https://www.txwd.uscourts.gov/privacy-statement/)
BrowseAloud (https://www.txwd.uscourts.gov/browse-aloud/)