# EXHIBIT 2

**FJC**
Federal Judicial Center (/)

Home [/]
History of the Federal Judiciary [/history]
Judges [/history/judges]

# Schydlower, Leon

Born 1971 in Long Beach, CA

**Federal Judicial Service:**
Judge, U.S. District Court for the Western District of Texas
Nominated by Joseph R. Biden on February 7, 2024, to a seat vacated by Frank Montalvo. Confirmed by the Senate on March 22, 2024, and commission issued on March 26, 2024.

**Other Federal Judicial Service:**
U.S. Magistrate Judge, U.S. District Court for the Western District of Texas, 2015-2024

**Education:**
University of Texas, B.A., 1993
University of Texas School of Law, J.D., 1995

**Professional Career:**
U.S. Navy lieutenant, 1996-2000
    Assistant staff judge advocate, U.S. Navy Legal Service Office Pacific, Pearl Harbor, Hawaii, 1996-1997
    Military prosecutor, U.S. Navy Trial Service Office Pacific, Pearl Harbor, Hawaii, 1997-1998
Special assistant U.S. attorney, District of Hawaii, 1998-2000
U.S. Naval Reserve lieutenant, 2000-2004
Private practice, El Paso, Texas, 2000-2015

U.S. Air Force Reserve lieutenant colonel, 2010-

Assistant staff judge advocate, Holloman Air Force Base, New Mexico, 2011-2017

Instructor of law, U.S. Air Force Judge Advocate General's School, Maxwell Air Force Base, Alabama, 2017-2021

Individual mobilization assistant to the staff judge advocate, Misawa Air Base, Japan, 2021-

**Other Nominations/Recess Appointments:**

Nominated to U.S. District Court for the Western District of Texas, January 10, 2024; nomination withdrawn by president, February 7, 2024