# EXHIBIT 3

OFFICE OF ACQUISITION MANAGEMENT
ICE Acquisition Manual 3006.301-90



**JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION**
41 USC 3304 (a): USE OF NONCOMPETITIVE PROCEDURES

J&A-26-0098

Pursuant to the requirements of the Competition in Contracting Act (CICA) as implemented by the Federal Acquisition Regulation (FAR) 6.103 (FAR Class Deviation 25-11[1]) and in accordance with the requirements of Revolutionary FAR Overhaul (RFO) 6.104, the justification for the use of the statutory authority under RFO 6.103 is justified by the following facts and rationale required under RFO 6.104-1 as follows:

1. **Agency and Contracting Activity.**

   The Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Office of Acquisition Management (OAQ), proposes to enter into a contract on behalf of Enforcement and Removal Operations (ERO) on a basis of other than full and open competition.

2. **Nature and/or description of the action being approved.**

   (a) Nature of action: DHS ICE intends to procure detention and facility management services for Camp East Montana on a sole source basis.

   (b) Name and address of the Contractor:

   Amentum Services Inc.
   4800 Westfields Blvd., Suite 400
   Chantilly, VA 20151

   (c) Contract Type: Firm Fixed Price (FFP)

   (d) Estimated Total Value (including options):

| Period | | | Total |
|---|---|---|---|
| Base Period | 7 mo. | | $452,855,435.06 |
| Option Period 1 | 6 mo. | | $388,161,801.48 |
| Option Period 2 | 6 mo. | | $388,161,801.48 |
| | | Total | $1,229,179,038.02 |

**Note:** Because this is a letter contract, the estimated total value is based upon the independent government cost estimate (IGCE) until the contract is fully negotiated at definitization.

   (e)    Type of funding: One Big Beautiful Bill Act

---

[1] FAR Class Deviation 25-11 is implemented as a result of Revolutionary FAR Overhaul, referred as RFO, following Executive Order 14275, ***Restoring Common Sense to Federal Procurement***. All citations in this document follow applicable DHS RFO Deviations therefore are referred as RFO.

OFFICE OF ACQUISITION MANAGEMENT
ICE Acquisition Manual 3006.301-90



**JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION**
41 USC 3304 (a): USE OF NONCOMPETITIVE PROCEDURES

(f)       Year of funding: Multi-year appropriations

(g)       Solicitation Number: TBD

(h)       Background information about the requirement: Services at this site were originally awarded by the Department of Army on July 18, 2025. The contract was transferred to ICE for contract administration purposes on October 1, 2025.

**3. Description of Supplies/Services.**

This requirement entails the immediate provision of comprehensive detention and facility management services at Camp East Montana, including secure housing, medical care, transportation, and compliance with ICE National Detention Standards 2025. The acquisition is critical to maintaining uninterrupted detention operations following contract termination, ensuring ICE's statutory mandate for the custody and removal of individuals subject to immigration proceedings. The contractor must demonstrate the capacity for rapid operational transition and sustained adherence to all regulatory and performance requirements, thereby safeguarding public safety and supporting national enforcement priorities.

**4. Identification of statutory authority permitting other than full and open competition.**

The statutory authority permitting other than full and open competition is 41 U.S.C. §3304(a)(1) as implemented by:

☒       RFO 6.103-1: Only one responsible source and no other supplies or services will satisfy agency requirements.

**5. Identification of Exception to the Buy American Statute**

  Not applicable.

**6. Demonstration that the proposed contractor's unique qualifications or the nature of the acquisition requires use of the authority cited.**

This requirement entails the immediate provision of comprehensive detention and facility management services at Camp East Montana, including secure housing, medical care, transportation, and compliance with ICE National Detention Standards 2025. The limitation in competition is necessitated by the immediate and critical need to maintain uninterrupted operations due to a termination of the incumbent contract. Furthermore, as a result of Amentum ████ the facility's infrastructure, only they possess the unique qualifications and immediate operational control necessary to provide uninterrupted detention and facility management services at Camp East Montana. Moreover, there is a lack of available alternative bedspace nationwide and no other vendor is capable of providing the required services without significant risk to detainee welfare and mission continuity.



