**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| GERALD AKARI ANGYE, *et al.*,     Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,     Defendants. | Case No. 3:26-cv-1515 |

**DEFENDANTS' FOURTH UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY**

Plaintiffs filed their Complaint in this case on May 29, 2026. ECF No. 1. The Summons and Complaint were served on the United States Attorneys' Office, Western District of Texas, via certified mail to the Civil Process Clerk on June 12, 2026. On June 2, 2026, Plaintiffs filed a Motion for Limited Expedited Discovery ("Motion") seeking medical records of immigration detainees housed at Camp East Montana. ECF No. 13. By stipulation, Defendants' response was due on July 7, 2026. ECF No. 18.

Plaintiffs requested medical records for 25 different immigration detainees. To resolve the Motion without further litigation, Defendants have sought to produce these medical records to Plaintiffs. Defendants have produced 25 medical records as requested by Plaintiffs. The Parties now need a short extension to sure up any remaining conversations regarding the produced medical records. A short extension benefits both parties as it will provide an opportunity to moot out Plaintiffs' motion absent further litigation.

The parties are in the process of confirming the completeness of these records in compliance with the applicable laws. Accordingly, the parties need additional time for discussion of these records. On July 29, 2026, the parties met and conferred and agreed to a two-day extension to the response deadline. Plaintiffs have stated they "have no objection to a two-day extension if, by then, Defendants advise whether any additional CEM records have been identified or confirm that no additional CEM records exist (that is, inform us of the results of their verification process)."

Accordingly, Defendants respectfully request the Court to extend the deadline to respond to the Motion for Limited Expedited Discovery until August 6, 2026. A proposed order is attached.

DATED: August 4, 2026                           Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

BRIAN SCHAEFFER
Trial Attorney

*/s/ Shane A. Young*
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-451-7483
Shane.a.young@usdoj.gov

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all registered participants:

>/s/ Shane A. Young
>SHANE A. YOUNG
>Trial Attorney
>U.S. Department of Justice, Civil Division
>Office of Immigration Litigation