**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

GERALD AKARI ANGYE,

*et al.*,

        Plaintiffs,

        v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

        Defendants.

Case No. 3:26-cv-1515

**[PROPOSED]**

**ORDER ON UNOPPOSED MOTION
TO EXTEND THE DEADLINE TO
RESPOND TO PLAINTIFFS MOTION
FOR EXPEDITED DISCOVERY**

THIS CAUSE comes before the Court upon the Defendants' Motion to Extend the Deadline to Respond to Plaintiff's Motion for Limited Expedited Discovery.

UPON CONSIDERATION of the Defendants' Motion, the reasons set forth therein, and the other pleadings filed in this case, the Court hereby GRANTS the motion:

Defendants' response to Plaintiffs' Motion for Limited Expedited Discovery (ECF No. 13) shall be due on **August 6, 2026**.

        **IT IS SO ORDERED.**

Dated: _____, 2026

                                 _____

                                 HONORABLE LEON SCHYDLOWER
                                 UNITED STATES DISTRICT JUDGE