**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| GERALD AKARI ANGYE, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | Case No. 3:26-cv-1515<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

Defendants, through undersigned counsel, respectfully request that this Court extend Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint by three days to August, 14, 2026. Defendants submit there is good cause to grant this motion.

Plaintiffs filed their complaint in this case on May 29, 2026. ECF No. 1. The summons and complaint were served on the United States Attorneys' Office, Western District of Texas, via certified mail to the Civil Process Clerk on June 12, 2026. Thus, Defendants' deadline to answer or otherwise respond is August 11, 2026.

On Wednesday, August 5, Plaintiffs notified Defendants' counsel that they intend to amend and/or move to supplement the complaint. Counsel for the parties have agreed to have a meet and confer on Tuesday, August 11, 2026, to discuss Plaintiffs' intent to amend and/or move to supplement, as well as any other deadlines that may be affected by such action. Thus, Defendants respectfully request that this Court extend the deadline for Defendants to answer or otherwise respond to allow the parties to meet and confer on a joint scheduling order.

Accordingly, Defendants respectfully request the Court to extend the deadline to answer or otherwise respond to the Complaint until August 11, 2026. A proposed order is attached.

DATED: August 7, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

BRIAN SCHAEFFER
Trial Attorney

*/s/ Shane A. Young*
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-451-7483
Shane.a.young@usdoj.gov

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all registered participants:

/s/ Shane A. Young
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation