**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| GERALD AKARI ANGYE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No. 3:26-cv-1515 <br><br> **[PROPOSED]** <br><br> **ORDER ON UNOPPOSED MOTION TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS COMPLAINT** |

THIS CAUSE comes before the Court upon the Defendants' Motion to Extend the Deadline to Answer or otherwise Respond to Plaintiffs' Complaint.

UPON CONSIDERATION of the Defendants' Motion, the reasons set forth therein, and the other pleadings filed in this case, the Court hereby GRANTS the motion:

Defendants' Answer or Response to Plaintiffs' Complaint (ECF No. 1) shall be due on **August 14, 2026**.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE