**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Gerald Akari Angye, *et al.*, <br><br>       *Plaintiffs*, <br><br>    v. <br><br> U.S. Immigration and Customs Enforcement, *et al.*, <br><br>       *Defendants*. | Civil Action No.: 3:26-cv-1515-LS |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A REPLY IN SUPPORT OF MOTION FOR LIMITED EXPEDITED DISCOVERY**

This case concerns whether thousands of people have been and are being held at an immigration detention facility on a U.S. military base in violation of the U.S. Constitution and Administrative Procedure Act. Among other things, Plaintiffs allege that people detained there are deprived of adequate healthcare, putting them at risk of unnecessary suffering, permanent injury, and death. ECF No. 1. On June 2, 2026, after months of unsuccessfully attempting to get medical records from the facility, Camp East Montana, Plaintiffs filed a Motion for Limited Expedited Discovery to obtain the complete medical records of 25 people who are or recently were at Camp East Montana. ECF No. 13.

Between June 18, 2026, and August 4, 2026, Defendants requested and received five extensions of time to file a response as they sought to produce the requested medical records. ECF Nos. 18 (stipulation), 20, 27, 29, 32. Although Defendants now have produced some records, Plaintiffs have identified significant errors, including obviously incomplete medical records due to the fact they are only a few pages long, as well as omission of critical documents like medication administration records, labs, consultation reports, and sick call requests. Plaintiffs agreed to the fourth extension request, dated July 27, 2026, on the understanding that Defendants were "reviewing whether some of the records already produced are incomplete and will make best efforts to produce missing documents." ECF No. 29 at 2. Plaintiffs agreed to the fifth extension request, dated August 4, 2026, on the understanding that, by August 6, 2026, Defendants would "advise whether any additional [Camp East Montana] records have been identified or confirm that no other [Camp East Montana] records exist (that is, inform us of the results of [Defendants'] verification process)." ECF No. 32 at 2. Defendants did not advise Plaintiffs on August 6 of the result of their verification process. Instead, Defendants filed an opposition to Plaintiffs' motion. ECF No. 33.

The parties met and conferred on August 11, 2026. Counsel for Defendants stated that they expect to have more information by August 14, 2026, on the results of their verification process and, on August 12, 2026, counsel for Defendants proposed that the parties extend Plaintiffs' deadline to file a reply to August 21, 2026.

1

To allow the parties additional time to meet and confer, and to attempt to resolve this matter without the need for judicial involvement, Plaintiffs respectfully request that the Court extend the deadline to file a reply in support of the Motion for Limited Expedited Discovery until August 21, 2026. A proposed order is attached.

Dated: August 12, 2026

ACLU FOUNDATION OF TEXAS, INC.
Savannah Kumar
Texas Bar No. 24120098
Fabiola Alvelais
Texas Bar No. 24146029
Edgar Saldivar
Texas Bar No. 24038188
Adriana Pinon
Texas Bar No. 24089768
P.O. Box 8306
Houston, TX 77288
Tel.: (713) 942-8146
Fax: (713) 942-8966
skumar@aclutx.org
falvelais@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

FARELLA BRAUN + MARTEL LLP
Jim Day (CA 197158) (*admitted*)
Cynthia A. Castillo (TX 24097474)
Raven Quesenberry (CA 346250) (*admitted*)
Hilary C. Krase (CA 318762) (*pro hac vice*)
One Bush Street, Suite 900
San Francisco, California 94104
Tel.: (415) 954-4400
Fax: (415) 954-4480
jday@fbm.com
ccastillo@fbm.com
rquesenberry@fbm.com
hkrase@fbm.com

Respectfully submitted,

*/s/ Rita Lomio*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Rita Lomio (CA 254501) (*pro hac vice*)
Kyle Virgien (CA 278747) (*pro hac vice*)
Felipe Hernandez (CA 338468) (*pro hac vice*)
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770
rlomio@aclu.org
kvirgien@aclu.org
npp_fhernandez@aclu.org

Carmen Iguina Gonzalez (*pro hac vice*)
Elisa Epstein (*pro hac vice*)
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Tel.: (202) 393-4930
ciguinagonzalez@aclu.org
eepstein@aclu.org

Alana Park
Texas Bar No. 24150568
Zachary Dolling
Texas Bar No. 24105809
Charlotte Weiss (application for admission pending)
New York Bar No. 6313639
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, Texas 78760
Tel.: (512) 474-5073 ext. 162
alana@texascivilrightsproject.org
zachary@texascivilrightsproject.org

2

cweiss@texascivilrightsproject.org

Dustin Rynders
Texas Bar No. 24048005
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 1108
Houston, Texas 77251
Tel.: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Daniel Hatoum
Texas Bar No. 24099136
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
Tel.: (956) 787-8171 ext. 127
daniel@texascivilrightsproject.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record.

*/s/ Rita Lomio*