**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Gerald Akari Angye, *et al.*, | Civil Action No.: 3:26-cv-1515-LS |
|   *Plaintiffs*, | **[PROPOSED]** |
|   v. | **ORDER ON UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY** |
| U.S. Immigration and Customs Enforcement, *et al.*, | |
|   *Defendants*. | |

  Plaintiffs have filed an unopposed motion to extend the deadline to file a reply in support of their Motion for Limited Expedited Discovery. The Court, having considered Plaintiffs' Motion and all other papers on file in this action, finds good cause to grant Plaintiffs' Motion.

  IT THEREFORE IS ORDERED that Plaintiffs' reply in support of their Motion for Limited Expedited Discovery (ECF No. 13) shall be due on August 21, 2026.

  IT IS SO ORDERED.

Dated: August _____, 2026

                 _____
                 HONORABLE LEON SCHYDLOWER
                 UNITED STATES DISTRICT JUDGE