**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| GERALD AKARI ANGYE, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>   Defendants. | Case No. 3:26-cv-1515<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR RECUSAL (ECF NO. 31)** |

Defendants, through undersigned counsel, respectfully request that this Court extend Defendants' deadline to respond to Plaintiffs' Motion for Recusal under 28 U.S.C. § 455(a) (ECF No. 31) to August 21, 2026. Defendants submit there is good cause to grant this motion and that it is unopposed.

Plaintiffs filed their Motion for Recusal on August 3, 2026. *Id*. Thus, Defendants' deadline to respond is August 17, 2026. Defendants need additional time to analyze and research the issues raised in Plaintiffs' Motion in order to provide a proper response.

On Wednesday, August 12, Defendants, through counsel, notified Plaintiffs of the intent to seek an extension. On that same day, Plaintiffs, through counsel, indicated they were unopposed to the extension of time to respond. Thus, Defendants respectfully request that this Court extend the deadline for Defendants to respond to Plaintiffs' Motion for Recusal.

Accordingly, Defendants respectfully request the Court to extend the deadline to respond to the Motion until August 21, 2026. A proposed order is attached.

DATED: August 13, 2026      Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

BRIAN SCHAEFFER
Trial Attorney

*/s/ Shane A. Young*
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-451-7483
Shane.a.young@usdoj.gov

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all registered participants:

/s/ Shane A. Young
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation