**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

GERALD AKARI ANGYE,

*et al.*,

        Plaintiffs,

        v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

        Defendants.

Case No. 3:26-cv-1515

**[PROPOSED]**

**ORDER ON UNOPPOSED MOTION
TO EXTEND THE DEADLINE TO
RESPOND TO PLAINTIFFS' MOTION
FOR RECUSAL (ECF NO. 31)**

THIS CAUSE comes before the Court upon the Defendants' Motion to Extend the Deadline to Respond to Plaintiffs' Motion for Recusal under 28 U.S.C. § 455(a).

UPON CONSIDERATION of the Defendants' Motion, the reasons set forth therein, and the other pleadings filed in this case, the Court hereby GRANTS the motion:

Defendants' Response to Plaintiffs' Motion for Recusal (ECF No. 31) shall be due on **August 21, 2026**.

        **IT IS SO ORDERED.**

Dated: _____, 2026

                                   HONORABLE LEON SCHYDLOWER
                                   UNITED STATES DISTRICT JUDGE