**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

       *Plaintiffs*,

    v.

U.S. Immigration and Customs Enforcement, *et al.*,

       *Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**STIPULATION REGARDING BRIEFING SCHEDULE**
**FOR AMENDED AND/OR SUPPLEMENTAL COMPLAINT**

Plaintiffs filed their complaint on May 29, 2026. ECF No. 1. Defendants' responsive pleading is due on August 14, 2026. *See* Text Order Granting ECF No. 34. Plaintiffs have informed Defendants that they may amend and/or supplement their complaint. To avoid unnecessary briefing and preserve both the parties' and the Court's resources, the parties met and conferred and have agreed to the following schedule:

- o Plaintiffs may file an amended and/or supplemental complaint by or on September 15, 2026.[*]

- o Defendants' responsive pleading would be due on October 6, 2026.

- o Plaintiffs' response to any motion to dismiss would be due on October 27, 2026.

The parties respectfully request that the Court enter the above schedule as an order of the Court. A proposed order is attached.

---

[*] Defendants through this Stipulation provide written consent for Plaintiffs to amend and/or supplement their complaint.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Rita Lomio (with permission)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Rita Lomio (CA 254501) (*pro hac vice*)
Kyle Virgien (CA 278747) (*pro hac vice*)
Felipe Hernandez (CA 338468) (*pro hac vice*)
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770
rlomio@aclu.org
kvirgien@aclu.org
npp_fhernandez@aclu.org

Carmen Iguina Gonzalez (*pro hac vice*)
Elisa Epstein (*pro hac vice*)
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Tel.: (202) 393-4930
ciguinagonzalez@aclu.org
eepstein@aclu.org

ACLU FOUNDATION OF TEXAS, INC.
Savannah Kumar
Texas Bar No. 24120098
Fabiola Alvelais
Texas Bar No. 24146029
Edgar Saldivar
Texas Bar No. 24038188
Adriana Pinon
Texas Bar No. 24089768
P.O. Box 8306
Houston, TX 77288
Tel.: (713) 942-8146
Fax: (713) 942-8966
skumar@aclutx.org
falvelais@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SAMUEL P. GO
Assistant Director

BRIAN SCHAEFFER
Trial Attorney

*/s/ Shane A. Young*
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-451-7483
Shane.a.young@usdoj.gov

ATTORNEYS FOR DEFENDANTS

1

FARELLA BRAUN + MARTEL LLP
Jim Day (CA 197158) (*admitted*)
Cynthia A. Castillo (TX 24097474)
Raven Quesenberry (CA 346250) (*admitted*)
Hilary C. Krase (CA 318762) (*pro hac vice*)
One Bush Street, Suite 900
San Francisco, California 94104
Tel.: (415) 954-4400
Fax: (415) 954-4480
jday@fbm.com
ccastillo@fbm.com
rquesenberry@fbm.com
hkrase@fbm.com

Alana Park
Texas Bar No. 24150568
Zachary Dolling
Texas Bar No. 24105809
Charlotte Weiss (application for admission
pending)
New York Bar No. 6313639
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, Texas 78760
Tel.: (512) 474-5073 ext. 162
alana@texascivilrightsproject.org
zachary@texascivilrightsproject.org
cweiss@texascivilrightsproject.org

Dustin Rynders
Texas Bar No. 24048005
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 1108
Houston, Texas 77251
Tel.: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Daniel Hatoum
Texas Bar No. 24099136
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
Tel.: (956) 787-8171 ext. 127
daniel@texascivilrightsproject.org

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record.

/s/ Shane A. Young
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation