**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Gerald Akari Angye, *et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. Immigration and Customs Enforcement, *et al.*,<br>*Defendants*. | Civil Action No.: 3:26-cv-1515-LS |

**ORDER GRANTING THE PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE FOR AMENDED AND/OR SUPPLEMENTAL COMPLAINT**

THIS CAUSE comes before the Court upon the parties' Stipulation Regarding Briefing Schedule for Amended and/or Supplemental Complaint.

UPON CONSIDERATION of the parties' Stipulation, the reasons set forth therein, and the other pleadings filed in this case, the Court hereby GRANTS the parties' Stipulation.

Plaintiffs may amend and/or supplement their complaint by or on **September 15, 2026**. Defendants' responsive pleading shall be due on **October 6, 2026**, and Plaintiffs' response to any motion to dismiss shall be due on **October 27, 2026**.

IT IS SO ORDERED.

Dated: August 17, 2026

HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE