**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**PLAINTIFFS' SECOND UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A REPLY IN SUPPORT OF MOTION FOR LIMITED EXPEDITED DISCOVERY**

This case concerns whether thousands of people have been and are being held at Camp East Montana, an immigration detention facility on a U.S. military base, in violation of the U.S. Constitution and Administrative Procedure Act. Among other things, Plaintiffs allege that people detained there are deprived of adequate healthcare, putting them at risk of unnecessary suffering, permanent injury, and death. ECF No. 1. On June 2, 2026, after months of unsuccessfully attempting to get medical records from the facility, Plaintiffs filed a Motion for Limited Expedited Discovery to obtain the complete medical records of 25 people who are or recently were at Camp East Montana. ECF No. 13.

As noted in Plaintiffs' first unopposed motion for extension of time, between June 18, 2026, and August 4, 2026, Defendants requested and received five extensions of time to file a response as they sought to produce the requested medical records. *See* ECF No. 35 (citing ECF Nos. 18 (stipulation), 20, 27, 29, 32). Although Defendants now have produced some medical records, Plaintiffs notified Defendants on July 17 of obviously incomplete medical records, and informed Defendants on August 6 and again on August 11 that critical documents, including medication administration records, labs and lab reports, sick call requests, and consultation reports, are missing from the records.

On Friday, August 14, 2026, counsel for Defendants informed Plaintiffs that Defendant U.S. Immigration and Customs Enforcement ("ICE") is "still reviewing and discussing internally what, if any medical documents were missing, and the reason why. Some technical issues arose in accessing the medical records today, which will be resolved by next week." Counsel for Defendants further stated on August 14 that "there were some issues with access limitations in some documents produced to ICE today. They are working on fixing those and once they can review and send to me, we can get those over to you." When Plaintiffs' counsel asked for an update on August 19, 2026, counsel for Defendants had no additional information on whether or when missing medical records would be produced, declined Plaintiffs' request to meet and confer, and, as to a requested extension of time to file a reply, stated that "Defendants are unopposed to whatever you think you will need on the discovery reply."

As a result, Plaintiffs still do not know whether Defendants have the missing medical records and intend to produce them (and, if so, by when). Plaintiffs respectfully request that the Court extend the deadline to file a reply in support of the Motion for Limited Expedited Discovery until September 1, 2026, to allow Plaintiffs to try to get more information on what, if anything, Defendants intend to produce, the nature of the parties' dispute, and what relief is needed. A proposed order is attached.

Dated: August 19, 2026

Respectfully submitted,

*/s/ Rita Lomio*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Rita Lomio (CA 254501) (*pro hac vice*)
Kyle Virgien (CA 278747) (*pro hac vice*)
Felipe Hernandez (CA 338468) (*pro hac vice*)
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770
rlomio@aclu.org
kvirgien@aclu.org
npp_fhernandez@aclu.org

Carmen Iguina Gonzalez (*pro hac vice*)
Elisa Epstein (*pro hac vice*)
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Tel.: (202) 393-4930
ciguinagonzalez@aclu.org
eepstein@aclu.org

Alana Park
Texas Bar No. 24150568
Zachary Dolling
Texas Bar No. 24105809
Charlotte Weiss (application for admission pending)
New York Bar No. 6313639
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, Texas 78760

ACLU FOUNDATION OF TEXAS, INC.
Savannah Kumar
Texas Bar No. 24120098
Fabiola Alvelais
Texas Bar No. 24146029
Edgar Saldivar
Texas Bar No. 24038188
Adriana Pinon
Texas Bar No. 24089768
P.O. Box 8306
Houston, TX 77288
Tel.: (713) 942-8146
Fax: (713) 942-8966
skumar@aclutx.org
falvelais@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

FARELLA BRAUN + MARTEL LLP
Jim Day (CA 197158) (*admitted*)
Cynthia A. Castillo (TX 24097474)
Raven Quesenberry (CA 346250) (*admitted*)
Hilary C. Krase (CA 318762) (*pro hac vice*)
One Bush Street, Suite 900
San Francisco, California 94104
Tel.: (415) 954-4400
Fax: (415) 954-4480
jday@fbm.com
ccastillo@fbm.com
rquesenberry@fbm.com
hkrase@fbm.com

Tel.: (512) 474-5073 ext. 162
alana@texascivilrightsproject.org
zachary@texascivilrightsproject.org
cweiss@texascivilrightsproject.org

Dustin Rynders
Texas Bar No. 24048005
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 1108
Houston, Texas 77251
Tel.: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Daniel Hatoum
Texas Bar No. 24099136
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
Tel.: (956) 787-8171 ext. 127
daniel@texascivilrightsproject.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record.

*/s/ Rita Lomio*