**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Gerald Akari Angye, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, *et al.*,<br><br>*Defendants*. | Civil Action No.: 3:26-cv-1515-LS |

**PLAINTIFFS' THIRD UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A REPLY IN SUPPORT OF MOTION FOR LIMITED EXPEDITED DISCOVERY**

On June 2, 2026, after months of unsuccessfully attempting to get medical records from the facility, Plaintiffs filed a Motion for Limited Expedited Discovery to obtain the complete medical records of 25 people who are or recently were at Camp East Montana. ECF No. 13. Since then, the parties have attempted to resolve Plaintiffs' motion and have sought and received extensions of time as they engaged in negotiations to resolve the matter. *See* ECF Nos. 18 (stipulation), 20, 27, 29, 32, 35, 39.

Most recently, on August 19, 2026, Plaintiffs sought a short extension of time while awaiting production of missing medical records from Defendants. ECF No. 39 at 2. On August 21, 2026, counsel for Defendants informed counsel for Plaintiffs that "[t]he contractor has attested to/verified the completeness of the medical records" and asked Plaintiffs to "identify specifically what they contend is incomplete, including any specific records, pages, lab results, radiology reports, or other items they believe are missing. That will allow us to go back to IHSC and the contractor with a targeted request and determine whether any such records exist and, if so, whether they are within ICE's custody or control." Counsel for Defendants also said that they would not produce additional medical records until the parties entered into a protective order.

Plaintiffs are working to compile and will provide Defendants with a list of clearly missing records as soon as practicable. Plaintiffs have also provided Defendants with a proposed protective order modeled on a recently endorsed order to which Defendant ICE stipulated in a case concerning challenging similar conditions of confinement in an immigration detention center. *See* Stipulated Protective Order, *Gomez Ruiz v. U.S. Immigr. & Customs Enf't* No. 1:26-cv-02546-JLT-CDB, ECF No. 178 (E.D. Cal. Aug. 18, 2026). Plaintiffs hope that, once a protective order is entered, and with Plaintiffs' list of missing documents, Defendants will be able to locate and produce the missing records quickly.

As a result, Plaintiffs respectfully request that the Court extend the deadline to file a reply in support of the Motion for Limited Expedited Discovery until **September 10, 2026**, to allow Plaintiffs to attempt to work with Defendants in good faith to resolve Plaintiffs' motion. On August 26, 2026, counsel for Defendants informed Plaintiffs that "Defendants will not oppose an extension

so long as the extension's language indicates the parties are in good-faith, working towards a solution that would negate further litigation."

A proposed order is attached.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Felipe De Jesús Hernández*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Rita Lomio (CA 254501) (*pro hac vice*)
Kyle Virgien (CA 278747) (*pro hac vice*)
Felipe Hernandez (CA 338468) (*pro hac vice*)
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770
rlomio@aclu.org
kvirgien@aclu.org
npp_fhernandez@aclu.org

Carmen Iguina Gonzalez (*pro hac vice*)
Elisa Epstein (*pro hac vice*)
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Tel.: (202) 393-4930
ciguinagonzalez@aclu.org
eepstein@aclu.org

ACLU FOUNDATION OF TEXAS, INC.
Savannah Kumar
Texas Bar No. 24120098
Fabiola Alvelais
Texas Bar No. 24146029
Edgar Saldivar
Texas Bar No. 24038188
Adriana Pinon
Texas Bar No. 24089768
P.O. Box 8306
Houston, TX 77288
Tel.: (713) 942-8146
Fax: (713) 942-8966
skumar@aclutx.org
falvelais@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

FARELLA BRAUN + MARTEL LLP
Jim Day (CA 197158) (*admitted*)
Cynthia A. Castillo (TX 24097474)
Raven Quesenberry (CA 346250) (*admitted*)
Hilary C. Krase (CA 318762) (*pro hac vice*)
One Bush Street, Suite 900
San Francisco, California 94104
Tel.: (415) 954-4400
Fax: (415) 954-4480
jday@fbm.com
ccastillo@fbm.com
rquesenberry@fbm.com
hkrase@fbm.com

Alana Park
Texas Bar No. 24150568
Zachary Dolling
Texas Bar No. 24105809
Charlotte Weiss (application for admission pending)
New York Bar No. 6313639
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, Texas 78760
Tel.: (512) 474-5073 ext. 162
alana@texascivilrightsproject.org
zachary@texascivilrightsproject.org
cweiss@texascivilrightsproject.org

Dustin Rynders
Texas Bar No. 24048005
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 1108
Houston, Texas 77251
Tel.: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Daniel Hatoum
Texas Bar No. 24099136
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
Tel.: (956) 787-8171 ext. 127
daniel@texascivilrightsproject.org

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record.

*/s/ Felipe De Jesús Hernández*
Felipe De Jesús Hernández

*Counsel for Plaintiffs and the Putative Class*