**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**[PROPOSED]**

**ORDER ON UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY**

Plaintiffs have filed a third unopposed motion to extend the deadline to file a reply in support of their Motion for Limited Expedited Discovery. The Court, having considered Plaintiffs' Motion and all other papers on file in this action, finds good cause to grant Plaintiffs' Motion.

IT THEREFORE IS ORDERED that Plaintiffs' reply in support of their Motion for Limited Expedited Discovery (ECF No. 13) shall be due on September 10, 2026.

IT IS SO ORDERED.

Dated: August ____, 2026

______________________________

HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE