UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| GERALD AKARI ANGYE, *et al* | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | Civil Action No. 26-cv-01515-LS |
| | § | |
| U.S. IMMIGRATION AND | § | |
| CUSTOMS ENFORCEMENT, *et al* | § | |
| *Defendants.* | § | |

**UNOPPOSED MOTION TO WITHDRAW**
**ALANA PARK AS COUNSEL FOR PLAINTIFFS**

Undersigned counsel, Alana Park of the Texas Civil Rights Project, respectfully moves to withdraw her appearance as counsel for Plaintiffs Gerald Akari Angye, FNU Navdeep, Erik Ivan Rodriguez Flores and ZOR due to the upcoming conclusion of her legal fellowship with the Texas Civil Rights Project. Plaintiffs will continue to be represented by the other attorneys from Texas Civil Rights Project who have entered appearances in this case. Counsel for the other parties in this action stated that those parties do not oppose this motion.

Date: September 2, 2026

Respectfully submitted,

*/s/ Alana Park*

Alana Park
TX Bar No. 24150568
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, Texas 78760
alana@texascivilrightsproject.org

Daniel Hatoum
TX Bar No. 24099136
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 219
Alamo, Texas 78516

(956) 787-8171 ext. 208
daniel@texascivilrightsproject.org

Dustin Rynders
TX Bar No. 24048005
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 1108
Houston, Texas 77251
(832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Zachary Dolling
TX Bar No. 24105809
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, Texas 78760
(512) 474-5073 ext. 162
zachary@texascivilrightsproject.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I, Alana Park, hereby certify that on September 1, 2026, I communicated with Defendants' counsel Brian Schaeffer, Shane Alan Young and Samuel Go by email (brian.schaeffer@usdoj.gov and shane.a.young@usdoj.gov, samuel.go@usdoj.gov) regarding this Motion, and they stated that Defendants are not opposed to this Motion.

*/s/ Alana Park*
Alana Park

**CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served on the other parties to this action and their counsel of record through electronic filing in the Court's ECF system on September 2, 2026.

*<u>/s/ Alana Park</u>*
Alana Park