UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| GERALD AKARI ANGYE, *et al* | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | Civil Action No. 26-cv-01515-LS |
| | § | |
| U.S. IMMIGRATION AND | § | |
| CUSTOMS ENFORCEMENT, *et al* | § | |
| *Defendants.* | § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ALANA PARK AS COUNSEL FOR PLAINTIFFS**

Upon consideration of the Unopposed Motion to Withdraw Alana Park as Counsel for Plaintiffs Gerald Akari Angye, FNU Navdeep, Erik Ivan Rodriguez Flores and ZOR, the Court hereby GRANTs this Motion. The Clerk is directed to withdraw Alana Park as counsel for Plaintiffs Gerald Akari Angye, FNU Navdeep, Erik Ivan Rodriguez Flores and ZOR.

Date: __________________

______________________________
UNITED STATES DISTRICT JUDGE