**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| GERALD AKARI ANGYE, NAVDEEP, ERIK IVAN RODRIGUEZ FLORES, and ZOR, on their own behalf and on behalf of others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No.: 3:26-cv-1515-MV |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, MARISA FLORES, ANGEL GARITE, U.S. DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, U.S. DEPARTMENT OF WAR, and PETE HEGSETH, | § § § § § § § | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of the following document(s):

**CLASS ACTION COMPLAINT [DKT 1]**

**PLAINTIFFS’ MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL [DKT 2]**

**PLAINTIFFS’ CORRECTED MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND TO SEAL DECLARANTS’ IDENTITIES [DKT 12]**

**PLAINTIFFS OPPOSED MOTION FOR LIMITED EXPEDITED DISCOVERY [DKT 13]**

**PLAINTIFFS’ MOTION FOR LEAVE TO FILE REDACTED EXHIBITS [DKT 14]**

**SUMMONS [DKT 15]**

by United States Postal Service Certified Mail, Return Receipt Requested, upon the following parties:

1. On 06/10/2026 to **Marisa Flores**, El Paso Field Office, 11541 Montana Avenue, Suite E, El Paso, TX 79936. The documents were delivered on July 8, 2026. Tracking No. 9589071052704356515536. (See Exhibit 1).

2. On 06/10/2026 to **Angel Garite**, El Paso Service Processing Center, 8915 Montana Avenue, El Paso, TX 79925. The documents were delivered on June 12, 2026. Tracking No. 9589071052704356515543. (See Exhibit 2).

3. On 07/30/2026 to **Pete Hegseth**, **Sec. of Defense**, c/o Office of the General Counsel, 1600 Defense Pentagon, Washington, DC 20301-1600. The documents were delivered on August 4, 2026. Tracking No. 9589071052704356515659. (See Exhibit 3).

4. On 07/30/2026 to **David Venturella** (**o.b.o Todd Lyons**), **Acting Director U.S. Immigration and Customs Enforcement**, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900. The documents were delivered on August 4, 2026. Tracking No. 9589071052704356515635. (See Exhibit 4).

5. On 07/30/2026 to **Markwayne Mullin**, **Sec. U.S. Department of Homeland Security** c/o Office of the General Counsel, 245 Murray Lane, SW Mail Stop 0485 Washington, DC 20528-0485. The documents were delivered on August 4, 2026. Tracking No. 9589071052704356515611. (See Exhibit 5).

6. On 07/30/2026 to **U.S. Department of Homeland Security, Office of the General Counsel**, 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528-0485. The documents were delivered on August 4, 2026. Tracking No. 9589071052704356515642. (See Exhibit 6).

7. On 07/07/2026 to **U.S. Dept. of War**, 1400 Defense Pentagon, Washington, DC 20301. The documents were delivered on July 21, 2026. Tracking No. 9171999991703953748479. (See Exhibit 7).

On 07/30/2026 to **Dept. of Defense, o.b.o. U.S. Dept. of War, Office of the General Counsel**,1600 Defense Pentagon, Washington, DC 20301-1600. The documents were delivered on August 4, 2026. Tracking No. 9589071052703690006441. (See Exhibit 7).

8. On 07/30/2026 to **U.S. Immigration and Customs Enforcement**, **Office of the Principal Legal Advisor**, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900. The documents were delivered on August 4, 2026. Tracking No. 9589071052704356515628. (See Exhibit 8).

9. On 06/10/2026 to **U.S. Attorney's Office for the Western District of Texas, Civil Process Clerk**, 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216-5597. The documents were delivered on June 12, 2026. Tracking No. 9589071052704356515529. (See Exhibit 9).

10. On 07/29/2026 to **Attorney General of the United States, United States Department Of Justice**, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001. The documents were delivered on August 4, 2026. Tracking No. 9171999991703953748431. (See Exhibit 10).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2026, at San Francisco, California.

Benjamin A. Rasmussen (Paralegal)