# EXHIBIT 1

Civil Action No. 3:26-cv-1515

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Marisa Flores

was received by me on *(date)* 06/10/2026 .

❒ I personally served the summons on the individual at *(place)* ____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

☑ Other *(specify)*: A copy of the complaint and summons was sent via USPS Certified Mail on 06/10/2026 to Marisa Flores, El Paso Field Office, 11541 Montana Avenue, Suite E, El Paso, TX 79936. The documents were delivered on July 8, 2026. Tracking No. 9589071052704356515536.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/15/2026

[signature]
*Server's signature*

Ben Rasmussen (Paralegal)
*Printed name and title*

Farella Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104
*Server's address*

Additional information regarding attempted service, etc:

Tracking Number:

**9589071052704356515536**

Copy Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 12:17 pm on July 8, 2026 in EL PASO, TX 79936.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**

EL PASO, TX 79936
July 8, 2026 12:17 PM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Marisa Flores**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARISA FLORES
EL PASO FIELD OFFICE
11541 MONTANA AVENUE, SUITE E
EL PASO, TX 79936

9590 9402 5903 0049 1606 29

2. Article Number *(Transfer from service label)*

9589 0710 5270 4356 5155 36

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SEC*

A. Signature

X

B. Received by *(Printed Name)*

C. Date of

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

Domestic Return Receipt

CKING #

9590 9402 5903 0049 1606 29

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Farella
Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104

Attn: G. Renteria m48313

9589 0710 5270 4356 5155 36

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Postmark Here

SAN FRANCISCO, CA SUTTER STATION 94104 JUN 1 2026

MARISA FLORES
EL PASO FIELD OFFICE
11541 MONTANA AVENUE, SUITE E
EL PASO, TX 79936

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions