# EXHIBIT 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-1515

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Angel Garite

was received by me on *(date)* 06/10/2026

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

✔ Other *(specify)*: A copy of the complaint and summons was sent via USPS Certified Mail on 06/10/2026 to Angel Garite, El Paso Service Processing Center, 8915 Montana Avenue, El Paso, TX 79925. The documents were delivered on June 12, 2026. Tracking No. 9589071052704356515543.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/21/2026

[signature]

*Server's signature*

Ben Rasmussen (Paralegal)

*Printed name and title*

Farella Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104

*Server's address*

Additional information regarding attempted service, etc:

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANGEL GARITE
EL PASO SERVICE PROCESSING CENTER
8915 MONTANA AVENUE
L PASO, TX 79925

9590 9402 5903 0049 1606 12

Article Number *(Transfer from service label)*

589 0710 5270 4356 5155 43

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
sured Mail
sured Mail Restricted Delivery
over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

S Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

9589 0710 5270 4356 5155 43

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
***Domestic Mail Only***

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total P
$

Postmark Here

SAN FRANCISCO CA SUTTER STATION JUL 10 2026 94104

Sent T

ANGEL GARITE
EL PASO SERVICE PROCESSING
CENTER

Street
8915 MONTANA AVENUE

City, S
EL PASO, TX 79925

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Tracking Number:

**9589071052704356515543**

Copy Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 9:37 am on June 12, 2026 in EL PASO, TX 79925.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**

EL PASO, TX 79925
June 12, 2026 9:37 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Angel Garite**