# EXHIBIT 3

Civil Action No. 3:26-cv-1515

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Pete Hegseth, Secretary of Defense

was received by me on *(date)* 06/10/2026

❒ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

☑ Other *(specify)*: A copy of the complaint and summons was sent via USPS Certified Mail on July 30, 2026 to Pete Hegseth, Sec. of Defense, c/o Office of the General Counsel, 1600 Defense Pentagon, Washington, DC 20301-1600. The documents were delivered on August 4, 2026. Tracking No. 9589071052704356515659.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/15/2026

[signature]

*Server's signature*

Ben Rasmussen (Paralegal)

*Printed name and title*

Farella Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104

*Server's address*

Additional information regarding attempted service, etc:

USPS TRACKING #

CAPITAL DISTRICT 208
8 AUG 2026 PM 3 L

9590 9402 5903 0049 2539 01

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ben Rasmussen / Gina Renteria
#48313
Farella Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pete Hegseth, Sec. of Defense
c/o Office of the General Counsel
1600 Defense Pentagon
Washington, DC 20301-1600

9590 9402 5903 0049 2539 01

2. Article Number *(Transfer from service label)*

9589 0710 5270 4356 5156 59

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X CMD
☑ Agent
☐ Addressee

B. Received by *(Printed Name)* CMD

C. Date of Delivery 8/4/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 04 2026 AUG 04 2026
At Pentagon #091 PFPA

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

9589 0710 5270 4356 5156 59

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

SAN FRANCISCO, CA JUL 30 2026 SUTTER STATION 94104

Sent To: Pete Hegseth, Sec. of Defense

c/o Office of the General Counsel

Street and Apt. No.: 1600 Defense Pentagon

City, State, ZIP+4®: Washington, DC 20301-1600

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

R

Tracking Number:

**9589071052704356515659**

Copy   Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 6:39 am on August 4, 2026 in WASHINGTON, DC 20301.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20301
August 4, 2026 6:39 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Pete Hegseth, Sec. of Defense, c/o Office of the General Counsel**