# EXHIBIT 5

Civil Action No. 3:26-cv-1515

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Markwayne Mullin, Sec. U.S. Department of Homeland Security

was received by me on *(date)* 06/10/2026

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

✔ Other *(specify)*: A copy of the complaint and summons was sent via USPS Certified Mail on July 30, 2026 to Markwayne Mullin, Sec. U.S. Department of Homeland Security c/o Office of the General Counsel 245 Murray Lane, SW Mail Stop 0485 Washington, DC 20528-0485. The documents were delivered on August 4, 2026. Tracking No. 9589071052704356515611.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/15/2026

[signature]
*Server's signature*

Ben Rasmussen (Paralegal)
*Printed name and title*

Farella Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104
*Server's address*

Additional information regarding attempted service, etc:

USPS TRACKING #

9590 9402 5903 0049 2534 44

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ben Rasmussen / Gina Renteria
#48313
Farella
Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Markwayne Mullin, Sec. U.S.
Department of Homeland Security
c/o Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

9590 9402 5903 0049 2534 44

2. Article Number *(Transfer from service label)*

9589 0710 5270 4356 5156 11

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X AUG 17 REC'D ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

Tracking Number:

**9589071052704356515611**

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 9:01 am on August 4, 2026 in WASHINGTON, DC 20528.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**

WASHINGTON, DC 20528
August 4, 2026 9:01 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Markwayne Mullin, Sec. U.S. Department of Homeland Security**

9589 0710 5270 4356 5156 11

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
***Domestic Mail Only***

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

SAN FRANCISCO, CA
JUL 30 2026
SUTTER STATION 94104

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
**Total Postage and Fees**
$

Postmark
Here

*Sent To*
**Markwayne Mullin, Sec. U.S.**
**Department of Homeland Security**
**c/o Office of the General Counsel**
*Street and Apt. No., or PO Box No.*
**245 Murray Lane, SW**
**Mail Stop 0485**
*City, State, ZIP+4®*
**Washington, DC 20528-0485**

**PS Form 3800, January 2023** PSN 7530-02-000-9047 **See Reverse for Instructions**

Tracking Number:

**9589071052704356515567**

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 9:56 am on June 12, 2026 in WASHINGTON, DC 20528.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**

WASHINGTON, DC 20528
June 12, 2026 9:56 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

Markwayne Mullin, Secretary of The U.S. Department of Homeland Security

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARKWAYNE MULLIN
SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY
245 MURRAY LANE SW
WASHINGTON, DC 20528

9590 9402 8763 3310 4206 70

2. Article Number *(Transfer from service label)*

9589 0710 5270 4356 5155 67

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...sured Mail
☐ ...sured Mail Restricted Delivery
...ver $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

9590 9402 8763 3310 4206 70

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Farella
Braun + Martel

One Bush Street, Suite 900
San Francisco, CA 94104

Attn: G. Renteria m48313