# EXHIBIT 6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-1515

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security

was received by me on *(date)* 06/10/2026

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS Certified Mail on 07/30/2026 to U.S. Department of Homeland Security, Office of the General Counsel 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528-0485. The documents were delivered on August 4, 2026. Tracking No. 9589071052704356515642.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/15/2026

[signature]

*Server's signature*

Ben Rasmussen (Paralegal)

*Printed name and title*

Farella Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104

*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

9590 9402 5903 0049 2538 95

2. Article Number *(Transfer from service label)*

9589 0710 5270 4356 5156 42

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X AUG 10 REC'D
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 5903 0049 2538 95

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**Ben Rasmussen / Gina Renteria**
#48313
Farella Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104

9589 0710 5270 4356 5156 42

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

SAN FRANCISCO, CA
JUL 30 2026
SUTTER STATION

Sent To
U.S. Department of Homeland Security
Office of the General Counsel

Street and Apt. No., or PO
245 Murray Lane, SW
Mail Stop 0485

City, State, ZIP+4®
Washington, DC 20528-0485

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Tracking Number:

**9589071052704356515642**

Copy   Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 9:01 am on August 4, 2026 in WASHINGTON, DC 20528.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**

WASHINGTON, DC 20528
August 4, 2026 9:01 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**U.S. Department of Homeland Security**