# EXHIBIT 7

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-1515

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Dept. of Defense, o.b.o. U.S. Dept. of War, Office of the General Counsel

was received by me on *(date)* 06/10/2026

❒ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

✔ Other *(specify)*: A copy of the complaint and summons was sent via USPS Certified Mail on 07/07/2026 to U.S. Department of War, 1400 Defense Pentagon, Washington, DC 20301. The documents were delivered on July 21, 2026. Tracking No. 9171999991703953748479.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/15/2026

[signature]

*Server's signature*

Ben Rasmussen (Paralegal)

*Printed name and title*

Farella Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104

*Server's address*

Additional information regarding attempted service, etc:

A copy of the complaint and summons was sent via USPS Certified Mail on July 30, 2026 to Dept. of Defense, o.b.o. U.S. Dept. of War, Office of the General Counsel,1600 Defense Pentagon, Washington, DC 20301-1600. The documents were delivered on August 4, 2026. Tracking No. 9589071052703690006441.

USPS TRACKING #

CAPITAL DISTRICT 208

19 JUL 2026 PM 3 L

9590 9402 5928 0049 8042 25

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Se... in this box•

Farella
Braun + Martel

One Bush Street, Suite 900
San Francisco, CA 94104

Attn: B. Rasmussen m. 483

LS F

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**U.S. Dept. of War**
**1400 Defense Pentagon,**
**Washington, DC 20301-1400**

9590 9402 5928 0049 8042 25

2. Article Number *(Transfer from service label)*

91 7199 9991 7039 5374 8479

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* N.D. BROWN

C. Date of Delivery 7/21/2026

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ed Mail
...ed Mail Restricted Delivery
$500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

Tracking Number:

**9171999991703953748479**

Copy Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 6:27 am on July 16, 2026 in WASHINGTON, DC 20310.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20310
July 16, 2026 6:27 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**US DEPT OF WAR / DEPT OF DEFENSE**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dept. of Defense, o.b.o. U.S. Dept. of War
Office of the General Counsel
1600 Defense Pentagon
Washington, DC 20301-1600

9590 9402 5903 0049 2534 68

2. Article Number *(Transfer from service label)*

9589 0710 5270 3690 0064 41

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

9589 0710 5270 3690 0064 41

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

SUTTER STATION 94104 JUL 30 2026

*Sent To*
Dept. of Defense, o.b.o. U.S. Dept. of War
*Street and Apt. No.,*
Office of the General Counsel
1600 Defense Pentagon
*City, State, ZIP+4®*
Washington, DC 20301-1600

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Tracking Number:

**9589071052703690006441**

Copy Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 6:39 am on August 4, 2026 in WASHINGTON, DC 20301.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20301
August 4, 2026 6:39 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Department of Defense, o.b.o. U.S. Dept. of War, Office of the General Counsel**