# EXHIBIT 8

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-1515

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Immigration and Customs Enforcement was received by me on *(date)* 06/10/2026

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

✔ Other *(specify)*: A copy of the complaint and summons was sent via USPS Certified Mail on July 30, 2026 to U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900. The documents were delivered on August 4, 2026. Tracking No. 9589071052704356515628.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/15/2026

[signature]

*Server's signature*

Ben Rasmussen (Paralegal)

*Printed name and title*

Farella Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104

*Server's address*

Additional information regarding attempted service, etc:

USPS TRACKING #

9590 9402 5903 0049 2534 51

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Ben Rasmussen / Gina Renteria
#48313
Farella
Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104

---

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Immigration and Customs Enforcement,
Office of the Principal Legal Advisor,
500 12th St. SW, Mail Stop 5900,
Washington, DC 20536-5900

9590 9402 5903 0049 2534 51

2. Article Number *(Transfer from service label)*

9589 0710 5270 4356 5156 28

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X AUG 6 REC'D
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

9589 0710 5270 4356 5156 28

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

SAN FRANCISCO, CA
JUL 30 2026
SUTTER STATION 94104

Sent To
U.S. Immigration and Customs Enforcement,
Street and Apt. No., or PO
Office of the Principal Legal Advisor,
500 12th St. SW, Mail Stop 5900,
City, State, ZIP+4®
Washington, DC 20536-5900

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Tracking Number:

**9589071052704356515628**

Copy Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 9:13 am on August 4, 2026 in WASHINGTON, DC 20536.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**

WASHINGTON, DC 20536
August 4, 2026 9:13 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**U.S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor**