# EXHIBIT 9

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-1515

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the Western District of Texas,
was received by me on *(date)* 06/10/2026

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: A copy of the complaint and summons was sent via USPS Certified Mail on 06/10/2026 to U.S. Attorney's Office for the Western District of Texas, Civil Process Clerk, 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216-5597. The documents were delivered on June 12, 2026. Tracking No. 9589071052704356515529.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/15/2026

[signature]
*Server's signature*

Ben Rasmussen (Paralegal)
*Printed name and title*

Farella Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104
*Server's address*

Additional information regarding attempted service, etc:

USPS TRACKING #

9590 9402 5903 0049 1606 36

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No.

• Sender: Please print your name, address, and ZIP+4® in this box•

Farella Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104

Attn: G. Renteria m48313

SENDER: COMPLET

- Complete items 1, 2
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY'S OFFICE FOR THE WESTERN DISTRICT OF TEXAS
CIVIL PROCESS CLERK
601 N.W. LOOP 410, SUITE 600
SAN ANTONIO, TX 78216-5597

9590 9402 5903 0049 1606 36

2. Article Number *(Transfer from service label)*

9589 0710 5270 4356 5155 29

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery 6/12/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☒ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

9589 0710 5270 4356 5155 29

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$

Tota
$

Sen
Stre
City,

U.S. ATTORNEY'S OFFICE FOR THE WESTERN DISTRICT OF TEXAS
CIVIL PROCESS CLERK
601 N.W. LOOP 410, SUITE 600
SAN ANTONIO, TX 78216-5597

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Tracking Number:

**9589071052704356515529**

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 10:19 am on June 12, 2026 in SAN ANTONIO, TX 78216.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**

SAN ANTONIO, TX 78216
June 12, 2026 10:19 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

U.S. Attorney's Office for the Western District of Texas, Civil Process Clerk