# EXHIBIT 10

Civil Action No. 3:26-cv-1515

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Attorney General of the U.S., U.S. Department of Justice

was received by me on *(date)* 06/10/2026

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS Certified Mail on July 29, 2026 to ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001. The documents were delivered on August 4, 2026. Tracking No. 9171999991703953748431

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/15/2026

[signature]
*Server's signature*

Ben Rasmussen (Paralegal)
*Printed name and title*

Farella Braun + Martel
One Bush Street, Suite 900
San Francisco, CA 94104
*Server's address*

Additional information regarding attempted service, etc:

USPS TRACKING #

9590 9402 5928 0049 8041 40

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Farella
Braun + Martel
Ben Rasmussen
One Bush Street, Suite 900
San Francisco, CA 94104

M#48313

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue,
NW Washington, DC 20530-0001

9590 9402 5928 0049 8041 40

2. Article Number *(Transfer from service label)*

91 7199 9991 7039 5374 8431

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

UNITED STATES POSTAL SERVICE.

SUTTER STREET
150 SUTTER ST
SAN FRANCISCO, CA 94104-9991
www.usps.com

07/29/2026 02:02 PM

TRACKING NUMBERS
9171999991703953748431

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Prepaid Mail<br>Washington, DC 20530<br>Weight: 8 lb 14.40 oz<br>Acceptance Date:<br>Wed 07/29/2026<br>Tracking #:<br>9171999991703953748431 | 1 | | $0.00 |

Grand Total: $0.00

Tracking Number:

**9171999991703953748431**

Copy Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 4:37 am on August 4, 2026 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
August 4, 2026 4:37 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Attorney General Of The United States, U.S. Department Of Justice**