**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**PLAINTIFFS' FIFTH UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A REPLY IN SUPPORT OF MOTION FOR LIMITED EXPEDITED DISCOVERY**

On June 2, 2026, after months of unsuccessfully attempting to get medical records from the facility, Plaintiffs filed a Motion for Limited Expedited Discovery to obtain the complete medical records from Camp East Montana for 25 people. ECF No. 13. Since then, the parties have attempted to resolve Plaintiffs' motion and have sought and received extensions of time as they engaged in negotiations to resolve the matter. *See* ECF Nos. 18 (stipulation), 20, 27, 29, 32, 35, 39, 41, 44.

Most recently, on September 8, 2026, Plaintiffs sought and received a short extension of time to allow the parties to finalize the protective order, which counsel for Defendants said was necessary before Defendants would produce any additional medical records. ECF No. 44 at 1. On September 2, 2026, and September 9, 2026, Plaintiffs provided Defendants detailed lists of missing medical records, and on September 21, 2026, the Court granted the parties' agreed upon protective order. ECF No. 47.

On September 21, 2026, Defendants produced additional medical records that counsel for Defendants said had been withheld from Plaintiffs since early August 2026. During a meet and confer on September 21, 2026, counsel for Defendants stated that Defendants were still reviewing Plaintiffs' lists of missing medical records to try to locate additional medical records, were still attempting to identify the relevant custodian for certain medical records and were still determining who could certify that all available medical records had been produced. Currently, Plaintiffs are reviewing the newly produced medical records, but the production is still incomplete as medical records are still missing.

Plaintiffs hope that the parties will work expeditiously and in good faith to resolve Plaintiffs' motion without further litigation and that Defendants will be able to locate missing medical records with the detailed information Plaintiffs have provided. Plaintiffs therefore respectfully request that the Court extend the deadline to file a reply in support of the Motion for Limited Expedited Discovery until **October 22, 2026**, to allow Defendants additional time to locate missing medical records and the parties additional time to try to resolve any remaining issues.

On September 21, 2026, counsel for Defendants informed Plaintiffs that they do not oppose the requested extension until October 22, 2026.

A proposed order is attached.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Felipe De Jesús Hernández*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Rita Lomio (CA 254501) (*pro hac vice*)
Kyle Virgien (CA 278747) (*pro hac vice*)
Felipe Hernandez (CA 338468) (*pro hac vice*)
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770
rlomio@aclu.org
kvirgien@aclu.org
npp_fhernandez@aclu.org

Carmen Iguina Gonzalez (*pro hac vice*)
Elisa Epstein (*pro hac vice*)
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Tel.: (202) 393-4930
ciguinagonzalez@aclu.org
eepstein@aclu.org

Zachary Dolling
Texas Bar No. 24105809
Charlotte Weiss (application for admission pending)
New York Bar No. 6313639
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, Texas 78760
Tel.: (512) 474-5073 ext. 162
zachary@texascivilrightsproject.org
cweiss@texascivilrightsproject.org

Dustin Rynders
Texas Bar No. 24048005
TEXAS CIVIL RIGHTS PROJECT

ACLU FOUNDATION OF TEXAS, INC.
Savannah Kumar
Texas Bar No. 24120098
Fabiola Alvelais
Texas Bar No. 24146029
Edgar Saldivar
Texas Bar No. 24038188
Adriana Pinon
Texas Bar No. 24089768
P.O. Box 8306
Houston, TX 77288
Tel.: (713) 942-8146
Fax: (713) 942-8966
skumar@aclutx.org
falvelais@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

FARELLA BRAUN + MARTEL LLP
Jim Day (CA 197158) (*admitted*)
Cynthia A. Castillo (TX 24097474)
Raven Quesenberry (CA 346250) (*admitted*)
Hilary C. Krase (CA 318762) (*pro hac vice*)
One Bush Street, Suite 900
San Francisco, California 94104
Tel.: (415) 954-4400
Fax: (415) 954-4480
jday@fbm.com
ccastillo@fbm.com
rquesenberry@fbm.com
hkrase@fbm.com

P.O. Box 1108
Houston, Texas 77251
Tel.: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Daniel Hatoum
Texas Bar No. 24099136
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
Tel.: (956) 787-8171 ext. 127
daniel@texascivilrightsproject.org

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record.

*/s/ Felipe De Jesús Hernández*
Felipe De Jesús Hernández

*Counsel for Plaintiffs and the Putative Class*