**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSIVE PLEADING AND PAGE LIMITS FOR POTENTIAL MOTION FOR PRELIMINARY INJUNCTION**

THIS CAUSE comes before the Court upon the parties' Stipulation regarding the briefing schedule for Defendants' responsive pleading and page limits for briefing on Plaintiffs' potential Motion for Preliminary Injunction.

UPON CONSIDERATION of the parties' Stipulation, the reasons set forth therein, and the other pleadings filed in this case, the Court hereby GRANTS the parties' Stipulation.

Defendants' responsive pleading shall be due on **October 27, 2026**, and Plaintiffs' response to any motion to dismiss shall be due on **November 17, 2026**.

Page limits for any Motion for Preliminary Injunction, and any response in opposition to the Motion for Preliminary Injunction, will be set at **30 pages**. The page limit for any reply in support of the Preliminary Injunction will be set at **15 pages**.

IT IS SO ORDERED.

Dated: October ____, 2026

______________________________
HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE