UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| GERALD AKARI ANGYE, *et al.*<br>*Plaintiffs,* | §<br>§<br>§ | |
| vs. | § | Civil Action No. 26-cv-01515-LS |
| U.S. IMMIGRATION AND<br>CUSTOMS ENFORCEMENT, *et al.*<br>*Defendants.* | §<br>§<br>§<br>§ | |

**UNOPPOSED MOTION TO WITHDRAW
ELISA EPSTEIN AS COUNSEL FOR PLAINTIFFS**

Undersigned counsel Elisa Epstein respectfully moves to withdraw her appearance as counsel for Plaintiffs Gerald Akari Angye, FNU Navdeep, Erik Ivan Rodriguez Flores and ZOR due to the conclusion of her legal fellowship with the American Civil Liberties Union Foundation ("ACLU"). Plaintiffs will continue to be represented by the other attorneys from the ACLU who have entered appearances in this case. Counsel for the other parties in this action stated that those parties do not oppose this motion.

Date: October 9, 2026

Respectfully submitted,

*/s/ Elisa Epstein*

Elisa Epstein*
American Civil Liberties Union Foundation
National Prison Project
915 15th Street, NW, Suite 700
Washington, DC 20005
202-393-4930
eepstein@aclu.org

Carmen Iguina González*
American Civil Liberties Union Foundation
National Prison Project
915 15th Street, NW, Suite 700
Washington, DC 20005

202-393-4930
ciguinagonzalez@aclu.org

Felipe Hernandez*
Kyle Virgien*
Rita Lomio*
American Civil Liberties Union Foundation
National Prison Project
425 California St., Suite 700
San Francisco, CA 94104
(202) 393-4930
npp_fhernandez@aclu.org
kvirgien@aclu.org
rlomio@aclu.org

** Admitted pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF CONFERENCE**

I, Elisa Epstein, hereby certify that on October 1, 2026, I communicated with Defendants' counsel Brian Schaeffer, Shane Alan Young and Samuel Go by email (brian.schaeffer@usdoj.gov, shane.a.young@usdoj.gov, and samuel.go@usdoj.gov) regarding this Motion, and they stated that Defendants are not opposed to this Motion.

*/s/ Elisa Epstein*
Elisa Epstein

**CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served on the other parties to this action and their counsel of record through electronic filing in the Court's ECF system on October 9, 2026.

*/s/ Elisa Epstein*
Elisa Epstein