**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Gerald Akari Angye, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, *et al.*,<br><br>*Defendants*. | Civil Action No.: 3:26-cv-1515-LS |

**PLAINTIFFS' UNOPPOSED MOTION**
**TO EXCEED PAGE LIMIT FOR MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs respectfully request to exceed the 20-page limit set by Local Rule CV-7(c)(2) for their Motion for Preliminary Injunction. Plaintiffs seek permission to file a 30-page motion, which is included with this Unopposed Motion to Exceed the Page Limit as an exhibit.

The extension is necessary to accommodate Plaintiffs' arguments given the size of the voluminous record, which includes four government oversight reports, declarations from over 40 people who are or were at Camp East Montana and their loved ones, and two detention experts. The parties have conferred and, in a stipulation filed with the Court last week, the parties jointly asked the Court to allow Plaintiffs to file a motion for preliminary injunction of up to 30 pages, Defendants to file a response of up to 30 pages, and Plaintiffs to file a reply of up to 15 pages. ECF No. 49. Plaintiffs, in good faith, have made all efforts to reduce the size of their Motion for Preliminary Injunction, but the additional pages are necessary to fully address the issues involved and explain the relevant factual background.

As a result, Plaintiffs respectfully ask the Court to grant this Motion and to direct the Clerk to file the Motion for Preliminary Injunction and supporting documents included herewith on the docket. A proposed order is attached.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Cynthia A. Castillo*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Rita Lomio (CA 254501) (*pro hac vice*)
Kyle Virgien (CA 278747) (*pro hac vice*)
Felipe Hernandez (CA 338468) (*pro hac vice*)
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770
rlomio@aclu.org
kvirgien@aclu.org
npp_fhernandez@aclu.org

Carmen Iguina Gonzalez (*pro hac vice*)
915 15th Street NW, 7th Floor
Washington, D.C. 20005

FARELLA BRAUN + MARTEL LLP
Jim Day (CA 197158) (*admitted*)
Cynthia A. Castillo (TX 24097474)
Raven Quesenberry (CA 346250) (*admitted*)
Hilary C. Krase (CA 318762) (*pro hac vice*)
One Bush Street, Suite 900
San Francisco, California 94104
Tel.: (415) 954-4400
Fax: (415) 954-4480
jday@fbm.com
ccastillo@fbm.com
rquesenberry@fbm.com
hkrase@fbm.com

Tel.: (202) 393-4930
ciguinagonzalez@aclu.org

ACLU FOUNDATION OF TEXAS, INC.
Savannah Kumar
Texas Bar No. 24120098
Fabiola Alvelais
Texas Bar No. 24146029
Edgar Saldivar
Texas Bar No. 24038188
P.O. Box 8306
Houston, TX 77288
Tel.: (713) 942-8146
Fax: (713) 942-8966
skumar@aclutx.org
falvelais@aclutx.org
esaldivar@aclutx.org

Zachary Dolling
Texas Bar No. 24105809
Charlotte Weiss (application for admission pending)
New York Bar No. 6313639
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, Texas 78760
Tel.: (512) 474-5073 ext. 162
zachary@texascivilrightsproject.org
cweiss@texascivilrightsproject.org

Dustin Rynders
Texas Bar No. 24048005
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 1108
Houston, Texas 77251
Tel.: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Daniel Hatoum
Texas Bar No. 24099136
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
Tel.: (956) 787-8171 ext. 127
daniel@texascivilrightsproject.org

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that Plaintiffs conferred with Defendants regarding this motion. Defendants indicated that they are unopposed to the relief sought here.

*/s/ Cynthia A. Castillo*
Cynthia A. Castillo

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record.

*/s/ Cynthia A. Castillo*
Cynthia A. Castillo

*Counsel for Plaintiffs*