**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**[PROPOSED]**

**ORDER ON UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs have filed an Unopposed Motion to Exceed Page Limit for their Motion for Preliminary Injunction. The Court, having considered Plaintiffs' Motion and all other papers on file in this action, finds good cause to grant Plaintiffs' Motion to Exceed Page Limit.

**IT THEREFORE IS ORDERED** that Plaintiffs' Unopposed Motion to Exceed Page Limit is **GRANTED**. The Clerk is directed to file Plaintiffs' Motion for Preliminary Injunction, and all supporting documents included with Plaintiffs' Motion to Exceed Page Limit, on the docket for this case.

**IT IS FURTHER ORDERED** that Defendants may have up to 30 pages for their response to Plaintiffs' Motion for Preliminary Injunction, and Plaintiffs may have up to 15 pages for any reply.

**IT IS SO ORDERED**.

Dated: October ____, 2026

______________________________
HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE