**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Gerald Akari Angye, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, *et al.*,<br><br>*Defendants*. | Civil Action No.: 3:26-cv-1515-LS |

**DECLARATION OF JUAN PRIETO**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Juan Prieto, hereby declare:

1. I am a paralegal with the ACLU of Texas. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts stated in this declaration, and, if called to testify as a witness, could and would testify competently to those facts.

2. On or around September 22, 2026, my colleague, Savannah Kumar, at the ACLU of Texas, submitted a request through the City of El Paso's public information center portal for "Call logs from Camp East Montana (also known as Camp Bliss) between July 20, 2025 and the date of this request." I saw this request go through on the portal.

3. On or around September 29, 2026, we received a message through the City of El Paso's public information center portal that the requested record had become available. As of October 14, 2026, this record is still available on the portal. On October 14, 2026, I downloaded the document on the portal titled "O70125-092226_Camp_Bliss_cad_list.xlsx." It is a spreadsheet of approximately 256 emergency calls made from Camp East Montana from July 30, 2025, through September 16, 2026. A true and correct copy of the list, saved as a .pdf, is attached as **Exhibit 1**.

4. On or around July 23, 2026, my colleague, Savannah Kumar, at the ACLU of Texas, submitted a request through the City of El Paso's public information center portal for, among other items, "Any and all call recordings documenting calls made from Camp East Montana ICE Detention Center (also known as Camp Bliss) to El Paso's police department through the 911 line between March 1, 2026 and the date of this request." I saw this request go through on the portal.

5. On or around August 13, 2026, after I paid an invoice for the public information request, my colleagues and I received a message through the City of El Paso's public information center portal that the requested records had become available. I downloaded the available files from the portal. I did not edit, rename, or otherwise alter the downloaded files.

6. On or around August 19, 2026, I uploaded copies of the files, without alteration, to a private, online file sharing folder for the litigation team's use. I am attaching a subset of these files, listed below, as Exhibits 2–8 to this declaration. They will be uploaded to Box.com after filing notice to this Court together with the filing of the motion for a preliminary injunction. I verify that each is a true and correct copy of what I downloaded from the City of El Paso public information portal:

a. **Exhibit 2** is R26039837_1_R_.wav. Based on the call log in Exhibit 1, this is a call recording dated May 24, 2026.

b. **Exhibit 3** is R26037589_1.wav. Based on the call log in Exhibit 1, this is a call recording dated May 16, 2026.

c. **Exhibit 4** is R26019302_1_R.. Based on the call log in Exhibit 1, this is a call recording dated March 12, 2026.

d. **Exhibit 5** is R26041522_1.wav. Based on the call log in Exhibit 1, this is a call recording dated May 30, 2026.

e. **Exhibit 6** is R26040604_1.wav. Based on the call log in Exhibit 1, this is a call recording dated May 27, 2026.

f. **Exhibit 7** is R26027640_1.wav. Based on the call log in Exhibit 1, this is a call recording dated April 10, 2026.

g. **Exhibit 8** is R26051301_1.wav. Based on the call log in Exhibit 1, this is a call recording dated July 2, 2026.

7. On or around March 10, 2026, my colleagues at the ACLU of Texas and I submitted a request for call recordings made from Camp East Montana ICE Detention Center to El Paso's police department to the 911 line.

8. Subsequently, the City of El Paso uploaded files responsive to our request and I downloaded them onto my computer. I did not edit, rename, or otherwise alter the downloaded files.

9. On or around March 27, 2026, I uploaded copies of the files, without alteration, to a private, online file sharing folder for the litigation team's use. I am attaching a subset of these files, listed below, as Exhibits 9–13 to this declaration. They will be uploaded to Box.com after filing notice to this Court together with the filing of the motion for a preliminary injunction. I verify that each is a true and correct copy of what I downloaded from the City of El Paso public information portal:

a. **Exhibit 9** is R25089176_1.wav. Based on the call log in Exhibit 1, this is a call recording dated November 10, 2025.

b. **Exhibit 10** is R25091700_1.wav. Based on the call log in Exhibit 1, this is a call recording dated November 20, 2025.

c. **Exhibit 11** is R25086983_1_R_.wav. Based on the call log in Exhibit 1, this is a call recording dated November 2, 2025.

d. **Exhibit 12** is R25073382_1_.wav. Based on the call log in Exhibit 1, this is a call recording dated September 14, 2025.

e. **Exhibit 13** is R26013741_2.wav. Based on the call log in Exhibit 1, this is a call recording dated February 20, 2026.

10. My colleagues at the ACLU of Texas, American Civil Liberties Union Foundation, Texas Civil Rights Project, and Farella Braun + Martel LLP reviewed the recordings referenced in this declaration and worked on creating transcripts of these recordings. On October 14, 2026, I consolidated these transcripts and am filing them with this declaration as **Exhibit 14**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of October 2026 in Austin, Texas.

/s/______________________

Juan Prieto