# EXHIBIT 1

| Date Time | Agency | Case Number/Event Number | Nature of Call | Location Comment(s) | Caller |
|---|---|---|---|---|---|
| 7/30/2025 9:20 | EPFD | R25059949 | MALE FAINTED, CPR IP SECOND CALL ADV MALE AWAKE AND RESPONSIVE | :@CAMP BLISS | Robert/Co Worker |
| 08/17/2025 16:52:39 | EPFD | R25065433 | 55 year old male chest pain | : @CAMP BLISS | Karina Solis/RN |
| 08/19/2025 11:03:40 | EPFD | R25065935 | CPR in progress | : @CAMP BLISS | Thomas Berger/Medical Director |
| 08/25/2025 14:09:37 | EPFD | R25067745 | 40 year old male shortness of breath | : @CAMP BLISS | Norma Jaquez/RN |
| 08/27/2025 12:37:11 | EPFD | R25068281 | Camp Officer with back pain | : @CAMP BLISS | Maria Manriquez/Director of Nursing |
| 09/01/2025 13:39:30 | EPFD | R25069688 | 40 year old male alter mental status | : @CAMP BLISS | No name provided |
| 09/01/2025 14:30:06 | EPFD | R25069695 | Unknown age patient with seizure | : @CAMP BLISS | Cristal/RN |
| 09/01/2025 19:59:29 | EPFD | R25069760 | 41 year old male with high blood pressure | : @CAMP BLISS | Ester/Nurse Practioner |
| 09/02/2025 15:41:31 | EPFD | R25069987 | 19 year old male fall from bunk | : @CAMP BLISS | Crysteal/NPR |
| 09/06/2025 12:28:42 | EPFD | R25071007 | 57 year old male with chest pain | : @CAMP BLISS | Alex/NP |
| 09/09/2025 03:43:30 | EPFD | R25071697 | 72 year old male with chest pain | : @CAMP BLISS | Ellis/LNP |
| 09/10/2025 13:51:06 | EPFD | R25072130 | 75 year old male chest pain | : @CAMP BLISS | Matthew Marcus/Charge Nurse |
| 09/12/2025 14:50:06 | EPFD | R25072746 | Suicidal ideation, swallowed foreign object | : @CAMP BLISS | No name provided |
| 09/13/2025 13:25:42 | EPFD | R25072999 | 60 year old male/breathing problems | : @CAMP BLISS | Jesse Clem/Charge Nurse |
| 09/14/2025 12:56:03 | EPFD | R25073285 | 19 year old male panic attack | : @CAMP BLISS | Norma Jacquez/RN |
| 09/14/2025 20:41:10 | EPFD | R25073382 | 23 year old male with seizure | : @CAMP BLISS | Porshay/Nurse Practioner |
| 09/14/2025 21:56:59 | EPFD | R25073397 | 43 year old female chest pain | : @CAMP BLISS | Liliana/Nurse Practitioner |
| 09/17/2025 12:13:32 | EPFD | R25074072 | 20 year old male suicidal attempt | : @CAMP BLISS | No name provided |

| | | | | | |
|---|---|---|---|---|---|
| 09/19/2025 14:00:18 | EPFD | R25074658 | 40 year old male with hip pain history of hip fracture | : @CAMP BLISS | Dr. Borrego |
| 09/21/2025 07:42:03 | EPFD | R25075140 | 41 year old male vomiting blood | : @CAMP BLISS | Anabelle Melendez/LVN |
| 09/21/2025 21:07:17 | EPFD | R25075322 | 28 year old male back pain/non-traumatic | : @CAMP BLISS | Elsa/RN |
| 09/22/2025 06:07:51 | EPFD | R25075386 | 54 year old female fainted | : @CAMP BLISS | Officer Rivera |
| 09/27/2025 14:33:50 | EPFD | R25076889 | Seizure | : @CAMP BLISS | Matthew Marcus/Charge Nurse |
| 09/27/2025 21:41:08 | EPFD | R25076994 | 25 year old male not responsive | : @CAMP BLISS | Marcela Barraza |
| 09/27/2025 21:44:36 | EPFD | R25076997 | Fall | : @CAMP BLISS | Cenei Micah |
| 09/29/2025 14:51:08 | EPFD | R25077437 | Seizure | : @CAMP BLISS | Jessica Villa/Control Center |
| 09/30/2025 07:25:18 | EPFD | R25077593 | PT unconscious | : @CAMP BLISS | Officer Rivera |
| 09/30/2025 19:43:14 | EPFD | R25077812 | 30 year old male seizure | : @CAMP BLISS | Roxana Stewart/Detention Officer |
