# Exhibits 2 – 13

Exhibits 2 – 13 are audio files that will be submitted to the Court via Box.com after filing a notice of filing together with a motion for a preliminary injunction in this case. Tje list of audio exhibits is:

**Exhibit 2** is R26039837_1_R_.wav

**Exhibit 3** is R26037589_1.wav

**Exhibit 4** is R26019302_1_R.wav

**Exhibit 5** is R26041522_1.wav

**Exhibit 6** is R26040604_1.wav

**Exhibit 7** is R26027640_1.wav

**Exhibit 8** is R26051301_1.wav

**Exhibit 9** is R25089176_1.wav

**Exhibit 10** is R25091700_1.wav

**Exhibit 11** is R25086983_1_R_.wav

**Exhibit 12** is R25073382_1_.wav

**Exhibit 13** is R26013741_1.wav