# Exhibit 14

# Transcription: R26051301_1

Duration: 00:04:48

[00:00:02] speaker_0: We have a-

[00:00:03] speaker_1: El Paso, 911 operator. What is the address of the emergency?

[00:00:08] speaker_0: Uh, the address is 6920 Digital Road, Camp East Montana.

[00:00:17] speaker_2: This is the fourth seizure. This is what, like, the fifth. We just put after pill-

[00:00:22] speaker_1: Can you tell me just one more time to make sure I have it correct, please?

[00:00:24] speaker_2: Fourteen forty-seven.

[00:00:26] speaker_0: 6920 Digital Road.

[00:00:29] speaker_1: Okay, and what is the phone number you're calling from?

[00:00:32] speaker_0: Area code nine one five.

[00:00:35] speaker_1: Mm-hmm.

[00:00:35] speaker_0: Three one nine nine nine one two.

[00:00:37] speaker_1: Okay, go ahead and tell me exactly what happened.

[00:00:40] speaker_0: Um, I'm not too sure what happened. I don't know. Nobody-

[00:00:44] speaker_2: Hi, we think the patient is actively having a seizure. Uh, vital signs right now, one seventeen over sixty-six. Heart rate is sixty-eight. Oxygen is, is ninety-five. He's on a mask. What, what's his, uh... How, how many liters is he on right now? He's on four liters, and he's actively seizing right now.

[00:01:02] speaker_1: Okay. Go ahead and stay on the line with me, okay?

[00:01:05] speaker_2: Okay, I'll stay on the line. Is he [inaudible] by any chance? On his own or pissing on himself?

[00:01:10] speaker_1: I'm sorry, say that again, ma'am? How old is the patient?

[00:01:12] speaker_2: How old is he? Uh, possible twenty, maybe twenty-eight. Late twenties, yeah.

[00:01:17] speaker_1: And you're right by him, correct?

[00:01:19] speaker_2: I'm standing right in front of him. He's, you know, he's not, he's not really responding.

[00:01:24] speaker_1: Is, is he awake?

[00:01:26] speaker_2: No.

[00:01:26] speaker_1: Okay.

[00:01:27] speaker_2: No, he's not.

[00:01:29] speaker_1: Is he breathing?

[00:01:29] speaker_2: Uh, yes.

[00:01:30] speaker_1: Okay. And, um, I know you said he's not awake, but is he conscious?

[00:01:35] speaker_2: No, not conscious.

[00:01:41] speaker_2: You need to tell EMS to [inaudible].

[00:01:43] speaker_1: Has, has he had more than one seizure in a row?

[00:01:45] speaker_2: He's had four seizures in a row.

[00:01:47] speaker_1: And was he awake between the seizures?

[00:01:48] speaker_2: He's having a fifth. He's going into the fifth seizure now, yes, this one.

[00:01:51] speaker_1: Was he alert between the seizures?

[00:01:53] speaker_2: No, ma'am. You asked me if he was alert already. No, he's not alert.

[00:01:56] speaker_1: No, ma'am, I'm asking if he was alert between the seizures.

[00:02:00] speaker_2: No. Mm-hmm.

[00:02:03] speaker_1: I'm sending the paramedics to help you now. Stay on the line. I'll tell you exactly what to do next. If he is still seizing, don't do CPR. Don't hold him down or put anything into his mouth.

[00:02:12] speaker_2: Okay.

[00:02:12] speaker_1: Move dangerous objects away from him and tell me immediately when he stops seizing. Is he diabetic?

[00:02:17] speaker_2: Okay, he's still seizing. He's not diabetic, is he?

[00:02:22] speaker_2: They're pulling up his information now. Somebody wanna get a, a finger stick. Okay, he's stopped.

[00:02:28] speaker_1: Okay.

[00:02:29] speaker_2: He's stopped.

[00:02:30] speaker_1: Okay. Is he still breathing?

[00:02:33] speaker_2: Yes, he's still breathing, but he looks like he's in a lot... He's in distress.

[00:02:36] speaker_1: Okay. I need to know, ma'am, is he diabetic?

[00:02:38] speaker_2: He's having another one.

[00:02:39] speaker_1: If you're unsure, that's okay.

[00:02:41] speaker_2: He's in a, he's in a having a... He's having another one.

[00:02:43] speaker_1: Is he an epileptic?

[00:02:45] speaker_2: We are trying to pull up. Nobody has medical records on this man yet?

[00:02:54] speaker_2: Ma'am, I don't know what his medical history is. I'm sorry.

[00:02:57] speaker_1: Okay. No, that's okay, ma'am. No worries.

[00:02:59] speaker_2: All right.

[00:03:00] speaker_1: One second.

[00:03:04] speaker_1: We do need to check his breathing, so we're going to check his breathing together to make sure it's all right. When I say go, if you can watch him closely and tell me each time his chest rises. Are you ready?

[00:03:13] speaker_2: He's seizing. He's seizing. I can't... His chest is not rising.

[00:03:19] speaker_2: Another one.

[00:03:27] speaker_1: Okay, ma'am. Just reassure him that help is on the way. From now on, don't let him have anything to eat or drink. It might make him sick or cause further problems. Just have him rest in the most comfortable position and wait for help to arrive. May I have your first name on scene, ma'am?

[00:03:40] speaker_2: Shunta Johnson. S-H-U-N-T-A Johnson.

[00:03:49] speaker_2: Is... Are they getting a face sheet for him? Do you guys got a face sheet? Okay.

[00:04:02] speaker_2: Okay, he's seizing again. I don't know. What's this, like the sixth or seventh? Sixth? Seventh? Okay, so it's just like the seventh one or it's his--

[00:04:12] speaker_1: Okay, ma'am.

[00:04:13] speaker_2: It is-

[00:04:13] speaker_1: Is he under the care of a nurse or a doctor?

[00:04:16] speaker_2: I'm a nurse practitioner.

[00:04:17] speaker_1: Okay.

[00:04:17] speaker_2: It's fifteen... It's, uh, fourteen fifty-one.

[00:04:20] speaker_1: Okay, ma'am. I'm gonna go ahead and let you go now.

[00:04:22] speaker_2: Okay.

[00:04:22] speaker_1: We do have help on the way, okay? Give us a call back.

[00:04:24] speaker_2: All right. Blood sugar, blood sugar is one oh six.

[00:04:27] speaker_1: Okay, ma'am. If you can gather any demographic information, gather his medications, and have someone meet the paramedics.

[00:04:32] speaker_2: Okay.

[00:04:33] speaker_1: Okay?

[00:04:34] speaker_2: All right. Got it.

[00:04:34] speaker_1: What, uh, what number is he in?

[00:04:36] speaker_2: He is in room, exam room nine.

[00:04:40] speaker_1: Okay, ma'am. I'll go ahead and let you go, okay? Help is on the way.

[00:04:43] speaker_2: Okay. Thank you. Okay. I appreciate you, ma'am. Thank you.

[00:04:46] speaker_1: Yeah. Bye-bye.

[00:04:47] speaker_2: Okay. Uh-huh. Bye-bye.

# Transcription: R26041522_1

Duration: 00:12:26

[00:00:00] speaker_1: So what is the address right here? The address here?

[00:00:02] speaker_0: This is the nine one one operator

[00:00:08] speaker_1: What is the address right here? Address? The address right here ma'am?

[00:00:18 speaker_0: This is gonna be on Fort Bliss?

[00:00:24] speaker_1: Uhh it's not going to be on Fort Bliss, Ma'am. It's gonna be on George Geter and Montana. It's the camp. Camp East Montana.

[00:00:24] speaker_0: Just to confirm. Sixty-nine Twenty. Correct?

