**DECLARATION OF EM CHAPIN (KNEPP)**

I, Em Chapin (Knepp), declare as follows:

1. I am an investigative reporter with Project Salt Box, an all-volunteer investigative journalism and government transparency organization based in Baltimore, Maryland. I am over 18 years of age. The facts stated in this declaration are based on my personal knowledge, and, if called as a witness, I could and would testify competently to them.
2. I regularly review and rely upon records made publicly available by federal agencies, including U.S. Immigration and Customs Enforcement ("ICE"), in connection with my work with Project Salt Box.
3. On September 26, 2026, I accessed ICE's FOIA Library at https://www.ice.gov/foia/library. I observed that the Library contained 33 redacted detainee death reviews, including a death review concerning Geraldo Lunas Campos. Michael Wriston and I reviewed the documents.
4. On September 26, 2026, I downloaded copies of the documents from ICE's FOIA Library. I did not edit, rename, or otherwise alter the downloaded files.
5. The redactions appearing in the files were already present when I downloaded them from ICE. I did not add, remove, or modify any redactions or other substantive content in the files.
6. On September 28, 2026, I accessed ICE's FOIA Library again and observed that the death reviews we had previously accessed were no longer available there.
7. At approximately 12:30 p.m. Eastern Time on September 28, 2026, Mr. Wriston uploaded copies of the files, without alteration, to Project Salt Box's public GitHub

repository at https://github.com/projectsaltbox/psb-foia/tree/main/ice/FOIA%20Library%20Artifacts/ICE%20Mortality%20Reports.

8. I am attaching the mortality review for Geraldo Lunas Campos as Attachment A to this declaration and verify that it is the true and correct copy of what I downloaded from the ICE FOIA library on September 26, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2026.



Em Chapin (Knepp)

# ATTACHMENT A

*Office of Enforcement and Removal Operations*
*ICE Health Service Corps*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

U.S. Immigration
and Customs
Enforcement

January 16, 2026

MEMORANDUM FOR: (b)(6),(b)(7)(C),(b)(7)(F) DHSc, FACHE
Assistant Director
ICE Health Service Corps
(b)(6),(b)(7)(C),(b)(7)(F)

THROUGH: (b)(6),(b)(7)(C),(b)(7)(F) MD, MPH, CCHP, FAAFP
Chief Medical Officer
ICE Health Service Corps
(b)(6),(b)(7)(C),(b)(7)(F)

(b)(6),(b)(7)(C),(b)(7)(F) MS
Chief of Staff
ICE Health Service Corps
(b)(6),(b)(7)(C),(b)(7)(F)

(b)(6),(b)(7)(C),(b)(7)(F) RN
Chief, Investigations Unit
ICE Health Service Corps

FROM: (b)(6),(b)(7)(C),(b)(7)(F) PharmD
Investigator
ICE Health Service Corps
(b)(6),(b)(7)(C),(b)(7)(F)

SUBJECT: Preliminary Report of Findings – Mortality Review
Geraldo LUNAS-Campos, (b)(6),(b)(7)(C)

On January 4, 2026, the U.S. Immigration and Customs Enforcement (ICE) Health Service Corps (IHSC) received notification of the death of illegal alien Geraldo LUNAS-Campos, (b)(6),(b)(7)(C) (b)(6),(b)(7)(C), who ICE detained at El Paso Camp East Montana (CEM), in El Paso, Texas (TX). The following report is based on a preliminary review of Mr. LUNAS-Campos' medical records; Significant Event Notification (SEN) report; and ICE ENFORCE Alien Removal Module (EARM) and ICE ENFORCE Alien Detention Module (EADM) database records.

<u>General Demographic/Background Information</u>

- **Alien full name:** Geraldo LUNAS-Campos
- **Alien number:** (b)(6),(b)(7)(C)

