# DECLARATION OF JULIO CESAR ROMERO-PAREDES

I, Julio Cesar Romero-Paredes, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. My name is Julio Cesar Romero-Paredes. I am 48 years old and from Venezuela.

3. I am currently detained at the Camp East Montana ICE Detention Center, located at Fort Bliss in El Paso, Texas. I have been detained at this facility since on or around August 31, 2026.

4. At Fort Bliss, I have been held in the following units: C4, D5, E14, E16, and D3.

5. **Intake Process**. When I was transferred to Fort Bliss, I arrived by plane with approximately 75 other people at around 1pm on or around August 31, 2026. It was very crowded, hot, and loud. The booking process took around 8 hours to complete. I was taken to medical for an evaluation at around 9pm and eventually, I was taken to my unit around 3:30am on or around September 1, 2026. I received 4 pairs of used underwear, 4 pairs of used socks, 4 t-shirts, and a sweatshirt. I know the underwear and socks were used because they all appeared to be stained yellow and the socks had holes. I was also provided with a facility handbook. I did not receive any food or drinkable water at Camp East Montana until the morning after I arrived, around 7am, roughly 24 hours after my last meal from my prior facility.

6. **Medical/Dental care.** Since I have been detained at Fort Bliss, I have faced many problems with medical and dental care. I suffer from high blood pressure, allergies, and ongoing pain due to a cavity. The facility should know that I have this condition because I have told guards and medical personnel, filled out paper forms, and submitted over approximately 16 requests for medication or care on the tablets. I also arrived from my prior facility with medicine. While detained here, I have had extremely high blood pressure because I require high blood pressure medication two times a day and have not received this medication consistently. I did not receive any high blood pressure medication between approximately September 19, 2026, and approximately September 23, 2026. When I was not receiving my blood pressure medication, I felt warm all over, pain in my head, felt like my heartrate was very high, and I felt very irritable. I could feel my heart and my head throbbing consistently. My blood pressure reached its peak on or around Monday, September 21, 2026, when I went to the healthcare area and saw that I had an approximately 200/177 reading at 11:30pm. Since around September 23, 2026, I have typically only received one high blood pressure pill a day. Based on my past

experience, I believe I need two pills per day to keep my blood pressure under control. I did not receive any medication on or around September 25, 2026. On or around September 27, 2026, in the evening, a nurse measured my blood pressure, which read at approximately 177/135. It is my understanding that I will only receive one pill a day from here on out. This makes me very nervous because I know how dangerous high blood pressure is for me. I am worried that I could have a heart attack or a stroke without proper treatment for my high blood pressure.

7. I have asked for medical care at Ft. Bliss more than approximately 16 times by submitting a medical request via a paper form or using the tablet but have had limited success in getting care or my medication. I have requested my high blood pressure medication and Zyrtec-D for my allergies. I have only received an allergy pill once on or around Monday, September 21, 2026. I also have an ongoing cavity, but I am scared to seek treatment because I have heard from other people that the facility deals with dental problems by extracting teeth, no matter what, and not offering pain medication after the fact. I heard something similar from a nurse during around the week of September 21, 2026, when I shared with a nurse that I had a painful cavity. The nurse responded by saying that they would just take the tooth out. I do not want this to happen because I want to keep my teeth.

8. **Recreation.** Since I have been detained at Fort Bliss, I have rarely had outside recreation. We are only able to go outside for recreation approximately every 3-4 days, for one hour. Recreation does not take place at a regular time. I have had recreation at approximately 7am some days and approximately 5pm or 6pm other days. Recreation takes place on synthetic grass under a large tarp that blocks any sunlight. The dust is incredibly bad during recreation because there are roads around the outside, and vehicles passing through will kick up the dust. This makes it hard to breathe and worsens my allergies. We only have one soft plastic soccer ball.

9. I have not seen the sun since approximately the day I arrived on August 31, 2026. I want to feel free and get vitamin D from the sun, but I only see the dirty roads around the recreation area.

