**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**NOTICE OF FILING AUDIO FILES**
**IN SUPPORT OF DECLARATION OF JUAN PRIETO**

Plaintiffs hereby provide notice to advise the Court that they will promptly submit twelve audio files via the Court's Box.com site in support of the Declaration of Juan Prieto, filed herewith, which is filed in support of Plaintiffs' Motion for Preliminary Injunction. These audio files, all saved as .wav files, are cited in the Declaration of Juan Prieto and are titled as follows:

a. **Prieto Ex. 2** – R26039837_1_R_.wav

b. **Prieto Ex. 3** – R26037589_1.wav

c. **Prieto Ex. 4** – R26019302_1_R.wav

d. **Prieto Ex. 5** – R26041522_1.wav

e. **Prieto Ex. 6** – R26040604_1.wav

f. **Prieto Ex. 7** – R26027640_1.wav

g. **Prieto Ex. 8** – R26051301_1.wav

h. **Prieto Ex. 9** – R25089176_1.wav

i. **Prieto Ex. 10** – R25091700_1.wav

j. **Prieto Ex. 11** – R25086983_1_R_.wav

k. **Prieto Ex. 12** – R25073382_1_.wav

l. **Prieto Ex. 13** – R26013741_2.wav

Dated: October 15, 2026

Respectfully submitted,

*/s/ Savannah Kumar* .
ACLU FOUNDATION OF TEXAS, INC.
Savannah Kumar
Texas Bar No. 24120098
Fabiola Alvelais
Texas Bar No. 24146029
Edgar Saldivar
Texas Bar No. 24038188
Adriana Pinon
Texas Bar No. 24089768
P.O. Box 8306
Houston, TX 77288
Tel.: (713) 942-8146
Fax: (713) 942-8966
skumar@aclutx.org
falvelais@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

*/s/ Cynthia A. Castillo* .
FARELLA BRAUN + MARTEL LLP
Jim Day (CA 197158) (admitted)
Cynthia A. Castillo (TX 24097474)
Raven Quesenberry (CA 346250) (admitted)
Hilary C. Krase (CA 318762) (pro hac vice)
One Bush Street, Suite 900
San Francisco, California 94104
Tel.: (415) 954-4400
Fax: (415) 954-4480
jday@fbm.com
ccastillo@fbm.com
rquesenberry@fbm.com
hkrase@fbm.com

*/s/ Rita Lomio* .
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Rita Lomio (CA 254501) (pro hac vice)
Kyle Virgien (CA 278747) (pro hac vice)
Felipe De Jesús Hernández (CA 338468) (pro hac vice)
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770
rlomio@aclu.org
kvirgien@aclu.org
npp_fhernandez@aclu.org

Carmen Iguina Gonzalez (pro hac vice)
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Tel.: (202) 393-4930
ciguinagonzalez@aclu.org

*/s/ Charlotte Weiss* .
TEXAS CIVIL RIGHTS PROJECT
Zachary Dolling
Texas Bar No. 24105809
Charlotte Weiss (application for admission pending)
New York Bar No. 6313639
P.O. Box 17757
Austin, Texas 78760
Tel.: (512) 474-5073 ext. 162
zachary@texascivilrightsproject.org
cweiss@texascivilrightsproject.org

Dustin Rynders
Texas Bar No. 24048005
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 1108

Houston, Texas 77251
Tel.: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Daniel Hatoum
Texas Bar No. 24099136
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
Tel.: (956) 787-8171 ext. 127
daniel@texascivilrightsproject.org

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record.

*/s/ Cynthia A. Castillo*