**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**DECLARATION OF FELIPE DE JESÚS HERNÁNDEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Felipe De Jesús Hernández, hereby declare:

1. I am an attorney licensed to practice in the State of California and am admitted to this Court *pro hac vice*. I am a Staff Attorney with the American Civil Liberties Union Foundation and counsel of record for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts stated in this declaration, and, if called to testify as a witness, could and would testify competently to those facts.

2. Attached hereto as **Exhibit 1** is a summary chart that Plaintiffs' counsel created for the Court's convenience. The summary chart categorizes and presents verbatim key quotations contained in the fact declarations from people who are or were detained at Camp East Montana and their loved ones that support the motion.

3. On October 6, 2026, I accessed public court filings in *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex. Jan. 26, 2026), through PACER. I downloaded the filings at ECF Nos. 12-3 and 12-4. Each filing included several declarations from people who were housed at Camp East Montana. I separated each declaration into its own document.

a. Attached as **Exhibit 2** is a true and correct copy of the Declaration of Antonio Frometa Ascon, signed on January 19, 2026, that appears at ECF No. 12-3 in *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.).

b. Attached as **Exhibit 3** is a true and correct copy of the Declaration of Santos Jesus Flores, signed on January 19, 2026, that appears at ECF No. 12-3 in *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.).

c. Attached as **Exhibit 4** is a true and correct copy of the Supplemental Declaration of Santos Jesus Flores, signed on January 24, 2026, that appears at ECF No. 12-4 in *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.).

d. Attached as **Exhibit 5** is a true and correct copy of the Declaration of Henry Negrin Bolano, signed on January 24, 2026, that appears at ECF

No. 12-4 in *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.).

e. Attached as **Exhibit 6** is a true and correct copy of the Supplemental Declaration of Antonio Frometa Ascon, signed on January 24, 2026, that appears at ECF No. 12-4 in *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.).

f. Attached as **Exhibit 7** is a true and correct copy of the Declaration of Jenrry Melendez, signed on January 24, 2026, that appears at ECF No. 12-4 in *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.).

g. Attached as **Exhibit 8** is a true and correct copy of the Declaration of Mayron Pazpuerto, signed on January 24, 2026, that appears at ECF No. 12-4 in *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.).

4. In support of Plaintiffs' Motion for Class Certification, Plaintiffs' counsel filed a number of declarations from people who are or were detained at Camp East Montana. This included the declaration of the person known as "LLH" (a pseudonym), which was filed at ECF No. 2-32. Counsel inadvertently omitted the exhibits to LLH's declaration. Attached hereto as **Exhibit 9** is a true and correct copy of LLH's declaration with the exhibits. The declaration is identical to that filed at ECF No. 2-32, except that it includes the exhibits that were inadvertently omitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of October 2026 in Los Angeles, California.

/s/ *Felipe De Jesús Hernández*
Felipe De Jesús Hernández

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record.

*/s/ Cynthia Castillo*

48313\21406022.1