Index of Exhibits to Declaration of Felipe De Jesús Hernandez
in Support of Motion for Preliminary Injunction

| No. | Description |
|---|---|
| 1 | Chart created by Plaintiffs' counsel summarizing key quotations contained in declarations from people who are or were detained at Camp East Montana and their loved ones |
| 2 | Declaration of Antonio Frometa Ascon (Jan. 19, 2026), ECF No. 12-3, *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.) |
| 3 | Declaration of Santos Jesus Flores (Jan. 19, 2026), ECF No. 12-3, *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.) |
| 4 | Supplemental Declaration of Santos Jesus Flores (Jan. 24, 2026), ECF No. 12-4, *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.) |
| 5 | Declaration of Henry Negrin Bolano (Jan. 24, 2026), ECF No. 12-4, *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.) |
| 6 | Supplemental Declaration of Antonio Frometa Ascon (Jan. 24, 2026), ECF No. 12-4, *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.) |
| 7 | Declaration of Jenrry Melendez (Jan. 24, 2026), ECF No. 12-4, *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.) |
| 8 | Declaration of Mayron Pazpuerto (Jan. 24, 2026), ECF No. 12-4, *In re Pagan*, No. 3:26-cv-00104 (W.D. Tex.) |
| 9 | Declaration of LLH, previously filed at ECF No. 2-32 in *Angye v. ICE*, with Exhibits A-C |