# EXHIBIT 2

# DECLARATION OF ANTONIO FROMETA ASCON

I, Antonio Frometa Ascon, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I, Antonio Frometa Ascon, make this declaration based on my own personal knowledge and if called to testify, I could and would do so competently and truthfully to these matters.
2. My name is Antonio Frometa Ascon. I am from Cuba.
3. I am currently detained at the Camp East Montana ICE Detention Center, located at Fort Bliss in El Paso, Texas. I have been detained at this facility since on or about September 2025. I am currently living in the D2 unit.
4. Before I was detained by ICE, I lived in Florida with my wife and children.
5. I first met Geraldo in 1994 when we were both detained at Guantanamo Bay. We reconnected when we were both detained at this facility. I know members of Geraldo's family.
6. Geraldo and I were both in the D2 unit. Geraldo had asthma and needed his medicine for his asthma.
7. On January 2, 2026, the day before Geraldo died, I saw Geraldo ask the guards the whole day for his asthma medicine. The guards wouldn't give him his medicine. Then, Geraldo started knocking on the door to get the guards' attention but they still wouldn't give him his medicine.
8. The next day, the day Geraldo died, I saw Geraldo keep asking the guards for his asthma medicine. The guards still wouldn't give him his medicine. Geraldo again started knocking on the door to get the guards' attention but they wouldn't give him his medicine. Instead, the guards said, "If you keep kicking the door, we'll take you to the hole." The hole is solitary confinement. Geraldo responded, "If you give me my medicine, I'll stop kicking the door." The guards wouldn't bring Geraldo his medicine. Then, Geraldo said, "You can take me to the hole but just give me my medicine."
9. The last time I saw Geraldo was before the guards took him to the hole. He was never given his medicine.
10. After Geraldo died, I was able to speak with Geraldo's former partner. I knew her because Geraldo and I met at Guantanamo Bay. The former partner told me that Geraldo was dead and that they were going to cremate him. I told her not to have Geraldo cremated because I heard that a guard squeezed Geraldo's neck with his arm and Geraldo said he couldn't

breathe. I told her I would help her in whatever way she needed and could help gather more witnesses.

11. I began speaking to the Washington Post journalist on or around January 8, 2026. I spoke with the journalist two or three times. One of the conversations I had with the journalist was on January 14, 2026.

12. On January 15, 2026, the day after I spoke with the journalist, the guard knocked on my door and asked for Santos. Santos witnessed Geraldo's death. When Santos came back, they asked for me.

13. In the hallway outside my unit, four ICE officials told me, "We have a new proposition for you to go to Mexico." I told the ICE officials that I didn't want to go to Mexico because I'm Cuban and there's lots of violence in Mexico. One ICE official responded that I'm going to be locked up in this facility for my entire life. That was the first time an ICE official ever told me that. They tried to remove me to Mexico four times before everything happened with Geraldo, but the fourth time was a month ago. I found it strange that they tried to get me to sign paperwork to go to Mexico and threatened to lock me up in this facility for my entire life the day after I spoke with the journalist.

14. Since Geraldo's passing, I've also had trouble receiving packages from my wife. My wife sent me clothes and the facility gave me that package. On or around January 13, 2026, my wife told me she sent me habeas corpus paperwork to fill out. My wife said that she tracked the package and that it's arrived to the facility. I still haven't received the package with the habeas corpus paperwork. This is unusual, because I know that the facility is supposed to deliver packages when they arrive.

15. Knowing what I know about Geraldo's death scares me. I worry that they could do the same to me that they did to Geraldo too.

16. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the 19 th of enero, 2026 in El Paso, Texas.

Signature: ____________________