# EXHIBIT 5

## DECLARATION OF HENRY NEGRIN BOLANO

I, Henry Negrin Bolano, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I, Henry Negrin Bolano, make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.
2. My name is Henry Negrin Bolano. I am 33 years old and from Cuba.
3. I am currently detained at the Camp East Montana ICE Detention Center, located at Fort Bliss in El Paso, Texas. I have been detained at this facility since on or about August 5, 2025.
4. Before I was detained by ICE, I lived in Miami, Florida.
5. I am a witness for Geraldo Lunas Campos's death on January 3, 2026.
6. On January 3, 2026, Geraldo and I were both in "SHU," Camp East Montana's segregation unit.
7. I had been in "SHU" since December 23, 2025.
8. On January 3, 2026, I was in Cell 3. Geraldo was in Cell 8. I could not see the incident directly, but the cells in SHU are very small and not well insulated, so I could hear everything that was happening.
9. Around 10:30 pm, while medical staff was handing out medication in SHU, I overheard an altercation between a man I later learned was Geraldo and staff. Geraldo was asking for his medication.
10. I then heard a struggle ensue. Various guards were there with him. It sounded like the slamming of a person's body against the floor or the wall. I heard other detainees yell for help, and I heard Geraldo scream that he could not breath.
11. The yelling suddenly stopped, but I could hear people shuffling in and out of the "SHU" tent. I could also hear guards calling for help on their radios. I saw officials and nurses rush in and out of "SHU."
12. I could hear them trying to revive him with the machine but they could not keep him alive.
13. In the days following the incident, I personally saw staff and guards pull detainees for interviews about Geraldo's death. At this time, they have not asked me for my interview.

14. The person who could see what was happening from the cell was a person named Coby. He had a cell where he could personally see what happened when Geraldo died.
15. I left the SHU around January 12, 2026. I have been in the D2 unit since January 12, 2026 to the present day.
16. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the 24 th of Enero, 2026 in El Paso, Texas.

Signature: ______________________