# EXHIBIT 6

Case 3:26-cv-00115-DB Document 53-7 Filed 10/15/26 Page 2 of 2

# SUPPLEMENTAL DECLARATION OF ANTONIO FROMETA ASCON

I, Antonio Frometa Ascon, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I, Antonio Frometa Ascon, make this declaration based on my own personal knowledge and if called to testify, I could and would do so competently and truthfully to these matters.
2. My name is Antonio Frometa Ascon. I am from Cuba.
3. I am currently detained at the Camp East Montana ICE Detention Center, located at Fort Bliss in El Paso, Texas. I have been detained at this facility since on or about September 2025. I am currently living in the D2 unit.
4. I make this supplemental declaration after the declaration I made on January 19, 2026.
5. After January 19, 2026, the doctors stopped giving me medicine for my ear. This medicine was to lessen the pain I have in my ear. Because I don't have my medicine, I'm now experiencing pain in my ear.
6. On January 22, 2026, one of the guards put his fingers in my nose and he pushed me towards the bed. This was the first time that the guards ever touched me and did this.
7. On January 22, 2026, I received the package with my habeas corpus paperwork. My wife sent the paperwork on January 10, 2026 and she tracked the package. The package arrived on January 14, 2026 but I didn't receive it until January 22, 2026.
8. Before everything happened with Geraldo, my wife sent me clothes and tracked the package. The day after my wife said the package arrived, the guards told me that I had a package.
9. I can't sleep here because I'm so scared. I am afraid that I am going to be attacked by the guards. If they've done this to Geraldo, they can do the same to me. I am a witness because I want justice and for the truth to be told.
10. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the 24 th of Enero, 2026 in El Paso, Texas.

Signature: [signature]