# EXHIBIT 7

# DECLARATION OF JENRRY MELENDEZ

I, Jenrry Melendez, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I, Jenrry Melendez, make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.
2. I am currently detained at the Camp East Montana ICE Detention Center, located at Fort Bliss in El Paso, Texas in Unit D7. I have been detained at this facility since on or about August 17, 2025. Prior to being detained, I lived in Florida for about four years with my spouse and children.
3. I signed a removal order on November 14, 2025 but I am still in the facility.
4. On or around January 3, 2026, I was "SHU," which is solitary confinement. I was in Cell 24. Geraldo was in Cell 6 or Cell 8.
5. On or around 11:00 PM, I heard Geraldo come into the solitary confinement area. I heard the guards place him in a cell. The guards took off his handcuffs and Geraldo said "Dame mi medicina." This means "Give me my medicine." At that moment, there was a guard with a nurse and Geraldo again said, "Give me my medicine." The guard said "Callate, o si no, te vamos a desmayar." This means "Shut up or we're going to make you faint." Geraldo again told the guards to give him his medicine. Then a guard said, "Callate, o si no, te vamos a amarrar." This means, "Shut up or we're going to handcuff you." These are the words that I heard from my cell. Geraldo and the guards were speaking loudly.
6. Then, the officials forced Geraldo and I heard them putting the handcuffs back on him. I heard the scraping of the shoes and the clanking of the metal. I heard this for around 3-5 minutes. The last thing that I heard was Geraldo say in a voice that sounded like he couldn't breathe. He said, "Suelteme, me estan asfixiando." This means, "Let go of me. They're asphyxiating me." Then, there was silence.
7. I heard the guards called out on their radios for the nurses. I heard many nurses arrive and they used the machine to try to resuscitate Geraldo but it didn't work. I could hear the machine make a long, constant beep like his heart was not reacting. Then, the guards called the ambulance. We heard the sirens of the ambulance and saw the flashing of the lights.

8. On January 4, 2026, other detained individuals in the SHU were calling their family members to ask if they had heard anything about someone dying at Camp East Montana and that's how I learned that it was Geraldo who I had heard die the day before.
9. About 5 days ago, Mayron and I were in D7 and we spoke by tablet with a journalist from Univision and I told the journalist that I was in the SHU with Geraldo when he died.
10. It's important for individuals to know about this death so that justice can be done.

Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the 24 th of Enero, 2026 in El Paso, Texas.

Signature: Jenrry Melendez