# EXHIBIT 8

Case 3:26-cv-01515-LS Document 13-4 Filed 01/26/26 Page 24 of 25

# DECLARATION OF MAYRON PAZPUERTO

I, Mayron Pazpuerto, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I, Mayron Pazpuerto, make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.
2. My name is Mayron Pazpuerto. I am 38 years old and from Honduras.
3. I am currently detained at the Camp East Montana ICE Detention Center, located at Fort Bliss in El Paso, Texas. I have been detained at this facility since on or about September 29, 2025. Prior to being detained, I lived in North Carolina with family friends and worked in construction.
4. On or around December 20, 2025, I arrived to in "SHU," Camp East Montana's solitary confinement unit.
5. On or around January 3, 2026, I was in Cell 26. Geraldo was in Cell 8. The cells in "SHU" are small, and our walls are very thin. I could hear everything happening around me that night.
6. Between 10 and 11 p.m., I overheard an argument between Geraldo and the guards. I heard Geraldo ask for his medication. Geraldo had asthma and was most likely experiencing trouble breathing. Geraldo was not being disrespectful or threatening, he was simply exercising his rights.
7. The guards responded to Geraldo's request for medication in a very aggressive and threatening tone. At one point, one of the guards said, "si no te calmas, te vamos a desmayar." This means, "If you don't calm down, we're going to make you faint." Geraldo responded "no quiero problemas, solo quiero mi medicamento." This means "I don't want problems, I just want my medication." The arguing continued. A few minutes later, I heard what sounded like Geraldo being put in handcuffs and beaten. I am familiar with how these interactions look and sound because I have witnessed guards handcuff and beat other detainees in the past.
8. I eventually heard Geraldo cry out for help, he repeatedly said, "me estas asfixiando" and "no puedo respirar." This means, "They're asphyxiating me" and "I can't breathe." Shortly after, everything went silent. I heard the guards use their radios to call for help. Doctors

arrived approximately 30 minutes after they called for help, it was clearly too late. Everything is always delayed here.

9. I did not know the name of Geraldo on January 3, 2026 when I heard all of this happen. I learned his name on January 21, 2026 when I was in the exercise yard. I approached a Cuban detainee and told him that I heard the person in the SHU who died on January 3. This person then told me that the name of the person who I heard die on January 3, 2026 was Gerardo Lunas.
10. I am seeking asylum. I have a court hearing for this asylum claim on March 17, 2026. I don't know if they will deport me. I want to be able to give testimony about what I know of Geraldo before I am forced to leave.
11. I was released from SHU on January 20, 2026, and placed in unit D-7. Upon arriving in D-7, I met a Cuban detainee who knew about Geraldo's death and was in contact with a reporter. The Cuban detainee called the reporter on January 21, 2026 and invited me and three others to speak on the phone with her.
12. While we were in the middle of our call, approximately 50 anti-disturbance guards rushed to D-7. They immediately tried to break our small group up by force. A guard tackled one of my peers, and in response, I made my way toward both of them and attempted to break them up. As I did this, I was grabbed by two guards, they pulled my arms behind my back, handcuffed me, and took me back to SHU.
13. The guards allege that I punched one of them in the face, this is not true. They approached us while we were on the phone with a reporter, tackled my peers, and handcuffed me when I tried to break them away from him. I have not been told how long I will be in SHU because I refuse to sign documents that say I punched a guard in the face. I am not signing because I did not punch a guard. I continue to fear for my life.

Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the 24 th of Enero, 2026 in El Paso, Texas.

Signature: Mayron PAZ Puerto