# Exhibit 9

# DECLARATION OF LLH

**DECLARATION OF [redacted]**

I, [redacted], hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.
2. My name is [redacted]. I am [redacted] years old and from [redacted]
3. I have lived in the United States most of my life. I arrived in the United States when I was 8 years old. I've lived in Alabama, where I was under ICE supervision since 2014. I then lived in Fort Stockton, Texas, with my partner for about four years. I worked as a construction worker.
4. On or about November 13, 2025, I was detained at Fort Stockton, Texas, by ICE agents. I was transferred to Otero detention facility.
5. On or about November 24, 2025, I was deported to [redacted] but because I did not have citizenship documentation for [redacted], I was returned to the United States (that's what ICE officials told me).

**<u>Intake and Housing Conditions</u>**

6. On or about November 24, 2025, I was sent to Ft. Bliss Camp East Montana.
7. When I arrived, I was taken to the Intake Processing room for about two days. There were about 50-60 other people with me in the room. I would estimate that the room was about 20 x 25 feet. We were packed on the floor sitting down. We all slept on the floor without any blankets, not even the metallic survival blankets. The lights were also kept on 24 hours a day. We also huddled on the floor next to each other. It was cold and uncomfortable, and hard to sleep. When I was there, people were coughing and people appeared to be sick. To eat, we only received a small sandwich about every 8 hours, and it only contained a thin slice of cheese and ham, and we also got tap water.
8. During my intake, I did not receive a medical intake exam. The guards only gave us the uniforms and then sent me to my unit. I was not screened for tuberculosis, COVID-19, or measles. They did not ask me if I was sick, felt sick, was on any medications, had a rash, had been throwing up, or had a fever, or anything like that.
9. I was then transferred to Delta-2, which is a high security unit. When I arrived, there were a lot of people in the unit with flu and COVID-like symptoms, like people coughing, fevers, and sneezing. Shortly after I arrived, I got very sick and had bad symptoms of fever, sore throat, cough, and yellow phlegm. I was sick for about 15 days with fever. I pleaded to the guards that I wanted to see the doctor. The guard told me that I had fill out a sick call request. I asked for a face mask but the guards said that they did not have any, so I was not given one. I filed out about five sick call requests, but I was never seen by a

doctor or other medical staff. I did not receive any medicine. When I was finally seen by medical staff about two weeks later, I was only given Tylenol, but they didn't do an evaluation or anything. By that time, I was already feeling better.

10. A couple weeks after I was put in Delta-2, on or about December 9, 2025, ICE tried to deport me again to [redacted] but was not able to for the same reason of my lack of citizenship documentation of [redacted] (again, that's what ICE officials told me). After this, I returned to Delta-2 Unit.

11. For a second time, on or about mid-December, I was taken to Intake Processing. This time, I was at intake for two nights. I was in a smaller intake room. There were about 30 other people there with me. We were forced to sleep on the cold floor huddled up next to each other, without blankets. The lights were also kept on 24 hours a day. There is also a toilet in the room where people are forced to use the bathroom in front of other people. There's no privacy. We were only given sandwiches and tap water, like the first time I went through intake. Again, there were sick because they were coughing and said they had a fever. I was not given a medical evaluation this time either.

12. After two nights in the small intake room, I was taken again to Delta-2. When I was there I filled out a sick call request. The nurse came and took me into the hallway, took my blood pressure, gave me a COVID-19 test, and asked why I put in a sick call request. The hallway was public and there were other guards, nurses, and detainees in the hallway being evaluated by the nurses. We were close to each other. We were seen five people at a time. All five had to wait in the hallway while we each evaluated by the nurse, so we could see and hear what people were talking with the nurse about. I told the nurse that I had the same symptoms: a cough, dry throat, loss of taste, and loss of smell. I received a COVID-19 test, but I was not told whether it was positive or negative. The nurse just gave me Tylenol and allergy medication.

13. This time, I was in Delta-2 for about another week. Then, on or about December 15, 2025, ICE attempted to deport me again to El Salvador. But, they could not, and I was told it was for the same reason – I didn't have citizenship documentation for [redacted]

14. On or about December 15, 2025, I was returned to Camp East Montana.

15. For the third time, I was taken to the intake processing center. This time I was there for about 15 hours. I was forced to sleep again overnight. This time there about 45-50 people in the larger room. I saw a sign in the room that said the capacity was supposed to only be 30 people. We were forced to sleep on the cold floor and huddled up next to each other, without blankets. The lights were also kept on 24 hours a day. There is also a toilet where people are forced to use the bathroom in front of other people. We were only given sandwiches and tap water. Again, people were sick because they were coughing and had a fever. This time I was given a medical evaluation. The evaluation was brief: a nurse measured my weight, height, blood pressure, temperature, and asked for my medical needs. I shared that I had an infection in one of my teeth, chronic sore throat, and a

urinary tract infection. The nurse told me that I needed to submit a sick call request when I made it to my unit. That was it.

16. After that, I was put in Delta-4. There are 72 beds here with 18 four-person bunk beds. There are 9 four-person bunk beds on each side. There are no windows anywhere in the unit. It's hard to know what time it is because we can't see the sun and there are no clocks in the unit. We can only tell time by looking at the shared tablet or by asking the guards. The only way that we know to get up or sleep is because the guards tell us to.

17. When I slept in Delta-4 and Delta-2, I could not sleep well. There is a light kept on during the night that is on top of main door into the unit. People who sleep in the bunks near the main door place a towel over our eyes to help us sleep, but the guards tell us to remove it. I cannot sleep well because I sleep near the front main door of the unit and so the light prevents me from sleeping well at night. I am tired all the time and sleepy during the day. I also cannot sleep well because the mattresses are about 2-inches thick and don't provide much cushion.

18. I was in Delta-4 for about two weeks.

19. On or about February 7, 2026, I was transferred to Florence Detention Center in Arizona. I was in Florence for about two weeks. I was housed in a unit for deportation/removal. I was not given any change of clothing. After about a week in Florence, I was told that I was going to be transferred to another detention center. But an ICE official told us that we were being removed to Mexico. I spoke up and said that I did not want to be removed to Mexico. I'm not from Mexico and have never been there. Then, I was moved to another room, and I was told that the other remaining people were removed to Mexico. I was kept in Florence for about another three days. Then, I was taken to Eloy Detention Center. ICE attempted to deport me again, but I was told that they did not have enough room for me on the flight. So, I returned back to Eloy. After two weeks of total time spent at Eloy and Florence, I was removed back to El Paso Camp East Montana. When I was detained in Arizona I was given an antibiotic for my tooth, and my tooth eventually fell out on its own.

20. For a fourth time, on or about February 21, 2026, I was transferred back to Camp East Montana.

21. For the fourth time, I was taken to the intake processing center again. This time I was there for about 8 hours. At around 3:00 a.m. I was processed and then taken to Unit Delta-4. This time I was given a quick medical evaluation. I did not receive a mental health evaluation. The medical evaluation was brief: a nurse measured my weight, height, blood pressure, temperature, and asked for my medical needs. I shared that I had lost my tooth (it fell out when I was in Arizona), I had a chronic sore throat, and I had a urinary tract infection. That night I was administered a lab test for my UTI. But, to this date, I have not received any updates about that test.

22. Every time I arrived for intake at Camp East Montana, the guards played a video in English with Spanish subtitles explaining the general rules of the facility. The video, however, contained footage of other detention centers that showed big portions of good quality food, stated that people could get special diets, that there were cooks preparing the food fresh daily at the facility, a big open yard without a roof blocking the sun, showed a clinical wing with full medical services, showed a big library, religious services, and other programming. When I entered the facility, nothing that was on the instructional video was reality. The video is a false image of what reality is like at the detention center. The reality here is much worse. The video is a lie. This place is horrible and I feel that I am tortured and punished here.

23. I was in Delta-4 from February 21, 2026, until on or about April 6, 2026.

24. Then I was in C-14. Most recently, I am currently in A-14, and have been there since on or about April 27, 2026. A-14 has the same layout and structure as Delta-2 and Delta-4 units as I was before. The only change is that I now have a mattress that is a little thicker than the ones I had before, which helps me sleep more comfortably.

25. The units I have been in have large metal lunch tables in the middle of the unit, one television on each side, and there are six toilets and six showers behind the lunch tables. There are no walls, screens, or other barriers that separate the four-person bunk beds from each other, and they are about 3 feet apart from each other. There is no privacy in my unit at all. The walls of the toilet and shower stalls are made of tarp. There are two plastic windows cut into that tarp to allow the guards or another detainee to look inside while people are using the toilet or showering. When we are eating, we can see who is using the toilet or shower.

26. Starting on or around April 18, 2026, when the new contractor took over the facility (that's what staff told us), counts have been extended. Now there are three counts. The first is 5:00 AM until about 6 AM and we are woken up for it. The second count is at 12:30 PM, immediately after lunch which is served at around 12:15 PM, and that count lasts until around 2 or 3 PM. But, starting on or about May 13, 2026, the second count was shortened and lasted until about 2 PM, but it still occurs during lunch. The third count starts at about 7PM and ends at about 8 PM, this also happens after dinner and we are given only a short time to eat. There used to be three counts per day but the early morning count was a head-count, which meant that we did not have to wake up at 5 AM for the count or have our bracelets scanned. And, before, the counts in total lasted about 30 minutes each back when the facility was at full capacity. But, now, the count is lasting for hours. During each count, we have to go back to our bunk beds and we cannot use our tablets, and we have to wait for guards to count each person in the unit.

27. My unit is very cold and my clothing does not keep me warm.

28. We also receive multiple pat downs every single day. That means that guards inspect our entire bodies, including near our genitals (or sometimes checking our genital areas) for contraband. That doesn't make sense to me because there's nowhere to go and nothing to

do here. We get patted down when we go or return to yard, when we go for attorney or in-person visits, when we leave the unit for any reason.

**Hygiene and Cleanliness**

29. There is a lot of dust and sand in our unit. When there are dust storms outside, all the sand falls all over our beds, which makes it difficult for them to stay clean. We have to clean ourselves because the cleaning crew only comes about once a week. The other days we try to clean the unit ourselves. The guards give us a broom, mop, and toilet brush. We get some chemical agent to clean the toilet, but it's not enough to clean the unit, so we use only water to mop the floors and clean other areas of the unit, including common surfaces many people touch regularly, like bathroom sink handles, table surfaces, and the metal chairs attached to the lunch tables. The guards tell us to clean every day. The water that we use to mop is dirty because of the amount of sand and dirt in the unit. We have asked guards if they could give those who clean extra food, but the guards have said no. So, I see that people are not motivated to keep the areas clean. But we have to clean because of the amount of sand everywhere.

**Food**

30. Food has always been an issue here. We receive small portions. Each time I've been here, there have been these issues with the food. There have been hunger strikes from how bad the food is. People also refused to go to sleep and stayed up all night to show the guards that they were unhappy with the food in a peaceful protest. On or about December 24, 2025, when I was Delta-2, there was a big strike by detainees because of the food. People went on strike because the guards told us that we were not going to get fruit, milk, or cereal; we just got oatmeal. The guard told us that ICE did not want to give us extra food, like a piece of fruit. People became upset. It's hard to explain how important food is here. There's nothing to do, nothing to see, nothing to occupy your mind, and feeling hungry constantly, day after day, can be unbearable. Our unit asked to speak to the Captain but the guards ignored us. The night guard crew arrived but we told them that we needed to speak with the Captains or supervisors. Our unit refused to go to bed that night in protest over the lack of food. Other detainees made noise and a few remove the mattresses from the metal bed and were very upset. The Captain and about six guards came to observe and take notes. Later, the guards came and people in the unit shared their complaints about the food. The guards said that there was nothing that they could do about the food because the supplies had run out. The guards told the detainees to wait a few days. The guards took those who removed a mattress to the "hole" and I never saw them again. Later, I learned that there were other units that were protesting too.

31. During Easter week, we received either mashed potatoes with small protein balls or carrots in water for 10 days and for breakfast, lunch, and dinner. We did not get any fruit, cookies, or crackers during this time. The guards told us that they were not allowed to give us any other food. I am on the Kosher diet, and I did not get any fruit, cookie, or crackers. I originally went on the Kosher diet because the "regular" food was so bad and the Kosher was a better alternative for me in terms of seasoning and taste, although it still was not enough to keep me full.

32. On the fourth day of receiving this Easter meal, about 6-7 of us complained to the guards. We told the guards that we could not just eat carrots in water or potatoes for all three meals. We protested by returning the meals. The guards told us that if we did not want that food then we would not get anything else. Around the 10th day, we returned to the regular food. There are instances when you complain about the food, they won't give you food anymore, and it took 2 days to get food again. The food is still terrible and the portions are still small. For breakfast, for example, we now get two small servings of carrots, one serving of potatoes, and a thin protein patty with a potato on it.

33. Since I've been here since November 2025, the food has stayed the same in terms of bad quality and small portions. The food they give us is not enough, I have noticed that people here have lost weight. I have lost about 10 pounds since being here. We drink water and sleep to try to pass the hunger.

34. Sometimes we get rotten or spoiled food. On or about May 4, 2026, we received a small portion of chicken, pasta penne with broccoli and cream sauce. For my Kosher meal, I receive beans with sausage. I split my meal with another detainee who received the chicken penne pasta dish. When I smelled the pasta sauce, it smelled sour and spoiled. I took a few bites and then other detainees started to complain that the food was spoiled. Others complained and the Captain arrived. Other detainees returned the food and did not eat. The guards told us that if we did not eat it, that the food would be thrown away. But we could not eat it because the food was spoiled. The food was thrown away and we did not get any replacement dinner.

**<u>Rules and Access to Counsel</u>**

35. There is no way to make outgoing confidential calls to our attorneys on the tablet. We can only make outgoing calls on our tablets, and those calls are all recorded (and we can only use tablets in the housing unit, where there are lots of people around to overhear). The only way to get access to a lawyer is if our families or friends on the outside hire or contact one for us or if we get lucky and some legal organization gets our information and sets up a virtual or in-person appointment. Otherwise, we cannot call an attorney from inside the facility in a way that is private, confidential, or free.

36. On the fourth time that I arrived at the facility, on or about February 21, 2026, staff gave me a document entitled, "Camp East Montana Local Supplement of the ICE National Detention Center Detainee Handbook." A true and correct copy of that document is attached hereto as Exhibit A. On or about February 21, 2026, staff also recently gave me a document entitled, "Camp Montana East Manual de Immigrante," by "AGS An Akima Company." A true and correct copy of that document is attached hereto as Exhibit B. On or about May 6, 2026, I got the document entitled, "National Detainee Handbook," from another detainee in my unit. A true and correct copy of which is attached hereto as Exhibit C.

**<u>Recreation and Lack of Programming</u>**

37. There is nothing to do all day. We just sit on our beds or on the tables. There is no educational programming.

38. Each four-person bunk bed unit is given one tablet to share. With the tablet, we can make phone calls – about 9 cents per minute for a phone call, and 21 cents per minute for a video call. But when the new contractor entered, on or around April 18, 2026, video calls were blocked and we could make them for about a month. Starting on or about May 14, 2026, we started to receive access/permission to make video calls again through the tablets and video kioks. The tablet has games, but they cost 4 cents per minute to play. I do not use the games often because I do not have enough money. We can also SMS text, but we are charged money to send and receive SMS messages and receive photos from our family. The tablet also has movies in English but these cost money. I do not watch the movies. We also get charged to play music on the tablet. I only use the tablet at night to call my girlfriend.

39. While there is a library, it only has a few books in Spanish and the majority are in English. The library is small.

40. Yard time is also inconsistent. While there is a posted schedule in the unit, guards do not take us during those times. The times change daily. When we do go out, yard time (with the new company), is now mandatory. That means that we cannot refuse to go. There's nothing to do at the yard. It's just another cell. The yard ceiling is fully covered with another tarp which means that we cannot see the sky, clouds, or sun. The only bit of sunlight we can get is from a side chain linked fence on one of the sides of the yard. There's nothing to do outside but to play soccer with a very heavy soccer ball. The rest of us just have to stand on the sides and talk among ourselves. We cannot exercise or walk around. The grass is also artificial is covered with sand and dust. So when there are strong winds or people play soccer, the sand and dust goes everywhere and we have trouble breathing because of the sand and dust everywhere. Sometimes yard is mandatory and sometimes it is not, we do not know why. One thing is for sure, the rules around yard time are inconsistent.

41. Since I arrived, I asked the guards for a job at the facility along with others, but we have not gotten a job. During intake we get a notice telling us that we can work at the facility and that we will get paid $1 a day. But when we get to the unit, the guards tell us that there are no jobs at the facility that we can do. I want to work because I've done so in all of the detention centers I've been in and it can be nice to have a purpose and something productive to do to pass the time. I could use the $1/day to make more phone calls and not use my girlfriend's money.

**<u>Guard Mistreatment</u>**

42. On or about May 13, 2026, at around 11 PM, I was at my bunk bed talking to others. I saw a person who was sitting down at the lunch bench table who had an arm sling. He was sleeping and he looked very sick. Suddenly, the man collapsed and fell on the floor. We called the guards for help. When the Captains arrived, we asked why there were not helping the man or picking him up. The captains told us to shut up. The medics arrived and brought a gurney. But I saw that the man himself picked himself up and struggled to get on top of the gurney without any help. Some detainees did not want to go back to

their beds, and the captains were yelling at us to go back to bed. As some people were walking back to their beds, the guards physically pushed the detainees. Another detainee continued to complain, and a guard went up to his face to yell at him. The guard was very aggressive and told the detainee to fight him. Since then, I have not seen the man that was sick and taken away. That experience made me scared to ask the guards for help.

**Medical Care**

43. Medical care here is terrible.

44. We do not receive face masks to cover ourselves from other sick people or from the dust/sand in the unit.

45. Because of the amount of sand and dust in my unit, I constantly feel a sore throat. Sometimes I request ibuprofen which helps with that. But once that is done my sore throat returns. I regularly have headaches, clogged and runny nose, coughs, and chest pains. I also have body aches. When I get ibuprofen, these symptoms subside but then they return right after the pain medication is done. I didn't have these severe and persistent problems before I came to Camp East Montana.

46. Though I went through orientation four times, staff never explained the rules of how to get medical and dental care. To receive medical and dental care, I was told by the other detainees in my unit that we would fill out a medical request form and give it to the guard.

47. Since I've been here, staff have told us that there have been outbreaks of Covid, measles, and tuberculosis. That's been really scary. When that happened, staff didn't come and give us information or education about what those diseases are, what symptoms to look for, and how to protect ourselves. We weren't given masks or any other personal protective equipment during that time either. Each time my unit would go out to yard, I would see signs posted on neighboring units in the hallway that had signs saying "COVID-19," or "Measles," or "Tuberculosis." Those quarantine units were next to my unit, and the air is circulated between the units because they are open on top.

48. When I was in all of my past units, a lot of people in my unit got sick. I could hear them coughing and sneezing and complaining of fevers and chills, as well as body aches. I saw several people who refused to eat or get out of bed. People coughed yellow phlegm and people had serious nose bleeds. People inserted toilet paper into their nostrils for the bleeding. Even when someone had those symptoms, they were not removed from the unit right away. Instead, they would stay in the unit for days and only later be taken somewhere else. Even the guards were sick as well.

49. When someone in the unit gets sick, they are sent to the medic and do not return, I think because they are taken to isolation, but I don't know for sure. When people don't come back, we suspect that they may have had COVID, Flu, Measles, or TB. The guards or

medical staff do not tell us or test the rest of the unit even if several people in the unit with symptoms leave and don't come back.

50. On or around March 2026, I was given a TB test which staff told me came out positive. Then the staff did an x-ray test. Staff told me it was to find out if I had TB. To this date, staff never came and told me what the results were.

51. I have severe back issues from falling off a house. On or around April 8, 2026, I made a sick call because my back was hurting. I was seen by the nurse in the hallway in front of other guards and detainees where they could hear and see me. I explained to her that I had severe back pain that I fell to my legs. I have these knots in my nerves in my back. The nurse examined me and said that my nerves were likely injured that I cannot sit or lay down for a long time on hard surfaces. I explained that the mattress is 2 inches on a metal bed. The nurse said there was nothing she could do about that. Instead, she prescribed me muscle relaxers. About four days later, I received muscle relaxers which has helped my back feel better. I asked the nurse if I could receive a second mattress to help my back, but the nurse said that she was not allowed to order that for me.

52. When I arrived for the fourth time at the facility, I had a urinary tract infection. I made a sick call and I was taken to the hallway to be examined by a nurse. There were other people in the hallway that I could see them and hear what they were saying to the nurses, even without trying to listen. I believe that they could also hear what I was telling the nurse. I was given an antibiotics for about 10 days. That did not work as I still feel the same pain when I urinate.

53. The first time I arrived to Camp East Montana, I put in a lot of requests to get my tooth looked at from the pain because it was infected. I asked for antibiotics and they wouldn't give me any. The nurse said that they could only give me Tylenol or remove my tooth and didn't want to consider any other options like fixing the infection. The Tylenol didn't make it feel better.

54. When I was transferred to Eloy detention center in Arizona, a dentist checked my tooth, they gave me a paste to put on my tooth which burned my mouth and throat and I couldn't eat. About three days later, my tooth fell out.

55. Each time I have been at Camp East Montana, I have experienced chronic stress, anxiety, and headaches. Since I have been detained by ICE, my mental health and physical health have worsened. I feel like I am being tortured and punished here.

56. Even though the new contractor took over the facility, on or about April 18, 2026, nothing has improved here. Rather, things have gotten worse. The medical care, food, issues with guards, and units remain just as bad.

**This page intentionally left blank**

Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed on the 20 th of 05, 2026 in El Paso, Texas.

Signature [redacted]

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

I, [redacted], certify that I am fluent in both English and Spanish. On [redacted] personally spoke with LLH and read the foregoing declaration to her/him, translated into Spanish faithfully and accurately. LLH affirmed that s/he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

[redacted]

[redacted]

# Exhibit A

# Camp East Montana

## Local Supplement of the ICE National Detention Center

## Detainee Handbook

# Contents

**INTRODUCTION** ... 6
Facility Contact Information ... 8
**I. Arrival** ... 9
The Admission Process ... 9
Property Return ... 10
**Lost, Damaged, or Missing Property** ... 10
Detainee Classification ... 10
Classification Appeals ... 11
Medical Examination ... 11
**II. Facility Operations** ... 12
Tobacco Policy ... 12
Living Quarters ... 12
Emergency Procedures ... 13
Inspections of People and Property ... 13
**III. Facility Services** ... 15
Meals ... 15
Clothing ... 15
Personal Hygiene ... 16
How to Protect Yourself and Others ... 16
**IV. Medical Services** ... 17
Medical Orientation and Health Information ... 17
Arrival ... 17
Physical Exam ... 17
Emergency Services: ... 17
Additional Services ... 17
Medical Complaints/Grievances ... 18
Emotional Difficulties ... 18
Medications ... 18
Proper Shoes and Clothes ... 18

Toilet Use ........ 18
Hand Washing ........ 18
Showering/Personal Care ........ 19
Bed Safety ........ 19
Good Health ........ 19
Dental Care ........ 19
General ........ 20
Non-Violence ........ 20
Getting Along with Others ........ 20
DEALING WITH STRESS ........ 20
PHYSICAL SIGNS OF STRESS ........ 20
EMOTIONAL SIGNS OF STRESS ........ 20
BEHAVIORAL SIGNS OF STRESS ........ 21
WHAT YOU CAN DO TO LOWER YOUR STRESS ........ 21
**V. Detention Services** ........ 24
Visitation ........ 24
Mail ........ 25
Special Correspondence or Legal Mail ........ 26
Rejection of Incoming and Outgoing Mail ........ 27
Telephone Access ........ 28
Voluntary Work Program ........ 32
Recreational Facilities ........ 32
Detainee Funds ........ 32
Portable AM/FM Radios ........ 32
Electronic Tablet ........ 33
Religious Services ........ 34
Library ........ 34
Law Library ........ 34
Detainee Request ........ 35
Detainee Needs Forms ........ 35

Complaints and Grievances ....................35
Emergency Grievances ....................37
Marriage Request ....................37
Group Legal Rights Presentation ....................38
Legal Representation and Aid ....................38
Consulate and Immigration Court ....................38
**VI. Disabled and Limited in their English Proficiency** ....................39
Disability Accommodations ....................39
Language and Communication Assistance ....................39
**VII. Prohibited Acts and Sanctions** ....................40
Basic Code of Behavior / Responsibilities ....................40
Notice to Detainees ....................45
Disciplinary System ....................46
Administrative Violations ....................46
Staff Representation ....................47
Criminal Violations ....................48
**VIII. Sexual Assault Awareness** ....................49
Prohibited Acts ....................50
Detention as a Safe Environment ....................51
Prosecution ....................51
Confidentiality ....................51
Avoiding Sexual Assault ....................51
Report All Assaults ....................52
Next Steps after Reporting a Sexual Assault or Attempted Sexual Assault ....................53
The Medical Exam ....................53
Understanding the Investigative Process ....................54
The Emotional Consequences of Sexual Assault ....................54
**IX. Facility Schedules** ....................55
General Visitation Schedule ....................55
Deportation Officer Dormitory Visitation Schedule ....................55

Mealtimes ..................................................................................................................................55
Law Library Schedule ......................................................................................................................55
Barber Shop Schedule......................................................................................................................55
Clothing Exchange Schedule ...........................................................................................................55
Recreation Schedule .......................................................................................................................55
Group Legal Rights Presentations Schedule ....................................................................................56

# INTRODUCTION

You are currently in the custody of the U.S. Immigration and Customs Enforcement's (ICE) Office of Enforcement and Removal Operations (ERO). You are detained at Camp Montana East (CME) located in El Paso, Texas. Your case may be heard by an Immigration Judge who will determine your eligibility to remain in, or be removed from, the United States.

It is the policy of ICE to provide you with a safe and secure environment while you await your Immigration Court proceedings or removal from the United States. This supplement to the National Detainee Handbook contains essential information relating to the various aspects of your responsibilities, rights, and privileges; therefore, you should read this supplement in its entirety as soon as possible. It is recommended that you contact your nearest staff member to resolve any questions concerning the information discussed in this supplement.

Orders and verbal instructions by staff members will be obeyed immediately and without disruptive behavior. Failure to comply with orders and verbal instructions may result in disciplinary sanctions being imposed on you.

CME operates on the belief that detainees, staff members and facility visitors should be given the degree of respect and understanding that **every** person deserves. You will earn or lose respect and understanding by your own conduct and attitude toward others.

The function of this facility is to detain individuals who are awaiting court or removal. Facility staff provides care, custody, and control. Care involves providing various services and programs. Custody requires necessary security restrictions. Control ensures the proper steps are in place to always maintain order.

The following guidelines are fundamental to the operation of this detention facility. You are required to carry out any order or directive issued by a staff member. If you receive two conflicting orders, you must carry out the last order given. Whether you agree or disagree with an order given, you are required to follow the order. If you feel it necessary, you will have the option of filing a formal complaint with the appropriate staff member via a grievance form or electronic grievance.

The purpose of this handbook is to provide you with general information. When CME policies are changed, you will be given notice of the change(s), and the most current policy will become effective regardless of what information is in this handbook.

The information in this handbook will help you understand what you will encounter when you arrive at CME. This handbook does not cover all detailed policies of CME or all procedures in effect at the facility. That information will be made available to you during the facility's orientation program.

This handbook will be issued to you at the time of admission, and you are required to keep it until the time you are released. When you are released, the handbook needs to be returned to CME staff in good condition. You are expected to conduct yourself in an orderly and mature manner and to respect the rights of others. Some of the programs and services available to you are mentioned in this handbook. You may get more information about available programs or services by sending a request to the staff member in charge of the program or service. You are encouraged to discuss your needs, goals, and interests with staff. Your conduct

and attitude will be observed and will be reviewed by staff when they consider you for programs, parole, bond, and other privileges. You should try to make good use of the time you are in CME by using programs and services to better yourself.

You are responsible for reading your handbook and following all CME's rules and regulations. When a rule is modified, a notice will be posted in the housing unit or appropriate areas. When a rule change is made, you will either be issued a bulletin that outlines the changes, or a notice will be posted on the housing unit bulletin boards. Close observance of CME rules and regulations will prove beneficial in receiving a considerable number of privileges that will make the period of confinement less stringent. Failure to comply with the rules and regulations will result in failure to earn those privileges and deter favorable consideration for programs. Failure to comply with, may, in some cases, be a justifiable cause for the detainee to receive discipline.

Most detainees desire to spend their time in the best and most effective way possible. While at CME, management is committed to protecting your health and welfare.

There are many beneficial programs available to detainees, and it is anticipated that each detainee will fully take advantage of all programs which serve their individual needs. While housed at CME, staff members and specialists will counsel and assist each detainee in making the best choice of a suitable program. However, each detainee is personally responsible for his/her own progress, work performance, educational development, and social growth.

No detainee may ever be given authority over or be permitted to exert control over any other detainee.

**Translations and Access for Limited English Proficient Detainees**

If a detainee cannot read or does not understand the language of the handbook, the Facility Director (FD) shall provide the material using audio or video recordings in a language the detainee does understand, arrange for the orientation materials to be read to the detainee, or provide a translator or interpreter within a reasonable amount of time.

# DO NOT MARK IN THIS HANDBOOK OR CAUSE DAMAGE TO ITS CONTENTS.

It must be returned in good condition prior to your release.

**Facility Contact Information**

The facility mailing address is:

**6920 Digital Road**
**El Paso, TX 79936**

The facility phone number and email:

**(915) 208-0980**
ElPaso.Outreach@ice.dhs.gov

ICE El Paso Field Office:

Address: 11541 Montana Ave
Suite E
El Paso, TX 79936
(915) 225-1901

Hours: **8:00 a.m. – 4:00 p.m.**
**Monday – Friday**

Mail procedures are described in the Detention Services section of this supplement.

# I. Arrival

**The Admission Process**

**A. Upon Arrival**

You will be searched when admitted into the facility. We search for contraband to protect you and others from weapons or anything else that could cause harm. You may be strip searched only when there is reasonable suspicion that contraband may be concealed on your person. When you arrive, a staff member will store your clothes, personal property and valuables for safekeeping. Your money will be collected, and a receipt will be issued to you. An itemized detainee property receipt will be given to you for all your belongings to keep your property safe.

Personal property of forty (40) pounds or less will be stored at CME until you are released from the facility. If you have excessive baggage, over forty (40) pounds, the excess property will be shipped to the address you provide at your expense. If your property is returned to our facility and you are no longer here, we will send a certified letter to your last known address. If your property is not claimed within thirty (30) days, the property will be considered abandoned. Abandoned property will be either used by the government or destroyed.

**B. Items you are authorized to keep in the housing unit**

You are permitted to keep:

1. small religious items,
2. simple wedding bands
3. religious books and personal reading materials (soft cover only),
4. legal documents,
5. photos (5x7 or smaller, non-pornographic), no more than ten (10),
6. prescription glasses,
7. dentures, and
8. address book, correspondence, and other items approved by a staff member.

**C. Items issued to you**

1. Two (2) full sets of undergarments,
2. Shoes, shower shoes, or one pair of Crocs style shoes that can be worn both in the shower and outdoors, 1. and bed linen (sheet and blanket),
3. A complete set of personal hygiene items,
4. Two (2) full sets of uniforms,
5. One (1) cup,
6. Detainee handbooks (National Detainee Handbook & Local Supplement)
7. Identification wrist band (issued wrist band must remain on until removed by an officer)

**Property Return**

Upon release, you will be given back your property, including the clothes you wore when you arrived. These will be listed on the receipt you received when you arrive. Make sure to check your receipt. If you do not receive all of your property, ask a staff member for a missing property form. If your clothing is not appropriate for the weather outside, ask a staff member or ICE officer for weather appropriate clothing.

**Lost, Damaged, or Missing Property**

During your detention, if any of your property is lost, damaged, or missing, you should submit a detainee request to contact staff to initiate an investigation. Supervisory staff shall investigate and, if necessary, take prompt action to prevent further loss. If necessary, a missing property form will be provided to further investigate the lost or damaged claim.

**Detainee Classification**

Using the Classification System specified in the national ICE standard, you will be classified at either low, medium low, medium high or high custody. You will be assigned a housing unit according to your classification level. The color of your issued uniform will easily identify your classification level. Your classification level may be adjusted according to your conduct at this facility.

**Classification Levels/Guidelines**

Low Custody (Blue)

- Low custody detainees may not be comingled with high custody detainees.
- May not include any detainee with an arrest felony conviction that included an act of physical violence.
- May not include any detainee with a felony conviction for an offense that is listed under the "High" or "Highest" section of the severity of offense guideline.
- May include detainees with minor criminal records and non-violent felonies.

Medium-(Orange)

- Low custody detainees and medium-low custody detainees may comingle.
- Medium-high custody detainees and high custody detainees may comingle.
- May not ordinarily be co-mingled with high or low custody detainees.
- May not include a detainee whose most recent conviction was for any offense listed under the "Highest" section of the severity of offense guideline.
- May not include any detainee with a history or pattern of violent assaults whether convicted or not. A pattern is considered established for purposes of this guideline when an arrest record reveals two (2) or more arrests within the last five years for assault where force was used against another person with the intent to commit bodily harm.
- May not include a detainee convicted for assault on a correctional officer while in custody or where a previous institutional record suggests a pattern of assaults while in custody.

High Custody (Red)

- High custody detainees may not be comingled with low custody detainees.
- May be reclassified to medium only based on institutional behavior provided items under medium custody guidelines above do not apply (detainee must be in custody for a minimum of sixty (60) days before reclassification).
- High custody detainees shall not be assigned work duties outside their assigned living areas.

➢ High custody detainees.
- are considered high-risk,
- require medium- to maximum-security housing, and
- are always monitored and escorted.

**Classification Appeals**

To file an appeal of the classification officer's determination, you may file a written or electronic formal grievance. Locate the box marked "Classification Appeal" on the grievance form and place a checkmark in the box. Complete the form and place it in the secure box in your housing unit labeled "Grievance Box." You may also submit the form to the Grievance Officer during his/her visits to your housing unit. Another detainee or facility staff may help you to prepare your appeal. If you are illiterate, disabled, or non-English speaking, you will also be helped upon request.

**Medical Examination**

Medical staff will conduct a pre-screening interview to assess your physical and mental health as part of the intake process. If you have any health conditions that require immediate attention from a medical provider, please inform our staff during your intake process. You will undergo a thorough medical examination conducted by approved medical examiners within fourteen (14) days after your arrival. If you prefer, you may request to speak directly with medical staff about your health concerns. Any information you provide to our medical staff will be treated with **strict confidentiality**.

More information can be found in the Medical Services section of this supplement.

# II. Facility Operations

**Tobacco Policy**

The use of tobacco products is prohibited in all areas at this facility. If you are found with any tobacco products, you will be charged and sanctioned accordingly.

**Living Quarters**

The housing units at this detention center are comprised of two (2) areas, sleeping quarters and dayrooms. The dayrooms are available for leisure activities (i.e., reading, writing, watching television, making telephone calls, and playing various table games). Both the sleeping quarters and the dayroom must be maintained in a clean and orderly manner.

**A. General Rules for Living Area**

1. Lights are turned on at 5:30 a.m. every day. The lights are turned off at 10 p.m. Sunday through Thursday, and at 11 p.m. Friday and Saturday. When the lights are off, the dayroom is restricted. No detainees will be permitted outside of their assigned beds unless authorized by facility staff.
2. You will immediately make your bed upon waking up and it will remain made when not being occupied. Your bed should look like the picture on the bulletin board when made. You are required to keep your immediate area clean.
3. A designated storage bin is provided for your personal hygiene items and other belongings. You are **prohibited** from keeping personal items on the windowsill or between the mattress and bed frame. Sharing your storage bin is prohibited.
4. The hanging of sheets, blankets, clothing, pictures, or other items from sash-bars, headboards, overhead lights, air vents, walls or windows is **not** permitted.
5. **Consumption of all forms of food and drink is prohibited in the sleeping quarters.**
6. The housing unit officer will control the television sets in the dayroom and will adhere to the posted television schedules.
7. You are solely responsible for funds and property in your possession.
8. You **may not** change your assigned bed by your will.
9. Entering a housing unit or living area other than the one assigned to you **is strictly prohibited**.

B. Special Housing Units

CME uses the following types of segregation to house detainees who require more intensive supervision:

**Administrative Segregation** is a special housing unit for detainees who are.

1. Awaiting an investigation/hearing for prohibited act(s).
2. Under medical observation.

3. Pending transfer or release within twenty-four (24) hours.
4. A security risk (a detainee that might escape or endanger others).
5. In protective custody (the government is protecting a detainee from outside harm).

The administrative segregation order shall be provided to you within 24 hours of placement in administrative segregation.

All detainees located in administrative segregation shall have their cases reviewed within three (3) working days. After seven (7) days in administrative segregation, a supervisor will conduct another review of your case to determine whether continued segregation is warranted. You may appeal the administrative segregation order or the review decision, in writing, to the CEM Facility Director or designee using a Detainee Grievance Form. Follow the instructions provided in the section of this handbook titled "Complaints and Grievances."

Disciplinary Segregation is for detainees who:

1. Are serious disruptions in the general population.
2. Require additional physical confinement.
3. Have received a sanction for committing prohibited act(s).

A case review will be conducted on all detainees placed in disciplinary segregation every seven (7) days to ensure that the detainee is abiding by all rules and regulations, and is offered showers, meals, recreation, etc. You may appeal the disciplinary segregation order or the review decision, in writing, to the CEM Facility Director or designee using a Detainee Grievance Form.

Follow the instructions provided in the section of this handbook titled "Complaints and Grievances."

**Emergency Procedures**

You are required to participate in fire drills and live emergencies. Follow officer instructions to promptly evacuate to safety.

**Inspections of People and Property**

**A. Contraband**

Contraband pertains to anything prohibited by law or regulation to include items that can reasonably be expected to cause personal injury or adversely affect the safety, security, or orderly running of the facility. All items of contraband are strictly prohibited. Contraband items include but are not limited to:

1. Any illicit drug, intoxicating beverage, tobacco products, weapons, and/or any other article that if used or possessed would endanger the safety and security of the facility.
2. Any item that could be used as an aid to escape.
3. Any item which could be used to disguise or alter the appearance of a detainee.
4. Any article of clothing or item for personal use or consumption which has not been approved by the facility.
5. Any article of clothing or item for personal use or consumption that has been altered from its original form or is being used for other than its intended purpose.
6. Excessive amounts of any normally authorized item.
7. Any equipment that can be used to make photographs, audio, or video recordings.
8. Any item found in the possession of someone other than the proper owner.

All contraband shall be processed in accordance with established facility policy and procedure. Detainees found in possession of contraband shall be subject to disciplinary action.

**B. Inspection**

1. You will be searched when there is reasonable suspicion to believe you may have contraband concealed on your person. Searches are also routine requirements when entering or exiting any area throughout the facility. Unscheduled searches of the facility, detainees, and property will be conducted as deemed necessary. All searches are a means of interdicting contraband and ensuring safe and sanitary conditions within the facility. Searches are not used as a form of punishment. If you refuse to be searched, you will be subject to disciplinary action. Strip searches may be required when there is reasonable suspicion that a detainee may be concealing a weapon or other contraband.

**C. Confiscation of Contraband**

1. Any contraband will be confiscated during a search. If you believe that items taken from you should not have been taken, you may request a review of the decision utilizing the ICE Detainee Request Form.
2. All illegal contraband confiscated from you will be given to the appropriate law enforcement agency for possible criminal prosecution.
3. If a contraband item is found in a package or mail sent to you, you will be notified within twenty-four (24) hours if it does not constitute a criminal offense.

**D. Head Counts**

Official head counts are conducted routinely. During all official counts, there will be no movement or talking. You are required to stay on your assigned bed until the count is correct.

The official count times are:

- 5:00 a.m.
- 10:30 a.m.
- 2:30 p.m.
- 7:30 p.m.
- 10:30 p.m.

Additional counts will be conducted as needed.

# III. Facility Services

## Meals

All meals provided are approved by a certified dietician, are nutritionally balanced, and are properly prepared. Meals are served in clean and safe surroundings. **There are no pork products served in this facility.** The use of food, withholding of food, or variation from the standard menu, as a disciplinary measure or reward is prohibited. With appropriate approval, you may have access to the Common Fare menu. This menu includes kosher, religious, and vegetarian diets.

Religious and kosher diet requests must be made through the Facility Director or designee. Detainees with approval for a kosher or religious diet that are found to be giving them away, or eating a regular meal, shall have this privilege terminated. Medical diets, as required for medical reasons only, are provided by the Food Service Department upon receipt of written instructions from the facility Clinical Director.

Meals will be served in the dayroom of each housing unit. Each detainee is allowed one (1) meal to be consumed during mealtime. Detainees are in the Special Management Unit (SMU), Medical Housing Unit (MHU), etc. will be served in their cells.

During mealtimes, detainees are allowed to keep commissary purchased items in their personal area. This is restricted to sealed manufacturer's items (chips, beverages, cookies, condiments, etc.), and only if the items are sealed/unopened. Detainees are not allowed to keep any or all perishable items (sandwich, milk, etc.) whether open or unopened. If it is found, it will be considered contraband, and the detainee will be subject to disciplinary action. No food or drink will be left on the table after meals.

## Clothing

### A. Dress Code

1. Anytime a detainee is outside of their housing unit, they must wear a complete uniform (shirt, pants, and authorized shoes). Shirts must be always tucked into the pants. While in the housing unit or recreation area, the uniform shirt may be removed, only if a t-shirt is worn.
2. Shower shoes may not be worn outside of the housing unit or in any recreation area. When Crocs style shoes are issued, they may be worn in showers and outdoors.
3. Hats or other head covers will not be authorized for the general population unless approved as religious items by the facility Chaplain.
4. Hoodie head cover will not be worn while indoors. Example, housing units, medical, law library, hold rooms, visitation area, etc.
5. Pants must be worn at a point above the waist that prevents the crease of the buttocks or undergarments from showing, regardless of the length of the shirt.
6. Detainees will walk about the facility with their hands behind their back and may not place them inside the waistband of their pants, regardless of weather conditions.
7. No article of clothing may be worn in a manner not intended for that item (using a shirt as a head band or head cover, rolling up pant legs or tucking pant legs inside your socks, etc.).
8. No alteration or modification of issued clothing will be allowed.

If you do not comply with the dress code and grooming standards, you will be subject to disciplinary action.

**B. Clothing Exchange**

Clothing exchange will be made on a one-for-one basis according to the schedule posted in your housing area. You are prohibited from possessing additional uniform items. Washing uniform clothing, bedding, shoes, towels, and other items is **prohibited.**

**Personal Hygiene**

You are expected to shower regularly and keep your hair clean. Personal hygiene items that were issued to you when you were admitted such as toothpaste, toothbrushes, combs, and deodorant may be replaced as needed. See your housing unit officer to get replacements.

Razors will be issued daily between 5:30 a.m. – 6:30 a.m. and must be returned to the officer after you use them with the protective cover. The officer will inspect the razor to ensure it is complete. Exceptions on issuance may be made at the discretion of your housing unit officer for voluntary kitchen workers or for court visitation. Detainees who are attending court will be provided the opportunity to shave first. Razors will be checked out and returned when you have finished shaving. Razors will **not** be used by more than one (1) detainee; this is for health and safety reasons meant to protect you and others.

Free barbering services are also available. The locations and schedule of these services are posted in your housing unit. Sculptured or exotic haircuts are not allowed.

Nail clipping services are combined with barbering services. You are expected to keep your fingernails and toenails clipped short.

The cutting of hair in the housing unit is **strictly prohibited**.

**How to Protect Yourself and Others**

During a pandemic (i.e., Coronavirus Disease 2019) take the following precautions:

- Avoid close contact with people, if possible, maintain a distance of at least six (6) feet.
- Always cover your mouth and nose when you cough or sneeze and do not spit.
- Practice proper hand hygiene. Wash your hands with soap and water for at least twenty (20) seconds after blowing your nose, coughing, or sneezing or in contact with commonly used surfaces.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Wear the proper Personal Protective Equipment (PPE) issued to you (i.e., face covering, gloves, etc.).
- Do not share cups, spoons, food, or drinks.

For more information refer to the notices posted in your housing unit and common areas. Information is also available on the housing unit electronic tablets.

# IV. Medical Services

## Medical Orientation and Health Information

### Welcome!

The medical clinic here will provide you with quality medical care if you have a serious medical problem.

Except for very rare medical reasons, medical staff will NOT give you comfort items or items such as special shoes, extra blankets, extra pillows, jackets, soap, or deodorant. Medical staff also cannot answer any questions about your case, your court date, or your legal situation. Ask an ICE staff member these questions.

## General Overview of Services We Provide

### Arrival

Soon after you arrive here, we will ask you some medical questions and will give you a chest x-ray or tuberculin test to see if you have been near someone who has had tuberculosis. This is important for the health and safety of everyone.

### Physical Exam

Within the first fourteen (14) days of your stay here, you will receive a physical exam.

### Sick Call

If you are sick or need a medication refill, you can request to be seen in the medical clinic. You must sign up when the housing unit officer announces the sick call sign up between the hours of 9 a.m. – 2 p.m. The medical department will see females from 7 a.m. – 10 a.m. and males through-out the day. Detainees housed in segregation need to complete a "Sick Call Request Form."

### Medications

Medications will be provided based on medical assessment and provided at times required by the medical provider. In some cases, you may be able to keep your medication or medications will be kept and secured in the medical clinic. Medications are specific and will not be shared. If you are caught selling or sharing medications, it will be confiscated, and you will face disciplinary action.

### Emergency Services:

1. If you are having dental pain, or swelling, you will use the sick call process to get help. Routine care like dental cleanings will not be done unless you are here for more than twelve (12) months.
2. If you are feeling overwhelmed or have thoughts of hurting yourself, or feel like you might hurt someone else, let a staff member know immediately and you will be seen.

### Additional Services

If needed, other services may include medications, lab tests, x-rays, education and counseling, and regular appointments for serious medical conditions.

**Medical Complaints/Grievances**

If you are not happy with the care you receive, talk to the medical provider. Remember that some types of care or services are not available. If you are still unhappy with the care that the facility provides, you have the right to complete a Detainee Grievance Form. If you can't find the form in the clinic, ask any staff member or medical provider to get you the form. You can also request a medical grievance from your housing unit officer and request to be escorted to medical to submit the form.

**Emotional Difficulties**

It is normal to feel emotions like sadness, depression, anxiety, nervousness, anger, and fear in this environment. It is also normal to have problems sleeping. Try to remember that you will not be in detention forever. Think about ways to keep busy, to stay calm, and to stay healthy. Read, talk to people, play a game, exercise, go to religious activities, or practice some relaxation techniques. A medical provider can give you some information on stress management.

**Medications**

1. Do not share medications with others.
2. All prescribed and over-the-counter medication will be taken as intended.
3. If you do not finish all your medication, prescribed or over the counter, notify your housing unit officer for proper disposal.
4. If your medicine is causing you problems such as a rash, itching, trouble breathing or diarrhea, let a staff member know immediately, and stop taking the medicine.
5. Do not remove the label from your medication.
6. Improper medication use or abuse may result in confiscation and disciplinary actions being taken

**Proper Shoes and Clothes**

1. Always wear your shoes.
2. If you are wearing closed shoes, wear socks.
3. Wear your shower shoes in the shower.
4. Wear weather appropriate attire.

**Toilet Use**

1. Please do not stand on the toilet. Sit on the toilet seat and flush the toilet after using it.
2. Put all used toilet paper into the toilet then flush.
3. Ladies - Please put used sanitary napkins in the garbage cans and not the toilet.

**Hand Washing**

Germs can make you sick, and germs can be passed through hand contact. Washing your hands will help keep you from getting sick.

1. Make sure you run the water in the sink and use soap to wash your hands.

2. Wash each finger and rub your hands together, washing both sides of your hands with soap and water. Clean under your fingernails also.
3. Wash hands before eating, after going to the bathroom, after playing or working outside, or after being near a sick person.

**Showering/Personal Care**

1. Take a shower every day (when possible) and use soap and water.
2. Bathe only in the shower; do NOT bathe in the sinks. Do not urinate in the shower.
3. Use the sinks to wash your hands or face, to shave your face, or to brush your teeth.
4. Do not shave your head or private areas (which leads to infections). Do not share your razor with others.
5. Do not pierce any part of your body.
6. Use deodorant every day.
7. Do not leave any clothes in the bathroom.

**Bed Safety**

1. Do not jump down from the top bunk or up to the top bunk.
2. Take your time when getting into and out of bed. Make sure you step on a solid area of the floor with a large portion of your foot.
3. Lower your head when getting out of bed if you sleep on a lower bunk.
4. If you fall out of bed at any time notify the housing unit officer so that you can be examined in the medical clinic.

**Good Health**

1. In hot weather, stay in the shade during the hottest part of the day and drink lots of water throughout the day. If your urine is very dark, you probably are not drinking enough water, so drink more.
2. Eat three (3) good meals a day. Be sure to eat fruit and vegetables. Don't eat too much candy.
3. Try to exercise at least thirty (30) minutes every day. Play sports, walk around, run in place, or do pushups. If you haven't exercised in a long time, do some light stretching or slow jogging to warm up and prevent injuries.
4. Try to sleep at least eight (8) – ten (10) hours a night.
5. Cover your mouth and nose with a tissue when you cough or sneeze. Put your used tissue in a waste basket. If you don't have a tissue, cough, or sneeze into your upper sleeve, not your hands. Do not spit on the ground or floor. This spreads germs that can make other people sick.
6. Remember to wash your hands after coughing or sneezing.
7. Smoking is not allowed.

**Dental Care**

1. Brush your teeth after every meal, if possible, and before going to bed.
2. Always brush up and down – never across.
3. Always brush your back teeth; and gently brush your tongue.
4. Floss everyday if dental floss is available.

**General**

1. If you brush your hair over the sink, remove any fallen hairs from the sink.
2. Throw trash into the garbage cans.
3. Do not leave food crumbs in your housing area because it will bring ants and other insects.

**Non-Violence**

1. This facility will not permit any type of physical or sexual abuse. If someone physically or sexually assaults you, tell a staff member **IMMEDIATELY**.
2. Disciplinary measures will be taken against anyone who physically or sexually assaults staff or detainees in the facility.

**Getting Along with Others**

You must share living space with a lot of detainees, so it is important to be considerate and to recognize that others are different.

1. Be considerate of others and keep noise levels down to a minimum so others may enjoy their activities. Be quiet at night so other detainees can sleep.
2. Avoid detainees who like to cause problems or fight.

## DEALING WITH STRESS

Stress is a normal part of life. Stress becomes a problem when you feel so upset that you cannot work, sleep or get along with others. You can tell when you have too much stress by how your body and mind react.

## PHYSICAL SIGNS OF STRESS

You can have physical problems when you have a lot of stress. You may think you are ill or have a serious disease, but it may just be a problem with stress.

| | | | | |
|---|---|---|---|---|
| tiredness | muscle aches | sleep problems | headaches | Constipation |
| stomach problems | diarrhea | ulcers | nausea | Vomiting |
| high blood pressure | weight gain | weight loss | trouble breathing | Shaking |

## EMOTIONAL SIGNS OF STRESS

You can also have emotional or mood changes when you feel stress. These include:

| | | |
|---|---|---|
| feeling sad | having problems remembering things | having problems thinking or getting work done |
| feeling nervous | feeling angry all the time | over-reacting to small things |
| worrying too much | feeling like you are nothing | feeling out of control |

**BEHAVIORAL SIGNS OF STRESS**

You also may do different things when you are feeling very stressed. These things may include:

| | | |
|---|---|---|
| Avoiding people | | Taking illegal drugs |
| Yelling or screaming | Gambling | Fighting with or hurting people |
| Getting into accidents | Not showering, shaving or brushing your teeth | Getting into legal trouble |
| Losing your temper | Not caring about other people | Not going to work or school |

**WHAT YOU CAN DO TO LOWER YOUR STRESS**

1. You can try any of the following relaxation exercises:

**DEEP BREATHING**

Take a deep breath slowly through your nose. While you are doing this slowly count to five (5) (but not out loud – just to yourself). Make sure you are breathing deeply and pushing out your stomach, not your lungs. Put your hand on your stomach and you should feel it pushing out. Now, slowly let out the air (exhale) through your mouth for a count of five (5). Picture the air emptying out of your stomach until it is completely gone. Do these ten (10) times. (Make sure to keep your shoulders and head relaxed when you are doing this.)

**MEDITATION**

Sit or lie in a comfortable position. Close your eyes and breathe deeply. Let your breathing be slow and relaxed. Focus all your attention on your breathing. Your chest and stomach should move in and out. Don't let your mind think about anything but breathing. As you breathe in, say the word "peace" to yourself, and as you breathe out, say the word "calm." Say the words "peace" and "calm" slowly so that it takes you

the entire breath to say it. Do not breathe in and out too quickly. Keep doing this until you feel very relaxed.

**MUSCLE RELAXATION (If you have muscle/joint problems, don't tense that part of your body.)**

Lie on your back or sit in a comfortable position. Let your arms rest at your sides, palms down, on the surface next to you or on your legs. Breathe in and out slowly. Close your eyes. Squeeze your hands by making a tight fist and keep it tight for fifteen (15) seconds. You should squeeze tight enough to feel some tension, but not so tight that you hurt yourself. While you are making this fist, make sure the rest of your body is relaxed. With your eyes closed, try to see in your mind your fist becoming tighter. Then relax and stop making a fist. You will do this with all of the parts of your body listed here and you will do this in order from your head to your toes: face, shoulders, back, stomach, legs, feet, and toes. Hold each part tensed for fifteen (15) seconds and then relax your body for thirty (30) seconds before going on to the next part. When you are done, shake your hands and picture the remaining tension leaving through your fingertips.

**2. You can try the following activities:**

| | |
|---|---|
| Go to religious activities or read spiritual or religious books. | Eat only healthy food and don't eat too much sugar. |
| Make sure you sleep for 8-10 hours a night. | Try to exercise at least 30 minutes every day. |
| Work, if possible. | Watch TV shows that make you laugh. |
| Work on things to help your legal situation, such as reading law materials or asking your family to send you documents you need. | Try to learn English if you don't already speak it. Ask someone to teach you some phrases. |

**3. You can think more positive and hopeful thoughts.**

| |
|---|
| Remember that you won't be here forever. You will leave here. |
| Don't guess what will happen and don't expect the worst. Think only about what the facts are. |
| Remember that we all make mistakes. It doesn't mean you are a failure. Don't beat yourself up! |
| Think about all the reasons you have to be happy (for example, you have your family and friends who care about you, you are safe, you have food, you are healthy, etc.) |
| Stop any thoughts that make you feel worse. Think about what you would tell a friend if they had this thought so that they feel better. Then be your own friend and tell yourself the same thing. |
| You have control over your thoughts and only you can change them. |
| Don't worry about little things. |

| |
|---|
| Other detainees have opinions, but that doesn't mean they are true or that you have to believe them. |
| Try to look at the situation as a chance to learn more about yourself and to realize that you can handle problems. |
| Think about what you can do to make things better TODAY. Worry about the future tomorrow. |

# V. Detention Services

**Visitation**

You are permitted to receive visits from family, friends, legal representation, and consulate officials.

It is your responsibility to learn and pass information to potential visitors regarding visiting hours and rules.

1. The person driving the vehicle must present a valid driver's license and proof of auto insurance to be eligible for entry. **No visitors will be allowed to walk onto facility grounds through the main entrance.**
2. All adult visitors **must** present a valid state or government issued photo ID.
3. All visitors **must** be dressed in appropriate attire. Visitors wearing short shorts, jogging shorts, cut-offs, bare midriffs, strapless tops, tube tops, swimsuits, see-through or torn clothing, and other obviously inappropriate garments, or barefooted persons **will not** be allowed to visit.
4. Visitors are **not** permitted to bring in personal electronic devices of any sort.
5. Detainees will **not** be permitted to send or receive funds directly from visitors.
6. Visits shall be permitted during set hours daily.
7. Pets are not allowed. A service animal must be under the control of its handler.

**Visitation times listed.in the "Facility Schedules".**

The visitation hours are posted in the housing units and main lobby. A written copy of the visitation hours, dress code and rules are also available to the public. Special visitation requirements may be requested via Detainee Request and will be approved on a case-by-case basis. The Detainee Request must be submitted at least three (3) days prior to the requested visit.

**Weekends and holidays**

**8 a.m. – 1 p.m.**

**2 p.m. – 6 p.m. MT**

### A. Legal Visitation

You are permitted to have confidential visits with credentialed legal representation, prospective legal representation, and legal assistants. Any legal documentation you receive during legal visits will be inspected but not read.

**Weekdays from 8 a.m. – 6 p.m. MT**

**Weekends and holidays from 9 a.m. – 5 p.m. MT**

### B. Pro Bono Services

The current list of pro bono legal organizations is posted in the housing units.

### C. Expedited Removal

If you are subject to Expedited Removal and have been referred to an Asylum Officer, you are entitled to consult with anyone you choose prior to the interview and while the Asylum Officer's decision is under

review. This includes family, friends, legal representatives, members of non-governmental organizations (NGOs), etc. These consultations will be private. You may also have these people with you during the Asylum Officer's interview and during an Immigration Judge's review of a negative Credible Fear determination if the judge allows it.

**D. Consular Visits**

Consular officials may meet with their detained nationals at any time. It is requested that prior arrangements be made with the office of the AFOD to the extent possible, and that Consular officials bring appropriate credentials when they come to the facility.

**E. Clergy Visits**

Clergy may visit detainees at any time, with prior approval from the AFOD.

**F. Virtual Attorney Visitation (VAV)**

If your legal representative is unable to meet in person with you, he/she may schedule a virtual visitation. VAV meetings are at no cost to you or your legal representative. Only legal representatives, legal assistants, and interpreters will be allowed. No family or friends are permitted to virtually visit through this program. **Legal representatives and their staff are not permitted to take video or audio recordings during any virtual or in-person visit or any call with you.** Any violation of these rules may result in suspension or permanent revocation of VAV user privileges.

**G. Visiting Rules**

You may have a minimum of sixty (60) minutes for a visit. Visits are to be conducted in a quiet, orderly, and dignified manner. Minors must remain under the direct supervision of an adult visitor so as not to disturb other visitors, and disruptive conduct by minors is prohibited. Any violation of visitation rules will result in the termination of the visit and may result in disciplinary action taken against you.

1. All visitors will be thoroughly searched before entry to the visitor waiting area to prevent the introduction of prohibited items. You will be pat searched before and at the end of your visit.
2. You are not permitted to receive any items during visitation without prior approval.
3. Physical contact between you and your visitors is restricted.

<u>Mail</u>

1. Although you may only mail up to three (3) letters a week when ICE provides the postage, there is no limit to the quantity of mail you may receive or send at your own expense. You can obtain writing paper, envelopes, and pencils from your housing unit officer at no cost. Additional stamps and writing materials can be purchased in the commissary. Bring your outgoing regular mail to your housing unit officer unsealed. The officer will inspect the mail and seal it for delivery. You may not write to another detainee detained at this facility.
2. If your personal identification (i.e., passport, birth certificate, etc.) is being sent to your Deportation Officer or legal representative, you should request that a certified copy of those documents be sent to you as well. Identity documents, such as passports, birth certificates, etc. in your possession are contraband and may be used by ICE/ERO as evidence against you for other purposes authorized by law.

3. Write your name, last four (4) digits of your Alien Registration Number (A-Number), and housing location on the upper left-hand corner of the envelope. If you fail to do so, your letter will be opened for identification and returned to you. See example on next page.
4. Instruct those sending you mail to always include your name, last four (4) digits of your A-Number, unit and pod number on all correspondence. This is your responsibility. All your incoming mail will be delivered to you within twenty-four (24) hours after it arrives at the facility. See example on next page.
5. All incoming mail will be opened in your presence to inspect for prohibited items. If the mail is an incoming publication, it **must** come directly from the publisher. Publications received any other way will be returned to the sender. In addition, you are **not** permitted to have any subscriptions to publications, magazines, or catalogs.
6. If staff members have reason to believe that you are violating mail regulations by mailing threatening letters or engaging in criminal activity, your mail privileges will be restricted. **Drawings in the front of your outgoing envelopes are prohibited due to United States Postal Service Regulations.**
7. All incoming mail received after your departure will be stamped "Return to Sender" and returned to the United States Postal Service.
8. You are not allowed to send or receive packages (ex. shoes, clothing, etc.) without approval. You may request to send or receive packages via a Detainee Request. You are only permitted to retain property that fits inside your assigned storage bag, not to exceed 40 pounds. Any additional property must be mailed out or will be disposed of in accordance with ICE policy.

**Special Correspondence or Legal Mail**

Special correspondence or legal mail is defined as the term for detainees' written communications to or from any of the following:

1. private attorneys and other legal representatives
2. government attorneys
3. judges and courts
4. embassies and consulates
5. the president and vice president of the United States
6. members of Congress
7. the Department of Justice (including the DOJ Office of the Inspector General)
8. the Department of Homeland Security (including Immigration and Customs Enforcement, ICE Health Services Corps, the Office of Enforcement and Removal Operations, the DHS Office for Civil Rights and Civil Liberties, and the DHS Office of the Inspector General)
9. outside health care professionals
10. administrators of grievance systems
11. representatives of the news media

Within reason, you will be permitted to mail an unlimited amount of correspondence related to legal matters. Seal your outgoing special correspondence or legal mail and turn it into facility staff.

Your mail will be treated as special correspondence or legal mail if the title and office of the sender or addressee are identified, and the envelope is labeled "**special correspondence**" or "**legal mail**". To ensure

that it is treated as privileged mail, it is your responsibility to instruct those sending you mail of the proper labeling.

Staff will not read or copy special correspondence or legal mail. The inspection will be limited to the purpose of detecting physical contraband and confirming that any enclosures qualify as special correspondence or legal mail.

**Rejection of Incoming and Outgoing Mail**

Incoming and outgoing general correspondence and other mail may be censored or rejected by the AFOD to protect the security, good order, or discipline of the institution; to protect the public; or to deter criminal activity. If your mail is censored, rejected, or confiscated you will be notified and will be provided with a written notice or receipt for the item(s) withheld.

Correspondence and publications that may be rejected include, but are not limited to the following:

1. Material depicting activities that present a significant risk of physical violence or group disruption (ex., material with subjects of self-defense or survival, weaponry, armaments, explosives, or incendiary devices).
2. Information regarding escape plots, or plans to commit illegal activities, or to violate ICE/ERO rules or facility guidelines.
3. Information regarding the production of drugs or alcohol.
4. Sexually explicit material that is obscene or depraved in nature.
5. Threats, extortion, obscenity, or gratuitous profanity.
6. Cryptographic or other surreptitious code that may be used as a form of communication.
7. Other contraband (any package received without the facility's prior authorization is considered contraband).

**Incoming Mail Example**



**Outgoing Mail Example**




**Telephone Access**

Upon your arrival you will be issued a personal identification number (PIN) on a phone card by the Processing Officer. This PIN will be active throughout your stay at CME.

After entering your PIN, you will be required to repeat your name and facility every time you make a phone call; therefore, make sure you repeat it the same every time.

Once activated, you are entitled to one (1) free five (5) minute phone call.

If you are having trouble activating your PIN or are experiencing problems with telephones, immediately notify an officer and request assistance.

The following are ways to deposit funds into your phone account:

- Deposit cash into the kiosks available in processing.
- Visiting family and friends can deposit funds in the form of cash, debit, or credit card into the kiosk available in the main lobby.
- Family and friends can deposit via phone at: (866) 348-6231
- Family and friends can deposit via the Internet at: www.Talton.net

Call rates are posted in the housing units. Dial 611 # to hear call rates and information.

Telephones can be monitored at any time for security purposes. The telephones are available from 5 a.m. – 10 p.m., seven days a week, excluding count times. Phone usage is prohibited fifteen (15) minutes prior to the count and for the duration of the count. When demand for telephone use is high, the amount of time you have to make and complete your call will be regulated. However, your calls will not be less than fifteen (15) minutes per call, or twenty (20) minutes for legal calls.

**ALL CALLS ARE SUBJECT TO RECORDING AND MONITORING**

**STEALING ANOTHER DETAINEE'S PIN IS A HIGH MODERATE OFFENSE, IDENTITY THEFT.**

**Telephone Rules**

- Do not shout, talk above a normal conversational level, or use profanity while on the telephone.
- Do not tamper with, mark on, or damage telephone equipment.
- Do not call any victim or alleged victim of any previous crime or any victim or alleged victim on behalf of another detainee.
- Do not place a call for another detainee.
- Do not make conference or three-way calls or do third number billing, call forwarding or call transfers.
- Do not use a third party to relay a spoken message to another detainee or person which a jail, court or other government official has prohibited you from contacting.
- Do not give your PIN to another detainee. Use of another detainee's PIN is identity theft, and if used to make a prepaid call it is also property theft.
- Do not trade or sell pre-paid minutes.
- Tell a staff member if a telephone is not working properly.
- No refunds are granted once the pre-paid minutes are activated.
- Clergy calls may be monitored and are recorded.

Violation of telephone rules may result in your **PIN being blocked for up to 90 days!**

**Name Recording**

You will be instructed to record your full name and the name of the facility (CME) when you first use the phone system. You might have to repeat it several times in order for the system to properly identify your voice. **If your name was improperly recorded, you may leave a customer service request by dialing 211 #, and we will remove your name recording.** Next time you make a call you will be able to re-record your name.

**Voice Biometrics**

You are required to set up a voice password prior to completing your first phone call. This system is designed to make sure no other detainee can access your prepaid account. Prepaid accounts are your responsibility; you must protect your voice biometrics; **if another detainee accesses your account and uses your prepaid balance you will not be repaid for the loss.**

**Prepaid Calling**

Prepaid calls can be completed to any type of phone: home phones, blocked collect phones, cell phones, Skype, Vonage, and international numbers, etc. If you have a prepaid balance and wish to use your balance to call any phone or a phone that is blocked from accepting collect calls, you must enter your PIN and select

the prepaid call option. If you choose the option to call collect and there is a credit card on file under your account, your prepaid balance will not be deducted.

**Free Advanced Prepaid Phone Calls**

Talton offers detainees the ability to call phone numbers that cannot accept a collect

call for **up to one (1) minute absolutely free**. Detainees are informed when making the call that this service is offered **free only ONCE per different phone number**. This service is made available by Talton as a courtesy to help detainees contact friends and family and ask them to setup a prepaid account.

**Please remember this service is offered as a courtesy and is not a right**. Talton is the only detainee phone provider that offers this service to detainees. Damage to detainee phones or abuse of this service will result in loss of privilege.

**Talton *may* allow free 1-minute calls more than once, but this at *their* discretion.** Please do not leave voicemails for customer service about why you were not able to complete a free call as they will be ignored and may result in the loss of this service.

**Blocked Phone Numbers**

If you attempt to dial a phone number that is blocked, you will be informed that the phone number has been blocked, and your call will be terminated. Call recipients are given an option when they receive a call to block all future calls from the facility or from an individual detainee. Sometimes they select this option in error.

If you believe the block is in error, you may leave a customer service request by dialing 211 #, and we will confirm whether the called party intended to block calls from the facility. If the block was an error, it would be removed. If the call recipient confirms the block, you will be leaving a voice mail informing you we have confirmed the block is valid, and you will not be able to call the phone number. Some phone numbers are blocked by ICE. If this is the case, the block will **never be removed**.

**Attempted 3-way calls**

Any attempt to make a 3-way call will result in permanent blocking of the phone number, even if the 3-way call was made by another detainee. **3-way calls are not allowed.** Once a phone number has been blocked for attempting a 3-way call the block will never be removed unless a fine of $25.00 USD is paid and $25.00 USD in prepaid calling time is purchased.

**Refunds**

Released detainees who have a prepaid balance may contact Talton Communications, Inc. at **1-866-348-6231 (Domestic) or 1-541-889-8900 (International)** to receive a prepaid calling card equal in value to the remaining balance of the detainee's prepaid account. Calling cards may be used for domestic and international calls.

**A. Legal Telephone calls**

Should you need to contact a Consulate, the numbers are provided on the speed dial list posted on the bulletin board. The speed dial number pertaining to your country will be listed in alphabetical order. If you need to contact the pro bono services, those numbers are provided on the bulletin board as well.

Notify a staff member if you would like to make a confidential call regarding a legal matter. The staff members will assist you to make the call privately. Staff will visually monitor you, but your legal calls will not be overheard.

If you need assistance placing calls in the following categories, submit a detainee request stating the person to be called, the purpose of the call, and the number to be dialed. We will help you make the following types of direct, free, or toll-free calls.

1. Calls to the local Executive Office of Immigration Review (EOIR) (Immigration Court) and the Board of Immigration Appeals (BIA).
2. Calls to federal and state courts where you are, or may become, involved in a legal proceeding.
3. Calls to Consular officials.
4. Call to legal service providers in an attempt to obtain legal representation or to have an expedited removal consultation.
5. If you can demonstrate a compelling need, approval may be granted for emergency and other calls. Routine telephone calls to attorneys are not considered emergencies, but you may be allowed to place calls to a government office for the purpose of obtaining documents related to your immigration case.

**B. Calls to Detained Family Members**

Upon request, special arrangements will be made to allow you to speak by telephone with an immediate family member detained in another facility. We may limit the frequency and length of these calls.

**C. Detainee Message Procedure**

A detainee message system is available for people who wish to leave you messages. Messages will be delivered to detainees no less than three (3) times a day.

**D. Detainees in the SMU**

Detainees in disciplinary segregation may be limited to the following:

1. Calls relating to the detainee's immigration case or other legal matters, including consultation calls.
2. Calls to Consular and embassy officials.
3. Calls related to family emergencies as determined by the FD or designee.

Detainees in SMU for other than disciplinary reasons will be permitted telephone access like detainees in the general population, but in a manner consistent with the special security and safety requirements of detainees in these units.

<u>orderly operation of the facility.</u>

<u>(e.g., scheduled detainee movements, court schedules, meals, counts, etc.)</u>

*Telephone privileges will be suspended during an emergency.*

**Voluntary Work Program**

CME does not participate in the Work Program.

**Recreational Facilities**

You will be provided with both indoor and outdoor recreational equipment and leisure activities. They include such things as exercise equipment, table games, and soccer. No food or drinks will be allowed in the outdoor recreation area except water. You will have access restroom facilities.

Televisions are available and channels are set according to a schedule posted in the housing units. Television usage is prohibited fifteen (15) minutes prior to the count and for the duration of the count. In addition, televisions will be turned off during cleaning of housing areas, and when they could cause interference with other facility operations. **Television is a privilege and may be suspended by a supervisor if deemed necessary.**

**Detainee Funds**

You are not allowed to maintain funds on your person at CME.

**Portable AM/FM Radios**

CME has implemented a policy that allows the use of portable radios at the facility. Must be purchased by the detainee and approved by the Facility Director or designee.

The policy has been enacted as an effort to improve the quality of life for our detainees.

To regulate the use of these radios, and ensure the safety of our detainee population, the following policy guidelines must be met by all participants of this program.

The portable radio:

- Must be an institutionally approved clear plastic case AM/FM Radio designed for safety.
- Must be approved by a supervisor or Recreation Specialist if purchased in another institution.
- Must not have an antenna.
- Must be used only between the hours of 5 a.m. and 10 p.m.
- Must not have CD or cassette capabilities.
- Must be new and in its original package.
- Must be used only with plastic earbud-style headphones. No metal-wire headphones.
- Must be opened in the presence of the Mail Officer or Recreation Specialist.
- Must always be in possession of owner, facility will not be responsible for lost, damaged or misplaced radios.
- Must not be used as a gambling wager.
- Must not be in possession of another detainee.
- Must not be altered.
- Must be operated only with non-alkaline type batteries purchased by detainee(s).
- Must properly discard old batteries with assistance of the Pod Officer/Recreation Specialist.

Failure to comply with any of the requirements will result in the portable radio privilege being revoked and the radio seized. The portable radio will be secured in your property bag and returned to you upon your removal from the facility.

**Electronic Tablet**

The facility offers electronic tables in each dormitory for indoor use. The tablets are available from 5 a.m. – 10 p.m., seven days a week, except during count times. The tablet offers but not limited to, ways to communicate with your family, National Detainee Handbook in many languages, games, music, reading materials, messaging, videos, movies, filing and resolving an electronic grievance and submitting ICE Request Forms.

Tablet Instructions:

- **Leave tablets on charging station when not in use**
- Use the top right button on the side of the case to turn on tablet
- Select English, Spanish, or French from the dropdown box on the top right of the screen
- Use your Telephone PIN and put your face in the box on the screen to log in
- You will be asked to set up a 2nd PIN, please choose a number **different** from your phone PIN
- The Tablet will log you out after 5 minutes of inactivity. You will continue being charged as long as you are logged into the Tablet.

FREE PROFILE CONTENT- Free content is provided at no charge and includes:

- Help videos – English and Spanish
- Pro Bono numbers
- Prepaid account balance and activity
- Contacts
- Religious Sites, legal research site
- ICE legal documents and ICE Request/Grievance Forms

STANDARD - Standard content cost is $0.05 cents per minute and includes:

- Games, Music, Books
- News, Sports, Religious websites
- **Photos:**
    - You can receive photos
    - You *cannot* send photos
- Contacts
    - You must send an email invitation through the 'Contacts' button before you can send messages or receive photos
    - Your friend or family must agree and set up an account
    - An email can be sent, and an account set up from anywhere in the world
    - Your friend or family pays $0.25 cents for each photo or message sent to you

PROMOTIONAL - Promotional content cost is $0.03 cents per minute and includes:

- Movies (English and Spanish)
- Messaging – you can receive and send messages

Transfers from Trust Account to Prepaid Account are free

- Select the app "Account Info"
- You will have pre-selected amounts to transfer OR you may select the amount to transfer
- You can transfer as low as $1.00 USD
- Select "Transfer" and confirm amount to be transferred

Video Visits cost $0.21 cents per minute and include only the time spent on the visit.

**Religious Services**

You will be provided with access to religious resources, services, instruction, and counseling. A religious schedule is posted in your housing unit. More specific information for religious service providers or religious materials can be obtained by submitting an ICE Detainee Request to the Chaplain's office.

**Multi-Purpose Area**

**Library**

The library contains library materials found in a school or community library. You will have access to non-legal reading materials and are required to take care of them. The library, which includes legal materials, is located in the recreation building. If you are housed in SMU or MHU, the Recreation Specialist will provide you with access to this material on a rotating basis.

**Law Library**

You will have access to a law library containing self-help materials that you can use to research or prepare your defense. Let your housing unit officer know that you would like to go to the law library. You will be allowed to access the law library for a minimum of fifteen (15) hours per week. Should you need to extend the allotted time, submit an ICE Detainee Request to the Recreation Specialist, and you will be accommodated provided there are no security risks. The location, hours, and rules for the law library are posted in your housing unit. The following general guidelines apply:

1. You will have access to legal materials and a reasonable opportunity to prepare legal documents.
2. Detainees housed in the SMU or MHU have access to legal materials within their respective areas.
3. You will have copying privileges for required legal forms, letters, research material, etc.
4. The law library will provide an adequate number of computers, printers, and office supplies for your use in preparing documents for legal proceedings. These items are available for the preparation of legal documents **only** and may not be used for personal correspondence.
5. You may request help from other detainees in researching and preparing legal documents. Approval for such requests will be granted on a case-by-case basis and denied when there is a perceived security risk.
6. Attempts will be made to provide you with assistance in your native language.
7. You may keep legal documents, provided it does not create a safety or security risk.
8. LexisNexis will be available at the law library. LexisNexis is also available in SMU and MHU. Should you need to utilize this program you may see the Recreation Specialist for instructions.

9. If you notice that library material is missing, out of date or damaged, notify an officer or Recreation Specialist.
10. If your desired legal material is not available to you in the law library, submit an ICE Detainee Request to the Recreation Specialist.

**Barbershop**

Barbershop is available upon usage of the multi-purpose area.

**Detainee Request**

ICE Detainee Requests may be used to:

- communicate with ICE staff concerning your case,
- request interpretive services for essential communication,
- request change to conditions of confinement,
- request a certified copy of identity documents in ICE possession,
- resolve or document informal complaints,
- request reasonable accommodation for a disability, or,
- address any other ICE related concern.

Detainee Requests may be used to:

- request to deposit or withdraw money from your account,
- request access to your personal property,
- ask questions about your voluntary work program pay,
- volunteer for the work program, or
- address any other concern.

Request forms and electronic tablets are available in each housing unit. To prepare your request, you may obtain assistance from another detainee or a staff member. Place the completed request form in the secure locked box labeled "Request Box," located in your housing unit. You will be provided with a response within three (3) working days.

**Detainee Needs Forms**

A Detainee Needs Form may be used to re-stock any of your personal garments or hygiene items should there be a legitimate need for them. The completed Detainee Needs Form should be given to your housing unit officer.

**Complaints and Grievances**

If you have a complaint or grievance, every effort should be made to resolve it informally. No one will harass, punish, or discipline you for trying to resolve legitimate complaints or contacting the Office of the Inspector General. If you abuse the grievance system by filing frivolous complaints, your grievances may be returned unprocessed. You may not file a grievance on behalf of another detainee, but you may assist another detainee in preparation of their own grievance. A copy of your grievance will be kept in your detention or medical file.

To file a complaint or grievance:

1. You may present your complaint/problem orally to your housing unit officer, ICE officer, or any other staff member, who will try to resolve the issue at that level. If it cannot be resolved, the matter will be referred to a supervisor. If the supervisor is unable to resolve your cause for complaint, you may file a written or electronic formal grievance. You should present your oral complaint, or if necessary, submit your formal grievance within a reasonable timeframe from the date the underlying event, incident, or condition became a concern. You may elect to forego this informal procedure and proceed directly to the formal resolution procedure outlined below. You will be advised that the grievance form may cover a single issue or a cluster of closely related issues; however, the form must clearly state your issues of concern or facility staff may need to return the form for clarification. You may obtain assistance from another detainee, your housing unit officer, or any other facility staff member in preparing a grievance. Outside sources such as family members or legal representatives may also provide assistance. Illiterate, disabled, or limited English proficient detainees shall be given the opportunity to receive additional assistance upon request. If you believe that the issue is sensitive or that your safety or well-being would be jeopardized if others in the facility learned of the grievance, you may seal the completed Detainee Grievance Form in an envelope and mark the outside of the envelope "sensitive" or "medically sensitive", and the envelope will be directly routed to the Assistant Health Services Administrator. Your housing unit officer will provide you with an envelope upon request.
2. Once you have completely filled out the Detainee Grievance Form and have signed and dated the form, you may place the completed form into the locked secure box located in your housing unit that is labeled "Grievance Box", or you may elect to personally deliver the completed form to the Grievance Officer during his/her rounds to your housing unit. Medical grievances will immediately be delivered to medical personnel for processing. The Grievance Officer will meet with you and attempt to resolve your non-medical cause for complaint. If necessary, the Grievance Officer may forward your grievance to the responsible department head for resolution. Within five (5) working days, you will be provided with a written response which contains a decision and the rationale for the decision. Designated medical staff will act on medical grievances and provide you with a written response within five (5) working days of receipt.
3. If you are not satisfied with the written response provided for a grievance, you may appeal the decision to the Grievance Appeals Board (GAB). This committee is made up of a delegated Supervisory Detention and Deportation Officer (SDDO) and two (2) department heads or their representatives, one of which will be a medical professional for medical grievances. The GAB may call witnesses, inspect evidence, and gather facts essential to an impartial decision. You will be provided the opportunity to appear before the GAB to present your case, answer questions, and respond to any conflicting evidence or testimony. The committee will provide you with a written decision and rationale within five (5) working days after receiving your appeal. To submit your appeal to the GAB, mark the appropriate section of the grievance form, sign, and date the form, and return it to the Grievance Officer electronically by tablet or during his/her rounds to your housing unit.
4. If you do not accept the decision of the GAB, you may appeal it to the AFOD. The AFOD will review the decision of the GAB and will either uphold, modify, or reverse it. This decision will also be in writing and will contain a discussion of the rationale. This decision will be given to you within five (5) days of receiving the appeal and will be final. To submit your appeal to the AFOD, mark the appropriate section of the grievance form, sign, and date the form, and return it to the Grievance Officer electronically by tablet or during his/her rounds to your housing unit.
5. You can file a complaint about allegations of physical or sexual abuse and civil rights violations, along with violations of officer misconduct, directly to ICE ERO headquarters or the Department of Homeland Security (DHS) Office of Inspector General (OIG):

**Report to ICE ERO Headquarters:**

- Contact the ICE Detention Reporting and Information Line:
  - Call: 1-888-351-4024 or speed dial 9116#
- Contact the ICE OPR JIC:
  - Call: 1-877-246-8253
  - Email: Joint.Intake@dhs.gov
  - Write a letter to: P.O. Box 14475
    1200 Pennsylvania Ave. NW
    Washington, D.C. 20044

**Report to DHS OIG:**

- Contact DHS OIG:
  - Call: 1-800-323-8603 or speed dial 518#
  - Email: DHSOIGHOTLINE@DHS.GOV
  - Write a letter to: 245 Murray Drive, Building 410 Stop: 2600
    Washington, DC 20528

**Emergency Grievances**

Any grievance that involves an immediate threat to your health, safety, or welfare will be considered an emergency grievance. If you feel your cause for complaint threatens your health, safety, or welfare, you should immediately notify your housing unit officer or any other facility staff member of the situation. If you are in fact raising an issue that requires urgent attention, your grievance will be immediately routed to the SDDO on duty who will take steps to resolve the issue. You may elect to present your grievance directly to the SDDO on duty.

**Marriage Request**

CME recognizes those detainees requesting to get married while in custody. The FD will consider marriage requests on a case-by-case basis. You or your legal representative must submit your request for permission to marry to FD in writing.

Your request for permission to marry will be denied if:

1. You are not legally eligible to be married.
2. You are not mentally competent, as determined by a qualified medical practitioner.
3. Your intended spouse has not affirmed, in writing, the intent to marry you. This letter must include your intended spouse's name, age, citizenship, date of birth, social security number, and telephone number.
4. The marriage would present a threat to the security or orderly operation of the facility.

5. If it conflicts with compelling government interest. Such as, a final order of exclusion, deportation, or removal has been served, and performance of the marriage ceremony would require postponement of your physical removal from the United States.

If FD denies the request, the reasons for the decision will be provided in writing to you and your legal representative, within thirty (30) days from the date of the request. The detainee may appeal the denial by submitting a grievance form to the Field Office Director (FOD). If the request is approved, you, your legal representative, or other individual(s) acting on your behalf must make all arrangements for the marriage. Arrangements include but are not limited to a.) blood test, b.) marriage license, and c.) retaining an official to perform the marriage ceremony. The FOD reserves the right of final approval concerning the time, place, and manner of all arrangements. You will not be allowed to leave the facility for the purpose of making marriage arrangements, and the marriage will take place inside the facility. Only individuals essential for the marriage ceremony may attend, and the ceremony will be private, with no media publicity.

The marriage request will have no effect on regular or scheduled processing or action in your legal case.

**Group Legal Rights Presentation**

CME permits attorneys, accredited representatives, and legal assistants to make presentations to persons informing them of U.S. immigration law and procedures. Legal rights presentations are conducted Monday through Friday, and you may sign up on the sheet provided by your housing officer. Occasionally, the presenter may need to cancel the presentation, in which case you will be notified of the cancellation and provided the opportunity to attend the next regularly scheduled presentation. Individual counseling may be a part of a group legal rights presentation. Groups are permitted to be advised of their legal rights within the confines of the visitation policy and without staff presence.

**Legal Representation and Aid**

You may contact an attorney by telephone, uncensored written correspondence, and during visitation. The attorney may be of your own choice and hired at your own expense. If you want an attorney but cannot afford one, you may be able to get a representative from one of the pro bono organizations or individuals on the list posted in the housing unit. They may represent you free of charge. The list is updated every three (3) months. The attorneys and organizations listed are not given as a recommendation.

**Consulate and Immigration Court**

You are encouraged to request assistance from your consulate. A complete list of consulate phone numbers has been pre-programmed into the phones available to you at this facility. The access code for your consulate is posted in your housing unit. Calls to your consulate are provided at no cost to you. If you have trouble contacting your consulate, you may request assistance by completing an ICE Detainee Request. You may ask for help to fill out the form if necessary.

You also have access to the Immigration Court information number: 1-800-898-7180. Have your A-Number ready. Be sure to dial all nine (9) digits of your A-Number. If your A-Number consists of eight (8) digits you must place a zero (0) in front of A-Number.

# VI. Disabled and Limited in their English Proficiency

**Disability Accommodations**

Detainees with disabilities who are limited in their English proficiency are provided with meaningful access to its programs and activities through language assistance, including bilingual staff or professional interpretation and translation services.

Physical access to programs and activities shall be provided in the least restrictive setting possible, and in the most integrated setting appropriate to the needs of the detainee with a disability. Detainees with disabilities requiring an assistive device, such as a crutch or wheelchair, shall be permitted to keep those items with them at all times unless safety or security concerns based on individualized review are raised. To request an assessment and accommodation for a disability submit a Detainee Disability Accommodation Notification Form to a CME personal or medical staff. The necessary forms will be readily available to you in your housing unit or the medical department. A detainee's disability or need for assistive devices or equipment will not provide the sole basis for the facility's decision to place the detainee apart from the general population.

Detainees shall be permitted to raise concerns about disability-related accommodation and/or the accommodations process through the grievance system. Detainees with disabilities have equal opportunity to access and participate in the grievance system.

Facility-approved auxiliary aids, services, or items used by a detainee with a disability shall not be confiscated.

**Language and Communication Assistance**

The facility will provide detainees with disabilities with effective communication, which may include the provision of auxiliary aids, such as readers, materials in Braille, audio recordings, telephone handset amplifiers, telephones compatible with hearing aids, telecommunications devices for deaf persons (TTYs), interpreters, and note-takers, as needed. The facility will also provide detainees who are limited in their English proficiency with language assistance, including bilingual staff or professional interpretation and translation services, to provide them with meaningful access to all programs and activities.

To contact any phone number in the United States using the Teletype (TTY) machine:

- Using a facility TTY machine, first dial 711. This connects you with a Telecommunications Relay Service (TRS).
- Once you relate to the TRS operator, provide the TRS operator with the phone number you would like to call.
- The TRS operator will then connect you with that number.
- If you have any issues or questions regarding the use of a TTY machine, please ask facility staff for assistance.

# VII. Prohibited Acts and Sanctions

**Basic Code of Behavior / Responsibilities**

It is CME policy to treat detainees with dignity and respect while maintaining a safe and secure environment. You will give staff members your full cooperation while you await the processing of your case. You will comply with the following:

1. Obey all rules, policies, and procedures.
2. Obey all orders given by staff members.
3. Respect staff and other detainees.
4. Respect government property and the property of other detainees.
5. Do not disturb or feed wildlife
6. Keep yourself, your clothing, and living area clean.

**DO NOT** refer to staff members by their first names. You will refer to uniformed staff members by their rank or rank and last name (for example, Officer, Officer Torres). Non-uniformed staff members will be referred to by title or title and last name (for example, Doctor, Dr. Miranda).

You can help us protect you and others by behaving in a cooperative manner. If you do not, there are sanctions that we must impose to keep order. The list of prohibited acts and related sanctions are categorized and listed below:

**Severity Scale**

- **Greatest Offenses**
- **High Offenses**
- **High Moderate Offenses**
- **Low Moderate Offenses**

| Code | Prohibited Acts "Greatest" Offense Category |
|---|---|
| 100 | Killing |
| 101 | Assaulting any person (includes sexual assault) |
| 102 | Escape from escort; escape from a secure facility |
| 103 | Setting fire (charged with this act in this category only when found to pose a threat to life or a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity, e.g., a riot or an escape; otherwise, the charge is classified as Code 222, 223 or 322) |
| 104 | Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive, escape tool, device, or ammunition |
| 105 | Rioting |
| 106 | Inciting others to riot |

| | |
|---|---|
| 107 | Hostage-taking |
| 108 | Assaulting a staff member or any law enforcement officer |
| 109 | Threatening a staff member or any law enforcement officer with bodily harm |
| *198 | Interfering with a staff member in the performance of duties (conduct must be of the greatest severity; this charge is to be used only if another charge of greatest severity is not applicable) |
| *199 | Conduct that disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity; this charge is to be used only if another charge of the greatest severity is not applicable) |

**Sanctions**

Note: Any of the prohibited acts in this series can result in one or more of the following sanctions:

1. Initiate criminal proceedings
2. Disciplinary transfer (recommend)
3. Disciplinary segregation (up to 60 days)
4. Make monetary restitution if funds are available.
5. Loss of privileges (e.g., commissary, vending machines, movies, recreation, etc.)

| Code | Prohibited Acts "High" Offense Category |
|---|---|
| 200 | Escape from unescorted activities, open or secure facility without violence |
| 201 | Fighting, boxing, wrestling, sparring, and any other form of physical encounter, including horseplay, that causes or could cause injury to another person: except when part of an approved recreational or athletic activity. |
| 202 | Possession or introduction of an unauthorized tool |
| 203 | Loss, misplacement, or damage of any restricted tool |
| 204 | Threatening another with bodily harm |
| 205 | Extortion, blackmail, protection: demanding or receiving money or anything of value in return for protection against others, avoiding bodily harm, or avoiding a threat being informed against |
| 206 | Engaging in sexual acts |
| 207 | Making sexual proposals or threats |
| 208 | Wearing a disguise or mask |
| 209 | Tampering with or blocking any lock device |
| 210 | Adulteration of food or drink |
| 211 | Possession, introduction, or use of narcotics, narcotic paraphernalia, or drugs not prescribed for the individual by the medical staff |

| | |
|---|---|
| 212 | Possessing an officer's or staff member's clothing |
| 213 | Engaging in or inciting a group demonstration |
| 214 | Encouraging others to participate in a work stoppage or to refuse to work |
| 215 | Refusing to provide a urine sample or otherwise cooperate in a drug test |
| 216 | Introducing alcohol into the facility |
| 217 | Giving or offering an official or staff member a bribe or anything of value |
| 218 | Giving money to, or receiving money from, any person for an illegal or prohibited purpose (e.g., introducing/conveying contraband) |
| 219 | Destroying, altering, or damaging property (government or another person's) worth more than $100 |
| 220 | Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days |
| 221 | Deleted |
| 222 | Possessing or introducing an incendiary device (e.g., matches, lighter, etc.) |
| 223 | Engaging in any act that could endanger person(s) and/or property |
| *298 | Interfering with a staff member in the performance of duties (conduct must be of highest severity; this charge is to be used only when no other charge of the highest severity is applicable) |
| *299 | Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity; this charge is to be used only when no other charge of highest severity is applicable) |

**Sanctions**

Note: Any of the prohibited acts in this series can result in one or more of the following sanctions.

1. Initiate criminal proceedings
2. Disciplinary transfer (recommend)
3. Disciplinary segregation (up to 30 days)
4. Make monetary restitution if funds are available
5. Loss of privileges (e.g., commissary, vending machines, movies, recreation, etc.)
6. Change housing
7. Remove from program and/or group activity
8. Loss of job
9. Impound and store detainee's personal property
10. Confiscate contraband
11. Restrict to housing unit

| | |
|---|---|
| 12. | Warning |

| Code | Prohibited Acts "High Moderate" Offense Category |
|---|---|
| 300 | Indecent exposure |
| 301 | Stealing (theft) |
| 302 | Misusing authorized medication |
| 303 | Loss, misplacement, or damage of less restricted tool |
| 304 | Lending property or other item of value for profit/increased return |
| 305 | Possessing item(s) not authorized for receipt or retention and not issued through regular channels. |
| 306 | Refusal to clean assigned living area |
| 307 | Refusing to obey the order of a staff member or officer (may be categorized and charged as a greater or lesser offense, depending on the kind of disobedience: continuing to riot is Code 105–Rioting; continuing to fight Code 201–Fighting; Code–215 Refusing to provide a urine sample or otherwise cooperate in a drug test). |
| 308 | Insolence toward a staff member |
| 309 | Lying or providing false statement to staff |
| 310 | Counterfeiting, forging or other unauthorized reproduction of money proceedings or other official document or item (e.g., security document, identification card, etc.); may be categorized as greater or lesser offense, depending on the nature and purpose of the reproduction (e.g., counterfeiting release papers to effect escape—Code 102 or 200). |
| 311 | Participating in an unauthorized meeting or gathering |
| 312 | Being in an unauthorized area |
| 313 | Failure to stand count |
| 314 | Interfering with count |
| 315 | Making, possessing, or using intoxicant(s) |
| 316 | Refusing a Breathalyzer test or other test of alcohol consumption |
| 317 | Gambling |
| 318 | Preparing or conducting a gambling pool |
| 319 | Possessing gambling paraphernalia |
| 320 | Unauthorized contact with the public |
| 321 | Giving money or another item of value to, or accepting money or another item of value from anyone, including another detainee, without staff authorization |

| | |
|---|---|
| 322 | Destroying, altering, or damaging property (government or another person's property) worth more than $100 |
| 323 | Signing, preparing, circulating, or soliciting support for prohibited group petitions that threaten the security or orderly operation of the facility. |
| *398 | Interfering with a staff member in the performance of duties (offense must be of high moderate severity; this charge is to be used only when no other charge in this category is applicable) |
| *399 | Conduct that disrupts or interferes with the security or orderly running of the facility (offense must be of high moderate severity; this charge is to be used only when no other charge in this category is applicable) |

*** Any combination of high moderate and low moderate offenses during a 90-day period shall constitute a high offense.**

### Sanctions

Note: Any of the prohibited acts in this series can result in one or more of the following sanctions.

1. Initiate criminal proceedings
2. Disciplinary transfer (recommend)
3. Disciplinary segregation (up to 72 hours)
4. Make monetary restitution if funds are available
5. Loss of privileges (e.g., commissary, vending machines, movies, recreation, etc.)
6. Change housing
7. Remove from program and/or group activity
8. Loss of job
9. Impound and store detainee's personal property
10. Confiscate contraband
11. Restrict to housing unit
12. Reprimand
13. Warning

| Code | Prohibited Acts "Low Moderate" Offense Category |
|---|---|
| 400 | Possessing property belonging to another person |
| 401 | Possessing unauthorized clothing |
| 402 | Malingering; feigning illness |
| 403 | Smoking were prohibited |

| | |
|---|---|
| 404 | Using abusive or obscene language |
| 405 | Tattooing, body piercing, or self-mutilation |
| 406 | Unauthorized uses of mail or telephone (with restriction or temporary suspension of the abused privileges often the appropriate sanction) |
| 407 | Conduct with a visitor in violation of rules and regulations (with restriction or temporary suspension of visiting privileges often the appropriate sanction) |
| 408 | Conducting a business |
| 409 | Possessing of money or currency, unless specifically authorized |
| 410 | Failure to follow safety or sanitation regulations |
| 411 | Unauthorized uses of equipment or machinery |
| 412 | Using equipment or machinery contrary to posted safety standards |
| 413 | Being unsanitary or untidy; failing to keep self and living area in accordance with posted standards |
| *498 | Interfering with a staff member in the performance of duties (offense must be of low moderate severity; this charge is to be used only when no other charge in this category is applicable) |
| *499 | Conduct that disrupts or interferes with the security or orderly running of the facility (offense must be low moderate severity; this charge is to be used only when no other charge in this category is applicable) |

**Sanctions**

Note: Any of the prohibited acts in this series can result in one or more of the following sanctions.

1. Loss of privileges (e.g., commissary, vending machines, movies, recreation, etc.)
2. Change housing
3. Remove from program and/or group activity
4. Loss of job
5. Impound and store detainee's personal property
6. Confiscate contraband
7. Restrict to housing unit
8. Reprimand
9. Warning

**Notice to Detainees**

You have the following rights:

1. You have the right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage, and harassment.

2. You have the right to freedom from discrimination based on race, religion, national origin, gender, sexual orientation, physical or mental ability, or political beliefs.
3. You have the right to request reasonable accommodation for any legitimate disability.
4. You have the right to pursue a grievance in accordance with facility policies and procedures provided in the detainee handbook, without fear of retaliation.
5. You have the right to correspond with persons or organizations consistent with the safety, security, and the orderly operation of the facility.
6. You have the right to due process, including the prompt resolution of a disciplinary matter.

**Disciplinary System**

Because many detainees must share limited space inside a facility, it is extremely important that order and discipline be maintained. Order and discipline are not only for the benefit of the staff but also for the safety and welfare of detainees.

While many problems can be resolved informally through informal counseling, disciplinary measures must occasionally be imposed.

If you are facing possible disciplinary action involving a violation of an administrative rule, you have the right to due process, including the right to have any disciplinary matter resolved promptly.

CME staff will adhere to the following procedures to resolve your disciplinary matter fairly and quickly.

**Definitions:**

**Unit Disciplinary Committee:** The Unit Disciplinary Committee (UDC) is an intermediate level of investigation/adjudication process used to adjudicate high moderate or low moderate charges. A listing of these charges is included within this handbook. The UDC shall be comprised of three (3) members, at least one (1) of whom will be a supervisor. The committee will not include the reporting officer, the investigating officer, any member of the referring unit, or anyone who witnessed or was directly involved in the incident. The UDC will conduct hearings, and to the best extent possible, *informally* resolve cases involving high moderate and low moderate charges. Unresolved cases, and cases involving more serious charges, will be forwarded to the Institutional Disciplinary Panel for *formal* resolution.

**Institutional Disciplinary Panel:** The Institutional Disciplinary Panel (IDP) is a three (3) person panel used to adjudicate detainee incident reports. The IDP will hold hearings on the first business day after receiving a referral from the UDC unless you request an immediate hearing. Your hearing may be delayed for reasons such as, but not limited to, a continuing investigation of facts or the unavailability of one (1) or more essential witnesses. If you are being held in administrative segregation, the delay shall not exceed seventy-two (72) hours. The panel will not include the reporting officer, the investigating officer, any member of the referring UDC, or anyone who witnessed or was directly involved in the incident.

**Administrative Violations**

If you are accused of committing a prohibited act, you must be given a copy of the incident report during the formal investigative process and not less than twenty-four (24) hours before your appearance before the IDP. If the allegations are serious, you may be placed in administrative segregation for a temporary period. An official investigation will be started within twenty-four (24) hours of the supervisor responsible being notified of the incident or allegations. The investigation will be completed within seventy-two (72) hours of the incident being reported to the supervisor responsible. The administrative investigation will be suspended if the incident is under investigation on different grounds (that is, the prohibited act is under criminal investigation) unless and until the agency with primary jurisdiction concludes its investigation or indicates that it will not pursue the matter.

The investigating supervisor will advise you of your right to remain silent at every stage of the disciplinary process and will provide you with a complete listing of your rights during the disciplinary process. The investigator will also advise you of your right, if applicable, to an initial hearing before the UDC within twenty-four (24) hours of the end of the investigation.

The investigating supervisor will read the charges against you and will take a statement from you. Any witnesses you identify will also be interviewed. Physical evidence, if available, will also be reviewed by the investigator. The investigator will prepare a factual report of the investigation and will forward the report to the UDC to determine if informal resolution is possible. A UDC hearing will be held within twenty-four (24) hours of the end of the investigation.

During the UDC hearing you have the right to:

- Remain silent at any stage of the disciplinary process
- Due process, which includes attending the entire hearing (excluding committee deliberations or instances where your presence will be a security risk), waiving the right to appear; or having a UDC hearing within twenty-four (24) hours after the conclusion of the investigation.
- Present statements and evidence, including witness testimony on your behalf.
- Appeal the committee's determination through the detainee grievance process.

The UDC will consider written reports, statements, and physical evidence. The UDC will also provide you with an opportunity to make a statement and present any evidence that is helpful to your case. To the extent possible, the UDC will attempt to resolve the issue informally. If you are found to have committed a prohibited act, the UDC may impose minor sanctions on you. Sanctions available to the UDC are "5" through "13" in accordance with the table of prohibited acts and associated sanctions listed elsewhere in this handbook. Unresolved cases and cases involving serious misconduct will be forwarded to the IDP.

**Staff Representation**

If you request it, a staff member will be assigned to help you prepare your defense before the IDP. This help will automatically be provided to you if you are illiterate, have limited English-language skills, are without means of collecting and presenting essential evidence, or are in administrative or disciplinary segregation. This staff member representative will work on your behalf to present evidence to the IDP that is reasonably seen as relevant to your defense against the charges or in mitigation of the charges. If you choose to do so, you may request to have another detainee assist you instead of a staff member representative. The AFOD will make the decision to approve or deny your request for a detainee assistant.

Prior to referring the incident report to the IDP, you will be informed of your rights at the panel, both verbally and in writing. The following is a list of your rights prior to appearing before the IDP:

1. The right to a written copy of the charge(s) against you, at least twenty-four (24) hours prior to appearing before the panel.
2. The right to a full-time staff member of your choice who may represent you before the panel.
3. The right to present documentary evidence and to call witnesses on your behalf provided that the use of witnesses before the panel does not compromise institutional safety.
4. The right to remain silent. Your silence alone may not be used to support a finding that you committed a prohibited act.

5. The right to be present throughout the disciplinary hearing and the reading of the panel's decision, except during panel deliberations and when institutional safety would be jeopardized or compromised by your presence.
6. The right to a written notice of the panel's decision that explains the basis of their findings.
7. The right to appeal the decision of the panel to the AFOD, by means of the detainee grievance process. You must file this appeal within five (5) days from the date when you are notified of the panel's decision.

The IDP is comprised of three (3) staff members appointed by the AFOD. One of the three staff members serves as the panel chairperson. The IDP will schedule your hearing on the first business day after receiving a referral from the UDC unless you waive your right to advance notice of the hearing and request an immediate hearing. At any time during the hearing, the IDP may find the need to order a further investigation into the alleged prohibited act and may continue the hearing at a future time.

The panel will consider written reports, statements, physical evidence, and oral testimony. The IDP will also hear pleadings by the detainee and staff representative. The IDP will base its findings on the preponderance of the evidence and, if the committee finds that you did commit a prohibited act, will only impose authorized sanctions. Sanctions available to the IDP include "1" through "13" in accordance with the table of prohibited acts and associated sanctions listed elsewhere in this handbook. However, the AFOD or designee must approve the panel's recommendation before any detainee is placed into disciplinary segregation.

The IDP uses an established system of charges and sanctions for rule violations. The specifics of this system are listed on the preceding pages of this handbook. The panel may render a verdict in your case using these charges and sanctions. The panel can reduce the charges if deemed appropriate. If you do not accept the panel's verdict, you may utilize your right to appeal. To file an appeal of the panel's determination, you may file a written or electronic grievance. Locate the box marked "Disciplinary Appeal" on the grievance form and place a checkmark in the box. Complete the form and place it in the secure box in your housing unit labeled "Grievances Box." You may also submit the form to the Grievance Officer during his/her visits to your housing unit. Another detainee or facility staff may help you to prepare your appeal. If you are illiterate, disabled, or limited English proficient you will be aided upon request.

## Criminal Violations

All detainees are subject to all laws of the United States and of the state where they are detained. Any detainee violating these laws may be charged criminally and tried for that violation in the appropriate local, state, or federal court. You will be formally notified if you are charged with a criminal violation while you are in ICE custody. Once you are notified that you are being charged with a criminal violation of the law, you will be advised that you have the right to have legal representation for any interviews or court appearances related to the criminal charges pending against you. If you are indigent, an attorney will be appointed to represent you for the course of the criminal case. The filing or disposition of charges in a judicial court of record for the violation of local, state, or federal law does not, in any way, prevent or affect the administrative handling of the same act as an institutional disciplinary matter, nor of taking disciplinary action against the detainee in question. However, information obtained during the administrative processing of the institutional disciplinary matter cannot be used to incriminate the detainee/defendant in a criminal case.

## VIII. Sexual Assault Awareness

While detained by the DHS ICE ERO, you have the right to be safe and free from sexual abuse and sexual assault. Report all attempted abuse or assaults to a facility staff member (for example, your housing unit officer, a supervisor, a healthcare provider, or the officer in charge) or directly to the ICE Detention Reporting and Information Line at 1-888-351-4024, DHS Office of Inspector General (OIG) at 1-800-323-8603 or the ICE Office of Professional Responsibility (OPR) Joint Intake Center (JIC) at

1-877-246-8253.

Definitions

**Custody:** Custody means that period of time during which a person has been arrested by ICE under its administrative and/or criminal authorities, is physically present in an ICE owned, -leased, or -contracted detention, holding, or other facility pursuant to such authorities, or is being transported by ICE (including for purposes of removal from the United States) pursuant to such authorities. Custody ends when the person is released from ICE's physical confinement, control, or restraint, including upon transfer to another agency for detention under its own legal authorities.

**Detainee: Detainee** means an alien detained in ICE custody.

**Sexual Abuse and Assault:**

- Sexual abuse and assault of a detainee by another detainee;
- Sexual abuse and assault of a detainee by a staff member, contractor, or volunteer.

**Detainee-on-Detainee Sexual Abuse/Assault:**

- One (1) or more detainees, *by force, coercion, or intimidation, or if the victim was unable to consent or refuse,* engaging in or attempting to engage in an act with another detainee that involves **contact between the penis and the vagina or anus, including contact involving the penis upon penetration.**
- One (1) or more detainees, *by force, coercion, or intimidation, or if the victim was unable to consent or refuse,* engaging in or attempting to engage in an act with another detainee that involves **contact between the mouth and the penis, vulva, or anus.**
- One (1) or more detainees, *by force, coercion, or intimidation, or if the victim was unable to consent or refuse,* engaging in or attempting to engage in an act with another detainee that involves **anal or genital penetration, however slight, by a hand or finger or by any object.**
- One (1) or more detainees, *by force, coercion, or intimidation, or if the victim was unable to consent or refuse,* engaging in or attempting to engage in an act with another detainee that involves **touching of the detainee's genitalia, anus, groin, breast, inner thighs, or buttocks,** either directly or through the clothing, with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of any person.
- **Threats, intimidation or other actions or communications** by one (1) or more detainees aimed at *coercing or pressuring another detainee to engage in a sexual act.*

**Staff-on-Detainee Sexual Abuse/Assault:** (staff includes contractors, medical professionals, and volunteers) **NOTE: There is no requirement for "force, coercion or intimidation" for staff-on-detainee sexual acts.**

- One (1) or more staff members engaging in or attempting to engage in an act with a detainee that involves **contact between the penis and the vulva or anus, including contact involving the penis upon penetration.**

- One (1) or more staff members engaging in or attempting to engage in an act with a detainee that involves **contact between the mouth and the penis, vulva, or anus.**
- One (1) or more staff members engaging in or attempting to engage in an act with a detainee that involves **anal or genital penetration, however slight, by a hand or finger or by any object,** *when the act is unrelated to official duties or the staff member has the intent to abuse, arouse or gratify sexual desire.*
- One (1) or more staff members engaging in or attempting to engage in an act with a detainee that involves **intentional touching of the genitalia, anus, groin, breast, inner thighs, or buttocks,** either directly or through the clothing, *when the act is unrelated to official duties or the staff member has the intent to abuse, arouse or gratify sexual desire.*
- One (1) or more staff members engaging in **threats, intimidation, harassment, indecent, profane, or abusive language, or other actions or communications** aimed at *coercing or pressuring a detainee to engage in a sexual act.*
- One (1) or more staff members engaging in **repeated verbal statements or comments of a sexual nature** to a detainee.
- Any staff member's **display of his or her uncovered genitalia, buttocks, or breast** in the presence of a detainee.
- **Voyeurism,** which is defined as inappropriate visual surveillance of a detainee for reasons unrelated to official duties. *Where not conducted for reasons relating to official duties*, the following are examples of voyeurism: staring at a detainee who is using a toilet in his or her cell to perform bodily functions; requiring a detainee to expose his or her buttocks, genitals, or breasts; or taking images of all or part of a detainee's naked body or of a detainee performing bodily functions.

**Sexual conduct of any type between staff and detainees amounts to sexual abuse, regardless of whether consent exists.**

**Prohibited Acts**

CME has a **zero-tolerance** policy for sexual abuse and assault, which is prohibited by ICE policy and the law. A detainee or staff member who commits sexual assault shall be punished administratively and may be subject to criminal prosecution.

A detainee who engages in such behavior can be charged with the following Prohibited Acts under the Detainee Disciplinary Policy:

- Code 101: Sexual Assault
- Code 207: Making a Sexual Proposal or Threat
- Code 404: Using Abusive or Obscene Language
- Code 206: Engaging in a Sex Act
- Code 300: Indecent Exposure

Victimized detainees shall not be subject to disciplinary action for reporting sexual abuse or for participating in sexual activity because of force, coercion, threats, or fear of force. If you experience retaliation for reporting sexual abuse or for engaging in sexual activity because of force or coercion, you can report it in any way that you report an incident of sexual abuse.

In addition, consensual sexual conduct between detainees is also prohibited and subject to administrative and disciplinary sanctions.

**Detention as a Safe Environment**

While you are detained, no one has the right to pressure you to engage in sexual acts or engage in unwanted sexual behavior. Regardless of your age, size, race, ethnicity, sexual orientation, or gender identity, you have the right to be safe from unwanted sexual advances and acts.

**Prosecution**

If you commit sexual assault, we **WILL PROSECUTE YOU!**

**Confidentiality**

Information concerning the identity of a detainee victim reporting a sexual assault, and the facts of the report itself, will be limited to those who have the need-to-know to make decisions concerning the victim's welfare and for law enforcement/investigative purposes. People who may need to know include but may not be limited to:

- Staff members who make decisions about your care
- Law enforcement
- Facility investigators
- Sexual Assault Nurse Examiner or Sexual Assault Forensic Examiner
- Local victim service provider

**Avoiding Sexual Assault**

Sexual assault is never the victim's fault. Knowing the warning signs and red flags can help you stay alert and aware:

1. Report concerns.
2. Carry yourself in a confident manner. Many attackers choose victims who look like they will not fight back or who they think are emotionally weak.
3. Do not accept gifts or favors from others. Most gifts or favors can come with demands or terms that the giver expects you to accept.
4. Do not accept an offer from another detainee to be your protector.
5. Find a staff member with whom you feel comfortable discussing your fears and concerns.
6. Do not use drugs or alcohol; these can weaken your ability to stay alert and make good judgments.
7. Be clear, direct, and firm. Do not be afraid to say "No" or "Stop it now."
8. Choose your associates wisely. Look for people who are involved in positive activities like educational programs, work opportunities or counseling groups. Get yourself involved in these activities if they are available at your facility.
9. If you suspect another detainee is being sexually abused, report it to a staff member you trust or to the ICE Detention Reporting and Information Line at 1-888-351-4024, DHS Office of Inspector General at 1-800-323-8603 or ICE/OPR Joint Intake Center at 1-877-246-8253.
10. Trust your instincts. Be aware of situations that make you feel uncomfortable. If it does not feel right or safe, leave the situation or seek assistance. If you fear for your safety, report your concerns to staff.

**Report All Assaults**

Detainees have multiple ways to privately, and if desired, anonymously, report signs or incidents of sexual abuse and assault, retaliation for reporting sexual abuse, or staff neglect or violations of responsibilities that may have contributed to such incidents and will not be punished for reporting.

Staff will take seriously all statements from detainees claiming to be victims of sexual abuse or assault and will respond supportively and non-judgmentally. Any detainee may report acts of sexual abuse or assault to any employee, contractor, or volunteer.

If a detainee is not comfortable with making the report to immediate point-of-contact line staff, he/she will be allowed to make the report to a staff person with whom he/she is comfortable in speaking about the allegations. You may contact your consular official, ICE Detention Reporting and Information Line, DHS Office of the Inspector General or ICE/OPR Joint Intake Center, to confidentially and if desired, anonymously, report these incidents. You can also have somebody else report on your behalf to the facility, ICE Headquarters, or the DHS Office of Inspector General.

If you become a victim of a sexual assault, report the incident immediately. Individuals who sexually abuse or assault detainees can only be disciplined or prosecuted if the abuse is reported. Any report of sexual abuse, or fear of being abused or assaulted, will not negatively impact your immigration proceedings. You can report a sexual assault incident to facility staff, ICE ERO personnel, or DHS or ICE headquarters, including through the following methods:

**Report to the Facility:**

- Tell any staff member at the facility you trust (for example, the Sexual Abuse and Assault Prevention and Intervention (SAAPI) Program Coordinator, medical staff, chaplains, housing unit officers, supervisors, etc.).
- File an informal or formal grievance (including emergency grievance) with the facility.
- Sick call requests.
- SAAPI Program Coordinator at 411# using any of the detainee telephones.

**Report to the El Paso Field Office:**

- Tell an ICE ERO staff member who visits the facility.
- File a written informal or formal request or grievance to ICE ERO.

**Report to DHS or ICE Headquarters:**

- Contact the ICE Detention Reporting and Information Line:
  - Call: 1-888-351-4024 or 9116#
- Contact the DHS Office of Inspector General:
  - Call: (202) 245-4100
  - Toll-Free Hotline: 1-800-323-8603/1-844-889-4357 TTY or 518#
  - Email: www.oig.dhs.gov
  - Write a letter to: 245 Murray Drive, Building 410 Mail Stop: 0305 Washington, D.C. 20528
- Contact the ICE OPR JIC:
  - Call: 1-877-246-8253
  - Email: Joint.Intake@dhs.gov
  - Write a letter to: P.O. Box 14475

1200 Pennsylvania Ave. NW
Washington, D.C. 20044

**Report to Consulates:**

- Telephone calls or written reports to consular officials.

**Report to Family Members, Friends, or Other Outside Agencies:**

- Report to an individual, outside agency or through a third party such as a relative or friend who can contact facility staff.
- To request a confidential call, submit a written or electronic ICE Request Form. During your call, staff will supervise you within eyeshot, but out of earshot.
- You may request to contact an outside agency through a chaplain, clinician, other service provider or through confidential correspondence.
- Outside agencies may forward any reports of abuse to the facility and authorities in accordance with mandatory reporting laws. Such communications will be monitored.

**Reporting Through Grievance System**

- Formal grievances related to sexual abuse and assault may be filed at any time during, after, or in lieu of lodging an informal grievance or complaint and with no time limit imposed on when a grievance may be submitted.
- Detainees may obtain assistance from another detainee, the housing unit officer or other facility staff, family members, or legal representatives. Staff shall take reasonable steps to expedite requests for assistance from these other parties.

You do not have to give your name to report sexual abuse or assault, but the more information you can provide, the easier it will be to investigate what happened. Staff members are required to keep the reported information confidential and only discuss it with the appropriate officials on a need-to-know basis.

**Next Steps after Reporting a Sexual Assault or Attempted Sexual Assault**

You will be offered immediate protection from the assailant, and you will be referred to for medical examination and clinical assessment. You do not have to name the detainee(s) or staff member who assaulted you for you to receive assistance, but specific information may make it easier for staff to help you. You will continue to receive protection from the assailant, whether you have identified your attacker or agree to testify against them. **If the assault occurred recently, it is important that you do not shower, wash, drink, change clothing or use the bathroom, to the extent possible, until you can be seen by a medical provider and any evidence can be collected.**

**The Medical Exam**

Medical staff will examine you as appropriate for injuries, which may or may not be readily apparent to you. In some cases, you may be sent out to the hospital where a specially trained nurse will gather physical evidence of the assault. Bring with you to the medical exam the clothes and underwear that you had on at the time of the assault. With your consent, a medical professional may perform a pelvic and/or rectal examination to obtain samples of or document the existence of physical evidence such as hair, body fluids, tears, or abrasions that remain after the assault. This physical evidence may be critical in corroborating that the sexual assault occurred and in identifying the assailant; trained personnel will conduct the exam privately and professionally.

You are entitled to medical and mental health services and ongoing care, as appropriate, including testing and treatment for sexually transmitted diseases and infections, emergency contraception, and counseling services.

**Understanding the Investigative Process**

Once the misconduct is reported, the facility and/or an appropriate law enforcement agency will conduct an investigation. The purpose of the investigation is to determine the nature and extent of the misconduct. You may be asked to give a statement during the investigation. If criminal charges are filed, you may be asked to testify during the criminal proceedings.

**The Emotional Consequences of Sexual Assault**

It is common for victims of sexual assault to have feelings of embarrassment, anger, guilt, panic, depression and fear several months or even years after the attack. Other common reactions include loss of appetite, nausea or stomach aches, headaches, loss of memory and/or trouble concentrating, and changes in sleep patterns. Emotional support is available from the facility's mental health and medical staff, and from the chaplains. Also, many detainees who are at high risk of sexually assaulting others have often been sexually abused themselves. Mental health services are available to them also so that they can control their actions and heal from their own abuse.

Sexual assaults can happen to anyone: any gender, age, race, ethnic group, socioeconomic status and to an individual with any sexual orientation or disability. Sexual assault is not about sex; it is about power and control. All reports are taken seriously. Your safety and the safety of others is the most important concern. For everyone's safety, all incidents, threats, or assaults must be reported.

False Allegations

Sexual assaults are taken very seriously. If you are assaulted, all efforts will be made to help you and prosecute the assailant. However, making false allegations that you were assaulted when you were not, is a serious issue and will be dealt with through disciplinary actions.

# IX. Facility Schedules

All facility schedules are subject to change as needed or prompted by weather, facility security, or operational changes. Schedule details and any changes to facility schedules will be posted on the bulletin boards in your housing unit.

## General Visitation Schedule

**Public Visitation**

**Please call (915) 208-0980 to schedule visits with a detainee.**

**Visitation hours are by appointment only**

**Weekends and holidays**

**8 a.m. – 1 p.m.**

**2 p.m. – 6 p.m. MT**

## Deportation Officer Dormitory Visitation Schedule

Visitation hours 8:30 a.m. – 11:30 a.m.

## Mealtimes

Approximate times are as followed:

- Breakfast 7 a.m.
- Lunch 11 a.m.
- Dinner 5 p.m.

## Law Library Schedule

Open from 7 a.m. – 7 p.m. Sunday through Saturday.

## Library Schedule

Open from 7 a.m. – 7 p.m. Sunday through Saturday.

## Barber Shop Schedule

Open from 7 a.m. – 7 p.m. Sunday through Saturday.

## Clothing Exchange Schedule

Laundry for the **Housing Units** begins at 8 a.m. Monday through Saturday

## Recreation Schedule

Refer to the outdoor recreation schedule in your housing unit.

Indoor recreation is Sunday through Saturday from 5 a.m. – 10 p.m.

**Group Legal Rights Presentations Schedule**

Group legal rights presentations are scheduled Monday through Friday at 1 p.m.

**Final Approval:** ____________________ **Date:** 10/2025

Michael A. Watkins, Facility Director

with hope, become mighty.



## understanding sexual assault

24-hour crisis hopeline

call - text - tty

915 593 7300 | 800 727 0511

chat with us at casfv.org

casfv

casfv

center against sexual & family violence

## services for survivors

available 24-hours

crisis hopeline

hospital accompaniment

emergency shelter

*confidential location - call crisis hopeline*

crisis intervention & advocacy

*available 24 hours via crisis hopeline or in person without an appointment during family resource center hours*

## family resource center

mon. - thu. 8am - 6pm; fri. 8am - 12pm

*donations accepted here*

580 giles rd.

el paso, tx 79915

support groups | legal advocacy

therapy | immigration services

criminal justice accompaniment

## community services

outreach & education

for adults & youth

## battering intervention & prevention program

mon. - thu. 8am - 6pm; fri. 8am - 2pm

*donations accepted here*

3800 n. piedras

el paso, tx 79901

United Way

# Exhibit B

# Camp Montana East

## Manual de Inmigrante



AGS

AN AKIMA COMPANY

El Paso, TX. 79935

# PROPIEDAD DEL GOBIERNO DE EE. UU.

## TABLA DE CONTENIDO

Índice Página 1
Introducción Página 4

I. Llegada
El proceso de admisión Página 5
Devolución de propiedad Pagina 5
Propiedad perdida, dañada o faltante Página 5
Clasificación de inmigrantes Página 6
Apelaciones de clasificación Página 6
Examen médico Página 6

II. Operaciones de las instalaciones
Política sobre el tabaco Página 7
Vivienda Pagina 7
Procedimientos de emergencia Página 7
Inspecciones de personas y bienes Página 8

III. Servicios de las instalaciones Comidas
Ropa Página 8
Higiene personal Página 8
Cómo protegerse y proteger a los demás Página 9

IV. Servicios médicos
Orientación médica e información de salud Página 10
Llegada Página 10
Examen físico Página 10
Llamadas médicas y resurtido de medicamentos Página 10
Servicios de emergencia Página 10
Servicios adicionales Página 11
Quejas/reclamos médicos Página 11
Dificultades emocionales Página 11
Medicamentos Página 11
Zapatos y ropa adecuados Página 11
Uso del baño Página 11
Lavado de manos Página 11
Ducha/Cuidado personal Página 12
Seguridad en la cama Página 12
Buena salud Página 12
Cuidado dental Página 12
General Página 12
No violencia Página 12
Llevarse bien con los demás Página 13
Cómo afrontar el estrés Página 13
Señales fisicas de estrés Página 13
Señales emocionales de estrés Página 13
Señales conductuales de estrés Página 13
Qué puede hacer para reducir el estrés Página 13

V. Servicios de Detención Página 15
Visitas Página 16
Correo
Correspondencia especial o correo legal Página 16

Rechazo de correo entrante y saliente Página 17
Acceso telefónico Página 18
Programa de Trabajo Voluntario Página 21
Instalaciones recreativas Página22
Tableta electrónica Página 22
Fondos para inmigrantes Página 22
Radios portátiles AM/FM Página 22
Servicios religiosos Página 22
Servicios de la biblioteca Página 23
Biblioteca de Derecho Página 23
Solicitud de inmigrante Página 23
Necesidades de los inmigrantes Página 24
Quejas y reclamos Página 24
Quejas de emergencia Página 25
Solicitud de matrimonio Página 25
Presentación de los derechos legales del grupo Página 25
Representación y asistencia jurídica Página 26
Consulado y Tribunal de Inmigración Página 26

VI. Personas con discapacidad y con dominio limitado del inglés
Adaptaciones para personas con discapacidad Página 26
Asistencia lingüística y de comunicación Página 26

VII. Actos prohibidos y sanciones
Código básico de conducta / Responsabilidades Página 27
Aviso a los inmigrantes Página 27
Sistema Disciplinario Página 31
Infracción administrativa Página 31
Representación del personal Página 32
Infracciones penales Página 33

VIII. Concientización sobre la agresión sexual
Definiciones Página 33
Actos Prohibidos Página 34
La detención como entorno seguro Página 35
la Fiscalía Página 35
Confidencialidad Página 35
Cómo evitar la agresión sexual Página 35
Denunciar todas las agresiones Página 35
Próximos pasos después de denunciar una agresión sexual o un intento de agresión sexual
Página 37
Agresión sexual Página 37
El examen médico Página 37
Entendiendo el proceso de investigación Página 37
Las consecuencias emocionales de la agresión sexual Página 37
Falsas acusaciones Página 37

IX. Cronograma de instalaciones
Horario general de visitas Página 38
Horario de visitas al dormitorio del oficial de deportación Página 38
Horario de la comida Página 38
Programa de la biblioteca de derecho Página 38
Horario de la biblioteca Página 38
Horario de la barbería Página 38
Horario de cambio de ropa Página 39
Horario de recreación Página 39
Programa de presentaciones sobre derechos legales del grupo Página 39

# INTRODUCCIÓN

Actualmente se encuentra bajo la custodia de la Oficina de Operaciones de Detención y Deportación (ERO) del Servicio de Inmigración y Control de Aduanas de Estados Unidos (ICE). Se encuentra inmigrante en el Camp Montana East (CME), ubicado en El Paso.
Texas. Su caso podría ser atendido por un juez de inmigración que determinará su elegibilidad para permanecer en Estados Unidos o ser expulsado.

La política del ICE es brindarle un entorno seguro mientras espera su proceso ante el Tribunal de Inmigración o su deportación de Estados Unidos. Este suplemento del Manual Nacional para Inmigrantes contiene información esencial sobre los diversos aspectos de sus responsabilidades, derechos y privilegios; por lo tanto, le recomendamos leerlo en su totalidad lo antes posible. Se recomienda que se comunique con el miembro de su personal más cercano para resolver cualquier duda sobre la información que se aborda en este suplemento.

Las órdenes e instrucciones verbales del personal se obedecerán de inmediato y sin causar problemas. El incumplimiento de las órdenes e instrucciones verbales puede resultar en sanciones disciplinarias.

El CME opera con la convicción de que los inmigrantes, los miembros del personal y los visitantes de las instalaciones deben recibir el grado de respeto y comprensión que **Cada** persona merece respeto y comprensión. Te ganarás o perderás respeto y comprensión según tu conducta y actitud hacia los demás.

La función de este centro es detener a personas en espera de juicio o deportación. El personal del centro proporciona atención, custodia y control. La atención implica la prestación de diversos servicios y programas. La custodia requiere las restricciones de seguridad necesarias. El control garantiza que se implementen las medidas adecuadas para mantener el orden en todo momento.

Las siguientes directrices son fundamentales para el funcionamiento de este centro de detención. Debe cumplir cualquier orden o directiva emitida por un miembro del personal. Si recibe dos órdenes contradictorias, deberá cumplir la última. Esté de acuerdo o en desacuerdo con una orden, debe acatarla. Si lo considera necesario, podrá presentar una queja formal ante el miembro del personal correspondiente mediante un formulario de queja o un sistema de quejas electrónico.

El propósito de este manual es brindarle información general. Cuando se modifiquen las políticas de las CME, se le notificará sobre los cambios, y la política más reciente entrará en vigor, independientemente de la información contenida en este manual.

La información de este manual le ayudará a comprender lo que encontrará al llegar al CME. Este manual no abarca todas las políticas detalladas del CME ni todos los procedimientos vigentes en el centro. Dicha información estará disponible durante el programa de orientación del centro.

Este manual se le entregará al momento del ingreso y deberá conservarlo hasta su liberación. Al ser liberado, deberá devolverlo al personal del CME en buen estado. Se espera que se comporte de manera ordenada y madura, y que respete los derechos de los demás. En este manual se mencionan algunos de los programas y servicios disponibles. Puede obtener más información sobre los programas o servicios disponibles enviando una solicitud al miembro del personal a cargo del programa o servicio. Se le anima a que hable sobre sus necesidades, objetivos e intereses con el personal. Su conducta y actitud serán observadas y revisadas por el personal al considerar su inclusión en programas, libertad condicional, fianza y otros privilegios. Debe intentar aprovechar al máximo su tiempo en el CME utilizando los programas y servicios para mejorar su situación personal.

Usted es responsable de leer su manual y cumplir con todas las normas y regulaciones del CME. Cuando se modifique una norma, se publicará un aviso en la unidad de alojamiento o en las áreas correspondientes. Cuando se modifique una norma, se le emitirá un boletín informativo con los cambios o se publicará un aviso en los tablones de anuncios de la unidad de alojamiento. El estricto cumplimiento de las normas y regulaciones del CME le permitirá obtener una cantidad considerable de privilegios que harán que el período de confinamiento sea menos riguroso. El incumplimiento de las normas y regulaciones resultará en la imposibilidad de obtener dichos privilegios y le impedirá ser considerado favorablemente para los programas. En algunos casos, el incumplimiento puede ser causa justificada para que el inmigrante reciba medidas disciplinarias.

La mayoría de los inmigrantes desean aprovechar su tiempo de la mejor manera posible. Durante su estancia en el CME, la administración se compromete a proteger su salud y bienestar.

Existen numerosos programas beneficiosos disponibles para los inmigrantes, y se espera que cada uno aproveche al máximo todos los programas que satisfagan sus necesidades individuales. Durante su estancia en el CME, el personal y los especialistas asesorarán y ayudarán a cada inmigrante a elegir el programa más adecuado. Sin embargo, cada inmigrante es personalmente responsable de su propio progreso, desempeño laboral, desarrollo educativo y crecimiento social.

A ningún inmigrante se le podrá dar autoridad ni permitir ejercer control sobre otro inmigrante.

**Traducciones y acceso para inmigrantes con dominio limitado del inglés**

Si un inmigrante no puede leer o no entiende el idioma del manual, el centro proporcionará el material utilizando grabaciones de audio o video en un idioma que el inmigrante entienda, organizará que se le lean los materiales de orientación al inmigrante o proporcionará un traductor o intérprete dentro de un período de tiempo razonable.

**NO MARCAR EN ESTE MANUAL NI CAUSAR DAÑOS A SU CONTENIDO.**

Debe devolverse en buen estado antes de su liberación .

**Información de contacto de las instalaciones**

La dirección postal de la instalación es: **6920 Digitsl Road**
**El Paso, Texas 79936**

ICE El Passo Oficina de campo:

Teléfono: **(915) 857-5000**
Correo electrónico : ElPaso.Outreach@ice.dhs.gov

Dirección: **11541 Montana Ave, Suite E**
**El Paso, TX 79936**

Horario: **8:00 am – 4:00 pm**
**Lunes – Viernes**

Los procedimientos de correo se describen en la sección Servicios de Detención de este suplemento.

# I. Llegada

## El proceso de admisión

**A. A su llegada**

Se le registrará al ingresar a las instalaciones. Buscamos contrabando para protegerlo a usted y a los demás de armas o cualquier otro objeto que pueda causarle daño. Solo se le podrá realizar un registro corporal al desnudo cuando exista una sospecha razonable de que pueda llevar contrabando oculto. A su llegada, un miembro del personal guardará su ropa, efectos personales y objetos de valor para su custodia. Si tiene dinero, podrá conservar un máximo de $40.00 USD (cuarenta dólares estadounidenses). Se le cobrará el resto del dinero y se le emitirá un recibo. Puede solicitar retirar dinero mediante una Solicitud de Detención en su unidad de alojamiento cada tres (3) días. Se le entregará un recibo detallado de todas sus pertenencias para mantenerlas seguras.

Los efectos personales de cuarenta (40) libras o menos se almacenarán en el CME hasta que sea dado de alta. Si tiene equipaje excesivo, superior a cuarenta (40) libras, se enviará a la dirección que proporcione, a su cargo. Si sus efectos personales son devueltos a nuestras instalaciones y usted ya no se encuentra, le enviaremos una carta certificada a su última dirección conocida. Si no se reclaman en un plazo de treinta (30) días, se considerarán abandonados. Los efectos personales abandonados serán utilizados por el gobierno o destruidos.

**B. Artículos que está autorizado a conservar en la unidad de vivienda**

Se le permite conservar:

1. pequeños artículos religiosos,
2. anillos de boda sencillos
3. libros religiosos y materiales de lectura personal (solo tapa blanda),
4. documentos legales,
5. fotografías (5x7 o más pequeñas, no pornográficas), no más de diez (10),
6. gafas graduadas,
7. dentaduras postizas y
8. Libreta de direcciones de tapa blanda, correspondencia y otros artículos aprobados por un miembro del personal.

**C. Artículos emitidos a usted**

1. Tres (3) juegos completos de ropa interior,
2. zapatos, chanclas y ropa de cama,
3. un conjunto completo de artículos de higiene personal,
4. dos (2) juegos completos de uniformes,
5. una (1) cuchara, una (1) taza,
6. Manuales para inmigrantes (Manual Nacional para Inmigrantes y Suplemento Local)
7. una tarjeta de identificación (ID), y
8. Pulsera de identificación (la pulsera emitida debe permanecer puesta hasta que un oficial la retire)

## Devolución de propiedad

Al ser liberado, se le devolverán sus pertenencias, incluyendo la ropa que llevaba al llegar. Esta se detallará en el recibo que recibió a su llegada. Asegúrese de revisar su recibo. Si no recibió todas sus pertenencias, solicite a un miembro del personal un formulario de pertenencias faltantes. Si su ropa no es apropiada para el clima exterior, solicite a un miembro del personal o a un oficial de ICE ropa adecuada para el clima.

## Propiedad perdida, dañada o faltante

Durante su detención, si alguna de sus pertenencias se pierde, se daña o falta, debe presentar una solicitud de inmigrante para contactar al personal e iniciar una investigación. El personal de supervisión investigará y, de ser necesario, tomará medidas inmediatas para evitar más pérdidas. De ser necesario, se le proporcionará un formulario de pertenencias faltantes para investigar a fondo la reclamación por pérdida o daño .

## Clasificación de inmigrantes



PROPIEDAD DEL GOBIERNO DE LOS ESTADOS UNIDOS

Según el Sistema de Clasificación especificado en el estándar nacional del ICE, se le clasificará en custodia baja, media baja, media alta o alta. Se le asignará una unidad de alojamiento según su nivel de clasificación. El color de su uniforme le permitirá identificar fácilmente su nivel de clasificación. Su nivel de clasificación puede ajustarse según su conducta en este centro.

**Niveles/Directrices de clasificación**

Custodia baja (azul)

- Los inmigrantes bajo custodia baja no pueden mezclarse con los inmigrantes bajo custodia alta.
- No se puede incluir a ningún inmigrante con una condena por delito grave que incluya un acto de violencia física.
- No se puede incluir a ningún inmigrante con una condena por delito grave por un delito que figura en la sección "Alto" o "Más alto" de las pautas de gravedad del delito.
- Puede incluir inmigrantes con antecedentes penales menores y delitos graves no violentos.

Custodia Media-Baja o Media-Alta (Naranja)

- Los inmigrantes en régimen de custodia baja y los inmigrantes en régimen de custodia media-baja pueden mezclarse.
- Pueden mezclarse inmigrantes con custodia media-alta y inmigrantes con custodia alta.
- Normalmente no se les puede mezclar con inmigrantes en régimen de custodia alta o baja.
- No se puede incluir a un inmigrante cuya condena más reciente haya sido por alguno de los delito enumerados en la sección "Más alta" de las pautas de gravedad del delito.
- No se puede incluir a ningún inmigrante con antecedentes o patrón de agresiones violentas, haya sido condenado o no. A los efectos de esta directriz, se considera que existe un patrón cuando el registro de arrestos revela dos (2) o más arrestos en los últimos cinco años por agresión con uso de fuerza contra otra persona con la intención de causarle daño físico.
- No se puede incluir a un inmigrante condenado por agresión a un funcionario penitenciario mientras estaba bajo custodia o cuando un registro institucional previo sugiera un patrón de agresiones mientras estaba bajo custodia.

Alta Custodia ( Rojo)

- Los inmigrantes bajo custodia alta no pueden mezclarse con los inmigrantes bajo custodia baja.
- Puede reclasificarse a medio solo en función del comportamiento institucional, siempre que los elementos de las pautas de custodia media anteriores no se apliquen (el inmigrante debe estar bajo custodia durante un mínimo de sesenta (60) días antes de la reclasificación).
- A los inmigrantes bajo custodia policial no se les asignarán tareas laborales fuera de sus áreas de vivienda asignadas.
- Inmigrantes en alta custodia.
  • se consideran de alto riesgo,
  • requieren viviendas de seguridad media a máxima, y
  • están siempre vigilados y escoltados.

## Apelaciones de clasificación

Para apelar la decisión del oficial de clasificación, puede presentar una queja formal por escrito o electrónico . Localice la casilla "Apelación de Clasificación" en el formulario de queja y márquela. Complete el formulario y deposítelo en la caja de seguridad de su unidad de vivienda denominada "Caja de Quejas". También puede entregar el formulario al oficial de quejas durante sus visitas a su unidad de vivienda. Otro inmigrante o miembro del personal del centro puede ayudarle a preparar su apelación. Si es analfabeto, tiene alguna discapacidad o no habla inglés, también recibirá ayuda si la solicita.

## Examen médico

El personal médico le realizará una entrevista de preselección para evaluar su salud física y mental como parte del proceso de admisión. Si tiene alguna condición de salud que requiera atención médica inmediata, por favor, infórmeselo a nuestro personal durante su proceso de admisión. Se le realizará un examen médico exhaustivo realizado por médicos forenses autorizados dentro de los catorce (14) días posteriores a su llegada. Si lo prefiere, puede solicitar hablar directamente con el personal médico sobre sus inquietudes de salud. Toda la información que proporcione a nuestro personal médico será tratada con **estricta confidencialidad** .

Puede encontrar más información en la sección de Servicios Médicos de este suplemento.

# II. Operaciones de las instalaciones

## Política sobre el tabaco

El consumo de productos de tabaco está prohibido en todas las áreas de este establecimiento. Si se le encuentra con algún producto de tabaco, se le imputarán cargos y se le aplicarán las sanciones correspondientes.

## Vivienda

Las unidades de alojamiento en este centro de detención constan de dos (2) áreas: dormitorios y salas de día. Las salas de día están disponibles para actividades de ocio (por ejemplo, leer, escribir, ver televisión, hacer llamadas telefónicas y jugar a diversos juegos de mesa). Tanto los dormitorios como la sala de día deben mantenerse limpios y ordenados.

### A. Reglas generales para el área habitable

1. Las luces se encienden a las 5:00 a. m. todos los días. Se apagan a las 10:00 p. m. de domingo a jueves y a las 11:00 p. m. los viernes y sábados. Cuando las luces están apagadas, el acceso a la sala de día está restringido. No se permitirá que ningún inmigrante salga de sus camas asignadas a menos que lo autorice el personal del centro.
2. Tenderás tu cama inmediatamente al despertarte y permanecerá tendida cuando no esté ocupada. Tu cama debe lucir como la imagen del tablón de anuncios una vez tendida. Debes mantener limpia tu área inmediata.
3. Se proporciona un contenedor designado para sus artículos de higiene personal y otras pertenencias. Está **prohibido** guardar objetos personales en el alféizar de la ventana o entre el colchón y el marco de la cama. Está prohibido compartir el contenedor.
4. <u>No</u> se permite colgar sábanas, mantas, ropa, cuadros u otros artículos de las barras de las ventanas, cabeceros, lámparas de techo, rejillas de ventilación, paredes o ventanas .
5. **Está prohibido el consumo de todo tipo de alimentos y bebidas en los dormitorios.**
6. El oficial de la unidad de vivienda controlará los televisores en la sala de estar y se adherirá a los horarios de televisión publicados.
7. Usted es el único responsable de los fondos y bienes en su posesión.
8. **No podrás** cambiar tu cama asignada por voluntad propia.
9. **<u>Está estrictamente prohibido</u>** pasar a una unidad de vivienda o área habitable distinta a la que le fue asignada .

### B. Unidades de vivienda especiales

El CME utiliza los siguientes tipos de segregación para alojar a los inmigrantes que requieren una supervisión más intensiva:

**<u>La segregación administrativa</u>** es una unidad de alojamiento especial para los inmigrantes que se encuentran.

1. En espera de una investigación/audiencia por acto(s) prohibido(s).
2. Bajo observación médica.
3. Pendiente de traslado o liberación dentro de veinticuatro (24) horas.
4. Un riesgo para la seguridad (un inmigrante que podría escapar o poner en peligro a otros).
5. Bajo custodia protectora (el gobierno está protegiendo a un inmigrante de daños externos).

Todos los inmigrantes en aislamiento administrativo serán revisados en un plazo de tres (3) días hábiles. Después de siete (7) días en aislamiento administrativo, un supervisor realizará otra revisión de su caso para determinar si se justifica la continuación del aislamiento. Puede apelar la orden de aislamiento administrativo o la decisión de revisión, por escrito, ante la AFOD mediante un Formulario de Quejas para Inmigrantes. Siga las instrucciones de la sección "Quejas y Reclamos" de este manual.

**<u>La segregación disciplinaria</u>** es para los inmigrantes que:

1. Son perturbaciones graves en la población general.
2. Requiere confinamiento físico adicional.
3. Haber recibido una sanción por cometer actos prohibidos.

Se realizará una revisión del caso de todos los inmigrantes en aislamiento disciplinario cada siete (7) días para garantizar que cumplan con todas las normas y regulaciones, y que se les ofrezcan duchas, comidas, recreación, etc. Puede apelar la orden de aislamiento disciplinario o la decisión de la revisión, por escrito, ante la AFOD mediante un Formulario de Quejas del Inmigrante. Siga las instrucciones proporcionadas en la sección de este manual titulada "Quejas y Reclamos".

## Procedimientos de emergencia

Debe participar en simulacros de incendio y emergencias reales. Siga las instrucciones de los oficiales para evacuar rápidamente a un lugar seguro.

**Inspecciones de personas y bienes**

**A. Contrabando**

El contrabando se refiere a cualquier cosa prohibida por ley o reglamento, incluyendo artículos que razonablemente puedan causar lesiones personales o afectar negativamente la seguridad o el funcionamiento ordenado de las instalaciones. Todos los artículos de contrabando están estrictamente prohibidos. Entre los artículos de contrabando se incluyen, entre otros:

1. Cualquier droga ilícita, bebida intoxicante, productos de tabaco, armas y/o cualquier otro artículo que, de usarse o poseerse, pondría en peligro la seguridad de las instalaciones.
2. Cualquier objeto que pueda utilizarse como ayuda para escapar.
3. Cualquier artículo que pueda utilizarse para disfrazar o alterar la apariencia de un inmigrante.
4. Cualquier prenda de vestir o artículo para uso o consumo personal que no haya sido previamente aprobado por el establecimiento.
5. Cualquier prenda de vestir o artículo para uso o consumo personal que haya sido alterado de su forma original o que esté siendo utilizado para un fin distinto al previsto.
6. Cantidades excesivas de cualquier artículo normalmente autorizado.
7. Cualquier equipo que pueda utilizarse para realizar fotografías y grabaciones de audio o vídeo.
8. Cualquier artículo que se encuentre en posesión de alguien que no sea su legítimo propietario.

Todo contrabando se procesará de acuerdo con las políticas y procedimientos establecidos en el centro. Los inmigrantes que se encuentren en posesión de contrabando estarán sujetos a medidas disciplinarias.

**B. Inspección**

1. Se le registrará cuando exista una sospecha razonable de que pueda llevar contrabando oculto. Los registros también son rutinarios al entrar o salir de cualquier área de las instalaciones. Se realizarán registros no programados de las instalaciones, de los inmigrantes y de sus propiedades cuando se considere necesario. Todos los registros tienen como objetivo impedir el contrabando y garantizar la seguridad y la higiene en las instalaciones. Los registros no se utilizan como castigo. Si se niega a ser registrado, estará sujeto a medidas disciplinarias. Se podrán requerir registros al desnudo cuando exista una sospecha razonable de que un inmigrante pueda estar ocultando un arma u otro contrabando.

**C. Confiscación de contrabando**

1. Todo contrabando será confiscado durante un registro. Si considera que no se le debieron confiscar los artículos, puede solicitar una revisión de la decisión utilizando el Formulario de Solicitud de Detención del ICE.
2. Todo contrabando ilegal que le confisquen será entregado a la agencia policial correspondiente para un posible procesamiento penal.
3. Si se encuentra un artículo de contrabando en un paquete o correo que le envían, se le notificará dentro de veinticuatro (24) horas si no constituye un delito penal.

**D. Recuento de cabezas**

Los recuentos oficiales se realizan de forma rutinaria. Durante todos los recuentos oficiales, no se permitirá movimiento ni conversación. Debe permanecer en su cama asignada hasta que el recuento sea correcto.

Los horarios oficiales del recuento son:

- 5 am,
- 2:00 pm,
- 10:30 horas

Se realizarán recuentos adicionales según sea necesario.

# III. Servicios de las instalaciones

**Comidas**

Todas las comidas que se ofrecen están aprobadas por un dietista certificado, son nutricionalmente equilibradas y se preparan adecuadamente. Se sirven en un entorno limpio y seguro. **No se sirven productos derivados del cerdo en estas instalaciones.** Se prohíbe el uso, la retención o la variación del menú estándar como medida disciplinaria o recompensa. Con la debida autorización, podrá acceder al menú de Comida Común. Este menú incluye dietas kosher, religiosas y vegetarianas. Las solicitudes de dietas religiosas y kosher deben realizarse a través del capellán del centro. A los inmigrantes con autorización para una dieta kosher o religiosa que sean descubiertos regalándolas o consumiendo una comida normal, se les cancelará este privilegio. El Departamento de Servicios de Alimentos proporciona dietas médicas, solo por razones médicas, tras recibir instrucciones por escrito del director clínico del centro.

Las comidas se servirán en la sala de estar de cada unidad de alojamiento. Cada inmigrante tiene derecho a una (1) comida durante el horario de comida. Los inmigrantes en la Unidad de Gestión Especial (UGE), la Unidad de Alojamiento Médico (UAM), etc., recibirán el servicio en sus celdas.

Durante las comidas, los inmigrantes pueden guardar los artículos de servicio de alimentos de sus comidas en sus contenedores personales y celdas. Esto se limita a productos sellados del fabricante (papas fritas, bebidas, galletas, condimentos, etc.), y solo si están sellados/cerrados. No se permite que los inmigrantes conserven ningún producto perecedero (sándwich, leche, etc.), ya sea abierto o cerrado. Si se encuentra alguno, se considerará contrabando y el inmigrante estará sujeto a medidas disciplinarias. No se dejará comida ni bebida en la mesa después de las comidas.

## Ropa

### A. Código de vestimenta

1. Siempre que un inmigrante se encuentre fuera de su unidad de alojamiento, deberá usar el uniforme completo (camisa, pantalón y zapatos autorizados). La camisa debe estar siempre metida dentro del pantalón. Mientras se encuentre en la unidad de alojamiento o en el área de recreación, podrá quitarse la camisa del uniforme, solo si usa una camiseta.
2. Las chanclas no se pueden usar fuera de la unidad de vivienda ni en ninguna área de recreación.
3. No se permitirá el uso de sombreros ni otros artículos para cubrir la cabeza para la población general, a menos que el capellán del centro los apruebe como artículos religiosos. A los trabajadores se les entregará el artículo adecuado cuando sea necesario, y solo podrán usarlo mientras realizan tareas laborales.
4. No se usará capucha ni cubrecabezas en interiores. Por ejemplo, en unidades de vivienda, centros médicos, bibliotecas jurídicas, salas de espera, área de visitas, etc.
5. Los pantalones deben usarse en un punto por encima de la cintura que evite que se vea el pliegue de los glúteos o la ropa interior, independientemente del largo de la camisa.
6. Los inmigrantes caminarán por las instalaciones con las manos detrás de la espalda y no podrán colocarlas dentro de la cintura de sus pantalones, independientemente de las condiciones climáticas.
7. Ninguna prenda de vestir puede usarse de una manera no prevista para esa prenda (usar una camisa como banda para la cabeza o cubrirse la cabeza, arremangarse las perneras de los pantalones o meterlas dentro de los calcetines, etc.).
8. No se permitirá ninguna alteración o modificación de la ropa proporcionada por la instalación.

Si no cumple con el código de vestimenta y los estándares de aseo personal, estará sujeto a medidas disciplinarias.

### B. Intercambio de ropa

El cambio de ropa se realizará uno por uno, según el horario. Se prohíbe la posesión de prendas adicionales del uniforme.

## Higiene personal

Se espera que se bañe regularmente y mantenga el cabello limpio. Los artículos de higiene personal que se le entregaron al ingresar, como pasta de dientes, cepillos de dientes, peines y desodorante, pueden reemplazarse según sea necesario. Consulte con el oficial de su unidad de alojamiento para obtener repuestos.

Se entregarán maquinillas de afeitar diariamente entre las 5:30 y las 6:30 a. m., y deberán devolverse al agente después de usarlas con la funda protectora. El agente inspeccionará la maquinilla para asegurarse de que esté completa. Se podrán hacer excepciones, a discreción del agente de su unidad de vivienda, para el personal voluntario de cocina o para las visitas judiciales. Los inmigrantes que asistan al tribunal tendrán la oportunidad de afeitarse primero. Se les prestarán las maquinillas y se las devolverán al terminar de afeitarse. **No se** permitirá el uso de las maquinillas por más de un inmigrante; esto se hace por razones de salud y seguridad para protegerlo a usted y a los demás.

También ofrecemos servicios de peluquería gratuitos. La ubicación y el horario de estos servicios se publican en su vivienda. No se permiten cortes de pelo esculpidos ni exóticos.

El servicio de corte de uñas se combina con el de barbería. Se espera que mantenga las uñas de las manos y de los pies cortas.

El corte de cabello dentro de la unidad habitacional está **estrictamente prohibido** .

**Cómo protegerse y proteger a los demás**

Durante una pandemia (es decir, la enfermedad del coronavirus 2019), tome las siguientes precauciones:

- Evite el contacto cercano con personas, si es posible mantenga una distancia de al menos seis (6) pies.
- Cúbrete siempre la boca y la nariz al toser o estornudar y no escupas.
- Practique una higiene de manos adecuada. Lávese las manos con agua y jabón durante al menos veinte (20) segundos después de sonarse la nariz, toser, estornudar o estar en contacto con superficies de uso común.
- Evite tocarse los ojos, la nariz y la boca con las manos sin lavar.
- Use el equipo de protección personal (EPP) adecuado que le hayan proporcionado (es decir, mascarilla, guantes, etc.).
- No comparta vasos, cucharas, alimentos ni bebidas.

Para más información, consulte los avisos publicados en su vivienda y las zonas comunes. También encontrará información en las tabletas electrónicas de la vivienda.

# IV. Servicios médicos

# CUERPO DE SERVICIOS DE SALUD DEL ICE

## Orientación médica e información de salud

### ¡Bienvenido!

La clínica médica aquí le brindará atención médica de calidad si tiene un problema médico grave.

Salvo por razones médicas muy poco frecuentes, el personal médico no le proporcionará artículos de confort ni artículos como zapatos especiales, mantas adicionales, almohadas adicionales, chaquetas, jabón ni desodorante. El personal médico tampoco puede responder preguntas sobre su caso, la fecha de su audiencia judicial ni su situación legal. Pregunte estas preguntas a un miembro del personal de ICE.

### Descripción general de los servicios que ofrecemos

**Llegada** : A su llegada, le haremos algunas preguntas médicas y le realizaremos una radiografía de tórax o una prueba de tuberculina para determinar si ha estado cerca de alguien con tuberculosis. Esto es importante para la salud y la seguridad de todos.

**Examen físico** : dentro de los primeros catorce (14) días de su estadía aquí, recibirá un examen físico.

**Servicio de Consulta Médica** : Si está enfermo o necesita resurtir su medicamento, puede solicitar ser atendido en la clínica médica. Debe registrarse cuando el oficial de la unidad de vivienda anuncie el servicio de consulta médica y la solicitud de resurtido de medicamentos, entre las 5:00 y las 6:00 a. m. Estos se encuentran en dos hojas de registro separadas. El departamento médico atenderá a las mujeres de 7:00 a. m. a 10:00 a. m. y a los hombres durante todo el día. Los inmigrantes alojados en aislamiento deben completar un "Formulario de Solicitud de Servicio de Consulta Médica". Si no está seguro de cómo funciona el servicio de consulta médica o el proceso de resurtido de medicamentos, pregúntele a cualquier miembro del personal.

1. Si tiene programada una cita médica, un llamado por enfermedad o una renovación de medicamentos, debe traer todos los medicamentos a la cita para que el personal médico los revise exhaustivamente.



PROPIEDAD DEL GOBIERNO DE LOS ESTADOS UNIDOS

2. Los servicios de farmacia están disponibles de lunes a viernes de 7:00 a. m. a 3:30 p. m. y están cerrados los sábados, domingos y festivos. Solicitar resurtidos de medicamentos los sábados y domingos puede causar demoras en su resurtido, que se procesará el siguiente día hábil disponible.
3. Debe registrarse para renovar su medicamento cinco días antes de que se acabe para permitir que el personal de la farmacia tenga tiempo de renovarlo y entregarle el medicamento de manera oportuna.

**Programa de intercambio de medicamentos** : debe traer el envase viejo (tubo, vial, inhalador, etc.) para cambiarlo por un medicamento recargado.
**Los medicamentos se confiscan si** : el envase del medicamento no tiene etiqueta, si se le descubre vendiendo o compartiendo medicamentos recetados o si la orden del medicamento ha vencido.

**Servicios de emergencia:**

1. Si tiene dolor o inflamación dental, deberá acudir al servicio de urgencias para recibir ayuda. No se realizarán servicios de rutina, como limpiezas dentales, a menos que permanezca aquí más de doce (12) meses.
2. Si te sientes abrumado
3. , o si tiene pensamientos de lastimarse o siente que puede lastimar a otra persona, infórmeselo a un miembro del personal de inmediato y lo atenderemos.

**Servicios adicionales**

Si es necesario, otros servicios pueden incluir medicamentos, análisis de laboratorio, radiografías, educación y asesoramiento, y citas regulares para afecciones médicas graves.

**Quejas/Reclamos Médicos** : Si no está satisfecho con la atención que recibe, hable con su proveedor de atención médica. Recuerde que algunos tipos de atención o servicios no están disponibles. Si aún no está satisfecho con la atención que le brinda el centro, tiene derecho a completar un Formulario de Quejas para Inmigrantes. Si no encuentra el formulario en la clínica, pídale a cualquier miembro del personal o proveedor de atención médica que se lo consiga. También puede solicitar una queja médica al oficial de su unidad de alojamiento y pedir que lo acompañen a la unidad médica para entregar el formulario.

**Dificultades emocionales**

Es normal sentir emociones como tristeza, depresión, ansiedad, nerviosismo, ira y miedo en este entorno. También es normal tener problemas para dormir. Recuerda que no estarás encerrado para siempre. Piensa en maneras de mantenerte ocupado, tranquilo y saludable. Lee, habla con la gente, juega, haz ejercicio, asiste a actividades religiosas o practica técnicas de relajación. Un profesional médico puede brindarte información sobre el manejo del estrés.

**Medicamentos**

1. No comparta medicamentos con otras personas.
2. Todos los medicamentos recetados y de venta libre se tomarán según lo previsto.
3. Si no termina todos sus medicamentos, recetados o de venta libre, notifique al oficial de su unidad de vivienda para su eliminación adecuada.
4. Si su medicamento le está causando problemas como sarpullido, picazón, dificultad para respirar o diarrea, informe a un miembro del personal de inmediato y deje de tomar el medicamento.
5. Mantenga sus medicamentos consigo en todo momento. No los pierda.
6. No retire la etiqueta de su medicamento.
7. El incumplimiento de estas instrucciones dará lugar a la confiscación del medicamento y será devuelto al departamento médico.

**Zapatos y ropa adecuados**

1. Usa siempre tus zapatos.
2. Si usa zapatos cerrados, use calcetines.
3. Use sus chanclas en la ducha.
4. Use ropa apropiada para el clima.

**Uso del baño**

1. Por favor, no se pare en el inodoro. Siéntese en el asiento y tire de la cadena después de usarlo.

2. Coloque todo el papel higiénico usado en el inodoro y luego tire de la cadena.
3. Señoras: por favor, coloquen las toallas sanitarias usadas en los botes de basura y no en el inodoro.

**Lavado de manos** : Los gérmenes pueden enfermarte y se transmiten por contacto con las manos. Lavarse las manos te ayudará a prevenir enfermedades.

1. Asegúrese de dejar correr el agua en el fregadero y usar jabón para lavarse las manos.
2. Lávese cada dedo y frótese las manos, lavando ambos lados de las manos con agua y jabón. Límpiese también debajo de las uñas.
3. Lávese las manos antes de comer, después de ir al baño, después de jugar o trabajar al aire libre o después de estar cerca de una persona enferma.

**Ducharse/Cuidado personal**

1. Dúchate todos los días (cuando sea posible) y utiliza agua y jabón.
2. Báñese solo en la ducha; NO en los lavabos. No orine en la ducha.
3. Utilice los lavabos para lavarse las manos o la cara, para afeitarse la cara o para cepillarse los dientes.
4. No te afeites la cabeza ni las zonas íntimas (puede causar infecciones). No compartas tu afeitadora con otras personas.
5. No perfore ninguna parte de su cuerpo.
6. Utilice desodorante todos los días.
7. No dejes ropa en el baño.

**Seguridad en la cama**

1. No salte desde la litera superior ni suba a la litera superior.
2. Tómate tu tiempo al acostarte y levantarte. Asegúrate de pisar una superficie sólida con la mayor parte del pie.
3. Baje la cabeza al levantarse de la cama si duerme en una litera inferior.
4. Si en cualquier momento se cae de la cama, notifique al funcionario de la unidad de vivienda para que pueda ser examinado en la clínica médica.

**Buena salud**

1. Si hace calor, manténgase a la sombra durante las horas más calurosas del día y beba mucha agua a lo largo del día. Si su orina es muy oscura, probablemente no esté bebiendo suficiente agua, así que beba más.
2. Come tres (3) comidas saludables al día. Asegúrate de comer frutas y verduras. No comas demasiados dulces.
3. Intenta hacer ejercicio al menos treinta (30) minutos al día. Practica deporte, camina, corre en el mismo sitio o haz flexiones. Si hace tiempo que no haces ejercicio, haz estiramientos suaves o trota despacio para calentar y prevenir lesiones.
4. Intente dormir al menos ocho (8) – diez (10) horas por noche.
5. Cúbrete la boca y la nariz con un pañuelo desechable al toser o estornudar. Tira el pañuelo usado a la basura. Si no tienes pañuelo desechable, tose o estornuda en la parte superior de la manga, no en las manos. No escupas en el suelo. Esto propaga gérmenes que pueden enfermar a otras personas.
6. Recuerde lavarse las manos después de toser o estornudar.
7. No se permite fumar.

**Cuidado dental**

1. Cepíllese los dientes después de cada comida, si es posible, y antes de acostarse.
2. Cepille siempre de arriba a abajo, nunca de manera transversal.
3. Cepille siempre sus dientes posteriores y cepille suavemente su lengua.
4. Use hilo dental todos los días si dispone de hilo dental.

**General**

1. Si te cepillas el cabello sobre el lavabo, retira cualquier cabello caído del mismo.
2. Tirar la basura en los botes de basura.
3. No dejes migas de comida en tu área de vivienda porque atraerán hormigas y otros insectos.

**No violencia**

1. Este centro no permite ningún tipo de abuso físico ni sexual. Si alguien le agrede física o sexualmente, informe a un miembro del personal **INMEDIATAMENTE** .

2. Se tomarán medidas disciplinarias contra cualquier persona que agreda física o sexualmente al personal o a los inmigrantes en las instalaciones.

**Llevarse bien con los demás**

Tienes que compartir el espacio vital con muchos inmigrantes, por lo que es importante ser considerado y reconocer que los demás son diferentes.

1. Sea considerado con los demás y minimice el ruido para que puedan disfrutar de sus actividades. Guarde silencio por la noche para que los demás inmigrantes puedan dormir.
2. Evite a los inmigrantes a quienes les gusta causar problemas o pelear.

## CÓMO LIDIAR CON EL ESTRÉS

El estrés es parte normal de la vida. Se convierte en un problema cuando te sientes tan alterado que no puedes trabajar, dormir ni llevarte bien con los demás. Puedes saber cuándo tienes demasiado estrés por cómo reaccionan tu cuerpo y tu mente.

## SEÑALES FÍSICAS DEL ESTRÉS

Puedes tener problemas físicos cuando tienes mucho estrés. Quizás pienses que estás enfermo o que tienes una enfermedad grave, pero podría ser simplemente un problema de estrés.

| | | | | |
|---|---|---|---|---|
| cansancio | dolores musculares | problemas de sueño | dolores de cabeza | Constipación |
| problemas estomacales | diarrea | úlceras | náuseas | Vómitos |
| hipertensión | aumento de peso | pérdida de peso | dificultad para respirar | Sacudida |

## SEÑALES EMOCIONALES DE ESTRÉS

También puedes experimentar cambios emocionales o anímicos cuando sientes estrés. Estos incluyen:

| | | |
|---|---|---|
| sentirse triste | tener problemas para recordar cosas | tener problemas para pensar o realizar el trabajo |
| sentirse nervioso | Sentirse enojado todo el tiempo | reaccionar exageradamente a cosas pequeñas |
| preocuparse demasiado | sentir que no eres nada | sentirse fuera de control |

## SEÑALES CONDUCTUALES DE ESTRÉS

También puedes hacer diferentes cosas cuando te sientes muy estresado. Estas pueden incluir:

| | | |
|---|---|---|
| Evitar a la gente | Beber demasiado alcohol | Tomar drogas ilegales |
| Gritar o chillar | Juego | Pelear o herir a otras personas |
| Tener accidentes | No ducharse, afeitarse ni cepillarse los dientes | Meterse en problemas legales |
| Perdiendo los estribos | No preocuparse por otras personas | No ir al trabajo ni a la escuela |

## QUÉ PUEDES HACER PARA REDUCIR EL ESTRÉS

1. Puedes probar cualquiera de los siguientes ejercicios de relajación:

**RESPIRACIÓN PROFUNDA**

Respira profundamente y lentamente por la nariz. Mientras lo haces, cuenta lentamente hasta cinco (5) (pero no en voz alta, solo para ti). Asegúrate de respirar profundamente y de expulsar el estómago, no los pulmones. Coloca la mano sobre el estómago y deberías sentirlo. Ahora, exhala lentamente por la boca mientras cuentas hasta cinco (5). Imagina que el aire sale de tu estómago hasta que desaparece por completo. Repite esto diez (10) veces. (Asegúrate de mantener los hombros y la cabeza relajados al hacerlo).

**MEDITACIÓN**

Siéntate o recuéstate en una posición cómoda. Cierra los ojos y respira profundamente. Deja que tu respiración sea lenta y relajada. Concentra toda tu atención en tu respiración. Tu pecho y abdomen deben expandirse y expandirse. No pienses en nada más que en tu respiración. Al inspirar, di la palabra "paz" para ti mismo, y al exhalar, di la palabra "calma". Di las palabras "paz" y "calma" lentamente, de modo que te tome toda la respiración decirlas. No inhales ni exhales demasiado rápido. Continúa haciéndolo hasta que te sientas muy relajado.

**RELAJACIÓN MUSCULAR (Si tienes problemas musculares/articulares, no tenses esa parte del cuerpo).**

Acuéstese boca arriba o siéntese en una posición cómoda. Deje que sus brazos descansen a sus costados, con las palmas hacia abajo, sobre la superficie a su lado o sobre sus piernas. Inhale y exhale lentamente. Cierre los ojos. Apriete sus manos formando un puño fuerte y manténgalo apretado durante quince (15) segundos. Debe apretar lo suficientemente fuerte como para sentir algo de tensión, pero no tan fuerte como para lastimarse. Mientras cierra el puño, asegúrese de que el resto de su cuerpo esté relajado. Con los ojos cerrados, intente visualizar en su mente cómo su puño se aprieta cada vez más. Luego relájese y deje de cerrar el puño. Hará esto con todas las partes de su cuerpo enumeradas aquí y lo hará en orden desde la cabeza hasta los dedos de los pies: cara, hombros, espalda, estómago, piernas, pies y dedos de los pies. Mantenga cada parte tensa durante quince (15) segundos y luego relaje su cuerpo durante treinta (30) segundos antes de pasar a la siguiente parte. Cuando haya terminado, sacuda sus manos e imagine que la tensión restante sale por las yemas de los dedos.

**2. Puedes probar las siguientes actividades:**

| | |
|---|---|
| Asista a actividades religiosas o lea libros espirituales o religiosos. | Coma sólo alimentos saludables y no coma demasiada azúcar. |
| Asegúrate de dormir entre 8 y 10 horas cada noche. | Intente hacer ejercicio al menos 30 minutos todos los días. |
| Trabajar, si es posible. | Mira programas de televisión que te hagan reír. |
| Trabaje en cosas que le ayuden con su situación legal, como leer materiales legales o pedirle a su familia que le envíe los documentos que necesita. | Intenta aprender inglés si aún no lo hablas. Pídele a alguien que te enseñe algunas frases. |

**3. Puedes pensar en pensamientos más positivos y esperanzadores.**

| |
|---|
| Recuerda que no estarás aquí para siempre. Te irás de aquí. |
| No adivines qué pasará ni esperes lo peor. Piensa solo en los hechos. |
| Recuerda que todos cometemos errores. Eso no significa que seas un fracaso. ¡No te castigues! |
| Piensa en todas las razones que tienes para ser feliz (por ejemplo, tienes a tu familia y amigos que se preocupan por ti, estás seguro, tienes comida, estás sano, etc.) |
| Deja de pensar en cualquier cosa que te haga sentir mal. Piensa en qué le dirías a un amigo si tuviera ese pensamiento para que se sintiera mejor. Luego, sé tu propio amigo y dite lo mismo. |
| Tienes control sobre tus pensamientos y sólo tú puedes cambiarlos. |
| No te preocupes por las pequeñas cosas. |
| Los demás inmigrantes tienen opiniones, pero eso no significa que sean ciertas ni que haya que creerlas. |
| Intenta ver la situación como una oportunidad para aprender más sobre ti mismo y darte cuenta de que puedes manejar los problemas. |
| Piensa en lo que puedes hacer para mejorar las cosas HOY. Preocúpate por el futuro mañana. |

## Visitación

Se le permite recibir visitas de familiares, amigos, representación legal y funcionarios del consulado.

Es su responsabilidad aprender y transmitir información a los visitantes potenciales sobre los horarios y reglas de visita.

1. La persona que conduzca el vehículo deberá presentar una licencia de conducir válida y un comprobante de seguro de auto para poder ingresar. **No se permitirá el acceso a las instalaciones por la entrada principal**.
2. Todos los visitantes adultos **deben** presentar una identificación con fotografía válida emitida por el estado o el gobierno.
3. Todos los visitantes **Deben vestir ropa apropiada. No se permitirá** la visita a visitantes que vistan pantalones cortos, shorts deportivos, pantalones cortos, blusas sin tirantes, tops de tubo, trajes de baño, ropa transparente o rota, ni ninguna otra prenda claramente inapropiada, ni a personas descalzas .
4. A los visitantes **no** se les permite traer dispositivos electrónicos personales de ningún tipo.
5. Los inmigrantes serán **No** se permitirá enviar ni recibir fondos directamente de los visitantes.
6. Las visitas se permitirán durante horas determinadas diariamente.
7. No se permiten mascotas. El animal de servicio debe estar bajo el control de su cuidador.

**Los horarios de visita se detallan en los "Horarios de las instalaciones".**

El horario de visitas se publica en las unidades de vivienda y en el vestíbulo principal. También se encuentra disponible al público una copia impresa del horario de visitas, el código de vestimenta y las normas. Se pueden solicitar requisitos especiales para las visitas. Mediante la Solicitud del Inmigrante, la cual se aprobará caso por caso. La Solicitud del Inmigrante debe presentarse al menos tres (3) días antes de la visita solicitada.

### A. Visitas legales

Se le permiten visitas confidenciales con representantes legales acreditados, posibles representantes legales y asistentes legales. Toda la documentación legal que reciba durante las visitas será revisada, pero no leída. Las visitas legales están disponibles los siete (7) días de la semana, incluidos los días festivos.

### B. Servicios Pro Bono

La lista actualizada de organizaciones legales pro bono se publica en las unidades de vivienda.

### C. Remoción acelerada

Si está sujeto a la Deportación Expeditiva y ha sido remitido a un Oficial de Asilo, tiene derecho a consultar con cualquier persona que elija antes de la entrevista y mientras se revisa la decisión del Oficial de Asilo. Esto incluye familiares, amigos, representantes legales, miembros de organizaciones no gubernamentales (ONG), etc. Estas consultas serán privadas. También podrá estar acompañado por estas personas durante la entrevista con el Oficial de Asilo y durante la revisión de una determinación negativa de Temor Creíble por parte de un Juez de Inmigración, si este lo permite.

### D. Visitas consulares

Los funcionarios consulares podrán reunirse con sus connacionales inmigrantes en cualquier momento. Se solicita que, en la medida de lo posible, se coordinen previamente con la oficina de la AFOD y que los funcionarios consulares presenten las credenciales correspondientes al acudir a las instalaciones.

### E. Visitas del clero

El clero puede visitar a los inmigrantes en cualquier momento, con la aprobación previa de la AFOD.

### F. Visitas virtuales de abogados (VAV)

Si su representante legal no puede reunirse con usted en persona, puede programar una visita virtual. Las reuniones de VAV son gratuitas para usted y su representante legal. Solo se permitirá la visita de representantes legales, asistentes legales e intérpretes. No se permite la visita virtual de familiares ni amigos a través de este programa. **Los representantes legales y personal no pueden grabar videos ni audios durante ninguna visita virtual o presencial, ni durante ninguna llamad** Cualquier incumplimiento de estas normas puede resultar en la suspensión o revocación permanente de los privilegios de usuario de VAV.

### G. Reglas de visita

Puede disponer de un mínimo de sesenta (60) minutos para cada visita. Las visitas deben realizarse de forma tranquila, ordenada y digna. Los menores deben permanecer bajo la supervisión directa de un adulto para no molestar a los demás visitantes, y se prohíbe la conducta disruptiva por parte de menores. Cualquier incumplimiento de las normas de visita resultará en la suspensión de la visita y podría conllevar medidas disciplinarias en su contra.

1. Todos los visitantes serán registrados minuciosamente antes de entrar a la sala de espera para evitar la introducción de artículos prohibidos. Se les realizará un cacheo corporal antes y al final de su visita.
2. No se le permite recibir ningún artículo durante la visita sin aprobación previa.
3. El contacto físico entre usted y sus visitantes está restringido.

## Correo

1. Puede enviar hasta tres (3) cartas por semana sin costo, con franqueo proporcionado por el centro. Este límite aplica solo a correspondencia general. No hay límite en la cantidad de cartas que puede enviar o recibir por su cuenta. Puede obtener papel para escribir y sobres a través del oficial de su unidad de vivienda sin costo alguno.

Se entregarán lápices a cambio de su identificación para garantizar la responsabilidad. Su identificación le será devuelta una vez que el lápiz se encuentre en buen estado.

2. Si su identificación personal (es decir, pasaporte, acta de nacimiento, etc.) se envía a su oficial de deportación o representante legal, debe solicitar que también se le envíe una copia certificada de dichos documentos. Los documentos de identidad, como pasaportes, actas de nacimiento, etc., que tenga en su posesión constituyen contrabando y podrían ser utilizados por ICE/ERO como prueba en su contra para otros fines autorizados por la ley.
3. Escriba su nombre, los últimos cuatro (4) dígitos de su Número de Registro de Extranjero (Número A) y la ubicación de su vivienda en la esquina superior izquierda del sobre. Si no lo hace, su carta será abierta para su identificación y se le devolverá. Vea el ejemplo en la página siguiente.
4. Indique a quienes le envían correo que siempre incluyan su nombre, los últimos cuatro (4) dígitos de su Número A, el número de unidad y el número de módulo en toda la correspondencia. Esto es su responsabilidad. Todo su correo entrante le será entregado dentro de las veinticuatro (24) horas posteriores a su llegada a las instalaciones. Vea el ejemplo en la página siguiente.
5. Todo el correo entrante se abrirá en su presencia para inspeccionarlo en busca de artículos prohibidos. Si el correo es una publicación entrante, **debe** provenir directamente de la editorial. Las publicaciones recibidas por cualquier otro medio serán devueltas al remitente. Además, **no está** permitido a tener alguna suscripción a publicaciones, revistas o catálogos.
6. Si el personal tiene motivos para creer que está infringiendo las normas de correo al enviar cartas amenazantes o participar en actividades delictivas, se le restringirán sus privilegios de correo. **Los dibujos en el anverso de sus sobres salientes están prohibidos debido a las normas del Servicio Postal de los Estados Unidos.**
7. Todo el correo entrante recibido después de su partida será sellado como "Devolver al remitente" y devuelto al Servicio Postal de los Estados Unidos.
8. No se le permite enviar ni recibir paquetes (por ejemplo, zapatos, ropa, etc.) sin autorización. Puede solicitar el envío o la recepción de paquetes mediante una Solicitud de Detención. Solo se le permite conservar los artículos que quepan en su bolsa de almacenamiento asignada, sin exceder las 40 libras. Cualquier artículo adicional deberá enviarse por correo o se eliminará de acuerdo con la política de ICE.

## Correspondencia especial o correo legal

Se define como correspondencia especial o correo legal el término para las comunicaciones escritas de los inmigrantes dirigidas a o desde cualquiera de los siguientes:

1. abogados privados y otros representantes legales
2. abogados del gobierno
3. jueces y tribunales
4. embajadas y consulados
5. el presidente y el vicepresidente de los Estados Unidos
6. miembros del Congreso
7. el Departamento de Justicia (incluida la Oficina del Inspector General del Departamento de Justicia)
8. el Departamento de Seguridad Nacional (incluido el Servicio de Inmigración y Control de Aduanas, el Cuerpo de Servicios de Salud del ICE, la Oficina de Operaciones de Deportación y Cumplimiento, la Oficina de Derechos Civiles y Libertades Civiles del DHS y la Oficina del Inspector General del DHS)
9. profesionales de la salud externos

10. administradores de sistemas de quejas
11. representantes de los medios de comunicación

Dentro de lo razonable, se le permitirá enviar una cantidad ilimitada de correspondencia legal. Selle su correspondencia especial o legal saliente y entréguesela al personal de la instalación.

Su correo se considerará correspondencia especial o correo legal si se identifican el cargo y la oficina del remitente o destinatario, y el sobre lleva la etiqueta « **correspondencia especial»** o **«correo legal».** Para garantizar que se considere correo privilegiado, es su responsabilidad indicar a quienes le envían correo el etiquetado correcto.

El personal no leerá ni copiará correspondencia especial ni correo legal. La inspección se limitará a detectar contrabando físico y confirmar que los documentos adjuntos se consideren correspondencia especial o correo legal.

## Rechazo de correo entrante y saliente

La correspondencia general entrante y saliente y otro correo pueden ser censurados o rechazados por la AFOD. Para proteger la seguridad, el orden o la disciplina de la institución; para proteger al público; o para disuadir actividades delictivas. Si su correo es censurado, rechazado o confiscado, se le notificará y se le entregará un aviso por escrito o un recibo por el/los artículo(s) retenido(s).

La correspondencia y las publicaciones que pueden ser rechazadas incluyen, entre otras, las siguientes:

1. Material que represente actividades que presenten un riesgo significativo de violencia física o de disrupción grupal (por ejemplo, material con temas de autodefensa o supervivencia, armas, armamentos, explosivos o dispositivos incendiarios).
2. Información sobre complots de escape, o planes para cometer actividades ilegales, o para violar las reglas de ICE/ERO o las pautas de las instalaciones.
3. Información sobre la producción de drogas o alcohol.
4. Material sexualmente explícito que sea obsceno o depravado por naturaleza .
5. Amenazas, extorsión, obscenidad o blasfemias gratuitas.
6. Código criptográfico u otro código subrepticio que puede utilizarse como forma de comunicación .
7. Otro contrabando (cualquier paquete recibido sin la autorización previa del establecimiento se considera contrabando).

**Ejemplo de correo entrante**




**Ejemplo de correo saliente**



## Acceso telefónico

A su llegada, el Oficial de Procesamiento le entregará un número de identificación personal (PIN) en una tarjeta telefónica. Este PIN estará activo durante toda su estancia en el CME.

Después de ingresar su PIN, se le solicitará que repita su nombre y centro cada vez que realice una llamada telefónica; por lo tanto, asegúrese de repetirlo exactamente igual cada vez.

Una vez activado, tendrá derecho a una (1) llamada telefónica gratuita de cinco (5) minutos.

Si tiene problemas para activar su PIN o experimenta problemas con los teléfonos, notifique inmediatamente a un oficial y solicite asistencia.

Los familiares y amigos pueden depositar fondos en su cuenta a través de Internet en: www.Talton.net

Las tarifas de llamadas se publican en las viviendas. Llame al 611 para consultar las tarifas e información.

Los teléfonos pueden ser monitoreados en cualquier momento por motivos de seguridad. Están disponibles de 5:00 a. m. a 10:00 p. m., los siete días de la semana, excepto en las horas de recuento. Está prohibido usar el teléfono quince (15) minutos antes del recuento y durante todo el tiempo que dure. Cuando la demanda de teléfono sea alta, podremos regular el tiempo disponible para realizar y completar su llamada. Sin embargo, sus llamadas no durarán menos de quince (15) minutos por llamada, o veinte (20) minutos para llamadas legales.

**TODAS LAS LLAMADAS ESTÁN SUJETAS A GRABACIÓN Y MONITOREO.**

**ROBAR EL PIN DE OTRO INMIGRANTE ES UN DELITO MODERADO ALTO: ROBO DE IDENTIDAD.**

**Reglas del teléfono**

- No grite, hable por encima del nivel normal de una conversación ni use malas palabras mientras esté en el teléfono.
- No manipule, marque ni dañe el equipo telefónico.
- No llame a ninguna víctima o presunta víctima de ningún delito anterior ni a ninguna víctima o presunta víctima en nombre de otro inmigrante.
- No realice ninguna llamada a otro inmigrante.
- No realice llamadas en conferencia ni llamadas entre tres, ni facturación a terceros, reenvío de llamadas ni transferencias de llamadas.
- No utilice a un tercero para transmitir un mensaje hablado a otro inmigrante o persona con quien la cárcel, el tribunal u otro funcionario gubernamental le haya prohibido comunicarse.
- No comparta su PIN con otro inmigrante. Usar el PIN de otro inmigrante constituye robo de identidad y, si se utiliza para hacer una llamada prepagada, también constituye robo de propiedad.
- No comercie ni venda minutos prepagos.
- Informe a un miembro del personal si un teléfono no funciona correctamente.
- No se otorgan reembolsos una vez activados los minutos prepagos.
- Las llamadas del clero pueden ser monitoreadas y grabadas.

¡La violación de las reglas telefónicas puede resultar en **el bloqueo de su PIN por hasta 90 días!**

**Grabación de nombres**

Se le pedirá que grabe su nombre completo y el nombre del centro (CME) la primera vez que use el sistema telefónico. Es posible que tenga que repetirlo varias veces para que el sistema identifique correctamente su voz. **Si su nombre se grabó incorrectamente, puede dejar una solicitud de servicio al cliente marcando el 211 y eliminaremos la grabación de su nombre.** La próxima vez que llame, podrá volver a grabar su nombre.

**Biometría de voz**

Debe configurar una contraseña de voz antes de realizar su primera llamada. Este sistema está diseñado para garantizar que ningún otro inmigrante pueda acceder a su cuenta prepagada. Las cuentas prepagadas son su responsabilidad; debe proteger su biometría de voz; **si otro inmigrante accede a su cuenta y usa su saldo prepagado, no se le reembolsará la pérdida.**

**Llamadas prepago**

Se pueden realizar llamadas prepagadas a cualquier tipo de teléfono: fijo, de cobro revertido bloqueado, celular, Skype,

Vonage, números internacionales, etc. Si tiene saldo prepagado y desea usarlo para llamar a cualquier teléfono o a un teléfono bloqueado para recibir llamadas por cobro revertido, debe ingresar su PIN y seleccionar la opción de llamada prepagada. Si elige la opción de llamada por cobro revertido y tiene una tarjeta de crédito registrada en su cuenta, no se le descontará el saldo prepagado.

**Llamadas telefónicas prepago avanzadas gratuitas**

Talton ofrece a los inmigrantes la posibilidad de llamar a números de teléfono que no aceptan pagos por cobrar. Llamada **gratuita de hasta un (1) minuto** . Al realizar la llamada, se informa a los inmigrantes que este servicio se ofrece **gratis solo una vez por cada número de teléfono** . Talton ofrece este servicio como cortesía para ayudar a los inmigrantes a contactar a sus amigos y familiares y solicitarles que creen una cuenta prepaga. **Recuerde que este servicio se ofrece como cortesía y no como un derecho** . Talton es el único proveedor de telefonía para inmigrantes que ofrece este servicio. Dañar los teléfonos de los inmigrantes o abusar de este servicio resultará en la pérdida de este privilegio.

**Talton *puede* permitir llamadas gratuitas de 1 minuto más de una vez, pero esto queda a *su* discreción.** No deje mensajes de voz al servicio de atención al cliente explicando por qué no pudo completar una llamada gratuita, ya que serán ignorados y podrían resultar en la pérdida del servicio.

**Números de teléfono bloqueados**

Si intenta marcar un número de teléfono bloqueado, se le informará de ello y su llamada será cancelada. Al recibir una llamada, los destinatarios tienen la opción de bloquear todas las llamadas futuras del centro o de un inmigrante en particular. A veces, seleccionan esta opción por error.

Si cree que el bloqueo es un error, puede dejar una solicitud de servicio al cliente marcando el 211 y confirmaremos si la persona que llamó tenía la intención de bloquear las llamadas desde el centro. Si el bloqueo fue un error, se eliminará. Si la persona que llama confirma el bloqueo, recibirá un mensaje de voz informándole que hemos confirmado que el bloqueo es válido y no podrá llamar al número de teléfono. Algunos números de teléfono están bloqueados por ICE. En este caso, el bloqueo **nunca se eliminará** .

**Intentos de llamadas entre tres personas**

Cualquier intento de hacer una llamada a tres resultará en el bloqueo permanente del número de teléfono, incluso si la llamada fue realizada por otro inmigrante. **No se permiten las llamadas a tres.** Una vez bloqueado un número de teléfono por intentar una llamada a tres, el bloqueo no se eliminará a menos que se pague una multa de $25.00 USD y se adquieran $25.00 USD en tiempo de llamada prepagado.

**Reembolsos**

Los inmigrantes liberados que tengan un saldo prepagado pueden comunicarse con Talton Communications, Inc. al **1-866-348-6231 (nacional) o al 1-541-889-8900 (internacional)** para recibir una tarjeta telefónica prepagada por el mismo valor que el saldo restante de su cuenta. Las tarjetas telefónicas pueden usarse para llamadas nacionales e internacionales.

**A. Llamadas telefónicas legales**

Si necesita contactar con un consulado, los números se encuentran en la lista de marcación rápida publicada en el tablón de anuncios. El número de marcación rápida correspondiente a su país aparecerá en orden alfabético. Si necesita contactar con los servicios pro bono, esos números también se encuentran en el tablón de anuncios.

Notifique a un miembro del personal si desea realizar una llamada confidencial sobre un asunto legal. El miembro del personal le ayudará a realizar la llamada en privado. El personal le supervisará visualmente, pero sus llamadas legales no serán escuchadas.

Si necesita ayuda para realizar llamadas en las siguientes categorías, presente una solicitud de inmigrante indicando la persona a la que se llamará, el propósito de la llamada y el número que se marcará. Le ayudaremos a realizar los siguientes tipos de llamadas directas, gratuitas o sin costo.

1. Llamadas a la Oficina Ejecutiva de Revisión de Inmigración (EOIR) local (Tribunal de Inmigración) y a la Junta de Apelaciones de Inmigración (BIA).
2. Llamadas a tribunales federales y estatales donde usted esté o pueda llegar a estar involucrado en un procedimiento legal.

3. Llamadas a funcionarios consulares.
4. Llamadas a proveedores de servicios legales en un intento de obtener representación legal o tener una consulta de deportación acelerada.
5. Si puede demostrar una necesidad imperiosa, se podrían aprobar llamadas de emergencia y de otro tipo. Las llamadas telefónicas rutinarias a abogados no se consideran emergencias, pero se le podría permitir llamar a una oficina gubernamental para obtener documentos relacionados con su caso de inmigración.

**B. Llamadas a familiares inmigrantes**

Si lo solicita, se harán arreglos especiales para que pueda hablar por teléfono con un familiar directo inmigrante en otro centro. Podríamos limitar la frecuencia y la duración de estas llamadas.

**C. Procedimiento de mensajes a inmigrantes**

Hay un sistema de mensajes para inmigrantes disponible para quienes deseen dejarle mensajes. Los mensajes se entregarán a los inmigrantes al menos tres (3) veces al día.

**D. Inmigrantes en la SMU**

Los inmigrantes en segregación disciplinaria pueden estar limitados a lo siguiente:

1. Llamadas relacionadas con el caso de inmigración del inmigrante u otros asuntos legales, incluidas llamadas de consulta.
2. Llamadas a funcionarios consulares y embajadas.
3. Llamadas relacionadas con emergencias familiares según lo determine el FD o su designado.

A los inmigrantes en la SMU por razones que no sean disciplinarias se les permitirá acceso telefónico similar al de los inmigrantes de la población general, pero de una manera consistente con los requisitos especiales de seguridad y protección de los inmigrantes en estas unidades.

**El uso del teléfono no interferirá con el funcionamiento ordenado de las instalaciones.**
(por ejemplo, movimientos programados de inmigrantes, horarios judiciales, comidas, recuentos, etc.)
*Los privilegios telefónicos se suspenderán durante una emergencia.*

**Tableta electrónica**

El centro ofrece tabletas electrónicas en cada dormitorio para uso en interiores. Las tabletas están disponibles de 5:00 a. m. a 10:00 p. m., los siete días de la semana, excepto durante el conteo. La tableta ofrece, entre otras cosas, formas de comunicarse con su familia, el Manual Nacional para Inmigrantes en varios idiomas, juegos, música, materiales de lectura, mensajería, videos, películas, la presentación y resolución de quejas electrónicas y la entrega de formularios de solicitud de ICE.

**Instrucciones para la tableta:**

- Deje las tabletas en la estación de carga cuando no las utilice
- Utilice el botón superior derecho en el lateral de la carcasa para encender la tableta.
- Seleccione inglés, español o francés en el cuadro desplegable en la parte superior derecha de la pantalla.
- Usa tu PIN de Teléfono y pon tu cara en el recuadro de la pantalla para iniciar sesión
- Se le pedirá que configure un segundo PIN, elija un número diferente del PIN de su teléfono.
- La tableta cerrará su sesión después de 5 minutos de inactividad. Se le seguirá cobrando mientras tenga la sesión iniciada.

CONTENIDO DE PERFIL GRATUITO: El contenido gratuito se proporciona sin cargo e incluye:

| | |
|---|---|
| • Vídeos de ayuda – Inglés y español | • Contactos |
| • Números de Pro Bono | • Sitios religiosos, sitio de investigación legal |



PROPIEDAD DEL GOBIERNO DE LOS ESTADOS UNIDOS

| | |
|---|---|
| • Saldo y actividad de la cuenta prepaga | • Documentos legales de ICE y formularios de solicitud/queja de ICE |

**ESTÁNDAR** - El costo del contenido estándar es de $0,05 centavos por minuto e incluye:

| | |
|---|---|
| • Juegos, Música, Libros | • Contactos |
| • Noticias, deportes y sitios web religiosos | • Debes enviar una invitación por correo electrónico a través del botón 'Contactos' antes de poder enviar mensajes o recibir fotos. |
| • Fotos: | • Tu amigo o familiar debe estar de acuerdo y crear una cuenta. |
| • Puedes recibir fotos | • Se puede enviar un correo electrónico y configurar una cuenta desde cualquier parte del mundo. |
| • *No puedes* enviar fotos | • Tu amigo o familiar paga $0,25 centavos por cada foto o mensaje que te envíen |

PROMOCIONAL - El costo del contenido promocional es de $0,03 centavos por minuto e incluye:

| | |
|---|---|
| • **Películas (inglés y español)** | • **Mensajería: puedes recibir y enviar mensajes** |

Las transferencias de una Cuenta Fiduciaria a una Cuenta Prepaga son gratuitas:

- Seleccione la aplicación "Información de la cuenta"
- Tendrás montos preseleccionados para transferir O podrás seleccionar el monto a transferir
- Puede transferir tan solo $1.00 USD
- Seleccione "Transferir" y confirme el monto a transferir

El costo de las visitas por video es de $0.21 centavos por minuto e incluye solo el tiempo empleado en la visita.

## Programa de Trabajo Voluntario

Se le brindará la oportunidad de participar en un programa de trabajo voluntario. Su nivel de clasificación determinará su elegibilidad para las asignaciones de trabajo. Deberá firmar una declaración del programa de trabajo voluntario. Recibirá la capacitación necesaria para el trabajo que realizará. Por su participación en el programa de trabajo voluntario, recibirá un pago de $1.00 USD por día. No se le permitirá trabajar más de ocho (8) horas al día ni cuarenta (40) horas a la semana.

Puedes ofrecerte como voluntario para los trabajos temporales que surjan ocasionalmente. El trabajo, que suele durar desde varias horas hasta varios días, puede ser muy laborioso.

La siguiente es una lista de algunas de las asignaciones laborales disponibles a través del programa de trabajo voluntario:

- limpieza de área (dentro de las instalaciones)
- conserje de unidad de vivienda.

Algunos detalles laborales requerirán uniformes específicos o estándares de aseo. Trabajo
Las asignaciones son estrictamente voluntarias. Sin embargo, los inmigrantes que participan en el programa de trabajo voluntario deben trabajar según un horario asignado. Las ausencias injustificadas o un desempeño laboral insatisfactorio resultarán en la baja del programa de trabajo voluntario. Si recibe un informe de incidente, es posible que no sea elegible para ser voluntario ni para continuar en un grupo de trabajo.

## Instalaciones recreativas

Se le proporcionará equipo recreativo y actividades de ocio, tanto para interiores como para exteriores. Entre ellas se incluyen aparatos de ejercicio, juegos de mesa y baloncesto.
No se permitirán alimentos ni bebidas en el área recreativa al aire libre. Tendrás acceso
A las instalaciones de agua y baños. No se permiten chanclas en exteriores.
recreación.

Hay televisores disponibles y los canales se sintonizan según la programación publicada en las unidades de vivienda. El uso de televisores está prohibido quince (15) minutos antes del recuento y durante el mismo. Además, los televisores se apagarán durante la fila de pastillas, la limpieza de las áreas de vivienda y cuando puedan interferir con otras operaciones de la instalación. **El uso de la televisión es un privilegio y un supervisor podrá suspenderlo si lo considera necesario.**

## Fondos para inmigrantes

Se le permite estar en posesión de un total de $40.00 USD. Fondos superiores a Esta cantidad puede estar sujeta a medidas disciplinarias. Si recibe dinero adicional (por correo, programa de trabajo voluntario, etc.), se le cobrará y se le entregará un recibo de propiedad del inmigrante.-Se le emitirá.

Para retirar fondos, deberá completar una Solicitud de Detención. Para cualquier retiro de fondos, se requiere el recibo de propiedad de la detención y su documento de identidad. Se pueden hacer arreglos especiales si necesita retirar dinero de su cuenta para pagar servicios legales o enviar dinero fuera del centro.

## Radios portátiles AM/FM

CME ha implementado una política que permite el uso de radios portátiles en las instalaciones.
La política se ha promulgado como un esfuerzo por mejorar la calidad de vida de nuestros inmigrantes.
Para regular el uso de estas radios y garantizar la seguridad de nuestra población detenida, todos los participantes de este programa deben cumplir las siguientes pautas de política.

La radio portátil:

Debe ser una radio AM/FM con estuche de plástico transparente aprobado institucionalmente y diseñada para la seguridad.

- Debe ser aprobado por un supervisor o especialista en recreación si se compra en otra institución.
- No debe tener antena.
- Debe usarse únicamente entre las 5 a. m. y las 10 p. m.
- No debe tener capacidad para CD o casetes.
- Debe ser nuevo y en su embalaje original.
- Solo se deben usar con auriculares de botón de plástico. No se permiten auriculares con cable metálico.
- Debe abrirse en presencia del oficial de correo o del especialista en recreación.
- Debe estar en posesión del propietario en todo momento, la instalación no será responsable por radios perdidas, dañadas o extraviadas.
- No debe utilizarse como apuesta de juego.
- No debe estar en posesión de otro inmigrante.
- No debe alterarse.
- Debe utilizarse únicamente con pilas no alcalinas adquiridas por el/los inmigrante(s).
- Debe desechar adecuadamente las baterías viejas con la ayuda del oficial de cápsula/especialista en recreación.

El incumplimiento de cualquiera de los requisitos resultará en la revocación del privilegio de radio portátil y la incautación del mismo. El radio portátil se guardará en su bolsa de pertenencias y se le devolverá al salir de las instalaciones.

## Servicios religiosos

Se le proporcionará acceso a recursos, servicios, instrucción y asesoramiento religioso. El horario religioso se publica en su unidad de vivienda. Puede obtener información más específica sobre proveedores de servicios religiosos o materiales religiosos presentando una Solicitud de Detención del ICE en la oficina del Capellán.

**Biblioteca**

La biblioteca contiene materiales que se encuentran en bibliotecas escolares o comunitarias. Tendrá acceso a materiales de lectura no legales y deberá cuidarlos. La biblioteca, que incluye materiales legales, se encuentra en el edificio de recreación. Si reside en SMU o MHU , el especialista en recreación le proporcionará acceso a este material de forma rotativa.

**Biblioteca de Derecho**

Tendrá acceso a una biblioteca jurídica con materiales de autoayuda que puede usar para investigar o preparar su defensa. Informe a su oficial de vivienda que desea asistir a la biblioteca jurídica. Se le permitirá acceder a ella un mínimo de quince (15) horas semanales. Si necesita extender el tiempo asignado, presente una Solicitud de Detención del ICE al Especialista en Recreación y se le acomodará siempre que no haya riesgos de seguridad. La ubicación, el horario y las normas de la biblioteca jurídica se publican en su vivienda. Se aplican las siguientes normas generales:

1. Tendrá acceso a materiales legales y una oportunidad razonable de preparar documentos legales.
2. Los inmigrantes alojados en la SMU o la MHU tienen acceso a material jurídico dentro de sus respectivas áreas.
3. Tendrá privilegios de copia para formularios legales, cartas, material de investigación, etc. requeridos.
4. La biblioteca jurídica proporcionará un número adecuado de computadoras, impresoras y material de oficina para la preparación de documentos para procedimientos legales. Estos artículos están disponibles **únicamente para la preparación de documentos legales.** y no podrá utilizarse para correspondencia personal.
5. Puede solicitar ayuda a otros inmigrantes para investigar y preparar documentos legales. La aprobación de estas solicitudes se realizará caso por caso y se denegará si se percibe un riesgo para la seguridad.
6. Se intentará brindarle asistencia en su idioma nativo.
7. Usted podrá conservar documentos legales, siempre y cuando ello no suponga un riesgo para la seguridad.
8. Lexis Nexis estará disponible en la biblioteca jurídica. También está disponible en SMU y MHU. Si necesita utilizar este programa , puede consultar con el especialista en recreación para obtener instrucciones.
9. Si nota que falta material de la biblioteca, está desactualizado o dañado, notifique a un oficial o especialista en recreación.
10. Si el material legal que desea no está disponible en la biblioteca jurídica, envíe una Solicitud de Inmigrante de ICE al Especialista en Recreación.

**Solicitud de inmigrante**

Las solicitudes de inmigrantes del ICE se pueden utilizar para:

- comunicarse con el personal de ICE sobre su caso,
- solicitar servicios de interpretación para comunicaciones esenciales,
- solicitar cambio de condiciones de confinamiento,
- solicitar una copia certificada de los documentos de identidad en posesión de ICE,
- resolver o documentar quejas informales,
- solicitar adaptaciones razonables para una discapacidad, o
- abordar cualquier otra inquietud relacionada con ICE.

Las solicitudes de inmigrantes se pueden utilizar para:

- solicitud para depositar o retirar dinero de su cuenta,
- solicitar acceso a su propiedad personal,
- Haga preguntas sobre el pago de su programa de trabajo voluntario,
- voluntario para el programa de trabajo, o
- Abordar cualquier otra inquietud.

Los formularios de solicitud y las tabletas electrónicas están disponibles en cada unidad de alojamiento. Para preparar su solicitud, puede obtener ayuda de otro inmigrante o de un miembro del personal. Coloque el formulario de solicitud completo en la caja de seguridad con llave "Caja de Solicitudes", ubicada en su unidad de alojamiento. Recibirá una respuesta en un plazo de tres (3) días hábiles.

## Formularios de necesidades del inmigrante

Puede utilizar el Formulario de Necesidades del Inmigrante para reabastecer sus prendas personales o artículos de higiene personal si existe una necesidad justificada. Debe entregar el Formulario de Necesidades del Inmigrante completo al oficial de su unidad de alojamiento.

## Quejas y reclamos

Si tiene una queja o reclamo, debe hacer todo lo posible por resolverlo de manera informal. Nadie lo acosará, castigará ni disciplinará por intentar resolver quejas legítimas o por contactar a la Oficina del Inspector General. Si abusa del sistema de quejas presentando quejas frívolas, sus quejas podrían ser devueltas sin procesar. No puede presentar una queja en nombre de otro inmigrante, pero puede ayudarlo a preparar su propia queja. Se guardará una copia de su queja en su expediente médico o de detención.

Para presentar una queja o reclamo:

1. Puede presentar su queja/problema oralmente al oficial de su unidad de vivienda, al oficial de ICE o a cualquier otro miembro del personal, quien intentará resolver el asunto en ese nivel. Si no se puede resolver, el asunto se remitirá a un supervisor. Si el supervisor no puede resolver el motivo de su queja, puede presentar una queja formal por escrito o electrónica. Debe presentar su queja oralmente o, si es necesario, presentar su queja formal dentro de un plazo razonable a partir de la fecha en que el evento, incidente o condición subyacente se convirtió en una preocupación. Puede optar por omitir este procedimiento informal y proceder directamente al procedimiento de resolución formal que se describe a continuación. Se le informará que el formulario de queja puede abarcar un solo asunto o un conjunto de asuntos estrechamente relacionados; sin embargo, el formulario debe indicar claramente los asuntos que le preocupan; de lo contrario, el personal del centro podría tener que devolverlo para aclaraciones. Puede obtener ayuda de otro inmigrante, del oficial de su unidad de vivienda o de cualquier otro miembro del personal del centro para preparar una queja. Fuentes externas, como familiares o representantes legales, también pueden brindarle asistencia. Los inmigrantes analfabetos, con discapacidad o con dominio limitado del inglés tendrán la oportunidad de recibir asistencia adicional si la solicitan. Si considera que el asunto es delicado o que su seguridad o bienestar se verían comprometidos si otras personas en el centro se enteran de la queja, puede sellar el Formulario de Queja del Inmigrante completo en un sobre y marcar el exterior como "sensible" o "médicamente delicado". El sobre se enviará directamente al Administrador Adjunto de Servicios de Salud. El oficial de su unidad de alojamiento le proporcionará un sobre si lo solicita.
2. Una vez que haya llenado completamente el Formulario de Quejas del Inmigrante y lo haya firmado y fechado, puede depositarlo en la caja de seguridad con llave ubicada en su unidad de vivienda, denominada "Caja de Quejas", o puede entregarlo personalmente al Oficial de Quejas durante sus rondas en su unidad de vivienda. Las quejas médicas se entregarán de inmediato al personal médico para su procesamiento. El Oficial de Quejas se reunirá con usted e intentará resolver su causa no médica de queja. De ser necesario, el Oficial de Quejas puede remitir su queja al jefe del departamento responsable para su resolución. En un plazo de cinco (5) días hábiles, se le proporcionará una respuesta por escrito con la decisión y la justificación de la misma. El personal médico designado actuará sobre las quejas médicas y le proporcionará una respuesta por escrito en un plazo de cinco (5) días hábiles a partir de su recepción.
3. Si no está satisfecho con la respuesta escrita proporcionada para un Si tiene alguna queja, puede apelar la decisión ante la Junta de Apelaciones de Quejas (GAB). Este comité está compuesto por un Oficial de Supervisión de Detención y Deportación (SDDO) delegado y dos (2) jefes de departamento o sus representantes, uno de los cuales será un profesional médico para quejas médicas. La GAB puede llamar a testigos, inspeccionar pruebas y recopilar hechos esenciales para una decisión imparcial. Se le brindará la oportunidad de comparecer ante la GAB para presentar su caso, responder preguntas y responder a cualquier prueba o testimonio contradictorio. El comité le proporcionará una decisión por escrito y su justificación dentro de los cinco (5) días hábiles posteriores a la recepción de su apelación. Para presentar su apelación ante la GAB, marque la sección correspondiente del formulario de queja, firme y feche el formulario, y devuélvalo al Oficial de Quejas electrónicamente por tableta o durante sus rondas a su unidad de vivienda.
4. Si no acepta la decisión del GAB, puede apelarla ante la AFOD. La AFOD Revisará la decisión del GAB y la confirmará, modificará o revocará. Esta decisión también se emitirá por escrito e incluirá una explicación de los fundamentos. Esta decisión se le comunicará dentro de los cinco (5) días siguientes a la recepción de la apelación y será definitiva. Para presentar su apelación ante la AFOD, marque la sección correspondiente del formulario de queja, fírmelo, feche el formulario y devuélvaselo al Oficial de Quejas electrónicamente mediante tableta o durante sus visitas a su unidad de vivienda.
5. Tiene la oportunidad de presentar una queja sobre denuncias de abuso físico o sexual y violaciones de los derechos civiles, junto con violaciones de mala conducta de los oficiales, directamente a la sede de ICE ERO o a la Oficina del Inspector General (OIG) del Departamento de Seguridad Nacional (DHS):

**Informe a la sede de ICE ERO:**

- Comuníquese con la línea de información y denuncia de detención del ICE:
  - Llama al: 1-888351-4024 o marca rápida 9116#
- Comuníquese con el ICE OPR JIC:
  - Llama al: 1-877-246-8253
  - Correo electrónico: Joint.Intake@dhs.gov
  - Escriba una carta a: Apartado Postal 14475
    1200 Pennsylvania Ave. NW
    Washington, DC 20044

**Informe a la OIG del DHS:**

- Comuníquese con la OIG del DHS:
  - Llama al: 1-800-323-8603 o marca rápida 518#
  - Correo electrónico: DHSOIGHOTLINE@DHS.GOV
  - Escriba una carta a: 245 Murray Drive, Edificio 410 Parada: 2600
    Washington, DC 20528

## Quejas de emergencia

Cualquier queja que implique una amenaza inmediata para su salud, seguridad o bienestar se considerará una queja de emergencia. Si considera que el motivo de su queja pone en peligro su salud, seguridad o bienestar, debe notificar de inmediato al responsable de su unidad de vivienda o a cualquier otro miembro del personal de la instalación. Si, de hecho, está planteando un problema que requiere atención urgente, su queja se remitirá de inmediato al SDDO de turno, quien tomará las medidas necesarias para resolverlo. Puede optar por presentar su queja directamente al SDDO de turno.

## Solicitud de matrimonio

El CME reconoce a los inmigrantes que solicitan matrimonio mientras están bajo custodia. El Departamento de Bomberos considerará las solicitudes de matrimonio caso por caso. Usted o su representante legal deben presentar su solicitud de permiso para contraer matrimonio al Departamento de Bomberos por escrito.

Su solicitud de permiso para casarse será denegada si:

1. No eres legalmente elegible para casarte.
2. usted no es mentalmente competente, según lo determine un médico calificado.
3. Su futuro cónyuge no ha manifestado por escrito su intención de casarse con usted. Esta carta debe incluir el nombre, la edad, la ciudadanía, la fecha de nacimiento, el número de seguro social y el número de teléfono de su futuro cónyuge.
4. el matrimonio representaría una amenaza para la seguridad o el funcionamiento ordenado de las instalaciones.
5. Si entra en conflicto con un interés gubernamental imperioso. Por ejemplo, si se ha notificado una orden final de exclusión, deportación o expulsión, y la celebración de la ceremonia matrimonial requiere el aplazamiento de su expulsión física de Estados Unidos.

Si el Departamento de Bomberos deniega la solicitud, se le comunicarán por escrito a usted y a su representante legal las razones de la decisión dentro de los treinta (30) días siguientes a la fecha de la solicitud. El inmigrante puede apelar la denegación presentando un formulario de queja al Director de la Oficina de Campo (FOD). Si se aprueba la solicitud, usted, su representante legal u otra(s) persona(s) que actúen en su nombre deberán encargarse de todos los preparativos para el matrimonio. Estos incluyen, entre otros, a) análisis de sangre, b) licencia de matrimonio y c) la contratación de un funcionario para oficiar la ceremonia. El FOD se reserva el derecho de aprobar la fecha, el lugar y la forma de todos los preparativos. No se le permitirá salir de las instalaciones para realizar los preparativos del matrimonio, que se celebrará dentro de las instalaciones. Solo podrán asistir las personas esenciales para la ceremonia, que será privada y sin publicidad en los medios.

La solicitud de matrimonio no tendrá ningún efecto sobre el procesamiento o acción regular o programada en su caso legal.

## Presentación de los derechos legales del grupo

El CME permite a abogados, representantes acreditados y asistentes legales realizar presentaciones a personas para informarles sobre las leyes y procedimientos de inmigración de Estados Unidos. Las presentaciones sobre derechos legales se realizan de lunes a viernes, y puede inscribirse en la hoja proporcionada por su oficial de vivienda. En ocasiones, el presentador podría tener que cancelar la presentación; en cuyo caso, se le notificará de la cancelación y se le brindará la

oportunidad de asistir a la siguiente presentación programada regularmente. La asesoría individual puede formar parte de una presentación grupal sobre derechos legales. Se permite que los grupos reciban información sobre sus derechos legales dentro de los límites de la política de visitas y sin la presencia del personal.

### Representación y asistencia legal

Puede contactar a un abogado por teléfono , por correspondencia escrita sin censura y durante las visitas. El abogado puede ser de su elección y su contratación correrá por su cuenta. Si desea un abogado pero no puede costearlo, puede conseguir un representante de alguna de las organizaciones o personas pro bono que aparecen en la lista publicada en la unidad de vivienda. Pueden representarlo gratuitamente. La lista se actualiza cada tres (3) meses. Los abogados y las organizaciones mencionados no constituyen una recomendación.

### Consulado y Tribunal de Inmigración

Le recomendamos que solicite asistencia a su consulado. En los teléfonos disponibles en este centro, se ha preprogramado una lista completa de los números de teléfono del consulado. El código de acceso a su consulado se encuentra en su unidad de vivienda. Las llamadas a su consulado son gratuitas. Si tiene problemas para comunicarse con su consulado, puede solicitar asistencia completando una Solicitud de Detención del ICE. Si es necesario, puede solicitar ayuda para completar el formulario.

También tiene acceso al número de información del Tribunal de Inmigración: 1-800-898-7180. Tenga a mano su Número A. Asegúrese de marcar los nueve (9) dígitos de su Número A. Si su Número A tiene ocho (8) dígitos, debe colocar un cero (0) delante del Número A.

## VI. Personas con discapacidad y con dominio limitado del inglés

### Adaptaciones para personas con discapacidad

A los inmigrantes con discapacidades que tienen un dominio limitado del inglés se les proporciona acceso significativo a sus programas y actividades a través de asistencia lingüística, incluido personal bilingüe o servicios profesionales de interpretación y traducción.

El acceso físico a los programas y actividades se proporcionará en el entorno menos restrictivo posible y en el entorno más integrado y adecuado a las necesidades del inmigrante con discapacidad. Los inmigrantes con discapacidad que requieran un dispositivo de asistencia, como una muleta o una silla de ruedas, podrán llevarlos consigo en todo momento, a menos que se planteen problemas de seguridad tras una revisión individualizada. Para solicitar una evaluación y adaptación por discapacidad, presente un Formulario de Notificación de Adaptación por Discapacidad para Inmigrantes al personal médico o al personal del CME. Los formularios necesarios estarán disponibles en su unidad de alojamiento o en el departamento médico. La discapacidad o la necesidad de dispositivos o equipos de asistencia de un inmigrante no serán la única base para la decisión del centro de aislarlo del resto de la población.

Se permitirá a los inmigrantes plantear inquietudes sobre adaptaciones relacionadas con la discapacidad y/o el proceso de adaptación a través del sistema de quejas. Las personas con discapacidad tienen igualdad de oportunidades para acceder y participar en el sistema de quejas.

No se confiscarán los servicios, artículos o ayudas auxiliares aprobados por el centro que utilice un inmigrante con discapacidad.

### Asistencia lingüística y de comunicación

El centro proporcionará a las personas detenidas con discapacidad una comunicación eficaz, lo que puede incluir ayudas auxiliares, como lectores, materiales en braille, grabaciones de audio, amplificadores de auriculares, teléfonos compatibles con audífonos, dispositivos de telecomunicaciones para personas sordas (TTY), intérpretes y personal para tomar notas, según sea necesario. El centro también proporcionará a las personas detenidas con un dominio limitado del inglés asistencia lingüística, incluyendo personal bilingüe o servicios profesionales de interpretación y traducción, para facilitarles el acceso a todos los programas y actividades.

Para comunicarse con cualquier número de teléfono en los Estados Unidos utilizando la máquina TeleType (TTY):

- Si utiliza una máquina TTY, primero marque 711. Esto lo conectará con un Servicio de retransmisión de telecomunicaciones (TRS).
- Una vez que esté conectado con el operador de TRS, proporciónele el número de teléfono al que desea llamar.
- Luego, el operador de TRS lo conectará con ese número.
- Si tiene algún problema o pregunta con respecto al uso de una máquina TTY, solicite ayuda al personal de las instalaciones.

# VII. Actos prohibidos y sanciones

## Código básico de conducta / responsabilidades

La política del CME es tratar a los inmigrantes con dignidad y respeto, manteniendo un entorno seguro. Brindará su total cooperación al personal mientras espera la tramitación de su caso. Cumplirá con lo siguiente:

1. Obedezca todas las reglas, políticas y procedimientos.
2. Obedecer todas las órdenes dadas por los miembros del personal.
3. Respetar al personal y a los demás inmigrantes.
4. Respetar la propiedad del gobierno y la propiedad de otros inmigrantes.
5. No molestar ni alimentar a la vida silvestre.
6. Manténgase limpio, así como su ropa y área de estar.

**NO** se refiera al personal por su nombre de pila. Al personal uniformado se le llamará por su rango o rango y apellido (por ejemplo, Oficial, Oficial Torres). Al personal no uniformado se le llamará por su título o título y apellido (por ejemplo, Doctor, Dra. Miranda).

Puede ayudarnos a protegerse y a los demás actuando de manera cooperativa. Si no lo hace, debemos imponer sanciones para mantener el orden. La lista de actos prohibidos y las sanciones correspondientes se clasifica a continuación:

**Escala de gravedad**

- **Las mayores ofensas**
- **Delitos graves**
- **Delitos moderados y altos**
- **Delitos leves y moderados**

| **del Código** | **Categoría de Delito "Mayor"** |
|---|---|
| 100 | asesinatos |
| 101 | Agredir a cualquier persona (incluye agresión sexual) |
| 102 | Escape de la escolta; escape de una instalación segura |
| 103 | Prender fuego (se acusa de este acto en esta categoría solo cuando se determina que representa una amenaza para la vida o una amenaza de daño corporal grave o para promover un acto prohibido de mayor gravedad, por ejemplo, un motín o una fuga; de lo contrario, el cargo se clasifica como Código 222, 223 o 322) |
| 104 | Posesión o introducción de un arma de fuego, arma, instrumento afilado, cuchillo, producto químico peligroso, explosivo, herramienta de escape, dispositivo o munición |
| 105 | Disturbios |
| 106 | Incitar a otros a alborotarse |
| 107 | Toma de rehenes |
| 108 | Agredir a un miembro del personal o a cualquier agente del orden público |
| 109 | Amenazar a un miembro del personal o a cualquier agente del orden público con causarle daño corporal |
| *198 | Interferir con un miembro del personal en el desempeño de sus funciones (la conducta debe ser de la mayor gravedad; este cargo se debe utilizar solo si no es aplicable otro cargo de la mayor gravedad) |
| *199 | Conducta que perturba o interfiere con la seguridad o el funcionamiento ordenado de las instalaciones (la conducta debe ser de la mayor gravedad; este cargo se debe utilizar solo si no es aplicable otro cargo de la mayor gravedad) |

**Sanciones**

Nota: Cualquiera de los actos prohibidos en esta serie puede resultar en una o más de las siguientes sanciones:

1. Iniciar un proceso penal



PROPIEDAD DEL GOBIERNO DE LOS ESTADOS UNIDOS

Case 3:26-cv-01515-LS Document 53-10 Filed 10/15/26 Page 102 of 178


| | |
|---|---|
| 2. | Traslado disciplinario (recomendado) |
| 3. | Segregación disciplinaria (hasta 60 días) |
| 4. | Realizar la restitución monetaria si hay fondos disponibles. |
| 5. | Pérdida de privilegios (por ejemplo, películas, recreación, etc.) |

| Código | Actos Prohibidos Categoría de Delito "Alto" |
|---|---|
| 200 | Escape de actividades sin escolta, instalaciones abiertas o seguras, sin violencia |
| 201 | Peleas, boxeo, lucha libre, sparring y cualquier otra forma de encuentro físico, incluyendo juegos bruscos, que cause o pueda causar lesiones a otra persona: excepto cuando sea parte de una actividad recreativa o atlética aprobada. |
| 202 | Posesión o introducción de una herramienta no autorizada |
| 203 | Pérdida, extravío o daño de cualquier herramienta restringida |
| 204 | Amenazar a otra persona con daño corporal |
| 205 | Extorsión, chantaje, protección: exigir o recibir dinero o cualquier cosa de valor a cambio de protección contra otros, evitar daños corporales o evitar una amenaza contra la que se informa. |
| 206 | Participar en actos sexuales |
| 207 | Hacer propuestas o amenazas sexuales |
| 208 | Llevar un disfraz o máscara |
| 209 | Manipular o bloquear cualquier dispositivo de bloqueo |
| 210 | Adulteración de alimentos o bebidas |
| 211 | Posesión, introducción o uso de narcóticos, parafernalia de narcóticos o drogas no prescritas para el individuo por el personal médico |
| 212 | Poseer la ropa de un oficial o miembro del personal |
| 213 | Participar o incitar a una manifestación grupal |
| 214 | Alentar a otros a participar en un paro laboral o a negarse a trabajar |
| 215 | Negarse a proporcionar una muestra de orina o cooperar de otra manera en una prueba de drogas |
| 216 | Introducción de alcohol en las instalaciones |
| 217 | Dar u ofrecer a un funcionario o miembro del personal un soborno o cualquier cosa de valor |
| 218 | Dar dinero a, o recibir dinero de, cualquier persona para un propósito ilegal o prohibido (por ejemplo, introducir o transportar contrabando) |
| 219 | Destrucción, alteración o daño de propiedad (del gobierno o de otra persona) con un valor superior a $100 |
| 220 | Ser declarado culpable de cualquier combinación de tres o más delitos graves, moderados o bajos, dentro de los 90 días |
| 221 | Eliminado |
| 222 | Poseer o introducir un dispositivo incendiario (por ejemplo, fósforos, encendedores, etc.) |
| 223 | Participar en cualquier acto que pueda poner en peligro a personas y/o bienes. |
| *298 | Interferir con un miembro del personal en el desempeño de sus funciones (la conducta debe ser de la máxima gravedad; este cargo se debe utilizar solo cuando no sea aplicable ningún otro cargo de la máxima gravedad) |
| *299 | Conducta que perturba o interfiere con la seguridad o el funcionamiento ordenado de las instalaciones (la conducta debe ser de la máxima gravedad; este cargo se debe utilizar solo cuando no sea aplicable ningún otro cargo de la máxima gravedad) |

**Sanciones**

Nota: Cualquiera de los actos prohibidos en esta serie puede resultar en una o más de las siguientes sanciones.

1. Iniciar un proceso penal
2. Traslado disciplinario (recomendado)
3. Segregación disciplinaria (hasta 30 días)
4. Realizar una restitución monetaria si hay fondos disponibles
5. Pérdida de privilegios (por ejemplo, películas, recreación, etc.)
6. Cambiar de vivienda
7. Retirar del programa y/o actividad grupal

8. Pérdida del empleo
9. Confiscar y almacenar los bienes pers[illegible]
10. Confiscar el contrabando
11. Restringir a la unidad de vivienda
12. Advertencia

| **Código** | **Actos Prohibidos Categoría de Delito "Alto Moderado"** |
|---|---|
| 300 | Exposición indecente |
| 301 | Robo (hurto) |
| 302 | Mal uso de medicamentos autorizados |
| 303 | Pérdida, extravío o daño de una herramienta menos restringida |
| 304 | Préstamo de bienes u otros artículos de valor para obtener ganancias o un mayor rendimiento |
| 305 | Poseer artículo(s) no autorizado(s) para recepción o retención y no emitidos a través de los canales regulares. |
| 306 | Negativa a limpiar el área de vivienda asignada |
| 307 | Negarse a obedecer la orden de un miembro del personal o un oficial (puede categorizarse y acusarse como una ofensa mayor o menor, dependiendo del tipo de desobediencia: continuar con el disturbio es el Código 105 - Disturbios; continuar peleando es el Código 201 - Peleas; Código 215 - Negarse a proporcionar una muestra de orina o cooperar de otra manera en una prueba de drogas). |
| 308 | Insolencia hacia un miembro del personal |
| 309 | Mentir o proporcionar declaraciones falsas al personal |
| 310 | Falsificación, falsificación u otra reproducción no autorizada de procedimientos monetarios u otros documentos o artículos oficiales (por ejemplo, documento de seguridad, tarjeta de identificación, etc.); puede categorizarse como delito mayor o menor, dependiendo de la naturaleza y el propósito de la reproducción (por ejemplo, falsificación de documentos de liberación para lograr el escape—Código 102 o 200). |
| 311 | Participar en una reunión o encuentro no autorizado |
| 312 | Estar en una zona no autorizada |
| 313 | Conteo por falta de comparecencia |
| 314 | Interferir con el conteo |
| 315 | Fabricación, posesión o uso de intoxicantes |
| 316 | Negarse a una prueba de alcoholemia u otra prueba de consumo de alcohol |
| 317 | Juegos de azar |
| 318 | Preparar o dirigir una quiniela de juego |
| 319 | Posesión de parafernalia de juego |
| 320 | Contacto no autorizado con el público |
| 321 | Dar dinero u otro artículo de valor a, o aceptar dinero u otro artículo de valor de, cualquier persona, incluido otro inmigrante, sin autorización del personal |
| 322 | Destrucción, alteración o daño de propiedad (del gobierno o de otra persona) con un valor superior a $100 |
| 323 | Firmar, preparar, circular o solicitar apoyo para peticiones grupales prohibidas que amenacen la seguridad o el funcionamiento ordenado de la instalación. |
| *398 | Interferir con un miembro del personal en el desempeño de sus funciones (la infracción debe ser de gravedad moderada alta; este cargo se debe utilizar solo cuando no sea aplicable ningún otro cargo en esta categoría) |
| *399 | Conducta que altera o interfiere con la seguridad o el funcionamiento ordenado de las instalaciones (la infracción debe ser de gravedad moderada alta; este cargo se debe utilizar solo cuando no sea aplicable ningún otro cargo en esta categoría) |

*** Cualquier combinación de delitos graves, moderados y bajos, durante un período de 90 días constituirá un delito grave.**

**Sanciones**

Nota: Cualquiera de los actos prohibidos en esta serie puede resultar en una o más de las siguientes sanciones.

1. Iniciar un proceso penal
2. Traslado disciplinario (recomendado)
3. Segregación disciplinaria (hasta 72 horas)
4. Realizar una restitución monetaria si hay fondos disponibles
5. Pérdida de privilegios (por ejemplo, películas, recreación, etc.)
6. Cambiar de vivienda
7. Retirar del programa y/o actividad grupal
8. Pérdida del empleo
9. Confiscar y almacenar los bienes personales del inmigrante
10. Confiscar el contrabando
11. Restringir a la unidad de vivienda
12. Reprimenda
13. Advertencia

| **Código** | **Actos Prohibidos Categoría de Delito "Bajo Moderado"** |
|---|---|
| 400 | Posesión de bienes pertenecientes a otra persona |
| 401 | Posesión de ropa no autorizada |
| 402 | Simular; fingir enfermedad |
| 403 | Fumar donde esté prohibido |
| 404 | Usar lenguaje abusivo u obsceno |
| 405 | Tatuajes, perforaciones corporales o automutilación |
| 406 | Usos no autorizados del correo o del teléfono (con restricción o suspensión temporal de los privilegios abusados, que a menudo es la sanción apropiada) |
| 407 | Conducta con un visitante que viola las reglas y regulaciones (con restricción o suspensión temporal de los privilegios de visita, que suele ser la sanción apropiada) |
| 408 | Realización de un negocio |
| 409 | Posesión de dinero o divisas, salvo autorización expresa |
| 410 | Incumplimiento de las normas de seguridad o saneamiento |
| 411 | Usos no autorizados de equipos o maquinaria |
| 412 | Utilizar equipos o maquinaria de forma contraria a las normas de seguridad establecidas |
| 413 | Ser insalubre o desordenado; no mantener su propia salud y el área de vivienda en conformidad con las normas publicadas |
| *498 | Interferir con un miembro del personal en el desempeño de sus funciones (la infracción debe ser de gravedad moderada baja; este cargo se debe utilizar solo cuando no sea aplicable ningún otro cargo en esta categoría) |
| *499 | Conducta que altera o interfiere con la seguridad o el funcionamiento ordenado de las instalaciones (la infracción debe ser de gravedad baja o moderada; este cargo se debe utilizar solo cuando no sea aplicable ningún otro cargo en esta categoría) |

**Sanciones**

Nota: Cualquiera de los actos prohibidos en esta serie puede resultar en una o más de las siguientes sanciones.

1. Pérdida de privilegios (por ejemplo, películas, recreación, etc.)
2. Cambiar de vivienda
3. Retirar del programa y/o actividad grupal
4. Pérdida del empleo
5. Confiscar y almacenar los bienes personales del inmigrante
6. Confiscar el contrabando
7. Restringir a la unidad de vivienda
8. Reprimenda
9. Advertencia

**Aviso a los inmigrantes**

Usted tiene los siguientes derechos:

1. Usted tiene derecho a protección contra el abuso personal, el castigo corporal, el uso innecesario o excesivo de la fuerza, lesiones personales, enfermedades, daños a la propiedad y acoso.
2. Usted tiene derecho a no ser discriminado por motivos de raza, religión, origen nacional, género, orientación sexual, capacidad física o mental o creencias políticas.
3. Usted tiene derecho a solicitar adaptaciones razonables para cualquier discapacidad legítima.
4. Usted tiene derecho a presentar una queja de acuerdo con las políticas y procedimientos del centro provistos en el manual del inmigrante, sin temor a represalias.
5. Usted tiene derecho a comunicarse con personas u organizaciones en consonancia con la seguridad, la protección y el funcionamiento ordenado de las instalaciones.
6. Usted tiene derecho al debido proceso, incluida la pronta resolución de un asunto disciplinario.

## Sistema disciplinario

Dado que muchos inmigrantes deben compartir un espacio limitado dentro de un centro penitenciario, es fundamental mantener el orden y la disciplina. El orden y la disciplina no solo benefician al personal, sino también a la seguridad y el bienestar de los inmigrantes.

Si bien muchos problemas pueden resolverse de manera informal mediante asesoramiento informal, en ocasiones es necesario imponer medidas disciplinarias.

Si enfrenta una posible acción disciplinaria que involucre una violación de una norma administrativa, tiene derecho al debido proceso, incluido el derecho a que cualquier asunto disciplinario se resuelva rápidamente.

El personal de CME seguirá los siguientes procedimientos para resolver su asunto disciplinario de manera justa y rápida.

## Definiciones:

**Comité Disciplinario de Unidad:** El Comité Disciplinario de Unidad (CDU) es un proceso de investigación/adjudicación de nivel intermedio que se utiliza para adjudicar cargos de gravedad moderada alta o moderada baja. Este manual incluye una lista de estos cargos. El CDU estará compuesto por tres (3) miembros, de los cuales al menos uno (1) será supervisor. El comité no incluirá al oficial denunciante, al oficial investigador, a ningún miembro de la unidad remitente ni a ninguna persona que haya presenciado o participado directamente en el incidente. El CDU celebrará audiencias y, en la medida de lo posible, resolverá *informalmente* los casos que involucren cargos de gravedad moderada alta o moderada baja. Los casos no resueltos, así como los que involucren cargos más graves, se remitirán al Panel Disciplinario Institucional para su resolución *formal* .

**Panel Disciplinario Institucional:** El Panel Disciplinario Institucional (PDI) es un panel de tres (3) personas que se encarga de juzgar los informes de incidentes de inmigrantes. El PDI celebrará audiencias el primer día hábil después de recibir una remisión del UDC, a menos que usted solicite una audiencia inmediata. Su audiencia podría retrasarse por razones como, entre otras, la investigación en curso de los hechos o la falta de uno (1) o más testigos esenciales. Si se encuentra recluido en aislamiento administrativo, la demora no excederá de setenta y dos (72) horas. El panel no incluirá al oficial denunciante, al oficial investigador, a ningún miembro del UDC remitente ni a ninguna persona que haya presenciado o participado directamente en el incidente.

## Infracciones administrativas

Si se le acusa de cometer un acto prohibido, se le debe entregar una copia del informe del incidente durante el proceso de investigación formal y no menos de veinticuatro (24) horas antes de su comparecencia ante el IDP. Si las acusaciones son graves, se le puede colocar en segregación administrativa por un período temporal. Se iniciará una investigación oficial dentro de las veinticuatro (24) horas posteriores a que el supervisor responsable sea notificado del incidente o las acusaciones. La investigación se completará dentro de las setenta y dos (72) horas posteriores a que se informe del incidente al supervisor responsable. La investigación administrativa se suspenderá si el incidente está bajo investigación por otros motivos (es decir, el acto prohibido está bajo investigación penal) a menos que y hasta que la agencia con jurisdicción primaria concluya su investigación o indique que no continuará con el asunto.

El supervisor investigador le informará sobre su derecho a guardar silencio en todas las etapas del proceso disciplinario y le proporcionará una lista completa de sus derechos durante dicho proceso. El investigador también le informará sobre su derecho, si corresponde, a una audiencia inicial ante la UDC dentro de las veinticuatro (24) horas siguientes a la finalización de la investigación.

El supervisor investigador leerá los cargos en su contra y le tomará declaración. También entrevistará a los testigos que identifique. El investigador también revisará las pruebas físicas, si están disponibles. El investigador preparará un informe fáctico de la investigación y lo remitirá al Departamento de Denuncias de la Unidad (UDC) para determinar si es posible una resolución informal. Se celebrará una audiencia del UDC dentro de las veinticuatro (24) horas siguientes a la finalización de la investigación.

Durante la audiencia de la UDC usted tiene derecho a:

- Permanecer en silencio en cualquier etapa del proceso disciplinario
- El debido proceso, que incluye asistir a toda la audiencia (excluyendo las deliberaciones del comité o instancias en las que su presencia supondrá un riesgo de seguridad), renunciar al derecho a comparecer; o tener una audiencia de UDC dentro de veinticuatro (24) horas después de la conclusión de la investigación.
- Presentar declaraciones y pruebas, incluido el testimonio de testigos a su favor.
- Apelar la determinación del comité a través del proceso de quejas de los inmigrantes.

El UDC considerará informes escritos, declaraciones y pruebas físicas. También le brindará la oportunidad de declarar y presentar cualquier prueba que sea útil para su caso. En la medida de lo posible, el UDC intentará resolver el asunto de manera informal. Si se determina que ha cometido un acto prohibido, el UDC podrá imponerle sanciones menores. Las sanciones disponibles para el UDC van del 5 al 13, de acuerdo con la tabla de actos prohibidos y sanciones asociadas que se detalla en otra parte de este manual. Los casos no resueltos y los casos de falta grave se remitirán al Departamento de Policía de Inmigrantes (IDP).

## Representación del personal

Si lo solicita, se le asignará un miembro del personal para ayudarle a preparar su defensa ante el Departamento de Inmigración. Esta ayuda se le proporcionará automáticamente si es analfabeto, tiene un dominio limitado del inglés, no tiene los medios para recopilar y presentar pruebas esenciales o se encuentra en aislamiento administrativo o disciplinario. Este representante del personal trabajará en su nombre para presentar ante el Departamento de Inmigración pruebas que se consideren razonablemente relevantes para su defensa contra los cargos o para atenuarlos. Si así lo desea, puede solicitar que otro inmigrante le asista en lugar de un representante del personal. El AFOD decidirá si aprueba o deniega su solicitud de un asistente para inmigrantes.

Antes de remitir el informe del incidente al IDP, se le informará de sus derechos en el panel, tanto verbalmente como por escrito. A continuación, se detallan sus derechos antes de comparecer ante el IDP:

1. El derecho a una copia escrita de los cargos contra usted, al menos veinticuatro (24) horas antes de comparecer ante el panel.
2. El derecho a un miembro del personal a tiempo completo de su elección que pueda representarlo ante el panel.
3. El derecho a presentar pruebas documentales y a llamar a testigos a su favor, siempre que la utilización de testigos ante el panel no comprometa la seguridad institucional.
4. El derecho a guardar silencio. Su silencio por sí solo no podrá utilizarse para fundamentar la conclusión de que usted cometió un acto prohibido.
5. El derecho a estar presente durante toda la audiencia disciplinaria y la lectura de la decisión del panel, excepto durante las deliberaciones del panel y cuando la seguridad institucional pueda verse comprometida o en peligro por su presencia.
6. El derecho a recibir una notificación escrita de la decisión del panel que explique la base de sus conclusiones.
7. El derecho a apelar la decisión del panel ante la AFOD, mediante el proceso de quejas de inmigrantes. Debe presentar esta apelación dentro de los cinco (5) días siguientes a la fecha en que se le notifique la decisión del panel.

El IDP está compuesto por tres (3) miembros del personal designados por la AFOD. Uno de ellos preside el panel. El IDP programará su audiencia el primer día hábil después de recibir la remisión del UDC, a menos que usted renuncie a su derecho a una notificación previa y solicite una audiencia inmediata. En cualquier momento durante la audiencia, el IDP podrá ordenar una investigación adicional sobre el presunto acto prohibido y podrá aplazarla.

El panel considerará informes escritos, declaraciones, pruebas físicas y testimonios orales. El IDP también escuchará los alegatos del inmigrante y del representante del personal. El IDP basará sus conclusiones en la preponderancia de las pruebas y, si el comité determina que usted cometió un acto prohibido, solo impondrá las sanciones autorizadas. Las sanciones disponibles para el IDP incluyen las del "1" al "13", de acuerdo con la tabla de actos prohibidos y sanciones asociadas que se

detalla en otra parte de este manual. Sin embargo, el AFOD o su designado deben aprobar la recomendación del panel antes de que cualquier inmigrante sea colocado en aislamiento disciplinario.

El IDP utiliza un sistema establecido de cargos y sanciones por infracciones a las normas. Los detalles de este sistema se detallan en las páginas anteriores de este manual. El panel puede emitir un veredicto en su caso utilizando estos cargos y sanciones. El panel puede reducir los cargos si lo considera apropiado. Si no acepta el veredicto del panel, puede ejercer su derecho a apelar. Para apelar la decisión del panel, puede presentar una queja escrita o electrónica. Localice la casilla marcada como "Apelación Disciplinaria" en el formulario de queja y marque la casilla. Complete el formulario y colóquelo en la caja segura de su unidad de vivienda denominada " Caja ~~de Quejas~~ ". También puede entregar el formulario al Oficial de Quejas durante sus visitas a su unidad de vivienda. Otro inmigrante o miembro del personal del centro puede ayudarle a preparar su apelación. Si es analfabeto, tiene una discapacidad o un dominio limitado del inglés, se le proporcionará asistencia si la solicita.

### Infracciones penales

Todos los inmigrantes están sujetos a las leyes de Estados Unidos y del estado donde se encuentran. Cualquier inmigrante que viole estas leyes puede ser acusado penalmente y juzgado por dicha infracción en el tribunal local, estatal o federal correspondiente. Se le notificará formalmente si se le acusa de una infracción penal mientras se encuentra bajo custodia de ICE. Una vez que se le notifique que se le acusa de una infracción penal, se le informará que tiene derecho a representación legal para cualquier entrevista o comparecencia judicial relacionada con los cargos penales pendientes en su contra. Si no tiene recursos, se le asignará un abogado para que lo represente durante el proceso penal. La presentación o resolución de cargos en un tribunal judicial de registro por la infracción de la ley local, estatal o federal no impide ni afecta en modo alguno la tramitación administrativa del mismo acto como asunto disciplinario institucional, ni la adopción de medidas disciplinarias contra el inmigrante en cuestión. Sin embargo, la información obtenida durante el proceso administrativo del asunto disciplinario institucional no puede utilizarse para incriminar al inmigrante/acusado en un caso penal.

## VIII. Concientización sobre la agresión sexual

Mientras esté inmigrante por la Oficina de Control de Agresiones y Reclamaciones (ERO) del ICE del DHS, tiene derecho a estar seguro y libre de abuso y agresión sexual. Denuncie cualquier intento de abuso o agresión a un miembro del personal del centro (por ejemplo, al oficial de su unidad de alojamiento, a un supervisor, a un profesional de la salud o al oficial a cargo) o directamente a la Línea de Información y Denuncias de Detención del ICE al 1-888-351-4024, a la Oficina del Inspector General (OIG) del DHS al 1-800-323-8603 o al Centro de Admisión Conjunta (JIC) de la Oficina de Responsabilidad Profesional (OPR) del ICE al
1-877-246-8253.

### Definiciones

**Custodia:** La custodia se refiere al período durante el cual una persona ha sido arrestada por el ICE bajo sus autoridades administrativas o penales, se encuentra físicamente presente en un centro de detención, retención u otro centro propiedad, arrendado o contratado por el ICE, de conformidad con dichas autoridades, o está siendo transportada por el ICE (incluso para fines de deportación de los Estados Unidos) de conformidad con dichas autoridades. La custodia finaliza cuando la persona es liberada del confinamiento, control o restricción física del ICE, incluso al ser transferida a otra agencia para su detención bajo sus propias autoridades legales.

**Inmigrante:** Inmigrante significa un extranjero inmigrante bajo custodia de ICE.

**Abuso y agresión sexual:**
- Abuso y agresión sexual de un inmigrante por otro inmigrante;
- Abuso y agresión sexual de un inmigrante por parte de un miembro del personal, contratista o voluntario.

**Abuso/agresión sexual entre inmigrantes:**
- Uno (1) o más inmigrantes, *por fuerza, coerción o intimidación, o si la víctima no pudo consentir o negarse,* participar o intentar participar en un acto con otro inmigrante que implique **contacto entre el pene y la vagina o el ano, incluido el contacto que involucre el pene al momento de la penetración.**
- Uno (1) o más inmigrantes, *mediante fuerza, coerción o intimidación, o si la víctima no pudo consentir o negarse,* participar o intentar participar en un acto con otro inmigrante que implique **contacto entre la boca y el pene, la vulva o el ano.**



PROPIEDAD DEL GOBIERNO DE LOS ESTADOS UNIDOS

- Uno (1) o más inmigrantes, *mediante fuerza, coerción o intimidación, o si la víctima no pudo consentir o negarse,* participar o intentar participar en un acto con otro inmigrante que implique **penetración anal o genital, por leve que sea, con una mano o un dedo o con cualquier objeto.**
- Uno (1) o más inmigrantes, *por fuerza, coerción o intimidación, o si la víctima no pudo consentir o negarse,* participar o intentar participar en un acto con otro inmigrante que involucra **tocar los genitales, el ano, la ingle, el pecho, la parte interna de los muslos o las nalgas del inmigrante,** ya sea directamente o a través de la ropa, con la intención de abusar, humillar, acosar, degradar o excitar o gratificar el deseo sexual de cualquier persona.
- **Amenazas, intimidación u otras acciones o comunicaciones** por parte de uno (1) o más inmigrantes destinadas a *coaccionar o presionar a otro inmigrante para que participe en un acto sexual.*

**Abuso o agresión sexual del personal hacia los inmigrantes:** (el personal incluye contratistas, profesionales médicos y voluntarios) **NOTA: No existe ningún requisito de "fuerza, coerción o intimidación" para los actos sexuales del personal hacia los inmigrantes.**

- Uno (1) o más miembros del personal participan o intentan participar en un acto con un inmigrante que implica **contacto entre el pene y la vulva o el ano, incluido el contacto que involucra el pene al momento de la penetración.**
- Uno (1) o más miembros del personal participando o intentando participar en un acto con un inmigrante que implica **contacto entre la boca y el pene, la vulva o el ano.**
- Uno (1) o más miembros del personal participan o intentan participar en un acto conmigrante que involucra **penetración anal o genital, por leve que sea, con una mano o un dedo o con cualquier objeto,** *cuando el acto no está relacionado con sus deberes oficiales o el miembro del personal tiene la intención de abusar, excitar o satisfacer el deseo sexual.*
- Uno (1) o más miembros del personal participan o intentan participar en un acto con un inmigrante que implica **tocar intencionalmente los genitales, el ano, la ingle, el pecho, la parte interna de los muslos o las nalgas,** ya sea directamente o a través de la ropa, *cuando el acto no está relacionado con los deberes oficiales o el miembro del personal tiene la intención de abusar, excitar o satisfacer el deseo sexual.*
- Uno (1) o más miembros del personal particip**amenazas, intimidación, acoso, lenguaje indecente, profan o o abusivo, u otras acciones o comunicaciones** destinadas a *coaccionar o presionar a un inmigrante para que participe en un acto sexual.*
- Uno (1) o más miembros del personal realizan **declaraciones verbales o comentarios repetidos de naturaleza sexual** a un inmigrante.
- por parte de cualquier miembro del personal **de sus genitales, glúteos o pechos descubiertos** en presencia de un inmigrante.
- **Voyeurismo,** que se define como la vigilancia visual inapropiada de un inmigrante por motivos ajenos a sus funciones oficiales. *Cuando no se realiza por motivos oficiales* , se consideran ejemplos de voyeurismo: observar fijamente a un inmigrante que usa el baño de su celda para realizar sus necesidades físicas; exigirle que muestre sus nalgas, genitales o pechos; o tomar imágenes de todo o parte del cuerpo desnudo de un inmigrante o de un inmigrante realizando sus necesidades físicas.

**La conducta sexual de cualquier tipo entre el personal y los inmigrantes constituye abuso sexual, independientemente de que exista consentimiento.**

## Actos prohibidos

El CME tiene una política **de tolerancia cero** ante el abuso y la agresión sexual, lo cual está prohibido por la política del ICE y la ley. Cualquier inmigrante o miembro del personal que cometa una agresión sexual será sancionado administrativamente y podría estar sujeto a un proceso penal.

Un inmigrante que participe en tal comportamiento puede ser acusado de los siguientes actos prohibidos según la Política Disciplinaria para Inmigrantes:

- Código 101: Agresión sexual
- Código 207: Hacer una propuesta o amenaza sexual
- Código 404: Uso de lenguaje abusivo u obsceno
- Código 206: Participar en un acto sexual
- Código 300: Exposición indecente

Las personas detenidas victimizadas no estarán sujetas a medidas disciplinarias por denunciar abuso sexual ni por participar en actividades sexuales como resultado de fuerza, coerción, amenazas o temor a la fuerza. Si sufre represalias por denunciar

abuso sexual o por participar en actividades sexuales como resultado de fuerza o coerción, puede denunciarlo de cualquier manera que lo haga para denunciar un incidente de abuso sexual.

Además, la conducta sexual consentida entre inmigrantes también está prohibida y está sujeta a sanciones administrativas y disciplinarias.

## La detención como entorno seguro

Mientras esté inmigrante, nadie tiene derecho a presionarle para que participe en actos sexuales ni en comportamientos sexuales no deseados. Independientemente de su edad, tamaño, raza, etnia, orientación sexual o identidad de género, tiene derecho a estar a salvo de insinuaciones y actos sexuales no deseados.

## Enjuiciamiento

Si comete una agresión sexual, ¡ **LO PROCESAREMOS!**

## Confidencialidad

La información sobre la identidad de una víctima detenida que denuncia una agresión sexual, así como los hechos de la denuncia, se limitará a quienes tengan la necesidad de conocerla para tomar decisiones sobre el bienestar de la víctima y para fines policiales e investigativos. Entre las personas que podrían necesitar conocerla se incluyen, entre otras:

- Miembros del personal que toman decisiones sobre su atención
- Aplicación de la ley
- Investigadores de instalaciones
- Enfermera examinadora de agresión sexual o examinadora forense de agresión sexual
- Proveedor local de servicios para víctimas

## Cómo evitar la agresión sexual

La agresión sexual nunca es culpa de la víctima. Conocer las señales de alerta y las señales de alerta puede ayudarle a mantenerse alerta y consciente:

1. Reportar inquietudes.
2. Manténgase seguro. Muchos agresores eligen víctimas que parecen no querer defenderse o que consideran emocionalmente débiles.
3. No aceptes regalos ni favores de otros. La mayoría de los regalos o favores pueden conllevar exigencias o condiciones que quien los otorga espera que aceptes.
4. No aceptes una oferta de otro inmigrante para ser tu protector.
5. Encuentre un miembro del personal con quien se sienta cómodo para hablar sobre sus miedos y preocupaciones.
6. No consuma drogas ni alcohol; éstos pueden debilitar su capacidad de mantenerse alerta y tomar buenos juicios.
7. Sé claro, directo y firme. No tengas miedo de decir "No" o "Basta ya".
8. Elija a sus asociados con cuidado. Busque personas que participen en actividades positivas, como programas educativos, oportunidades laborales o grupos de apoyo. Participe en estas actividades si están disponibles en sus instalaciones.
9. Si sospecha que otro inmigrante está siendo abusado sexualmente, infórmelo a un miembro del personal de confianza o a la Línea de Información y Denuncias de Detención del ICE al 1-888-351-4024, a la Oficina del Inspector General del DHS al 1-800-323-8603 o al Centro de Admisión Conjunta ICE/OPR al 1-877-246-8253.
10. Confía en tu instinto. Sé consciente de las situaciones que te incomodan. Si no te sientes cómodo o seguro, abandona la situación o busca ayuda. Si temes por tu seguridad, informa al personal.

## Denunciar todas las agresiones

Los inmigrantes tienen múltiples formas de denunciar de forma privada y, si lo desean, anónima, señales o incidentes de abuso y agresión sexual, represalias por denunciar abuso sexual o negligencia o violaciones de responsabilidades por parte del personal que puedan haber contribuido a dichos incidentes y no serán castigados por denunciar.

El personal tomará en serio todas las declaraciones de los inmigrantes que aleguen ser víctimas de abuso o agresión sexual y responderá con apoyo y sin prejuicios. Cualquier inmigrante puede denunciar actos de abuso o agresión sexual a cualquier empleado, contratista o voluntario.

# Exhibit C

# I Speak...

*Indigenous Language Identification Poster*

## ¿Habla?

**¿Habla K'iche? (Guatemala)**
**¿Habla Mam? (Guatemala)**
**¿Habla Awateko? (Guatemala)**
**¿Habla Q'eqchi? (Guatemala)**
**¿Habla Kakchikel? (Guatemala)**
**¿Habla PocoMam? (Guatemala)**
**¿Habla Q'anjob'al? (Guatemala)**
**¿Habla Achi? (Guatemala)**
**¿Habla Ixil? (Guatemala)**
**¿Habla Pocomchi? (Guatemala)**
**¿Habla Jakalteko (Popti)? (Guatemala)**
**¿Habla Chuj? (Guatemala)**
**¿Habla Akateko (Acateko)? (Guatemala)**
**¿Habla Garifuna?**
**(Honduras, Guatemala, Other)**
**¿Habla Cora? (Mexico)**
**¿Habla Zapotec? (Mexico)**
**¿Habla Chatino? (Mexico)**
**¿Habla Tepehuan? (Mexico)**
**¿Habla Quechua? (Peru, Ecuador, Others)**

*This poster assists DHS personnel in identifying the primary language of an individual from Central or South America who is not proficient in English or Spanish. This poster is intended to be used with or in addition to Component protocols for identifying indigenous language speakers.*

Homeland Security

*I Speak* materials are provided by the U.S. Department of Homeland Security, Office for Civil Rights and Civil Liberties. www.dhs.gov/crcl

U.S. Immigration and Customs Enforcement



# Contents

INTRODUCTION ........ 7
LANGUAGE ACCESS ........ 7
YOUR ARRIVAL AT THE FACILITY ........ 7
YOUR RESPONSIBILITIES AND RIGHTS ........ 7
YOUR RESPONSIBILITIES ........ 7
YOUR RIGHTS ........ 7
YOUR IMMIGRATION CASE ........ 9
COMMUNICATING WITH FAMILY, FRIENDS, AND LEGAL REPRESENTATIVES ........ 10
PHONE CALLS ........ 10
TABLETS ........ 10
VISITS ........ 10
MAIL ........ 10
CHILD CUSTODY QUESTIONS ........ 15
LEGAL RESOURCES ........ 15
GROUP LEGAL RIGHTS PRESENTATIONS ........ 15
UNITED NATIONS HIGH COMMISSIONER FOR REFUGEES (UNCHR) HOTLINE ........ 16
LAW LIBRARY ........ 16
CLASSIFICATION AND HOUSING ........ 17
CLASSIFICATION LEVEL ........ 17
SPECIAL MANAGEMENT UNIT HOUSING ........ 17
MEALS, ACTIVITIES, AND SERVICES ........ 18
MEALS ........ 18
COMMISSARY OR VENDING MACHINES ........ 19
RECREATION ........ 19
RELIGION ........ 19
VOLUNTARY WORK PROGRAM ........ 20
LIBRARY ........ 20
ATTENDING OTHER COURT HEARINGS (NON-IMMIGRATION) ........ 21
REQUESTS TO MARRY ........ 21
DRESS AND GROOMING ........ 21
UNIFORMS ........ 21
PERSONAL CARE ........ 22
GROOMING ........ 22
LAUNDRY ........ 23
A CLEAN FACILITY ........ 23
RULES AND PROCEDURES ........ 23
HEAD COUNTS ........ 23
AUTHORIZED PROPERTY AND CONTRABAND ........ 23
SEARCHES AND VIEWING ........ 24
DISCIPLINE AND YOUR RIGHTS ........ 25
USE OF FORCE AND RESTRAINTS ........ 26
CRIMINAL CHARGES ........ 26
GENERAL HEALTH AND SAFETY ........ 26
EVACUATION DRILLS ........ 26
MEDICAL ORIENTATION AND HEALTH INFORMATION ........ 28
GENERAL OVERVIEW OF SERVICES PROVIDED ........ 28
ADDITIONAL SERVICES ........ 29
HEALTHCARE APPOINTMENTS ........ 29
SECOND OPINIONS ........ 29
MEDICATIONS ........ 29
MENTAL HEALTH CARE AND SUICIDAL RISK ........ 30
MEDICAL RECORDS ........ 30
PRIVACY NOTICE REGARDING THE COLLECTION OF YOUR INFORMATION FOR YOUR MEDICAL CARE ........ 30
SEXUAL ABUSE AND ASSAULT AWARENESS ........ 31
DETENTION AS A SAFE ENVIRONMENT ........ 31
DEFINITIONS ........ 31
PROHIBITED ACTS ........ 32
AVOIDING SEXUAL ABUSE AND ASSAULT ........ 32
REPORT ALL SEXUAL ABUSE AND ASSAULTS ........ 33
MEDICAL CARE, COUNSELING, AND VICTIM SERVICES ... 34
UNDERSTANDING THE CRIMINAL JUSTICE PROCESS ...... 35
HUMAN TRAFFICKING ........ 36
Report Human Trafficking ........ 36
QUESTIONS, REQUESTS, AND GRIEVANCES ........ 36
QUESTIONS, REQUESTS, AND INFORMAL COMPLAINTS.. 36
HOW TO FILE A GRIEVANCE OR FORMAL COMPLAINT ..... 37
RECORDS ........ 38
FACILITY RELEASE ........ 39
POSTINGS AND NOTICES ........ 39

## INTRODUCTION

You are being housed in a detention facility operated or contracted by the U.S. Immigration and Customs Enforcement's (ICE) Enforcement and Removal Operations (ERO).

## LANGUAGE ACCESS




If you don't speak or understand English, or cannot read or write English, an interpreter will be provided to you, free of charge, for medical and ICE- or detention-related matters. This assistance can include a staff member who speaks your language or a professional interpreter. Any written materials provided to you should also be translated into your language or explained to you orally in your language by an interpreter. Tell a staff member at your facility or an ICE officer if you need help understanding this handbook or any other information.

## YOUR ARRIVAL AT THE FACILITY

Most facilities follow the same basic steps when a detainee arrives at the facility. See Table 1 on the next page for the steps and procedures of processing.

**You will probably stay at the facility until:**

- You are granted bond or release from custody;
- Your immigration case is decided;
- You are ordered to be removed from the country; or
- You are transferred to another facility.

**It is your responsibility to read this handbook to learn about:**

- Your responsibilities and rights as a detainee;
- Programs and services available to you;
- Rules you must follow;
- Procedures for common situations; and
- How to report problems and file complaints.

**This handbook provides only a summary of important information and does not cover all rights and requirements related to your stay at the facility.**

You will also receive another handbook from your facility that explains its local rules. It is important that you understand and follow the rules in both handbooks. If you lose this handbook, you are entitled to one replacement. Copies will be available for reference at the law library and in the housing units, or may be requested from facility staff.

If you need help understanding this handbook, tell a staff member at your facility or an ICE officer.

If you do not read, write, speak, or understand English, you have the right to receive important information in a language or format you understand or to have someone explain it to you orally in your language. Tell an officer if you need assistance.

## YOUR RESPONSIBILITIES AND RIGHTS

While ICE's policy is to treat all detainees with dignity and respect and to keep the facility safe, secure, and clean, you also have responsibilities and rights.

### YOUR RESPONSIBILITIES

One of your main responsibilities is to learn and follow all the facility's rules, regulations, and instructions. If you do not follow the facility's rules, you may be subject to discipline.

You must also respect the staff, other detainees, and all property and keep yourself and your surroundings clean.

**You are also responsible for:**

- Cooperating with the staff;
- Using staff members' titles, as in, mister, miss, doctor, officer, and their last name;
- Being polite to other detainees; and
- Following laundry and shower schedules.

### YOUR RIGHTS

**You have the right to maintain your personal well-being, hygiene, and health care.**

While detained at the facility, you have the right to balanced nutritious meals, clean clothes, and regular opportunities to bathe/shower and do laundry (and be given the supplies to do so). You have the right to live in areas with proper air circulation and heating and have access to medical and mental health care if needed.

# TABLE 1. STEPS TO PROCESS A DETAINEE

| STEP | INDIVIDUAL | PROCEDURE |
|---|---|---|
| 1 | Intake Officer | Takes your clothes, money, and property for safekeeping and gives you an itemized receipt for all items. Conducts a personal search as part of processing to help ensure that you and other detainees live and work in a safe and orderly environment. |
| 2 | Detainee | It is important for you to keep the itemized receipt of your possessions. You will receive your property back when you are released. |
| 3 | Intake Officer | Makes a list of all of your legal and identification documents (e.g. passport, birth certificate), then gives them to an ICE officer who will put them in your official immigration file, called an A-File. |
| 4 | Detainee | Your personal documents will be returned to you when your case is resolved.[a] |
| 5 | Detainee | You will receive an A-Number which is used to identify you during your stay at the facility. You should share your A-Number with your family and attorney so that they can find you in the Online Detainee Locator System. |
| 6 | Intake Officer | Tells you what things can and cannot be kept with you at the facility. The officer's decisions are based on safety and security concerns. |
| 7 | Detainee | Depending on the specific facility's policies, you may be able to keep some religious items, such as religious headscarves and medallions, simple wedding bands, photos, soft-cover religious and personal reading materials, legal documents and papers (including property receipts), and other small items (shown in the facility's local handbook). |
| 8 | Intake Officer | Provides you with bed linens such as bed sheets, a pillowcase, and a blanket. |
| 9 | Detainee | Check the facility's policy and procedure for the issuance and exchange of bedding, but you may typically exchange bedding once a week. |
| 10 | Intake Officer | Gives you approved personal care items such as soap, a toothbrush, comb, etc. You may ask a housing officer for more personal care items when needed. |
| 10 | Detainee | You may shower and get clean clothes as appropriate for the climate at the facility. |
| 11 | Intake Officer | Decides your classification level and assigns you to a housing unit with other detainees in your classification level.[b] |
| 12 | Health Care Professional | Asks about your physical and mental health and medications. |
| 13 | Detainee | Tell your health care professional of any health problems, disabilities or need for disability accommodations, concerns needing immediate attention, or any medications you are taking or need. |
| 14 | Health Care Professional | An approved health care professional will give you a comprehensive medical exam within 14 days after your arrival.[c] |

[a] If copies of these documents are needed for your hearing, you should ask an ICE officer in advance.

[b] For more information on this topic, see your facility's local handbook and the classification levels.

[c] Medical information is safeguarded and kept confidential. If you need copies of these documents, you should ask a medical provider, ICE officer, or facility staff for the appropriate request form.

**If you are a person with a disability, you have a right to request accommodations based on your disability.**

If you are a person with a disability, such as limited ability to move, speak, breathe, see, hear, or care for yourself, you have the right to request and receive reasonable accommodations that provide an equal opportunity to access, participate in, or benefit from the facility's programs, activities, and services available to other detainees. You also have the right to be provided aids or services to help you communicate, see, or hear. The facility is required to communicate with you in a manner you understand, ask what accommodations you need, and give primary consideration to your preferences. The facility must inform you of the process to make a disability accommodation request as well as the grievance process, and the facility must make those processes accessible to you.

If you would like to file a grievance or formal complaint about facility disability accommodations, you can follow the procedures listed on page 37 of this handbook.

**You also have the right to:**

- Reasonable and equitable opportunities to practice your faith constrained (i.e. restricted or denied) only by concerns about safety, security, and the orderly operation of the facility. If a religious practice must be restricted or denied, you have the right to request an alternative method to practice your sincere religious belief that does not present concerns regarding safety, security, and order;
- File a complaint about the living conditions with the facility or the Department of Homeland Security (DHS);
- Be free from being discriminated against for any reason, including your race, religion, national origin, sex, sexual orientation, gender identity, physical disability, mental disability, or political beliefs;
- Be free from neglect or abuse;
- Report any assault, including an incident of sexual abuse or assault, to facility staff or DHS; and
- Access law library resources and legal assistance. See your local facility handbook for information about legal aid programs and their presentations, rules, procedures, and hours.

## YOUR IMMIGRATION CASE

**You have the right to obtain a lawyer or legal representative of your choice, at no cost to the U.S. government. It is your responsibility to obtain the** services of the attorney. That person must sign a Form G-28 to notify the facility, ICE, and DHS that they will represent you.

Depending on your case, you may have the right to a hearing before an immigration judge. You or your lawyer or legal representative are responsible for presenting your case to the immigration judge.

If the law allows it, the U.S. government can decide your immigration status using alternative proceedings which may not involve an immigration judge. You may also be authorized for release on bond until your scheduled hearing. If so, it is your responsibility to pay the bond.

**You have the right to ask for relief from removal based on various legal grounds if you believe you qualify.**

These might include cancellation of removal, adjustment of status, asylum, withholding of removal, or relief under the Convention against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment.

For example, you have the right to ask for asylum to stay in the U.S. if you were (or are afraid that you will be) persecuted in your native country or a country where you last lived because of your race, religion, nationality, political opinion, or membership in a particular social group.

**You have the right to leave the United States voluntarily before your hearing, if statutorily eligible.**

This is called voluntary departure. If your request is approved, you may lose the right to present your case at a hearing. If you want to leave voluntarily, you must tell an ICE officer or the immigration judge.

If you have questions about the removal process, talk to your ICE officer. You may also call any of the lawyers or legal representatives on the list of free legal services providers given to you by ICE. In addition, your facility's law library may have materials explaining this information.

If you believe that you qualify for a type of immigration relief, you should try to talk to a lawyer or legal representative. There may also be time restrictions for applying for such relief, so make sure you fill out and turn in the necessary applications in a timely manner or you could miss your opportunity to have your claim reviewed. It is your responsibility to prepare and submit the proper forms requesting relief.

# COMMUNICATING WITH FAMILY, FRIENDS, AND LEGAL REPRESENTATIVES

This part of the handbook explains how to communicate with others outside the facility, including phone calls, visitors, and mail.

**IMPORTANT!** While you are being detained, your family members, legal representatives, and others from the general public may be trying to locate you. They can find you through the Online Detainee Locator System, at www.ice.gov/locator. The best way to search for individuals in the Online Detainee Locator System is to use the detainee's A-Number and country of birth.

## PHONE CALLS

When you first arrive at the facility, you will be given access to a telephone. Later, you may make phone calls from your housing unit. All calls may be monitored, except those to your lawyer, legal representative, or the court. Keep in mind, you could lose or have your phone privileges limited if you do not follow facility rules, abuse the phone equipment, or make calls for illegal activities.



It is your responsibility to learn the facility's rules for phone use. You have the right to ask to use the ICE phone system. If your request to use the phone is denied, tell any ICE officer that you want to make a written request to use the phone system. See Table 2 on page 11 for more information on phone use while at the facility.

To contact any phone number in the United States using the TeleTYpe (TTY) machine:

- Using a facility TTY machine, first dial 711. This connects you with a Telecommunications Relay Service (TRS).
- Once you are connected with the TRS operator, provide the TRS operator with the phone number you would like to call.
- The TRS operator will then connect you with that number.
- If you have any issues or questions regarding the use of a TTY machine, please ask facility staff for assistance.

## TABLETS

Your facility may have electronic tablets that allow you to communicate with friends, family, and attorneys. The tablets contain some free content and helpful information such as a copy of this handbook, facility postings, and religious and legal resources. Other content is available to rent or purchase, including entertainment like movies and music. Some facilities have enabled additional functions such as communication with ICE and medical staff. Refer to the facility's local handbook or ask a staff member for details.

**USE OF TABLETS IS A PRIVILEGE, NOT A RIGHT**, and availability may be limited during high usage periods. Tablet usage may be monitored and there is no expectation of privacy. Any misuse of the tablet or other detainee actions resulting in disciplinary sanctions may include loss of tablet privileges.

## VISITS

You can have visitors. Visitors must follow facility visitation policy and procedures. It is your responsibility to ensure your visitors know the visitation rules. You will find the policy and procedures in the facility's local handbook.

All visitors must wear appropriate clothing and behave in an orderly way. If you or your visitors are disruptive, they will have to leave, and the facility may limit your visits in the future. Visitors and anything they bring to the facility may be searched. They may be asked to put their property in a locker or in their car.

Your visitors may bring you items, but an officer must first check and approve them. Tell your visitors not to bring a lot of packages or other items with them.

Anything you accept from a visitor that was not approved by an officer can be taken from you and seized as contraband. You also may be subject to administrative and criminal penalties for possession of contraband. For information regarding visitors, see Table 3.

## MAIL

You may send and receive mail, unless it threatens the safety, security, or order of the facility. Read the rules about mail in this handbook and in your facility's local handbook. It is your responsibility to know and follow the rules about mail, and to explain these rules to anyone who writes to you. If there is reason to believe you are not following mail rules, your mail privileges may be limited. For further information regarding mail, see Table 4.

## TABLE 2. INFORMATION REGARDING PHONE CALLS

| PHONE CALLS TO:[a] | ALLOWED? | FREE OF CHARGE? | NOTES |
|---|---|---|---|
| General population (friends, family, businesses) | yes | depends | See the facility's local rules. |
| Find a lawyer or legal representative (including non-immigration attorneys)[b] | yes | yes | A 20-minute time limit may be placed on calls to permit fair access to phones. |
| Lawyer or legal representative (including non-immigration attorneys)[c] | yes | depends | A 20-minute time limit may be placed on calls to permit fair access to phones. |
| Emergency situations (e.g., death in family or illness)[d] | yes | yes | To make emergency calls, ask for help from a housing unit officer, supervisor, or ICE personnel. |
| State child welfare stakeholders | yes | depends | Ask facility staff, your Deportation Officer, or call the Detention Reporting and Information Line (DRIL) if you need assistance obtaining contact information for the caseworker or attorney handling your child welfare case. |
| Your country's consulate office in the U.S. | yes | yes | The consulate may help you find a lawyer, contact your family, or visit you at the facility. |
| DHS Office of the Inspector General | yes | yes | 1-800-323-8603 or 1-844-889-4357 from a TTY machine |
| ICE Detention Reporting and Information Line (DRIL) | yes | yes | 1-888-351-4024 or 9116# or 711 from a TTY machine |
| ICE OPR Intake and Assessment | yes | yes | 1-833-4ICEOPR (1-833-442-3677) or 711 from a TTY machine |
| Courts | yes | yes | |
| Immigration courts and Board of Immigration Appeals | yes | yes | |
| Pro bono attorneys or free legal aid groups | yes | yes | As recognized by the Executive Office of Immigration Review[b] |
| United Nations High Commissioner for Refugees | yes | yes | |
| Government offices | yes | yes | Calls made to get papers for your immigration case |

[a] If you have trouble making phone calls, the system is not working properly, or it won't allow free calls to those listed, ask the ICE housing unit officer for help.

[b] To find lawyers or legal representatives and organizations in your area that offer free services. look in your housing unit's pro bono legal services contact list. An ICE officer can get you this list, which is updated four times per year.

[c] You must list your lawyer or legal representative's phone number on the Authorized Phone Numbers Form to ensure the calls are not monitored.

[d] Routine calls to your lawyer or legal representative are not usually considered emergency calls.

# TABLE 3. INFORMATION REGARDING VISITORS[a]

| FAMILY AND FRIENDS | | |
|---|---|---|
| VISITING DAYS PERMITTED | TIME ALLOTTED | NOTES: |
| Saturday, Sunday, and holidays | 30 minutes or additional time, if requested, for visitors who have traveled a great distance | Children under age 18 may visit if they are accompanied by an adult visitor who watches them. Check the facility's local handbook to see if contact visits with minors are permitted. |
| MEETING WITH LAWYERS AND PARALEGALS | | |
| Monday through Friday | 8 hrs. per day (minimum) | You may ask to meet with your lawyer or legal representative during meal hours. The facility staff will provide a meal tray or sack meal to eat during the meeting. |
| Saturday, Sunday, and holidays | 4 hrs. per day (minimum) | If you want to cancel a meeting, you must do so. You may not ask an officer or another detainee to cancel it for you. |

[a] Check your facility's local rules for visiting hours and other specific information.



# TABLE 4. INFORMATION REGARDING MAIL

## LEGAL MAIL AND SPECIAL CORRESPONDENCE IS FROM

- Private lawyers, legal representatives, and government lawyers
- Judges, courts, embassies, and consulates
- U.S. president, vice president, or member of Congress
- U.S. Department of Justice, DHS (including ICE, DHS Office of Inspector General, DHS Office for Civil Rights and Civil Liberties, and ICE Health Service Corps)
- Grievance systems administrators
- Reporters and other news media representatives

## LEGAL MAIL PREPARATION

In the top left corner of the envelope, write:

- Your name
- Your A-number or ID number; the A-number must include only the last four digits (A-XXX-XX0-000)
- The facility's address

In the middle of the envelope, write:

- Recipient's name and address
- Title or organization, such as lawyer, law office, or legal services

Write "Legal Mail" or "Special Correspondence" on the envelope (tell your lawyer or legal representative that all incoming legal mail must be labeled like this).

## MAIL PRIVACY

- All incoming and outgoing letters may be inspected for contraband and content.
- If you receive legal mail, the facility staff will open it in front of you and may check for contraband, but not read it.
- If you do not want your outgoing legal or special mail opened, allow facility staff to inspect the mail, but not read it, seal it in front of a staff member and clearly label it as legal mail.
- You may seal your other mail on your own and drop it in a detainee mailbox.

## MAIL SENT TO YOU

All mail sent to you must have your A-number or ID number on:

- The envelope, as part of your address
- The first page of written letters must include the last four digits of your A-number (A-XXX-XX0-000). If your incoming mail does not have your A-number or ID number, it will be returned to sender. This includes legal mail and packages.

Your incoming legal mail must also have this information on the envelope:

- Sender's name and title
- The words "Legal Mail" or "Special Mail"
- If legal mail is not marked as required, the facility will not treat it as legal mail

**IMPORTANT! It is your responsibility to explain these rules to anyone who sends you mail.**

The facility may refuse to deliver your mail if:

- It is considered contraband
- It shows, describes, or might cause violence or disorder
- Explains how to escape, make weapons or explosives, break the law, disobey ICE rules, or make drugs or alcohol
- Has explicit pictures or descriptions of sex, or obscene material
- Contains threats, extortion, bribes, obscenity, or gratuitous profanity
- Contains anything illegal or not allowed, messages in code, or anything that threatens the safety and security of the facility

*Continued on next page*

## TABLE 4. INFORMATION REGARDING MAIL

### IDENTITY DOCUMENTS AND MAGAZINE SUBSCRIPTIONS

- The facility will forward identity documents you receive in the mail to your ICE officer and notify you of this action. You can get a certified copy of the identity document by requesting it in writing from your ICE officer.
- You may not subscribe to magazines, catalogs, or other publications, but you may have a relative or friend send a subscription to you.

### MAIL DELIVERY

- The facility usually delivers mail within 24 hours of the time it is received, but may take longer if it needs special handling for security reasons (for example, facility staff may hold legal mail for up to 48 hours to check that it is legal mail).
- If your mail arrives after you leave the facility, it will be returned to sender.

### RULES ABOUT MONEY IN THE MAIL

- If you receive money in the mail, the officer will issue you a receipt for the money before placing it in your account.
- You can send money to someone outside the facility. Sending cash is not recommended. Contact the shift supervisor if you want to buy a money order.
- Each facility has written rules about cash, checks and other funds. See the facility's local rules. If they are not clear, your facility can help you understand them.

### PAYING FOR POSTAGE

- If the facility determines you cannot afford to pay for postage or mailing materials, you can send some kinds of mail for free, including legal mail, mail to your consulate, and to any court.
- You will get three or more stamped envelopes per week for your personal mail. You can get paper, pencils, and envelopes from your housing unit officer.
- If the facility determines you can afford to buy mailing materials, you will not receive them for free. You may buy supplies from the commissary. See your facility's local handbook for rules about mail.

## CHILD CUSTODY QUESTIONS

### What if I learn that the person I left my children with can no longer care for them?

Tell an ICE officer or contact the Detention Reporting and Information Line (DRIL) at 1-888-351-4024 or 9116#. ICE can give you the opportunity to make care arrangements for your child or can review the decision to detain you. You can complete a Delegation of Parental Authority form which can be found in the facility law library.

### How can I locate my child(ren) who were separated from me while in immigration custody at the border?

Tell an ICE officer or contact the DRIL at 1-888-351-4024 or 9116# or 711 from a TTY machine.

### What if I learn that my child will be taken into custody by a state child welfare service or program while I am in detention?

Tell an ICE officer or contact the DRIL. ICE can give you the opportunity to contact the state child welfare agency and determine what options you may have regarding making care arrangements for your child and/or how to participate in any child welfare proceedings. ICE may also review the decision to detain you, especially if you present new information related to your child.

### What if I am concerned about my child's safety in the U.S.?

You can tell facility staff that you would like report potential child abuse, neglect, or abandonment to a state child welfare authority, or you can call the DRIL.

### What if I am involved in a legal proceeding involving the custody of my child(ren)?

State Child Welfare Proceedings: If the legal proceeding involves a state child welfare agency, ICE can give you the opportunity to contact the agency and/or your child welfare attorney about your minor child(ren) who are under child protectives services' supervision. If you need help locating the caseworker tell an ICE officer or contact the DRIL. The child welfare agency and/or your child welfare attorney will let you know what you can do to make care arrangements, participate in services, participate in court hearings or if there are other steps you can take to facilitate contact or reunification. You should also let your ICE officer know if there is anything you need to do for your state child welfare case.

Family law proceedings: If the legal proceeding is between you and another person (such as the other parent of the child(ren) or some other family member), ICE can give you the opportunity to contact your lawyer or legal representative (if you have one), participate in a court hearing, file documents with the court, or take part in other matters related to the case.

### What if I have questions about the state child welfare or family court process?

Talk to your attorney or case worker. You can also look at the *Detained or Deported: What About My Children?* Toolkit that is available on all law library computers in English and Spanish. The supplement to the Toolkit also contains state-by-state contact information for various state agencies and services.

## LEGAL RESOURCES

### GROUP LEGAL RIGHTS PRESENTATIONS

At some facilities, community members give group presentations on U.S. immigration law and procedures. These presentations are available to all ICE detainees in the facility. Your facility will post announcements about the presentations in common use areas. If you cannot read or understand an announcement, ask for information in a language or format you can understand. Legal orientation materials are also made available on law library computers in multiple languages.

If you are in administrative or disciplinary segregation and want to go to the presentation, the facility will make arrangements for you to go, if:

- Security arrangements can be made;
- Your presence would not pose a security risk; and
- The presenter agrees to the security arrangements.

Note: Not all facilities have legal rights presentations because not all communities offer them. ICE detainees can contact facility staff or call the DRIL to learn more about legal presentations or Know Your Rights orientation video screenings.

## UNITED NATIONS HIGH COMMISSIONER FOR REFUGEES (UNCHR) HOTLINE

UNHCR operates a toll-free protection hotline for asylum seekers on Mondays, Wednesdays, and Fridays from 2pm-5pm EST with telephonic interpretation available. The protection hotline is accessible by dialing #566 from within the facility.

You may also write to UNHCR:

UNHCR
1800 Massachusetts Ave. NW Suite 500
Washington, D.C. 20036

## LAW LIBRARY

All ICE detainees have the right to use the facility's law library to access approved legal materials and office equipment (such as copy machines, typewriters, and computers) to copy and prepare legal documents only. This material and equipment is not for personal communication. If you need to write personal letters, ask your housing unit officer for paper, pencils, and envelopes.

You can get photocopies of your legal communications. In some facilities, you may also be able to get photocopies of your complaints, grievances, and letters about the conditions at the facility, legal mail, sick call requests, disciplinary decisions, special needs forms, photographs, newspaper articles, or other documents that are relevant to presenting your immigration case.

### What are the law library hours?

The law library hours are posted in all housing units. You are allowed at least five (5) hours each week to work on your case.

### What if I need more time at the law library?

You should complete a detainee request form and submit it to the facility. Explain why you need more time. The facility may give you more time if it is possible to do so. Priority may be given to those with court deadlines, or if there is another urgent need or special circumstance.

### How do I find the legal materials I need?

The law library may have books and publications, or the legal materials may be uploaded onto the law library computers. There are self-help materials in the law library or on the computers that show you how to:

- Do legal research;
- Prepare legal documents; and
- Use legal materials on the computer.

### What should I do if I need legal materials that are not available in the law library?

- You should complete a detainee request form and submit it to the facility or the law library coordinator.
- If your request is not approved, you will receive written notification.

### Can access to the law library be denied?

All ICE detainees, regardless of housing or classification, are entitled to have access to the law library on a regular basis. If, however, there are security concerns or other circumstances that warrant limiting or preventing law library access, you can be provided with legal materials upon request.

### What if I need help using the law library?

Ask the staff member at your facility if you:

- Need help finding materials;
- Need help accessing programs;
- Need help with equipment;
- Do not speak or read English well; or
- Have a disability.

You may also ask another detainee to help you with your legal research and document preparation. Another detainee may be allowed to help you if there are no security risks or other concerns and you do not pay or give the detainee anything of value. Submit a written request to your facility's administrator.



NOTE: The facility will not pay a detainee to help you use the law library.

It is up to you to know the rules for the law library. You should also review your facility's local handbook. If you disobey these rules, you may be disciplined and lose your law library privileges.

# CLASSIFICATION AND HOUSING

## CLASSIFICATION LEVEL

When you arrive at the facility, an officer will decide your classification level and assign you to a housing unit with other detainees in your classification level, as appropriate. The officer will decide your classification by considering the information in your records, including:

- Criminal charges and convictions;
- Immigration history;
- Discipline record;
- Current classification level; and
- Other related information.

**What if I think my classification level is not right?**

You have the right to appeal your classification level and housing placement. To do that, you must file an appeal by following the appeal procedures in your facility's local handbook.

**How often does the facility review the classification levels of detainees?**

Classification levels are reviewed no later than 90 days after the first classification. After that, they are reviewed approximately every 90 to 120 days after the most recent review. See your facility's local handbook for a detailed schedule of when classification levels will be reviewed. If you are placed in segregation, your classification will be reviewed before you return to the general population.

**Can the facility change my classification level at other times?**

Yes, the facility can change your classification level and housing placement at any time for safety reasons or if you have not followed the rules.

## SPECIAL MANAGEMENT UNIT HOUSING

Sometimes detainees are placed in separate, special management unit (SMU) housing. This is often referred to as segregation. In an SMU, you live in an individual cell and away from other detainees. This happens if stricter supervision is needed and/or based on safety, security, or other concerns. If you are placed in segregation, your classification will be reviewed before you return to the general population.

**There are two kinds of segregation:**

*Administrative Segregation*

Administrative segregation is non-punitive. You may be placed in administrative segregation if:

- You are being investigated or have a hearing for disciplinary violations;
- You are scheduled to be transferred or released within 24 hours;
- You need protection and cannot be safely housed in a less restrictive environment (this could be initiated by the facility or the detainee); or
- You require stricter supervision due to medical and/or mental health concerns, hunger strike, or risk of suicide.

*Disciplinary Segregation*

The facility may discipline any detainee whose behavior does not comply with facility rules and regulations, to include temporary placement in disciplinary segregation. A detainee may be placed in disciplinary segregation only by order of the Institutional Disciplinary Panel, or its equivalent, after a hearing in which the detainee has been found to have committed a prohibited act.

**Can I still access services if I am in administrative segregation?**

Yes. You will have access to the same types of services as before. However, your access may be less depending on available resources and security concerns.

Your access to the following services may in some cases be more limited:

- Showers;
- Recreation;
- Law library;

- Presentations by legal rights groups;
- General telephone calls;
- General visitation;
- Religious guidance; and
- Personal property and materials (including legal, religious, and personal reading materials).

However, you will still receive access to:

- Mail;
- Legal telephone calls;
- Legal visitation; and
- Healthcare services.

### How long could administrative segregation last?

It depends on your case. The security supervisor reviews all administrative segregation cases to decide if you should stay in that placement.

The review schedule is as follows:

- Review of your placement within 72 hours of placement by a security supervisor;
- Review of your placement after seven (7) days of placement by a security supervisor; and
- Weekly reviews of your placement for the first 30 days after your second review, and every 10 days thereafter.

### What if I do not agree with the decision to leave me in administrative segregation?

You have the right to appeal the decision.

### How do I appeal?

After seven (7) consecutive days of administrative segregation, you may appeal the decisions of any review conducted by writing to the facility administrator. Ask for a staff member or an interpreter if you need help writing your appeal. Once you have appealed, the facility administrator will review your case every 30 days.

### Can I still get services if I am placed in disciplinary segregation?

Yes, you will still receive the same extent of access to mail, legal telephone calls, legal visitation, and health care services. However, depending on your violation, security concerns, and available resources at the facility, you may receive a lesser degree of some of the following services:

- Showers;
- Recreation;
- Law library;
- Presentations by legal rights groups;
- General telephone calls;
- General visitation;
- Religious guidance; and
- Personal property and materials (including legal, religious, and personal reading materials).

### Will the facility review my placement in disciplinary segregation?

Your case will be reviewed every seven (7) days to ensure you are obeying all of the rules, receiving proper services, and to consider placing you back in the general population.

When a security supervisor reviews your placement, they will interview you and create a written record of that interview. Once there has been a decision made on your placement after a review, the security supervisor sends a written decision to the facility administrator for approval or denial. A copy of the final written decision will be given to you unless there is a security issue that prevents the facility from giving you this copy. See your facility's local handbook for a more detailed review schedule.

# MEALS, ACTIVITIES, AND SERVICES

## MEALS

The facility serves meals three (3) times every day. You are allowed one meal at each mealtime. The meals are nutritionally balanced, approved by a dietitian, served in a clean, safe place, and served with napkins and utensils, which must be returned at



the end of each meal. Meals are served in a central dining room, a dining room in your housing unit, or a special housing unit.

### What is on the menu?

The facility offers a standard menu. Menus and mealtimes may be posted on the housing bulletin board. See your facility's local handbook.

### Is there pork in the food?

Most facilities do not serve pork, but check the day's menu to be sure.

### What if I have a special diet?

To request a special diet for religious reasons, inform the Chaplain or the Religious Services Coordinator that you need a common fare diet because of religious beliefs. The Chaplain or Religious Services Coordinator may ask you questions about why you need a special meal and may ask for you to fill out and sign a request form. That person will also tell you what religious meal options are available at that facility

If you need a special diet for medical reasons, ask the medical staff to evaluate your request. Your request for a special diet (for religious or medical reasons) must be approved before you can get special meals.

**IMPORTANT!** It is up to you to ask for a special diet if you need it.

### Will I get different food if I am being disciplined?

No. Food is provided according to the general population meal schedule and ordinarily from the same menu.

## COMMISSARY OR VENDING MACHINES

Your facility may have a store, called a commissary, or vending machines. If your facility has this service, you do not have to buy anything if you do not want to. If you want to use the store, check the facility's local handbook first.

### Do I have to buy basic toiletries from the commissary?

No. Your facility must give you basic toiletries and hygiene products, such as soap, shampoo, sanitary pads, and toothpaste.

### What if I bought some items, but I got transferred or removed before they were delivered?

The facility does not have to send you the items or give you a refund if you are transferred or deported. But the facility may give you a refund before you leave. See your facility's local handbook.

## RECREATION

You will be allowed to have indoor or outdoor recreation at least one (1) hour each day. If your facility has an outdoor recreation area, you will be permitted to access it for at least one (1) hour a day, five (5) days a week, if weather permits. In some facilities you may be permitted more outdoor recreation. Check your facility's local handbook for more information.



### What recreation activities may be available?

Your facility may have television, movies, games, and exercise equipment.

### If outdoor recreation is canceled or not available, will I get more indoor recreation time?

No.

### What if my facility does not have outdoor recreation?

If your facility has no outdoor recreation, you may be eligible to request voluntary transfer to another facility with outdoor recreation after a certain number of months (ask your ICE officer).

## RELIGION



You will have opportunities to practice your religious faith. These opportunities will only be limited if you or the religious practice or items present a specific documented threat to the safety, security, or order of the facility, or if the religious practice

disrupts order in the facility. All facilities must give you reasonable access to religious services and religious leaders.

Facility staff will explain how to contact the Chaplain or Religious Services Coordinator for your facility and give you information about:

- Religious prayer services;
- Special religious diets;
- Accommodating your religious needs to effectively celebrate religious holidays or holy days;
- Visits from a religious representative;
- Religious headwear and other religious property allowed at the facility; and
- Access to religious resources, services, instruction, and counseling.

ICE detainees may usually:

- Take part in their religious practices;
- Wear approved religious headwear and garments; and
- Have other approved religious property.

The facility cannot limit these unless there is a specific documented threat to the safety, security, or order of the facility.

**IMPORTANT!** You must ask the facility for approval of any hard-covered religious book. Unless you get approval, all religious books must be soft-covered.

## VOLUNTARY WORK PROGRAM

If your facility has a volunteer work program, you may be able to volunteer to work. ICE detainees are not required to work, and many facilities do not allow ICE detainees to participate in their work programs. It is your responsibility to know ICE's and your facility's local handbook for the work program.

### Will I get paid for my work?

If you participate in the voluntary work program at your facility, you will get at least $1 for each day you work, not for each assignment. You will get paid at the end of every day you work unless your facility has a different way of paying detainees. For example, some facilities will pay everything that you are owed before you are transferred or released. Check your facility's local handbook.

### How often will I get paid?

Most facilities pay detainees every day. Your facility may use another system where you get paid before you are transferred or released.

### How many hours can I work?

You cannot work more than eight (8) hours per day or 40 hours a week.

### What are the requirements for the work program?

To take part in this program, you must:

- Sign a voluntary work program statement;
- Complete any work-related training;
- Follow all dress, grooming, and hairstyle requirements for your work assignment;
- Work the schedule assigned to you; and
- Do your assigned work satisfactorily.



### Can I be fired from the Voluntary Work Program?

Yes, you can be taken out of this program if you miss work without permission, or you do not do your work satisfactorily.

### Will I get paid for keeping my living area clean?

No. You must keep areas that you use clean, including your living area and any general-use areas that you use. If you do not keep your areas clean, you may be disciplined. It is up to you to know your facility's rules for keeping living areas and detainee general use-areas clean and orderly in a group living environment.

## LIBRARY

Most facilities have library materials similar to what you would find at a school or community library. The facility considers the detainees'

needs, interests and abilities when deciding on its materials.

### Can I go to the library at any time?

No. See your facility's local handbook for library use. Each facility's library has a schedule for using and checking out materials. Please give other detainees a chance to read library materials. Make sure that you take care of the materials you check out and return them on time.



## ATTENDING OTHER COURT HEARINGS (NON-IMMIGRATION)

### Can I attend a court hearing that has been scheduled for me in another case (i.e., not related to my immigration case)?

If you have a court hearing scheduled in another case (for example, if you are currently involved in a criminal proceeding or child custody case), ask your ICE officer about how you might be able to take part in your hearing. If you have a family law or child welfare court hearing scheduled, ask your ICE officer about how your participation can be facilitated. If ICE is not able to escort you to court for an in-person appearance, efforts will be made to arrange for your participation through a video conferencing system or via the telephone. Provide a copy of the court documentation (if you have it) to your ICE officer as early as possible so that arrangements can be made for your participation.

## REQUESTS TO MARRY

**If you want to get married while you are at the facility, you (or your lawyer or legal representative) must send a written request to the housing area officer or ICE officer, who will give it to the facility administrator or the ICE field office director.**

Your written request must confirm that:

- You meet the legal requirements to marry;
- You are mentally competent to marry; and
- Your future spouse will certify they will marry you. Attach a separate document (signed by your future spouse) that says they plan to marry you.

The facility's administrator may need to send your request to the ICE field office director for approval. If you do not get approval in time, you may have to delay or cancel any wedding plans. If your request is denied, you and your legal representative will be provided with the decision and the reasons for the decision in writing.

# DRESS AND GROOMING

## UNIFORMS

You will get a uniform (shirt, pants, and shoes) and a wristband. In ICE ERO and contract facilities, but not in most jails, the color depends on your security level:

- Blue for low custody;
- Orange for medium custody; and
- Red for high custody.

**If you are in a jail, the uniform colors and rules about uniforms may be different.**

You must always wear the color uniform for your security level.

EXCEPTION: Depending on the local rules, kitchen workers may wear a color that is different from their security level (e.g. a white uniform, apron, and/or smock) when on duty.



### Are there other rules about clothes?

Yes. You must also follow these rules:

- No torn or dirty clothing;
- Do not change or re-purpose your uniform if issued (for example, do not wear your shirt as a

headband or roll up long pants to make them short);

- No hats or head coverings, unless it is part of your work uniform or has been approved by the chaplain for religious reasons; and
- No shower shoes outside the housing unit.

### Other rules

You must always wear your complete uniform (shirt, pants, and shoes) when:

- Outside of your housing unit;
- In the dining room;
- Medical appointments (unless told otherwise);
- Going to court;
- During religious services; and
- Seeing visitors.

### Also in regard to dress

- Do not place the waistband of your pants so your underclothes or buttocks show;
- Do not keep your hands under the waistband of your pants, even in cold weather; and
- Do not strip down to your underclothes unless you are in your cell or the bathroom.

### Proper shoes and clothes

- Wear your shoes at all times;
- If you are wearing closed shoes, wear socks if you have them;
- Wear your shower shoes in the shower; and
- Wear proper clothing for the weather.

## PERSONAL CARE

You will be living in a dormitory or a locked housing unit with other people. Good personal hygiene helps keep everyone healthy.

### When can I shower?

Check the shower schedule posted in your housing unit. It will tell you when you can use the shower each day. You must bathe regularly and keep your hair clean.

### What if I need shampoo or other personal items?

You will get some personal care items when you arrive, including shampoo and soap, toothpaste and toothbrush, comb or brush, and other items for personal care.

If you run out of these items, ask your housing officer for more. Women can ask the housing officer for feminine hygiene products when needed.

## GROOMING

Poor hygiene and unsanitary habits can harm health and safety at the facility. If you do not obey the dress and grooming rules, it could cause conflicts with others at the facility and the staff may counsel and discipline you.

The facility will accommodate your religious preferences about your grooming to the extent possible. You must keep yourself neat and clean and always wear appropriate clothes and shoes.

### Can I wear my hair any way I want?

Yes. You may have any hairstyle you want if it is safe and clean.

EXCEPTION: If you work in the kitchen or operate a machine, your hair must be clean and covered by a hair net.

### Can I have a beard or mustache?

Yes, unless you work in the kitchen or operate a machine. For safety reasons, kitchen workers and detainees operating machines must be clean-shaven while on duty. By accepting a job in the kitchen or operating machinery, you agree to follow this rule. There are no exceptions to this rule.

### Can I shave?

Yes, at most facilities, you can check out a disposable razor every day. You must return it after you shave. If you have a court hearing, the facility will give you the opportunity to shave before you go.

### Can I get a haircut?

Yes, if you want a haircut, you must ask for it. See your facility's local handbook about how to ask for a haircut.

IMPORTANT! It is up to you to learn the grooming rules for your facility. See your facility's local handbook.

You may not share your razor with anyone else. This is for your health and safety. Shared razors can spread diseases, such as HIV and hepatitis. See your facility's local rules about razors.

## LAUNDRY

To get clean clothes, you must turn in one dirty item of clothing to get a clean one. At a minimum, you may be able to exchange your items according to the following schedule:

- Socks and underwear – every day;
- Your colored uniform – twice every week;
- Sheets, pillowcases, and towels – once every week; and
- White kitchen uniforms – every day.



NOTE: At some facilities, you may be able to exchange your laundry more often. To make sure there are enough clean clothes for everyone, you may not keep extra clothes. Do not wash clothes, sheets, shoes, or other items in your housing unit unless there are washing machines and dryers that you are allowed to use. See your facility's local handbook for the laundry, clothing exchange, and volunteer work uniform schedule.

## A CLEAN FACILITY

It is important to keep the facility clean for your health and safety.

### Do I have to make my bed?

Yes, you must make your bed every day before you start your daily activities or work. You must keep your area neat and clean, and also work with your housing or dormitory mates to keep shared living spaces clean and orderly. Do not hang sheets, blankets, towels, or anything else from wires, lights, beds, bars, or other objects. Follow your facility's local handbook for hanging wet towels.

### General cleanliness

- If you brush your hair over the sink, remove any fallen hairs from the sink;
- Throw trash into the garbage cans, not onto the floor;
- Throw all used hygiene products into the trash. Do not throw them on the floors or into the toilets; and
- Do not leave crumbs from food in your housing area. It will attract ants and other insects.

### Where can I keep my personal belongings?

You must follow the facility's local handbook about storing your personal items. Someone from the facility will show you what to do. Improperly stored items may be taken away. If this happens, it is your responsibility to ask the supervisor to return them to you. Do not put anything where it is not allowed to be, such as windows, windowsills, bunks, lockers, or under a mattress.

# RULES AND PROCEDURES

## HEAD COUNTS

Detainees will be counted at least three (3) times per day at hours that limit interference with daily activities. You must participate in the counts and follow procedures for head counts. See your facility's local handbook.

During the head counts, do not move, talk or do anything to interfere with the head count.

You may be disciplined (and everyone in your housing unit may be locked in their rooms) if you do not get counted, do not follow instructions, or disrupt the head count.

## AUTHORIZED PROPERTY AND CONTRABAND

All property must be authorized, meaning visitors and detainees must get permission to have any item, even if that item is usually allowed at your facility.

NOTE: The facility may throw away any of your items, even if the type of item has been approved, if you have too many, have misused them, or changed them without permission.

Any item that has not been specifically approved by the facility may count as contraband. See your facility's local handbook about unauthorized property and contraband.

### What is contraband?

Contraband is anything not allowed at the facility. You are not allowed to have anything unsafe or that interferes with the orderly operations of the facility. It is your responsibility to know the rules for what is and is not allowed at the facility. If you have anything listed below, or anything else not allowed by the facility, you may be disciplined.

Contraband items include, but are not limited to:

- Tobacco and tobacco products;
- Alcohol or illegal drugs;
- Dangerous objects, deadly weapons, and explosives;
- Anything that could disguise or change a detainee's appearance or be used to help someone escape; or,
- Any camera, video, recorder, cell phones, or other device that could be used to make photos, audio or video recordings of detainees, staff, or government property.

Personal property, including clothing and other personal items, may also be contraband unless the facility administrator has approved them, or you bought the items from the facility's commissary or vending machines.



## SEARCHES AND VIEWING

ICE searches detainees to keep everyone safe, control contraband, and keep the facility clean and sanitary. These searches are not meant to punish you. The staff will not search or physically examine you for the sole purpose of determining your genital characteristics.

### When will I be searched?

Your body and your property will be searched at these times:

- When you arrive at the facility;
- Whenever there is suspicion that you are concealing contraband or a weapon;
- When you go into a housing unit;
- When you leave the visiting area after a visit; and
- From time to time, there are unscheduled routine searches.

### Can I refuse to be searched?

No. You must allow the officer or officers to search you. You must also follow their directions and do everything they tell you.

If you do not follow directions, you may be disciplined

### What if I refuse to be searched?

You may be moved away from the other detainees and put in isolation. This is to keep you and others safe.

### Will I have to take off my clothes when I am searched?

If there is a justified reason to suspect you may be hiding a weapon or other contraband, a strip search will be conducted.

### Will I be searched by someone of the same gender?

For strip searches (when you take your clothes off): You will be searched by an officer of the same gender as you. If no officer of the same gender is available, the facility will ensure either that the search is conducted in private with two staff members present, or that someone of your gender is with you to observe.

### Can staff view me?

Staff of the opposite gender shall not view you while in the shower, performing bodily functions or changing clothing, except in critical circumstances or when such viewing is incidental to routine cell checks or is otherwise appropriate in connection with official duties, a medical examination, or monitored bowel movement. Staff of the opposite gender shall announce their presence when entering an area where you are likely to be showering, performing bodily functions, or changing clothing.

# DISCIPLINE AND YOUR RIGHTS

Order and discipline are essential for the safety and well-being of detainees and staff. Some problems can be taken care of informally with counseling, but other problems may require discipline.

All facilities follow established procedures to ensure your legal rights are respected, including your right to:

- Due process, including getting your disciplinary case processed in a timely manner;
- Translation and interpreter services so you can understand and communicate;
- Disability accommodations, aids or services that ensure effective communication between you and facility staff if you have a hard time hearing, seeing, or have other communication needs.
- Communicate with other people and/or organizations, unless that communication threatens safety, security, or order at the facility.

While in ICE custody, you also have the right to:

- Protection from personal abuse, physical punishment, unnecessary or excessive use of force, personal injury, inadequate health care, property damage, and harassment; and
- Freedom from discrimination based on your race, religion, national origin, color, sex, sexual orientation, gender identity, physical ability, mental ability, or political beliefs.

You also have the right to file a grievance if you feel your rights have been violated. No one can punish you for filing a grievance.

### How will I know the rules?

Your facility must give you written information about its rules, procedures, schedules, and all topics covered in this handbook. Additionally, the facility will provide a local handbook. The facility is required to communicate information to you in a language you understand. Tell a staff member at your facility or an ICE officer if you need help understanding this the information.

### What happens if I break the rules?

Each facility has a list of rules that you and other detainees must follow. If you are accused of violating a rule staff will:

- Resolve minor violations informally;
- Start an investigation within 24 hours if informal resolution is not successful;
- Refer low level violations to the Unit Disciplinary Committee (UDC); and
- Refer serious violations to the Institutional Disciplinary Panel (IDP).

If your case is referred to the UDC, a hearing will be conducted within 24 hours after the conclusion of the investigation.

If your case is referred to the IDP, a hearing will be conducted within 48 hours after the IDP receives the referral.

You may be placed temporarily in administrative segregation before your hearing. If the IDP finds you guilty of violating facility rules, you may be placed in disciplinary segregation or disciplined in other ways depending on the seriousness of your offense. For example, you may temporarily be restricted from activities, ordering from commissary, or other privileges.

### What is the Institutional Disciplinary Plan?

The IDP is made up of either a one-person disciplinary hearing officer or a three-person panel who decide what to do about your violation. One of them will be in charge of the panel. Certain staff members are not allowed to be on the IDP, including:

- The officer who reported the violation;
- The officer who investigated the violation; and
- Any officer or staff member who witnessed, was directly involved with, or was part of the unit that reported the violation.

### What does the IDP do?

The IDP decides how to resolve your case. They follow detention facility standards that say what kinds of sanctions are appropriate for different kinds of violations. They may reduce or dismiss the charges if you are found not to have broken the rules. If you do not agree with the IDP's decision, you may file an appeal. See your facility's local handbook on filing appeals.

### What are my rights at the IDP hearing?

Before the incident report is sent to the IDP, the facility must notify you in writing about your rights at the IDP hearing, including your right to:

- Have an uninvolved full-time staff member of your choice help you prepare and speak for you at the IDP hearing;

- Present statements and evidence including witnesses before the IDP;
- Remain silent. You do not have to speak if you do not want to. Your silence may not be used against you;
- Be at all phases of the hearing or waive the right to appear;

  EXCEPTION: You may or may not be present when the IDP meets to make a decision on your case. Also, you will not be allowed to be present if your presence threatens order or safety at the facility but may participate by phone and in writing.
- Receive translation and interpreter services so you can understand and communicate;
- Receive aids or services that the facility can provide to ensure effective communication because of your limited hearing, sight, or other disability;
- Receive the IDP decision and an explanation of how they made their decision in writing; and
- Appeal the IDP decision if you disagree.

IMPORTANT! Appeals must be submitted through the formal detainee grievance process.

**Can the IDP postpone the hearing?**

Yes, if you have a good reason for postponing your hearing, or if the IDP wants to investigate your case further, they may postpone your hearing. However, if you are being held in administrative segregation pending your hearing, the delay may not exceed 72 hours, barring an emergency.

## USE OF FORCE AND RESTRAINTS

Officers shall use only as much force as needed to gain control of the detainee, protect the safety of detainees, staff, and others, prevent serious property damage, and ensure the security and orderly operation of the facility. Officers may use force after all reasonable efforts to otherwise resolve a situation have failed. Physical force or restraining devices will not be used as punishment.

## CRIMINAL CHARGES

While you are at the facility, you must follow applicable laws. If you disobey any local, state, or federal law, you may be notified and charged by the local, state or federal law enforcement authorities and tried in local, state, or federal court. Local, state, or federal charges may also be processed at the facility as separate disciplinary matters.

**What happens if criminal charges are filed against me?**

You will receive notice about your right to a lawyer. If you do not have enough money to hire your own lawyer, the court will appoint a lawyer to represent you for the criminal case. You have the right to speak to your lawyer or legal representative about your criminal case and have the lawyer or legal representative with you at your criminal court appearances.

**What happens if I already have a local or state criminal case pending that I wish to fight or pursue having the charges dropped?**

If you are in ICE custody and want to appear before a local or state court to contest criminal charges pending against you, the local or state court will need to issue a writ to ICE to have you turned over to their custody so that you may be present while the local charges are adjudicated.

NOTE: Simply requesting the writ will not necessarily stop or delay ICE's removal efforts. The writ must be issued to ICE or, at a minimum, the responsible local or state authority will need to notify ICE of its intent to issue the writ before ICE will consider delaying or suspending removal efforts.

# GENERAL HEALTH AND SAFETY

## EVACUATION DRILLS

Periodically, evacuation drills will be conducted at the facility. Drills can help you get out safely in a real emergency, such as a fire, gas leak, civil disaster, or other danger. In most cases, you will not know about a drill ahead of time. The drills are not done to scare or inconvenience you. For your safety, you should learn the proper procedures to exit the building in an emergency and the location of your housing unit's emergency exits (there should be a map in your unit).

IMPORTANT! You must follow instructions during a drill or a real emergency. If you do not follow instructions, you may be disciplined.

**Toilet use**

- Do not stand on the toilet. Sit on the toilet seat and flush the toilet after using it;
- Put all used toilet paper into the toilet then flush;
- Do not use toilet water for washing; and
- Place used feminine pads or tampons in garbage cans and not into the toilet.

### Hand washing

Germs can make you sick and can be passed through hand contact. Thoroughly wash your hands to help keep from getting sick by:

- Making sure you run the water in the sink and use soap to wash your hands;
- Washing each finger and rubbing your hands together, washing both sides of your hands with soap and water, and cleaning under your fingernails for at least 20 seconds and rinse and dry your hands; and
- Washing hands before eating, after going to the bathroom, after touching garbage, after playing or working outside, or after being near a sick person.

### Showering and personal care

- You should take a shower regularly using soap and water;
- Bathe only in the shower, NOT the sinks. Do not urinate (pee) or defecate (poop) in the shower or in the sinks;
- Use the sinks only to wash your hands or face, shave your face, or brush your teeth;
- Do not shave your head or private areas;
- Do not share your razor with others;
- Do not share hairbrushes, combs, or other personal care items with others;
- Do not pierce any part of your body;
- Use a deodorant every day; and
- Do not leave any clothes in the bathroom.

Tattooing is not allowed in the facility.

### Dental care

- Brush your teeth after every meal, if possible, and before going to bed;
- Place the toothbrush at a 45-degree angle between your teeth and gums;
- Move the brush up and down on each tooth, not back and forth. Spend ten seconds on each tooth before you go to the next tooth;
- Always brush your back teeth and gently brush your tongue;
- Clean all outside surfaces of your top and bottom teeth;
- For the surfaces where you bite down, move the toothbrush back and forth; and
- If possible, floss your teeth and gums every day.

### For overall good health

- Eat three good meals a day. Be sure to eat fruits and vegetables. Do not eat too much candy;
- Try to exercise at least 30 minutes every day. Play sports, walk around, run in place, or do pushups. If you haven't exercised in a long time, do some light stretching or slow jogging to warm up and prevent injuries;
- Try to sleep at least 8 to 10 hours a night;
- Cover your mouth with your elbow when you cough or sneeze and do not spit on the ground or floor. This spreads germs that can make other people sick; and
- Smoking is not allowed. Think of this as your chance to quit smoking forever. It is one of the best things you can do for your health.

Smoking is not allowed anywhere at the facility (inside or outside).

### How do I stay healthy in hot weather?

Your body needs lots of water to stay healthy. In hot weather, you sweat and lose water from your body. This can:

- Make you feel dizzy;
- Make your mouth and tongue dry and sticky;
- Make your urine darker and occur less often.

Drink plenty of water during the day. If you feel thirsty, this means you need more water in your body. Drink water in hot weather even when you do not feel thirsty. If your urine is very dark, you probably aren't drinking enough water. If you are playing sports, drink extra water.



When the weather is hot:

- Wear loose clothing;
- Stay in the shade during the hottest part of the day;
- Don't stay in the sun for too long; and
- If you start to feel dizzy, sit down in the shade or indoors.

**You should let medical staff know if:**

You feel weak or dizzy every time you stand up or you urinate very little.

**Bed safety**

- Do not jump up or down to/from the top bunk;
- Take your time when getting into and out of bed. Make sure you step on a solid area of the floor with the large portion of your foot;
- Lower your head when getting out of bed if you sleep on a lower bunk; and
- If you fall out of bed at any time, notify the officer in the barracks so you can be examined in the medical clinic.

**Nonviolence**

The facility will not permit any type of physical or sexual abuse. If someone physically or sexually assaults you, tell an officer or medical staff immediately. Disciplinary measures will be taken against anyone who physically or sexually assaults someone else in the facility.

**Getting along with others**

You will share living space with many people. It is important to be considerate and recognize others' differences. Do not be so loud that others can't enjoy their activities. Be quiet at night so others can sleep. Avoid people who cause problems or fight.

## MEDICAL ORIENTATION AND HEALTH INFORMATION

The facility's medical clinic will provide you with care if you have a medical problem. Except for rare situations, medical staff will NOT give you comfort items or items such as special shoes, extra blankets, extra pillows, jackets, or deodorant. Medical staff also cannot answer any questions about your case, your court date, or your legal situation. Ask your deportation officer these questions.



## GENERAL OVERVIEW OF SERVICES PROVIDED

You have a right to receive necessary and appropriate healthcare free of charge while you are detained. You can ask for healthcare at any time, including when you are sick or injured, have a chronic health problem, need medical treatment, or take or need to start taking medications to keep you well.

**Medical History and Intake**

Soon after you arrive, you will be asked medical questions and given a chest x-ray or test for tuberculosis infection. This is important for the health and safety of everyone.

**Health Assessment**

Within the first 14 days of your stay, you will receive a comprehensive health assessment. Additional medical care will be provided to address male, female, and age-specific concerns.

**Female health care**

Females will receive routine, age appropriate gynecological and obstetrical health care. You may request pregnancy testing, a breast examination, Pap test, sexually transmitted infection (STI) screening, mammograms, birth control advice, and consultation about family planning as medically appropriate. If you are confirmed to be pregnant or have recently given birth, you will be provided with access to prenatal and specialized care.

**Sick Call**

If you are sick, you can request to be seen in the medical clinic. To receive this care, you will either fill out a sick call form or the medical staff will visit you in

the housing areas or other designated areas. If you are not sure how sick call works, ask any staff member.

An initial dental screening exam will be performed by a dentist or trained health provider within 14 days of your arrival. If you are having dental pain or swelling, use the sick call process to get help. Routine care such as dental cleanings are available after you are detained for more than six months.

If you are feeling overwhelmed, have thoughts of hurting yourself or feel like you might hurt someone else, let an officer or a medical staff member know immediately, and you will be seen.




## ADDITIONAL SERVICES

If medically necessary, other services may include medications, lab or other diagnostic tests, x-rays, education and counseling, and regular appointments for serious medical conditions.

### Medical complaints and grievances

If you have a question or concern with the care you receive, talk to the medical staff. Remember that some types of care or services are not available. If you are still unsatisfied, you can complete a grievance form. If you can't find the form in the clinic, ask any security or medical staff for the form.

## HEALTHCARE APPOINTMENTS

Healthcare services are available to all detainees at the facility, at no cost to the detainee.

There are two ways to get a non-emergency medical appointment:

1.) You may be required to fill out a form to sign up for a sick call. You will put the form in the medical drop box in your housing unit. Forms are picked up every day and checked carefully to decide who needs to be seen first. In many cases, you can see the medical staff by the next business day. If you sign up during the weekend and your medical need is not urgent, you will usually be seen the following Monday. If you sign up after hours and cannot wait until the next business day and are experiencing a medical emergency, tell your housing officer. They will contact the on-call medical staff.

2.) Instead of filling out a form for sick call, other facilities may tell you to go to a special area of the facility at a specific time every day to see medical staff for an appointment. The medical staff will evaluate you and will determine if you need to be seen that day or scheduled for an appointment on another day.

Your facility will tell you which process you will use to receive medical services.

In a health emergency, you can get care right away.

Tell your housing officer, a staff member, or anyone who can get help. If you need help communicating with the health professional, ask for an interpreter or someone who can explain things in a way you can understand.

## SECOND OPINIONS

You can request a second or outside medical opinion, but you are responsible for paying for it. You or your lawyer or legal representative must send your written request to the field office director. The facility will consider security issues when it makes its decision whether to permit you to get a second opinion. Your facility may have other information about how to get care, appeal, or communicate emergency concerns about healthcare at the facility.

## MEDICATIONS

Do not share medications with others. Violation of this rule may result in disciplinary action. Immediately let an officer or the medical staff know if your medicine is causing problems such as a rash, itching, breathing problems, or diarrhea. Keep your medicine with you at all times to prevent losing your medication.

# MENTAL HEALTH CARE AND SUICIDAL RISK

### Emotional Difficulties

It is normal to feel emotions like sadness, anxiety, nervousness, anger, and fear in this environment. It is also normal to have problems sleeping. Try to remember that you will not be in detention forever. Think about ways to keep busy, stay calm, and stay healthy. Read, talk to people, play a game, exercise, go to religious activities, or practice relaxation techniques. A medical provider can give you information on stress management.

If you have a mental health condition, like depression, or if you may be at risk for suicide, you will be treated with sensitivity and referred to an appropriate mental health professional. **Tell your housing officer right away if you are depressed, think you may hurt yourself, someone else has threatened to hurt themselves, or you want to talk to someone.** You can also communicate with ICE via the Detention Reporting and Information Line (DRIL) at 1-888-351-4024 or 9116#. You will be referred to an appropriate health professional.

# MEDICAL RECORDS

You have a right to a copy of your medical records upon request. Check your facility's local handbook to understand how you can receive a copy of your medical records while you are in custody.

If you need to release your medical record to someone else, a written request from you to the facility will allow the facility to release your private health information to another person or organization, as long as your written request includes the following information, and meets any other local requirements:

- Address of the facility that will release your medical record;
- Name of the individual or institution that will receive your information;
- Your full name, A-Number (or other facility identification number), date of birth, and nationality;
- Specific information to be released, along with dates of treatment; and
- Your signature and date.

After the release of health information, the written authorization will be retained in the health record. To request a copy of your medical records after you are released from ICE custody, you must file a Freedom of Information Act (FOIA) request with ICE. For instructions on filing a FOIA request, go to www.ice.gov/foia or call the ICE FOIA office at 1-866-633-1182.

If you stay in an ICE Health Service Corps staffed facility, you can get access to your medical records through the internet. Ask the medical staff for instructions on this process.

# PRIVACY NOTICE REGARDING THE COLLECTION OF YOUR INFORMATION FOR YOUR MEDICAL CARE

### What is ICE's legal authority for collecting this information?

ICE is authorized to collect medical care information pursuant to 8 U.S.C. § 1222 and 1232; and 42 U.S.C. § 249. Information regarding your medical, mental health, and dental records is maintained by ICE in the Department of Homeland Security/U.S. Immigration and Customs Enforcement – 013 Alien Health Records System of Records. See 80 Fed. Reg. 239 (January 5, 2015), in accordance with the Privacy Act of 1974, as amended (5 U.S.C. § 552a).

### Why is this information being collected?

ICE is committed to protecting and promoting your health. To provide you with any necessary and appropriate medical care, ICE medical personnel will collect information about you and your medical history including health conditions you have, medications you take, and special needs you have as a result of a medical condition. This information may be collected in various ways, including through forms you complete or discussions you have with medical personnel.

### How will information be used and with whom will it be shared?

ICE uses medical information to better care for you while you are in ICE custody, and to provide you with any necessary and appropriate medical care you may need. Medical health information may be used or disclosed by ICE in accordance with the routine uses listed in the DHS/ICE Alien Health Records System of Records, 80 Fed. Reg. 239 (January 5, 2015). For example, if you need medical treatment that ICE is unable to provide, ICE may send you to an outside medical provider and share relevant medical information about you with that provider so

that the provider may properly treat you. Another example may occur if you are transferred to another facility, or to the custody of another domestic or foreign government agency, or are removed to another country, medical information may be shared with that facility, agency or country for your continued care.

Your information may also be shared with federal and state reporting agencies for disease surveillance and control and with agencies that accredit ICE facilities. Your health care in this country comes at a cost to the U.S. taxpayers. The financial service center needs your medical information to make payments for your medical care and the medical providers who treat you. Finally, your medical information may be shared with the Department of Justice or with courts in the course of immigration, civil, or criminal proceedings. For more information concerning other possible disclosures or handling of your medical care information, please consult the DHS/ICE Alien Health Records System of Records, 80 Fed. Reg. 239 (January 5, 2015).

**Am I required to provide this information?**

Furnishing this information is voluntary. However, if you choose not to provide the requested information, it could have a negative impact on your care or health because ICE may not have the information it needs to properly care for you.

**NOTE:** This privacy notice is required by the Privacy Act of 1974, as amended (5 U.S.C. § 552a) and only applies to information about you collected by ICE medical personnel and placed into your ICE medical records. In instances where you receive care from non-ICE medical personnel, or at a non-ICE facility, the Privacy Act of 1974 may not apply, and your medical information may be covered by other privacy and healthcare regulations.

## SEXUAL ABUSE AND ASSAULT AWARENESS

While in ICE custody, you have a right to be safe and free from sexual abuse and sexual assault. ICE and the facility have a zero-tolerance policy against sexual abuse and assault of anyone in ICE custody. ICE requires all facilities to have a sexual abuse and assault prevention and intervention (SAAPI) program, which includes facility procedures for reporting and investigating all incidents of sexual abuse and assault, and ensuring you are provided medical care and other services if you are victimized.



## DETENTION AS A SAFE ENVIRONMENT

While you are detained, no one has the right to pressure you to engage in sexual acts or unwanted sexual behavior. Regardless of your age, size, race, ethnicity, sexual orientation or gender identity, you have the right to be safe from unwanted sexual advances and acts. If you feel unsafe at any time at the facility, because of threats of sexual abuse or assault, or if you are sexually abused or assaulted, you should immediately seek assistance. You will be offered immediate protection from the perpetrator and you will be referred for a medical examination, when appropriate. You will also be offered mental health services and outside victim services. Some victims may also be encouraged to receive a sexual assault forensic medical exam, which can help in criminally prosecuting the perpetrator. See the section on "Reporting allegations or incidents of sexual abuse, assault, and harassment" in this handbook for more information.

## DEFINITIONS

### Detainee-on-detainee sexual abuse and assault

All forms of sexual abuse and assault by a detainee against other detainee(s) are prohibited and against the law. If another detainee attempts to or forces you to engage in a sex act, touches the

sexual parts of your body, forces you to touch the sexual parts of his/her body, or uses threats or intimidations to attempt to or pressure you to engage in sexual contact, or if you did not consent or were unable to consent or refuse, it is sexual abuse.

### Staff-on-detainee sexual abuse and assault

All forms of sexual abuse and assault against a detainee by a staff member (including contract guards, medical professionals, and volunteers) are prohibited and against the law. If a staff member has sex with you, intentionally touches you in a sexual manner, makes sexual advances or repeated sexual comments, displays his or her genitals, forces you to touch the sexual parts of their body, uses threats or intimidations to pressure you to engage in sex, or engages in voyeurism, (watching you when you are using the bathroom or changing clothes), it is sexual abuse. Staff members who attempt any these actions are also committing sexual abuse.

**Examples of sexual abuse and assault:**

- While speaking to you, a staff member or another detainee touches or caresses your buttocks;
- A staff member or detainee walks into the walk-in fridge and grabs your breasts;
- Someone threatens to rape you while you are sleeping;
- Someone forces you to have sex with them or another person to repay a debt;
- Someone offers you protection in exchange for sex; or
- A staff member or detainee offers you a privilege or a favor in exchange for sex.

## PROHIBITED ACTS

A detainee or staff member who attempts to or commits sexual abuse or assault shall be punished administratively and may be subject to criminal prosecution. A detainee who engages in such behavior can be charged with the following Prohibited Acts under the Detainee Disciplinary Policy (DDP):

- Code 101: Sexual Assault
- Code 207: Making a Sexual Proposal or Threat
- Code 404: Using Abusive or Obscene Language
- Code 206: Engaging in a Sex Act
- Code 300: Indecent Exposure

### Relationships with Center Staff or Volunteers

Staff, contractors, service providers and volunteers are prohibited from having sexual relationships and sexual contact with detainees. Consensual relationships are also prohibited. Facility staff and volunteers are not allowed to ask you for any type of sexual favors or have conversations with you that might lead to sexual activity.

If any staff member, contractor, service provider or volunteer tells you that they can help you stay in the United States in exchange for sexual contact or hurt your chances of staying the United States if you do not allow sexual contact, they are lying and you should report this behavior. Staff members will be criminally prosecuted for attempting to or engaging in consensual sexual contact with detainees.

IMPORTANT! Consensual sexual conduct between detainees is also prohibited. While consenting sex between detainees is not sexual abuse or assault, it is a violation of facility rules and subject to administrative and disciplinary action.

## AVOIDING SEXUAL ABUSE AND ASSAULT

Sexual abuse and assault is never the victim's fault. However, you are better protected if you carry yourself in a confident manner. Many abusers choose victims who look like they would not fight back or who they think are emotionally weak. Do not accept gifts or favors from others. Most gifts or favors come with special demands or limits the giver expects you to accept. If you fear for your safety, report your concerns to a staff member.

You should also:

- Report staff members of the opposite sex who do not announce themselves before entering a bathroom or other area;
- Report any staff member who escorts you ALONE to certain remote areas;
- Do not accept an offer from another detainee to be your protector;
- Find a staff member or medical provider with whom you feel comfortable discussing your fears and concerns;
- Do not use drugs or alcohol. These weaken your ability to stay alert and make good judgments;
- Be clear, direct, and firm. Do not be afraid to say "no" or "stop it now;"
- Choose your associates wisely. Look for people who are involved in positive activities like educational programs, work opportunities, or counseling groups. Get yourself involved in these activities if they are available at your facility; and

- Trust your instincts. Be aware of situations that make you feel uncomfortable. If it does not feel right or safe, leave the situation or seek assistance.

## REPORT ALL SEXUAL ABUSE AND ASSAULTS

If you are afraid of being abused or assaulted, or if you become a victim of sexual abuse or assault, talk to someone immediately. Only if the abuse is reported can perpetrators be held accountable and subject to discipline or potentially prosecuted.

### Report the incident as soon as possible

Reporting the incident as soon as possible may help you in relaying details that are still readily available. Even if the report takes place days or months later, it's important to report the most accurate and comprehensive details, such as:

- Sequence of events, timeframe/length of events;
- What was said during the physical assault or injury;
- Any weapons used;
- Bodily fluids seen or felt; and
- Other details

NOTE: You can report a sexual abuse or assault incident verbally or in writing to facility staff, ICE/ERO personnel, DHS or ICE headquarters, or a consular official. You can also report anonymously or through a third party (such as an attorney, relative or friend). Below are some ways you can report sexual abuse and assault:

### Report to the facility

Tell any trusted staff member at the facility (for example, your housing unit officer, chaplain, supervisor, officer in charge, health care provider, the designated SAAPI Compliance Manager, etc.). Your local handbook may have more information about who to contact.

### File a formal grievance with the facility (including an emergency grievance)

Detainees may report sexual abuse or assault through a formal grievance. There is no time limit to submit a sexual abuse grievance. This handbook contains information on filing grievances on page 37. Your housing officer or unit supervisor can also explain how this process works.

### File a written informal or formal request or grievance to ICE/ERO

There should be locked boxes at your facility for ICE requests. If you need help finding where this box is located, ask your housing unit officer. Only ICE can access the materials in these boxes. You can also write a letter reporting sexual abuse or assault to the ICE ERO Field Office Director. To ensure confidentiality, use special mail procedures (see the section on "Mail"). Your facility can give you the contact information for your local ICE office.

### Report to DHS or ICE Headquarters

Contact the ICE Detention Reporting and Information Line by calling toll-free at 1-888-351-4024 or 9116#.

Contact the DHS Office of Inspector General (OIG) by calling toll-free at 1-800-323-8603 or 518#, or writing a letter to:

DHS Office of Inspector General/Mail Stop 0305
Attn: Office of Investigations Hotline
245 Murray Lane, SW
Washington, D.C. 20528-0305

### Report to your consular official

Call or write to your consular official. Your facility can give you the contact information for your consulate.

### Report through a Third party

Tell a third party (a relative, friend, attorney etc.) and request they contact ICE or DHS on your behalf.

### Anonymous reporting

You do not have to give your name to report sexual abuse or assault, but the more information you can provide, the easier it will be to investigate what happened. Staff members are required to keep the reported information confidential and only discuss it with the appropriate officials on a need-to-know basis.

### Confidentiality

If you report sexual assault or abuse, we will protect your identity and the details of your report, sharing them only with those who need the information to make decisions concerning your welfare and for law enforcement or investigative purposes. People who may need to know include but may not be limited to:

- Staff members who make decisions about your care;

- Law enforcement;
- Facility investigators;
- Sexual Assault Nurse Examiner (SANE) or Sexual Assault Forensic Examiner (SAFE); and
- Local victim service providers.

If you feel that confidentiality has been breached by facility staff, you can report it the same way you report sexual abuse, assault, or retaliation.

### Safety from Retaliation

This means you cannot be subject to disciplinary action, housing changes, removal from facility programs, or other negative actions for reporting.

No one can retaliate against you for reporting sexual abuse or assault, participating in an investigation about sexual abuse or assault, or participating in sexual activity as a result of force, coercion, threats, or fear of force.

### Reporting sexual abuse or assault will not negatively impact your immigration proceedings

There are many emotional and physical challenges in the aftermath of sexual abuse or assault, but reporting the crime is an important step for you to take in regaining control and seeking justice. If you experience retaliation for reporting sexual abuse or assault, participating in an investigation about sexual abuse or assault, or for engaging in sexual activity as a result of force or coercion, you can report it in the same way that you report an incident of sexual abuse or assault.

## MEDICAL CARE, COUNSELING, AND VICTIM SERVICES

### The facility will help you get medical care, counseling, and victim services

You will be offered immediate protection from the perpetrator and referred for medical examination and clinical assessment at no cost to you. You do not have to name the detainee(s) or staff member who assaulted you in order for you to receive assistance, but specific information may make it easier for staff to help you. You will continue to receive protection from the perpetrator, whether or not you have identified your attacker or agree to testify against them.

Save anything that may contain the perpetrator's DNA. If you are a victim of sexual abuse or assault, you should make every effort to save anything that might contain the perpetrator's DNA.

Also, do not brush your teeth, smoke, drink or eat. If you have changed clothes, it is important not to wash the clothes and undergarments that you had on at the time of the assault and to bring them with you to the medical exam.

You should not bathe or shower, use the restroom, change clothes, comb your hair, clean up the scene where the incident occurred, or move anything the perpetrator may have touched.

### Receiving medical attention

Immediately after a sexual abuse or assault incident, it is important that you receive medical attention, regardless of your decision to participate in a criminal investigation. For your health and self-protection, it is important to be checked and treated for possible injuries, even if none are visible. You have a right to accept or decline any or all parts of the medical evaluation and treatment This includes testing for HIV and other sexually transmitted infections (STIs), as well as receiving preventative treatments, such as medications to prevent STIs, pregnancy (if applicable), and to protect against HIV transmission. You are also entitled to ongoing medical care as needed. You have the right to have a victim advocate with you during all medical evaluations and treatments involved with a sexual abuse or assault incident. See the section below on "Mental Health and Victim Services" for more information.

### Sexual assault forensic exams

In addition to receiving medical attention, some victims will also be encouraged to receive a sexual assault forensic medical exam. This exam is important because preserving evidence can be key to criminally prosecuting the perpetrator. You have a right to accept or decline any or all parts of the exam.

It is important to remember, however, that critical evidence may be missed if not collected or analyzed. It is also important to bring with you to the medical exam the clothes and underwear that you had on at the time of the assault. If the facility staff has these items, let the examiner know.

### Sexual assault forensic medical exam

A sexual assault forensic medical exam will be performed at a hospital or other healthcare facility, by a SANE, SAFE or another medical professional. SANE and SAFE medical staff are specially trained to examine and treat people who have been sexually abused. This exam is complex and on average, takes three (3) to four (4) hours.

To start, the medical professional will write down your detailed health history. Next the examiner will conduct a head-to-toe, detailed examination and assessment of the entire body (including an internal examination). This may include collection of blood, urine, hair, and other body secretion samples, photo documentation of injuries, and collection of clothing. Finally, the medical examiner will speak about treatment for sexually transmitted infections to which victims may have been exposed during the assault and for female victims, pregnancy risk evaluation and care. The facility or center will follow up to ensure that any additional treatments, counseling, medical care, or victims' services are provided.

### Mental health and victim services

You are entitled to mental health services and ongoing care, as appropriate, including counseling and access to outside victim services. At your request, the facility staff will put you in touch with a victim advocate. Victim advocates and crisis intervention services are available to help you cope and prepare you for any long-term processes. These might include criminal investigation, sexual assault forensic medical exam, emotional and physical reactions after an assault, etc., and your presence during the forensic medical exam or investigative interviews. A professional will also help you build on your strengths and identify your support network, problem solve, communicate to the facility any additional referrals you may need (psychological, medical, legal) for additional support and information, help with any immigration relief support specific to the incident, and help you if you are released from ICE custody.

## UNDERSTANDING THE CRIMINAL JUSTICE PROCESS

When you report a sexual abuse or assault incident the facility and/or an appropriate law enforcement agency will conduct an investigation. Reporting sexual abuse or assault is an important step. It can help you with evidence collection (as discussed above) and recovery. Just by reporting the incident, you may have a good start to recovering and feeling more in control of your life. You have the right to have a victim advocate with you during all investigatory interviews. While there is no way to change what happened, you can seek justice and prevent the perpetrator from committing another sexual abuse or assault. Your report of sexual abuse or assault does not affect your immigration case.

### The purpose of investigation

The purpose of the facility and/or the criminal investigation is to determine the nature and extent of the sexual abuse or assault incident. The law enforcement officer or facility investigator will document a written report and assign a tracking number to the allegation.

### The interview(s)

The interview(s) may take several hours, depending on the circumstances of the case. Some questions may feel intrusive, and the officer or investigator may interview you more than once. The extensive questioning isn't because the officer or investigator does not believe you; it is their job to get an accurate, detailed account of what happened. If you request, you can have your victim advocate present during the interview.

### Reporting the incident/choosing to press charges

You may choose not to immediately press charges following the facility's report to law enforcement. While there is no barrier to reporting the incident, even months afterwards, informing the facility and triggering the investigation as soon as possible will allow for the strongest evidence to be brought to light. Also, this will help the facility protect other detainees who may be in danger of abuse. If criminal charges are filed, it will be presented for prosecution. Not all cases will be accepted for prosecution based on evidence available and resources.

Additionally, there are certain circumstances in which the prosecutor will move forward with charges based solely on the evidence presented. For example, cases involving incidents of sexual abuse or assault may be pursued by the prosecutor regardless of your decision to be involved in the investigation. If the case does in fact go to trial, you will be generally asked to testify. It is important for you to discuss any concerns you have with the prosecutor (or your attorney) or a victim advocate.

### Investigation completion

When an investigation has been completed, it will be closed as substantiated, unsubstantiated, or unfounded. You will receive a written notification from ICE with results of the investigation and responsive actions taken.

- Substantiated means that the facts and evidence prove that the incident occurred;
- Unsubstantiated means that the facts and evidence were insufficient to make a determination as to whether or not the incident occurred; and
- Unfounded means that the facts and evidence prove that the incident did not occur.

### Understanding your reactions

Being victimized can violate your sense of safety and trust. You may feel shock, anger, and anxiety and it is normal to experience feelings of embarrassment, anger, guilt, panic, depression, and fear for several months or even years after the victimization. It is also normal to experience a variety of physical reactions from changes in eating and sleeping patterns to nightmares or flashbacks. These reactions can cause you to become withdrawn. It is also common to feel powerless or depressed. Whatever your reactions or fears, it is important to understand that you are not to blame and that these reactions are normal.

### Help is available

The facility and ICE will help you get support and offer resources specific to your needs. Emotional support is available from the facility's mental health and medical staff and from the chaplains.

Also, at your request, facility staff will put you in touch with a local community service provider or victim advocate (see "Mental Health and Victim Services" for more information).

Sexual abuse and assault can happen to anyone. Sexual abuse and assault is not about sex; it is about power and control. All reports are taken seriously. Your safety and the safety of others is the most important concern. For everyone's safety, you are encouraged to report all incidents, threats, or assaults.

## HUMAN TRAFFICKING

You or someone you know may be a human trafficking victim if you were forced or coerced (pressured) into work or prostitution, and/or your passport or other identification was taken away and held by someone, and/or you were threatened when trying to leave a job, and/or were told you could not leave a job until you paid off a "debt" by working for them. The work could be legal or illegal, such as in factories, construction, agriculture, restaurants, hotels, massage parlors, housekeeping, janitorial services, or prostitution. Even if you entered the country illegally, you could still be a human trafficking victim.

If you believe you are a human trafficking victim, know of someone who may be a victim, or know someone who is forcing others to work or into prostitution, the U.S. government wants to help by protecting victims of human trafficking, and stopping traffickers.

### Report Human Trafficking

You may report information about human trafficking, including information about human trafficking occurring outside of the detention facility.

Below are some ways you can make a report:

#### To ICE ERO

Talk to an ICE officer, or send a written request to ICE. You may write your request on a blank piece of paper or ask your housing officer for a detainee request form.

#### To Facility Medical Staff

Talk to Medical Staff at your facility.

#### To ICE Headquarters

Contact the ICE Detention Reporting and Information Line (DRIL), toll-free, at 1-888-351-4024 or 9116# or 711 from a TTY machine.

#### To the Homeland Security Investigations Tip Line

1-866-DHS-2-ICE (1-866-347-2423) or 711 from a TTY machine.

#### To the National Human Trafficking Hotline

The National Human Trafficking Hotline is operated by a nongovernmental organization and funded by the Federal Government:1-888-373-7888 or 711 from a TTY machine.

## QUESTIONS, REQUESTS, AND GRIEVANCES

This section of the handbook explains what to do if you have a question, request or problem; how to file a grievance; and what happens when you file a grievance.

### QUESTIONS, REQUESTS, AND INFORMAL COMPLAINTS

If you have a question, request, concern, complaint, or want more information about the facility's rules, you may ask a staff member at the facility, talk to an ICE officer, or send a written request to the facility or directly to ICE.

### How do I make a request in writing?

You may write your request on a blank piece of paper or ask your housing officer for a detainee request form. See below for how to file a grievance.

### What is a detainee request form?

It is a form you can fill out to make a request or informal complaint to the facility or ICE staff. If you need help filling out the detainee request form, you may ask another detainee, your housing officer, or other staff member at the facility.

IMPORTANT! The detainee request form is an informal request. It is not the same as a grievance. If you would like to pursue a formal complaint, you may file a grievance.

### Will my request be private?

Yes, you may put your request in an envelope and seal it. The staff – not other detainees – will deliver it promptly. The staff will not read or change the request.

### Who will read my request?

You decide where you want your request to go. Write the name, title, or office where you want it delivered on the envelope.

### How do I send my request?

Put your request in the locked drop-box at your facility. The facility faxes or forwards these forms to the ICE officer in charge of your case at least twice a week.

### When will ICE respond to my request?

ICE will typically respond to your request within three (3) business days.

## HOW TO FILE A GRIEVANCE OR FORMAL COMPLAINT

If you have a problem, first try talking to an officer or other staff member. He or she will try to solve the problem informally. If you do not feel comfortable talking to an officer or other staff member, or if talking has not helped solve the problem, you may file a formal grievance. At some facilities, you may also pursue a formal grievance at the same time as you try to resolve the problem informally. Check your facility's local handbook about when you can file a grievance.

To file a grievance or formal complaint, follow these steps:

1) Ask your housing officer for a grievance form;
2) Fill out the grievance form and then give it to your housing officer;
3) You may keep your grievance private by sealing it in an envelope available from the housing officer;
4) Your grievance form will be sent to the grievance officer (GO); and
5) The GO will give you a written or oral response within five (5) days of receiving your grievance.

EXCEPTION: At some facilities, if your complaint is about a medical problem, your grievance form will be sent directly to the medical staff, and kept confidential. Please check your local handbook.

### If I disagree, can I appeal the GO's decision?

You can file a written appeal with a grievance appeals committee, usually called a Grievance Appeal Board (GAB) or Detainee Grievance Committee (DGC). The GAB or DGC will meet to review your complaint. None of the committee members can be an officer or staff member who are named in the complaint, already reviewed your complaint, or helped you write your complaint.

When the GAB or DGC meet, they may call witnesses, look at evidence, and gather facts needed to decide your case fairly.

The GAB or DGC will ask you to go to the meeting so you can tell your story; answer questions and respond to any evidence or testimony that conflicts with yours. The GAB or DGC may let you meet with them over the phone. You will receive a decision in writing within five (5) days after receiving your appeal. The decision will explain the reasons why the decision was made.

### If I disagree, can I appeal the GAB or DGC decision?

If you lose your appeal with the GAB or DGC, you may be able to appeal the decision to the facility administrator. Check your facility's local handbook about this.

### Can I file a complaint for someone else?

No, but another detainee or someone on the staff can help you prepare and file your complaint.

IMPORTANT! Even if you need someone to help you, you must adhere to all of the deadlines.

### Will I be treated differently if I file a complaint?

No, you cannot be harassed, punished, or disciplined because you made a complaint. If you believe that you have been retaliated against because you filed a complaint, contact the GO or the facility administrator immediately.

### Will my complaint stay in my file?

Yes, a copy of your complaint stays in your detention file for three years.

### What if I have an emergency grievance?

Your facility will have its own procedures to handle emergency grievances which impact your life, health, and safety. Contact the GO or the facility administrator immediately if you have a complaint that involves an immediate threat to your health or safety.

### Where else can I send a complaint?

You can communicate your problems to the ICE Detention Reporting and Information Line (DRIL). The DRIL is toll-free and is available Monday through Friday, from 8am to 8pm Eastern Time, at 1-888-351-4024, via the pro-bono network at 9116#, or 711 from a TTY machine. Trained operators are available for individuals in the public and for those currently in ICE detention. DRIL information posters (English and Spanish) are posted in detention facility housing pods. Language assistance is also available.

You may call to:

- Obtain basic immigration case information;
- Obtain numbers for free legal service providers and information about whether there are Legal Rights Group Presentations at your facility;
- Report an incident of sexual or physical assault or abuse;
- Report serious or unresolved problems at your facility;
- Report that you are a victim of human trafficking or information about human trafficking occurring outside of the facility;
- Report that you have a serious mental disorder or condition. If you believe the disorder or condition impacts your ability to represent yourself or participate in an immigration court case, you should also notify the immigration judge; or
- Let ICE know that your immigration detention separated you from your minor child who is dependent on you.

### Where can I report staff misconduct?

If you think the staff mistreated or abused you, or violated your civil rights, you can file a complaint with DHS for free by email, phone or mail.

#### Contact the DHS Office of Inspector General (OIG)

- Call: 1-800-323-8603
- TTY: 1-844-889-4357
- Fax: 1-202-254-4297
- Mail:

  DHS Office of Inspector General/Mail Stop 0305
  Attn: Office of Investigations Hotline
  245 Murray Lane, SW
  Washington, D.C. 20528-0305

#### Contact the DHS Office for Civil Rights and Civil Liberties (CRCL)

- Email: CRCLCompliance@hq.dhs.gov
- Mail:

  Office for Civil Rights and Civil Liberties
  U.S. Department of Homeland Security
  Compliance Branch, Mail Stop #0190
  2707 Martin Luther King, Jr. Ave., SE
  Washington, DC 20528-0190

#### You can also contact the ICE OPR Intake and Assessment with allegations of staff misconduct or with allegations of sexual assault by a staff member or by another detainee.

- Call: 1-833-4ICEOPR (1-833-442-3677) or 711 from a TTY machine
- Email: ICEOPRIntake@ice.dhs.gov
- Mail:

  500 12th Street SW, Suite 1049
  Mailstop 5099
  Washington DC 20536-5005

## RECORDS

This part of the handbook explains what records and files ICE keeps about you.

### What files are there about me?

ICE keeps your A-File, detention file, and medical records.

### What is in my A-File?

Your A-File has a summary of all legal actions in your case, and may include your:

- ID cards;
- Photos;
- Passports;
- Criminal history; and
- Immigration history and related documents.

### What Is in my Detention File?

Your Detention File has your:

- Booking record;
- Classification worksheet;
- Discipline records from the facility;
- Behavior reports;
- Receipts for your money and other property;
- Written requests, complaints, and other issues;
- U.S. government documents; and
- Special housing unit records.

If you would like a copy of a document or documents from your A-File, detention files, or medical record, ask your ICE officer or facility staff. If you want another person to get a copy of those documents, you will need to provide written consent.

**Who keeps my records?**

ICE keeps your A-File. The facility or ICE has your detention and medical files.

## FACILITY RELEASE

**If you are released from ICE custody, you should expect the following before you leave:**

**Legal obligations**

You should review all your legal paperwork, and understand the conditions of your release and the date and location of your next court appearance, if you have one. You can call the Executive Office for Immigration Review (EOIR) at 1-800-898-7180 or 711 from a TTY machine if you are unsure of your next court date.

**Phone calls**

You may make one free phone call to help you make travel arrangements.

**Release time and travel arrangements**

You should be released from the facility at a reasonable time of day, which could include the early evening hours. If a friend or family member cannot pick you up at the facility, ask staff at the facility or an ICE officer to arrange for your transportation to a public transportation location, such as a bus station, airport, or train.

### Property and clothing

You will be given back your property, including the clothes you wore when you arrived. These will be listed on the receipt you received when you arrived. Make sure to check your receipt. If you did not receive all of your property, ask a facility staff member for a missing property form. If your clothing is not appropriate for the weather outside, ask a facility staff member or ICE officer for weather appropriate clothing.

### Medical

If you received medical care while in detention, you will be given medical paperwork. This may include your medical record, a summary of the healthcare you received during your stay at the facility, or instructions or referrals for follow-up care for medical conditions. If you received medication while in detention, you may also be given a supply of the medications you have been taking.

### Local community service organizations list

Ask a staff member or an ICE officer if your facility has a list of local community service organizations that may help you with legal, medical, housing, or other social services upon your release. Not every facility has a list of local organizations.

IMPORTANT! If you do not receive the information and items listed above, please tell a facility staff member or an ICE officer as soon as possible, and before you leave the detention facility.

## POSTINGS AND NOTICES

The following pages include some facility postings and notices with which you should make yourself familiar.

OIDO Office of the Immigration Detention Ombudsman

# NEED HELP?

**The Office of the Immigration Detention Ombudsman (OIDO) is an independent and neutral office—separate from ICE and CBP—that is committed to humane treatment and safe living conditions for all individuals in U.S. immigration custody and detention.**

You can report any issues—such as abuse, inadequate food or medical treatment, or poor or unsafe living conditions—to the OIDO case manager in your facility.

**PHYSICAL, MENTAL, OR EMOTIONAL ABUSE**

**INADEQUATE FOOD OR MEDICAL TREATMENT**

**POOR OR UNSAFE LIVING CONDITIONS**

Complaints filed with OIDO are confidential, and case managers will not reveal any information about your case without your consent. Talking to an OIDO case manager or filing a complaint will not affect your immigration case or detention status.

OIDO case managers are experienced and trained professionals who understand immigration detention issues and facilities and are eager to help you.

**To file a complaint, ask to speak with the OIDO case manager in your facility. Your family, legal representative, or other advocate can also file for you at dhs.gov/OIDO.**

OIDO is an independent office within the Department of Homeland Security.

www.dhs.gov/OIDO

OIDO Oficina del Defensor de Inmigrantes Detenidos

# ¿NECESITA AYUDA?

**La Oficina del Defensor de Inmigrantes Detenidos (OIDO) es una oficina independiente y neutral—separada de ICE y CBP—que está comprometida con el trato humano y las condiciones de vida seguras para todas las personas bajo custodia y detención de inmigración de los EE. UU.**

Puede reportar cualquier problema, como abuso, alimentación o tratamiento médico inadecuados, o condiciones de vida deficientes o inseguras, al administrador de casos de OIDO de su centro.

**ABUSO FÍSICO, MENTAL O EMOCIONAL**

**ALIMENTACIÓN O TRATAMIENTO MÉDICO INADECUADOS**

**CONDICIONES DE VIDA DEFICIENTES O INSEGURAS**

Las quejas presentadas ante OIDO son confidenciales y los administradores de casos no revelarán ninguna información sobre su caso sin su consentimiento. Hablar con un administrador de casos de OIDO o presentar una queja no afectará su caso de inmigración o estado de detención.

Los administradores de casos de OIDO son profesionales experimentados y capacitados que entienden los problemas y los centros de detención de inmigrantes y están ansiosos por ayudarlo.

**Para presentar una queja, pida hablar con el administrador de casos de OIDO de su centro. Su familia, representante legal u otro defensor también puede presentar una queja en su nombre en dhs.gov/OIDO.**

OIDO es una oficina independiente dentro del Departamento de Seguridad Nacional.

**www.dhs.gov/OIDO**

SPANISH/ESPAÑOL

OIDO Office of the Immigration Detention Ombudsman

## NEED HELP?

ARABIC/ اللغة العربية

**You can report issues about facility conditions or treatment — such as abuse, inadequate food or medical treatment, or poor or unsafe living conditions — to the Office of the Immigration Detention Ombudsman (OIDO).**

- Ask to speak with the OIDO case manager in your facility
- On a tablet, sign up for an appointment to speak with your case manager under the "OIDO" tab in the "Requests" section.
- Your family, legal representative, or other advocate can also file for you at www.dhs.gov/OIDO

**يمكنك أن تقدّم بلاغا إلى مكتب محقق شكاوى احتجاز المهاجرين (OIDO) عن أي مشكلة تتعلق بأوضاع المنشأة أو العلاج – مثل سوء المعاملة، أو عدم كفاية الطعام أو العلاج الطبي، أو الظروف المعيشية السيئة أو غير الآمنة.**

- اطلب التحدث مع المسؤول عن حالتك من مكتب محقق شكاوى احتجاز المهاجرين OIDO في منشأتك
- سجّل، من خلال على جهاز لوحي (تابلت) من أجل الحصول على موعد للتحدث مع مدير الحالة الخاص بك ضمن علامة التبويب "OIDO" في قسم "الطلبات".
- يمكن أيضًا لعائلتك أو ممثلك القانوني أو أي محامٍ آخر تقديم الطلب نيابة عنك على www.dhs.gov/OIDO

BENGALI/ বাংলা

**অপবয্বহার, অপযর্াপ্ত খাবার অথবা মেডিকেল টির্টমেন্ট অথবা খারাপ বা অসুরক্ষিত পরিবেশে বসবাসের মতো ফেসিলিটির অবস্থা বা চিকিৎসার বয্াপারে অফিস অব দয্ ইমিগের্শন ডিটেনশন ওমবুডসময্ান (OIDO)-এর কাছে অভিযোগ জানাতে পারেন।**

- আপনার ফেসিলিটিতে OIDO কেস ময্ানেজারের সাথে কথা বলতে চান বলে জানান
- একটি টয্াবলেটে গিয়ে, "অনুরোধ" বিভাগে, "OIDO" টয্াবের নিচে আপনার কেস ময্ানেজারের সাথে কথা বলতে অয্াপয়েন্টমেন্টের জনয্ সাইন আপ করুন।
- আপনার পরিবার, আইনী পর্তিনিধি বা অনয্ানয্ অয্াডভোকেটরাও www.dhs.gov/OIDO-তে গিয়ে আপনার জনয্ দাখিল করতে পারেন।

CHINESE/中文

**您可以向移民拘留申诉专员办公室（英文缩写"OIDO"）举报有关拘留设施条件或待遇方面的问题，例如虐待、食物或医疗条件不足，或者恶劣或不安全的生活条件。**

- 要求与您所在拘留设施的移民拘留申诉专员办公室的个案经理交谈。
- 在平板电脑上，在"请求"部分的"移民拘留申诉专员办公室"选项下登记，与您的个案经理预约会面。
- 您的家人、法定代表或其他支持者也可以在该网站（www.dhs.gov/OIDO）上为您提交请求。

FRENCH/FRANÇAIS

**Vous pouvez signaler des problèmes concernant les conditions ou le traitement de l'établissement, tels que la maltraitance, une alimentation ou un traitement médical inadéquat(e), ou des conditions de vie mauvaises ou dangereuses, au bureau du médiateur de la détention liée à l'immigration (Office of the Immigration Detention Ombudsman ou OIDO).**

- Demandez à parler au responsable des dossiers OIDO de votre établissement
- Sur une tablette, prenez rendez-vous pour parler avec le responsable de votre dossier sous l'onglet « OIDO » dans la section « Requests (demandes).
- Votre famille, votre représentant légal ou autre peut également déposer un dossier pour vous à www.dhs.gov/OIDO

HAITIAN CREOLE/ KREYÒL AYISYEN

**Ou kapab siyale pwoblèm ki genyen yo konsènan kondisyon oswa tretman nan yon etablisman; tankou abi, yon alimantasyon oswa yon tretman medikal ki pa apwopriye, oswa kondisyon vi ki deplorab oswa danjere. Ou ka fè sa nan Biwo Medyatè ki Kenbe Imigran yo (Office of the Immigration Detention Ombudsman, OIDO).**

- Mande pou w pale ak responsab ki jere ka OIDO nan etablisman w lan
- Sou yon tablèt, enskri pou w pran yon randevou pou w pale ak responsab ka pa w lan anba tab navigasyon ki ekri "OIDO" nan seksyon "Demann yo" ("Requests").
- Fanmi w, titè legal ou, oswa yon lòt reprezantan kapab ranpli dosye a pou ou tou nan www.dhs.gov/OIDO

HINDI/ हिंदी

**आप आपवासनर् नजरबंदी लोकपाल के कायालयर् (OIDO) से — अपने सुविधा-स्थल की ि‍स्थितयों या व्यवहार के बारे में रिपोटर् कर सकते है — जैसे कि दुव्यवहारर्, अपयाप्तर् भोजन या ि‍चिकत्सा उपचार, या रहने की खराब या असुरिक्षत ि‍स्थितयाँ।**

- अपने सुविधा-स्थल में OIDO केस मैनेजर से बात करने के लिए कहे
- अपने केस मैनेजर से बात करने के लिए, टैबलेट पर, " Requests" (अनुरोध) अनुभाग में दिए "OIDO" टैब के तहत एक अपॉइंटमेंट के लिए साइन अप करें।
- आपका पिरवार, कानूनी पर्तिनिध, या कोई अन्य अधिवक्ता भी www.dhs.gov/OIDO पर आपकी ओर से शिकायत दजर् कर सकते है

U.S. DEPARTMENT OF HOMELAND SECURITY

OIDO is an independent office within the Department of Homeland Security.

www.dhs.gov/OIDO

OIDO Office of the Immigration Detention Ombudsman

PORTUGUESE/PORTUGUÊS

**Você pode reportar problemas com as condições ou o tratamento na instituição – como abuso, alimentação ou tratamento médico inadequado, ou condições de vida precárias ou perigosas – no Escritório do Mediador nas Detenções da Imigração (OIDO).**

- Peça para falar com o gerente de casos do OIDO na sua instituição.
- No tablet, registre-se usando a aba "OIDO", na seção "Pedidos", para marcar uma consulta.
- Um familiar, representante legal ou outro defensor também pode registrar uma reclamação por você no www.dhs.gov/OIDO

PUNJABI/ ਪੰਜਾਬੀ

**ਤੁਸੀ ਆਪਣੀ ਸਹੂਲਤ ਦੀਆਂ ਸਥਿਤੀਆਂ ਜਾਂ ਵਿਵਹਾਰ ਸੰਬੰਧੀ ਕਿਸੇ ਵੀ ਮੁੱਦੇ—ਜਿਵੇਂ ਕਿ ਦੁਰਵਿਵਹਾਰ, ਨਾਕਾਫ਼ੀ ਭੋਜਨ ਜਾਂ ਡਾਕਟਰੀ ਇਲਾਜ, ਜਾਂ ਰਹਿਣ-ਸਹਿਣ ਦੀਆਂ ਮਾੜੀਆਂ ਜਾਂ ਅਸੁਰੱਖਿਅਤ ਸਥਿਤੀਆਂ—ਬਾਰੇ ਆਫਿਸ ਔਫ਼ ਦਿ ਇਮੀਗਰੇਸ਼ਨ ਡਿਟੈਂਸ਼ਨ ਓਮਬਡਸਮੈਨ (OIDO) ਨੂੰ ਰਿਪੋਰਟ ਕਰ ਸਕਦੇ ਹੋ।**

- ਆਪਣੀ ਸਹੂਲਤ ਦੇ OIDO ਕੇਸ ਮੈਨੇਜਰ ਨਾਲ ਗੱਲ ਕਰਨ ਲਈ ਕਹੋ।
- ਆਪਣੇ ਕੇਸ ਮੈਨੇਜਰ ਨਾਲ ਗੱਲ ਕਰਨ ਲਈ, ਟੈਬਲੇਟ 'ਤੇ, "Requests" ਭਾਗ ਵਿੱਚ "OIDO" ਟੈਬ ਦੇ ਹੇਠਾਂ ਅਪਾਇੰਟਮੈਂਟ ਲਈ ਸਾਈਨ-ਅੱਪ ਕਰੋ।
- ਤੁਹਾਡਾ ਪਰਿਵਾਰ, ਕਾਨੂੰਨੀ ਨੁਮਾਇੰਦਾ, ਜਾਂ ਕੋਈ ਹੋਰ ਐਡਵੋਕੇਟ ਵੀ ਤੁਹਾਡੇ ਵੱਲੋਂ dhs.gov/OIDO 'ਤੇ ਸ਼ਿਕਾਇਤ ਦਰਜ ਕਰ ਸਕਦੇ ਹਨ।

ROMANIAN/ROMÂNĂ

**Puteți raporta orice problemă – cum ar fi abuz, tratament sau alimentație necorespunzătoare, sau condiții de cazare necorespunzătoare și nesigure- la Biroul de mediere în centrele de detenție ale imigrației (OIDO).**

- Cereți să vorbiți cu managerul de caz de la OIDO din centrul de detenție
- Ca să vorbiți cu managerul de caz, inscrieți-vă pe tabletă la rubrica „OIDO", în secțiunea „Requests" (Cereri)/
- Familia dvs., reprezentatul legal sau un avocat poate să depună o cerere în numele dvs., online la dhs.gov/OIDO.

RUSSIAN/РУССКИЙ ЯЗЫК

**Вы можете сообщить о проблемах, связанных с условиями содержания или обращением в учреждении, таких как жестокое обращение, неадекватное питание или медицинское обслуживание, плохие или небезопасные условия проживания, в Управление омбудсмена по вопросам содержания под стражей иммигрантов (OIDO).**

- Попросите поговорить с менеджером по делам OIDO в вашем учреждении
- На планшете запишитесь на прием к своему куратору на вкладке "OIDO" в разделе "Запросы".
- Ваша семья, законный представитель или другой защитник также могут подать за вас заявление на сайте www.dhs.gov/OIDO.

SPANISH/ESPAÑOL

**Puede denunciar problemas relacionados con las condiciones del centro o el trato recibido - como por ejemplo, abusos, alimentación o tratamiento médico inadecuados, o condiciones de vida deficientes o inseguras - a la Oficina del Defensor de Inmigrantes Detenidos (OIDO, por sus siglas en inglés).**

- Pida hablar con el manejador de casos de OIDO en su centro
- En una tableta, solicite una cita para hablar con su manejador de caso bajo la pestaña "OIDO" en la sección "Requests".
- Su familia, representante legal u otro defensor también puede presentar la solicitud por usted en www.dhs.gov/OIDO.

TURKISH/TURKÇE

**İstismar, yetersiz gıda veya tıbbi tedavi veya kötü veya güvenli olmayan yaşam koşulları ile ilgili sorunları, Göçmen Gözaltı Merkezi ile İlgili Kamu Denetçisi Ofisi'ne (OIDO) bildirebilirsiniz.**

- Tesisinizde bulunan OIDO vaka yöneticisi ile konuşmayı isteyin
- Bir tablette, "Talepler" bölümündeki "OIDO" sekmesi altında, vaka yöneticinizle konuşmak için bir randevu için kaydolun.
- Aileniz, yasal temsilciniz veya başka bir müdafiniz de sizin için, www.dhs.gov/OIDO adresinden başvuruda bulunabilir

VIETNAMESE/TIẾNG VIỆT

**Quý vị có thể báo cáo bất kỳ vấn đề nào về tình trạng và cách đối xử tại cơ sở—như lạm dụng, không đủ thực phẩm hoặc chữa trị y tế, hoặc điều kiện sống tệ hoặc không an toàn—đến Văn Phòng Thanh Tra Giam Giữ Người Nhập Cư (Office of the Immigration Detention Ombudsman, hay OIDO).**

- Yêu cầu nói chuyện với người quản lý hồ sơ OIDO trong cơ sở của quý vị
- Trên máy tính bảng (tablet), hãy lấy hẹn để nói chuyện với người quản lý hồ sơ của quý vị liệt kê ở trang "OIDO" trong phần "Requests" (Yêu cầu).
- Gia đình, người đại diện hợp pháp hoặc người biện hộ khác cũng có thể nộp cho quý vị tại dhs.gov/OIDO.

OIDO is an independent office within the Department of Homeland Security.

www.dhs.gov/OIDO

U.S. Immigration and Customs Enforcement

# If you don't understand, please ask for assistance.

**If you don't speak or understand English, or cannot read or write English, an interpreter will be provided to you for free for medical and ICE or detention-related matters.**

**Spanish** Si no entiende, por favor pida ayuda. Si usted no habla o entiende inglés, o no puede leer o escribir inglés, se le proporcionará un intérprete sin costo alguno para cuestiones médicas y del ICE o relacionadas con la detención.

**Chinese** 如果你听不懂，请寻求帮助。如果你不会说或听不懂英语，或者，无法阅读或书写英语，则将免费为你提供口译服务，以解决医疗及ICE (移民及海关执法部)，或拘留方面的问题。

**Russian** Если Вы не понимаете, обратитесь за помощью. Если вы не говорите и не читаете по-английски, в ситуациях, касающихся медицинского обслуживания или Вашего содержания в учреждениях иммиграционной службы ICE, вам будут предоставлены бесплатные переводческие услуги.

**Portuguese** Caso não compreenda, por favor, peça ajuda. Caso não fale ou compreenda inglês, ou não saiba ler ou escrever em inglês, receberá gratuitamente a assistência de um intérprete para assuntos relacionados à Polícia de Imigração e Alfândega dos Estados Unidos da América (ICE), detenção ou médicos.

**Arabic** إذا لم تكن تفهم، يرجى طلب المساعدة. إذا كنت لا تتكلم او تفهم الإنجليزية، او لم تكن تقرأ او تكتب الإنجليزية، سيتم تأمين مترجم لك مجانا للأمور الطبية أو تلك المرتبطة بوكالة إنفاذ قوانين الهجرة والجمارك أو الاحتجاز.

**Punjabi** ਜੇ ਤੁਸੀਂ ਨਹੀਂ ਸਮਝਦੇ, ਕਿਰਪਾ ਕਰਕੇ ਸਹਾਇਤਾ ਦੀ ਮੰਗ ਕਰੋ. ਜੇ ਤੁਸੀਂ ਅੰਗ੍ਰੇਜ਼ੀ ਨਹੀਂ ਬੋਲਦੇ ਜਾਂ ਨਹੀਂ ਸਮਝਦੇ, ਜਾਂ ਅੰਗ੍ਰੇਜ਼ੀ ਨਹੀਂ ਪੜ੍ਹ ਸਕਦੇ ਜਾਂ ਨਹੀਂ ਲਿਖ ਸਕਦੇ, ਤਾਂ ਤੁਹਾਨੂੰ ਦੁਭਾਸ਼ੀਏ, ਡਾਕਟਰੀ ਅਤੇ ਆਈਸੀਈ ਜਾਂ ਨਜ਼ਰਬੰਦੀ-ਸੰਬੰਧੀ ਮਾਮਲਿਆਂ ਲਈ ਮੁਫਤ ਪ੍ਰਦਾਨ ਕੀਤੇ ਜਾਣਗੇ.

**Creole** Si ou pa konprann, silvouplè mande pou yo ede w. Si ou pa pale oswa ou pa konprann anglè, oswa ou pa ka li oswa ekri nan lang anglè, yo pral ba w yon entèprèt, san ou pa peye, pou zafè ki gen relasyon ak koze medikal epi ak ICE.

**French** Si vous ne comprenez pas, demandez de l'aide. Si vous ne ni parlez ni comprenez l'anglais, ou si vous ne pouvez ni lire ni écrire anglais, pour des questions médicales ou des questions liées à ICE ou à la détention, un interprète vous sera fourni.

**Hindi** यदि आपको समझ में नहीं आता है, तो कृपया सहायता के लिए पूछें. यदि आप अंग्रेजी नहीं बोलते या समझते हैं, या अंग्रेजी पढ या लिख नहीं सकते हैं, तो एक दुभाषिया आपको मुफ्त में चिकित्सा और आईसीई या नजरबंदी से संबंधित मामलों के लिए प्रदान किया जाएगा।

**Bengali** যদি আপনি কোনো কিছু বুঝতে না পারেন, তবে দয়া করে সাহায্য চাইবেন। যদি আপনি ইংরাজী বলতে না পারেন অথবা বুঝতে না পারেন, অথবা ইংরেজী পড়তে বা লিখতে না পারেন, আপনাকে একজন অনুবাদক বা দোভাষী দেয়া হবে বিনা খরচে আপনার মেডিকেল এবং আইসিই অথবা বন্দী অবস্থা সম্পর্কিত বিষয় নিয়ে আলাপ করবার জন্য।

**Vietnamese** Nếu quý vị không hiểu, xin vui lòng yêu cầu trợ giúp. Nếu quý vị không nói hay hiểu tiếng Anh, hay không thể đọc hay viết tiếng Anh, một thông dịch viên sẽ được cung cấp cho quý vị miễn phí cho y tế và Sở Di Trú hay các vấn đề liên quan đến giam giữ.

**Tamil** உங்களுக்கு புரியவில்லை என்றால், தயவுசெய்து உதவி கேட்கவும். உங்களால ஆங்கிலம் பேசவோ அல்லது புரிந்து கொள்ளவோ இல்லையென்றால், ஆங்கிலத்தைப் படிக்கவோ எழுதவோ முடியாவிட்டால், மருத்துவம் மற்றும் ICE அல்லது தடுப்புக்காவல்- தொடர்புடைய விஷயங்களுக்கு ஒரு மொழிபெயர்ப்பாளர் உங்களுக்கு இலவசமாக வழங்கப்படுவார்

**Romanian** Dacă nu înțelegeți, cereți ajutor. Dacă nu vorbiți sau nu înțelegeți limba engleză, sau nu puteți să citiți sau să scrieți în limba engleză, vi se va oferi un translator/interpret pe gratis care să vă ajute pentru problemele medicale, cele în legătură cu ICE (imigrația) sau cu centrul de detenție.

**Serbo-Croatian** Ako ne razumijete, molimo da zahtijevate pomoć. Ako ne govorite ili ne razumijete engleski ili ne možete čitati ili pisati na engleskom, besplatne usluge prevodioca će Vam biti osigurane za medicinska i imigracijska pitanja kao i pitanja koja se tiču Vašeg pritvaranja

**Korean** 이해하는 데에 어려움이 있으시다면 도움을 요청하십시오. 영어를 구사하거나 이해하지 못하신다면, 혹은 읽고 쓰기가 불가 하실 경우, 의료와 이민 세관 단속국 혹은 구류 격리 문제에 관련된 통역이 무료로 제공됩니다.



# ICE Has ZERO TOLERANCE for Sexual Abuse & Assault

## REPORT AN INCIDENT AND GET HELP:

NOTIFY A STAFF PERSON | TELL AN ICE OFFICIAL | CALL THE TOLL FREE NUMBERS BELOW

**1-888-351-4024 or 9116#**
ICE's Detention Reporting and Information Line

**1-800-323-8603 or 518#**
DHS Office of Inspector General
(You Can Call Anonymously)

*At this facility, contact:*

ICE

Report Sexual Assault Now

بلغ عن الاعتداء الجنسي الآن

即刻举报性侵犯事件

Rapportez les agressions sexuelles

Denonse agresyon seksyèl touswit

Denuncie crimes sexuais agora

Báo cáo cưỡng hiếp tình dục ngay lập tức

Reporte la agresión sexual ahora



# ICE Tiene CERO TOLERANCIA

## para Abuso Sexual y Agresión

### REPORTE UN INCIDENTE Y RECIBA AYUDA:

NOTIFIQUE AL PERSONAL | DIGALE A UN OFICIAL DE ICE | LLAME A NUESTROS NUMEROS GRATUITOS

**1-888-351-4024 o 9116#**
Línea de reportes e información de detención de ICE

**1-800-323-8603 or 518#**
Oficina de Inspector General de DHS
(Usted Puede Llamar Anónimamente)

*En estas instalaciones, contacte a:*

ICE

Reporte la agresión sexual ahora

بلغ عن الاعتداء الجنسي الآن

即刻举报性侵犯事件

Rapportez les agressions sexuelles

Denonse agresyon seksyèl touswit

Denuncie crimes sexuais agora

Báo cáo cưỡng hiếp tình dục ngay lập tức

Report Sexual Assault Now

## How to Report Sexual Abuse and Assault

If you feel at risk of being victimized, or if you become a victim of sexual abuse or assault, report the incident immediately. There are many options for reporting. Your ICE Detainee Handbook has more information about each of these:

### Report to the Facility

1. Tell any trusted staff member at the facility.
2. File an informal or formal grievance (including an emergency grievance) with the facility.

### Report to the ICE Field Office

3. Tell any ICE/ERO staff member who visits the facility.
4. File a written informal or formal request or grievance to ICE/ERO.

### Report to DHS or ICE Headquarters

5. Contact the ICE Detention Reporting and Information Line: **1-888-351-4024 or 9116#**. Language assistance is available.
6. Contact the DHS Office of Inspector General (OIG):

   Write a letter to:

   **DHS Office of Inspector General**
   Attention: Office of Investigations Hotline
   245 Murray Drive, SW
   Building 410/Mail Stop 0305
   Washington, DC 20528

   Call the toll-free hotline at:

   **1-800-323- 8603 or 518#**

### Report to Your Consular Official

7. Call or write to your consular official.

## Anonymous Reporting

You do not have to give your name to report a sexual abuse or assault. You can choose to report anonymously to the Detention Reporting and Information Line (DRIL) or the DHS OIG. You can also have somebody else report on your behalf to the facility, ICE Headquarters, or the OIG.

## Will this Impact my Immigration Case or Detention?

Any report of sexual abuse, or fear of being abused or assaulted, will **not** negatively affect your immigration case. *No one can retaliate against you in any way for reporting sexual abuse or assault.*

## Confidentiality

Information concerning your identity and the facts of your report will be limited to only those who need to know.




**For more information on this content, please read the ICE Detainee Handbook or ask a trusted facility staff person.**

U.S. Immigration and Customs Enforcement

U.S. Immigration and Customs Enforcement



# SEXUAL ABUSE and ASSAULT AWARENESS

www.ICE.gov

## What is Sexual Abuse and Assault?

**Detainee-on-detainee sexual abuse and assault:**

All forms of sexual abuse and assault by a detainee against another detainee(s) are prohibited. If another detainee forces you or tries to force you to engage in a sex act, touches the sexual parts of your body, forces you or tries to force you to touch the sexual parts of their body, or uses threats or intimidations to pressure you to engage in sex, it is sexual abuse.

**Staff-on-detainee sexual abuse and assault:**

All forms of sexual acts between a detainee and a staff member (including contract guards, medical professionals, and volunteers) are prohibited and against the law, regardless of whether they are consensual. If a staff member tries to or actually does have sex with you, intentionally touches you in a sexual manner, makes sexual advances or repeated sexual comments, displays his or her genitals, or engages in voyeurism, it is sexual abuse.




## If You Are a Victim of Sexual Abuse or Assault

Whatever your reactions or fears, it is important to understand that you are not to blame. Sexual abuse can violate your sense of safety and trust. You may feel shocked, angry, anxious, depressed, or guilty. You may also experience a variety of physical reactions, from changes in eating and sleeping patterns to nightmares or flashbacks. These reactions are normal, and help is available. The facility and ICE will help you get support and offer resources specific to your needs.

## What Support Can You Expect from ICE and the Facility

You will be offered immediate protection from the perpetrator and you will be referred for a medical examination, when appropriate. You will also be offered mental health services and outside victim services. Some victims may also be encouraged to receive a sexual assault forensic medical exam, which can help in criminally prosecuting the perpetrator.

## How Will Reports be Investigated?

When you report a sexual abuse or assault incident the facility and/or an appropriate law enforcement agency will conduct an investigation. You may be asked to participate in an interview to gather information. ICE will inform you of the result of any investigation once it is completed.

There is a difference between reporting the incident and choosing to press charges. You may choose not to immediately press charges, but you can always decide to do so later. If criminal charges are filed, it will be presented for possible prosecution. It is important for you to discuss any concerns you have with the prosecutor (or your attorney) or a victim advocate.

## How Can I Protect Myself from Sexual Abuse or Assault?

Sexual abuse and assault is never the victim's fault. Knowing the warning signs and red flags can help you stay alert and aware:

1. Report concerns.
2. Carry yourself in a confident manner. Many abusers choose victims who look like they would not fight back or who they think are emotionally weak.
3. Do not accept gifts or favors from others. Gifts or favors can come with demands or terms that the giver expects you to accept.
4. Do not accept an offer from another detainee to be your protector.
5. Find a staff member with whom you feel comfortable discussing your fears and concerns.
6. Do not use drugs or alcohol; these can weaken your ability to stay alert and make good judgments.
7. Be clear, direct and firm. Do not be afraid to say "no" or "stop it now."
8. Choose your associates wisely. Look for people who are involved in positive activities like educational programs, work opportunities or counseling groups. Get yourself involved in these activities, if they are available at your facility.
9. If you suspect another detainee is being sexually abused or assaulted, report it using one of the methods listed in this pamphlet.
10. Trust your instincts. Be aware of situations that make you feel uncomfortable. If it does not feel right or safe, leave the situation or seek assistance. If you fear for your safety, report your concerns to staff.

No More

## Como Reportar un Abuso o una Agresión Sexual

Si usted se siente a riesgo de ser victimizado o si usted se convierte en una víctima de abuso o agresión sexual, reporte el incidente inmediatamente. Hay muchas opciones para reportar. Su Manual para los Detenidos de ICE contiene más información acerca de éstas:

### Repórtelo al Centro

1. Dígaselo a cualquier empleado de confianza del centro.
2. Entregue una queja formal o informal (incluyendo una queja de emergencia) en el centro.

### Repórtelo a la Oficina Regional de ICE

3. Dígaselo a cualquier empleado de ICE/ERO que visite el centro.
4. Entregue una petición o queja informal o formal a ICE/ERO.

### Repórtelo a las Oficinas Centrales de DHS o ICE

5. Contacte la Línea de Reportes e Información de Detención de ICE: **1-888-351-4024 o 9116#**. Hay asistencia de idiomas.
6. Contacte la Oficina del Inspector General de DHS (OIG por sus siglas en inglés):

   Envíe una carta a:

   **DHS Office of Inspector General**
   Attention: Office of Investigations Hotline
   245 Murray Drive, SW
   Building 410/Mail Stop 0305
   Washington, DC 20528

   Llame gratuitamente a la línea de asistencia:

   **1-800-323-8603 o 518#**

### Repórtelo a su Oficial Consular

7. Llame o escríbale a su oficial consular.

## Reportar Anónimamente

Usted no tiene que dar su nombre para reportar un abuso o asalto sexual. Usted puede elegir reportar anónimamente a la Línea de información y denuncias del Centro de Detenciones del ICE (DRIL) o al DHS OIG. Usted también puede hacer que otra persona lo reporte por usted a las Oficinas Centrales de ICE o al OIG por usted.

## ¿Esto impactará mi caso de inmigración o detención?

Cualquier reporte de abuso sexual o temor de ser abusado o agredido **no** afectará negativamente su caso de inmigración. *Nadie podrá tomar ninguna represalia en contra de usted por haber reportado un abuso o una agresión sexual.*

## Confidencialidad

La información concerniente a su identidad y los hechos de su reporte serán limitados a quienes necesitan saberlos.




**Para más información sobre este tema, por favor lea el Manual para los detenidos de ICE o pregúntele a un empleado de confianza del centro.**

U.S. Immigration and Customs Enforcement

*Este folleto está diseñado a ser distribuido como un folleto tríptico.

U.S. Immigration and Customs Enforcement



# CONOCIMIENTO DEL ABUSO Y LA AGRESIÓN SEXUAL

www.ICE.gov

## ¿Qué es el abuso y la agresión sexual?

### Abuso y agresión sexual por parte de un detenido hacia otro detenido:

Todos los tipos de abuso y agresión sexual por parte de un detenido hacia otro detenido son prohibidos. Si un detenido lo fuerza o intenta forzarlo a participar en cualquier acto sexual, le toca las partes sexuales del cuerpo, lo fuerza a tocarle las partes sexuales de su cuerpo o usa amenazas o intimidación para presionarlo a participar en relaciones sexuales, eso es un abuso sexual.

### Abuso o agresión sexual por parte de un empleado hacia un detenido:

Todos los tipos de actos sexuales entre un detenido y un empleado (incluyendo los guardias contratistas, profesionales médicos y voluntarios) son prohibidos y contrarios a la ley, aún si son con consentimiento. Si un empleado intenta o logra tener sexo con usted, intencionalmente lo toca en una manera sexual, le hace proposiciones sexuales o comentarios sexuales repetidos, le muestra su área genital o participa en voyerismo, es un abuso sexual.




## Si usted es una víctima de abuso o agresión sexual

Cualesquiera que sean sus reacciones o temores, es importante que entienda que no es culpable. El abuso sexual puede violar su sentido de seguridad y confianza. Puede ser que usted se sienta ofendido, bravo, ansioso, deprimido o culpable. Puede ser que usted también experimente una variedad de reacciones físicas, desde cambios en sus hábitos de comer y dormir hasta pesadillas y flashbacks. Estas reacciones son normales y hay ayuda disponible. El centro y ICE le ayudarán a conseguir apoyo y ofrecen recursos específicos para sus necesidades.

## ¿Qué apoyo puede esperar de ICE y su centro?

Se le ofrecerá protección inmediata del culpable y usted será referido para un examen médico, cuando sea apropiado. También se le ofrecerán servicios de salud mental y servicios externos para las víctimas. A algunas víctimas también se les recomendará que reciban un examen de medicina forense de abuso sexual, lo cual puede ayudar a procesar criminalmente al culpable.

## ¿Cómo se investigarán los reportes?

Cuando usted reporte un incidente de abuso o agresión sexual, el centro y/o una agencia adecuada del cumplimiento de la ley realizará una investigación. Puede ser que se le pida que participe en una entrevista para colectar información. ICE le informará el resultado de cualquier investigación una vez que ésta haya terminado.

Hay una diferencia entre reportar el incidente y elegir poner cargos. Puede ser que usted elija no poner cargos inmediatamente, pero usted siempre podrá decidir hacerlo luego. Si se formulan cargos criminales, se presentarán para un posible enjuiciamiento. Es importante que usted discuta cualquier preocupación que tenga con el fiscal (o su abogado) o un defensor de víctimas.

## ¿Cómo puedo protegerme del abuso o la agresión sexual?

El abuso y la agresión sexual nunca son culpa de la víctima. El conocer las señales de alerta y actitudes sospechosas pueden ayudarle a mantenerse alerto y consciente:

1. Reporte sus preocupaciones.
2. Compórtese con firmeza. Muchos abusadores eligen víctimas que lucen como que no se defenderían o que ellos perciben como débiles.
3. No acepte regalos o favores de otros. Los regalos o los favores pueden venir con demandas o términos con los cuales el donante espera que usted cumpla.
4. No acepte una oferta por parte de otro detenido para ser su protector.
5. Busque un empleado con el cual usted se siente cómodo discutiendo sus temores y preocupaciones.
6. No use drogas o alcohol. Estos puede debilitar sus habilidades para mantenerse alerta y tener buen juicio.
7. Sea claro, directo y firme. No tema decir "no" o "pare ya".
8. Elija cuidadosamente sus asociados. Busque personas que estén involucradas en actividades positivas como los programas educacionales, oportunidades de empleo o grupos de asesoramiento. Involúcrese en estas actividades, si están disponibles en su centro.
9. Si usted sospecha que otro detenido está siendo abusado o agredido sexualmente, repórtelo usando uno de los métodos listados en este panfleto.
10. Confíe en sus instintos. Esté consciente de situaciones que lo hacen sentirse incómodo. Si no se siente bien o seguro, apártese de la situación o busque asistencia. Si teme por su seguridad, repórte sus preocupaciones a un empleado.

Ya Basta

U.S. Immigration and Customs Enforcement



ARABIC

# التوعية عن الإساءة والاعتداء الجنسي

www.ICE.gov

## كيفية تبليغ الإساءة والاعتداء الجنسي

إذا شعرت بأنك معرض لخطر الوقوع ضحية، أو إذا وقعت ضحية اساءة أو اعتداء جنسي، فأبلغ عن الحادث على الفور. هناك العديد من الخيارات للإبلاغ. يحتوي دليل المحتجزين عند وكالة إنفاذ قوانين الهجرة والجمارك بالولايات المتحدة (ICE) على مزيد من المعلومات حول كل من هذه الأمور:

### إبلاغ المرفق

1. أخبر أي موظف موثوق به في المنشأة.
2. قم بتقديم شكوى رسمية أو غير رسمية (بما في ذلك شكوى الطوارئ) في المنشأة.

### إبلاغ مكتب وكالة إنفاذ قوانين الهجرة والجمارك الميداني

3. أخبر أي موظف تابع لوكالة إنفاذ قوانين الهجرة والجمارك/عمليات الإنفاذ والترحيل (ICE/ERO) الذي يزور المنشأة.
4. قدم طلب كتابي رسمي أو غير رسمي أو شكوى إلى وكالة إنفاذ قوانين الهجرة والجمارك/عمليات الإنفاذ والترحيل (ICE/ERO).

### إبلاغ مقر علم وزارة الأمن الوطني أو وكالة إنفاذ قوانين الهجرة والجمارك

5. اتصل بخط الإبلاغ والمعلومات في منشأة الاعتقال (DRIL) الخاص بوكالة إنفاذ قوانين الهجرة والجمارك: **1-888-351-4024** أو **9116#**. تتوفر المساعدة اللغوية.
6. اتصل بمكتب المفتش العام بوزارة الأمن الوطني (OIG):

اكتب رسالة إلى:

**DHS Office of Inspector General**
Attention: Office of Investigations Hotline
245 Murray Drive, SW
Building 410/Mail Stop 0305
Washington, DC 20528

اتصل بالخط الساخن المجاني على:

**1-800-323- 8603 أو 518#**

### أبلغ المسؤول القنصلي الخاص بك

7. اتصل بالمسؤول القنصلي الخاص بك أو اكتب رسالة له.

## الإبلاغ دون الكشف عن الهوية

ليس عليك أن تعطي اسمك للإبلاغ عن إساءة جنسية أو إعتداء جنسي. يمكنك أن تختار الإبلاغ عن معلومات دون الكشف عن الهوية عبر خط الإبلاغ والمعلومات في منشأة الاعتقال (DRIL) أو الاتصال بمكتب المفتش العام بوزارة الأمن الوطني. كما يمكنك أن تطلب من شخص آخر أن يبلّغ بالنيابة عنك إلى المنشأة أو مقر وكالة إنفاذ قوانين الهجرة والجمارك أو مكتب المفتش العام (OIG).

## هل سيؤثر ذلك على ملف قضية الهجرة أو احتجازي؟

إن أي تقرير عن الاساءة الجنسية، أو الخوف من التعرض للإساءة أو الاعتداء، لن يؤثر سلباً على ملف قضية الهجرة. *لا يمكن لأحد أن ينتقم منك بأي شكل من الأشكال للإبلاغ عن الاساءات أو الاعتداءات الجنسية.*

## الخصوصية:

تقتصر المعلومات المتعلقة بهويتك وحقائق تقريرك على الأشخاص الذين يحتاجون إلى معرفتها فقط.




**للحصول على مزيد من المعلومات حول هذا المحتوى، يرجى قراءة دليل المحتجزين عند وكالة إنفاذ قوانين الهجرة والجمارك أو سؤال أحد موظفي المنشأة الموثوق بهم.**

U.S. Immigration and Customs Enforcement

## ما هي الاساءة الجنسية والاعتداء الجنسي

**الاساءة الجنسية والاعتداء الجنسي بين المحتجزين:**

يحظر على المحتجز ممارسة جميع أشكال الاساءة والاعتداء الجنسين ضد محتجز (محتجزين) آخر. إذا قام محتجز آخر بإجبارك أو محاولة إجبارك على أن تشارك في عمل جنسي، لمس الأعضاء جنسيّة من جسمك، أجبَرك أو حاول إجبارك على لمس الأعضاء الجنسيّة من جسمه أو لجأ إلى التهديدات أو الترهيب للضغط عليك للمشاركة في الجنس، فإن ذلك إساءة جنسيّة.

**الإساءة أو الاعتداء الجنسي من قبل الموظفين على المحتجزين:**

إن كافة أشكال الأفعال الجنسية بين المحتجز وأحد الموظفين (بما في ذلك الحراس المتعاقدين، والاختصاصيين الطبيين، والمتطوعين) ممنوعة وغير قانونية، بغض النظر عما إذا كان ذلك بموافقة الفريقين. إذا حاول أحد الموظفين ممارسة الجنس معك أو مارس الجنس معك بالفعل، أو تعمد أن يلمسك بطريقة جنسية، أو يقوم بتماديات جنسية أو يقوم بتعليقات جنسية متكررة، أو يعرض/تعرض أعضاءه/أعضائها التناسلية، أو يشارك في شهوة التلصص، فإنه يقوم بإساءة جنسية.




## إذا كنت ضحية إساءة جنسيّة أو اعتداء جنسي

مهما كانت ردود أفعالك أو مخاوفك، من المهمّ أن تفهم أنك لا تتحمل أي مسؤولية. يمكن أن يشكّل الاعتداء الجنسي انتهاكًا لحس السلامة والثقة لديك. قد تشعر بالصدمة أو الغضب أو القلق أو الاكتئاب أو الذنب. قد تواجه الضحايا مجموعة متنوعة من التفاعلات الجسدية بدءًا مع التغيرات في أنماط تناول الطعام والنوم ووصولاً إلى الكوابيس أو حالات الارتجاع إلى الماضي.

إن ردود الفعل هذه طبيعية، والمساعدة متاحة. ستساعدك المنشأة ووكالة إنفاذ قوانين الهجرة والجمارك في الحصول على الدعم وتوفر الموارد الخاصة باحتياجاتك.

## ما هو الدعم الذي يمكنك توقعه من وكالة إنفاذ قوانين الهجرة والجمارك والمنشأة

سيتم توفير الحماية الفورية لك من الجاني وسيتم إحالتك لفحص طبي، عند الاقتضاء. كما سيتم تقديم خدمات الصحة العقلية والخدمات الخارجية للضحايا. وقد يتم تشجيع بعض الضحايا أيضاً

على تلقي فحص طبي شرعي للاعتداء الجنسي، والذي قد يساعد في محاكمة مرتكب الجريمة جنائياً.

## كيف سيتم التحقيق في التقارير؟

عندما تبلغ عن حادث اساءة جنسية أو اعتداء جنسي، تقوم المنشأة و/أو وكالة مناسبة لإنفاذ القانون بإجراء تحقيق. يمكن أن يُطلب منك المشاركة في مقابلة لجمع المعلومات. ستعلمك وكالة إنفاذ قوانين الهجرة والجمارك بنتيجة أي تحقيق بمجرد اكتماله.

هناك فرق بين الإبلاغ عن الحادث واختيار توجيه اتهامات. يمكنك اختيار عدم توجيه اتهامات فورًا، ولكن يمكنك دائمًا اتخاذ قرار بذلك لاحقًا. وفي حالة توجيه تهم جنائية، سيتم تقديمها لإمكانية الملاحقة القضائية. من المهم لك أن تناقش أي مخاوف لديك مع المدعي العام (أو محاميك) أو محامي الضحية.

## كيف يمكنني حماية نفسي من الإساءة أو الاعتداء الجنسي

إن الإساءة الجنسية والاعتداء الجنسي ليس من خطأ الضحية على الإطلاق. يمكن أن تساعدك معرفة علامات التحذير والإشارات التحذيرية على البقاء حذرًا ويقظًا:

1. تكلم عن المخاوف.
2. تصرّف بطريقة واثقة. إن العديد من المعتدين يختارون الضحايا الذين لا يتصورون أنهم قد يدافعون عن أنفسهم أو أنهم يشعرون أنهم ضعفاء من الناحية العاطفية.
3. لا تقبل الهدايا أو الخدمات من الآخرين. يمكن أن تأتي الهدايا أو الخدمات مع طلبات أو شروط تتوقع منك تقديمها بعد قبولها.
4. لا تقبل عرضًا من معتقل آخر ليكون حاميك.
5. ابحث عن موظف تشعر معه بالارتياح لمناقشة مخاوفك وشواغلك.
6. لا تستخدم المخدرات أو الكحول؛ فهي قد تضعف قدرتك على البقاء متيقظًا واتخاذ قرارات جيدة.
7. كن واضحًا ومباشرًا وثابتًا. لا تخف من أن تقول "لا" أو "توقف الآن".
8. اختر زملاءك بحكمة. ابحث عن الأشخاص الذين يشاركون في أنشطة إيجابية مثل البرامج التعليمية أو فرص العمل أو مجموعات المشورة. شارك في هذه الأنشطة، إذا كانت متوفرة في منشأتك.
9. إذا كنت تشك في أن معتقلاً آخر يتعرض للإساءة أو الاعتداء الجنسي عليه، فأبلغ عن ذلك باستخدام إحدى الطرق المذكورة في هذا الكتيب.
10. ثق في غرائزك. انتبه إلى المواقف التي تجعلك تشعر بعدم الارتياح. إذا كانت الحالة لا تُشعرك بأنها مقبولة أو آمنة، فابتعد عن تلك الحالة أو اطلب المساعدة. إذا كنت تخشى على سلامتك، فأبلغ فريق العمل عن مخاوفك.



كفى

## Les façons de rapporter l'abus sexuel et les agressions sexuelles

Si vous pensez que vous êtes ou que vous courez le risque d'être la victime de violence ou agression sexuelles, rapportez l'incident immédiatement. Vous trouverez les façons de le rapporter dans votre manuel « ICE Detainee Handbook » :

### Rapportez-le à l'établissement

1. Parlez à un membre du personnel à qui vous faites confiance.
2. Déposez une réclamation informelle ou formelle (y compris d'urgence) auprès de l'établissement.

### Rapportez-le au bureau local de ICE

3. Parlez au personnel ICE/ERO qui visite l'établissement.
4. Déposez une réclamation écrite, informelle ou formelle, auprès de ICE/ERO.

### Rapportez-le au siège de DHS ou ICE

5. Contactez le « ICE Detention Reporting and Information Line » (DRIL) au : **1-888-351-4024 ou 9116#**. Un interprète sera disponible.
6. Contactez le Bureau de l'Inspecteur-Général du DHS (OIG) :

   Ecrivez une lettre au :

   **DHS Office of Inspector General**
   Attention: Office of Investigations Hotline
   245 Murray Drive, SW
   Building 410/Mail Stop 0305
   Washington, DC 20528

   Appelez gratuitement le hotline au :

   **1-800-323-8603 ou 518#**

### Rapportez-le à votre consulat

7. Appelez ou écrivez à votre consulat.

## Rapporter anonymement

Il n'y a pas besoin de donner son nom pour faire un rapport. Vous pouvez appeler anonymement le « Detention Reporting and Information Line » (DRIL) ou le OIG du DHS. Vous pouvez aussi demander à quelqu'un d'autre de faire le rapport à l'établissement, le siège de ICE, ou le OIG.

## Il y aura des conséquences pour mon dossier ou ma détention ?

Il n'y aura **pas** de conséquences négatives sur votre dossier en immigration à la suite d'un rapport sur (la peur de) la violence sexuelle. *Personne n'exercera des représailles contre vous à la suite d'un rapport* sur la violence sexuelle.

## Confidentialité

Votre identité et les détails de votre rapport ne seront communiqués qu'aux personnes qui ont besoin d'être informées.




**Pour plus amples informations sur ce sujet, consultez le « ICE Detainee Handbook » ou parlez à un membre du personnel à qui vous faites confiance**

U.S. Immigration and Customs Enforcement

U.S. Immigration and Customs Enforcement



FRENCH

# ATTENTION AUX L'ABUS SEXUEL ET LES AGRESSIONS SEXUELLES

www.ICE.gov

## Abus sexuel ? Agression sexuelle ?

**Violence sexuelle entre détenus :**

Toute forme de violence sexuelle entre détenus est interdite. Si un détenu vous force, ou essaie de vous forcer, à faire un acte sexuel, s'il vous touche aux parties intimes, vous force, ou essaie de vous forcer, à le toucher ou s'il vous menace ou vous intimide à vous engager dans des actes sexuels, c'est de la violence sexuelle.

**Violence sexuelle entre détenus et personnel :**

Toute forme de violence sexuelle, consentie ou non, entre détenus et personnel (y compris gardiens sous contrat, personnel médical et bénévoles) est interdite et contraire à la loi. Si un membre du personnel a, ou essaie d'avoir, des relations sexuelles avec vous, s'il vous touche, avec intention, de manière sexuelle, s'il vous fait des propositions ou des commentaires de nature sexuelle, ou s'il vous montre ses parties intimes ou s'engage dans le voyeurisme, on le considère de la violence sexuelle.




## Si vous êtes la victime de l'abus sexuel ou d'une agression sexuelle

Quelle que soient votre réaction ou votre peur, il est important de comprendre que ce n'est pas de votre faute. L'abus sexuel trouble le sentiment de sécurité et confiance. Vous vous sentez peut-être choqué, fâché, peureux, déprimé ou coupable. Peut-être vous présentez des réactions physiques comme des changements dans l'appétit ou le sommeil, des cauchemars, des flash-back. Ce sont des réactions normales et l'aide est disponible. L'établissement où vous êtes et ICE vous aideront à obtenir du soutien et des ressources spécifiques à votre besoin.

## Le soutien disponible dans l'établissement et auprès de ICE

On vous offrira une protection immédiate de l'auteur et on vous enverra pour un examen médical si nécessaire. On vous offrira également des services de santé mentale et des services pour victimes en dehors du centre de détention. On encouragera certaines victimes de subir un examen médico-légal en cas d'agression. Le résultat pourrait aider à entamer une poursuite pénale contre l'auteur.

## Comment se fera l'enquête ?

Quand vous rapportez un incident de violence sexuelle, l'établissement et/ou l'agence des forces de l'ordre appropriée conduira une enquête. On pourra vous demander de participer dans un entretien pour ramasser des informations. ICE vous communiquera le résultat final de l'enquête.

Il y a une différence entre rapporter un incident et porter plainte. Peut-être vous préférez de ne pas immédiatement porter plainte; vous pouvez changer d'avis plus tard. Si une plainte est déposée, le procureur la présentera. Il est important de parler de vos soucis avec le procureur (ou votre avocat) ou avec une personne de la défense des victimes.

## Comment se protéger de la violence sexuelle ?

L'abus sexuel et l'agression sexuelle ne sont jamais de la faute de la victime. Reconnaître les signes de danger pourra vous aider à rester alerte et vigilant :

1. Rapportez vos préoccupations.
2. Comportez-vous de manière sûre. Souvent, les agresseurs choisissent des victimes qui semblent dociles et dont ils pensent qu'elles sont émotionnellement faibles.
3. N'acceptez pas de cadeaux ou de faveurs. Ils pourraient entrainer des demandes ou des conditions dont la personne s'attend à ce que vous les acceptiez.
4. N'acceptez pas l'offre d'un autre détenu d'agir comme votre protecteur.
5. Trouvez un membre du personnel en qui vous faites confiance et avec qui vous pouvez parler de vos peurs et soucis.
6. Ne prenez ni drogues ni alcool; ils pourraient réduire votre capacité de rester alerte et de porter bon jugement.
7. Soyez clair, directe et ferme. N'ayez pas peur de dire « non » ou « arrête maintenant ».
8. Choisissez vos proches avec de la sagesse. Cherchez des personnes engagées dans des activités positives : les programmes éducatifs, occasions de travail, groupes de thérapie. Engagez-vous dans ces activités si elles sont disponibles là ou vous êtes.
9. Si vous soupçonnez qu'un autre détenu subit de la violence sexuelle, rapportez-le par une des façons expliquées dans cette brochure.
10. Fiez-vous à votre intuition. Soyez conscient des situations qui vous gênent. Quittez une telle situation ou cherchez de l'aide. Si vous pensez que vous êtes en danger, rapportez vos soucis au personnel.

Plus jamais

## Kòman pou Rapòte Abi ak Atak Seksyèl

Si ou santi ou nan risk pou w ta vin yon victim, oswa si ou vin yon victim abi oswa atak seksyèl, rapòte ensidan an imedyatman. Gen plizyè fason pou fè rapò a. Manyèl Detni ICE ou a a gen plis enfòmasyon sou chak nan yo:

### Fè rapò bay lokal la

1. Enfòme yon manm pèsonèl etablisman ke ou fè konsfyans.
2. Soumèt yon doleyans enfòmèl oswa fòmèl (enkli yon doleyans dijans) avèl lokal la.

### Fè rapò bay Biwo local ICE la

3. Enfòme nenpòt manm pèsonèl ICE/ERO a ki vizite local la.
4. Soumèt yon demann enfòmal oswa fòmèl oswa yon doleyans bay ICE/ERO.

### Fè rapò bay Katye Jeneral DHS oswa ICE

5. Kontakte Liy Enfòmasyon ak Rapò sou Detansyon ICE la: **1-888-351-4024 oswa 9116#**. Gen èd pou lang ki disponib.
6. Kontakte Biwo DHS Enspektè Jeneral la (OIG):

   Ekri yon lèt bay:

   **DHS Office of Inspector General**
   Attention: Office of Investigations Hotline
   245 Murray Drive, SW
   Building 410/Mail Stop 0305
   Washington, DC 20528

   Rele liy ijans gratis la:

   **1-800-323- 8603 oswa 518#**

### Fè rapò bay yon ofisyèl konsilè

7. Rele oswa ekri ofisyèl konsilè ou a.

## Fè Rapò Anonim

Li pa obligatwa pou w bay non w pou rapòte yon atak oswa yon abi seksyèl. Ou ka chwazi pou w fè yon rapò anonim bay Liy Enfòmasyon ak Rapò Detansyon an (DRIL) oswa DHS OIG a. Ou ka bay yon lòt moun fè rapò a nan non ou tou pou bay lokal la, Katye Jeneral ICE la oswa OIG a.

## Eske sa ap enfliyanse Dosye Imigrasyon m lan oswa Detansyon m nan?

Nenpòt rapò sou abi seksyèl, oswa pèrez ke yo ta abize oswa atake w **pap** afekte dosye imigrasyon w lan negatifman. *Pèsonn pa ka fè revanj kont ou nan okenn fason paske w fè yon rapò sou abi oswa atak seksyèl.*

## Konfidansyalite

Enfomasyon konsènan idantite w epi f and the prèv rapò w la ap rete aksesib sèlman ak moun sa yo ki bezwen konnen.




**Pou plis enfòmasyon sou kontni sa yo, tanpri li Manyèl Detni ICE la oswa mande yon manm nan pèsonèl lokal ke w fè konfyans.**

U.S. Immigration and Customs Enforcement

U.S. Immigration and Customs Enforcement



HAITIAN CREOLE

# KONSYANTIZATION Sou ATAK AK ABI SEKSYÈL

www.ICE.gov

## Kisa ki abi ak atak seksyèl?

### Abi ak atak seksyèl yon detni sou yon lòt detni:

Yo entèdi tout kalite atak ak abi seksyèl yon detni, fè sou yon lòt detni. Si yon lòt detni fòse w oswa eseye fòse pou w ta angaje w nan yon zak seksyèl, manyen pati seksyèl kò w yo, fòse w oswa eseye fòse pou w ta touche pati seksyèl kò yo, oswa itilize [illegible] oswa entimidasyon pou yo fè w angaje yo nan fè bagay, yo rele sa abi seksyèl.

### Abi ak atak seksyèl yon manm pèsonèl sou yon detni:

Yo entèdi tout kalite zak seksyèl ant yon detni ak yon manm pèsonèl la (enkli gad ki sou kontra, pwofesyonèl medikal la, ak volontè) e se yon bagay ki kont lalwa, kelkeswa se ta yon bagay konsansyèl ou pa. Si yon manm pèsonèl la eseye oswa menm fè bagay ak ou, manyen w entansyonèlman nan yon fason seksyèl, fè avans seksyèl oswa repete komantè seksyèl, montre pati entim li, oswa angaje l nan voyeurism, yo rele sa abi seksyèl.




## Si pou se yon viktim abi oswa atak seksyèl

Kelkeswa reyaksyon oswa pèrèz ou, li enpòtan pou w konprann ke yo pa gen pou blame w. Abi seksyèl ka vyole sans byennèt ak fè konfyans ou. Ou ka santi w choke, fache, anksye, depresif oswa koupab. Ou ka fè eksperyans tou ak kèk reyaksyon fizik ki varye, ki kòmanse nan chanjman abitid manje w ak fason w dòmi ak kochman epi reviv move moman sa yo. Reyaksyon sa yo nòmal, epi gen èd disponib. Lokal la ak ICE pral ede w jwenn sipò epi ofri w resous espesifik pou bezwen w yo.

## Ki sipò w ka atann nan men ICE ak lokal la

Yo pral ofri w pwoteksyon imedya kon atakan an epi yo pral refere w pou yon egzamen medikal. Yo pral ofri w tou sèvis sante mantal epi sèvis ekstèn pou viktim. Yo ankouraje kèk viktim tou pou resevwa yon egzamen egzamen medikal teknik sou atak seksyèl ki ka ede nan pouswit kriminèl kont atakan an.

## Kijan yo envestige rapò yo?

Lè w fè rapò sou yon ensidan atak oswa abi seksyèl, etablisman epi/oswa ajans ranfòsman lalwa apwopriye a pral mennen yon envestigasyon. Yo ka mande w pou w patisipe nan yon entèvyou pou ranmase enfòmasyon. ICE pral enfòme sou rezilta envestigasyon an, yon fwa yo fini ak li.

Gen yon diferans ant rapòte yon ensidan ak pòte plent. Ou ka chwazi pou w pa pòte plent imedyatman men ou ka toujou deside sou sa pi ta. Si yo soumèt kèk akizasyon kriminèl, yo ka prezante l nan yon pouswit jidisyè . Li enpòtan ke ou diskite tout preyokipasyon w ak prokirè a (oswa avoka w) oswa protektè viktim yo.

## Kijan w ka proteje tèt ou kont abi seksyèl?

Abi ak atak seksyèl pa janm fòt victim lan. Si w konn siy avètisman ak alam ki ka ede rete veyatif epi alète:

1. Rapòte enkyetid ou.
2. Pote tèt ou nan yon manyè konfidansyèl. Anpil agrees chwazi victim ki parèt tankou yo pa ka riposte oswa ke yo panse ki fèb nan tèt.
3. Pa aksepte kado oswa favè nan men lòt moun. Kado oswa favè ka vin ak egzijans oswa kondisyon ke moun kap ofri kado a atann ke ou aksepte.
4. Pa aksepte of ke yon lèt detni ta fè pou li ta moun ka pwoteje w.
5. Chaje yon manm pèsonèl la ke ou santi w alèz ak li pou pale de pèrèz ak preyokipasyon w.
6. Pa sèvi ak dwòg oswa tafya; bagay say o ka febli kapasite w pou rete an alèt epi pou w fè bon jijman.
7. Ou dwe klè, dirèk epi fèm. Ou pa dwe gen perez pou w di « non » oswa « Sispann kounyea. »
8. Chwazi patnè w y oak sajès. Chache moun ki enplike nan aktivite pozitif tank pwogram edikasyon, opòtinite travay, oswa konsèy an gwoup. Degaje w pou w angaje w nan aktivite say o si yo disponib nan local ou a.
9. Si w sispèk ke y ap abize oswa atake yon detni, rapòte sa pa youn nan metòd ke yo mete nan lis nan ti livrè sa a.
10. Fè konfyans an entwisyon w. Fòk ou konsyan nan sitiyasyon ki mete w malalèz. Si w pa santi l byen oswa ansekirite, kite sitiyasyon an epi mande èd. Si w gen pèrez pou byennèt ou, rapòte sa ban pèsonèl la.

## यौन दुर्व्यवहार और हमले की रिपोर्ट कैसे करें

यदि आप पीड़ित होने का जोखिम महसूस करते हैं, या यदि आप यौन शोषण या हमले का शिकार हो जाते हैं, तो तुरंत घटना की रिपोर्ट करें। रिपोर्टिंग के लिए कई विकल्प हैं। आपकी आईसीइ बंदि पुस्तिका में इनमें से प्रत्येक के बारे में अधिक जानकारी है:

### सुविधा को रिपोर्ट करें

1. अपनी जगह पर किसी भी विश्वसनीय स्टाफ सदस्य को बताएं।
2. सुविधा के साथ एक अनौपचारिक या औपचारिक शिकायत (आपातकालीन शिकायत सहित) दर्ज करें।

### आईसीई फील्ड कार्यालय को रिपोर्ट करें

3. किसी भी आईसीई / ईआरओ स्टाफ सदस्य को बताएं जो सुविधा का दौरा करता है।.
4. आईसीई / ईआरओ को लिखित अनौपचारिक या औपचारिक अनुरोध या शिकायत दर्ज करें।

### डीएचएस या आईसीई मुख्यालय को रिपोर्ट करें

5. आईसीई नज़रबंदी रिपोर्टिंग और जानकारी लाइन: **1-888-351-4024** या **9116 #** पर संपर्क करें। भाषा सहायता उपलब्ध है।.
6. डीएचएस कार्यालय के महानिरीक्षक से संपर्क करें (ओआईजी ):

   एक पत्र लिखें:

   **डीएचएस ऑफिस ऑफ इंस्पेक्टर जनरल**
   अटेंशन: ऑफिस ऑफ इन्वेस्टिगेशन्स हॉटलाइन
   245 मुर्रे ड्राइव, एसडब्ल्यू
   बिल्डिंग 410 / मेल स्टॉप 0305
   वाशिंगटन, डीसी 20528

   टोल-फ्री हॉटलाइन पर कॉल करें:

   **1-800-323- 8603 or 518#**

### अपने कांसुलर अधिकारी को रिपोर्ट करें

7. कॉल करें या अपने कांसुलर अधिकारी को लिखें।

### बेनामी सूचना

यौन शोषण या हमले **की रिपोर्ट करने के लिए** आपको अपना नाम देने की आवश्यकता नहीं है। आप डिटेंशन रिपोर्टिंग और सूचना लाइन (डीआईआरएल ) या डीएचएस ओआईजी को गुमनाम रूप से रिपोर्ट करना चुन सकते हैं। आपकी सुविधा पर, आईसीई मुख्यालय या ओआईजी की ओर से किसी और की रिपोर्ट भी हो सकती है।

### क्या यह मेरे आव्रजन मामले या नज़रबंदी को प्रभावित करेगा?

यौन शोषण, या दुर्व्यवहार या हमले की आशंका की कोई भी रिपोर्ट आपके आव्रजन मामले को नकारात्मक रूप से प्रभावित नहीं करेगी। *यौन शोषण या हमले की रिपोर्टिंग के लिए कोई भी किसी भी तरह से आपके खिलाफ जवाबी कार्रवाई नहीं कर सकता।*

### गोपनीयता

आपकी पहचान और आपकी रिपोर्ट के तथ्यों से संबंधित जानकारी केवल उन्हीं तक सीमित रहेगी, जिन्हें जानना आवश्यक है।




**इस सामग्री के बारे में अधिक जानकारी के लिए कृपया आईसीइ बंदि पुस्तिका पढ़ें या किसी विश्वसनीय सुविधा कर्मचारी से पूछें **

U.S. Immigration and Customs Enforcement

U.S. Immigration and Customs Enforcement



HINDI

# यौन दुर्व्यवहार और हमला जागरूकता

www.ICE.gov

## क्या है यौन शोषण और हमला

### नज़रबंद से नज़रबंद के साथ यौन शोषण और हमला:

एक बंदी के खिलाफ एक बंदी द्वारा यौन शोषण और हमला करने के सभी प्रकार निषिद्ध हैं। यदि कोई अन्य बंदी आपको मजबूर करता है या आपको यौन क्रिया में संलग्न होने के लिए मजबूर करता है, तो आपके शरीर के यौन अंगों को छूता है, आपको मजबूर करता है या आपको उनके शरीर के यौन अंगों को छूने के लिए मजबूर करने की कोशिश करता है, या आपको दबाव डालने के लिए धमकियों या धमकियों का उपयोग करता है। सेक्स में लिप्त होना, यह यौन शोषण है।

### स्टाफ-तथा-बंदी यौन शोषण और हमला:

एक बंदी और एक कर्मचारी सदस्य (अनुबंध गार्ड, चिकित्सा पेशेवरों और स्वयंसेवकों सहित) के बीच सभी प्रकार के यौन कार्य निषिद्ध हैं और कानून के खिलाफ, चाहे वे सहमति के बिना हों। यदि कोई स्टाफ सदस्य आपके साथ यौन संबंध बनाने या वास्तव में सेक्स करने की कोशिश करता है, तो जानबूझकर आपको यौन तरीके से छूता है, यौन उन्नति करता है या बार-बार यौन टिप्पणियां करता है, अपने जननांगों को प्रदर्शित करता है, या वायुर्यवाद में संलग्न है, यह यौन शोषण है।




## अगर आप यौन शोषण या हमले का शिकार हैं

आपकी प्रतिक्रियाएं या डर जो भी हों, यह समझना महत्वपूर्ण है कि आपको दोष नहीं देना है। यौन शोषण आपकी सुरक्षा और विश्वास की भावना का उल्लंघन कर सकता है। आप हैरान, क्रोधित, चिंतित, उदास या दोषी महसूस कर सकते हैं। आप खाने और सोने के पैटर्न में बदलाव से लेकर बुरे सपने या फ्लैशबैक तक कई तरह की शारीरिक प्रतिक्रियाओं का अनुभव कर सकते हैं। ये प्रतिक्रियाएं सामान्य हैं, और मदद उपलब्ध है। सुविधा और आईसीई आपकी सहायता प्राप्त करने और आपकी आवश्यकताओं के लिए विशिष्ट संसाधनों की पेशकश करने में मदद करेगा।

## आप आईसीई और सुविधा से क्या समर्थन की उम्मीद कर सकते हैं

आपको अपराधी से तत्काल सुरक्षा की पेशकश की जाएगी और उपयुक्त होने पर आपको मेडिकल जांच के लिए भेजा जाएगा। आपको मानसिक स्वास्थ्य सेवाएं और पीड़ित सेवाओं के बाहर भी पेश किया जाएगा। कुछ पीड़ितों को प्रोत्साहित भी किया जा सकता है एक यौन उत्पीड़न फोरेंसिक चिकित्सा परीक्षा प्राप्त करने के लिए, जो अपराधी को आपराधिक रूप से मुकदमा चलाने में मदद कर सकता है।

## रिपोर्ट की जांच कैसे होगी?

जब आप यौन शोषण या हमले की घटना की रिपोर्ट करते हैं तो सुविधा और / या एक उपयुक्त कानून प्रवर्तन एजेंसी एक जांच करेगी। आपको जानकारी जुटाने के लिए एक साक्षात्कार में भाग लेने के लिए कहा जा सकता है। एक बार पूरा होने के बाद आईसीई आपको किसी भी जाँच के परिणाम की सूचना देगा।

घटना की रिपोर्टिंग और प्रेस आरोपों के बीच अंतर है। आप तुरंत आरोप नहीं लेने का चयन कर सकते हैं, लेकिन आप हमेशा ऐसा करने का निर्णय ले सकते हैं। यदि आपराधिक आरोप दायर किए जाते हैं, तो इसे संभावित अभियोजन के लिए प्रस्तुत किया जाएगा। आपके लिए अभियोजक (या आपके वकील) या पीड़ित अधिवक्ता के साथ किसी भी चिंता पर चर्चा करना महत्वपूर्ण है।

## मैं यौन शोषण या हमले से खुद को कैसे बचा सकता हूं?

यौन दुर्व्यवहार और हमला कभी भी पीड़ित व्यक्ति की गलती नहीं है। चेतावनी के संकेतों और लाल झंडों को जानने से आप सतर्क और जागरूक रह सकते हैं.

1. चिंताओं की रिपोर्ट करें।
2. आत्मविश्वास से अपने आप को संवारें। कई नशेड़ी पीड़ितों को चुनते हैं जो यह देखते हैं कि वे वापस नहीं लड़ेंगे या जो सोचते हैं कि वे भावनात्मक रूप से कमजोर हैं।
3. दूसरों से उपहार या एहसान स्वीकार न करें। उपहार या एहसान मांगों या शर्तों के साथ आ सकता है जिसे देने वाला आपसे अपेक्षा करता है।.
4. अपने रक्षक होने के लिए किसी अन्य बंदी के प्रस्ताव को स्वीकार न करें।
5. एक स्टाफ सदस्य खोजें, जिसके साथ आप अपने डर और चिंताओं पर चर्चा करने में सहज महसूस करते हैं।
6. नशे या शराब का उपयोग न करें, ये सतर्क रहने और अच्छे निर्णय लेने की आपकी क्षमता को कमजोर कर सकते हैं।
7. स्पष्ट, प्रत्यक्ष और दृढ़ रहें। "नहीं" या "अब इसे बंद करो" कहने से डरो मत।"
8. अपने सहयोगियों को बुद्धिमानी से चुनें। ऐसे लोगों की तलाश करें जो शैक्षिक कार्यक्रमों, काम के अवसरों या परामर्श समूहों जैसी सकारात्मक गतिविधियों में शामिल हों। इन गतिविधियों में स्वयं शामिल हों, यदि वे आपकी सुविधा में उपलब्ध हों।
9. यदि आपको संदेह है कि किसी अन्य बंदी का यौन शोषण या हमला किया जा रहा है, तो इस पुस्तिका में सूचीबद्ध तरीकों में से किसी एक का उपयोग करके रिपोर्ट करें।
10. अपनी प्रकृति पर विश्वास रखें। ऐसी स्थितियों से अवगत रहें जो आपको असहज महसूस कराती हैं। यदि यह सही या सुरक्षित नहीं लगता है, तो स्थिति को छोड़ दें या सहायता लें। यदि आप अपनी सुरक्षा के लिए डरते हैं, तो कर्मचारियों को अपनी चिंताओं की रिपोर्ट करें।

अब और नहीं

## Como Denunciar Abuso e Agressão Sexual

Se você se sentir em risco de ser vitimizado, ou se você se tornar vítima de abuso ou agressão sexual, denuncie o incidente imediatamente. Há muitas opções para relatar o incidente. Seu Manual do Detento ICE tem mais informações sobre cada uma delas:

### Denunciar ao Centro

1. Avise qualquer membro de confiança do pessoal das instalações.
2. Apresentar uma reclamação informal ou formal (incluindo uma reclamação de emergência) com as instalações.

### Informe ao Escritório da Sede do ICE

3. Informe qualquer membro do conselho ICE/ERO que visite as instalações.
4. Apresente uma solicitação ou reclamação formal ou informal por escrito ao ICE/ERO.

### Reportar ao DHS ou Sede do ICE

5. Entre em contato com a Linha de Detenção e Informação do ICE: 1-888-351-4024 ou 9116#. Assistência em idiomas está disponível.
6. Entre em contato com o Escritório do DHS do Inspetor Geral (OIG):

Escreva uma carta para:

**DHS Escritório do Inspetor Geral,**
Atenção: Office of Investigations Hotline
245 Murray Drive, SW
Edifício 410 / Mail Stop 0305
Washington, DC 20528

Ligue para a linha direta gratuita em:
**1-800-323-8603 ou 518 #**

### Informe ao Seu Funcionário Consular

7. Ligue ou escreva para o seu funcionário consular.

### Relatórios anônimos

Você não precisa dar seu nome para denunciar um abuso ou agressão sexual. Você pode optar por denunciar anonimamente à Linha de Denúncia e Informação de Detenção (DRIL) ou ao DHS OIG. Você também pode ter outra pessoa para denunciar em seu nome às instalações, à sede do ICE, ou ao OIG.

### Isto terá Impacto em Meu Caso de Imigração ou Detenção?

Qualquer denúncia de abuso sexual, ou medo de ser abusado ou agredido, **não** afetará negativamente seu caso de imigração. Ninguém pode retaliar contra você de forma alguma por denunciar abuso ou agressão sexual.

### Confidencialidade

As informações relativas à sua identidade e aos fatos de seu relatório serão limitadas somente àqueles que precisam saber.




** Para mais informações sobre este conteúdo, leia o Manual do Detento ICE ou procure uma pessoa de confiança do funcionário da instalação **

U.S. Immigration and Customs Enforcement

U.S. Immigration and Customs Enforcement



PORTUGUESE

# CONSCIÊNCIA DO ABUSO E ASSÉDIO SEXUAL

www.ICE.gov

## O que é Abuso e Agressão Sexual?

### Abuso e agressão sexual de detento-contra-detento:

Todas as formas de abuso e agressão sexual por um detido contra outro(s) detido(s) são proibidas. Se outro detento o força ou tenta forçá-lo para se envolver em, um ato sexual, tocar as partes sexuais de seu corpo, forçá-lo ou tentar forçá-lo a tocar as partes sexuais de corpo dele(a), ou usar ameaças ou intimidações para pressioná-lo a se envolver em sexo, é abuso sexual.

### Abuso e agressão sexual de funcionários em detenções:

Todas as formas de atos sexuais entre um detido e um membro do pessoal (incluindo guardas contratuais, profissionais médicos e voluntários) são proibidas e contrárias à lei, independentemente de serem consensuais. Se um membro do pessoal tentar ou realmente fizer sexo com você, tocar intencionalmente em você de maneira sexual, fizer avanços sexuais ou comentários sexuais repetidos, exibir seus genitais ou se envolver em voyeurismo, trata-se de abuso sexual.




## Se Você é uma Vítima de Abuso ou Agressão Sexual

Quaisquer que sejam suas reações ou medos, é importante entender que você não é o culpado. O abuso sexual pode violar seu senso de segurança e confiança. Você pode se sentir chocado, irritado, ansioso, deprimido ou culpado. Você também pode experimentar uma variedade de reações físicas, desde mudanças nos padrões alimentares e de sono até pesadelos ou flashbacks. Estas reações são normais, e há ajuda disponível. As instalações e o ICE o ajudarão a obter apoio e a oferecer recursos específicos para suas necessidades.

## Que Apoio Você Pode Esperar do ICE e das Instalações

Você receberá proteção imediata contra o perpetrador e será encaminhado para um exame médico, quando apropriado. Também serão oferecidos a você serviços de saúde mental e serviços externos à vítima. Algumas vítimas também podem ser encorajadas a receber um exame médico forense de agressão sexual, que pode ajudar a processar criminalmente o perpetrador.

## Como os Relatórios Serão Investigados?

Quando você denunciar um incidente de abuso ou agressão sexual, a instalação e/ou um órgão de segurança pública apropriado conduzirá uma investigação. Você pode ser convidado a participar de uma entrevista para coletar informações. O ICE o informará sobre o resultado de qualquer investigação, uma vez concluída.

Há uma diferença entre relatar o incidente e optar por apresentar queixa. Você pode optar por não apresentar queixa imediatamente, mas pode sempre decidir fazê-lo mais tarde. Se forem apresentadas acusações criminais, elas serão apresentadas para possível processo. É importante que você discuta qualquer preocupação que tenha com o promotor (ou seu advogado) ou com um defensor da vítima.

## Como Posso me Proteger de Abuso ou Agressão Sexual?

O abuso e a agressão sexual nunca é culpa da vítima. Conhecer os sinais de advertência e as bandeiras vermelhas pode ajudá-lo a manter-se alerta e consciente:

1. Relatar preocupações.
2. Levar-se a cabo de uma maneira confiante. Muitos abusadores escolhem vítimas que parecem não reagir ou que pensam que são emocionalmente fracas.
3. Não aceite presentes ou favores de outros. Presentes ou favores podem vir com exigências ou termos que o doador espera que você aceite.
4. Não aceite uma oferta de outro detento para ser seu protetor.
5. Encontre um membro da equipe com quem você se sinta confortável para discutir seus medos e preocupações.
6. Não use drogas ou álcool; estes podem enfraquecer sua capacidade de permanecer alerta e fazer bons julgamentos.
7. Seja claro, direto e firme. Não tenha medo de dizer "não" ou "pare agora".
8. Escolha sabiamente seus associados. Procure pessoas que estejam envolvidas em atividades positivas como programas educacionais, oportunidades de trabalho ou grupos de aconselhamento. Envolva-se nestas atividades, se elas estiverem disponíveis em suas instalações.
9. Se você suspeitar que outro detento está sendo abusado ou agredido sexualmente, informe-o usando um dos métodos listados neste panfleto.
10. Confie em seus instintos. Esteja ciente de situações que o façam sentir-se desconfortável. Se não se sentir bem ou seguro, deixe a situação ou procure ajuda. Se você teme por sua segurança, relate suas preocupações ao pessoal.

Não Mais

## ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲੇ ਦੀ ਜਾਣਕਾਰੀ ਕਿਵੇਂ ਦਿੱਤੀ ਜਾਵੇ

ਜੇ ਤੁਸੀਂ ਪੀੜਤ ਹੋਣ ਦਾ ਜੋਖਮ ਮਹਿਸੂਸ ਕਰਦੇ ਹੋ, ਜਾਂ ਜੇ ਤੁਸੀਂ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਜਾਂ ਹਮਲੇ ਦਾ ਸ਼ਿਕਾਰ ਹੋ ਜਾਂਦੇ ਹੋ, ਤਾਂ ਤੁਰੰਤ ਇਸ ਘਟਨਾ ਦੀ ਰਿਪੋਰਟ ਕਰੋ. ਰਿਪੋਰਟ ਕਰਨ ਲਈ ਬਹੁਤ ਸਾਰੇ ਵਿਕਲਪ ਹਨ. ਤੁਹਾਡੀ ਆਈਸੀਈ ਨਜ਼ਰਬੰਦੀ ਕਿਤਾਬਚਾ ਇਨ੍ਹਾਂ ਵਿੱਚੋਂ ਹਰੇਕ ਬਾਰੇ ਵਧੇਰੇ ਜਾਣਕਾਰੀ ਰੱਖਦਾ ਹੈ:

### ਸੁਵਿਧਾ ਨੂੰ ਰਿਪੋਰਟ ਕਰੋ

1. ਸਹੂਲਤ ਤੇ ਕਿਸੇ ਵੀ ਭਰੋਸੇਮੰਦ ਸਟਾਫ ਮੈਂਬਰ ਨੂੰ ਦੱਸੋ.
2. ਸਹੂਲਤ ਦੇ ਨਾਲ ਇੱਕ ਗੈਰ ਰਸਮੀ ਜਾਂ ਰਸਮੀ ਸ਼ਿਕਾਇਤ (ਐਮਰਜੈਂਸੀ ਸ਼ਿਕਾਇਤ ਸਮੇਤ) ਦਾਇਰ ਕਰੋ.

### ਆਈਸੀਈ ਫੀਲਡ ਦਫਤਰ ਨੂੰ ਰਿਪੋਰਟ ਕਰੋ

3. ਕਿਸੇ ਵੀ ਆਈਸੀਈ / ਈਆਰਓ ਸਟਾਫ ਮੈਂਬਰ ਨੂੰ ਦੱਸੋ ਜੋ ਸਹੂਲਤ ਦਾ ਦੌਰਾ ਕਰਦੇ ਹਨ.
4. ਇੱਕ ਲਿਖਤੀ ਗੈਰ ਰਸਮੀ ਜਾਂ ਰਸਮੀ ਬੇਨਤੀ ਜਾਂ ਸ਼ਿਕਾਇਤ ਆਈਸੀਈ / ਈਆਰਓ ਨੂੰ ਦਾਇਰ ਕਰੋ.

### ਡੀਐਚਐਸ ਜਾਂ ਆਈਸੀਈ ਮੁੱਖ ਦਫ਼ਤਰ ਨੂੰ ਰਿਪੋਰਟ ਕਰੋ

5. ਆਈਸੀਈ ਨਜ਼ਰਬੰਦੀ ਰਿਪੋਰਟਿੰਗ ਅਤੇ ਜਾਣਕਾਰੀ ਲਾਈਨ ਨਾਲ ਸੰਪਰਕ ਕਰੋ: 1-888-351-4024 ਜਾਂ 9116 #. ਭਾਸ਼ਾ ਸਹਾਇਤਾ ਉਪਲਬਧ ਹੈ.
6. ਇੰਸਪੈਕਟਰ ਜਨਰਲ ਦੇ ਡੀਐਚਐਸ ਦਫਤਰ ਨਾਲ ਸੰਪਰਕ ਕਰੋ (ਓਆਈਜੀ):

   ਨੂੰ ਇੱਕ ਪੱਤਰ ਲਿਖੋ:

   **ਡੀਐਚਐਸ ਦਫਤਰ ਦੇ ਇੰਸਪੈਕਟਰ ਜਨਰਲ**

   ਧਿਆਨ: ਦਫਤਰ ਦੀ ਜਾਂਚ ਹਾਟਲਾਈਨ

   245 ਮਰੇ ਡਰਾਈਵ, ਐਸਡਬਲਯੂ
   ਬਿਲਡਿੰਗ 410 / ਮੇਲ ਸਟਾਪ 0305
   ਵਾਸ਼ਿੰਗਟਨ, ਡੀ.ਸੀ. 20528

   ਟੋਲ-ਫ੍ਰੀ ਹੌਟਲਾਈਨ ਨੂੰ ਇੱਥੇ ਕਾਲ ਕਰੋ:

   **1-800-323- 8603 or 518#**

### ਆਪਣੇ ਕੌਂਸਲਰ ਅਧਿਕਾਰੀ ਨੂੰ ਰਿਪੋਰਟ ਕਰੋ

7. ਆਪਣੇ ਕੌਂਸਲਰ ਅਧਿਕਾਰੀ ਨੂੰ ਕਾਲ ਕਰੋ ਜਾਂ ਲਿਖੋ.

### ਅਗਿਆਤ ਸੂਚਨਾ

ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਜਾਂ ਹਮਲੇ ਦੀ ਰਿਪੋਰਟ ਕਰਨ ਲਈ ਤੁਹਾਨੂੰ ਆਪਣਾ ਨਾਮ ਦੇਣ ਦੀ ਜ਼ਰੂਰਤ ਨਹੀਂ ਹੈ. ਤੁਸੀਂ ਨਜ਼ਰਬੰਦੀ ਰਿਪੋਰਟਿੰਗ ਅਤੇ ਜਾਣਕਾਰੀ ਲਾਈਨ (ਡੀਆਈਆਰਐਲ) ਜਾਂ **ਡੀਐਚਐਸ** ਓਆਈਜੀ ਨੂੰ ਅਗਿਆਤ ਰੂਪ ਵਿੱਚ ਰਿਪੋਰਟ ਕਰਨਾ ਚੁਣ ਸਕਦੇ ਹੋ. ਤੁਹਾਡੀ ਸਹੂਲਤ ਉੱਤੇ, ਆਈਸੀਈ ਹੈੱਡਕੁਆਰਟਰ, ਜਾਂ ਓਆਈਜੀ ਨੂੰ ਆਪਣੀ ਤਰਫੋਂ ਕਿਸੇ ਹੋਰ ਨੂੰ ਵੀ ਰਿਪੋਰਟ ਕਰ ਸਕਦੇ ਹੋ.

### ਕੀ ਇਹ ਮੇਰੇ ਇਮੀਗ੍ਰੇਸ਼ਨ ਕੇਸ ਜਾਂ ਨਜ਼ਰਬੰਦੀ ਨੂੰ ਪ੍ਰਭਾਵਤ ਕਰੇਗਾ?

ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਦੀ ਕੋਈ ਰਿਪੋਰਟ, ਜਾਂ ਦੁਰਵਿਵਹਾਰ ਕੀਤੇ ਜਾਣ ਜਾਂ ਹਮਲਾ ਕਰਨ ਦੇ ਡਰ ਤੋਂ, ਤੁਹਾਡੇ ਇਮੀਗ੍ਰੇਸ਼ਨ ਦੇ ਕੇਸ ਨੂੰ ਨਕਾਰਾਤਮਕ ਤੌਰ ਤੇ ਪ੍ਰਭਾਵਤ ਨਹੀਂ ਕਰੇਗਾ. *ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਜਾਂ ਹਮਲੇ ਦੀ ਰਿਪੋਰਟ ਕਰਨ ਲਈ ਕੋਈ ਵੀ ਤੁਹਾਡੇ ਵਿਰੁੱਧ ਕਿਸੇ ਵੀ ਤਰਾਂ ਬਦਲਾ ਨਹੀਂ ਲੈ ਸਕਦਾ।*

### ਗੁਪਤਤਾ

ਤੁਹਾਡੀ ਪਛਾਣ ਅਤੇ ਤੁਹਾਡੀ ਰਿਪੋਰਟ ਦੇ ਤੱਥਾਂ ਬਾਰੇ ਜਾਣਕਾਰੀ ਸਿਰਫ ਉਹਨਾਂ ਲੋਕਾਂ ਤੱਕ ਸੀਮਿਤ ਹੋਵੇਗੀ ਜਿੰਨਾ ਨੂੰ ਜਾਣਨ ਦੀ ਜ਼ਰੂਰਤ ਹੈ.




** ਇਸ ਸਮੱਗਰੀ ਬਾਰੇ ਵਧੇਰੇ ਜਾਣਕਾਰੀ ਲਈ, ਕਿਰਪਾ ਕਰਕੇ ਆਈਸੀਈ ਨਜ਼ਰਬੰਦ ਹੈਂਡਬੁੱਕ ਨੂੰ ਪੜ੍ਹੋ ਜਾਂ ਭਰੋਸੇਮੰਦ ਸੁਵਿਧਾ ਕਰਮਚਾਰੀ ਨੂੰ ਪੁੱਛੋ.**

U.S. Immigration and Customs Enforcement

U.S. Immigration and Customs Enforcement



PUNJABI

# ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲਾ ਜਾਗਰੂਕਤਾ

www.ICE.gov

## ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲਾ ਕੀ ਹੈ

**ਨਜ਼ਰਬੰਦੀ-ਤੋਂ-ਨਜ਼ਰਬੰਦ ਲਿੰਗਕ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲਾ:**

ਕਿਸੇ ਹੋਰ ਨਜ਼ਰਬੰਦ ਦੇ ਵਿਰੁੱਧ ਕਿਸੇ ਨਜ਼ਰਬੰਦ ਦੁਆਰਾ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲੇ ਦੇ ਸਾਰੇ ਪ੍ਰਕਾਰ ਵਰਜਿਤ ਹਨ. ਜੇ ਕੋਈ ਹੋਰ ਨਜ਼ਰਬੰਦ ਤੁਹਾਨੂੰ ਜਬਰਦਸਤੀ ਕਰਨ ਜਾਂ ਤੁਹਾਨੂੰ ਕਿਸੇ ਸੈਕਸ ਸੰਬੰਧੀ ਕੰਮ ਵਿਚ ਮਜਬੂਰ ਕਰਨ ਦੀ ਕੋਸ਼ਿਸ਼ ਕਰਦਾ ਹੈ, ਤੁਹਾਡੇ ਸਰੀਰ ਦੇ ਜਿਨਸੀ ਅੰਗਾਂ ਨੂੰ ਛੂਹਦਾ ਹੈ, ਤੁਹਾਨੂੰ ਮਜਬੂਰ ਕਰਦਾ ਹੈ ਜਾਂ ਤੁਹਾਨੂੰ [illegible] ਦੇ ਸਰੀਰ ਦੇ ਜਿਨਸੀ ਅੰਗਾਂ ਨੂੰ ਛੂਹਣ ਲਈ ਮਜਬੂਰ ਕਰਨ ਦੀ [illegible] ਕਰਦਾ ਹੈ, ਜਾਂ ਧਮਕੀਆਂ ਜਾਂ ਡਰਾਉਣੀਆਂ ਵਰਤਦਾ ਹੈ ਤਾਂ ਜੋ ਤੁਹਾਨੂੰ ਦਬਾਅ ਬਣਾਇਆ ਜਾ ਸਕੇ ਸੈਕਸ ਵਿੱਚ ਸ਼ਾਮਲ ਹੋਣਾ, ਇਹ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਹੈ.

**ਸਟਾਫ 'ਤੇ ਨਜ਼ਰਬੰਦ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲਾ:**

ਨਜ਼ਰਬੰਦੀ ਅਤੇ ਸਟਾਫ ਮੈਂਬਰ ਦੇ ਵਿਚਕਾਰ ਹਰ ਕਿਸਮ ਦੇ ਜਿਨਸੀ ਕੰਮ (ਜਿਸ ਵਿੱਚ ਠੇਕਾ ਗਾਰਡ, ਮੈਡੀਕਲ ਪੇਸ਼ੇਵਰ, ਅਤੇ ਸਵੈਸੇਵਕ ਸ਼ਾਮਲ ਹਨ) ਦੀ ਮਨਾਹੀ ਹੈ ਅਤੇ ਕਾਨੂੰਨ ਦੇ ਵਿਰੁੱਧ ਹੈ, ਚਾਹੇ ਉਹ ਸਹਿਮਤ ਹਨ ਜਾਂ ਨਹੀਂ. ਜੇ ਸਟਾਫ ਮੈਂਬਰ ਤੁਹਾਡੇ ਨਾਲ ਸੈਕਸ ਕਰਨ ਦੀ ਕੋਸ਼ਿਸ਼ ਕਰਦਾ ਹੈ ਜਾਂ ਅਸਲ ਵਿੱਚ ਤੁਹਾਡੇ ਨਾਲ ਸੈਕਸ ਕਰਦਾ ਹੈ, ਜਾਣ ਬੁੱਝ ਕੇ ਤੁਹਾਨੂੰ ਜਿਨਸੀ ਲਿੰਗ ਨਾਲ ਛੂਹ ਲੈਂਦਾ ਹੈ, ਜਿਨਸੀ ਉੱਨਤੀ ਕਰਦਾ ਹੈ ਜਾਂ ਵਾਰ-ਵਾਰ ਜਿਨਸੀ ਟਿੱਪਣੀਆਂ ਕਰਦਾ ਹੈ, ਉਸਦੇ ਜਣਨ ਅੰਗਾਂ ਨੂੰ ਪ੍ਰਦਰਸ਼ਿਤ ਕਰਦਾ ਹੈ, ਜਾਂ ਵਯੂਰਿਜ਼ਮ ਵਿੱਚ ਸ਼ਾਮਲ ਹੁੰਦਾ ਹੈ, ਤਾਂ ਇਹ ਯੌਨ ਸ਼ੋਸ਼ਣ ਹੈ.




## ਜੇ ਤੁਸੀਂ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਜਾਂ ਹਮਲੇ ਦਾ ਸ਼ਿਕਾਰ ਹੋ

ਤੁਹਾਡੀਆਂ ਪ੍ਰਤੀਕ੍ਰਿਆਵਾਂ ਜਾਂ ਡਰ ਜੋ ਵੀ ਹੋਣ, ਇਹ ਸਮਝਣਾ ਮਹੱਤਵਪੂਰਣ ਹੈ ਕਿ ਤੁਸੀਂ ਦੋਸ਼ੀ ਨਹੀਂ ਹੋ. ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਤੁਹਾਡੀ ਸੁਰੱਖਿਆ ਅਤੇ ਭਰੋਸੇ ਦੀ ਭਾਵਨਾ ਦੀ ਉਲੰਘਣਾ ਕਰ ਸਕਦਾ ਹੈ. ਤੁਸੀਂ ਹੈਰਾਨ, ਗੁੱਸੇ, ਚਿੰਤਤ, ਉਦਾਸੀ, ਜਾਂ ਦੋਸ਼ੀ ਮਹਿਸੂਸ ਕਰ ਸਕਦੇ ਹੋ. ਤੁਸੀਂ ਖਾਣ ਪੀਣ ਅਤੇ ਨੀਂਦ ਲੈਣ ਦੇ ਤਰੀਕਿਆਂ ਵਿਚ ਬਦਲਾਵ ਤੋਂ ਲੈ ਕੇ ਭਿਆਨਕ ਸੁਪਨੇ ਜਾਂ ਫਲੈਸ਼ਬੈਕ ਤਕ ਕਈ ਤਰ੍ਹਾਂ ਦੇ ਸਰੀਰਕ ਪ੍ਰਤੀਕ੍ਰਿਆਵਾਂ ਦਾ ਵੀ ਅਨੁਭਵ ਕਰ ਸਕਦੇ ਹੋ. ਇਹ ਪ੍ਰਤੀਕਰਮ ਆਮ ਹਨ, ਅਤੇ ਸਹਾਇਤਾ ਉਪਲਬਧ ਹੈ. ਸੁਵਿਧਾ ਅਤੇ ਆਈਸੀਈ ਤੁਹਾਡੀ ਸਹਾਇਤਾ ਲਈ ਸਹਾਇਤਾ ਕਰੇਗਾ ਅਤੇ ਤੁਹਾਡੀਆਂ ਜ਼ਰੂਰਤਾਂ ਨਾਲ ਸੰਬੰਧਿਤ ਸਰੋਤਾਂ ਦੀ ਪੇਸ਼ਕਸ਼ ਕਰੇਗਾ.

## ਆਈਸੀਈ ਅਤੇ ਸਹੂਲਤ ਤੋਂ ਤੁਸੀਂ ਕੀ ਸਹਾਇਤਾ ਦੀ ਉਮੀਦ ਕਰ ਸਕਦੇ ਹੋ

ਤੁਹਾਨੂੰ ਦੋਸ਼ੀ ਤੋਂ ਤੁਰੰਤ ਸੁਰੱਖਿਆ ਦੀ ਪੇਸ਼ਕਸ਼ ਕੀਤੀ ਜਾਏਗੀ ਅਤੇ ਉਚਿਤਵਾਂ ਸਮਾਂ ਹੋਣ 'ਤੇ ਤੁਹਾਨੂੰ ਡਾਕਟਰੀ ਜਾਂਚ ਲਈ ਭੇਜਿਆ ਜਾਵੇਗਾ. ਤੁਹਾਨੂੰ ਮਾਨਸਿਕ ਸਿਹਤ ਸੇਵਾਵਾਂ ਅਤੇ ਬਾਹਰ ਦੀਆਂ ਪੀੜਤ ਸੇਵਾਵਾਂ ਦੀ ਪੇਸ਼ਕਸ਼ ਵੀ ਕੀਤੀ ਜਾਏਗੀ. ਕੁਝ ਪੀੜਤਾਂ ਦਾ ਹੌਸਲਾ ਵੀ ਹੋ ਸਕਦਾ ਹੈ

ਜਿਨਸੀ ਹਮਲੇ ਦੀ ਫੋਰੈਂਸਿਕ ਮੈਡੀਕਲ ਜਾਂਚ ਕਰਵਾਉਣ ਲਈ, ਜੋ ਅਪਰਾਧੀ ਨੂੰ ਅਪਰਾਧਿਕ ਤੌਰ 'ਤੇ ਮੁਕੱਦਮਾ ਚਲਾਉਣ ਵਿਚ ਸਹਾਇਤਾ ਕਰ ਸਕਦੀ ਹੈ.

## ਰਿਪੋਰਟਾਂ ਦੀ ਪੜਤਾਲ ਕਿਵੇਂ ਕੀਤੀ ਜਾਏਗੀ?

ਜਦੋਂ ਤੁਸੀਂ ਕਿਸੇ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਜਾਂ ਹਮਲੇ ਦੀ ਘਟਨਾ ਦੀ ਰਿਪੋਰਟ ਕਰਦੇ ਹੋ ਤਾਂ ਸੁਵਿਧਾ ਅਤੇ / ਜਾਂ ਇੱਕ ਕਾਨੂੰਨ ਲਾਗੂ ਕਰਨ ਵਾਲੀ ਏਜੰਸੀ ਜਾਂਚ ਕਰੇਗੀ. ਤੁਹਾਨੂੰ ਜਾਣਕਾਰੀ ਇਕੱਠੀ ਕਰਨ ਲਈ ਇਕ ਇੰਟਰਵਿ in ਵਿਚ ਹਿੱਸਾ ਲੈਣ ਲਈ ਕਿਹਾ ਜਾ ਸਕਦਾ ਹੈ. ਇਕ ਵਾਰ ਜਦੋਂ ਇਹ ਪੂਰਾ ਹੋ ਜਾਂਦਾ ਹੈ ਤਾਂ ਆਈਸੀਈ ਤੁਹਾਨੂੰ ਕਿਸੇ ਵੀ ਜਾਂਚ ਦੇ ਨਤੀਜੇ ਬਾਰੇ ਸੂਚਿਤ ਕਰੇਗਾ.

ਘਟਨਾ ਦੀ ਰਿਪੋਰਟ ਕਰਨ ਅਤੇ ਦੋਸ਼ ਲਗਾਉਣ ਦੀ ਚੋਣ ਕਰਨ ਵਿਚ ਅੰਤਰ ਹੈ. ਤੁਸੀਂ ਤੁਰੰਤ ਦੋਸ਼ ਨਾ ਲਗਾਉਣ ਦੀ ਚੋਣ ਕਰ ਸਕਦੇ ਹੋ, ਪਰ ਤੁਸੀਂ ਬਾਅਦ ਵਿੱਚ ਹਮੇਸ਼ਾਂ ਅਜਿਹਾ ਕਰਨ ਦਾ ਫੈਸਲਾ ਕਰ ਸਕਦੇ ਹੋ. ਜੇ ਅਪਰਾਧਿਕ ਦੋਸ਼ ਲਗਾਏ ਜਾਂਦੇ ਹਨ, ਤਾਂ ਇਹ ਸੰਭਾਵਤ ਮੁਕੱਦਮਾ ਚਲਾਉਣ ਲਈ ਪੇਸ਼ ਕੀਤਾ ਜਾਵੇਗਾ. ਇਹ ਤੁਹਾਡੇ ਲਈ ਮਹੱਤਵਪੂਰਣ ਹੈ ਕਿ ਤੁਸੀਂ ਉਹਨਾਂ ਕਿਸੇ ਵੀ ਚਿੰਤਾਵਾਂ ਬਾਰੇ ਵਿਚਾਰ-ਵਟਾਂਦਰੇ ਕਰੋ ਜੋ ਤੁਸੀਂ ਵਕੀਲ (ਜਾਂ ਤੁਹਾਡੇ ਵਕੀਲ) ਜਾਂ ਪੀੜਤ ਵਕੀਲ ਨਾਲ ਕਰਦੇ ਹੋ.

## ਮੈਂ ਆਪਣੇ ਆਪ ਨੂੰ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਜਾਂ ਹਮਲੇ ਤੋਂ ਕਿਵੇਂ ਬਚਾ ਸਕਦਾ ਹਾਂ?

ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲਾ ਕਦੇ ਵੀ ਪੀੜਤ ਦਾ ਕਸੂਰ ਨਹੀਂ ਹੁੰਦਾ. ਚੇਤਾਵਨੀ ਦੇ ਸੰਕੇਤਾਂ ਅਤੇ ਲਾਲ ਝੰਡੇ ਨੂੰ ਜਾਣਨਾ ਤੁਹਾਨੂੰ ਜਾਗਰੂਕ ਅਤੇ ਜਾਗਰੂਕ ਰਹਿਣ ਵਿੱਚ ਸਹਾਇਤਾ ਕਰ ਸਕਦਾ ਹੈ:

1. ਚਿੰਤਾਵਾਂ ਦੀ ਰਿਪੋਰਟ ਕਰੋ.
2. ਆਪਣੇ ਆਪ ਨੂੰ ਭਰੋਸੇਮੰਦ ਤਰੀਕੇ ਨਾਲ ਚੁੱਕੋ. ਬਹੁਤ ਸਾਰੇ ਦੁਰਵਿਵਹਾਰ ਕਰਨ ਵਾਲੇ ਉਹਨਾਂ ਪੀੜਤਾਂ ਦੀ ਚੋਣ ਕਰਦੇ ਹਨ ਜੋ ਇਸ ਤਰ੍ਹਾਂ ਜਾਪਦੇ ਹਨ ਕਿ ਉਹ ਲੜ[illegible] ਨਹੀਂ ਲੜਨਗੇ ਜਾਂ ਉਹ ਜੋ ਸੋਚਦੇ ਹਨ ਭਾਵਨਾਤਮਕ ਤੌਰ ਤੇ ਕਮਜ਼ੋਰ ਹਨ.
3. ਦੂਜਿਆਂ ਦੇ ਤੋਹਫ਼ੇ ਜਾਂ ਪੱਖਪਾਤ ਸਵੀਕਾਰ ਨਾ ਕਰੋ. ਉਪਹਾਰ ਜਾਂ ਪੱਖ ਪੂਰਨ ਦੀਆਂ ਮੰਗਾਂ ਜਾਂ ਸ਼ਰਤਾਂ ਨਾਲ ਆ ਸਕਦੇ ਹਨ ਜਿਨ੍ਹਾਂ ਨੂੰ ਦੇਣ ਵਾਲਾ ਤੁਹਾਡੇ ਤੋਂ ਸਵੀਕਾਰ ਕਰਨ ਦੀ ਉਮੀਦ ਕਰਦਾ ਹੈ.
4. ਕਿਸੇ ਹੋਰ ਨਜ਼ਰਬੰਦ ਦੁਆਰਾ ਆਪਣਾ ਰਾਖਾ ਬਣਨ ਦੀ ਪੇਸ਼ਕਸ਼ ਨੂੰ ਸਵੀਕਾਰ ਨਾ ਕਰੋ.
5. ਇੱਕ ਸਟਾਫ ਮੈਂਬਰ ਨੂੰ ਲੱਭੋ ਜਿਸਦੇ ਨਾਲ ਤੁਸੀਂ ਆਪਣੇ ਡਰ ਅਤੇ ਚਿੰਤਾਵਾਂ ਬਾਰੇ ਵਿਚਾਰ ਵਟਾਂਦਰੇ ਵਿੱਚ ਆਰਾਮ ਮਹਿਸੂਸ ਕਰਦੇ ਹੋ.
6. ਨਸ਼ੇ ਜਾਂ ਸ਼ਰਾਬ ਦੀ ਵਰਤੋਂ ਨਾ ਕਰੋ; ਇਹ ਸੁਚੇਤ ਰਹਿਣ ਅਤੇ ਚੰਗੇ ਨਿਰਣੇ ਕਰਨ ਦੀ ਤੁਹਾਡੀ ਯੋਗਤਾ ਨੂੰ ਕਮਜ਼ੋਰ ਕਰ ਸਕਦੇ ਹਨ.
7. ਸਪੱਸ਼ਟ, ਸਿੱਧਾ ਅਤੇ ਦ੍ਰਿੜ ਰਹੋ. "ਨਾ" ਜਾਂ "ਇਸਨੂੰ ਹੁਣੇ ਰੋਕੋ" ਕਹਿਣ ਤੋਂ ਨਾ ਡਰੋ."
8. ਸਮਝਦਾਰੀ ਨਾਲ ਆਪਣੇ ਸਾਥੀਆਂ ਦੀ ਚੋਣ ਕਰੋ. ਉਨ੍ਹਾਂ ਲੋਕਾਂ ਦੀ ਭਾਲ ਕਰੋ ਜੋ ਸਕਾਰਾਤਮਕ ਗਤੀਵਿਧੀਆਂ ਵਿਚ ਸ਼ਾਮਲ ਹੁੰਦੇ ਹਨ ਜਿਵੇਂ ਵਿਦਿਅਕ ਪ੍ਰੋਗਰਾਮਾਂ, ਕੰਮ ਦੇ ਅਵਸਰਾਂ ਜਾਂ ਸਲਾਹ ਸਮੂਹ. ਆਪਣੇ ਆਪ ਨੂੰ ਇਹਨਾਂ ਗਤੀਵਿਧੀਆਂ ਵਿੱਚ ਸ਼ਾਮਲ ਕਰੋ, ਜੇ ਉਹ ਤੁਹਾਡੀ ਸਹੂਲਤ ਤੇ ਉਪਲਬਧ ਹਨ.
9. ਜੇ ਤੁਹਾਨੂੰ ਸ਼ੱਕ ਹੈ ਕਿ ਕਿਸੇ ਹੋਰ ਨਜ਼ਰਬੰਦ ਨਾਲ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਕੀਤਾ ਜਾ ਰਿਹਾ ਹੈ ਜਾਂ ਉਸ ਨਾਲ ਹਮਲਾ ਕੀਤਾ ਗਿਆ ਹੈ, ਤਾਂ ਇਸ ਪਰਚੇ ਵਿਚ ਦੱਸੇ ਕਿਸੇ ਤਰੀਕੇ ਦੀ ਵਰਤੋਂ ਕਰਕੇ ਇਸ ਦੀ ਰਿਪੋਰਟ ਕਰੋ.
10. ਆਪਣੀਆਂ ਪ੍ਰਵਿਰਤੀਆਂ 'ਤੇ ਭਰੋਸਾ ਕਰੋ. ਉਨ੍ਹਾਂ ਸਥਿਤੀਆਂ ਤੋਂ ਸੁਚੇਤ ਰਹੋ ਜੋ ਤੁਹਾਨੂੰ ਬੇਅਰਾਮੀ ਮਹਿਸੂਸ ਕਰਦੇ ਹਨ. ਜੇ ਇਹ ਸਹੀ ਜਾਂ ਸੁਰੱਖਿਅਤ ਮਹਿਸੂਸ ਨਹੀਂ ਹੁੰਦਾ, ਤਾਂ ਸਥਿਤੀ ਨੂੰ ਛੱਡੋ ਜਾਂ ਸਹਾਇਤਾ ਲਓ. ਜੇ ਤੁਸੀਂ ਆਪਣੀ ਸੁਰੱਖਿਆ ਤੋਂ ਡਰਦੇ ਹੋ, ਤਾਂ ਆਪਣੀਆਂ ਚਿੰਤਾਵਾਂ ਨੂੰ ਸਟਾਫ ਨੂੰ ਦੱਸੋ.

ਹੋਰ ਨਹੀਂ

## 如何举报性虐待和性侵犯

如果您有遭受伤害的风险，或者您成为性虐待或性侵犯的受害人，请立即举报。下列有多项举报的选择，在您的《ICE 被拘留者手册（Detainee Handbook）》内有更多信息：

### 向设施举报

1. 告诉在设施中任何您信任的员工。
2. 向设施提出非正式或正式的申诉（包括紧急申诉）。

### 向 ICE 外勤办事处举报

3. 告诉任何探访设施的 ICE / ERO 工作人员。
4. 向 ICE / ERO 提出非正式或正式的书面请求或申诉。

### 向 DHS 或 ICE 总部举报

5. 联系 ICE 拘留报告和信息热线（Detention Reporting and Information Line，DRIL）：**1-888-351-4024或9116#**。提供语言帮助。
6. 联系国土安全部（DHS)监察长办公室（Office of Inspector General, OIG）：

   致函：

   **DHS Office of Inspector General**
   Attention: Office of Investigations Hotline
   245 Murray Drive, SW
   Building 410/Mail Stop 0305
   Washington, DC 20528

   致电免费热线电话：

   **1-800-323- 8603 或 518#**

### 向您的领事馆官员举报

7. 致电或致函给您的领事馆官员。

### 匿名举报

举报性虐待或性侵犯，不须具名。您可以选择匿名向 DRIL 或 DHS 的 OIG 举报；您也可以请别人代您向设施、ICE 总部或 OIG 举报。

### 这会影响本人的移民案件或拘留吗？

任何有关性虐待，或害怕受到虐待或性侵犯的举报，都不会对您的移民案件产生负面影响。*没有人可以因您举报性虐待或性侵犯，而以任何方式对您进行报复。*

### 保密

有关您的身份和您举报的事实之信息，将限制仅提供于需要知道的人士。




**有关这方面的更多信息，请参阅《ICE 被拘留者手册》，或者向可信赖的设施工作人员查询。**

U.S. Immigration and Customs Enforcement

U.S. Immigration and Customs Enforcement



CHINESE

# 关注性虐待和性侵犯

www.ICE.gov

## 什么是性虐待和性侵犯

**被拘留者对被拘留者的性虐待和性侵犯：**

禁止被拘留者对另一名（或多名）被拘留者进行任何形式的性虐待和性侵犯。如果有被拘留者强迫您或试图强迫您进行性行为，触摸您身体的性部位，强迫您或试图强迫您触摸其身体的性部位，或使用威胁或恐吓手段向您施加压力，从事性行为，是为性虐待。

**工作人员对被拘留者的性虐待和性侵犯：**

禁止被拘留者与工作人员（包括合同护卫、医疗专业人员、志愿者等）之间进行任何形式的性行为，且无论其是否经双方同意，都是违法的。如果工作人员试图或实际上与您发生性关系，故意以性方式触摸您，进行性侵犯或重复说出与性有关的言论，展示其生殖器或进行偷窥，则是性虐待。




## 如果您是性虐待或性侵犯的受害者

无论您的反应或恐惧如何，重要的是，您要了解您不应受到责备。性虐待会侵犯您的安全感和信任感。您可能会感到震惊、愤怒、焦虑、沮丧或内疚，也可能还会经历各种身体反应，从饮食和睡眠方式的改变，到噩梦或往事重现。这些反应都是正常的，而您也可以取得帮助。本设施和 ICE 将帮助您取得支援，并提供适合您需求的资源。

## 您可以从 ICE 和设施中获得什么支援

在适当的情况下，将为您提供即时保护，远离侵犯者，并将您转介进行医疗检查；您还将获得心理健康服务和外界的受害者服务；并鼓励某些受害者接受性侵犯鉴证法医检查，以帮助对侵犯者进行刑事起诉。

## 如何调查举告？

当您举报性虐待或性侵犯事件时，本设施和/或适当的执法机构将对事件进行调查。可能会要求您参加面谈，以收集信息。在调查完成后，ICE 将通知您任何调查的结果。

举报事件和选择控告之间存在区别。您可以选择不立即控告，但您以后可以随时决定提出控告。如果人档刑事诉讼，有可能于日后提出检控。重要的是，要与检察官（或您的律师）或受害者辅导员讨论您所顾虑的任何问题。

## 如何保护自己免受性虐待或性侵犯？

性虐待和性侵犯绝不是受害者的过错。了解警告征兆和危险信号，可以帮助您保持警觉和警惕：

1. 举报关注的顾虑。
2. 将自己表现得很有自信。有许多虐待者选择的受害者都是看起来似乎不会反击，或认为自己的情绪较软弱。
3. 不要接受他人的礼物或恩惠。因为礼物或恩惠可能附随着某些要求或条件，给与者是期望您会一同接受的。
4. 不要接受其他被拘留者提出负责保护您的邀约。
5. 找到可以让您感到释怀去讨论自己的恐惧和担忧的工作人员。
6. 请勿服用毒品或酒精；这会削弱您保持警觉和做出良好判断的能力。
7. 要清楚、直接和坚定，不要害怕说「不」或「现在就停止」。
8. 明智地选择您的交谈对象。寻找积极参与活动（例如教育计划、工作机会或辅导小组)的人。如果您所在的设施提供这些活动，请多让自己参与。
9. 如果您怀疑别的被拘留者受到性虐待或性侵犯，请使用本手册所列出的方法举报。
10. 相信您的直觉，请注意使您感到不妥当的情况。如果感觉不对或不安全，请离开现场或寻求帮助。如果您担心自己的安全，请向员工报告您的顾虑。

# Are You Detained and Separated From Your Child(ren)?

***Even though you are in immigration detention you can still communicate with your child(ren) and make decisions about their care.***

You can ask for help locating and/or getting in contact with your child(ren) by making the following free calls from your housing unit phones. Ask facility staff for instructions on making phone calls using the free call platform.

- If you need assistance locating your child(ren) or setting up regular communication with your child(ren), call the Detention Reporting Information Line (speed dial 9116# on the free call platform).
- If you know that your child(ren) is in the custody of the U.S. Government, call the Office of Refugee Resettlement (ORR) Parent Hotline using speed dial 699# on the free call platform.

In addition to calling, you may also fill out a detainee request form asking an ICE officer for assistance in locating and/or communicating with your child.



ICE and ORR work together to locate children, verify the parent/child relationship, and set up regular communication and removal coordination, if necessary.

Additional information regarding your parental rights may be found in the Women's Refugee Commission's self-help toolkit, *Detained or Deported: What About My Children*, available on the law library computers.

U.S. Immigration and Customs Enforcement

# ¿Está usted detenido y separado de su(s) hijo(s)?

***Aún cuando se encuentre detenido por inmigración, usted puede comunicarse con su(s) hijo(s) y tomar decisiones sobre su cuidado.***

Usted puede pedir ayuda para localizar y/o ponerse en contacto con su(s) hijo(s) al realizar las siguientes llamadas sin costo alguno desde el teléfono de la unidad ubicada en su habitación. Solicite las instrucciones del personal de las instalaciones sobre cómo realizar llamadas por teléfono utilizando la plataforma gratuita.

- Si usted necesita asistencia para localizar a su(s) hijo(s) o para establecer comunicación continua con éstos, llame a la Línea de Información y Denuncias de los Centros de Detención (Marque 9116# desde la plataforma gratuita).
- Si usted sabe que su(s) hijo(s) está(n) bajo la custodia del gobierno de los Estados Unidos, llame a la línea telefónica para padres de la Oficina de Reasentamientos de Refugiados (ORR, por sus siglas en inglés) marcando el número gratuito 699# desde cualquiera de los teléfonos de su centro de detención.

Además de llamar, usted puede llenar un formulario de solicitud del detenido. Para solicitar asistencia en localizar y/o comunicarse con su hijo(s), pida ayuda a un oficial del Servicio de Inmigración y Control de Aduanas de los Estados Unidos (ICE, por sus siglas en inglés).



El Servicio de Inmigración y Control de Aduanas de los Estados Unidos (ICE, por sus siglas en inglés) y la Oficina de Reasentamiento de Refugiados (ORR, por sus siglas en inglés) trabajan en conjunto para localizar niño(s), corroborar la relación familiar entre padres e hijos, establecer comunicaciones continuas entre éstos, y coordinar la expulsión conjunta de padres e hijos de ser necesaria.

Para obtener más información sobre sus derechos paternales, lea el material de autoayuda de la Comisión de Mujeres Refugiadas *Detained or Deported: What About My Children?* (*Detenidas y Deportadas: ¿Qué les pasará a mis hijos?*), disponible en las computadoras de las bibliotecas legales.

U.S. DEPARTMENT OF HOMELAND SECURITY

U.S. Immigration and Customs Enforcement


WHEN YOU
ARE FORCED
TO WORK
AGAINST
YOUR WILL
If you are made to work against your will for little or no pay, you may be a victim of human trafficking.
To report suspected human trafficking, call the U.S. Department of Homeland Security (DHS) tip line:
1-866-DHS-2-ICE (347-2423)
If you are a victim and need help, call the National Human Trafficking Hotline:
1-888-373-7888
BLUE CAMPAIGN


CUANDO TE
FUERZAN
A TRABAJAR
EN CONTRA DE
TU VOLUNTAD
Si te obligan a trabajar por poco o ningún pago, puedes ser una víctima de la trata de personas.
Para reportar la sospecha de la trata de personas, llame a la línea para informantes del Departamento de Seguridad Nacional (DHS, por sus siglas en ingles) de Estados Unidos:
1-866-DHS-2-ICE (347-2423)
Si eres una víctima y se necesita asistencia, llame a la Línea Directa Nacional de la Trata de Personas:
1-888-373-7888
BLUE CAMPAIGN



**Report your concerns**

يرجى الإبلاغ عن مخاوفك

报告您的顾虑

Signalez vos préoccupations

Rapòte enkyetid ou

Apresente suas denúncias

Báo cáo quan ngại của quý vị

Exprese sus inquietudes

# ICE Detention Reporting and Information Line

## Dial: 9116# or ____________

Detention Pro Bono Access Code

or 1-888-351-4024

Call to:

- Obtain basic immigration case information. For information on your next court date please call 1-800-898-7180
- Report an incident of sexual or physical assault or abuse.
- Report serious or unresolved problems in detention.
- Report that you are a victim of human trafficking or other crimes.
- Obtain assistance in locating and contacting a separated child in the custody of U.S. Health and Human Services Office of Refugee Resettlement.
- Report that you have a serious mental disorder or condition. If you believe the disorder or condition impacts your ability to represent yourself or participate in an immigration court case, you should also notify the immigration judge.

ICE does not discriminate based on disability. Under federal law and through ICE policy, you have the right to make verbal or written disability-related accommodation requests to facility staff and/or ICE personnel, and to receive disability-related accommodations to access the facility's programs and activities. You may address your disability accommodation matters through the facility grievance process, by contacting ICE, and/or the Office of Inspector General.

**If you need urgent assistance, including a medical emergency please contact your facility staff immediately!**

Language assistance, including Spanish-speaking operators, is available.

ICE

ICE Enforcement and Removal Operations
Committed to transparency, collaboration, and resolving concerns




# Línea de Información y Comunicación para los Detenidos de ICE

## Marque 9116# o ____________

Código de acceso Pro Bono del centro de detención

**O llame al 1-888-351-4024**

Llame para:

- **Obtener información básica de casos de inmigración.** Para obtener información sobre su próxima cita ante el tribunal, reportar un incidente de favor llame al 1-800-898-7180.
- **Reportar un incidente de agresión o abuso físico o sexual.**
- **Reportar problemas graves o no resueltos en la detención.**
- **Informar que usted es una víctima de tráfico de personas u otros crímenes.**
- **Obtener ayuda para localizar y contactar a un menor separado** bajo la custodia con la Oficina de Reasentamiento de Refugiados, del Departamento de Servicios para la Salud y los Humanos de los Estados Unidos.
- **Informar que usted tiene un trastorno o condición mental grave.** Si usted cree que el trastorno o condición afecta su capacidad para representarse a sí mismo o participar en un caso judicial de inmigración, también debe notificar al juez de inmigración.

ICE no discrimina basado en **la discapacidad**. Bajo la ley federal y por medio de las reglas de ICE, usted tiene el derecho de hacer solicitudes verbales o escritas de acomodación relacionadas con la discapacidad al personal de la institución y / o personal de ICE y recibir acomodaciones relacionadas con la discapacidad para acceder los programas y actividades de la institución. Usted puede dirigir sus asuntos de la adaptación de discapacidad a través del proceso de queja de la institución, entrando en contacto con ICE, y / o con la Oficina del Inspector General.

**Si necesita asistencia urgente, incluyendo una emergencia médica, ¡comuníquese con el personal de su centro inmediatamente!**

Se ofrece asistencia lingüística, incluyendo operadores de habla español.

ICE

Oficina de Detención y Deportación de ICE
Comprometidos a la transparencia, colaboración y resolución de asuntos




## Kote Pou Rele Pou Enfòmasyon nan Sant Detansyon ICE (imigrasyon) lan

## Rele nan: 9116# oswa

Kòd Aksè an gratis nan Detansyon an

**oswa 1-888-351-4024**

Rele pou:

- Jwenn enfòmasyon debaz pou pwosesis imigrasyon. Pou plis enfòmasyon pou pwochen dat nan tribinal ou tanpri rele 1-800-898-7180.
- Fè konnen si gen ensidan si ou sibi agresyon seksyèl si yo bat ou oswa abize ou.
- Fè konnen si ou gen yon pwoblèm grav ki paka rezoud nan detansyon an.
- Fè konnen ke ou se yon viktim kote yo fè trafik ak moun oswa, lòt krim sou ou.
- Fè sant detansyon imigrasyon konnen si yo separe ou ak timoun ou genyen ki anbazaj ou oswa lòt moun ki depann de ou, oswa si gen bagay ki konsène ou kòm yon paran.
- Fè konnen ke ou gen yon maladi mantal oswa lòt kondisyon. Si ou kwè maladi oswa kondisyon ka anpeche ou reprezante tèt ou nan pwosesis ou ye nan tribinal imigrasyon an, ou ta dwe fè yon jij imigrasyon konnen.

ICE pa fè diskriminasyon ki baze sou andikap. Daprè lwa federal epi selon règleman ICE yo, ou gen dwa pou fè demann vèbal oswa alekri ki gen rapò ak akomode andikape bay pèsonèl etablisman an oswa pèsonèl ICE la, epi pou resevwa akomodasyon ki gen rapò ak andikap pou w ka gen dwa aksè nan pwogram ak aktivite etablisman an. Ou kapab prezante pwoblèm ki gen rapò ak akomadasyon andikap yo atravè pwosesis pote plent etablisman an, lè ou ta kontakte ICE ak/oswa Biwo Enspektè Jeneral la.

Si ou bezwen asistans touswit, ki gen pou ouè ak ijans medikal, tanpri kontakte anplwaye yo imedyatman! Gen moun ki pale lang ou, gen nan operatè yo ki pale panyòl, ki disponib.

ICE

ICE (imigrasyon) Ranfòsman ak operasyon pou depòte moun
Angajman sou transparans ak kolaborasyon, pou rezoud enkyetid ou