Index of Exhibits to Declaration of Rita Lomio
in Support of Motion for Preliminary Injunction

| No. | Description |
|---|---|
| 1 | Letter from Legal Organizations to U.S. Immigration and Customs Enforcement and U.S. Army, *Coercive Third Country Deportations and Abusive Conditions of Confinement in Immigration Detention at Fort Bliss, TX (Camp East Montana)* (Dec. 8, 2025) |
| 2 | Declarations Supporting Letter from Legal Organizations to U.S. Immigration and Customs Enforcement and U.S. Army, *Coercive Third Country Deportations and Abusive Conditions of Confinement in Immigration Detention at Fort Bliss, TX (Camp East Montana)* |
| 3 | *ACLU alleges beatings, sexual abuses happened at Camp East Montana on Fort Bliss*, KVIA.com (Dec. 11, 2025) |
| 4 | Letter from ACLU *et al.* to U.S. Immigration and Customs Enforcement *et al.*, *Continued Concerns About Conditions of Confinement at Camp East Montana* (May 22, 2026) |
| 5 | Letter from Megan Echtenkamp, Acting Assistant Director, Office of Partnership and Engagement, U.S. Immigration and Customs Enforcement, to ACLU (June 30, 2026) |
| 6 | Douglas MacMillan *et al.*, *60 violations in 50 days: Inside ICE's giant tent facility at Ft. Bliss*, Washington Post (Sept. 16, 2025) |
| 7 | U.S. Department of Homeland Security, Press Release, *DHS Debunks Washington Post's False Reporting about Camp East Montana at Fort Bliss* (Sept. 17, 2025) |
| 8 | U.S. Government Accountability Office, Report to Congressional Requesters, *Immigration Detention: Waste and Performance Issues at Camp East Montana Provide Valuable Lessons for Future Facilities*, GAO-26-108886 (June 2026) |
| 9 | U.S. Immigration and Customs Enforcement Office of Professional Responsibility, ERO El Paso Camp East Montana, Inspection 2026-001-098 (Feb. 10-12, 2026) |
| 10 | U.S. Immigration and Customs Enforcement Office of Professional Responsibility, ERO El Paso Camp East Montana, Inspection 2026-004-128 (May 12-14, 2026) |

| | |
|---|---|
| 11 | U.S. Department of War, Inspector General, *Audit of DoW Support for the Care and Safety of Detainees in Response to the National Emergency at the Southern Border*, Report No. DOWIG-2026-088 (June 9, 2026) |
| 12 | Letter from Veronica Escobar, Member of Congress, to Kristi Noem, Secretary, Department of Homeland Security, and Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement (Sept. 26, 2025) |
| 13 | Letter from Veronica Escobar, Member of Congress, to Kristi Noem, Secretary, Department of Homeland Security, and Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement (Nov. 7, 2025) |
| 14 | Letter from Veronica Escobar, Member of Congress, *et al.* to Kristi Noem, Secretary, Department of Homeland Security, and Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement (Feb. 26, 2026) |
| 15 | U.S. Representative Kelly Morrison, *U.S. Rep. Kelly Morrison Conducts Oversight of Nation's Largest Detention Facility in Texas Where Minnesotans Are Being Held* (Mar. 25, 2026) |
| 16 | U.S. Representative Gabe Vasquez, Press Release, *Rep. Gabe Vasquez Conducts Congressional Oversight Visit at Camp East Montana* (Apr. 6, 2026) |
| 17 | The White House, Press Release, *President Trump Is Securing Our Homeland: Ending the Invasion, Deporting Criminals, and Protecting our Communities* (Feb. 24, 2026) |
| 18 | Screenshot from @ICEgov, X.com (Oct. 12, 2026) |
| 19 | U.S. Department of Homeland Security, *Arrested: Worst of the Worst* (filtered for Texas) (Oct. 12, 2026) |
| 20 | U.S. Department of Homeland Security, Press Releases (keyword: "Worst of the Worst") (Oct. 12, 2026) |
| 21 | U.S. Immigration and Customs Enforcement, *Detention Management* |
| 22 | U.S. Immigration and Customs Enforcement, *Facilities FY26* (selected data) |
| 23 | City of El Paso, Texas, News Release, *Public Health Officials Confirm Measles Cases in El Paso* (Feb. 26, 2026) |
| 24 | City of El Paso, Texas, News Release, *Public Health Officials Confirm Additional Measles Cases* (Mar. 5, 2026) |
| 25 | Priscilla Totiyapungprasert, *Nearly 180 ICE detainees quarantined at Camp East Montana for possible measles exposure*, El Paso Matters (June 3, 2026) |

| | |
|---|---|
| 26 | Robert Moore, *Slow ICE reporting on infectious illnesses threatens El Paso outbreak response, health authority says*, El Paso Matters (June 12, 2026) |
| 27 | Centers for Disease Control and Prevention, Guidance, *TB Prevention and Control in Correctional Facilities* (Dec. 10, 2024) |
| 28 | Centers for Diseases Control and Prevention, *About Measles* (Apr. 29, 2026) |
| 29 | Emails between Rita Lomio, Counsel for Plaintiffs, and Shane Young, Counsel for Defendants (Aug. 14-21, 2026) |
| 30 | Emails between Rita Lomio, Counsel for Plaintiffs, and Shane Young, Counsel for Defendants (Aug. 3-10, 2026) |
| 31 | Letter from Rita Lomio, Counsel for Plaintiffs, to Shane Young, Counsel for Defendants (Aug. 25, 2026) |
| 32 | Emails from Rita Lomio, Counsel for Plaintiffs, to Shane Young, Counsel for Defendants (Sept. 2-9, 2026) |
| 33 | Emails between Rita Lomio, Counsel for Plaintiffs, and Shane Young, Counsel for Defendants (Sept. 29-30, 2026) |
| 34 | Declaration of Jose P. Ortez (May 7, 2026), ECF No. 2-2, *United States v. New Mexico*, No. 26-cv-1471 (D.N.M.) |
| 35 | County of El Paso, Office of the Medical Examiner and Forensic Laboratory, Autopsy Report Case 2026-0007, Geraldo Lunas Campos |
| 36 | Camp East Montana Local Supplement of the U.S. Immigration and Customs Enforcement National Detention Center Detainee Handbook (rev. May 2026) |