# EXHIBIT 7

# DHS Debunks Washington Post's False Reporting about Camp East Montana at Fort Bliss

**Release Date:** September 17, 2025

WASHINGTON — The U.S. Department of Homeland Security (DHS) today set the record straight about the Washington Post's false and misleading report on the Camp East Montana detention facility at Fort Bliss in El Paso, Texas.

*"As our brave ICE law enforcement is facing a more than 1000% increase in assaults the Washington Post is choosing to smear them,"* said **Assistant Secretary Tricia McLaughlin**. *"Here are the facts: any claim that there are "inhumane" conditions at ICE detention centers are categorically false. All detainees are provided with proper meals, medical treatment, and have opportunities to communicate with lawyers and their family members. It is a longstanding practice to provide comprehensive medical care from the moment an alien enters ICE custody. This is the best healthcare that many aliens have received in their entire lives. Meals are certified by dieticians. Ensuring the safety, security, and well-being of individuals in our custody is a top priority at ICE."*

## The following are FALSE claims made in the Washington Post's article, as well as the facts:

**FALSE CLAIM:** *"ICE's inspectors found some people at Fort Bliss were being held without many basic human necessities."*

**THE FACTS: Every detainee receives food, water, medical care, bedding and clean clothing. The Post twisted preliminary inspector notes into a smear campaign. The facility is climate-controlled and staffed to ensure safe and secure housing.**

**FALSE CLAIM:** *"During the first few weeks, some toilets and sinks didn't work."*

**THE FACTS: Temporary maintenance issues were resolved immediately. Det**

Back to Top

**to functioning lavatory and hygiene facilities.**

**FALSE CLAIM:** *"By September… only one of the four planned outdoor recreation areas had been completed… some detainees reported only getting three sessions in a two-week period."*

**THE FACTS: Recreation is provided consistent with ICE standards.**

**FALSE CLAIM:** *"Due to concerns that detainees were not being given enough food, the facility decided to increase 'overall meal calories by 30%,'… inspectors noted this plan had not been implemented."*

**THE FACTS: The claim that ICE underfeeds detainees is false. They receive three meals a day. Certified dieticians evaluate meals and ensure they meet the appropriate standards.**

**FALSE CLAIM:** *"Inspectors also said contractors failed to follow mandatory procedures for medical care… charts never filled out… screenings never conducted."*

**THE FACTS: Every detainee receives a medical intake screening and proper medical care. For many illegal aliens this is the best medical care they have received in their entire lives.**

**FALSE CLAIM:** *"One detainee had been given psychotropic medication but there was no record of that person ever consenting to it. Another had been placed on suicide watch but there was no record of anyone watching them."*

**THE FACTS: ICE and its medical contractors follow federal medical guidelines. Oversight is constant, and serious cases are escalated immediately. This is fearmongering clickbait.** All detainees have access to appropriate medical, dental, and mental health care, including emergency services. Health care staff have a valid professional licensure and/or certification for the jurisdiction in which they practice and will perform duties within the scope of their clinical license. Facility mental health providers, by virtue of their education, credentials, and experience, are permitted by law to evaluate and care for the mental health needs of patients in ICE custody. Medical treatment shall not be administered against the detainee's will. If the detainee refuses to consent to treatment, medical staff will explain the medical risks to the detainee of declining treatment and make reasonable efforts to convince the detainee to voluntarily accept treatment in a language or manner that the detainee understands.

A detainee may be placed in administrative segregation when the detainee's continued presence in the general population poses a threat to life, property, self, staff, or other detainees; for the secure and orderly operation of the facility; or for medical reasons. Staff shall observe and log observations on an irregular schedule; For cases that warrant increased observation, the staff shall observe detainees accordingly.

Back to Top

**FALSE CLAIM:** *"When federal inspectors arrived in September… Camp East Monta[…] personnel for more than 1,200 detainees… only a portion of the 452 officers promised."*

**THE FACTS: Staffing levels at new facilities scale with population. Camp East Montana's ratio of officers to detainees fully meets safety requirements. The Post misled readers by comparing phased staffing numbers without sufficient background context.**

**FALSE CLAIM:** *"Armed guards stationed along the facility's perimeter… instructions did not explain which situations would justify the use of lethal force."*

**THE FACTS: ICE officers follow clear and strict rules on use of force consistent with federal law. The Post's claim is irresponsible fear-baiting.** The facility contract security staff is reviewing their Use of Force policy to align with ICE's Use of Force policy.

**FALSE CLAIM:** *"For the first three weeks of August… legal representatives and Rep. Veronica Escobar… were turned away."*

**THE FACTS: Tours and legal visits are accommodated after construction is complete and security protocols are in place. This member showed up when they facility wasn't even open yet. ICE did not "hide" conditions — safety dictated phased access. Congressmembers are aware of ICE's 7-day visitation request requirement.** There was absolutely no notice given to ICE despite policies that are in place in order to protect detainees and law enforcement.

**FALSE CLAIM:** *"Inspectors later found that detainees were in the dark about their cases… they didn't even know who their assigned deportation officer was."*

**THE FACTS: Detainees are provided access to lawyers and have full due process—in fact the average illegal alien gets far more due process than most Americans.**

# # #

## Topics

[HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)]

[IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)]

## Keywords

[IMMIGRATION (/KEYWORDS/IMMIGRATION)]

[IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)]

[MEDIA (/KEYWORDS/MEDIA)]

Back to Top

↑ Back to Top