# EXHIBIT 17

↖ RELEASES

President Trump Is Securing Our Homeland: Ending the

NEWS GALLERY LIVESTREAM ELECTION INTEGRITY SAVE AMERICA TRUMP ACCOUNTS

February 24, 2026

President Donald J. Trump's relentless commitment to securing our homeland has delivered a seismic turnaround that stopped the flood of illegal crossings, deadly cartels, and national security threats dead in their tracks — and the work remains ongoing.

- **Historic Reductions in Illegal Immigration:** Illegal border crossings have plummeted to their lowest level since the 1970s, with migrant encounters at the U.S.-Mexico border dropping dramatically in 2025. The U.S. achieved negative net migration in 2025 — the first time in over 50 years — reversing decades of unchecked migration and restoring control over our sovereignty.
- **Mass Removals and Deterrence:** Nearly three million illegal aliens have left the U.S., including over 675,000 deportations — more than 400,000 of whom were illegal aliens charged with or convicted of crimes — and 2.2 million self-deportations.
- **Zero Releases and Strong Deterrence:** No illegal aliens have been released into the interior for nine straight months — finally ending catch-and-release policies nationwide and achieving a 99.9% reduction in interior releases compared to the prior Administration.
- **Crushing Fentanyl and Cartel Threats:** In 2025, fentanyl trafficking at the southern border was cut by 56% compared to the previous year. President Trump signed the HALT Fentanyl Act to permanently classify fentanyl-related substances as Schedule I drugs, designated nearly a dozen major Latin American cartels — including Tren de Aragua, MS-13, and Clan del Golfo — as terrorist organizations, and blocked more than 10,000 individuals with narcoterrorist ties from entering the country.
- **Border Wall and Enforcement Surge:** On Day One, President Trump declared a national border emergency, resumed and expanded border wall construction miles underway in key sectors like El Paso and the Rio Grande Valley, de

Guard and active-duty military to the border, reinstated Remain in Mexico, and repurposed the CBP One app to facilitate self-deportations.

- **Enhanced Interior Security and Resource Protection:** The Trump Administration doubled ICE's workforce, expanded detention capacity — including the largest migrant facility in U.S. history, conducted over 206 million benefits eligibility checks to preserve programs for Americans, terminated benefits for at least 1.4 million ineligible illegal aliens, and located over 132,000 unaccompanied children lost under the prior Administration.
- **Visa and Status Reforms:** The Trump Administration has revoked over 100,000 visas for fraud, criminal activity, or other security concerns, paused immigrant visa processing for 75 high-risk countries, revoked Temporary Protected Status for hundreds of thousands from countries like Somalia, Venezuela, and Haiti, and suspended refugee resettlement.

Related

President Trump is Securing Our Homeland

Releases | March 4, 2025

Trump's Historic Border Victory: From Open Borders to Total Control

Releases | December 15, 2025

PROMISES MADE, PROMISES KEPT: Border Security Achieved in Fewer Than 100 Days

Releases | April 28, 2025

President Trump's America First Agenda Scores Major Supreme Court Win on TPS Termination

Releases | June 26, 2026

Trump Delivers: 14 Recent Wins You May Have Missed

Releases | August 26, 2026

1 2 3 … 73 NEXT PAGE



WHWIRE

GET THE FACTS →

ABOUT

Administration

Contact

Internships

Stay Informed

Privacy Policy

MEDIA

News

Gallery

Video Library

Media Offenders

White House Wire

INITIATIVES

Freedom 250

Investments

Working Families Tax Cuts

AI.Gov

DOGE

SUBSCRIBE TO THE WH NEWSLETTER

Your email SIGN UP

Click here or text 45470 to receive updates

DOWNLOAD THE WHITE HOUSE APP:

Available On The App Store Get It On Google Play

GET UPDATES STRAIGHT TO YOUR DESKTOP

AVAILABLE ON

Download Browser Extension

Enable Desktop Notifications

THE WHITE HOUSE