# EXHIBIT 18

**U.S. Immigration and Customs Enforcement**
29.2K posts

ICE

## U.S. Immigration and Customs Enforcement

@ICEgov

Protects America through criminal investigations and by enforcing immigration law to preserve national security and public safety. ICE.gov/privacy

Washington, DC ice.gov Born March 1 Joined May 2009

**326** Following **1.1M** Followers

Mention Follow

Posts Replies Reposts Media

**U.S. Immigration and Customs Enforcement** @ICEgov · 1h

"The Katies of this country should not become collateral damage in a political argument over whose humanity deserves the most attention." @angeldadjoe

As Director of ICE's VOICE office, Joe Abraham stands with Angel Families, ensuring their voices are heard, their loved ones are Show more




From realclearpolitics.com

3 27 122 7.3K

**U.S. Immigration and Customs Enforcement** @ICEgov · Oct 9

"My baby was in a car too. No one seemed to care about that. And where's this illegal immigrant's agency on his end? He made these choices, and these choices were dangerous. Dangerous to him, dangerous to his child, and dangerous to the ICE agents. This is not something we should
Show more




79 281 1.1K 34K

**U.S. Immigration and Customs Enforcement** @ICEgov · Oct 9

While sanctuary politicians like Mayor Mamdani insist on releasing crimin
illegal aliens back onto the streets, ICE is out arresting them to keep New

York communities safe.

The patriots of ICE arrested these criminal illegal aliens in New York, including kidnappers, Show more

171 468 2.9K 53K

**U.S. Immigration and Customs Enforcement** @ICEgov · Oct 9

"I'm speaking facts. The mayor speaks with a political tone. His words are dangerous and incite hostility. It doesn't help." @SecMullinDHS




63 148 608 24K

**U.S. Immigration and Customs Enforcement** @ICEgov · Oct 9

"We go after the worst of the worst every single day. Every single day. Our goal is to get them off the streets. If sanctuary politicians refuse to take care of their own streets, President Trump has made it very clear: we will." @SecMullinDHS



37 97 451 19K