# EXHIBIT 19




Homeland Security

U.S. Department of Homeland Security

The U.S. Department of Homeland Security is highlighting the worst of worst criminal aliens arrested by the U.S. Immigration and Customs Enforcement (ICE).

Under DHS leadership, the hardworking men and women of DHS and ICE are fulfilling President Trump's promise and carrying out mass deportations - starting with the worst of the worst - including the illegal aliens you see here.

Enter Search Term(s)

Country of Origin
- Any -

State
Texas

Search

Reset

**GUATEMALA**



**CRIMES:**
Lewd or Lascivious Acts with Minor

**ARRESTED:**

**AFGHANISTAN**



**CRIMES:**
Kidnapping, Rape

**ARRESTED:**

Back to Top

CONROE, TEXAS

**NAME:**
AUGUSTO CASTILLO RECINOS

(https://truthsocial.com/share?url=https://www.dhs.gov/news/2026/06/01/wowdhsgov-dhs-adds-another-5000-criminal-illegal-aliens-worst-worst-website&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: AUGUSTO CASTILLO RECINOS)

(https://twitter.com/inten url=https://www.dhs.gov/ dhs-adds-another-5000-c worst-website&text=DHS WORST criminal aliens arr CASTILLO RECINOS)

AUSTIN, TEXAS

**NAME:**
ASIRULLAH KHALID-KHAN

(https://truthsocial.com/share?url=https://www.dhs.gov/news/2025/12/04/ice-arrests-criminal-illegal-aliens-afghanistan-released-our-country-biden&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: ASIRULLAH KHALID-KHAN)

(https://twitter.com/intent/tweet?url=https://www.dhs.gov/news/2025/12/04/ arrests-criminal-illegal-aliens-afghanistan-released-our-country-biden&text=DHS highlights the WORST OF THE WORST crimir aliens arrested by ICE: ASIRULLAH KHALID-KHAN)

**MEXICO**



**CRIMES:**
Aggravated Assault - Weapon

**ARRESTED:**
HUNTSVILLE, TEXAS

**NAME:**
ANDRES CISNEROS MARTINEZ

(https://truthsocial.com/share?url=https://www.dhs.gov/wow/andres-cisneros-martinez&text=DHS highlights the WORST OF THE WORST

(https://twitter.com/intent/tweet?url=https://www.dhs.gov/wow/andres-cisneros-martinez&text=DHS highlights the WORST OF THE WORST

(ht u=l ma

**GUATEMALA**



**CRIMES:**
Robbery

**ARRESTED:**
SAN ANTONIO, TEXAS

**NAME:**
ANGEL ALLISTUN CARRANZA

(https://truthsocial.com/share?url=https://www.dhs.gov/wow/angel-allistun-carranza&text=DHS highlights the WORST OF THE WORST

(https://twitter.com/intent/tweet?url=https://www.dhs allistun-carranza&t highlights the WOR

Back to Top

w.f /www carranza)

criminal aliens arrested by ICE: ANDRES CISNEROS MARTINEZ) criminal aliens arrested by ICE: ANDRES CISNEROS MARTINEZ) criminal aliens arrested by ICE: ANGEL ALLISTUN CARRANZA) criminal aliens arrested by ICE: ANGEL ALLISTUN CARRANZA)

**HONDURAS**



**CRIMES:**
Illegal Re-Entry (INA SEC.101(a)(43)(O), 8USC1326 only), Fraud - Impersonating

**ARRESTED:**
PFLUGERVILLE, TEXAS

**NAME:**
CELIO CALONA-HERNANDEZ

(https://truthsocial.com/share?url=https://www.dhs.gov/wow/celio-calona-hernandez&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: CELIO CALONA-HERNANDEZ) (https://twitter.com/intent/tweet?url=https://www.dhs.gov/wow/celio-calona-hernandez&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: CELIO CALONA-HERNANDEZ) (https:/ u=https hernan