U.S. Immigration
and Customs
Enforcement

The urgency and exclusivity of this requirement are underscored by a history of significant performance deficiencies under the current contract, which was originally issued by the Department of the Army on July 18, 2025. ICE was not the source selection authority for the original task order, resulting in a contract and Performance Work Statement (PWS) that did not accurately reflect ICE's operational needs or the actual usage of the facility. For these reasons, ICE determined that a termination was in the Government's best interest, understanding that the use of the facility was still a priority.  As such, a sole source procurement is the only practicable means to ensure the safety, security, and well-being of the detainees currently housed at the facility and to support ICE's statutory enforcement responsibilities.

Additionally, recent oversight by the ICE Office of Detention Oversight yielded a preliminary report identifying over ▆▆ findings, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆ Thus, the contract was terminated, in part, due to ▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and the urgent need to safeguard the welfare of approximately ▆▆▆▆ detainees currently housed at Camp East Montana.

Alternatives such as transitioning to a different provider or relocating detainees were considered and determined impracticable. The facility's current occupancy at approximately ▆▆▆ detainees, coupled with the lack of available bedspace and the proprietary nature of its infrastructure, precludes the possibility of competition or segmentation of services. Any lapse in contract coverage would directly threaten the life, safety, and well-being of detainees, severely disrupt law enforcement operations, and expose the government to substantial operational, legal, and humanitarian risks.

Therefore, Amentum is the only available responsible source that can fulfill the agency's immediate and critical requirements for detention and facility management at Camp East Montana. Full and open competition cannot be used for this procurement, and no other source can satisfy the required agency's needs. The sole source action is necessary to maintain continuity of operations, protect detainee welfare, and uphold ICE's statutory mandate.

**7. Description of efforts made to ensure that offers are solicited from as many potential sources as is practicable.**

A pre-solicitation notice will be published, as required by RFO 6.103(d)(1) and RFO 5.101(b)(2) (FAR Class Deviation 25-17). This action is intended to ensure that, to the maximum extent practicable under the circumstances, potential sources are notified of the requirement and afforded an opportunity to express interest or submit capability statements.

OFFICE OF ACQUISITION MANAGEMENT
ICE Acquisition Manual 3006.301-90



JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION
41 USC 3304 (a): USE OF NONCOMPETITIVE PROCEDURES

**8. Determination by the contracting officer that the anticipated cost to the Government will be fair and reasonable.**

The contracting officer determines that the anticipated price(s) will be fair and reasonable based on a comparison with prior acquisition history for similar detention and facility management contracts, as well as an analysis of commercial pricelists and market rates. The contracting officer will request other than certified cost and price data from the contractor to support price reasonableness and will evaluate these submissions in accordance with RFO Part 15 (FAR Class Deviation 26-08, R1) and Homeland Security Acquisition Manual 3015. Additionally, the contract is subject to Service Contract Act (SCA) wage determinations, which will be used as a benchmark to ensure labor costs are consistent with prevailing standards. This multi-faceted approach ensures that the pricing reflects current market conditions, aligns with historical costs for comparable services, and meets statutory and regulatory requirements for fair and reasonable pricing.

**9. Description of Market Research.**

ICE has conducted extensive market research over the past 18 months to assess available detention capacity nationwide and identify potential sources capable of supporting ERO's detention and removal mission. Techniques included issuing multiple Requests for Information (RFIs), reviewing national and geographic detention requirements, and evaluating existing facilities operated by DHS components, the Department of Defense, state and local governments, and private entities. The contracting officer also analyzed historical pricing data and prior acquisition costs for comparable detention services to determine price reasonableness.

Specific market research for Camp East Montana was conducted in January and February 2026, following the decision to terminate the incumbent contract. The government surveilled the marketplace by reviewing industry publications, consulting with other federal agencies with detention operations, and leveraging market research information gathered from recent and ongoing detention-related procurements. This included analysis of vendor capabilities, facility ███████, and operational readiness across the national detention landscape.



This research confirmed that no other company possesses the rights or ███████ over the proprietary infrastructure—including ███████████████████ ███████████ at this temporary facility. As a result, no other vendor is capable of providing uninterrupted detention and facility management services at Camp East Montana.

The contracting officer used the results of this market research to confirm that Amentum is the only responsible source for the requirement and to validate the price reasonableness based on prior pricing for similar services and facilities. The lack of alternative sources and the proprietary nature of the facility's assets preclude competition and reinforce the necessity of a sole source procurement.