| 10/05/2025 20:02:52 | EPFD | R25079187 | 30 year old male ankle injury | : @CAMP BLISS | LT. Green |
| 10/06/2025 20:08:42 | EPFD | R25079470 | Suicide attempt | : @CAMP BLISS | Fernando Reyna |
| 10/06/2025 20:52:04 | EPFD | R25079472 | PT with hemorrhage | : @CAMP BLISS | EPFD Q24 |
| 10/07/2025 18:01:54 | EPFD | R25079718 | PT losing consciousness | : @CAMP BLISS | Jessica Villa/Control Center |
| 10/09/2025 08:39:02 | EPFD | R25080115 | 64 year old males difficulty breathing | : @CAMP BLISS | Ileana Modelo/Nurse Practitioner |
| 10/09/2025 13:05:23 | EPFD | R25080195 | 29 year old male unconscious | : @CAMP BLISS | Matthew Marcus/Charge Nurse |
| 10/12/2025 17:11:29 | EPFD | R25081138 | 32 year old male kidney stones/pain | : @CAMP BLISS | Thomas Baxley |
| 10/12/2025 19:36:57 | EPFD | R25081162 | 32 year old male kidney stones/pain | : @CAMP BLISS | Thomas Baxley |
| 10/12/2025 20:57:24 | EPFD | R25081180 | 32 year old male kidney stones/pain | : @CAMP BLISS | Thomas Baxley |

| | | | | | |
|---|---|---|---|---|---|
| 10/14/2025 13:30:26 | EPFD | R25081641 | Female, unknown problem | : @CAMP BLISS | Officer Sevilla |
| 10/15/2025 20:23:47 | EPFD | R25082028 | 50 year old male fainted/tachy cardia | : @CAMP BLISS | Marcos Bezadarn/Nurse |
| 10/16/2025 08:14:36 | EPFD | R25082113 | 47 year old male seizure | :@CAMP BLISS | Kapen Lopez/Provider |
| 10/17/2025 07:52:54 | EPFD | R25082428 | 22 year old male allergic reaction | : @CAMP BLISS | Patricia Mcfail |
| 10/17/2025 15:26:38 | EPFD | R25082539 | Cut to arm | : @CAMP BLISS | Jasmine Chong |
| 10/18/2025 14:57:29 | EPFD | R25082819 | 45 year old male losing pulse/seizure | : @CAMP BLISS | Lotoria Mobley/Nurse Practitioner |
| 10/19/2025 13:47:33 | EPFD | R25083100 | 27 year old male sick party/sucidial | : @CAMP BLISS | No name provided |
| 10/20/2025 16:57:46 | EPFD | R25083415 | 46 year old male swollen leg | :@CAMP BLISS | Alex Masabilbaso/Nurse |
| 10/21/2025 10:03:27 | EPFD | R25083572 | Back pain | : @CAMP BLISS | Christina/RN |
| 10/23/2025 22:54:10 | EPFD | R25084329 | 30 year old male twisted ankle | : @CAMP BLISS | Marcela/CN |
| 10/24/2025 17:08:16 | EPFD | R25084534 | 32 year old possible broken leg | : @CAMP BLISS | Cynthia Clem/RN |
| 10/25/2025 14:22:05 | EPFD | R25084775 | 31 year old male Cut finger with Barbed wire | : @CAMP BLISS | Olga Colson/RN |
| 10/27/2025 11:03:40 | EPFD | R25085292 | 48 year old female chest pain | : @CAMP BLISS | Sheenya Valdes/RN |
| 10/27/2025 12:51:36 | EPFD | R25085318 | 28 year old male s/p assault/chest pain | : @CAMP BLISS | Alejandra/RN |
| 10/27/2025 16:17:58 | EPFD | R25085384 | CPR in progress | : @CAMP BLISS | Alejandra/RN |
| 10/29/2025 15:35:28 | EPFD | R25085900 | 33 year old male high blood pressure | : @CAMP BLISS | Mary Vanesa/Nurse |
| 10/30/2025 09:05:28 | EPFD | R25086059 | 54 year old male dizzy and hit head | : @CAMP BLISS | Catherine Lopez/Provider |
| 10/30/2025 16:14:15 | EPFD | R25086162 | 46 year old male breathing problems | : @CAMP BLISS | Jesse Clem/Charge Nurse |
| 10/30/2025 20:46:52 | EPFD | R25086225 | 75 year old male low O2 sats | : @CAMP BLISS | Lesllis |
| 10/31/2025 04:16:23 | EPFD | R25086277 | 55 year old male chest pain | : @CAMP BLISS | Melissa/Nurse Practicioner |

| | | | | | |