[00:00:30] speaker_1: Yes ma'am.

[00:00:24 speaker_0: What is the phone number you are calling from?

[00:00:24] speaker_1: Uhh yes the number is 703. 946-9987.

[00:00:47] speaker_0: Thank you. Tell me exactly what happened.

[00:00:49] speaker_1: We have an officer here that I think is having an asthma attack.

speaker_0: Okay. Give me a moment I'm requesting assistance okay? Are you with the officer now?

speaker_1: I am.

speaker_0: Right now, is he, um conscious?

speaker_1: He's conscious

speaker_0: They're already on their way. Okay, just stay on the line and I have a few more questions.

speaker_1: Okay.

speaker_0: How old is he?

speaker_1: 27.

speaker_0: And as of right now, is he breathing?

speaker_1: He's um,. Yeah. He's trying to relax and breath.

speaker_0: Is he responding normally?

speaker_1: He is.

speaker_0: Does he have difficulty speaking between breaths?

speaker_1: Does he have difficulty speaking during breaths? He's breathing a little bit. Like yeah. He's having a hard time breathing.

speaker_0: They're on their way. Just trying to get to you guys as soon as possible. Is he changing color?

speaker_1: Uh he looks a little bit pale

speaker_0: And is he clammy or having cold seats?

speaker_1: Sweats. A little bit of sweating.

speaker_0: Do you know if he has a prescribed inhaler or nebulizer?

speaker_1: Do you have a prescribed inhaler? Yes, it's at home.

speaker_0: Got it. Alrighty, like I mentioned we are sending the paramedics right now. Just stay on the line and I'll tell you exactly what to do next.

speaker_1: Yes ma'am

speaker_0: If there is a defibulator available send someone to get it now in case we need it later

speaker_1: Yes ma'am. There's not. They tried finding one and there's not.

speaker_0: Okay, got it. Just reassure him that help is on the way. And from now on, do not let him have anything to eat or drink, it might make him sick or cause him further problems. Just let him rest in the most comfortable position and wait for help to arrive. And I'm go ahead

speaker_1: No food or water

speaker_0: I'm gonna stay on the line with you guys until help arrives. Just watch him very close and look for any changes. If he becomes less awake [unclear audio] or starts getting worse, just tell me immediately. Okay?

speaker_1: Yes ma'am

speaker_0: Perfect. And I just need to confirm once more. The location is 6920 Digital Road, Camp Bliss. Is that correct?

speaker_1: Correct ma'am, and it's camp / east montana on Deeter and Montana.

speaker_0: May I have your name ma'am?

speaker_1: My name is Belinda Rico

speaker_0: And your position there please

speaker_1: I'm a sergeant here in medical.

speaker_0: thank you so much.

[Background noises]

speaker_0: let me know if there are any updates with the patient so I can update the paramedics, okay?

speaker_1: Yes, so okay, I guess then nurses checked him out and they do want EMS to still evaluate him.

speaker_0: Right now is he still having difficulty breathing? Or is he doing a little bit better?

speaker_1: He's doing a little bit better.

speaker_0: Okay, good.

speaker_1: Yeah.

**[Background noises]**

[00:06:34] speaker_1: Control, this is Echo West. I chase office.

[00:06:44] speaker_0: Ma'am, do the paramedics need to head to a specific area on the, um, on the-

[00:06:49] speaker_1: Uh, yes. Uh, so main gate would, um, uh, guide them to medical, ma'am.

[00:06:54] speaker_0: Okay.

[00:06:55] speaker_1: Yes, ma'am.

[00:07:01] speaker_0: Okay.

[00:07:34] speaker_1: I'm glad it happened here and not when you were driving to work, you know? Yep.

[00:08:18] speaker_0: Are you running [muffled]? No. No?

[Background noise]

[00:09:25] speaker_1: Well, if you say like, like...

[00:09:32] speaker_1: You know,

[00:09:38] speaker_1: my kind of theory was an opposite because it didn't sound like, you know, um, hot or... You know what I mean? It just said double hot.

[00:10:00] speaker_0: How's he doing, ma'am? Any changes?

[00:10:03] speaker_1: He's doing a lot better now.

[00:10:04] speaker_0: Okay, good.

[00:10:04] speaker_1: He's more talkative. Yes, ma'am.

[00:10:06] speaker_0: Good. All righty. They're trying to get to you guys as quickly as possible, okay?

[00:10:11] speaker_1: Yes, ma'am.

[00:10:17] speaker_1: Yeah, but either way, you're gonna get checked, man.

[00:10:32] speaker_0: All right. Okay, ma'am. Yeah.

[00:12:07] speaker_0: Yeah.

[00:12:13] speaker_1: Good morning.

[00:12:16] speaker_0: Okay, ma'am, it shows that they have arrived.

[00:12:19] speaker_1: Okay.

[00:12:20] speaker_0: Um, so-

[00:12:20] speaker_1: Yes, ma'am.

[00:12:21] speaker_0: -they should be heading to you shortly, okay?

[00:12:23] speaker_1: Sounds good, ma'am. Thank you so much.

[00:12:24] speaker_0: Thank you. I'll let you go.

[00:12:25] speaker_1: Thank you. Bye-bye.

# Transcription: R26040604_1

Duration: 00:05:50

[00:00:03] speaker_0: El Paso nine one one. Operator Ramirez. What is the address of the emergency?

[00:00:08] speaker_1: Um, we have a patient here that is in active AFIB. Per the provider, he's shaking. Um, we can't get a good HAG on him or any vitals.

[00:00:20] speaker_0: Okay. What is the address?

[00:00:22] speaker_1: Twenty-nine, sixty-nine twenty Digital Road.

[00:00:34] speaker_0: Okay, sixty-nine twenty Digital Road. And a callback number?

[00:00:38] speaker_1: Four zero seven three oh six eight four four one.

[00:00:45] speaker_0: Okay. Now tell me again exactly what happened.

[00:00:48] speaker_1: Uh, patient was brought into the clinic, um, having, uh, seizure-like activity, and the provider says that he's, uh, in AFIB.

[00:01:00] speaker_0: Okay, so not a responsive-

[00:01:03] speaker_1: Uh, somewhat, a little bit. Says he's discolorated, um, he's not sweating profusely.

[00:01:11] speaker_0: Okay, but he's awake.

[00:01:12] speaker_1: He's able to respond to questions, yes, ma'am.

[00:01:15] speaker_0: Okay, let me advise this information. Uh, please stay on the line.

[00:01:18] speaker_1: Yes.

[00:01:24] speaker_0: Are you with the patient now?

[00:01:25] speaker_1: Do you need a confidence? I'm actually standing across the hall from him. He has, uh, providers and guards with him right now.

[00:01:33] speaker_0: Okay, and how old is the patient?

[00:01:37] speaker_1: How old is-- on the paper, how old is he?

[00:01:45] speaker_1: Who's out of here?

[00:01:46] speaker_2: Yeah, he's

[00:01:46] speaker_1: He's about fifty years old, male.

[00:01:53] speaker_2: I don't even know his age.

[00:02:01] speaker_0: Okay, uh, you don't have the age, okay?

[00:02:04] speaker_1: Okay, thank you.

[00:02:05] speaker_0: Okay, and, um, male or fem-

[00:02:18] speaker_1: Hello?

[00:02:19] speaker_0: Hello, this is El Paso nine one one. Uh, we were talking before. Is that, uh, is it the same person?

[00:02:24] speaker_1: Yes, it is.

[00:02:25] speaker_0: Oh, okay. Sorry. Um, I have to keep you on the line, okay?

[00:02:31] speaker_1: Okay. That's fine.

[00:02:34] speaker_0: Okay, just give me one second.