- **Age:** 55
- **Date of birth:** February 8, 1970
- **Date of death:** January 3, 2026
- **Sex:** Male
- **Country of citizenship:** Cuba
- **Date entered ICE custody:** July 14, 2025
- **Detention location prior to event:** ERO El Paso Camp East Montana (CEM) in El Paso, Texas, TX
- **Immigration history:**
  - On January 12, 1996, Mr. LUNAS-Campos applied for admission into the United States. On the same date, an officer with the former U.S. Immigration and Naturalization Service paroled Mr. LUNAS-Campos into the United States.
  - Between 1997 and 2002, courts in New York and New Jersey convicted Mr. LUNAS-Campos of criminal possession of a weapon, petit larceny, and unlawful possession of a weapon during a robbery, and sentenced him to over two years' incarceration.
  - On January 17, 2003, the Monroe County Court, in Rochester, New York (NY), convicted Mr. LUNAS-Campos of sexual contact with an individual less than 11 years old and sentenced him to one year incarceration.
  - On February 2, 2005, ICE arrested Mr. LUNAS-Campos following his release from Monroe County Jail, served him a Notice to Appear, Form I-862, pursuant to Section 212(a)(2)(B) of the Immigration and Nationality Act, and transferred him to Buffalo Federal Detention Facility (BFDF), in Batavia, NY. ICE released him from custody due to no significant likelihood of removal in the reasonably foreseeable future.
  - Between 2005 and 2009, courts in New York convicted Mr. LUNAS-Campos of petit larceny, reckless driving, criminal possession of a controlled substance, driving while intoxicated, and criminal sale of a controlled substance, and sentenced him to over six years' combined incarceration.
  - On July 14, 2025, ICE Homeland Security Investigations Buffalo arrested Mr. LUNAS-Campos, in Rochester, NY, served him with Warrant of Removal, Form I-205, and detained him at BFDF.

<u>Synopsis of Event</u>

**On July 14, 2025**, a registered nurse (RN) completed Mr. LUNAS-Campos' intake screening, documented his reported history of tuberculosis treatment in 2000, depression, insomnia, anxiety, and asthma, recorded vital signs within normal parameters, and referred him to a higher-level provider for his mental health and medical needs.

**On July 15, 2025**, an advanced practice provider (APP) completed Mr. LUNAS-Campos' physical examination, documented his history, including a 15-day hospitalization two years prior following a medication overdose suicide attempt, mental health follow-up every three to four months, and 10-year use of psychotropics, contacted a local retail pharmacy and verified Mr.

LUNAS-Campos' medication regimen, and prescribed continuation of his current asthma and mental health medications, and medications for back pain.

**On July 21, 2025**, an RN evaluated Mr. LUNAS-Campos, documented normal vital signs, noted his report of a panic attack the night prior and chronic insomnia, consulted an APP, and advised Mr. LUNAS-Campos to discuss his concerns at his upcoming APP appointment.

**On August 6, 2025**, a psychiatric provider evaluated Mr. LUNAS-Campos, adjusted his psychotropic medication regimen, and ordered baseline laboratory tests and an electrocardiogram (EKG).

**On August 18, 2025**, an APP evaluated Mr. LUNAS-Campos, reviewed baseline laboratory results showing normal findings, except elevated prolactin (associated with antipsychotic medications) and slight thyroid abnormalities, and ordered repeat thyroid studies.

**On September 6, 2025**, ICE transferred Mr. LUNAS-Campos to CEM.

- **On the same date**, an RN completed Mr. LUNAS-Campos' intake screening, documented his medical and mental health histories, and his denial of historic or current thoughts of self-harm or visual or auditory hallucinations, noted he arrived with medications, and recorded normal vital signs, except for an oxygen saturation of 94% (normal 95 to 100%) and a blood pressure of 138/90 millimeters of mercury [(mm Hg): normal between 120/80 mm Hg and 90/60 mm Hg]. [*Investigator's note: Mr. LUNAS-Campos' medication continuation at intake is unclear, and no documentation indicates the RN alerted a higher-level provider of his abnormal vital signs.*]

**On September 29, 2025**, a medical doctor (MD) evaluated Mr. LUNAS-Campos, documented increased stress, observed a black eye resulting from striking his head against the wall, and educated him on risks of self-injurious behavior.