10. **Hygiene and Cleanliness.** It is difficult to stay clean and maintain hygiene while detained at Fort Bliss. We are provided with small packets of shower gel and no other personal hygiene materials. In each unit, the only cleaning supplies are a brush, bucket, and a mop. I have submitted approximately 3 grievances for cleaning supplies and soap but have not received any responses. We are occasionally given latex gloves by the guards to use while cleaning showers, toilets, sinks, and tables, but some guards have told us to just use our hands to clean the toilets. Cleaning the communal toilets with just my bare hands makes me feel sick to my stomach and like I am going to throw up. I feel like I have no other choice. Either I do it, or we have to use a dirty toilet. I usually clean the

unit with six other guys. We clean 6 showers, 6 toilets, the floor, tables, and 8 sinks with our shower gel.

11. **Contagious Diseases.** When I was transferred from D5 to E14 with the rest of the people in D5 on or around September 13, 2026, I discovered that almost everyone in the E unit was sick and had COVID-19 or tuberculosis. I was not sick, but it felt like a quarantine because so many of the people around me were sick. I worried about getting sick myself. People around me were coughing and seemed sick. I was not given a mask to protect myself from getting sick. No other detained person was given a mask, either.

12. I should have access to a barber once a week based on the facility handbook, but I have only been able to go once since arriving at Camp East Montana. I have not used a nail clipper or received a haircut since on or around September 3, 2026. Without access to the barber, I feel frustrated, unclean, and trapped.

13. **Food and Water.** The food and water at Camp East Montana are terrible. As of approximately September 21, 2026, I had lost approximately 15 pounds since my weight was measured during my initial medical evaluation on August 31, 2026. I know I lost weight because I saw the scale when they weighed me during my visit to the healthcare area on approximately September 21, 2026. We are not given enough food at Camp East Montana. The portions are small and leave me hungry. Sometimes the food makes me feel sick. The water tastes bad, is sometimes cloudy, and has concerning density and consistency. When I drink the water, it feels like it sticks in my throat after I have swallowed. I know of another man who has lost around 35 pounds after being at Camp East Montana for 9 months.

14. **Library/Activities.** There is a limited library at Camp East Montana with books only in English. A lot of the books are children's books, and there appear to be no books on law, history, geography, or human rights. I have only been able to go to the library once since arriving to Camp East Montana, on or around September 3, 2026. Some legal and ICE materials are available on the tablets that are shared between 4 people, but it's hard to get enough time on these tablets to actually use these materials. Some of the legal and ICE materials are restricted on the tablets and I cannot access them.

15. **Irritants in the Air and on Surfaces.** There is dust everywhere at Camp East Montana. It covers our beds, the floor, and I can sometimes see it floating in the air. The dust makes me feel like I'm choking when I sleep and makes my throat very itchy. I clean the unit daily with other individuals in my unit because the dust and sand are so bad. I tried to cover my face with a white shirt to put a barrier between my face and the dust while cleaning, but the guards forbade me from doing so. I have also asked for a medical grade mask, like the ones most of the officers get to wear, but was denied. Due to the dust and sand, I must blow my nose frequently and often have a very sore throat. The nurse has

only provided salt water to gargle or a cough drop. These do not solve the problem of the dust entering our tents each day.

16. Guards do not wear their name tags throughout Camp East Montana. As a result, I cannot tell the identity of the guards around me. This makes me feel unsafe and nervous because, if something happens, you do not know which officer was involved.

17. I have submitted approximately 14 requests to ICE about the status of my case by submitting grievances on the tablet and have not received any responses except for a message saying that a team is working on my case. I have also submitted requests about the status of my passport, personal property, and glasses that I believe were taken from the area under my bunk.

18. No human being should be held in conditions like the ones at this detention center. I fear for my safety here. Things seem to be getting worse and worse with time and I'm worried that I or others around me could get very sick or very hurt soon. I feel trapped. I am submitting this declaration because no human should be held in a place like this where we are forced to spend our days hungry without adequate food, are denied sunlight, have no choice but to breathe dust-filled air, do not receive medical care, and more. For my own sake and the sake of others detained here with me, I hope something can be done so we are no longer living in fear here.

Everything in this declaration is true and correct to the best of my knowledge and recollection.

Executed on the 8 of October, 2026 in El Paso, Texas.

Signature: ____________________