**MEXICO**



**CRIMES:**
Illegal Re-Entry (INA SEC.101(a)(43)(O), 8USC1326 only), Larceny

**ARRESTED:**
DEL RIO, TEXAS

**NAME:**
EDWIN GARCIA-RAMOS

(https://truthsocial.com/share?url=https://www.dhs.gov/wow/edwin-garcia-ramos&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: EDWIN GARCIA-RAMOS) (https://twitter.com/intent/tweet?url=https://www.dhs.gov/wow/edwin-garcia-ramos&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: EDWIN GARCIA-RAMOS) (https://www u=https://ww ramos)

**MEXICO**



**CRIMES:**
Illegal Re-Entry (INA SEC.101(a)(43)(O), 8USC1326 only), Sex Assault

**GANG AFFILIATION:**
Paisas

**ARRESTED:**

**NIGERIA**



**CRIMES:**
Mail Fraud

**ARRESTED:**
RICHMOND, TEXAS

**NAME:**
EMMANUEL OMOWAIYE

Back to Top

LOS FRESNOS, TEXAS

**NAME:**
ELIGIO CARBAJAL MENDOZA

(https://truthsocial.com/share?url=https://www.dhs.gov/wow/eligio-carbajal-mendoza&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: ELIGIO CARBAJAL MENDOZA) (https://twitter.com/intent/tweet?url=https://www.dhs.gov/wow/eligio-carbajal-mendoza&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: ELIGIO CARBAJAL MENDOZA) (https u=http mend

(https://truthsocial.com/share?url=https://www.dhs.gov/wow/emmanuel-omowaiye&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: EMMANUEL OMOWAIYE) (https://twitter.com/intent/tweet?url=https://www.dhs.gov/wow/emmanuel-omowaiye&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: EMMANUEL OMOWAIYE) (http u=ht omo

**MEXICO**



**CRIMES:**
Dangerous Drugs

**ARRESTED:**
EDINBURG, TEXAS

**NAME:**
ERICK GOMEZ-GOMEZ

(https://truthsocial.com/share?url=https://www.dhs.gov/wow/erick-gomez-gomez&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: ERICK GOMEZ-GOMEZ) (https://twitter.com/intent/tweet?url=https://www.dhs.gov/wow/erick-gomez-gomez&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: ERICK GOMEZ-GOMEZ) (https:/ u=https gomez)

**MEXICO**



**CRIMES:**
Driving Under Influence Liquor, Burglary

**ARRESTED:**
DALLAS, TEXAS

**NAME:**
ERNESTO AVILA MATA

(https://truthsocial.com/share?url=https://www.dhs.gov/wow/ernesto-avila-mata&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: ERNESTO AVILA MATA) (https://twitter.com/intent/tweet?url=https://www.dhs.gov/wow/ernesto-avila-mata&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: ERNESTO AVILA MATA) (https://w u=https://\ mata)

Back to Top

**MEXICO**

**MEXICO**



**CRIMES:**
Illegal Re-Entry (INA SEC.101(a)(43)(O), 8USC1326 only), Dangerous Drugs

**ARRESTED:**
HUNTSVILLE, TEXAS

**NAME:**
GUSTAVO CASTILLO VAZQUEZ

(https://truthsocial.com/share?url=https://www.dhs.gov/wow/gustavo-castillo-vazquez-0&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: GUSTAVO CASTILLO VAZQUEZ)

(https://twitter.com/intent/tweet?url=https://www.dhs.gov/wow/gustavo-castillo-vazquez-0&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: GUSTAVO CASTILLO VAZQUEZ)



**CRIMES:**
Probation Violation, Illegal Re-Entry (INA SEC.101(a)(43)(O), 8USC1326 only), Public Order Crimes

**ARRESTED:**
DEL RIO, TEXAS

**NAME:**
JOSE MARQUEZ FLORIANO

(https://truthsocial.com/share?url=https://www.dhs.gov/wow/jose-marquez-floriano&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: JOSE MARQUEZ FLORIANO)

(https://twitter.com/intent/tweet?url=https://www.dhs.gov/wow/jose-marquez-floriano&text=DHS highlights the WORST OF THE WORST criminal aliens arrested by ICE: JOSE MARQUEZ FLORIANO)

(https://www.face
u=https://www.dl
floriano)

d=All&field_state_value=Texas&page=1) 3(?combine=&field_country_of_origin_target_id=All&field_state_value=Texas&page=2) … 809(?combine=&field_country_of_origin_target_id=

Back to Top