OFFICE OF ACQUISITION MANAGEMENT
ICE Acquisition Manual 3006.301-90



JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION
41 USC 3304 (a): USE OF NONCOMPETITIVE PROCEDURES

**10. Any other facts supporting the use of other than full and open competition.**

The specifications, and PWS associated with the Camp East Montana requirement are not suitable for full and open competition because they are intrinsically tied to proprietary infrastructure and operational assets ███████ exclusively by Amentum. The facility's unique configuration - ████████████████████████████████████████████ - cannot be accessed, operated, or replicated by any other vendor. As such, the purchase descriptions and operational requirements are inseparable from Amentum's ████████ and control, rendering them non-transferable and unsuitable for competitive solicitation.

The requirement cannot be modified to enhance competition without fundamentally compromising operational continuity and detainee welfare. Any attempt to reconfigure the scope of work or segment services would necessitate the construction of new infrastructure, extensive mobilization, and transition planning, all of which would result in unacceptable delays, increased costs, and significant risk to the life, safety, and well-being of the detainees currently housed at the facility. Furthermore, the nationwide shortage of available detention bedspace precludes the possibility of relocating the population to alternative sites.

For follow-on acquisitions under RFO 6.103-1, the estimated cost to the Government that would be duplicated by transitioning to a new contractor includes the full replacement of proprietary infrastructure, mobilization of personnel, and the establishment of compliant operations. Based on recent facility construction and operational startup costs for comparable detention centers, the Government would incur an estimated ██████████████████ in duplicative costs, derived from facility build-out, equipment procurement, regulatory compliance, and transition logistics. This estimate is based on historical data from prior ICE and DHS detention facility acquisitions and reflects the substantial investment required to replicate Amentum's operational capacity.

There are no exceptional circumstances under RFO 6.103-2 or HSAR 3006.103-2(c)(70) applicable to this procurement, as the sole source action is justified under RFO 6.103-1 due to the exclusive ownership and operational control of the facility by Amentum.

In summary, the proprietary nature of the facility, the inability to modify requirements without jeopardizing mission continuity, and the substantial duplicative costs associated with transitioning to a new provider collectively reinforce the necessity for other than full and open competition. These supplemental facts demonstrate that only Amentum can fulfill the Government's immediate and critical operational needs at Camp East Montana.

**11. A listing of the sources, if any that expressed, in writing, an interest in the acquisition.**

A pre-solicitation notice is estimated to be published by March 11, 2026, as required by RFO 5.101(b)(2) (FAR Class Deviation 25-17). As of this date, Amentum was the only company that expressed interest in providing detention and facility management services at Camp East Montana. No other sources submitted written expressions of interest for this requirement.



**12. A statement of the actions, if any, the agency may take to remove or overcome any barriers to competition before any subsequent acquisition for supplies or services required.**

The government will continue to surveil the marketplace and conduct ongoing market research to identify potential measures for removing or overcoming barriers to competition in future acquisitions. For this specific requirement, competition is not feasible due to the proprietary nature of the Camp East Montana facility and the exclusive ownership of its infrastructure by Amentum. However, ICE is committed to revising technical specifications, acquiring data rights where practicable, and engaging with industry to encourage broader participation in future procurements. A

ICE will also review and update the PWS to ensure it accurately reflects operational needs and does not inadvertently restrict competition. For subsequent acquisitions, the agency will explore opportunities to structure requirements and facility usage in a manner that enables additional vendors to compete, including consideration of facility design, modular assets, and data accessibility.

The agency will continue to monitor industry developments and initiate competitive procurement processes at the earliest opportunity when operational circumstances allow. The period of performance for this sole source action is intended to provide continuity of services while ICE evaluates options for increasing competition in the long term and minimizing reliance on sole source awards.

1.  **Contracting Officer's Certification.**

    I certify that the data supporting the recommended use of other than full and open competition is accurate and complete to the best of my knowledge and belief.

    _____          _____          _____
    Contracting Officer                                 Date

OFFICE OF ACQUISITION MANAGEMENT
ICE Acquisition Manual 3006.301-90

U.S. Immigration
and Customs
Enforcement

**JUSTIFICATION FOR OTHER THAN FULL AND OPEN COMPETITION**
41 USC 3304 (a): USE OF NONCOMPETITIVE PROCEDURES

2.  **14. Technical/Requirements Personnel Certification.**

   I certify this requirement meets the Government's minimum need and that the supporting data, which forms a basis for this justification, is complete and accurate.

   Technical Representative/COR                          Date

**15. Approval.**

   Procuring Activity Advocate for Competition           Date

   16:51:12 -05'00'

   Head of Contracting Activity                          Date

   Chief Procurement Officer                             Date