|---|---|---|---|---|---|
| 10/31/2025 08:27:21 | EPFD | R25086307 | 29 year old male coughing up blood | : @CAMP BLISS | Chrissie Middleton/Nurse Practicioner |
| 11/02/2025 03:35:06 | EPFD | R25086819 | 67 year old male chest pain | : @CAMP BLISS | Griselda Ibarra/RN |
| 11/02/2025 20:21:28 | EPFD | R25086983 | 46 year old female with COVID | : @CAMP BLISS | Alexandra Brooks |
| 11/03/2025 16:36:43 | EPFD | R25087198 | 29 year old male injuried party from fight | : @CAMP BLISS | Fernando Jimenez/Nurse |
| 11/07/2025 14:56:15 | EPFD | R25088286 | 57 year old male with chest pain | : @CAMP BLISS | Jasmine/Charge Nurse |
| 11/08/2025 06:00:47 | EPFD | R25088438 | 29 year old male seizure | : @CAMP BLISS | Juan Garcia/Doctor |
| 11/08/2025 15:29:02 | EPFD | R25088543 | Male fainted | : @CAMP BLISS | Lucene Rivera |
| 11/09/2025 01:18:18 | EPFD | R25088658 | 68 year old male breathing problems | : @CAMP BLISS | Marcela Barraza/Charge Nurse |
| 11/09/2025 13:31:48 | EPFD | R25088759 | 65 year old patient hypoxic | : @CAMP BLISS | Sheenya Valdes/RN |
| 11/10/2025 22:27:54 | EPFD | R25089176 | 79 year old male with the flu and abnormal breathing | : @CAMP BLISS | Alexandria |
| 11/11/2025 03:17:54 | EPFD | R25089212 | 40 year old male chest pain | : @CAMP BLISS | Roxana Stewart/Detention Officer |
| 11/11/2025 22:15:36 | EPFD | R25089451 | 32 year old male testicular pain | : @CAMP BLISS | Alejandra Brooks |
| 11/11/2025 23:23:48 | EPFD | R25089459 | 89 year old female chest pain | : @CAMP BLISS | Brianna Silva/Nurse |
| 11/13/2025 16:03:08 | EPFD | R25089960 | 33 year old male abdominal pain | : @CAMP BLISS | Catherine Lopez/Provider |
| 11/13/2025 17:08:07 | EPFD | R25089977 | 65 year old male with high fever and pain | : @CAMP BLISS | Juan Guzman/Brother |
| 11/15/2025 12:17:09 | EPFD | R25090493 | 40 year old male abdominal pain | : @CAMP BLISS | Patricia/Nurse |
| 11/16/2025 05:53:34 | EPFD | R25090702 | Employee passed out | : @CAMP BLISS | Roxana Stewart/Detention Officer |
| 11/16/2025 18:21:04 | EPFD | R25090849 | 47 year old male low blood pressure and swelling to legs | : @CAMP BLISS | Jocelyn/Nurse |
| 11/19/2025 16:04:27 | EPFD | R25091607 | Unknown emergency | : @CAMP BLISS | Capt Atkinson |
| 11/19/2025 21:12:57 | EPFD | R25091670 | 41 year old male headache and pain | : @CAMP BLISS | Henry Chacon/Provider |

| | | | | | |
|---|---|---|---|---|---|
| 11/20/2025 00:54:44 | EPFD | R25091700 | 51 year old male chest pain | : @CAMP BLISS | Melissa/Nurse Practicioner |
| 11/20/2025 17:19:28 | EPFD | R25091908 | 35 year old male possible head injury | : @CAMP BLISS | Catherine Robles/Nurse Practitioner |
| 11/21/2025 01:51:00 | EPFD | R25092003 | 59 year old male chest pain | : @CAMP BLISS | Marsela Barraza/Charge Nurse |
| 11/22/2025 07:49:03 | EPFD | R25092317 | 35 year old male abdominal pain | : @CAMP BLISS | Ileana Modelo/Nurse Practitioner |
| 11/22/2025 12:49:03 | EPFD | R25092381 | 56 year old male chest pain | : @CAMP BLISS | Ashley/RN |
| 11/22/2025 15:06:53 | EPFD | R25092412 | 48 year old male in recent fight has no movement in left eye | : @CAMP BLISS | Cynthia Clem/RN |
| 11/23/2025 09:34:12 | EPFD | R25092617 | 65 year old male breathing problems history of asthma | : @CAMP BLISS | Sheenya/RN |