[00:02:38] speaker_1: A plug.

[00:02:40] speaker_1: There's a plug right here, guys.

[00:02:53] speaker_0: Uh, you mentioned that he was having like, um, seizure. Is that correct?

[00:02:57] speaker_1: She said he, she said that, um, he's, uh, shaking. So she said that he's, he's having seizure-like activity.

[00:03:06] speaker_0: Okay. It was a male or a female?

[00:03:07] speaker_1: You guys can come now. It's a male.

[00:03:09] speaker_0: Okay.

[00:03:10] speaker_1: You guys can come now. You guys can come now.

[00:03:12] speaker_0: Okay. Is he awake? Is he breathing?

[00:03:14] speaker_1: Yeah, EMS. He's awake, yes.

[00:03:19] speaker_0: Okay, and has he had more than one seizure in a row?

[00:03:22] speaker_1: No, no seizure, ma'am. I'm getting another vehicle to come, emer-- another vehicle to come. No seizure-like activity. He just has AFIB.

[00:03:31] speaker_0: Okay, give me one second.

[00:03:34] speaker_1: Tell Boss we're

[00:03:37] speaker_1: gonna do it.

[00:03:46] speaker_0: Is he responding normally, like completely alert?

[00:03:50] speaker_1: Um, I don't know. He's awake. Yes, he's responding to the questions that they're asking.

[00:03:56] speaker_0: Okay. And breathing normally as well?

[00:03:59] speaker_1: Yes.

[00:04:00] speaker_0: Okay. Is he changing color?

[00:04:03] speaker_1: No.

[00:04:04] speaker_0: Okay. Is he clammy or having cold sweats?

[00:04:08] speaker_1: Oh.

[00:04:11] speaker_1: No.

[00:04:11] speaker_0: Okay. And does he have a history of health problems?

[00:04:16] speaker_1: He has a history of hypotension.

[00:04:20] speaker_0: Okay.

[00:04:21] speaker_0: And does he have any chest pain or chest discomfort?

[00:04:24] speaker_1: Can you ask him if he have any chest pain or discomfort?

[00:04:28] speaker_1: He's clear. She said no.

[00:04:30] speaker_0: Okay, perfect. And did he take any drugs or medications in the past twelve hours?

[00:04:36] speaker_1: Um, he takes Colondine,

[00:04:40] speaker_1: um...

[00:04:42] speaker_0: Okay. Those are medications for the heart?

[00:04:47] speaker_1: Yes.

[00:04:53] speaker_1: He takes, um...

[00:04:57] speaker_1: He takes, uh, two different high blood, high blood pressure medications, and that's it. An allergy pill and a, uh, lisinopril.

[00:05:08] speaker_0: Okay. And by any chance, do you have his, um, heart rate, his pulse?

[00:05:14] speaker_1: You said, what was his what?

[00:05:16] speaker_0: Do you have his heart rate? His pulse?

[00:05:19] speaker_1: Um, so the EKG that's doing now, it says ninety. It's not working. Uh, no, we don't.

[00:05:27] speaker_0: Okay, it's not working? Okay.

[00:05:28] speaker_1: That's it.

[00:05:30] speaker_0: Okay. Can I just have, um, your name and position?

[00:05:35] speaker_1: Um, my name is Rochelle. I'm the nurse here, here.

[00:05:39] speaker_0: Okay. The paramedics are already on the way, okay? Uh, just if you get any more information, if anything gets worse in any way, call us back for further instructions.

[00:05:47] speaker_1: Yes.

[00:05:47] speaker_0: Okay. Bye-bye.

# Transcription: R26039837_1_R_

Duration: 00:03:39

[00:00:00] speaker_0: I can't call.

[00:00:04] speaker_1: El Paso 911.

[00:00:05] speaker_0: There's not one in there?

[00:00:05] speaker_1: Operator Laca. What's the address of the emergency?

[00:00:09] speaker_0: Hi, this is uh, sixty-nine twenty Digital Road.

[00:00:13] speaker_1: Are you at Camp Bliss?

[00:00:16] speaker_0: Yes.

[00:00:21] speaker_1: Okay. What is the phone number you're calling from?

[00:00:26] speaker_0: Uh, nine one five nine nine six three three four eight.

[00:00:29] speaker_1: Okay. Tell me exactly what happened, ma'am.

[00:00:31] speaker_0: Uh, we have a person with a blood sugar of twenty-six.

[00:00:38] speaker_1: Okay. So just to clarify-

[00:00:40] speaker_0: He's a diabetic

[00:00:41] speaker_1: ... her blood sugar is low?

[00:00:43] speaker_0: Uh, blood sugar of twenty-six.

[00:00:47] speaker_1: So just to confirm, her blood sugar is low?

[00:00:51] speaker_0: Yes.

[00:00:51] speaker_1: Okay.

[00:01:06] speaker_1: Are you with the patient now?

[00:01:09] speaker_0: Yes.

[00:01:09] speaker_1: How old is the patient?

[00:01:11] speaker_0: He is

[00:01:19] speaker_0: **[sound appears to be bleeped in audio]**

[00:01:21] speaker_1: Okay. Is she awake?

[00:01:24] speaker_0: He's not responding. He's breathing, but he's not responding.

[00:01:28] speaker_1: I'm sorry, did you say he or she?

[00:01:30] speaker_0: He.

[00:01:31] speaker_1: He. Okay. So is he conscious?

[00:01:35] speaker_0: No, he's not responding.

[00:01:36] speaker_1: Okay. Is he breathing?

[00:01:39] speaker_0: Yes.

[00:01:46] speaker_1: Is he breathing normally?

[00:01:49] speaker_0: No.

[00:01:51] speaker_1: Okay. We're going to check his breathing together to make sure it's all right. When I say go-

[00:01:56] speaker_0: I have med-medical personnel with him. We are all medical. We're all trained. I just need, uh, EMS here.

[00:02:03] speaker_1: Okay. I just need to do this with you so that we can get it out to EMS.

[00:02:09] speaker_0: Mm-hmm.

[00:02:11] speaker_1: So when I say go, watch him closely and tell me each time his chest rises. You can just say now each time it rises. Are you ready?

[00:02:20] speaker_0: Can I just give you his information so you can send somebody over here, please?

[00:02:24] speaker_1: They have already been on their way, ma'am, since the beginning of the call. That's why I'm saying that we need to do this before they get there.

[00:02:30] speaker_0: I have a lot of staff around him. They're taking care of him. That's why.

[00:02:37] speaker_1: Okay.

[00:02:46] speaker_0: We're all trying to treat him.

[00:02:57] speaker_1: Okay. Is he under the care of a nurse or doctor?

[00:02:59] speaker_0: Yes.

[00:03:02] speaker_1: Okay. I'm sending the paramedics to help you now. Stay on the line. Reassure him that help is on the way. Gather his medical and demographic information. Have someone meet the paramedics, and if they get worse in any way, call us back immediately. Can I have your name and your position there?

[00:03:16] speaker_0: Uh, I'm the nurse manager.

[00:03:18] speaker_1: Mm-hmm. And what is your name, ma'am?

[00:03:22] speaker_0: Uh, just... I'm the nurse manager. I'm sorry.

[00:03:25] speaker_1: Okay. And just to verify, it's at Camp Bliss. Is that correct?

[00:03:29] speaker_0: I'm sorry? At Fort... Yes. Um, Camp Montana East.

[00:03:34] speaker_1: Okay. I'll go ahead and let you go, ma'am.

[00:03:37] speaker_0: All right. Thank you.

# Transcription: R26037589_1

Duration: 00:02:05

[00:00:00] speaker_0: El Paso nine one one operator [NAME]. What is the address of the emergency?