**On October 7, 2025**, an APP evaluated Mr. LUNAS-Campos following a facility rapid response call for an attempted self-harm incident, documented he stood with a sheet tightly tied around his neck and attached to the door handle, noted the inability to open the door without tightening the sheet further, and notified a mental health staff member who de-escalated the situation. The APP noted Mr. LUNAS-Campos' complaint of missing medication, observed no injuries, recorded a normal physical exam and normal vital signs, except for a blood pressure of 148/88 mm Hg, and ensured administration of his scheduled bedtime psychiatric medication. [*Investigator's note: No documentation indicates the APP addressed Mr. LUNAS-Campos' elevated blood pressure.*]

**On October 8, 2025, at 12:33 a.m.**, a medical staff member observed Mr. LUNAS-Campos sleeping and recorded his one-on-one watch status. [*Investigator's note: Documentation of the timing of Mr. LUNAS-Campos' suicide watch placement is unclear.*]

- **At 7:06 a.m.**, a behavioral health provider (BHP) evaluated Mr. LUNAS-Campos, observed him sleeping, noted he remained on suicide watch, and documented a pending evaluation for possible transfer to a higher-level of care.

- **At 9:06 a.m.**, the BHP evaluated Mr. LUNAS-Campos, documented the reason for his Special Housing Unit (SHU) placement as disciplinary, recorded his request for SHU release and threat of self-harm or harm to custody staff if not released, noted completion of a comprehensive medical exam and psychiatric evaluation, documented his anxious mood and affect, linear thought process, denial of current suicidal ideation (SI), and determined no clinical indication for hospitalization.

- **At 8:00 p.m.**, an APP evaluated Mr. LUNAS-Campos, recorded his anxiety and denial of SI, thoughts of harming others, hallucinations, delusions, or paranoia, and adjusted his psychiatric medication regimen.

**On October 19, 2025**, a medical staff member evaluated Mr. LUNAS-Campos, documented anxiety, irritability, and yelling, recorded his report of missing medication for several days and refusal to leave until receiving it, consulted nursing staff for medication administration, and informed him he should seek mental health services if anxiety persisted. [*Investigator's note: Medication administration records are not available to confirm missed doses.*]

**On October 25, 2025**, a BHP evaluated Mr. LUNAS-Campos, documented persistent detention-related stress, absence of SI, thoughts of harming others, or hallucinations, recorded his request for transfer to a higher level of care, and noted intended follow-up with ERO about this request.

**On November 10, 2025**, a BHP evaluated Mr. LUNAS-Campos after custody reported he expressed SI, documented pressured speech and an angry tone, recorded his report of missed medication doses, verified the medication administration record and identified his missed medications since November 6, and consulted nursing and pharmacy staff for medication clarification.

**On November 11, 2025**, a BHP evaluated Mr. LUNAS-Campos, documented his denial of SI, thoughts of harming others, and hallucinations, noted resumption of his medications, recorded ongoing requests for transfer to a higher level of care facility, and described continued collaboration with ERO and IHSC to facilitate his transfer.

**On December 15, 2025**, ICE transferred Mr. LUNAS-Campos to EPSPC.

- **On the same date**, an RN completed Mr. LUNAS-Campos' medical intake screening, documented his medical and mental health histories, listed his current medications: acetaminophen (pain), albuterol (airway dilation) inhaler, fluoxetine (anxiety and depression), gabapentin (nerve pain), ibuprofen (pain), losartan (blood pressure),

quetiapine (mood and psychosis), and trazodone (sleep), recorded normal vital signs, except for elevated blood pressure of 138/90 mm Hg, referred him to a BHP, and scheduled a physical exam with a higher-level provider. [*Investigator's note: No documentation indicates the RN alerted a higher-level provider of Mr. LUNAS-Campos' elevated blood pressure.*]

**On December 16, 2025, at 7:30 a.m.**, a BHP evaluated Mr. LUNAS-Campos and documented his mental health history and improved mood with reduced stress since transferring to EPSPC.

- **At 9:52 a.m.**, an APP completed Mr. LUNAS-Campos' initial physical examination, documented his medical and mental health histories, recorded a normal physical exam and vital signs, completed a baseline peak expiratory flow [(PEF) test to assess asthma control] with normal results, noted symptoms of anxiety, depressed mood, cough, and headache, ordered comprehensive laboratory tests, an EKG, blood pressure checks for three days, and PEF assessments for five days, and continued his medication regimen.

**On December 22, 2025**, a BHP evaluated Mr. LUNAS-Campos, documented good socialization and no mental health concerns, except difficulty maintaining sleep at night, and noted he no longer required significant mental illness monitoring assigned at CEM.