| 11/27/2025 10:36:16 | EPFD | R25093660 | 47 year old female chest pain | : @CAMP BLISS | Latoria Mobley/Nurse |
| 11/27/2025 22:13:55 | EPFD | R25093784 | 45 year old female seizure | : @CAMP BLISS | Alexandra Brooks |
| 11/28/2025 03:33:50 | EPFD | R25093826 | 45 year old female altered mental status | : @CAMP BLISS | Alexandra Brooks |
| 12/01/2025 22:24:52 | EPFD | R25094832 | 22 year old male suicide attempt | : @CAMP BLISS | Lilian Onyedili/Nurse Manager |
| 12/2/2025 11:38 | EPFD | R25094929 | 38 year old female seizure | : @CAMP BLISS | Jessie Tlem/RN Manager |
| 12/3/2025 20:47 | EPFD | R25095381 | 48 year old male abdominal pain swollen testical | : @CAMP BLISS | Marcela Barraza/RN |
| 12/04/2025 20:57:03 | EPFD | R25095665 | RP ADV EMPLOYEE DISLOCATED HIS | : @CAMP BLISS | Roxana Stewart/Detention Officer |
| 12/4/2025 8:38 | EPFD | R25095467 | 39 YOM ABDOMINAL PAIN | : @CAMP BLISS | Ileana Modelo/Nurse Practitioner |
| 12/05/2025 11:22:49 | EPFD | R25095790 | PT HAS ABDOMINAL PAIN | | Luz Tavoada/Nurse Practitioner |

| | | | | | |
|---|---|---|---|---|---|
| | | | HX OF GALLSTONES, VOMITING | : @CAMP BLISS | |
| 12/06/2025 10:39:58 | EPFD | R25096058 | PT HAS HX OF HEART ATTACK | : @CAMP BLISS | Ileana Modelo/Nurse Practitioner |
| 12/8/2025 11:07 | EPFD | R25096567 | 24 YOM BACK PAIN | : @CAMP BLISS | Jocelyn/Nurse |
| 12/9/2025 12:43 | EPFD | R25096857 | 7 YOF WITH IRREGULAR EKG, CHEST PAI | : @CAMP BLISS | Brianna Tull/RN |
| 12/10/2025 12:26 | EPFD | R25097116 | 30 YOM SEIZURE | : @CAMP BLISS | Norr/RN |
| 12/10/2025 14:20 | EPFD | R25097151 | 78 YOM CHEST PAIN HIGH BP | : @CAMP BLISS | Brianna/RN |
| 12/11/2025 12:43 | EPFD | R25097381 | 43 YOM PT HAS POSS BLOOD CLOTS | : @CAMP BLISS | Friday Odomore/NP |
| 12/12/2025 18:45 | EPFD | R25097775 | 40 YOM LOW BLOOD SUGAR | : @CAMP BLISS | Catherine Lopez/Provider |
| 12/13/2025 | EPFD | R25097919 | 27 YOF LOWER BACK PAIN<br>PT IS PREGNANT | : @CAMP BLISS | Catherine Lopez/Provider |
| 12/13/2025 9:11 | EPFD | R25097921 | 27 YOF BACK PAIN/PREGNANT<br>PT HAS COVID | : @CAMP BLISS | Catherine Lopez/Provider |
| 12/14/2025 9:56 | EPFD | R25098217 | YOM CHEST PAIN RADIATING TO LEFT A | : @CAMP BLISS | Lilian Onyedili/Nurse Manager |
| 12/14/2025 11:57 | EPFD | R25098251 | 33 YOM ABDOMINAL PAIN | : @CAMP BLISS | Lilian Onyedili/Nurse Manager |
| 12/14/2025 14:20:09 | EPFD | R25098284 | 30 YOM PT WITH LEFEVEST AED, SOB, ABNORMAL EKG | : @CAMP BLISS | Brianna/RN |
| 12/15/2025 9:43 | EPFD | R25098458 | 8 YOM PT WEAK HAS NOT BEEN EATIN<br>CHEST DISCOMFORT | : @CAMP BLISS | Latoria Mobley/Nurse |
| 12/15/2025 9:14 | EPFD | R25099342 | 31 YOM COUGHING UP BLOOD<br>CHEST PAIN, HYPOXIC, TACHYCARDIC | : @CAMP BLISS | No name provided |
| 12/18/2025 13:21 | EPFD | R25099414 | 29 YOM NAUSEA/VOMITTING<br>V USED TO SMOKE FENTANYL, CHEST P | : @CAMP BLISS | Catherine Lopez/Provider |
| 12/19/2025 19:48 | EPFD | R25099854 | 28 YOM ADV HAS FLU | : @CAMP BLISS | Griselda Ibarra/RN |
| 12/24/2025 9:35 | EPFD | R25101187 | YOF PT HAVING WEAKNESS OF LEFT SI | : @CAMP BLISS | Alejandra/RN |

| | | | | | |
|---|---|---|---|---|---|
| 12/24/2025 14:16 | EPFD | R25101261 | 35 YOM SEIZURE | : @CAMP BLISS | Jesse Clem/Charge Nurse |
| 12/25/2025 15:06 | EPFD | R25101562 | )M PT HAS SEVERE ALTERED MENTAL ST | :@CAMP BLISS | Friday Odomore/NP |
| | | | \LTERED MENTAL STATUS FROM CANCE | | |