[00:00:04] speaker_1: The address is sixty-nine twenty Digital Road.

[00:00:10] speaker_0: Okay. And what is going on?

[00:00:13] speaker_1: I have a patient in the clinic that is desatting to eighty-four percent, has a history of sickle cell, and had a crisis about a year ago.

[00:00:27] speaker_0: And I'm sorry, you're requesting medical assistance, correct?

[00:00:30] speaker_1: Yes, I am.

[00:00:32] speaker_0: Okay. Are you with the patient right now?

[00:00:34] speaker_1: I am.

[00:00:37] speaker_0: Okay.

[00:00:39] speaker_0: And how old is the patient?

[00:00:41] speaker_1: He's forty years old.

[00:00:44] speaker_0: Male?

[00:00:45] speaker_1: Yes, male.

[00:00:46] speaker_0: Okay. So he is awake and breathing, correct?

[00:00:49] speaker_1: Yes, he is. I have him on three liters nasal cannula, and oxygenation right now is at ninety-four percent.

[00:00:56] speaker_0: Okay. Is he responding normally?

[00:00:59] speaker_1: Yes, he is.

[00:01:01] speaker_0: And he is breathing normally, correct?

[00:01:04] speaker_1: Yes.

[00:01:06] speaker_0: So I already have them on the way, okay? I just have a few more questions for you. Is he bleeding or vomiting blood?

[00:01:14] speaker_1: No, he's not.

[00:01:18] speaker_0: Um, does he have any type of pain?

[00:01:22] speaker_1: Does he have any type of what?

[00:01:27] speaker_1: Hello?

[00:01:28] speaker_0: Does he have any type of pain?

[00:01:30] speaker_1: No.

[00:01:33] speaker_0: Okay.

[00:01:36] speaker_0: Okay, um, and can I-

[00:01:42] speaker_1: Tell me?

[00:01:43] speaker_0: Can I just have your name?

[00:01:45] speaker_1: I'm the charge nurse at the clinic.

[00:01:49] speaker_0: And, and what is your name?

[00:01:51] speaker_1: I'd, I'd rather not give you my name.

[00:01:56] speaker_0: Okay. So they should be up on the way, okay? If anything, just give us a call back.

[00:02:00] speaker_1: I will. Thank you so much.

[00:02:02] speaker_0: You're welcome. Bye-bye.

[00:02:05] speaker_1: Bye-bye.

# Transcription: R26027640_1

Duration: 00:04:18

[00:00:01] speaker_0: El Paso nine one one, operator Castaneda. What is the address of the emergency?

[00:00:05] speaker_1: The address is Camp East Montana. It's on sixty-nine twenty Digital Road.

[00:00:10] speaker_0: Can you repeat the address so I can verify that I have it correct?

[00:00:13] speaker_1: Excuse me?

[00:00:14] speaker_0: Can you repeat the address so I can verify that I have it correct?

[00:00:18] speaker_1: sixty-nine twenty Digital Road. D-I-G-I-T-A-L Road.

[00:00:23] speaker_0: Thank you. What is the phone number you're calling from?

[00:00:26] speaker_1: The phone number I'm calling is area code nine one five-three one nine nine nine one two.

[00:00:31] speaker_0: Okay. Tell me exactly what's happened.

[00:00:34] speaker_1: Um, I just need somebody to pick up a patient so she can be transferred to the ER.

[00:00:39] speaker_0: Okay. What are her symptoms?

[00:00:42] speaker_1: Uh, tingling and numbness to the left side, from her face all the way down to her shoulder and arm.

[00:00:50] speaker_0: Okay. We're gonna have paramedics on the way. I need to go ahead and just get some more information from you, okay? Are you next to her now?

[00:00:57] speaker_1: Okay. Mm-hmm. Yes, I am.

[00:00:58] speaker_0: Okay. How old is she?

[00:01:03] speaker_1: [asks patient in Spanish] 51.

[00:01:05] speaker_0: And that was her in the background that answered you, was that correct?

[00:01:07] speaker_1: Yes. Mm-hmm. Yes. Uh-huh, that's her.

[00:01:10] speaker_0: Okay. Is she responding normally?

[00:01:13] speaker_1: Yes, she is.

[00:01:14] speaker_0: Is she breathing normally?

[00:01:16] speaker_1: Yes, she is.

[00:01:19] speaker_0: Thank you. Okay. We need to do a quick test on her before the medics arrive. I just want you to get close enough to ask her to do three things.

[00:01:26] speaker_1: Yes.

[00:01:26] speaker_0: Tell me when you're ready.

[00:01:27] speaker_1: Mm-hmm. Yes, I'm ready.

[00:01:28] speaker_0: Ask her to smile.

[00:01:30] speaker_1: [asks patient]

[00:01:32] speaker_0: Was her smile equal on both sides of her mouth?

[00:01:39] speaker_1: She said she feels kinda like numbness to the left side when she does that.

[00:01:42] speaker_0: Left side? Okay. Ask her to raise both arms straight out in front of herself and to hold for a moment.

[00:01:48] speaker_1: In front?

[00:01:49] speaker_0: Yes, in front.

[00:01:54] speaker_1: [asks patient in Spanish] Okay. Uh-huh. Okay.

[00:01:58] speaker_0: Was she able to raise and hold both of the arms equally?

[00:02:02] speaker_1: Yes.

[00:02:02] speaker_0: Okay. And just ask her to say, "The early bird catches the worm."

[00:02:08] speaker_1: I'm g-- I'm sorry, I didn't hear you.

[00:02:10] speaker_0: She knows Spanish?

[00:02:11] speaker_1: Yeah, she's Spanish.

[00:02:12] speaker_0: Okay. [speaks in Spanish]

[00:02:29] speaker_1: Uh-huh. [speaks in Spanish to patient]

[00:02:30] speaker_1: Uh, uh-huh.

[00:02:32] speaker_1: Okay.

[00:02:33] speaker_0: Was she able to repeat it correctly?

[00:02:35] speaker_1: Yes. Mm-hmm.

[00:02:36] speaker_0: Thank you.

[00:02:39] speaker_0: Okay. And exactly what time did these symptoms start?

[00:02:43] speaker_1: No, she's had these symptoms [asks patient]

[00:02:47] speaker_1: Six days.

[00:02:49] speaker_0: Six days? Thank you.

[00:02:52] speaker_0: Okay. Has she ever had a stroke before?

[00:02:58] speaker_1: [asks patient in Spanish] She said

[00:03:13] speaker_1: she suffers from migraine headaches and something else. I couldn't understand what she said. [speaks in Spanish to patient]

[00:03:27] speaker_1: I don't know what that is. [back and forth in Spanish with patient]

[00:03:37] speaker_1: Cardiomyopathy?

[00:03:38] speaker_2: Myopathy.

[00:03:39] speaker_1: My-- Cardiomyopathy. I'm sorry. I couldn't understand what she was saying.

[00:03:43] speaker_0: Okay, no problem. And just to confirm, ma'am, right now is she under the care of a nurse or a doctor?

[00:03:48] speaker_1: Yes, a nurse and a provider. Yes.

[00:03:51] speaker_0: Okay. Can I-

[00:03:51] speaker_1: Nurse practitioner.

[00:03:52] speaker_0: Thank you, ma'am. Can I go ahead and have your name please?

[00:03:54] speaker_1: Maria.

[00:03:56] speaker_0: Thank you. Okay. And just to confirm, this is gonna be at six nine two zero Digital Road, which is gonna be the Camp East Montana. Is that correct?

[00:04:04] speaker_1: Uh-huh.

[00:04:04] speaker_0: Okay. I, um, sent paramedics to help her. Now, just go ahead and gather her medical and demographic information, have somebody wave down the paramedics, and if anything worsens in any way, go ahead and give us a call back, but help is already on the way.