**Between December 23 to 31, 2025**, Mr. LUNAS-Campos refused fluoxetine on eight occasions.

**On December 30, 2025**, an RN evaluated Mr. LUNAS-Campos, completed an EKG with normal results, recorded normal vital signs, except for elevated blood pressure of 140/92 mm Hg, noted his refusal to undergo a scheduled laboratory blood draw procedure, and informed an APP of his refusal. [*Investigator's note: No documentation indicates the RN alerted a higher-level provider of Mr. LUNAS-Campos' elevated blood pressure.*]

**On January 1, 2026**, a psychiatric provider evaluated Mr. LUNAS-Campos, noted his mildly depressed presentation and denial of SI with protective factors, including family and friend relationships, documented three prior suicide attempts, discontinued fluoxetine due to his noncompliance and request, adjusted his medications, and ordered laboratory tests and an EKG.

**On January 2, 2026**, ICE transferred Mr. LUNAS-Campos to CEM.

- **At 8:30 p.m.**, a medical staff member completed Mr. LUNAS-Campos' intake screening, documented his medical and mental health histories, recorded a previous suicide attempt and his denial of current SI, and listed his current medications including: albuterol, fluoxetine, fluticasone, gabapentin, ibuprofen, losartan, quetiapine, and trazodone.

- **At 9:42 p.m.**, a BHP evaluated Mr. LUNAS-Campos, provided counseling with coping techniques, encouraged ongoing mental health support as needed, and advised him to notify staff if his anxiety or paranoia increased.

**On January 3, 2026**, **at 4:44 a.m.**, an APP evaluated Mr. LUNAS-Campos, recorded his requests for an albuterol inhaler and a special blanket because of a reported allergy, documented normal vitals, except a blood pressure of 145/92 mm Hg, provided an albuterol inhaler, and referred him to custody staff for the blanket request. [*Investigator's note: No documentation indicates the APP addressed Mr. LUNAS-Campos' elevated blood pressure.*]

- **At 9:27 p.m.**, Mr. LUNAS-Campos wrapped a sweatshirt around his neck, and custody officers entered his cell in an attempt to de-escalate the situation. Mr. LUNAS-Campos then attempted to tie the sweatshirt to the bunk. Custody officers issued verbal commands for Mr. LUNAS-Campos to submit to hand restraints, but he did not obey and actively resisted custody officers. The custody officers proceeded with spontaneous use of force, attempting to apply restraints to prevent Mr. LUNAS-Campos from harming himself.

- **At approximately 9:32 p.m.**, two nurses arrived at the Special Management Unit to administer prescribed pill line medications, and custody officers requested they assess Mr. LUNAS-Campos.

- **At approximately 9:34 p.m.**, medical staff assessed Mr. LUNAS-Campos, noted he was unresponsive and pulseless, observed emesis emerging from his mouth, instructed custody staff to call emergency medical services (EMS), and initiated cardiopulmonary resuscitation (CPR).

- **At approximately 9:40 p.m.**, two additional medical staff members arrived, continued compressions, observed Mr. LUNAS-Campos remained pulseless, and recorded the automated external defibrillator (AED) prompts to continue CPR. [*Investigator's note: Documentation is unclear regarding the timing of AED placement, and delivery or advisements of shocks.*]

- **At approximately 9:43 p.m.**, medical staff administered naloxone, and another medical staff member arrived at the scene.

- **At approximately 9:48 p.m.**, EMS personnel arrived at CEM, found Mr. LUNAS-Campos pulseless, apneic, and slightly warm, assumed CPR response, and provided life-saving measures. EMS personnel continued resuscitative efforts for thirty minutes, observed asystole on the cardiac monitor, consulted the on-call physician, and discontinued CPR.

- **At approximately 10:16 p.m.**, Mr. LUNAS-Campos was pronounced deceased.

For Official Use Only: This document contains pre-decisional and/or deliberative process information exempt from mandatory disclosure under the Freedom of Information Act, 5 U.S.C. 552(b) (5). Do not release without prior approval of U.S. Immigration and Customs Enforcement, ICE Health Service Corps.

An on-site mortality review site visit is tentatively scheduled for the week of February 17, 2026.

Pending Documents:

- Detention file;
- Alien file;
- Available video surveillance; and
- Autopsy and death certificate.

End of Report.

For Official Use Only. This document contains pre-decisional and/or deliberative process information exempt from mandatory disclosure under the Freedom of Information Act, 5 U.S.C. 552(b) (5). Do not release without prior approval of U.S. Immigration and Customs Enforcement, ICE Health Service Corps.