| 12/27/2025 12:38:46 | EPFD | R25102101 | 33 YOF CHEST PAIN | | Raul Alvarez/RN |
| 12/29/2025 9:08 | EPFD | R25102584 | ) YOM ATTEMPTED SUICIDE BY HANGIN | : @CAMP BLISS | Brianna Tull/RN |
| 01/03/2026 22:45:12 | EPFD | R26000784 | ATTEMPTED SUICIDE | : @CAMP BLISS | Daniel Rios/Dputy Facility Director |
| 01/07/2026 19:42:38 | EPFD | R26001896 | 36 YOM ABDOMINAL PAIN | : @CAMP BLISS | No name provided |
| 01/07/2026 00:10:16 | EPFD | R26001650 | YOM PT FAINTING AND HEART PROBLE | : @CAMP BLISS | Alex/RN |
| 01/07/2026 16:45:42 | EPFD | R26001842 | 23 YOM PT HAVING ALLERGIC REACTION | : @CAMP BLISS | Alejandra Lozolla/RN |
| 01/10/2026 10:49:20 | EPFD | R26002584 | 40 YOM POSS SEIZURE | : @CAMP BLISS | Jazmine Crawford/RN |
| 01/12/2026 11:29:03 | EPFD | R26003123 | OM PT HAS LACERATIONS CAN SEE TEN | : @CAMP BLISS | Brianna/RN |
| | | | PT WAS STABBED | | |
| | | | OCCRD DECEMBER 24TH IN MINNISOTA | | |
| 01/13/2026 07:41:49 | EPFD | R26003363 | 80 YOM FELL | : @CAMP BLISS | Brianna Torres/RN |
| 01/13/2026 13:15:55 | EPFD | R26003458 | 33 YOM ALTERED MENTAL STATUS | : @CAMP BLISS | Brianna Tull/RN |
| | | | LEFT SIDE DROOPNESS | | |
| 01/13/2026 14:00:23 | EPFD | R26003473 | 45 YOF DIABETIC ISSUES | : @CAMP BLISS | Brianna Tull/RN |
| | | | PT SUGAR LEVEL 28 | | |
| 01/14/2026 15:39:15 | EPFD | R26003767 | 25 YOM SUICIDE ATTEMPT | : @CAMP BLISS | Luis Gonzalez/Health Administrator |
| 01/14/2026 20:29:13 | EPFD | R26003833 | 41 YOM SEIZURE | : @CAMP BLISS | LT. Lynn |
| 01/15/2026 02:45:59 | EPFD | R26003871 | 52 YOM SEIZURE | : @CAMP BLISS | Henry Chapulone/RN |
| 01/15/2026 05:57:25 | EPFD | R26003889 | 54 YOM CHEST PAIN AND BACK PAIN | : @CAMP BLISS | Melissa Ma'Heiham/Nurse |
| 01/15/2026 22:29:29 | EPFD | R26004104 | 26 YOM SEIZURE | : @CAMP BLISS | Marcie/Charge Nurse |
| 01/16/2026 09:11:34 | EPFD | R26004175 | 30 YOM POSSIBLE WITHDRAW | : @CAMP BLISS | Jasmine Crawford |

| | | | | | |
|---|---|---|---|---|---|
| | | | PT INCOHERENT | | |
| | | | PT IS AGGRESSIVE | | |
| 01/17/2026 08:44:14 | EPFD | R26004500 | 24 YOF SEIZURE | : @CAMP BLISS | Jesse Clem/Charge Nurse |
| 01/17/2026 21:30:26 | EPFD | R26004668 | 57 YOM POSSIBLE OD | : @CAMP BLISS | Marcia Baraza/Charge Nurse |
| | | | ID STATE HE WANTED TO COMMIT SUI | | |
| 01/18/2026 21:12:48 | EPFD | R26004914 | 51 YOM POSSIBLE STROKE | :@CAMP BLISS | Alex/RN |
| 01/20/2026 10:54:07 | EPFD | R26005324 | 35 YOF PT HIGH BLOOD PRESSURE | : @CAMP BLISS | Brianna/RN |
| | | | LLERGIC REACTION FROM NEW MEDIC | | |
| 1/28/2026 22:40 | EPFD | R26007681 | M SWELLING OF MOUTH, THROAT, AND | :@CAMP BLISS | Melissa/Provider |
| 2/4/2026 15:46 | EPFD | R26009491 | 28 YOM DISORIENTED | :@CAMP BLISS | Alejandra Lozoya/RN |
| 2/7/2026 15:30 | EPFD | R26010293 | 23 YOF SEVERE RIGHT LOWER QUAD PAIN WITH NAUSEA | :@CAMP BLISS | NOT PROVIDED |
| 2/8/2026 9:40 | EPFD | R26010503 | 50 YOM FAINTED HIT SIDE OF HEAD | :@CAMP BLISS | DAWSON/RN |
| 2/9/2026 22:36 | EPFD | R26010966 | 23 YOM EMPLOYEE WITH SEIZURE | :@CAMP BLISS | MICHAEL RATHVUN |
| 2/10/2026 23:08 | EPFD | R26011277 | 55 YOM CHEST PAIN | :@CAMP BLISS | ROCHELLE MCCHARGNER/RN |
| 2/14/2026 20:25 | EPFD | R26012307 | 64 YOM CHEST PAIN | :@CAMP BLISS | MELISSA MOJAMAN/PROVIDER |
| 2/14/2026 22:22 | EPFD | R26012337 | 58 YOM SLURRED SPEECH AND HIGH BLOOD PRESSURE | :@CAMP BLISS | Marcia Baraza/Charge Nurse |