[00:04:16] speaker_1: All right. Thank you very much.

[00:04:17] speaker_0: Of course. Bye-bye.

# Transcription: R26019302_1_R

Duration: 00:03:12

[00:00:02] speaker_0: El Paso 911 operator Vaney speaking. What is the address to your emergency?

[00:00:06] speaker_1: 6920 Digital Road.

[00:00:08] speaker_0: Uh, okay. Repeat it for me one more time, please, to make sure I have it correct.

[00:00:12] speaker_1: 6920 Digital Road.

[00:00:14] speaker_0: Uh, okay. And the number you're calling from [...] we get disconnected?

[00:00:17] speaker_1: Um, let me give you the number 'cause this one... It is 407-306-8441.

[00:00:27] speaker_0: Uh, okay. Now tell me exactly what's happening, ma'am.

[00:00:30] speaker_1: Um, we have a female that, um, was brought to us. She's having chest pain and severe abdominal pain.

[00:00:37] speaker_0: Okay.

[00:00:39] speaker_0: Is there, um, severe abdominal and chest pains?

[00:00:43] speaker_1: Yes.

[00:00:44] speaker_0: Okay. And are you with the patient now?

[00:00:47] speaker_1: Yes.

[00:00:48] speaker_0: Okay. How old is the patient?

[00:00:50] speaker_1: **[Sound seems to be bleeped in recording]**

[00:00:54] speaker_0: Okay. And is she awake?

[00:00:56] speaker_1: Yes, she is.

[00:00:57] speaker_0: Okay. Is she breathing?

[00:00:59] speaker_1: Yes.

[00:01:00] speaker_0: Okay. Just bear with me here. We got help on the way, okay?

[00:01:04] speaker_1: Okay.

[00:01:04] speaker_0: Okay.

[00:01:08] speaker_0: Okay. Okay. Is she responding normally?

[00:01:18] speaker_1: Yes.

[00:01:18] speaker_0: Okay. Is she breathing normally?

[00:01:21] speaker_1: Um, rapid.

[00:01:26] speaker_0: Okay. And does she have difficulty speaking between breaths?

[00:01:29] speaker_1: Yes.

[00:01:31] speaker_0: Okay.

[00:01:34] speaker_0: Um, is she changing color?

[00:01:36] speaker_1: No.

[00:01:38] speaker_0: Okay. Is she clammy or having cold sweats?

[00:01:40] speaker_1: Cold sweats.

[00:01:42] speaker_0: Oh, okay. Has she ever had a heart attack or angina?

[00:01:46] speaker_1: No.

[00:01:47] speaker_0: Did she take any drugs or medication in the past 12 hours?

[00:01:51] speaker_1: Yes. She, um, she takes propranolol, Singulair, and Trazodone, and she does have a allergy to penicillin and latex.

[00:02:01] speaker_0: Oh, okay. Allergy to penicillin and latex?

[00:02:03] speaker_1: Yes. We

[00:02:08] speaker_1: just leave this at the transit park to go.

[00:02:10] speaker_0: Okay.

[00:02:14] speaker_0: Still with me here, ma'am?

[00:02:17] speaker_1: Can you just check on him real fast?

[00:02:25] speaker_0: Okay. All right, there we go.

[00:02:32] speaker_0: All righty, ma'am. Like I said before, I'm sending paramedics to help you now. Stay on the line. I'll tell you exactly what to do next. Is right now she under the care of a nurse or a doctor right now?

[00:02:40] speaker_1: Yes.

[00:02:41] speaker_0: Uh, okay. Um, make sure you have all patient demographics ready for the responders when they do arrive. Just to confirm, it's gonna be for 6920 Digital Road. Is that correct?

[00:02:50] speaker_1: Yes.

[00:02:50] speaker_0: Okay, let me just go ahead and get your name and position before I let you go.

[00:02:54] speaker_1: Um, Bree is my name.

[00:02:55] speaker_0: Uh, okay, Ms. Bree. What's your position right now?

[00:02:58] speaker_1: Uh, due to our phone calls being leaked, we're not gonna give our positions, but I am a nurse, yes.

[00:03:03] speaker_0: Oh, okay. That's what I need, ma'am. Okay. RN. Uh, like I said, again, call us back if anything changes in any way. Help's on the way, okay?

[00:03:10] speaker_1: Thank you so much.

[00:03:11] speaker_0: Thank you.

# Transcription: R26013741_1

Duration: 00:01:33

[00:00:02] speaker_0: El Paso, nine one four-

[00:00:02] speaker_1: What is-

[00:00:03] speaker_0: -nine one. What is the address of your emergency?

[00:00:04] speaker_1: What? Hi, um, this is Marfie. I'm calling you from Camp Montana East, and somebody transported [inaudible].

[00:00:15] speaker_0: What is the address?

[00:00:17] speaker_1: Uh, sixty-nine twenty Digital Road.

[00:00:23] speaker_0: Can you repeat the address just to make sure I do have it correct?

[00:00:27] speaker_1: Sixty-nine two zero Digital Road.

[00:00:30] speaker_0: What is the phone number you're calling from?

[00:00:32] speaker_1: This is my personal cell, nine one five three five five five eight six zero.

[00:00:39] speaker_0: Okay. Tell me exactly what happened.

[00:00:43] speaker_1: So we have a patient that had a massive surva- aspiration of his pouch, and he's ten out of ten pain with mild shortness of breath.

[00:00:53] speaker_1: He's gone without meds for two days.

[00:01:05] speaker_0: How old is the patient?

[00:01:07] speaker_1: The patient, I'm sorry. Um...

[00:01:22] speaker_1: You have reached three five five eight- You have reached three five five eighteen six-

# Transcription: R25091700_1

Duration: 00:02:28

[00:00:03] speaker_0: El Paso 911. This is Operator Contreras. What is the address of the emergency?

[00:00:09] speaker_1: So it is, uh, Camp Montana on... Oh, geez. What is our n- our address? Hold on. Hey, do you have our address?

[00:00:21] speaker_2: Uh, it's, uh, it's on the front.

[00:00:37] speaker_2: 16920 Digital Road.

[00:00:38] speaker_1: 16920 Digital Road.

[00:00:41] speaker_0: And it's, uh, the Camp on Fort Bliss, is that correct?

[00:00:46] speaker_1: It's, um, yeah, at Fort Bliss. I was just trying to figure out what you said.

[00:00:53] speaker_0: What is the phone number you're calling from?

[00:00:56] speaker_1: Three one six nine nine zero five seven eight five is my private cell.

[00:01:00] speaker_0: Okay. Tell me exactly what happened.

[00:01:03] speaker_1: Okay. So I've got a, a guy who has had chest pain for two days. Um, the, um, it, it is epigastric region, but also lower sternal. Um,

[00:01:18] speaker_1: we tried to do an EKG, but we have absolutely no paper. There's, uh, some C-wave changes, and I'd just like to get him evaluated at the ER.

[00:01:30] speaker_0: Okay, one moment.

[00:01:40] speaker_0: And how old is the patient?

[00:01:44] speaker_1: I think he's fifty-one.

[00:01:50] speaker_0: Okay.

[00:01:56] speaker_0: And is he awake right now?

[00:01:58] speaker_1: Yeah.

[00:02:03] speaker_0: Okay, one moment. And can I go and get your name, ma'am?

[00:02:08] speaker_1: Melissa Mahiman.

[00:02:13] speaker_0: And what is your position there?

[00:02:16] speaker_1: A nurse practitioner.

[00:02:19] speaker_0: Okay. All right, ma'am, all right, you do have the paramedics en route. Just give us a call back if he gets worse anyway.