| 2/16/2026 17:05 | EPFD | R26012819 | 63 YOM SOB AND CHEST PAIN | :@CAMP BLISS | Alejandra Lozoya/RN |
| 2/17/2026 19:33 | EPFD | R26013145 | 50 YOM BREATHING PROBLEMS | :@CAMP BLISS | NOT PROVIDED |
| 2/20/2026 1:02 | EPFD | R26013741 | 47 YOM BREATHING PROBLEMS | :@CAMP BLISS | MARCY/CHARGE NURSE |
| 2/21/2026 8:05 | EPFD | R26014062 | 68 YOM HYPERTENSION/HYPOXIA | :@CAMP BLISS | ALEX VASAVILBAZO/NURSE PRACTICTIONER |
| 2/21/2026 17:30 | EPFD | R26014195 | 65 YOM CHEST PAIN | :@CAMP BLISS | Friday Odomore/NP |

| | | | | | |
|---|---|---|---|---|---|
| 2/21/2026 21:44 | EPFD | R26014251 | 56 YOM BREATHING ISSUES | :@CAMP BLISS | MARCY/CHARGE NURSE |
| 2/23/2026 16:03 | EPFD | R26014693 | 40 YOF NUMBNESS ON RIGHT SIDE/WEAKNESS | :@CAMP BLISS | Alejandra Lozoya/RN |
| 2/23/2026 18:21 | EPFD | R26014733 | 41 YOM BURSTED HERNIA | :@CAMP BLISS | JOSELINE/RN |
| 2/24/2026 13:59 | EPFD | R26014929 | 66 YOM PT SOB | :@CAMP BLISS | BRIANA TOLES/ASSISTANT DIRECTOR OF NURSING |
| 2/24/2026 15:52 | EPFD | R26014973 | 39 YOF PREGNANT MUCUS DISCHARGE | :@CAMP BLISS | JOCELYN GONZALEZ |
| 2/25/2026 19:01 | EPFD | R26015305 | 48 YOM CHEST PAIN | :@CAMP BLISS | NOT PROVIDED |
| 2/25/2026 20:47 | EPFD | R26015320 | 65 YOM CHEST PAIN | :@CAMP BLISS | MARCY/CHARGE NURSE |
| 2/28/2026 5:58 | EPFD | R26015998 | 60 YOM OVERDOSE | :@CAMP BLISS | Melissa Ma'Heiham/Nurse |
| 3/1/2026 8:25 | EPFD | R26016280 | 31 YOF ABD ISSUES HEAVY BLEEDING AND WEAKNESS | :@CAMP BLISS | ALEX RODRIGUEZ/RN |
| 3/10/2026 21:34 | EPFD | R26018943 | 24 YOF LEFT KNEE DEFORMITY | :@CAMP BLISS | VENZER ANISSA/RN |
| 3/11/2026 12:41 | EPFD | R26019078 | 46 YOF CHEST PAIN | :@CAMP BLISS | JOCELYN GONZALEZ/RN |
| 3/11/2026 20:37 | EPFD | R26019204 | 67 YOM CHEST PAIN | :@CAMP BLISS | CHARGE NURSE |
| 3/12/2026 8:00 | EPFD | R26019299 | 59 YOF EMPLOYEE CHEST PAIN/HYPERTENSIVE | :@CAMP BLISS | BREE/CO WORKER |
| 3/12/2026 8:18 | EPFD | R26019302 | 38 YOF CHEST PAIN | :@CAMP BLISS | BREE/RN |
| 3/14/2026 14:29 | EPFD | R26019977 | 41 YOM ABDOMINAL PAIN | :@CAMP BLISS | JANET |
| 3/17/2026 10:07 | EPFD | R26020740 | 68 YOF EMPLOYEE ABDOMINAL PAIN | :@CAMP BLISS | ALEJANDRA/RN |
| 3/21/2026 7:50 | EPFD | R26021893 | 42 YOF ABDOMINAL PAIN | :@CAMP BLISS | JENETTE/NURSE MANAGER |
| 3/21/2026 15:53 | EPFD | R26022014 | 54 YOM CHEST PAIN/SYNCOPE | :@CAMP BLISS | JENETTE/NURSE MANAGER |
| 3/22/2026 23:24 | EPFD | R26022393 | 36 YOM CHEST PAIN | :@CAMP BLISS | ANISSA/RN |
| 3/31/2026 22:16 | EPFD | R26025003 | 63 YOM BREATHING PROBLEMS | :@CAMP BLISS | ANIZA/RN |
| 4/2/2026 15:10 | EPFD | R26025450 | 20 YOM ABDOMINAL PAIN | :@CAMP BLISS | NOT PROVIDED |

| | | | | | |
|---|---|---|---|---|---|
| 4/3/2026 11:56 | EPFD | R26025678 | 34 YOM CHEST PAIN | :@CAMP BLISS | MARIA/RN |
| 4/3/2026 13:53 | EPFD | R226025712 | 60 YOM PT HYPOXIC | :@CAMP BLISS | JEANNETTE AVILA/NURSE MANAGER |
| 4/3/2026 21:27 | EPFD | R26025828 | 21 YOM BACK PAIN/RIGHT HAND PARLYZED | :@CAMP BLISS | MARY KOFGEI/MOTHER OF PATIENT |
| 4/10/2026 15:04 | EPFD | R26027640 | 51 YOF TINGLING AND NUMBNESS TO LEFT SIDE OF FACE AND BODY | :@CAMP BLISS | MARIA/NURSE PRACTIONER |
| 4/11/2026 22:21 | EPFD | R26027998 | 66 YOM FEELING WEAK/UNSTABLE | :@CAMP BLISS | Griselda Ibarra/RN |