[00:02:25] speaker_1: Okay, thank you.

[00:02:26] speaker_0: Thank you. Um, bye-bye.

[00:02:27] speaker_1: Uh-huh.

# Transcription: R25089176_1

Duration: 00:05:15

[00:00:00] speaker_0: Do you wanna help her with the paperwork?

[00:00:03] speaker_1: El Paso 911 operator. At this, what is the address of the emergency?

[00:00:07] speaker_0: 11301 Montana.

[00:00:12] speaker_2: Just say DCT bezel, vector 20.

[00:00:14] speaker_1: Mm-hmm.

[00:00:17] speaker_0: Uh, yes. It is Camp Montana East. It's the, uh-

[00:00:21] speaker_1: Yes

[00:00:22] speaker_0: ... Detainee processing center.

[00:00:26] speaker_1: Okay. Yeah. And can I have a callback phone number for you, please?

[00:00:31] speaker_0: Yes, it's area code two six nine, eight seven six, eight two seven seven.

[00:00:36] speaker_1: Okay. Tell me exactly what happened.

[00:00:39] speaker_0: I have a patient here who is possibly COVID positive. We are running a rapid. He does have a fever of 101. Um, he is hypoxic, going down to the 80s. He is having, uh, chest pain that is radiat- radiating down the right arm. Um, we do have him on a simple face mask. Actually, no, we have him on a non-rebreather right now, but our tank is only going up to five liters. We don't have the resources for him. He is, uh, tachy and tachypneic. Um, his blood pressure is slightly soft. He does speak Vietnamese only.

[00:01:23] speaker_0: He is very pale. He's not cyanotic, but he is pale.

[00:01:27] speaker_1: Okay. Uh, give me one

[00:01:32] speaker_1: second. Are you with the patient right now?

[00:01:35] speaker_0: Yes.

[00:01:36] speaker_1: Okay. Do you want me to take that and you wanna just look at it?

[00:01:56] speaker_3: It's his pulse?

[00:01:57] speaker_1: Yeah.

[00:01:59] speaker_1: Oh,

[00:02:09] speaker_1: clear up. What color is he?

[00:02:38] speaker_1: He was at 80 when he got here.

[00:02:41] speaker_1: En route he was dropping down to 76.

[00:02:51] speaker_1: Okay. So he is, it looks like flu A positive.

[00:02:58] speaker_1: Did you hear me, ma'am?

[00:03:03] speaker_0: Yes. I'm sorry. So he is positive?

[00:03:05] speaker_1: Okay. He's flu A positive, yes.

[00:03:08] speaker_0: Flu A positive. Okay.

[00:03:10] speaker_1: So we already have help on the way, okay? How old is the patient, you said, sorry?

[00:03:16] speaker_0: He is 70... Is he seven... How old is he? 79?

[00:03:21] speaker_0: Ani- Anissa, how old is he?

[00:03:26] speaker_1: He was born in '74.

[00:03:27] speaker_0: He was born in '74, so no, he's-

[00:03:31] speaker_1: 50

[00:03:31] speaker_0: ... he's 50, 59, I believe.

[00:03:37] speaker_1: Is he breathing normally?

[00:03:41] speaker_0: Uh, he's got, he's shallow breathing. He's extremely lethargic, kind of going in and out of consciousness.

[00:03:47] speaker_1: Okay.

[00:03:47] speaker_0: He's, um, when he's coughing, he's kind of shaking his entire body.

[00:03:54] speaker_1: Okay. Um, is he bleeding or vomiting blood?

[00:03:58] speaker_0: No.

[00:03:59] speaker_1: Does he have any pain? Has he mentioned anything?

[00:04:03] speaker_0: Uh, that's an issue because this is emergent. It's been very difficult to get a translator-

[00:04:10] speaker_1: Yeah

[00:04:10] speaker_0: ... 'cause he only speaks Vietnamese.

[00:04:20] speaker_1: Okay.

[00:04:22] speaker_1: And, okay.

[00:04:26] speaker_0: But one thing we definitely wanna make note, I don't know the extent that you're able to, but we want them, him to go to Del Sol because once they're sent to Providence East, they do not take care of them. They're being sent them back.

[00:04:41] speaker_1: Okay. I'll go ahead and not- notify the paramedics. You can also advise when they arrive, um, just so they can be assured-

[00:04:48] speaker_0: Okay

[00:04:48] speaker_1: ... in case that message doesn't get to them from dispatch. But just be assured-

[00:04:51] speaker_0: Okay

[00:04:51] speaker_1: ... help is on the way, okay? And if you get more information, if anything changes, just give us a call back. Can I just have your name please?

[00:04:58] speaker_0: Alexandria Brooks.

[00:05:01] speaker_1: Okay. So we do have the paramedics on their way to Camp Bliss. Um, if anything, just give us a call back, okay?

[00:05:08] speaker_0: All right, sweetie, thank you so much.

[00:05:10] speaker_1: You're welcome. Bye-bye.

[00:05:11] speaker_0: All right, bye-bye.

[00:05:14] speaker_1: Bye.

# Transcription: R25086983_1_R

Duration: 00:16:26

[00:00:04] speaker_0: 911 operator Juarez. What is the address of your emergency?

[00:00:08] speaker_1: It is sixty-nine twenty Digital Road.

[00:00:12] speaker_0: Can you repeat the address to verify we have it correct, please?

[00:00:15] speaker_1: Six nine two zero Digital Road.

[00:00:20] speaker_0: Okay. Is this in El Paso, Texas?

[00:00:24] speaker_1: Yes, ma'am.

[00:00:25] speaker_0: Can you spell the street to verify we have it correct?

[00:00:29] speaker_1: D-I-G-I-T-A-L.

[00:00:33] speaker_1: It's Camp Montana, where the, uh, detainees are.

[00:00:37] speaker_0: And it's six nine two zero, is that correct?

[00:00:41] speaker_1: Yes, ma'am.

[00:00:42] speaker_0: Okay, give me one moment.

[00:00:53] speaker_0: Give me one moment 'cause it's not verifying that address. Just bear with me, okay?

[00:00:57] speaker_1: No worries. Yeah, it doesn't show up 'cause it's, it's, um, like a ICE facility.

[00:01:10] speaker_1: They can't find the address.

[00:01:13] speaker_1: I knew it.

[00:01:13] speaker_1: 'Cause it's a d-- 'cause it's a different address they use.

[00:01:18] speaker_2: Really?

[00:01:18] speaker_1: Yes. But I don't know what it is. I should've wrote it down from day shift when I was here.

[00:01:24] speaker_2: Okay.

[00:01:28] speaker_2: Like, they have to just turn at George Cedar.

[00:01:43] speaker_0: And it's off of the Montana, correct?

[00:01:48] speaker_1: Yes, and I believe it's off of George Cedar.

[00:01:52] speaker_0: George Cedar and Montana.

[00:01:55] speaker_1: Yeah, George Cedar and Montana.

[00:01:55] speaker_0: Okay. Let's see.

[00:01:58] speaker_1: It is eleven-something, but I can't remember what it is.

[00:02:02] speaker_0: Is it the El Paso Service Processing Center?

[00:02:07] speaker_1: Yeah. Is it El Paso Service Processing Center?

[00:02:12] speaker_1: God, I don't know.

[00:02:18] speaker_0: Let's see.

[00:02:19] speaker_1: Yeah. Okay, I think it's eleven three zero one Montana.

[00:02:34] speaker_0: Okay.

[00:02:44] speaker_0: Okay, you said it's right off of George Cedar, correct? And like, uh-

[00:02:50] speaker_1: Yes. Okay. Yeah. So it is eleven three zero one Montana.