| 4/14/2026 12:51 | EPFD | R26028663 | 45 YOM POSSIBLE SEIZURE | :@CAMP BLISS | ALEJANDRA RODRIQUEZ/RN |
| 4/14/2026 13:11 | EPFD | R26028667 | 85 YOM CHEST PAIN | :@CAMP BLISS | DIANA GUERRA/LVN |
| 4/21/2026 9:30 | EPFD | R26030525 | 40 YOM CHEST PAIN | :@CAMP BLISS | BREE DAVIS/RN |
| 4/22/2026 16:55 | EPFD | R26030973 | 70 YOM CHEST PAIN/HAS STINT | :@CAMP BLISS | JAY GONZALEZ/RN |
| 4/24/2026 7:24 | EPFD | R26031353 | 39 YOM SHORTNESS OF BREATH | :@CAMP BLISS | NOT PROVIDED |
| 4/28/2026 23:20 | EPFD | R26032439 | 40 YOM SHROTNESS OF BREATH/OXYGEN AT 80 | :@CAMP BLISS | ROSCHELL/RN |
| 4/29/2026 21:50 | EPFD | R26033026 | 67 YOM HAVING HEART ATTACK | :@CAMP BLISS | ROSCHELL/RN |
| 4/30/2026 17:03 | EPFD | R26033225 | 35 YOM BACK PAIN | :@CAMP BLISS | KRISTA LUSSIER/NURSE PRACTITIONER |
| 5/2/2026 4:11 | EPFD | R26033604 | 51 YOF HIGH BLOOD PRESSURE | :@CAMP BLISS | GRISELA/MANAGER |
| 5/2/2026 5:14 | EPFD | R26033610 | 41 YOM SHORTNESS OF BREATH | :@CAMP BLISS | NOT PROVIDED |
| 5/2/2026 0:00 | EPFD | R26033627 | 43 YOM ELEVATED BLOOD SUGAR | :@CAMP BLISS | MARIA/EMPLOYEE |
| 5/6/2026 10:50 | EPFD | R26034770 | 67 YOM ELEVATED BLOOD PRESSURE/ABNORMAL EKG | :@CAMP BLISS | SHUNTA/NURSE PRACTICIONER |
| 5/14/2026 6:26 | EPFD | F2026045238 | COMMUNICATIONS TEST CALL | :@CAMP BLISS | EPFD DISPATCH |
| 5/16/2026 2:06 | EPFD | R26037589 | 30 YOM SICK PARTY | :@CAMP BLISS | CHARGE NURSE |
| 5/17/2026 5:16 | EPFD | R26037908 | NOT CAMP BLISS RELATED, REFERENCE MVA ON MONTANA AVE | :@CAMP BLISS | NATALIE RAMOS/DETENTION OFFICER |

| | | | | | |
|---|---|---|---|---|---|
| 5/17/2026 7:15 | EPFD | R26037923 | 64 YOM HYPERTENSIVE | :@CAMP BLISS | ALEJANDRA RODRIQUEZ/RN |
| 05/23/2026 1327 | EPFD | R26039635 | 39 YOM SICKLE CELL CRISIS | :@CAMP BLISS | ALEX/NURSE PRACTITIONER |
| 5/23/2026 1600 | EPFD | R26039682 | 35 YOM OVERDOSE | :@CAMP BLISS | DR. CANDELARIA |
| 05/24/2026 0553 | EPFD | R26039837 | 55 YOM LOW BLOOD SUGAR | :@CAMP BLISS | NURSE MANAGER |
| 05/24/2026 0809 | EPFD | R26039846 | 40 YOM BREATHING PROBLEM | :@CAMP BLISS | ALEJANDRA RODRIQUEZ/RN |
| 05/24/2026 0918 | EPFD | R26039861 | 34 YOM OVERDOSE | :@CAMP BLISS | ALEJANDRA RODRIQUEZ/RN |
| 05/25/2026 0018 | EPFD | R26040034 | 23 YOM SEIZURE | :@CAMP BLISS | LINDSEY GILLUM/CONTROL RM OP |
| 05/25/2026 2142 | EPFD | R26040261 | 29 YOM 83% OXYGEN LEVEL | :@CAMP BLISS | ROSCHEL/NURSE |
| 05/27/2026 0349 | EPFD | R26040604 | UNABLE TO OBTAIN VITAL SIGNS | :@CAMP BLISS | NOT PROVIDED |
| 05/27/2026 0349 | EPFD | F2026049290 | RELATED TO R26040604/DUPLICATE REQUEST | :@CAMP BLISS | NOT PROVIDED |
| 05/28/2026 1719 | EPFD | R26041069 | 59 YOM LIVER CIRROSIS SYMPTOMS | :@CAMP BLISS | JANICELEN SADANA/NURSE PRACTITIONER |
| 05/30/2026 0636 | EPFD | R26041522 | 27 YOM OFFICER HAVING ASTHMA ATTACK | :@CAMP BLISS | SGT BELINDA RICO |
| 05/30/2026 1849 | EPFD | R26041674 | 24 YOF PANIC ATTACK | :@CAMP BLISS | ILLIANA MODELO/NURSE PRACTITIONER |
| 05/31/2026 1837 | EPFD | R26041955 | 47 YOM CHEST PAIN | :@CAMP BLISS | DR JOHNSON |
| 06/01/2026 1614 | EPFD | R26042222 | 26 YOM CHEST PAIN | :@CAMP BLISS | MUNOZ/NURSE MEDICAL STAFF |
| 06/03/2026 1434 | EPFD | R26042752 | 20 YOM CHEST PAIN | :@CAMP BLISS | SHUNTA/NURSE PRACTICIONER |
| 06/07/2026 0251 | EPFD | R26043778 | 55 YOM HIGH BLOOD PRESSURE | :@CAMP BLISS | Griselda Ibarra/RN |