[00:02:56] speaker_0: Okay, let's see.

[00:03:05] speaker_0: Hmm.

[00:03:16] speaker_0: I see it here on my map, DHS Camp East Montana. Okay.

[00:03:34] speaker_1: They sure have it hidden. Good heaven.

[00:03:37] speaker_0: East Montana. Okay, and it's... And you said it's gonna be Camp East Montana. Is it the detention facility?

[00:03:45] speaker_1: Yeah.

[00:03:45] speaker_0: Okay.

[00:03:57] speaker_1: I know that EMS and fire have been out here before.

[00:04:04] speaker_0: Okay. And, uh, could I just have a good phone number just in case we were to get disconnected, please?

[00:04:09] speaker_1: Oh, of course. It's area code two six nine-eight seven six-eight two seven seven.

[00:04:16] speaker_0: Okay. Just tell me exactly what happened.

[00:04:19] speaker_1: Pardon?

[00:04:20] speaker_0: Tell me exactly what happened.

[00:04:22] speaker_1: Okay. So I have a patient here, she is COVID positive.

[00:04:26] speaker_0: Okay.

[00:04:27] speaker_1: Um, she is short of breath. Her oxygen saturation is dropping down to eighty-eight percent. Um, she is complaining of right-sided chest pain when she's breathing in. Her right side, uh, does have crackles,

[00:04:47] speaker_1: but the issue is we don't have any oxygen for her, especially if she does start desaturating even more. She just doesn't look good.

[00:04:57] speaker_0: Okay.

[00:05:00] speaker_0: And let me request assistance, okay? Just bear with me.

[00:05:03] speaker_1: Okay.

[00:05:18] speaker_0: And how old is the patient?

[00:05:21] speaker_1: Uh, her date of .

[00:05:27] speaker_0: Okay.

[00:05:34] speaker_1: But she is COVID positive. I just wanna make sure everyone's safe.

[00:05:37] speaker_0: Okay.

[00:06:13] speaker_0: Okay. Is she awake?

[00:06:16] speaker_1: Yes.

[00:06:17] speaker_0: Is she breathing?

[00:06:19] speaker_1: Yes.

[00:06:20] speaker_0: Okay.

[00:06:23] speaker_1: Yes, she's alert and oriented.

[00:06:25] speaker_0: Okay.

[00:06:34] speaker_0: Does she have difficulty speaking between breaths?

[00:06:39] speaker_1: Uh, a little bit.

[00:06:42] speaker_0: Okay.

[00:06:44] speaker_1: Apparently, she's been sick for the last couple of days, and she's asked to then be brought into clinic, and they haven't brought her in.

[00:06:51] speaker_0: Okay.

[00:06:51] speaker_1: Um, she was just in brought in today, bless her heart. Um, so I'm just worried about her.

[00:06:59] speaker_0: Okay. And, um, does she have any flu-like symptoms as well?

[00:07:04] speaker_1: Uh, the test we do here is both for COVID and flu, so she is negative for flu.

[00:07:11] speaker_0: Okay. And is she responding normally?

[00:07:15] speaker_1: Yes.

[00:07:16] speaker_0: Okay.

[00:07:18] speaker_0: We do have the paramedics on the way, okay?

[00:07:21] speaker_1: Okay.

[00:07:22] speaker_0: Is she changing color?

[00:07:25] speaker_1: No, not... No, she's not cyanotic or anything.

[00:07:31] speaker_0: Is she clammy or having any cold sweats?

[00:07:34] speaker_1: She is clammy, and she's very hot to the touch. Um-

[00:07:38] speaker_0: Okay.

[00:07:38] speaker_1: I took her temperature at nineteen thirty-seven, and it was one oh one point one.

[00:07:44] speaker_0: Okay. And does she have any asthma or other lung problems?

[00:07:49] speaker_1: Not that I know of.

[00:07:51] speaker_0: Okay.

[00:07:54] speaker_1: That's the only bad thing is trying to get a history.

[00:07:57] speaker_0: Okay. I am sending the paramedics to help you now. Just stay on the line. I'll tell you exactly what to do next.

[00:08:04] speaker_1: Okay.

[00:08:04] speaker_0: If there is a defibrillator available, if you can just send someone to get it now in case we need it later.

[00:08:11] speaker_1: Yes, we have one readily available.

[00:08:13] speaker_0: Okay. If you can just reassure her that help is on the way. Um, just from now on, don't let her have anything to eat or drink. It might make her sick or cause further problems. If you can just let her rest in the most comfortable position and wait for help to arrive, okay?

[00:08:28] speaker_1: Okay.

[00:08:30] speaker_0: All righty.

[00:08:33] speaker_0: Um, I will stay on the line with you as long as I can. If you can watch her very closely and look for any changes. If she becomes less awake-

[00:08:40] speaker_1: Okay.

[00:08:40] speaker_0: -or starts getting worse, uh, tell me immediately.

[00:08:44] speaker_1: Okay. Will do.

[00:08:45] speaker_0: Okay. And if you can tell me when the paramedics are right there with her. And, uh, just do not leave her alone till paramedics are right there, okay?

[00:08:52] speaker_1: Okay.

[00:08:53] speaker_0: And we are sending them to one one three zero one Montana Avenue, and it's at Camp East Montana Detention Facility. Is that correct?

[00:09:01] speaker_1: Yes, ma'am.

[00:09:02] speaker_0: Okay. All righty.

[00:09:06] speaker_0: Yeah, I mean, right here it, it shows the, the address that you gave me on Digital Road, but it's not reading it.

[00:09:13] speaker_1: Oh, gosh. Yeah, I don't know. It-- When I had to put it in my phone when I started working here, the Apple Maps, it didn't work, but it works for the Google one.

[00:09:23] speaker_0: Oh, wow.

[00:09:25] speaker_0: Hmm.

[00:09:32] speaker_0: Yeah, for some reason it won't read it for us.

[00:09:36] speaker_1: Oh, gosh.

[00:09:39] speaker_0: Is that maybe, like, a new area there that they just put?

[00:09:44] speaker_1: Well, yeah, 'cause they, they just kinda put these camps anywhere. It's kind of a makeshift building.

[00:09:50] speaker_0: Okay.

[00:10:07] speaker_0: Could I also have your name for the call, please?

[00:10:47] speaker_1: Oh.

[00:10:49] speaker_1: Sure. Brooks.

[00:10:51] speaker_0: I'm so sorry. That cut off completely.

[00:10:54] speaker_1: Oh, no. It's okay. It's Alexandra Brooks.

[00:10:56] speaker_0: All right. Thank you so much.

[00:11:00] speaker_1: Oh, you're welcome.

[00:12:46] speaker_0: Is this, is this location, like, inside of Fort Bliss?

[00:12:51] speaker_1: No, it's, it's right off of George Dieter.

[00:13:02] speaker_0: Yeah, only 'cause, like, on our maps, it, it shows it, like, uh... Like, in our map, it shows green, so that means, like, it shows on Fort Bliss, so, like, a part of it.

[00:13:12] speaker_1: Oh, okay.

[00:13:13] speaker_0: Yeah, that's why I was like, "Is it, like, inside Fort Bliss through there?"

[00:13:20] speaker_0: It could be confusing sometimes.

[00:13:23] speaker_1: Oh, gosh, yes. Good heavens.

[00:13:34] speaker_1: Do you see EMS anywhere yet?

[00:13:36] speaker_2: Uh...

[00:13:37] speaker_1: EMS?

[00:13:38] speaker_2: Yes.

[00:13:39] speaker_1: Are they coming in?

[00:13:39] speaker_2: I, um, I... Sorry, I don't... I don't know.

[00:13:41] speaker_1: Oh, okay.