| | | | | | |
|---|---|---|---|---|---|
| 06/07/2026 1040 | EPFD | R26043857 | 26 YOM POSSIBLE GI BLEED | :@CAMP BLISS | ALEJANDRA RODRIQUEZ/RN |
| 06/07/2026 2227 | EPFD | R26044024 | 63YOF PAIN TO LEGS/BREATHING PROBLEMS | :@CAMP BLISS | Griselda Ibarra/RN |
| 06/08/22026 1610 | EPFD | R26044238 | 32 YOF HYPERTENSION AND HYPOGLECEMIA | :@CAMP BLISS | ALEJANDRA/RN |
| 06/08/2026 2134 | EPFD | R26044320 | 40 YOM LOW OXYGEN LEVELS | :@CAMP BLISS | ROCHELLE |
| 06/09/2026 0254 | EPFD | R26044356 | 20 YOF FEMALE IS PREGNANT WITH LOW BP | :@CAMP BLISS | NURSE MANAGER |
| 06/09/2026 0728 | EPFD | R26044401 | 40 YOF KNEE IS LOCKED/UNABLE TO MOVE | :@CAMP BLISS | CAPTAIN PRIETO |
| 06/10/2026 1136 | EPFD | R26044765 | 24 YOM MALES GOT INTO A FIGHT SHOULD DISLOCATION | :@CAMP BLISS | JEANETTE/RN |
| 06/10/2026 1142 | EPFD | F2026053902 | TEST CALL | :@CAMP BLISS | TEST CALL |
| 06/11/2026 1403 | EPFD | R26045127 | 52 YOM CHEST PAIN | :@CAMP BLISS | OFC CANDELARIA |
| 06/14/2026 1949 | EPFD | R26046164 | 36 YOM CHEST PAIN | :@CAMP BLISS | NOT PROVIDED |
| 06/19/2026 0830 | EPFD | R26047448 | 43 YOF POSSIBLE MENINGITIS | :@CAMP BLISS | MARIA/RN |
| 06/19/2026 1257 | EPFD | R26047523 | 80 YOM NOT BREATHING/STARTING BREATHING HEAR RATE 106 HAS PACEMAKER | :@CAMP BLISS | SILVA/LVN |
| 06/25/2026 0809 | EPFD | R26049178 | 33 YOM CHEST PAIN | :@CAMP BLISS | DR. CANDELARIA |
| 06/25/2026 1424 | EPFD | R26049275 | 45 YOF VAGINALLY HEMORRAGING | :@CAMP BLISS | DR. CANDELARIA |
| 06/26/2026 1204 | EPFD | R26049520 | 40 YOM HIGH BLOOD PRESSURE | :@CAMP BLISS | PAULINE/NURSE PRACTIITIONER |
| 06/26/2026 1523 | EPFD | R26049576 | 53 YOF LOW OXYGEN | :@CAMP BLISS | ELIANA/RN |
| 06/30/2026 1049 | EPFD | R26050656 | 32 YOM WITH LOW OXYGEN | :@CAMP BLISS | ALEJANDRA/RN |
| 07/02/2026 1447 | EPFD | R26051301 | 28 YOM SEIZURE | :@CAMP BLISS | SHANTE |
| 07/04/2026 2255 | EPFD | R2605244 | MVA BY CAMP ENTRANCE | :@CAMP BLISS | NOT PROVIDED |
| 07/07/2026 2223 | EPFD | F2026062816 | EPFD TEST CALL-NO DISPATCH | :@CAMP BLISS | N/A TEST CALL |

| | | | | | |
|---|---|---|---|---|---|
| 07/27/2026 1314 | EPFD | R26058446 | 30 YOM 3X SEIZURES IN LAST 10 MINUTES | :@CAMP BLISS | ALEJANDRA RODRIQUEZ/RN |
| 08/05/2026 1816 | EPFD | R26061348 | 61 YOM EXPERIENCING CONTINOUS SEIZURE | :@CAMP BLISS | ROBERT/LVN |
| 08/16/2026 1007 | EPFD | R26064486 | 35 YOF SEIZURE | :@CAMP BLISS | KEVIN MCCONEL/DETENTION OFFICER |
| 08/18/2026 2344 | EPFD | R26064967 | 40 YOF COWORKER FEELING SICK | :@CAMP BLISS | SANDRA MOORE/CO WORKER |
| 09/01/2026 2339 | EPFD | R26069349 | 29 YOM ALTERCATION WITH DETAINEE GOT PUNCHED ON HIS RIB | :@CAMP BLISS | BENYLEL MAYAN/CAPTAIN |
| 09/06/2026 2247 | EPFD | R26070834 | 20 YOM ABDOMINAL PAIN | :@CAMP BLISS | MARCELA/CHARGE NURSE |
| 09/06/2026 2308 | EPFD | R26070839 | 38 YOM CHEST PAIN | :@CAMP BLISS | MARCELA/CHARGE NURSE |
| 9/7/2026 0:00 | EPFD | R26070979 | REQUEST ASSIST REFERENCE TO RIOT INSIDE CAMP | :@CAMP BLISS | OFFICER CLAUDIA PAREDES |
| 09/09/2026 1029 | EPFD | R26071521 | 55 YOF CHEST PAIN | :@CAMP BLISS | JOCELYN GONZALEZ/NURSE |
| 09/14/2026 1551 | EPFD | R26073151 | 34 YOF EMPLOYEE DIABETIC/CALLAPSED | :@CAMP BLISS | OFC ALVARADO |
| 09/16/2026 1608 | EPFD | R26073732 | 24 YOF PREGNANT VAGINAL AND ABDOMEN PAIN | :@CAMP BLISS | Jocelyn/Nurse |