[00:13:42] speaker_2: We've, uh... It's female that. It's female?

[00:13:54] speaker_1: Mm-hmm.

[00:13:54] speaker_2: Okay.

[00:13:54] speaker_1: Mm-hmm.

[00:13:55] speaker_2: I will do that.

[00:13:55] speaker_1: Well, they need to come here.

[00:13:56] speaker_2: Yeah, I know, I know, I know. But I need the papers.

[00:13:59] speaker_1: Yes.

[00:13:59] speaker_2: Okay.

[00:14:00] speaker_1: Do you need a copy of them? 'Cause these are the ones I have to give them. Let me get a copy for you.

[00:14:06] speaker_2: Well, what is the name? Because I need a picture or anything.

[00:14:09] speaker_1: Uh, her name is...

[00:14:17] speaker_1: Torres Garcia.

[00:14:20] speaker_1: Torres.

[00:14:21] speaker_2: Torres.

[00:14:21] speaker_1: Mm-hmm.

[00:14:24] speaker_1: Do you want me to just make copies?

[00:14:32] speaker_1: I'm sorry about that.

[00:14:33] speaker_0: No worries.

[00:14:37] speaker_1: Yeah, they're... It looks like they're still not here.

[00:14:40] speaker_0: Yeah, it doesn't show me that they arrived as of yet. Like, it, it won't show me, um, where exactly they're at, but it will show me once they arrive.

[00:14:49] speaker_1: Oh, gotcha, gotcha.

[00:14:59] speaker_1: Here, sweetie.

[00:15:01] speaker_2: Thank you.

[00:15:01] speaker_1: You're welcome, love.

[00:15:08] speaker_2: It says her EMS address is... But it cannot find the Google.

[00:15:13] speaker_1: Yeah, it seems like there's no way they can find it for the sixty nine twenty.

[00:15:19] speaker_2: Um, so can I possibly get that Google way?

[00:15:24] speaker_2: Because when I look at that EMS, I... So, like... Yeah, let me please look at the... I've seen Google Maps.

[00:15:31] speaker_1: That's what I was saying. She... Yeah, she is saying...

[00:15:38] speaker_2: Oh, my God.

[00:15:39] speaker_1: Oh, my gosh.

[00:15:40] speaker_2: She said...

[00:15:41] speaker_1: Do you need the copy of... 'Cause I need other copies. Do you need the copy of it?

[00:15:45] speaker_2: Yes.

[00:15:45] speaker_1: Let me grab it to you, sweetie. Thank you.

[00:15:57] speaker_1: You're welcome.

[00:16:05] speaker_1: Okay, I see lights now.

[00:16:07] speaker_0: Okay, good.

[00:16:09] speaker_0: Okay, it does show that they arrived there then.

[00:16:12] speaker_1: Okay, perfect.

[00:16:13] speaker_0: I'll go ahead and let you go now, okay?

[00:16:16] speaker_1: All right, honey. You've been wonderful. Thank you so much.

[00:16:18] speaker_0: You're welcome. Thank you for your patience.

[00:16:21] speaker_1: Thank you. You take care. Bye-bye.

[00:16:23] speaker_0: Thank you.

[00:16:25] speaker_0: Bye-bye.

# Transcription: R25073382_1

Duration: 00:04:34

[00:00:02] speaker_0: El Paso nine one one.

[00:00:03] speaker_1: All right. What's the-

[00:00:04] speaker_0: What is the address of your emergency?

[00:00:07] speaker_1: Yes. This is, um, this is, um, East Montana. Camp East Montana.

[00:00:16] speaker_0: Can you repeat the location one more time?

[00:00:19] speaker_1: Camp East Montana. Hold on, let me...

[00:00:27] speaker_1: The address is one one three zero one Montana Ave. It's Camp Montana East.

[00:00:36] speaker_0: Sorry, can you repeat the numbers one more time, ma'am?

[00:00:39] speaker_1: One one three, um, zero one Montana Ave. It's Camp Montana East.

[00:00:49] speaker_0: Okay, ma'am. And the phone number you're calling from in case we get disconnected?

[00:00:53] speaker_1: I'm calling from eight two four three four nine three one six four.

[00:00:57] speaker_0: Okay. Tell me exactly what happened.

[00:00:59] speaker_1: Um, the patient is seized. Seized. It's a patient, is seized, having a seizure.

[00:01:13] speaker_1: I'm on the phone.

[00:01:17] speaker_0: Are you

[00:01:21] speaker_0: with the patient now, ma'am?

[00:01:36] speaker_1: Yes. He just had a seizure.

[00:01:38] speaker_0: How old is he?

[00:01:40] speaker_1: Um,

[00:01:42] speaker_1: I'm not sure.

[00:01:44] speaker_1: His, uh, date of, date of birth is two/12, um, two thousand two.

[00:01:56] speaker_0: Okay. And let me just-

[00:01:57] speaker_1: And it went up to ninety-five percent. But yeah.

[00:02:00] speaker_0: Is he awake?

[00:02:00] speaker_1: Mm-mm. It's still ninety-six. Uh, he's not really responding. He is... He does have a pulse. Um...

[00:02:13] speaker_0: Is he breathing?

[00:02:26] speaker_1: Yes.

[00:02:31] speaker_0: Okay. Um-

[00:02:40] speaker_0: Um, has he had more than one seizure in a row?

[00:02:44] speaker_1: Um, he had some I think yesterday, but he just recently just had one just now. So he haven't had... He had, uh, um, like yesterday that he had some.

[00:02:57] speaker_0: Okay. Is he diabetic?

[00:02:58] speaker_1: Okay. He's seizing again, so... Is he diabetic? Um, no, no. Just seizures is the only thing we know about his medical history.

[00:03:07] speaker_0: Okay. Is he an epileptic?

[00:03:10] speaker_1: Yes.

[00:03:12] speaker_1: He was already, um... He had, was already sent to the hospital, uh, yesterday.

[00:03:17] speaker_0: Okay. Does he have-

[00:03:18] speaker_1: So-

[00:03:18] speaker_0: -history of stroke or brain tumor?

[00:03:21] speaker_1: Not, no. Only history we know of is seizures.

[00:03:24] speaker_0: Okay. Has the jerking stopped yet?

[00:03:27] speaker_1: And his, um, it, it did, but now he's seizing again, so this is the second one.

[00:03:31] speaker_0: Okay.

[00:03:31] speaker_1: And his, um, oxygen is dropping now. It's like eighty-seven now, and we don't have oxygen here.

[00:03:42] speaker_0: Okay. Is the patient under the care of a doctor or nurse at this time?

[00:03:47] speaker_1: Yes.

[00:03:52] speaker_0: Okay. Okay, ma'am. I am sending the paramedics now. Just reassure him that help is on the way. Gather their, his medi, uh, medical or, and demographic information, and have someone meet the paramedics. If they get worse in any way-

[00:04:03] speaker_1: Mm-hmm

[00:04:03] speaker_0: ... just call us back immediately. They are already-

[00:04:05] speaker_1: Okay

[00:04:06] speaker_0: ... en route to the, uh, to Camp Bliss. May I just have your name, ma'am?

[00:04:08] speaker_1: Mm-hmm. My name is Korshay.

[00:04:13] speaker_0: Is that K-O-R-S-H-E?

[00:04:16] speaker_1: It's P-O-R-S-H-A-Y.

[00:04:22] speaker_0: And your title, ma'am?

[00:04:24] speaker_1: Um, nurse practitioner.

[00:04:29] speaker_0: All righty, ma'am. I'm gonna go ahead and let you go, okay?

[00:04:33] speaker_1: Mm-hmm.

[00:04:34] speaker_0: Okay.