# EXHIBIT 20

## Search This Keyword

Enter Search Term(s)

Content Type
- Any -

Items per page
- All -

Sort by
Newest First

Search

Last Updated: October 9, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Highlights Worst Illegal Aliens Arrested in Syracuse, New York** (/news/2026/10/09/dhs-highlights-worst-illegal-aliens-arrested-syracuse-new-york)

The United States Department of Homeland Security (DHS) released the following statement highlighting the worst illegal aliens that have been arrested by U.S. Immigration and Customs Enforcement (ICE) in Syracuse, New York, with criminal histories that include **sexual exploitation of a minor, sexual assault, cocaine possession, driving under the influence of liquor,** and **burglary.**

Last Updated: October 9, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, and Rapists** (/news/2026/10/09/worst-worst-ice-arrests-murderers-pedophiles-and-rapists)

Yesterday, U.S. Immigration and Customs Enforcement (ICE) arrested more worst of the worst illegal aliens, convicted of heinous crimes such as **murder, child sexual abuse,** and **rape.**

Last Updated: October 8, 2026 | *Press Releases (/news-releases/press-releases)*

**MAKE AMERICA SAFE AGAIN: ICE Deports Illegal Alien Gang Members, Murderers, Pedophiles, Violent Assailants, Burglars, and Drunk Drivers** (/news/2026/10/08/make-america-safe-again-ice-deports-illegal-alien-gang-members-murderers-pedophiles)

The United States Department of Homeland Security (DHS) released the following statement after U.S. Immigration and Customs Enforcement (ICE) deported more worst of the worst criminal illegal aliens last week, including those convicted of **murder, aggravated assault, sexual assault of a minor, burglary,** and **drunk driving.**

Last Updated: October 8, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Sexual Predators, and Kidnappers** (/news/2026/10/08/worst-worst-ice-arrests-murderers-sexual-predators-and-kidnappers)

U.S. Immigration and Customs Enforcement (ICE) arrested more worst of the worst illegal aliens, convicted of heinous crimes such as **murder, statutory rape,** and **abduction.**

Last Updated: October 7, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Pedophiles, Animal Abusers, and Drug Traffickers** (/news/2026/10/07/worst-worst-ice-arrests-pedophiles-animal-abusers-and-drug-traffickers)

Yesterday, U.S. Immigration and Customs Enforcement (ICE) arrested criminal illegal aliens convicted for **sexual conduct against a child, sexual abuse of an animal, manufacture or delivery of a controlled substance,** and other horrific crimes.

Last Updated: October 7, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Highlights Worst Illegal Aliens Arrested or Convicted in San Antonio, Texas** (/news/2026/10/07/dhs-highlights-worst-illegal-aliens-arrested-or-convicted-san-antonio-texas)

The United States Department of Homeland Security (DHS) released the following statement highlighting the worst illegal aliens who have been arrested by U.S. Immigration and Customs Enforcement (ICE) or convicted of crimes in San Antonio, Texas, including **child sex traffickers, drug traffickers,** and **thieves.**

Last Updated: October 6, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Pedophiles, Money Launderers, and Drug Traffickers** (/news/2026/10/06/worst-worst-ice-arrests-pedophiles-money-laun

Back to Top

Yesterday, U.S. Immigration and Customs Enforcement (ICE) arrested more worst of the worst criminal illegal aliens convicted for des including **lewd or lascivious acts with a child under 14 years old, money laundering**, and **trafficking a controlled substance: heroin/morphine.**

Last Updated: October 6, 2026 | *Press Releases (/news-releases/press-releases)*
**DHS Issues Statement After Two Illegal Aliens Stab Off-Duty NYPD Detective; Suspects Remain At-Large** (/news/2026/10/06/dhs-issues-statement-after-two-illegal-aliens-stab-duty-nypd-detective-suspects)

The United States Department of Homeland Security (DHS) released the following statement after two illegal aliens were accused of stabbing an off-duty New York Police Department (NYPD) detective, with both suspects remaining at-large.

Last Updated: October 5, 2026 | *Press Releases (/news-releases/press-releases)*
**DHS Highlights Worst Illegal Aliens Arrested or Convicted in Nebraska** (/news/2026/10/05/dhs-highlights-worst-illegal-aliens-arrested-or-convicted-nebraska)

The United States Department of Homeland Security (DHS) released the following statement highlighting examples of the worst illegal aliens that have either been arrested or convicted of a crime in the state of Nebraska. Their criminal histories include **quadruple homicide, terroristic threats,** and **sexual assault of a child.**

Last Updated: October 5, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, Sexual Assailants, and Drug Traffickers Over the Weekend** (/news/2026/10/05/worst-worst-ice-arrests-murderers-pedophiles-sexual-assailants-and-drug-traffickers)

Over the weekend, U.S. Immigration and Customs Enforcement (ICE) arrested more criminal illegal aliens convicted of heinous crimes such as **murder, rape of a child, criminal sexual assault/force,** and **possession of a controlled substance for sale.**

Last Updated: October 2, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Pedophiles, Sexual Predators, and Other Dangerous Illegal Aliens Across the Country** (/news/2026/10/02/worst-worst-ice-arrests-pedophiles-sexual-predators-and-other-dangerous-illegal)

Yesterday, U.S. Immigration and Customs Enforcement (ICE) announced the arrest of more worst of the worst criminal illegal aliens, convicted for heinous crimes including **statutory aggravated rape of a child, sexual battery of a minor,** and **sexual abuse.**

Last Updated: October 1, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Violent Assailants, Robbers, and Other Public Safety Threats** (/news/2026/10/01/worst-worst-ice-arrests-violent-assailants-robbers-and-other-public-safety-threats)

U.S. Immigration and Customs Enforcement (ICE) announced the arrest of more worst of the worst criminal illegal aliens convicted for **aggravated assault, robbery, third-degree burglary,** and other horrific crimes.

Last Updated: September 30, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Child Pedophiles, Sexual Predators, and Violent Assailants** (/news/2026/09/30/worst-worst-ice-arrests-child-pedophiles-sexual-predators-and-violent-assailants)

U.S. Immigration and Customs Enforcement (ICE) announced the arrest of more worst of the worst illegal aliens across the country, convicted for heinous crimes such as **sex with children, sex with helpless individuals, transporting child exploitation materials,** and **assault.**

Last Updated: September 30, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: DHS Adds Another 5,000 Criminal Illegal Aliens to "Worst of the Worst" Website** (/news/2026/09/30/wowdhsgov-dhs-adds-another-5000-criminal-illegal-aliens-worst-worst-website)

The United States Department of Homeland Security (DHS) announced that the "Worst of the Worst" (WOW) website, WOW.DHS.gov (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.dhs.gov%2Fwow&data=05%7C02%7Candrew.rosenblatt%40hq.dhs.gov%7C71c68da44afe4cfc2fe708df1ef9c783%7C3ccde76c946d4a12bb7afc9d0842354a%7C0%7C0%7C639263730317273981%7CU
, has been updated with yet another 5,000 criminal illegal aliens. This brings the total number of illegals displayed on the site to more than 40,000.

Last Updated: September 29, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Killers, Rapists, and Thieves** (/news/2026/09/29/worst-worst-ice-arrests-killers-rapists-and-thieves)

U.S. Immigration and Customs Enforcement (ICE) announced the arrest of more worst of the worst illegal aliens across the country, convicted for horrific crimes including **felony death by vehicle, sexual battery with a deadly weapon, rape,** and **inflicting corporal injury on spouse.**

Last Updated: September 28, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: Over the Weekend, ICE Arrests Murderers, Pedophiles, and Child Abusers** (/news/2026/09/28/worst-worst-over-weekend-ice-arrest
and-child-abusers)

Back to Top

Over the weekend, U.S. Immigration and Customs Enforcement (ICE) arrested more worst of the worst illegal aliens, including those convicted for **murder, child sexual assault, child abuse,** and other despicable crimes.

Last Updated: September 25, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Sexual Predators, and Robbers** (/news/2026/09/25/worst-worst-ice-arrests-murderers-sexual-predators-and-robbers)

Yesterday, U.S. Immigration and Customs Enforcement (ICE) arrested more worst of worst illegal aliens, including those convicted for despicable crimes such as **murder, sexual assault,** and **robbery.**

Last Updated: September 24, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Child Predators, Human Traffickers, and Armed Carjackers** (/news/2026/09/24/worst-worst-ice-arrests-child-predators-human-traffickers-and-armed-carjackers)

Yesterday, U.S. Immigration and Customs Enforcement (ICE) arrested more worst of the worst illegal aliens, including those convicted of heinous crimes such as **sexual battery of children, human trafficking,** and **armed carjacking.**

Last Updated: September 23, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, and Rapists** (/news/2026/09/23/worst-worst-ice-arrests-murderers-pedophiles-and-rapists)

U.S. Immigration and Customs Enforcement (ICE) arrested more worst of the worst illegal aliens, including those convicted for heinous crimes such as **murder, rape of a child, rape,** and **assault.**

Last Updated: September 22, 2026 | *Press Releases (/news-releases/press-releases)*
**DHS Highlights Worst Illegal Aliens Arrested in Texas** (/news/2026/09/22/dhs-highlights-worst-illegal-aliens-arrested-texas)

The United States Department of Homeland Security (DHS) released the following statement highlighting examples of the worst illegal aliens that U.S. Immigration and Customs Enforcement (ICE) have arrested in the state of Texas.

Last Updated: September 22, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Pedophiles, Sexual Predators, and Drug Traffickers** (/news/2026/09/22/worst-worst-ice-arrests-pedophiles-sexual-predators-and-drug-traffickers)

U.S. Immigration and Customs Enforcement (ICE) arrested more worst of the worst illegal aliens, including those convicted for heinous crimes such as **lewd acts with a child, forcible sexual abuse,** and **drug trafficking.**

Last Updated: September 21, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: Over the Weekend, ICE Arrests Murderers, Pedophiles, and Rapists** (/news/2026/09/21/worst-worst-over-weekend-ice-arrests-murderers-pedophiles-and-rapists)

Over the weekend, U.S. Immigration and Customs Enforcement (ICE) arrested more worst of the worst criminal illegal aliens, including those convicted for violent crimes such as **murder, sexual assault on children, rape,** and **armed robbery.**

Last Updated: September 18, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Pedophiles, Rapists, and Violent Assailants** (/news/2026/09/18/worst-worst-ice-arrests-pedophiles-rapists-and-violent-assailants)

U.S. Immigration and Customs Enforcement (ICE) arrested more worst of the worst illegal aliens, including those convicted for heinous crimes such as **lewd and lascivious assault on a child, rape,** and **assault.**

Last Updated: September 17, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, and Robbers** (/news/2026/09/17/worst-worst-ice-arrests-murderers-pedophiles-and-robbers)

ICE arrested more worst of the worst illegal aliens across the country, convicted for despicable crimes such as murder, sexual assault of a child, and robbery.

Last Updated: September 16, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Child Abusers, Reckless Drivers, and Drug Traffickers** (/news/2026/09/16/worst-worst-ice-arrests-child-abusers-reckless-drivers-and-drug-traffickers)

ICE arrested criminal illegal aliens across the country, including those convicted for crimes such as sexual battery involving a child, drug trafficking, and firearm trafficking.

Last Updated: September 15, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Kidnappers, Violent Assailants, and Robbers** (/news/2026/09/15/worst-worst-ice-arrests-kidnappers-violent-assailants-and

Back to Top

ICE arrested more worst of the worst illegal aliens, including those convicted for heinous crimes such as kidnapping, aggravated ba weapon, robbery, and manufacture and possession of controlled substances.

Last Updated: September 14, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, and Drug Traffickers** (/news/2026/09/14/worst-worst-ice-arrests-murderers-pedophiles-and-drug-traffickers)

Over the weekend, ICE arrested criminal illegal aliens across the country, including those convicted for heinous crimes including murder, sexual assault of a child, and drug trafficking.

Last Updated: September 11, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Pedophiles, Rapists, Violent Assailants, and Drug Traffickers** (/news/2026/09/11/worst-worst-ice-arrests-pedophiles-rapists-violent-assailants-and-drug-traffickers)

ICE arrested more worst of the worst illegal aliens, including those convicted for heinous crimes such as indecent assault of a child, rape, assault with a deadly weapon, and distribution of heroin.

Last Updated: September 10, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, and Stalkers** (/news/2026/09/10/worst-worst-ice-arrests-murderers-pedophiles-and-stalkers)

ICE arrested more worst of the worst illegal aliens across the country, convicted for despicable crimes including manslaughter, lewd or lascivious acts with a child, and aggravated stalking.

Last Updated: September 9, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Child Molesters, Violent Assailants, and Other Dangerous Criminals** (/news/2026/09/09/worst-worst-ice-arrests-child-molesters-violent-assailants-and-other-dangerous)

ICE arrested more worst of the worst illegal aliens across the country, including those convicted for despicable crimes such as child molestation, solicitation for murder, and aggravated assault.

Last Updated: September 8, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, Rapists, and Drug Traffickers** (/news/2026/09/08/worst-worst-ice-arrests-murderers-pedophiles-rapists-and-drug-traffickers)

Over the weekend, while Americans celebrated Labor Day, ICE was hard at work arresting illegal aliens across the country, including those convicted for heinous crimes such as murder, child sexual abuse, rape, armed robbery, and drug trafficking.

Last Updated: September 4, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Homicide Offenders, Pedophiles, Attempted Murderers, Kidnappers, and Violent Assailants** (/news/2026/09/04/worst-worst-ice-arrests-homicide-offenders-pedophiles-attempted-murderers)

On September 3rd, ICE arrested more worst of the worst criminal illegal aliens, convicted for heinous crimes such as manslaughter, sexual abuse of a child, attempted murder, and kidnapping.

Last Updated: September 3, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, Robbers, and Heinous Criminals** (/news/2026/09/03/worst-worst-ice-arrests-murderers-pedophiles-robbers-and-heinous-criminals)

On September 2nd, ICE arrested more worst of the worst illegal aliens, including those convicted for heinous crimes such as murder, lewd conduct with a minor, robbery, and assault.

Last Updated: September 2, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Child Abusers, Robbers, and Drug Traffickers** (/news/2026/09/02/worst-worst-ice-arrests-child-abusers-robbers-and-drug-traffickers)

ICE arrested more worst of the worst criminal illegal aliens, convicted of heinous crimes such as child abuse, robbery, and drug trafficking, among other charges.

Last Updated: September 1, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Child Abusers, Violent Assailants, and Robbers** (/news/2026/09/01/worst-worst-ice-arrests-child-abusers-violent-assailants-and-robbers)

ICE arrested more worst of the worst criminal illegal aliens, including those convicted for heinous crimes such as molesting a victim under 18, endangering children, strangulation, and aggravated robbery.

Last Updated: August 31, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, Rapists, and Assailants** (/news/2026/08/31/worst-worst-ice-arrests-murderers-pedophiles-rapists-a

Back to Top

Over the weekend, ICE arrested criminal illegal aliens across the country, including those convicted for heinous crimes such as first-degree murder, sexual assault of a child, rape, and aggravated assault.

Last Updated: August 28, 2026 | *Press Releases* *(/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Pedophiles, Rapists, Violent Assailants, and Kidnappers** (/news/2026/08/28/worst-worst-ice-arrests-pedophiles-rapists-violent-assailants-and-kidnappers)

ICE arrested more illegal aliens across the country, including those convicted for heinous crimes such as sex with children, rape, kidnapping, distribution of child pornography, and robbery.

Last Updated: August 27, 2026 | *Press Releases* *(/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, and Kidnappers** (/news/2026/08/27/worst-worst-ice-arrests-murderers-pedophiles-and-kidnappers)

ICE arrested more worst of the worst illegal aliens, including those convicted for heinous crimes such as murder, sexual offense with a child, and kidnapping.

Last Updated: August 26, 2026 | *Press Releases* *(/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Pedophiles, Drug Dealers, and Arsonists** (/news/2026/08/26/worst-worst-ice-arrests-pedophiles-drug-dealers-and-arsonists)

ICE arrested more worst of the worst illegal aliens, including those convicted for heinous crimes such as child molestation, sexual abuse, cocaine sale, and aggravated arson.

Last Updated: August 25, 2026 | *Press Releases* *(/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Robbers, Violent Assailants, and Drug Traffickers** (/news/2026/08/25/worst-worst-ice-arrests-murderers-robbers-violent-assailants-and-drug-traffickers)

ICE arrested more worst of the worst criminal illegal aliens, including those convicted for heinous crimes such as murder, robbery, domestic violence, and child abuse.

Last Updated: August 24, 2026 | *Press Releases* *(/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Attempted Murderers, Pedophiles, Sexual Assailants, and Drug Traffickers** (/news/2026/08/24/worst-worst-ice-arrests-attempted-murderers-pedophiles-sexual-assailants-and-drug)

Over the weekend, ICE arrested criminal illegal aliens across the country, including those convicted for heinous crimes such as sexual assault of a minor, aggravated assault, attempted murder, and conspiracy to distribute fentanyl.

Last Updated: August 21, 2026 | *Press Releases* *(/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Drug Traffickers, and Other Dangerous Illegal Aliens** (/news/2026/08/21/worst-worst-ice-arrests-murderers-drug-traffickers-and-other-dangerous-illegal)

ICE arrested more worst of the worst criminal illegal aliens, including those convicted for murder, conspiracy to possess with intent to distribute fentanyl, bringing aliens to the United States, and other despicable crimes.

Last Updated: August 20, 2026 | *Press Releases* *(/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Robbers, Violent Assailants, and Drunk Drivers** (/news/2026/08/20/worst-worst-ice-arrests-murderers-robbers-violent-assailants-and-drunk-drivers)

ICE arrested more worst of the worst criminal illegal aliens, including those convicted for heinous crimes such as murder, armed robbery, assault, and driving while intoxicated.

Last Updated: August 19, 2026 | *Press Releases* *(/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Pedophiles, Sexual Predators, and Other Dangerous Criminals** (/news/2026/08/19/worst-worst-ice-arrests-pedophiles-sexual-predators-and-other-dangerous-criminals)

ICE arrested more worst of the worst criminal illegal aliens across the country, including those convicted for despicable crimes such a aggravated criminal sexual abuse, aggravated sexual battery, and lewd acts upon a child.

Last Updated: August 18, 2026 | *Press Releases* *(/news-releases/press-releases)*

**ICE Lodges Detainer for Illegal Alien Arrested in Fatal Hit-and-Run in North Carolina** (/news/2026/08/18/ice-lodges-detainer-illegal-alien-arrested-fatal-hit-and-run-north-carolina-0)

DHS released a statement after ICE lodged a detainer asking officials in Jackson County, North Carolina to not release an illegal alien charged with hit-and-run resulting in death.

Back to Top

Last Updated: August 18, 2026 | *Press Releases* *(/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Pedophiles, Sexual Predators, Thieves, and Other Dangerous Criminal Illegal Aliens** (/news/2026/08/18/worst-worst-ice-arrests-pedophiles-sexual-predators-thieves-and-other-dangerous)

ICE arrested more worst of the worst criminal illegal aliens, including those convicted for sexual assault of a child, forceable sexual abuse, cocaine possession, and other despicable crimes.

Last Updated: August 17, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: Over the Weekend, ICE Arrests Murderers, Pedophiles, Violent Assailants, and Drug Traffickers** (/news/2026/08/17/worst-worst-over-weekend-ice-arrests-murderers-pedophiles-violent-assailants-and)

ICE announced the arrest of more worst of the worst criminal illegal aliens over the weekend, convicted for despicable crimes including murder, indecent liberties with a child, assault, and trafficking cocaine.

Last Updated: August 14, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, Rapists, and Violent Assailants** (/news/2026/08/14/worst-worst-ice-arrests-murderers-pedophiles-rapists-and-violent-assailants)

ICE arrested more worst of the worst criminal illegal aliens, convicted for heinous crimes including first-degree manslaughter, sexual assault of victim less than 13 years old, rape, and aggravated assault with a deadly weapon.

Last Updated: August 13, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Pedophiles, Sexual Assailants, and Drug Traffickers** (/news/2026/08/13/worst-worst-ice-arrests-pedophiles-sexual-assailants-and-drug-traffickers)

ICE announced the arrest of more worst of the worst criminal illegal aliens, including those convicted for despicable crimes such as sexual assault of a child, vehicular homicide, and conspiracy to distribute a controlled substance.

Last Updated: August 12, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Violent Assailants, Kidnappers, and Drug Traffickers** (/news/2026/08/12/worst-worst-ice-arrests-murderers-violent-assailants-kidnappers-and-drug)

ICE arrested more worst of the worst criminal illegal aliens, convicted of heinous crimes including assault to murder, attempted murder, assault of a person with semiautomatic firearm, kidnapping, and drug trafficking.

Last Updated: August 11, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Pedophiles, Drunk Drivers, and Kidnappers** (/news/2026/08/11/worst-worst-ice-arrests-pedophiles-drunk-drivers-and-kidnappers)

ICE arrested more worst of the worst criminal illegal aliens, convicted for heinous crimes including lewd or lascivious acts with a child under 14 years old, lewd act with a child 14 to 15 years old, and kidnapping.

Last Updated: August 10, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, Sexual Predators, Drunk Drivers, and Drug Traffickers** (/news/2026/08/10/worst-worst-ice-arrests-murderers-pedophiles-sexual-predators-drunk-drivers-and)

Over the weekend, ICE arrested criminal illegal aliens across the country, convicted for heinous crimes including first-degree murder, DUI manslaughter, lewd or lascivious acts with a minor, sexual abuse, and drug trafficking.

Last Updated: August 7, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, and Kidnappers** (/news/2026/08/07/worst-worst-ice-arrests-murderers-pedophiles-and-kidnappers)

ICE announced the arrest of more worst of the worst criminal illegal aliens, convicted for horrendous crimes including murder, attempted statutory sex offense with child by an adult, and kidnapping.

Last Updated: August 6, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, and Drug Traffickers** (/news/2026/08/06/worst-worst-ice-arrests-murderers-pedophiles-and-drug-traffickers)

ICE arrested more worst of the worst criminal illegal aliens, convicted for heinous crimes including capital murder, lewd or lascivious acts with a minor, aggravated sexual battery: victim under 13 years old, and conspiracy to possess with intent to distribute cocaine.

Last Updated: August 5, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, Sexual Predators, and Drug Traffickers** (/news/2026/08/05/worst-worst-ice-arrests-murderers-
predators-and-drug-traffickers)

Back to Top

ICE announced the arrest of more worst of the worst criminal illegal aliens, convicted for despicable crimes including murder, attempted sexual assault of a child under 12 years old, first-degree sexual conduct, and drug trafficking.

Last Updated: August 4, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Sexual Predators, Violent Assailants, and Drug Traffickers** (/news/2026/08/04/worst-worst-ice-arrests-murderers-sexual-predators-violent-assailants-and-drug)

ICE arrested more worst of the worst criminal illegal aliens convicted for despicable crimes, including voluntary manslaughter, criminal indecent exposure, aggravated assault, and fentanyl trafficking.

Last Updated: August 3, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: Over the Weekend, ICE Arrests Murderers, Pedophiles, Rapists, and Kidnappers** (/news/2026/08/03/worst-worst-over-weekend-ice-arrests-murderers-pedophiles-rapists-and-kidnappers)

ICE announced the arrest of more worst of the worst criminal illegal aliens over the weekend, convicted for despicable crimes including homicide, sexual assault on children, rape, aggravated assault, and kidnapping.

Last Updated: July 31, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, Sexual Predators, and Drug Traffickers** (/news/2026/07/31/worst-worst-ice-arrests-murderers-pedophiles-sexual-predators-and-drug-traffickers)

ICE arrested more worst of the worst criminal illegal aliens, convicted of heinous crimes including murder, sex abuse of a minor, predatory criminal sexual assault, and drug trafficking.

Last Updated: July 31, 2026 | *Press Releases (/news-releases/press-releases)*

**LAW AND ORDER: Crime Rates Reach Historic Lows Following DHS Deportations of Criminal Illegal Aliens** (/news/2026/07/31/law-and-order-crime-rates-reach-historic-lows-following-dhs-deportations-criminal)

DHS released a statement highlighting examples of the worst criminal illegal aliens who have been deported from the United States, as crime rates fall to historic lows across the country.

Last Updated: July 30, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Sexual Predators, Domestic Assailants, and Other Dangerous Criminal Illegal Aliens** (/news/2026/07/30/worst-worst-ice-arrests-sexual-predators-domestic-assailants-and-other-dangerous)

ICE arrested more worst of the worst criminal illegal aliens, including those convicted for sexual assault, domestic violence with traumatic injury, unlawful conduct with respect to documents in furtherance of slave trafficking, and other despicable crimes.

Last Updated: July 29, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Child Molesters, Rapists, and Domestic Assailants** (/news/2026/07/29/worst-worst-ice-arrests-child-molesters-rapists-and-domestic-assailants)

ICE announced the arrest of more worst of the worst criminal illegal aliens, including those convicted for despicable crimes such as child molestation, rape, and assault.

Last Updated: July 28, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Highlights Worst of the Worst Criminal Illegal Aliens Deported Yesterday** (/news/2026/07/28/dhs-highlights-worst-worst-criminal-illegal-aliens-deported-yesterday)

DHS announced the deportation of some of the worst of the worst criminal illegal aliens, including gang members and criminal illegal aliens convicted for homicide, sexual assault, arson, drug trafficking, and assault.

Last Updated: July 28, 2026 | *Press Releases (/news-releases/press-releases)*

**WOW.DHS.GOV: DHS Adds 5,000 More Criminal Illegal Aliens to "Worst of the Worst" Website** (/news/2026/07/28/wowdhsgov-dhs-adds-5000-more-criminal-illegal-aliens-worst-worst-website)

DHS announced the addition of 5,000 more criminal illegal aliens to the "Worst of the Worst" website. The site now displays more than 40,000 criminal illegal aliens arrested and removed from communities across the country.

Last Updated: July 28, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Pedophiles, Sexual Predators, and Other Public Safety Threats** (/news/2026/07/28/worst-worst-ice-arrests-pedophiles-s public-safety-threats)

Back to Top

ICE arrested more worst of the worst criminal illegal aliens, convicted for heinous crimes including lewd acts with a child under 14 y force, first-degree rape, and aggravated sexual assault.

Last Updated: July 27, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: Over the Weekend, ICE Arrests Murderers, Pedophiles, and Kidnappers** (/news/2026/07/27/worst-worst-over-weekend-ice-arrests-murderers-pedophiles-and-kidnappers)

ICE announced the arrest of more worst of the worst criminal illegal aliens over the weekend, convicted for despicable crimes including murder, enticement of minor for indecent purposes, and kidnapping.

Last Updated: July 24, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Child Pornographers, and Weapons Traffickers** (/news/2026/07/24/worst-worst-ice-arrests-murderers-child-pornographers-and-weapons-traffickers)

ICE arrested more worst of the worst criminal illegal aliens convicted for heinous crimes, including negligent homicide, lewd or lascivious acts with a child, possession of child pornography, attempted sodomy on a child, and conspiracy to traffic firearms.

Last Updated: July 23, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, and Drug Traffickers** (/news/2026/07/23/worst-worst-ice-arrests-murderers-pedophiles-and-drug-traffickers)

ICE arrested more worst of the worst criminal illegal aliens across the country, convicted for despicable crimes including murder, sexual exploitation of a minor, and possession with intent to distribute methamphetamines.

Last Updated: July 22, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Attempted Murderers, Child Rapists, and Human Traffickers** (/news/2026/07/22/worst-worst-ice-arrests-attempted-murderers-child-rapists-and-human-traffickers)

ICE announced the arrest of more worst of the worst criminal illegal aliens, including those convicted for attempted murder with a firearm, child rape, human slavery/trafficking, and other heinous crimes.

Last Updated: July 21, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, and Violent Assailants** (/news/2026/07/21/worst-worst-ice-arrests-murderers-pedophiles-and-violent-assailants)

ICE arrested more worst of the worst criminal illegal aliens, convicted for heinous crimes including murder, lewd or lascivious acts with a child, and aggravated assault with a deadly weapon causing bodily injury.

Last Updated: July 20, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Illegal Alien Murderers, Rapists, and Drug Traffickers Over the Weekend** (/news/2026/07/20/worst-worst-ice-arrests-illegal-alien-murderers-rapists-and-drug-traffickers-over)

Over the weekend, as Americans enjoyed the FIFA World Cup Finals, ICE arrested more worst of the worst criminal illegal aliens from communities across the country, including those convicted for murder, sexual assault of a child, rape, and other horrific crimes.

Last Updated: July 20, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Deports Criminal Illegal Aliens to Haiti Including Pedophiles, Carjackers, and Drug Traffickers** (/news/2026/07/20/dhs-deports-criminal-illegal-aliens-haiti-including-pedophiles-carjackers-and-drug)

DHS announced the successful completion of a July 16 deportation flight of over 100 illegal aliens to Haiti, including some of the worst of the worst criminal illegal aliens.

Last Updated: July 17, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Child Sex Traffickers, Sexual Predators, and Drug Traffickers** (/news/2026/07/17/worst-worst-ice-arrests-child-sex-traffickers-sexual-predators-and-drug-traffickers)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country, convicted of horrific crimes including human trafficking of a minor for commercial sex act, rape with force/violence, and possession with intent to distribute a schedule I/II narcotic.

Last Updated: July 16, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Child Predators, Violent Assailants, and Drug Traffickers** (/news/2026/07/16/worst-worst-ice-arrests-murderers-child-predators-violent-assailants-and-drug)

ICE arrested more criminal illegal aliens, including those convicted for manslaughter with use of a deadly weapon, child pornography, assault, and conspiracy to distribute 500 grams or more of cocaine, among other heinous crimes.

Back to Top

Last Updated: July 15, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, and Drug Traffickers** (/news/2026/07/15/worst-worst-ice-arrests-murderers-pedophiles-and-drug-traffickers)

ICE announced the arrest of more worst of the worst criminal illegal aliens across the country, convicted for repulsive crimes including first-degree murder, sexual exploitation of a minor, lewd or lascivious acts with a minor under 16 years old, cruelty toward a child, and manufacturing or distribution of a controlled dangerous substance.

Last Updated: July 14, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Multiple Pedophiles, Sexual Predators, and Other Public Safety Threats** (/news/2026/07/14/worst-worst-ice-arrests-multiple-pedophiles-sexual-predators-and-other-public)

ICE arrested more worst of the worst criminal illegal aliens, including those convicted for lewd or lascivious act with a child, felony sex assault, grand larceny, interstate transportation in aid of racketeering, and other despicable crimes.

Last Updated: July 13, 2026 | *Press Releases (/news-releases/press-releases)*

**Essex County, New Jersey Sanctuary Politicians Enact New Law Refusing to Notify ICE Law Enforcement Before Releasing Criminal Illegal Aliens from Jail** (/news/2026/07/13/essex-county-new-jersey-sanctuary-politicians-enact-new-law-refusing-notify-ice-law)

DHS released a statement after Essex County, New Jersey sanctuary politicians passed a resolution declaring that the county will no longer honor ICE detainers for illegal aliens in their jails and will instead release criminals back into New Jersey communities.

Last Updated: July 13, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, Violent Assailants, and Drug Traffickers** (/news/2026/07/13/worst-worst-ice-arrests-murderers-pedophiles-violent-assailants-and-drug)

Over the weekend, ICE law enforcement arrested more worst of the worst criminals across the country, including those convicted for murder, sexual assault of children, aggravated assault, drug trafficking, and other despicable crimes.

Last Updated: July 10, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Attempted Murderers, Rapists, Pedophiles, and Gang Members** (/news/2026/07/10/worst-worst-ice-arrests-attempted-murderers-rapists-pedophiles-and-gang-members)

ICE arrested more worst of the worst criminal illegal aliens convicted for heinous crimes, including illegal aliens convicted for attempted murder, lewd or lascivious acts with a child, rape, assault with a deadly weapon, and burglary.

Last Updated: July 9, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Attempted Murderers, Pedophiles, and Gang Members** (/news/2026/07/09/worst-worst-ice-arrests-attempted-murderers-pedophiles-and-gang-members)

ICE arrested more worst of the worst criminal illegal aliens convicted for heinous crimes including attempted murder, lewd or lascivious acts with a child under 14 years old, aggravated robbery, and aggravated assault.

Last Updated: July 8, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Sexual Assailants, Kidnappers, and Drug Traffickers** (/news/2026/07/08/worst-worst-ice-arrests-sexual-assailants-kidnappers-and-drug-traffickers)

ICE arrested more public safety threats across the country convicted for sexual assault, kidnapping, and conspiracy to distribute and to possess with intent to distribute methamphetamine, cocaine, and heroin, and other despicable offenses.

Last Updated: July 7, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Multiple Pedophiles, Violent Assailants, and Other Public Safety Threats** (/news/2026/07/07/worst-worst-ice-arrests-multiple-pedophiles-violent-assailants-and-other-public)

ICE arrested more worst of the worst criminal illegal aliens, convicted for crimes including lewd or lascivious acts with child under 14 years old, indecent liberties with a child, aggravated assault, and other despicable crimes.

Last Updated: July 6, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, Rapists, and Other Criminal Illegal Aliens Over Independence Day Weekend** (/news/2026/07/06/worst-worst-ice-arrests-murderers-pedophiles-rapists-and-other-criminal-illegal)

Over Independence Day weekend, ICE arrested more worst of the worst criminal illegal aliens from communities across the country, including those convicted for murder, sexual exploitation of a minor, forcible sexual abuse, and other horrific crimes.

Back to Top

Last Updated: July 2, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, Sexual Predators, and Drug Traffickers** (/news/2026/07/02/worst-worst-ice-arrests-murderers-pedophiles-sexual-predators-and-drug-traffickers)

ICE arrested more worst of the worst criminal illegal aliens across the country, including those convicted for aggravated manslaughter, lewd or lascivious acts with a child under 14 years old, rape by use of drug, conspiracy to distribute more than 500 grams of methamphetamine, and other crimes.

Last Updated: July 1, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Violent Assailants, and Drug Traffickers** (/news/2026/07/01/worst-worst-ice-arrests-murderers-violent-assailants-and-drug-traffickers)

ICE announced the arrest of more criminal illegal aliens convicted for murder, assault causing serious injury, drug trafficking, and other horrific crimes.

Last Updated: June 30, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Child Predators, Drug Traffickers, and Drunk Drivers** (/news/2026/06/30/worst-worst-ice-arrests-child-predators-drug-traffickers-and-drunk-drivers)

ICE arrested more criminal illegal aliens convicted for heinous crimes including continuous sexual abuse of a child, sexual assault, lewd/lascivious acts with a minor, false imprisonment, weapons charges, and drug trafficking.

Last Updated: June 29, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Multiple Violent Assailants, Rapists, and Drug Traffickers** (/news/2026/06/29/worst-worst-ice-arrests-multiple-violent-assailants-rapists-and-drug-traffickers)

Over the weekend, ICE arrested more worst of the worst criminals across the country, including those convicted for homicide, sexual assault of children, aggravated assault, drug trafficking, and other despicable crimes.

Last Updated: June 26, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Pedophiles, Drug Traffickers, and Other Public Safety Threats** (/news/2026/06/26/worst-worst-ice-arrests-pedophiles-drug-traffickers-and-other-public-safety-threats)

ICE announced the arrest of more worst of the worst criminal illegal aliens, including those convicted for aggravated sexual battery of a child, sexual abuse of a minor: house / family, sex offense against child – fondling, endangerment of a child or elder adult, and possession with intent to distribute cocaine.

Last Updated: June 25, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Pedophiles, Violent Assailants, and Drug Traffickers** (/news/2026/06/25/worst-worst-ice-arrests-pedophiles-violent-assailants-and-drug-traffickers)

ICE announced the arrest of more worst of the worst criminal illegal aliens, including those with convictions for lewd or lascivious acts with a child under 14 years old, assault with a deadly weapon, possession with intent to distribute cocaine, and other horrific crimes.

Last Updated: June 24, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Sexual Predators, Drunk Drivers, and Drug Traffickers** (/news/2026/06/24/worst-worst-ice-arrests-sexual-predators-drunk-drivers-and-drug-traffickers)

ICE arrested more criminal illegal aliens, including those convicted for forcible sexual abuse, driving while intoxicated, possession with intent to distribute heroin, and other despicable crimes.

Last Updated: June 23, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Pedophiles, Sexual Predators, and Attempted Kidnappers** (/news/2026/06/23/worst-worst-ice-arrests-pedophiles-sexual-predators-and-attempted-kidnappers)

ICE announced the arrest of more worst of the worst criminal illegal aliens, including those convicted for **sexual assault against a child less than 13 years old, forcible lewd and lascivious acts with a child under 14 years old, sex assault – force / coercion, attempted felony kidnapping,**and other grotesque crimes.

Last Updated: June 22, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Attempted Murderers, Pedophiles, Rapists, and Arsonists Over Father's Day Weekend** (/news/2026/06/22/worst-worst-ice-arrests-attempted-murderers-pedophiles-rapists-and-arsonists-over)

Over the weekend, ICE arrested more worst of the worst criminal illegal aliens, including those convicted of disgusting crimes such commit homicide, lewd or lascivious acts with a child under 14 years old, continuous sexual abuse with a child, rape, arson, and crimes.

Back to Top

Last Updated: June 19, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Child Predators, Rapists, and Other Violent Criminals** (/news/2026/06/19/worst-worst-ice-arrests-child-predators-rapists-and-other-violent-criminals)

ICE arrested criminal illegal aliens convicted for child sexual abuse, rape, cruelty to children, and other crimes.

Last Updated: June 18, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Public Safety Threats Including Murderers, Pedophiles, Sexual Predators, and Violent Assailants** (/news/2026/06/18/worst-worst-ice-arrests-public-safety-threats-including-murderers-pedophiles-sexual)

ICE arrested more worst of the worst criminal illegal aliens, including those convicted for murder and kidnapping during carjacking, aggravated sexual assault on a victim less than 13 years old, attempted sexual assault of a child under 14 years old, sexual assault, and assault, among other heinous crimes.

Last Updated: June 17, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Dangerous Criminal Illegal Alien Murderers, Pedophiles, Sexual Predators, and Drug Traffickers** (/news/2026/06/17/worst-worst-ice-arrests-dangerous-criminal-illegal-alien-murderers-pedophiles)

ICE arrested criminal illegal aliens convicted for murder, rape of a child, sexual assault, conspiracy to distribute or possess with the intent to distribute methamphetamine, and other despicable crimes.

Last Updated: June 16, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Pedophiles, Sexual Deviants, and Drug Dealers** (/news/2026/06/16/worst-worst-ice-arrests-pedophiles-sexual-deviants-and-drug-dealers)

ICE arrested more worst of the worst criminal illegal aliens, including those convicted for indecency with a child by exposure, sexual penetration with force, third-degree sexual assault, felony manufacturing, distribution or dispense of a controlled substance, and other horrifying crimes.

Last Updated: June 15, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Pedophiles, Violent Assailants, and Drug Traffickers** (/news/2026/06/15/worst-worst-ice-arrests-pedophiles-violent-assailants-and-drug-traffickers)

Over the weekend, ICE arrested more worst of the worst criminals across the country, including those convicted for sexual assault of children, domestic violence, drug trafficking, and other despicable crimes.

Last Updated: June 12, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Murderers, Rapists, and Drug Traffickers** (/news/2026/06/12/wowdhsgov-ice-arrests-murderers-rapists-and-drug-traffickers)

ICE arrested more worst of the worst criminal illegal aliens, convicted for manslaughter, rape, trafficking methamphetamine**,** and other repulsive crimes.

Last Updated: June 11, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Multiple Pedophiles, Attempted Murderers, and Drug Traffickers** (/news/2026/06/11/worst-worst-ice-arrests-multiple-pedophiles-attempted-murderers-and-drug)

ICE arrested more criminal illegals across the country convicted for horrifying crimes including indecent assault on child less than 13 years of age, possession of child pornography, attempted murder, and drug possession with intent to distribute fentanyl.

Last Updated: June 10, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Child Abusers, Sexual Predators, Drug Traffickers, and Other Criminal Illegal Aliens** (/news/2026/06/10/worst-worst-ice-arrests-child-abusers-sexual-predators-drug-traffickers-and-other)

U.S. Immigration and Customs Enforcement (ICE) arrested criminal illegal aliens convicted for reprehensible crimes including **child cruelty, sexual battery by restraint, sexual penetration with an animate object, trafficking heroin,** and **burglary.**

Last Updated: June 9, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Violent Assailants, Drug Traffickers, and Other Violent Criminals** (/news/2026/06/09/worst-worst-ice-arrests-violent-assailants-drug-traffickers-and-other-violent)

ICE arrested criminal illegal aliens convicted for aggravated assault with a weapon, battery, and drug trafficking, among other crimes.

Last Updated: June 8, 2026 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, Child Abusers, and Drug Traffickers Over the Weekend** (/news/2026/06/08/worst-worst-ic

Back to Top

pedophiles-child-abusers-and-drug-traffickers)

Over the weekend, ICE arrested more worst of the worst criminals across the country, including those convicted for murder, indecent assault on a child less than 13 years old, child abuse, aggravated assault with a deadly weapon, distribution of fentanyl, and other despicable crimes.

Last Updated: June 5, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Rapists, Violent Assailants, and Drug Traffickers** (/news/2026/06/05/worst-worst-ice-arrests-rapists-violent-assailants-and-drug-traffickers)

ICE arrested more dangerous public safety threats convicted for rape, domestic violence, and selling heroin and cocaine, among other crimes.

Last Updated: June 4, 2026 | *Press Releases (/news-releases/press-releases)*

**WOW.DHS.GOV: ICE Arrests Attempted Murderers, Pedophiles, Sexual Predators, Burglars, and Alien Smugglers** (/news/2026/06/04/wowdhsgov-ice-arrests-attempted-murderers-pedophiles-sexual-predators-burglars-and)

ICE arrested more public safety threats across American communities, including those convicted of horrific crimes such as attempted murder, sex assault of a child, sexual assault, burglary, and alien smuggling.

Last Updated: June 3, 2026 | *Press Releases (/news-releases/press-releases)*

**WOW.DHS.GOV: ICE Officers Arrested Worst of the Worst Murderers, Sexual Predators, Violent Assailants, and Other Violent Criminals** (/news/2026/06/03/wowdhsgov-ice-officers-arrested-worst-worst-murderers-sexual-predators-violent)

ICE arrested more worst of the worst criminal illegal aliens from across the country, including those convicted for murder, sexual assault, aggravated assault causing serious bodily injury, and other despicable crimes.

Last Updated: June 3, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Multiple Rapists, Violent Assailants, and Robbers** (/news/2026/06/03/worst-worst-ice-arrests-multiple-rapists-violent-assailants-and-robbers)

ICE arrested more dangerous public safety threats convicted for rape, predatory criminal sexual assault, assault, and robbery, among other horrifying crimes.

Last Updated: June 2, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Highlights Worst Criminal Illegal Aliens Arrested in Sanctuary New Jersey in the Last Week Amid Leftist Smears Against ICE** (/news/2026/06/02/dhs-highlights-worst-criminal-illegal-aliens-arrested-sanctuary-new-jersey-last)

DHS released a statement highlighting criminal illegal aliens ICE arrested in New Jersey over the last week, including murderers, sexual predators, burglars, and violent assailants.

Last Updated: June 1, 2026 | *Press Releases (/news-releases/press-releases)*

**MAKING AMERICA SAFE AGAIN: ICE Arrests Murderers, Pedophiles, Violent Assailants, and Other Public Safety Threats Over the Weekend** (/news/2026/06/01/making-america-safe-again-ice-arrests-murderers-pedophiles-violent-assailants-and)

Over the weekend, ICE arrested more criminal illegal aliens convicted for despicable crimes including vehicular manslaughter, lewd acts with a minor child, aggravated sexual battery, and aggravated assault with a deadly weapon.

Last Updated: June 1, 2026 | *Press Releases (/news-releases/press-releases)*

**WOW.DHS.GOV: DHS Adds Another 5,000 Criminal Illegal Aliens to "Worst of the Worst" Website** (/news/2026/06/01/wowdhsgov-dhs-adds-another-5000-criminal-illegal-aliens-worst-worst-website)

DHS announced that the "Worst of the Worst" (WOW) website, WOW.DHS.gov, has been updated with yet another 5,000 criminal illegal aliens.

Last Updated: May 29, 2026 | *Press Releases (/news-releases/press-releases)*

**PUTTING AMERICA FIRST: ICE Arrests Murderers, Pedophiles, Child Abusers, and Sexual Predators** (/news/2026/05/29/putting-america-first-ice-arrests-murderers-pedophiles-child-abusers-and-sexual)

ICE announced the arrest of more criminal illegal aliens across the country, including those convicted for murder, second-degree sexual assault on a child less than 14 years old, risk of injury to a child, and other horrific crimes.

Last Updated: May 28, 2026 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Murderers, Pedophiles, and Robbers** (/news/2026/05/28/worst-worst-ice-arrests-murderers-pedophiles-and-robbers)

ICE announced the arrest of more despicable criminal illegal aliens across the country, with criminal histories that include convictions for voluntary manslaughter, sexual assault of a child under 14 years old, attempted sexual battery on a child, selling a person for immoral purpo robbery.

Back to Top

Last Updated: May 27, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Multiple Murderers, Sexual Predators, and Burglars** (/news/2026/05/27/ice-arrests-multiple-murderers-sexual-predators-and-burglars)

ICE arrested more public safety threats across the country, including those convicted for murder, sexual battery, sodomy, and aiding and abetting burglary.

Last Updated: May 26, 2026 | *Press Releases (/news-releases/press-releases)*
**Over Memorial Day Weekend, ICE Arrests Murderers, Pedophiles, and Kidnappers** (/news/2026/05/26/over-memorial-day-weekend-ice-arrests-murderers-pedophiles-and-kidnappers)

Over the holiday weekend – while sanctuary politicians and anti-ICE agitators were rioting at the Delaney Hall detention facility in NJ – ICE continued to put their lives on the line to arrest criminal illegal aliens including murderers, pedophiles, and kidnappers.

Last Updated: May 25, 2026 | *Press Releases (/news-releases/press-releases)*
**DHS Debunks New Jersey Sanctuary Politicians' Smears Against ICE Facility** (/news/2026/05/25/dhs-debunks-new-jersey-sanctuary-politicians-smears-against-ice-facility)

NJ sanctuary politicians – including Governor Mikie Sherrill, Senator Cory Booker, Senator Andy Kim, Rep. Rob Menendez, Rep. Nellie Pou, Rep. LaMonica McIver, Rep. Frank Pallone, and Rep. Analilia Majia – chose to spend their Memorial Day weekend spreading smears about ICE law enforcement and the Delaney Hall ICE facility in New Jersey.

Last Updated: May 22, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests a Hit and Run Killer, Pedophiles, and Violent Assailants** (/news/2026/05/22/wowdhsgov-ice-arrests-hit-and-run-killer-pedophiles-and-violent-assailants)

ICE arrested more criminal illegal aliens convicted for horrific crimes, including a hit and run death, lewd or lascivious acts with a minor, and assault with a dangerous weapon.

Last Updated: May 21, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Murderers, Rapists, Pedophiles, and Assailants** (/news/2026/05/21/wowdhsgov-ice-arrests-murderers-rapists-pedophiles-and-assailants)

ICE arrested criminal illegal aliens convicted for repulsive crimes including murder, rape of a child, sexual contact with an individual less than 11 years old, and indecent assault.

Last Updated: May 20, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Murderers, Rapists, Drug Traffickers, and Other Criminal Illegal Aliens** (/news/2026/05/20/ice-arrests-murderers-rapists-drug-traffickers-and-other-criminal-illegal-aliens)

ICE arrested more criminal illegal aliens convicted for horrific crimes, including murder, rape of a child, and trafficking cocaine.

Last Updated: May 19, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Sexual Assailants, Burglars, and Other Violent Criminals** (/news/2026/05/19/ice-arrests-sexual-assailants-burglars-and-other-violent-criminals)

ICE arrested criminal illegal aliens convicted for repulsive crimes including sexual penetration with a foreign object involving an unaware victim, FIVE counts of burglary, and malicious wounding.

Last Updated: May 18, 2026 | *Press Releases (/news-releases/press-releases)*
**Over the Weekend, ICE Arrests Multiple Rapists, Pedophiles, Violent Assailants, and Other Criminal Illegal Aliens** (/news/2026/05/18/over-weekend-ice-arrests-multiple-rapists-pedophiles-violent-assailants-and-other)

Over the weekend, ICE arrested more criminal illegal aliens convicted for horrific crimes including rape of child with force, sodomy, assault, and drug trafficking.

Last Updated: May 15, 2026 | *Press Releases (/news-releases/press-releases)*
**During Police Week, ICE Arrests Child Pornographers, Sexual Predators, and Burglars** (/news/2026/05/15/during-police-week-ice-arrests-child-pornographers-sexual-predators-and-burglars)

ICE arrested more criminal illegal aliens convicted for horrific crimes including sexual exploitation of a child, first-degree sexual assault of victim under 13 years old, aggravated sexual battery and forcible sodomy, sexual battery by restraint, and burglary.

Last Updated: May 14, 2026 | *Press Releases (/news-releases/press-releases)*
**During Police Week, ICE Arrests Murderers, Pedophiles, Sex Traffickers, and Other Violent Assailants** (/news/2026/05/14/during-police-week-ice-arrests-murderers-pedophiles-sex-traffickers-and-other)

ICE arrested more criminal illegal aliens convicted for horrific crimes including pre-meditated murder, lewd or lascivious acts with [obscured] 14 years old, sex trafficking, attempted second-degree forcible rape, and aggravated assault with a deadly weapon.

Back to Top

Last Updated: May 13, 2026 | *Press Releases* *(/news-releases/press-releases)*

**During Police Week, ICE Arrests Murderers, Child Sex Predators, Drug Dealers, and Arsonists** (/news/2026/05/13/during-police-week-ice-arrests-murderers-child-sex-predators-drug-dealers-and)

ICE arrested more criminal illegal aliens convicted for horrific crimes including TWO counts of first-degree murder, aggravated sexual assault on a child, sex with a minor 3+ years younger, distribution of fentanyl, dealing firearms without a license, and arson.

Last Updated: May 12, 2026 | *Press Releases* *(/news-releases/press-releases)*

**On Police Week, ICE Arrests Pedophiles, Violent Assailants, and Armed Robbers** (/news/2026/05/12/police-week-ice-arrests-pedophiles-violent-assailants-and-armed-robbers)

ICE arrested more criminal illegal aliens convicted for horrific crimes including enticement of minor for indecent purposes, assault and battery with a dangerous weapon, assault, intoxication assault peace officer, and armed robbery.

Last Updated: May 11, 2026 | *Press Releases* *(/news-releases/press-releases)*

**MAKING AMERICA SAFE AGAIN: ICE Arrests Murderers, Pedophiles, Violent Assailants, and Other Criminal Illegal Aliens Over Mother's Day Weekend** (/news/2026/05/11/making-america-safe-again-ice-arrests-murderers-pedophiles-violent-assailants-and)

Over the weekend, ICE arrested more criminal illegal aliens convicted for horrific crimes including capital murder, sex crimes against children, assault with a deadly weapon, and kidnapping.

Last Updated: May 8, 2026 | *Press Releases* *(/news-releases/press-releases)*

**ICE Arrests Multiple Child Predators, a Violent Criminal Who Assaulted a Pregnant Woman, and Drug Traffickers** (/news/2026/05/08/ice-arrests-multiple-child-predators-violent-criminal-who-assaulted-pregnant-woman)

On May 7th, ICE arrested more criminal illegal aliens convicted for horrific crimes, including continuous sexual abuse with a child under 14-years-old, lewd conduct with a minor under 16-years-old, assault on a pregnant woman, cocaine trafficking, and conspiracy to distribute methamphetamine.

Last Updated: May 7, 2026 | *Press Releases* *(/news-releases/press-releases)*

**ICE Arrests Multiple Pedophiles, Violent Assailants, and Other Criminal Illegal Aliens** (/news/2026/05/07/ice-arrests-multiple-pedophiles-violent-assailants-and-other-criminal-illegal)

ICE arrested more criminal illegal aliens convicted for horrific crimes, including FIVE counts of aggravated sexual assault of a child, lewd and lascivious acts with a child, meeting and contact with a minor with intent for sex, and assault.

Last Updated: May 6, 2026 | *Press Releases* *(/news-releases/press-releases)*

**Secretary Mullin Highlights Multiple Murderers, Gang Members, Weapons Traffickers, and Other Dangerous Criminal Illegal Aliens Arrested by ICE Yesterday** (/news/2026/05/06/secretary-mullin-highlights-multiple-murderers-gang-members-weapons-traffickers-and)

ICE arrested more criminal illegal aliens convicted for horrific crimes including murder, aggravated assault, battery, conspiracy to commit bank and mail fraud, and burglary.

Last Updated: May 5, 2026 | *Press Releases* *(/news-releases/press-releases)*

**MAKING AMERICA SAFE AGAIN: ICE Arrests Murderers, Child Predators, Violent Assailants, and Other Criminal Illegal Aliens** (/news/2026/05/05/making-america-safe-again-ice-arrests-murderers-child-predators-violent-assailants)

U.S. Immigration and Customs Enforcement (ICE) arrested more criminal illegal aliens convicted for horrific crimes including **murder**, **sex abuse of a minor, assault**, **cocaine trafficking,** and **aggravated robbery**.

Last Updated: May 4, 2026 | *Press Releases* *(/news-releases/press-releases)*

**ICE IS NICE: Over the Weekend, ICE Arrests Murderers, Pedophiles, Sexual Deviants, and Other Criminal Illegal Aliens** (/news/2026/05/04/ice-nice-over-weekend-ice-arrests-murderers-pedophiles-sexual-deviants-and-other)

Over the weekend, ICE arrested more criminal illegal aliens convicted for horrific crimes including manslaughter with intent to cause serious physical injury, criminal sexual conduct on a person 13- to 15-years-old, and sexual battery.

Last Updated: May 1, 2026 | *Press Releases* *(/news-releases/press-releases)*

**ICE Arrests Murderers, Pedophiles, and Other Dangerous Criminal Illegal Aliens** (/news/2026/05/01/ice-arrests-murderers-pedophiles-and-other-dangerous-criminal-illegal-aliens)

ICE announced the arrest of more criminal illegal aliens convicted for horrific crimes, including murder, THREE counts of sexual assault with a minor and grand larceny.

Back to Top

Last Updated: April 30, 2026 | *Press Releases* *(/news-releases/press-releases)*

**ICE IS NICE: DHS Law Enforcement Arrests Multiple Murderers, Pedophiles, Arsonists, and Sexual Deviants** (/news/2026/04/30/ice-nice-dhs-law-enforcement-arrests-multiple-murderers-pedophiles-arsonists-and)

On April 29th, ICE arrested more criminal illegal aliens convicted for heinous crimes including murder/intent to kill or injure, felony death by vehicle, aggravated arson, and endangering the welfare of a child through sexual conduct.

Last Updated: April 29, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Multiple Murderers, Pedophiles, and Other Dangerous Criminal Illegal Aliens** (/news/2026/04/29/ice-arrests-multiple-murderers-pedophiles-and-other-dangerous-criminal-illegal)

Today, U.S. Immigration and Customs Enforcement (ICE) announced the arrest of more criminal illegal aliens convicted for horrific crimes including **murder, sex with a minor,** and **attempted murder.**

Last Updated: April 28, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Murderers, Pedophiles, Drug Traffickers, and Other Criminal Illegal Aliens** (/news/2026/04/28/ice-arrests-murderers-pedophiles-drug-traffickers-and-other-criminal-illegal-aliens)

ICE arrested more criminal illegal aliens convicted for grotesque crimes including murder, sexual assault of a minor, sexual battery, and selling cocaine.

Last Updated: April 27, 2026 | *Press Releases (/news-releases/press-releases)*

**Over the Weekend, ICE Arrests Multiple Pedophiles, Violent Assailants, and Other Public Safety Threats** (/news/2026/04/27/over-weekend-ice-arrests-multiple-pedophiles-violent-assailants-and-other-public)

Over the weekend, ICE arrested more criminal illegal aliens convicted for horrific crimes including indecency with a child, continuous sexual abuse of a child, aggravated sexual assault, kidnapping, and other horrific crimes.

Last Updated: April 24, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Murderers, Pedophiles, Sexual Deviants, Violent Assailants and Drug Traffickers During National Crime Victims Week** (/news/2026/04/24/ice-arrests-murderers-pedophiles-sexual-deviants-violent-assailants-and-drug)

Yesterday, U.S. Immigration and Customs Enforcement (ICE) arrested more criminal illegal aliens convicted of horrific crimes, including **murder, child sexual abuse,** and **drug-trafficking.**

Last Updated: April 23, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Pedophiles, Sexual Assailants, and Drug Traffickers During National Crime Victims Week** (/news/2026/04/23/ice-arrests-pedophiles-sexual-assailants-and-drug-traffickers-during-national-crime)

ICE arrested more criminal illegal aliens convicted for horrific crimes including aggravated sexual assault, lewd or lascivious acts with a child, assault by strangulation, and distribution of methamphetamine.

Last Updated: April 22, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Murderers, Sexual Predators, and Drug Traffickers During National Crime Victims Week** (/news/2026/04/22/ice-arrests-murderers-sexual-predators-and-drug-traffickers-during-national-crime)

ICE arrested more criminal illegal aliens convicted for horrific crimes including murder, sexual abuse, aggravated assault with a deadly weapon and attempted trafficking in methamphetamine.

Last Updated: April 21, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Pedophiles, Rapists, and Drug Dealers** (/news/2026/04/21/ice-arrests-pedophiles-rapists-and-drug-dealers)

DHS announced that ICE, on April 20, arrested more criminal illegal aliens convicted for horrific crimes including molesting a child, possession of child pornography, rape, and possession of heroin and cocaine with intent to distribute.

Last Updated: April 20, 2026 | *Press Releases (/news-releases/press-releases)*

**Over the Weekend, ICE Arrests Human Traffickers, Pedophiles, Rapists, Kidnappers, and Other Depraved Criminal Illegal Aliens** (/news/2026/04/20/over-weekend-ice-arrests-human-traffickers-pedophiles-rapists-kidnappers-and-other)

Over the weekend, ICE arrested criminal illegal aliens across the country convicted for despicable crimes including sexual assault of a child, human trafficking for sexual servitude, sexual solicitation of a minor, rape, kidnapping, and other appalling crimes.

Back to Top

Last Updated: April 17, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Child Abusers, Gang Members, Domestic Abusers, and Other Public Safety Threats** (/news/2026/04/17/ice-arrests-child-abusers-gang-members-domestic-abusers-and-other-public-safety)

ICE arrested criminal illegal aliens convicted for child cruelty with possible injury or death, battery against spouse, kidnapping, and other horrific crimes.

Last Updated: April 16, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Multiple Murderers, Rapists, and Pedophiles** (/news/2026/04/16/ice-arrests-multiple-murderers-rapists-and-pedophiles)

ICE arrested more criminal illegal aliens convicted for horrific crimes including homicide, indecent liberties with a child, unlawful sex with a minor, and other heinous crimes.

Last Updated: April 15, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Multiple Pedophiles, Kidnappers, and Violent Criminals** (/news/2026/04/15/ice-arrests-multiple-pedophiles-kidnappers-and-violent-criminals)

ICE arrested more criminal illegal aliens convicted for horrific crimes including sexual contact with a child, aggravated assault with a deadly weapon, kidnapping and sexual assault, and child molestation.

Last Updated: April 10, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Murderers, Pedophiles, and Sexual Deviants** (/news/2026/04/10/ice-arrests-murderers-pedophiles-and-sexual-deviants)

U.S. Immigration and Customs Enforcement (ICE) arrested more worst of the worst criminal illegal aliens convicted for horrific crimes including **murder**, **attempted lewdness with a child, aggravated sexual battery, sexual penetration with animate object by force,** and **aggravated assault with a deadly weapon.**

Last Updated: April 9, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Child Abusers, Violent Thugs, and Robbers** (/news/2026/04/09/ice-arrests-child-abusers-violent-thugs-and-robbers)

On April 9th, ICE announced the arrest of more criminal illegal aliens from across the country, convicted for injury to a child, assault with a semiautomatic firearm, aggravated assault with a deadly weapon, robbery, and other despicable crimes.

Last Updated: April 8, 2026 | *Press Releases (/news-releases/press-releases)*

**Meet One of the Media's 'Non-Criminals': ICE Arrests Foreign Fugitive Wanted for Killing a Woman in Sinaloa, Mexico** (/news/2026/04/08/meet-one-medias-non-criminals-ice-arrests-foreign-fugitive-wanted-killing-woman)

ICE officers announced the arrest of Jose Gustavo Angulo Bernal, a foreign fugitive wanted in Sinaloa, Mexico, on homicide charges.

Last Updated: April 8, 2026 | *Press Releases (/news-releases/press-releases)*

**Putting America First: ICE Arrests Illegal Alien Child Pornographers, Child Rapists, and Drug Traffickers** (/news/2026/04/08/putting-america-first-ice-arrests-illegal-alien-child-pornographers-child-rapists)

ICE arrested criminal illegal aliens convicted for aggravated sexual assault of a child, dealing child pornography, importation of fentanyl, and other heinous crimes.

Last Updated: April 7, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Rapists, Pedophiles, and Arsonists** (/news/2026/04/07/ice-arrests-rapists-pedophiles-and-arsonists)

ICE arrested criminal illegal aliens convicted for crimes including aggravated sexual assault of a child, sexual battery, lewd and lascivious acts with a child, arson, and robbery.

Last Updated: April 6, 2026 | *Press Releases (/news-releases/press-releases)*

**During Easter Weekend, ICE Arrests Murderers, Multiple Pedophiles, and Drug Traffickers** (/news/2026/04/06/during-easter-weekend-ice-arrests-murderers-multiple-pedophiles-and-drug)

While many Americans across the country were celebrating Easter over the weekend, the brave men and women of ICE were arresting some of the worst of the worst criminal illegal aliens including murderers, pedophiles, and drug traffickers.

Last Updated: April 4, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Gang Members, Pedophiles, and Stalkers** (/news/2026/04/04/ice-arrests-gang-members-pedophiles-and-stalkers)

Immigration and Customs Enforcement (ICE) continued delivering on President Trump's promise to make America safe again by a

Back to Top

illegal aliens.

Last Updated: April 3, 2026 | *Press Releases (/news-releases/press-releases)*
**Meet One of the Media's 'Non-Criminals': ICE Law Enforcement Arrests Illegal Alien MS-13 Gang Member in Connecticut Wanted for Murder in His Home Country** (/news/2026/04/03/meet-one-medias-non-criminals-ice-law-enforcement-arrests-illegal-alien-ms-13-gang)

On April 3rd, DHS announced that ICE arrested Danny Granados-Garcia, a violent criminal illegal alien MS-13 gangbanger from El Salvador, who is wanted in his home country for murdering a pastor.

Last Updated: April 2, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Arsonists, Assailants, Drug Dealers, and Other Criminals** (/news/2026/04/02/ice-arrests-arsonists-assailants-drug-dealers-and-other-criminals)

ICE arrested criminal illegal aliens convicted for crimes including arson, burglary with assault, possession of methamphetamine with the intent to distribute, and burglary.

Last Updated: April 1, 2026 | *Press Releases (/news-releases/press-releases)*
**America First: ICE Arrests Murderers, Pedophiles, and Weapons Traffickers** (/news/2026/04/01/america-first-ice-arrests-murderers-pedophiles-and-weapons-traffickers)

On March 31st, ICE arrested more criminal illegal aliens convicted of despicable crimes including murder, possession of child pornography, and assault.

Last Updated: March 31, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Pedophiles, Kidnappers, Violent Assailants, and Other Depraved Criminal Illegal Aliens** (/news/2026/03/31/ice-arrests-pedophiles-kidnappers-violent-assailants-and-other-depraved-criminal)

ICE arrested more public safety threats including criminal illegal aliens convicted for aggravated sexual assault of a child, aggravated kidnapping, assault with a deadly weapon, and other heinous crimes.

Last Updated: March 30, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests MS-13 Gang Member, Child Predators, Rapists and Drug Traffickers Over the Weekend** (/news/2026/03/30/ice-arrests-ms-13-gang-member-child-predators-rapists-and-drug-traffickers-over)

While Americans enjoyed their weekends, ICE was hard at work arresting more criminal illegal aliens convicted of repulsive crimes including aggravated sexual battery of a child, manslaughter, rape and drug trafficking.

Last Updated: March 27, 2026 | *Press Releases (/news-releases/press-releases)*
**MAKE AMERICA SAFE AGAIN: ICE Arrests Murderers, Child Pornographers, Assailants, and Drug Traffickers** (/news/2026/03/27/make-america-safe-again-ice-arrests-murderers-child-pornographers-assailants-and)

On March 26th, ICE arrested criminal illegal aliens convicted for murder, production of child pornography, assault with a deadly weapon, drug trafficking, and other heinous crimes.

Last Updated: March 26, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Killers, Sexual Assailants, and Car Jackers** (/news/2026/03/26/ice-arrests-killers-sexual-assailants-and-car-jackers)

On March 25th, ICE arrested criminal illegal aliens convicted for despicable crimes including manslaughter, sexual assault of a child, and carjacking.

Last Updated: March 25, 2026 | *Press Releases (/news-releases/press-releases)*
**Make America Safe Again: ICE Arrests Multiple Child Predators in a Single Day** (/news/2026/03/25/make-america-safe-again-ice-arrests-multiple-child-predators-single-day)

ICE announced the arrest of numerous criminal illegal aliens across the country, including multiple pedophiles.

Last Updated: March 24, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Child Predators, Rapists, and Domestic Abusers to Keep America Safe** (/news/2026/03/24/ice-arrests-child-predators-rapists-and-domestic-abusers-keep-america-safe)

ICE arrested more criminal illegal aliens across the country convicted of heinous crimes including sexual abuse of a child, rape, and assault of a family member.

Last Updated: March 23, 2026 | *Press Releases (/news-releases/press-releases)*
**Over the Weekend, ICE Arrested Murderers, Pedophiles, Rapists, Child Abusers and Gang Members** (/news/2026/03/23/over-weekend-ice-arrested-murderers-pedophiles-rapists-child-abusers-and-gang)

Over the weekend, U.S. Immigration and Customs Enforcement (ICE) arrested criminal illegal aliens convicted for murder, aggrava Back to Top of a child and rape.

Last Updated: March 20, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Murderers Pedophiles, Rapists, and Other Depraved Criminals** (/news/2026/03/20/ice-arrests-murderers-pedophiles-rapists-and-other-depraved-criminals)

ICE arrested criminal illegal aliens convicted for repulsive crimes including vehicular manslaughter with gross negligence, kidnapping, assault on a minor with intent to commit rape, and sexual assault.

Last Updated: March 18, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Child Predators, Sex Criminals, and Drug Traffickers** (/news/2026/03/18/ice-arrests-child-predators-sex-criminals-and-drug-traffickers)

ICE arrested criminal illegal aliens convicted of despicable crimes including incest, sexual assault of a child, attempted rape, and possession with intent to distribute methamphetamine.

Last Updated: March 17, 2026 | *Press Releases (/news-releases/press-releases)*
**Activist Judge Orders Release of MS-13 Gang Member from ICE Custody** (/news/2026/03/17/activist-judge-orders-release-ms-13-gang-member-ice-custody)

DHS released the following statement after an Obama-appointed judge ordered Carlos Antonio Flores-Miguel, a criminal illegal alien and a Mara Salvatrucha (MS-13) gang member, released from ICE custody.

Last Updated: March 17, 2026 | *Press Releases (/news-releases/press-releases)*
**Putting America First: ICE Arrests Murderers, Pedophiles, and Sex Criminals** (/news/2026/03/17/putting-america-first-ice-arrests-murderers-pedophiles-and-sex-criminals)

On March 16th, ICE arrested criminal illegal aliens convicted for homicide, coercion and enticement of a child, attempted rape of person incapable to consent, and other heinous crimes.

Last Updated: March 16, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Continued to Arrest Murderers, Rapists, and Child Abusers Over the Weekend to Keep America Safe** (/news/2026/03/16/ice-continued-arrest-murderers-rapists-and-child-abusers-over-weekend-keep-america)

Over the weekend, ICE officers throughout the country arrested criminal illegal aliens convicted of horrific crimes including murder, rape, and cruelty toward a child.

Last Updated: March 13, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Pedophiles, Sex Criminals, Fentanyl Traffickers, and Other Worst of Worst Criminal Illegal Aliens** (/news/2026/03/13/ice-arrests-pedophiles-sex-criminals-fentanyl-traffickers-and-other-worst-worst)

On March 12th, ICE arrested more criminal illegal aliens convicted for sexual conduct against a child, sexual assault, conspiracy to distribute narcotics, and other horrific crimes.

Last Updated: March 12, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Continues to Make America Safe by Arresting Criminal Illegal Alien Pedophiles, Killers, and Violent Assailants** (/news/2026/03/12/ice-continues-make-america-safe-arresting-criminal-illegal-alien-pedophiles-killers)

ICE announced the arrest of more criminal illegal aliens convicted of despicable crimes including aggravated sexual abuse of a child, intoxicated manslaughter, and assault with a deadly weapon.

Last Updated: March 12, 2026 | *Press Releases (/news-releases/press-releases)*
**Four-Time Deported Criminal Illegal Alien with 15 Prior Charges Arrested After Shoving 83-Year-Old Veteran and Another Bystander onto New York City Subway Tracks** (/news/2026/03/12/four-time-deported-criminal-illegal-alien-15-prior-charges-arrested-after-shoving)

DHS announced that ICE has requested New York authorities not release Bairon Posada-Herandez, a four-time deported illegal alien from Honduras with a lengthy criminal history who was arrested after allegedly shoving two men onto the New York City subway tracks on Sunday, March 8.

Last Updated: March 11, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Criminal Illegal Aliens with Rap Sheets for Attempted Murder, Sexual Assault, Kidnapping, and Assault on a Pregnant Woman** (/news/2026/03/11/ice-arrests-criminal-illegal-aliens-rap-sheets-attempted-murder-sexual-assault)

ICE announced on March 11th the arrest of more criminal illegal aliens from across the country, convicted of attempted murder, sexual assault with a weapon, aggravated kidnapping, and other heinous crimes.

Last Updated: March 10, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Continues to Arrest Criminal Illegal Alien Pedophiles, Rapists, and Violent Sex Criminals to Keep America Safe** (/news/2026/03/10/ice-continues-ar[...]pedophiles-rapists-and-violent-sex)

Back to Top

ICE announced the arrest of more criminal illegal aliens from across the country, convicted of horrific crimes including child molestation, rape, and sexual battery.

Last Updated: March 9, 2026 | *Press Releases (/news-releases/press-releases)*
**While Americans Enjoyed Their Weekends, ICE Arrested Murderers, Multiple Child Predators, and Gang Members** (/news/2026/03/09/while-americans-enjoyed-their-weekends-ice-arrested-murderers-multiple-child)

On March 9th, ICE announced the arrest of more criminal illegal aliens from across the country, convicted of murder, possession of obscene matter depicting a minor engaged in sexual conduct, and kidnapping of an adult to sexually assault.

Last Updated: March 6, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Criminal Illegal Alien Murderers, Pedophiles, and Sex Criminals** (/news/2026/03/06/wowdhsgov-ice-arrests-criminal-illegal-alien-murderers-pedophiles-and-sex-criminals)

ICE announced the arrest of more criminal illegal aliens from across the country, convicted of despicable crimes including first-degree murder, lewd and lascivious assault on a child, and indecent exposure.

Last Updated: March 5, 2026 | *Press Releases (/news-releases/press-releases)*
**Thanks to President Trump and Secretary Noem, America is Safer** (/news/2026/03/05/thanks-president-trump-and-secretary-noem-america-safer)

Under the leadership of Secretary Kristi Noem, DHS had its most successful period ever.

Last Updated: March 5, 2026 | *Press Releases (/news-releases/press-releases)*
**MAKING AMERICA SAFE AGAIN: ICE Arrests Pedophiles, Killers, and Violent Assailants** (/news/2026/03/05/making-america-safe-again-ice-arrests-pedophiles-killers-and-violent-assailants)

ICE announced the arrest of more worst of the worst criminal illegal aliens convicted for heinous crimes including sexual exploitation of a child, intoxication manslaughter with a vehicle, and aggravated assault with a deadly weapon.

Last Updated: March 4, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Pedophiles, Child Predators, and Drug Traffickers** (/news/2026/03/04/wowdhsgov-ice-arrests-pedophiles-child-predators-and-drug-traffickers)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country convicted of despicable crimes including sexual battery of a victim under 13-years-old, criminal child enticement, and importation of cocaine.

Last Updated: March 3, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Gang Members, Pedophiles, and Drug Traffickers** (/news/2026/03/03/wowdhsgov-ice-arrests-gang-members-pedophiles-and-drug-traffickers)

ICE announced the arrest of more criminal illegal aliens across the country, including an MS-13 gang member, pedophiles, and drug traffickers.

Last Updated: March 2, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Child Killers, Pedophiles, and Murderers** (/news/2026/03/02/wowdhsgov-ice-arrests-child-killers-pedophiles-and-murderers)

Over the weekend, ICE arrested more criminal illegal aliens convicted of assault on a child causing death, sexual abuse of a child, and manslaughter.

Last Updated: February 28, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Murderers, Pedophiles, and Drug Traffickers** (/news/2026/02/28/wowdhsgov-ice-arrests-murderers-pedophiles-and-drug-traffickers)

ICE announced the arrest of more criminal illegal aliens across the country, convicted of heinous crimes including murder, lewd or lascivious acts with a child, and attempted trafficking of opium and/or heroin.

Last Updated: February 26, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Gang Members, Rapists, and Kidnappers** (/news/2026/02/26/wowdhsgov-ice-arrests-gang-members-rapists-and-kidnappers)

ICE announced the arrest of more public safety threats including gang members, rapists, and kidnappers.

Last Updated: February 25, 2026 | *Press Releases (/news-releases/press-releases)*
**While Sanctuary Politicians Refuse to Put the Safety of American Citizens Before Illegal Aliens, Our Law Enforcement Officers Were Out on the Streets Arresting Murderers, Pedophiles, and Depraved Sex Criminals** (/news/2026/02/25/while-sanctuary-politicians-refuse-put-safety-american-citizens-illegal-aliens-our)

ICE announced the arrest of more criminal illegal aliens from across the country, convicted for murder, sexual acts against a child, depraved crimes.

Back to Top

Last Updated: February 24, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Pedophiles, Rapists, and Violent Criminals** (/news/2026/02/24/wowdhsgov-ice-arrests-pedophiles-rapists-and-violent-criminals)

ICE announced the arrests of more criminal illegal aliens across the country, convicted for despicable crimes including carnal knowledge of a child 13-14-years-old, rape, and criminal sexual assault.

Last Updated: February 24, 2026 | *Press Releases (/news-releases/press-releases)*
**DHS Calls Out Sanctuary Governor Spanberger for Banning Work with ICE Law Enforcement Ahead of Her Response to President Trump's State of the Union Address** (/news/2026/02/24/dhs-calls-out-sanctuary-governor-spanberger-banning-work-ice-law-enforcement-ahead)

DHS released a statement ahead of Virginia Governor Abigail Spanberger's response to President Donald Trump's State of the Union address.

Last Updated: February 23, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: Over the Weekend, ICE Arrests Pedophiles, Rapists, Violent Assailants and Other Monsters** (/news/2026/02/23/wowdhsgov-over-weekend-ice-arrests-pedophiles-rapists-violent-assailants-and-other)

ICE announced the arrest of more heinous criminal illegal aliens over the weekend, including those convicted for aggravated criminal sexual assault of a child, rape, assault, and battery.

Last Updated: February 20, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Pedophiles, Rapists, and Drug Traffickers Just Yesterday** (/news/2026/02/20/wowdhsgov-ice-arrests-pedophiles-rapists-and-drug-traffickers-just-yesterday)

ICE announced the arrest of more criminal illegal aliens across the country, convicted of unlawful sexual conduct with a child, child rape, trafficking in methamphetamine, and other abhorrent crimes.

Last Updated: February 20, 2026 | *Press Releases (/news-releases/press-releases)*
**To Award the Mainstream Media for Raising Awareness About DHS's Worst of the Worst Website, DHS Drops Another 5,000 Criminals, Now Featuring Over 30,000 Criminal Illegal Aliens** (/news/2026/02/20/award-mainstream-media-raising-awareness-about-dhss-worst-worst-website-dhs-drops)

After failing to cover President Joe Biden's open border chaos and the illegal alien invasion of our country for four years, the mainstream media is finally taking notice of DHS's critically-acclaimed website WOW.DHS.GOV.

Last Updated: February 19, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Murderers, Pedophiles, and Rapists** (/news/2026/02/19/wowdhsgov-ice-arrests-murderers-pedophiles-and-rapists)

DHS announced ICE arrested more criminal illegal aliens from across the country. These arrests include illegal aliens convicted of horrific crimes including murder through the use of a firearm, predatory criminal sexual assault of a child, and rape.

Last Updated: February 18, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Child Abusers, Killers, and Sex Criminals** (/news/2026/02/18/wowdhsgov-ice-arrests-child-abusers-killers-and-sex-criminals)

ICE announced the arrest of more criminal illegal aliens from across the country, convicted for despicable crimes including injury to child, manslaughter, and sex crimes.

Last Updated: February 17, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Gang Members, Rapists, and Violent Assailants on Presidents' Day** (/news/2026/02/17/wowdhsgov-ice-arrests-gang-members-rapists-and-violent-assailants-presidents-day)

On Presidents' Day, ICE arrested more criminal illegal aliens convicted of heinous crimes including **false imprisonment, sexual assault,** and **strangulation.**

Last Updated: February 16, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Criminal Illegal Alien Pedophiles, Rapists, Drug Traffickers, and More Over Presidents' Day Weekend** (/news/2026/02/16/wowdhsgov-ice-arrests-criminal-illegal-alien-pedophiles-rapists-drug-traffickers)

ICE announced the arrest of more criminal illegal aliens including those convicted for despicable crimes such as possession of child pornography, sexual assault of a child, sexual assault, and intent to distribute meth from across the country on Presidents' Day weekend.

Last Updated: February 13, 2026 | *Press Releases (/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Criminal Illegal Alien Pedophiles, Violent Assailants, and Drug Traffickers** (/news/2026/02/13/wowdhsgov-ice-arrests-crimina Back to Top violent-assailants-and-drug)

ICE announced the arrest of more criminal illegal aliens across the country, convicted of repulsive crimes including child sex crimes, assault with a deadly weapon, and conspiring to traffic cocaine.

Last Updated: February 12, 2026 | *Press Releases* *(/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Criminal Illegal Aliens Convicted for Murder, Sex Crimes Against Children, and Drug Trafficking** (/news/2026/02/12/wowdhsgov-ice-arrests-criminal-illegal-aliens-convicted-murder-sex-crimes-against)

ICE announce they have arrested more worst of the worst criminal illegal aliens from across the country including murderers, pedophiles, and drug traffickers.

Last Updated: February 11, 2026 | *Press Releases* *(/news-releases/press-releases)*
**LAWLESS ABOMINATION: Activist Judge Orders Release of 4 Criminal Illegal Aliens Convicted of Murder and Child Sex Crimes from Louisiana Lockup** (/news/2026/02/11/lawless-abomination-activist-judge-orders-release-4-criminal-illegal-aliens)

On Friday February 6, 2026, a judge in the Middle District Court of Louisiana granted four criminal illegal aliens––three murderers and a pedophile–– release from ICE custody.

Last Updated: February 11, 2026 | *Press Releases* *(/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Criminal Illegal Alien Multiple Child Rapists, Kidnappers, and Violent Assailants** (/news/2026/02/11/wowdhsgov-ice-arrests-criminal-illegal-alien-multiple-child-rapists-kidnappers-and)

ICE announced the arrest of more criminal illegal aliens across the country convicted for repulsive crimes including aggravated sexual assault of a child, kidnapping, and assault with a deadly weapon.

Last Updated: February 10, 2026 | *Press Releases* *(/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests More Criminal Illegal Alien Pedophiles, Rapists, and Violent Assailants Across the Country Yesterday** (/news/2026/02/10/wowdhsgov-ice-arrests-more-criminal-illegal-alien-pedophiles-rapists-and-violent)

ICE announced the arrest of more criminal illegal aliens including those convicted for heinous crimes such as sex abuse of a child, rape, domestic assault, and battery.

Last Updated: February 9, 2026 | *Press Releases* *(/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Criminal Illegal Alien Murderers, Pedophiles, Rapists, and More Over the Weekend** (/news/2026/02/09/wowdhsgov-ice-arrests-criminal-illegal-alien-murderers-pedophiles-rapists-and-more)

ICE announced the arrest of more criminal illegal aliens including those convicted for despicable crimes including murder, sexual assault of a minor, and rape from across the country this weekend.

Last Updated: February 9, 2026 | *Press Releases* *(/news-releases/press-releases)*
**Partnership with West Virginia Leads to 650 Illegal Aliens Arrested in 2 Weeks Including Drug Traffickers, Violent Offenders, and Burglars** (/news/2026/02/09/partnership-west-virginia-leads-650-illegal-aliens-arrested-2-weeks-including-drug)

The U.S. Department of Homeland Security (DHS) highlights the resounding success of U.S. Immigration and Customs Enforcement (ICE) efforts in coordination with cooperative local and state authorities in the 287(g) program (https://links-1.govdelivery.com/CL0/https:%2F%2Fwww.ice.gov%2F287g/1/0100019c42d80ad4-78956d0c-386b-4732-a697-843d0070dec0-000000/fZohoD2lFuigvYwemaZ22q33rFXNTBjH9SB1v-56AgI=443) . An operation conducted last month (https://links-1.govdelivery.com/CL0/https:%2F%2Fwww.ice.gov%2Fnews%2Freleases%2Fice-arrests-650-illegal-aliens-west-virginia/1/0100019c42d80ad4-78956d0c-386b-4732-a697-843d0070dec0-000000/LtCl-91DZD1QGU5jgklNhGX8CfMHpdykX-Du7EZ0RPA=443) from January 5, 2026 – January 19, 2026, in West Virginia resulted in the successful arrest of over 650 illegal alien including **drug traffickers, violent offenders, and burglars**.

Last Updated: February 6, 2026 | *Press Releases* *(/news-releases/press-releases)*
**WOW.DHS.GOV: ICE Arrests Multiple Murderers, Violent Assailants and Drug Traffickers Across the Country** (/news/2026/02/06/wowdhsgov-ice-arrests-multiple-murderers-violent-assailants-and-drug-traffickers)

ICE announced the arrest of more heinous criminal illegal aliens convicted of murder, involuntary manslaughter, possession with intent to distribute crystal meth and other repulsive crimes.

Last Updated: February 6, 2026 | *Press Releases* *(/news-releases/press-releases)*
**DHS CALLS ON MAMDANI TO NOT RELEASE Criminal Illegal Aliens from New York City's Custody** (/news/2026/02/06/dhs-calls-mamdani-not-release-criminal-illegal-aliens-new-york-citys-custody)

The U.S. Department of Homeland Security (DHS) condemns New York City's Mayor Zohran Mamdani for signing an Executive Ord Back to Top City into a shield for violent criminal illegal aliens to reoffend and create more innocent victims.

Last Updated: February 6, 2026 | *Press Releases* (/news-releases/press-releases)

**SANCTUARY CALAMITY: DHS and ICE Urgently Call on Gavin Newsom and Sanctuary California to Not Release 33,179 Criminal Illegal Aliens Including Murderers, Sex Offenders, and Drug Traffickers from Jails Back into California Communities** (/news/2026/02/06/sanctuary-calamity-dhs-and-ice-urgently-call-gavin-newsom-and-sanctuary-california)

The U.S. Immigration and Customs Enforcement (ICE) Acting Director Todd Lyons sent a letter to California Attorney General Rob Bonta calling on him to put the safety of Americans first and honor ICE arrest detainers of the more than 33,000 criminal illegal aliens in California's custody including **murderers, sex offenders, and drug traffickers.**

Last Updated: February 6, 2026 | *Press Releases* (/news-releases/press-releases)

**Meet Some of the Child Rapists, Sex Offenders, Gang Members, and Violent Offenders Agitators Tried to Shield from Arrest** (/news/2026/02/06/meet-some-child-rapists-sex-offenders-gang-members-and-violent-offenders-agitators)

Over the past year, the U.S. Department of Homeland Security (DHS) has documented numerous incidents in which rioters and agitators obstructed federal law enforcement—**a felony and a federal crime**—from arresting **child rapists, sex offenders, gang members, and violent offenders**. Despite these attempts, ICE law enforcement still apprehended and removed these criminals from American communities.

Last Updated: February 5, 2026 | *Press Releases* (/news-releases/press-releases)

**WOW.DHS.GOV: ICE Arrests More Criminal Illegal Aliens including Sexual Abusers, Attempted Murderers, and Drug Traffickers** (/news/2026/02/05/wowdhsgov-ice-arrests-more-criminal-illegal-aliens-including-sexual-abusers)

DHS highlights more heinous criminal illegal aliens arrested across the country on February 4th, including those convicted of sex crimes, attempted first-degree murder, and drug trafficking.

Last Updated: February 5, 2026 | *Press Releases* (/news-releases/press-releases)

**WOW.DHS.GOV: Most Transparent Administration in American History Adds 5,000 More Criminal Illegal Alien to Public Website** (/news/2026/02/05/wowdhsgov-most-transparent-administration-american-history-adds-5000-more-criminal)

As part of the Trump administration's commitment to provide the most transparent administration in history, DHS announces an additional 5,000 criminal illegal aliens are now available to view on wow.dhs.gov (https://wow.dhs.gov) .

Last Updated: February 5, 2026 | *Press Releases* (/news-releases/press-releases)

**Murderers, Sex Offenders, and Drug Traffickers Released from Jails Directly into California Communities** (/news/2026/02/05/murderers-sex-offenders-and-drug-traffickers-released-jails-directly-california)

ICE Acting Director Todd Lyons sent a letter to California Attorney General Rob Bonta calling on him to put the safety of Americans first and honor ICE arrest detainers of the more than 33,000 criminal illegal aliens in California's custody including murderers, sex offenders, and drug traffickers.

Last Updated: February 4, 2026 | *Press Releases* (/news-releases/press-releases)

**DHS Reaches More than 4,000 Arrests of Illegal Aliens Including Murderers, Sex Offenders, Gang Members, and Terrorists in Minnesota Since Operation Metro Surge Began** (/news/2026/02/04/dhs-reaches-more-4000-arrests-illegal-aliens-including-murderers-sex-offenders-gang)

DHS announced law enforcement arrested more than 4,000 illegal aliens, including violent criminal illegal aliens, since Operation Metro Surge began in Minnesota.

Last Updated: February 4, 2026 | *Press Releases* (/news-releases/press-releases)

**WOW.DHS.GOV: ICE Arrests More Criminal Illegal Aliens Including Pedophiles, Sex Offenders, and Murderers Across the Country** (/news/2026/02/04/wowdhsgov-ice-arrests-more-criminal-illegal-aliens-including-pedophiles-sex)

DHS highlights more heinous criminal illegal aliens arrested across the country yesterday, including those convicted of lewd or lascivious acts with a child, third-degree sex offense, and voluntary manslaughter.

Last Updated: February 3, 2026 | *Press Releases* (/news-releases/press-releases)

**DHS Arrests More Criminal Illegal Aliens in Minnesota Including a Terrorist, Child Abusers, Thieves, and Drug Traffickers** (/news/2026/02/03/dhs-arrests-more-criminal-illegal-aliens-minnesota-including-terrorist-child)

DHS announced the arrests of more criminal illegal aliens from the streets of Minnesota on Sunday and Monday during Operation Metro Surge, including those convicted of domestic violence, larceny, and drug trafficking.

Last Updated: February 3, 2026 | *Press Releases* (/news-releases/press-releases)

**WOW.DHS.GOV: ICE Arrests More Heinous Criminals Including Kidnappers, Pedophiles, and Drug Traffickers** (/news/2026/02/03/wowdhsgov-ice-arrest

Back to Top

including-kidnappers-pedophiles-and)

DHS highlights more heinous criminal illegal aliens arrested across the country on February 2nd, including those convicted of kidnapping, aggravated sexual assault of a child, drug trafficking, and fraud.

Last Updated: February 2, 2026 | *Press Releases (/news-releases/press-releases)*

**WOW.DHS.GOV: Over the Weekend, ICE Arrested Criminal Illegal Alien Pedophiles, Murderers, and Drug Traffickers** (/news/2026/02/02/wowdhsgov-over-weekend-ice-arrested-criminal-illegal-alien-pedophiles-murderers-and)

ICE announced more criminal illegal aliens arrested over the weekend convicted of heinous crimes including aggravated sexual assault of an elderly/disabled person, automobile homicide, and trafficking fentanyl.

Last Updated: February 2, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Arrests More Criminal Illegal Aliens in Minnesota Over the Weekend Including Sex Offenders, Child Abusers, and Violent Assailants** (/news/2026/02/02/dhs-arrests-more-criminal-illegal-aliens-minnesota-over-weekend-including-sex)

DHS announces the arrests of more criminal illegal aliens from the streets of Minnesota over the weekend during Operation Metro Surge, including those convicted of sexual assault, cruelty toward a child, and assault.

Last Updated: January 30, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Lodges a Detainer for Criminal Alien Charged with Rape of Girl Sleeping in Her Own Bed in Nashville** (/news/2026/01/30/ice-lodges-detainer-criminal-alien-charged-rape-girl-sleeping-her-own-bed-nashville)

ICE announced they have lodged an arrested detainer against Mena Mohsen Farez Nmn Awad, a criminal illegal alien from Egypt, after he was apprehended by authorities in Louisville, Kentucky for raping a 16-year-old girl while she was asleep in her bed.

Last Updated: January 30, 2026 | *Press Releases (/news-releases/press-releases)*

**WOW.DHS.GOV: ICE Arrests More Heinous Criminals Including Sexual Predators, Murderers, and Arsonists** (/news/2026/01/30/wowdhsgov-ice-arrests-more-heinous-criminals-including-sexual-predators-murderers)

DHS highlights more heinous criminal illegal aliens arrested across the country yesterday, including those convicted of third-degree sex offense, manslaughter, and arson.

Last Updated: January 30, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Highlights More Criminal Illegal Aliens Including Multiple Sex Offenders, Violent Assailants, and Drug Traffickers Arrested Yesterday in Minnesota** (/news/2026/01/30/dhs-highlights-more-criminal-illegal-aliens-including-multiple-sex-offenders)

DHS highlights more criminal illegal aliens arrested in Minnesota on January 29th during Operation Metro Surge, including those convicted of sexual abuse of a minor, aggravated sexual assault, domestic assault, and possession of narcotics for sale.

Last Updated: January 30, 2026 | *Press Releases (/news-releases/press-releases)*

**HOCHUL POLICY WOULD PUT NEW YORKERS IN DANGER: Governor Hochul Proposes to Bar All Local Police Departments from Partnering with ICE** (/news/2026/01/30/hochul-policy-would-put-new-yorkers-danger-governor-hochul-proposes-bar-all-local)

DHS condemns Governor Hochul's legislative proposal to bar local police departments from partnering and cooperating with ICE law enforcement.

Last Updated: January 29, 2026 | *Press Releases (/news-releases/press-releases)*

**WOW.DHS.GOV: ICE Arrests More Vicious Pedophiles, Violent Assailants, and Robbers** (/news/2026/01/29/wowdhsgov-ice-arrests-more-vicious-pedophiles-violent-assailants-and-robbers)

DHS highlights more criminal illegal aliens arrested across the country yesterday, including those convicted of aggravated child rape, robbery, and sexual assault.

Last Updated: January 29, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Highlights More Criminal Illegal Aliens Including Pedophiles, Domestic Abusers, and Violent Assailants Arrested Yesterday in Minnesota** (/news/2026/01/29/dhs-highlights-more-criminal-illegal-aliens-including-pedophiles-domestic-abusers)

DHS highlights more criminal illegal aliens arrested in Minnesota yesterday during Operation Metro Surge, including those convicted of second-degree criminal sexual conduct with a minor, domestic abuse, and second-degree assault with a dangerous weapon.

Last Updated: January 28, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Highlights More Worst of the Worst Including Murderers, Pedophiles, Rapists, and Child Abusers Arrested Yesterday in Minnesota** (/news/20 more-worst-worst-including-murderers-pedophiles-rapists-and-child)

Back to Top

DHS highlights more worst of the worst criminal illegal aliens arrested in Minnesota yesterday during Operation Metro Surge, includi convicted of murder, rape, child sex crimes, and cruelty toward a child.

Last Updated: January 28, 2026 | *Press Releases* *(/news-releases/press-releases)*

**WOW.DHS.GOV: ICE Arrests Worst of the Worst Including Multiple Pedophiles Who Violently Raped Children** (/news/2026/01/28/wowdhsgov-ice-arrests-worst-worst-including-multiple-pedophiles-who-violently-raped)

DHS highlights more worst of the worst criminal illegal aliens arrested across the country on January 27th, including multiple violent criminal illegal aliens who raped children.

Last Updated: January 27, 2026 | *Press Releases* *(/news-releases/press-releases)*

**WOW.DHS.GOV: ICE Arrests Worst of the Worst Including Murderers, Child Abusers, and Violent Assailants** (/news/2026/01/27/wowdhsgov-ice-arrests-worst-worst-including-murderers-child-abusers-and-violent)

DHS highlights more worst of the worst criminal illegal aliens arrested across the country on January 26th, including violent criminal illegal aliens convicted of murder, child cruelty, assault, and battery.

Last Updated: January 27, 2026 | *Press Releases* *(/news-releases/press-releases)*

**DHS Highlights More Worst of the Worst Including Kidnappers, Pedophiles, Violent Assailants, and Perpetrators of Fraud Arrested Yesterday in Minnesota** (/news/2026/01/27/dhs-highlights-more-worst-worst-including-kidnappers-pedophiles-violent-assailants)

DHS highlights more worst of the worst criminal illegal aliens arrested in Minnesota on January 26th during Operation Metro Surge, including those convicted of kidnapping, child rape, assault on a law enforcement officer with a firearm, assault, and possession of fraudulent documents.

Last Updated: January 27, 2026 | *Press Releases* *(/news-releases/press-releases)*

**DHS Deports 2 Former Members of the Iranian Revolutionary Guard Corps, a Terrorist Organization, to Iran** (/news/2026/01/27/dhs-deports-2-former-members-iranian-revolutionary-guard-corps-terrorist)

On January 26, the DHS deported two known or suspected terrorists (KSTs) who entered the U.S. during the Biden administration, both of whom are former members of the Iranian Revolutionary Guard Corps, a terrorist organization.

Last Updated: January 27, 2026 | *Press Releases* *(/news-releases/press-releases)*

**ICE Lodges Arrest Detainer on Criminal Illegal Alien Monster Charged with Raping 11-Year-Old and Holding 10-Year-Old Sister at Knifepoint in Georgia** (/news/2026/01/27/ice-lodges-arrest-detainer-criminal-illegal-alien-monster-charged-raping-11-year)

ICE lodged an arrest detainer on Kenneth Moreno Guzman, a criminal illegal alien from Mexico, who is charged with the rape of an 11-year-old girl while her 10-year-old sister was in the room and threatened with a knife in Georgia.

Last Updated: January 27, 2026 | *Press Releases* *(/news-releases/press-releases)*

**DHS Highlights More Worst of the Worst Including Sexual Predators, Domestic Abusers, Perpetrators of Fraud, Robbers, and Violent Assailants Arrested Over the Weekend in Minnesota** (/news/2026/01/27/dhs-highlights-more-worst-worst-including-sexual-predators-domestic-abusers)

DHS highlights more worst of the worst criminal illegal aliens arrested in Minnesota on Friday, Saturday, and Sunday, including convicted sexual predators, domestic abusers, perpetrators of fraud, robbers, and violent assailants.

Last Updated: January 26, 2026 | *Press Releases* *(/news-releases/press-releases)*

**WOW.DHS.GOV: Over the Weekend, ICE Arrests More Worst of the Worst Murderers, Pedophiles, and Drug Traffickers** (/news/2026/01/26/wowdhsgov-over-weekend-ice-arrests-more-worst-worst-murderers-pedophiles-and-drug)

ICE highlights the arrest of the worst of the worst criminal illegal aliens arrested over the weekend, including those convicted for murder, sexual assault of a minor under 10-years-old, and manufacturing fentanyl.

Last Updated: January 26, 2026 | *Press Releases* *(/news-releases/press-releases)*

**MAKING AMERICA SAFE: DHS Highlights National Security Threats Arrested During First Year of Trump Administration** (/news/2026/01/26/making-america-safe-dhs-highlights-national-security-threats-arrested-during-first)

DHS highlighted ICE arrests of national security threats since January 20, 2025.

Last Updated: January 23, 2026 | *Press Releases* *(/news-releases/press-releases)*

**DHS Highlights More Worst of the Worst Including Pedophiles, Sexual Predators, and Drug Traffickers Arrested Yesterday in Minnesota** (/news/2026/01/23/dhs-highlights-more-worst-worst-including-pedophiles-sexual-predators-and-drug)

DHS highlights more worst of the worst criminal illegal aliens arrested in Minnesota on January 22nd during Operation Metro Surg Back to Top including convicted pedophiles, sexual predators, and drug traffickers.

Last Updated: January 23, 2026 | *Press Releases* (/news-releases/press-releases)
**WOW.DHS.GOV: ICE Arrests Worst of Worst Including Murderers, MS-13 Gang Members, and Rapists** (/news/2026/01/23/wowdhsgov-ice-arrests-worst-worst-including-murderers-ms-13-gang-members-and)

DHS highlights more worst of the worst criminal illegal aliens arrested across the country on January 22nd, including violent criminal illegal aliens convicted of murder, rape, and armed robbery.

Last Updated: January 23, 2026 | *Press Releases* (/news-releases/press-releases)
**WOW.DHS.GOV: ICE Arrests Worst of Worst Criminal Illegal Alien Pedophiles, Sexual Predators, and Violent Assailants Terrorizing American Communities** (/news/2026/01/23/wowdhsgov-ice-arrests-worst-worst-criminal-illegal-alien-pedophiles-sexual)

ICE announced the arrest of more worst of the worst criminal illegal aliens across the country convicted for vicious crimes including indecency with a child by contact, sexual assault, and assault.

Last Updated: January 22, 2026 | *Press Releases* (/news-releases/press-releases)
**DHS Highlights More Worst of Worst Including Multiple Murderers, Sexual Predators, and Gang Members Arrested in Minnesota Yesterday** (/news/2026/01/22/dhs-highlights-more-worst-worst-including-multiple-murderers-sexual-predators-and)

DHS highlights more worst of the worst criminal illegal aliens arrested in Minnesota on January 21st during Operation Metro Surge, including criminals convicted of murder, sexual predators, and gang members.

Last Updated: January 22, 2026 | *Press Releases* (/news-releases/press-releases)
**WOW.DHS.GOV Website Makes it Easier to Search Your State** (/news/2026/01/22/wowdhsgov-website-makes-it-easier-search-your-state)

DHS announced that its new "Worst of the Worst" website has rolled out a new feature that makes it easier for users to search some of the criminal illegal aliens that have been removed from their state: wow.dhs.gov/[state name].

Last Updated: January 21, 2026 | *Press Releases* (/news-releases/press-releases)
**DHS Arrests More Worst of Worst Including Gang Members, Rapists, Burglars, and Perpetrators of Fraud in Minnesota Yesterday** (/news/2026/01/21/dhs-arrests-more-worst-worst-including-gang-members-rapists-burglars-and)

DHS highlighted more worst of the worst criminal illegal aliens arrested in the sanctuary state of Minnesota yesterday during Operation Metro Surge, including gang members, rapists, burglars, and perpetrators of fraud.

Last Updated: January 21, 2026 | *Press Releases* (/news-releases/press-releases)
**WOW.DHS.GOV: ICE Arrests Worst of Worst Criminal Illegal Aliens Including Pedophiles, Violent Assailants and Drug Traffickers** (/news/2026/01/21/wowdhsgov-ice-arrests-worst-worst-criminal-illegal-aliens-including-pedophiles)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country including those convicted of sexual exploitation of a child, aggravated assault with a deadly weapon, and drug trafficking.

Last Updated: January 21, 2026 | *Press Releases* (/news-releases/press-releases)
**ICE Launches "Operation Catch of the Day" Targeting the Worst of Worst Criminal Illegal Aliens Across Maine** (/news/2026/01/21/ice-launches-operation-catch-day-targeting-worst-worst-criminal-illegal-aliens)

ICE announced the launch of "Operation Catch of the Day," an immigration enforcement effort across the state of Maine targeting the worst of the worst criminal illegal aliens who have terrorized communities.

Last Updated: January 21, 2026 | *Press Releases* (/news-releases/press-releases)
**DHS Unveils Redesigned Website Following Record-Breaking 2025** (/news/2026/01/21/dhs-unveils-redesigned-website-following-record-breaking-2025)

Coming off a year of historic achievements in 2025, during which the DHS website broke records for site visits and pageviews from the previous year, DHS unveiled a new website that that will showcase several new features and make it easier for the American public to access information about the department.

Last Updated: January 20, 2026 | *Press Releases* (/news-releases/press-releases)
**DHS Recaps the Worst of the Worst Criminal Illegal Aliens ICE took Enforcement Action on During President Trump's First Year in Office** (/news/2026/01/20/dhs-recaps-worst-worst-criminal-illegal-aliens-ice-took-enforcement-action-during)

DHS released a statement highlighting some of the worst of the worst criminal illegal aliens ICE took enforcement action on unde President Donald J. Trump and Secretary Kristi Noem since January 20, 2025.

Back to Top

Last Updated: January 20, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Worst of Worst Criminal Illegal Alien Pedophiles, Domestic Abusers, and Drug Traffickers** (/news/2026/01/20/ice-arrests-worst-worst-criminal-illegal-alien-pedophiles-domestic-abusers-and-drug)

DHS announced ICE arrested more worst of the worst criminal illegal aliens from across the country convicted of heinous crimes including indecent liberties with a child, domestic violence, and distribution of cocaine.

Last Updated: January 20, 2026 | *Press Releases (/news-releases/press-releases)*
**DHS Highlights More Worst of the Worst Arrested Including Pedophiles, Violent Assailants, and Domestic Abusers in Minnesota Yesterday** (/news/2026/01/20/dhs-highlights-more-worst-worst-arrested-including-pedophiles-violent-assailants)

DHS highlights more worst of the worst criminal illegal aliens arrested in Minnesota on January 19th during Operation Metro Surge, including those convicted of child molestation, rape, assault, making terroristic threats, and domestic violence.

Last Updated: January 20, 2026 | *Press Releases (/news-releases/press-releases)*
**MAKING AMERICA SAFE: DHS Arrested 7,000 Gang Members from American Streets in First Year of Trump Administration** (/news/2026/01/20/making-america-safe-dhs-arrested-7000-gang-members-american-streets-first-year)

DHS announced that ICE arrested 7,000 gang members during President Trump's first year of his second term. Secretary Noem is delivering on President Trump's mandate to make America safe again and carry out mass deportations.

Last Updated: January 19, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Continues to Remove the Worst of the Worst from Minneapolis Streets as DHS Law Enforcement Marks 3,000 Arrests During Operation Metro Surge** (/news/2026/01/19/ice-continues-remove-worst-worst-minneapolis-streets-dhs-law-enforcement-marks-3000)

DHS released a statement and information regarding ICE arrests of dangerous criminal illegal aliens in Minneapolis, Minnesota over the weekend including murderers, rapists, gang members, and perpetrators of fraud.

Last Updated: January 19, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Murderers, Pedophiles, Rapists, and Gang Members Over the Weekend** (/news/2026/01/19/ice-arrests-murderers-pedophiles-rapists-and-gang-members-over-weekend)

DHS announced U.S. Immigration and Customs Enforcement (ICE) arrested murderers, pedophiles, rapists, and gang members over the weekend.

Last Updated: January 19, 2026 | *Press Releases (/news-releases/press-releases)*
**DHS Calls on Governor Walz and Mayor Frey to Honor ICE Arrest Detainers of More than 1,360 Criminal Illegal Aliens in the State's Custody** (/news/2026/01/19/dhs-calls-governor-walz-and-mayor-frey-honor-ice-arrest-detainers-more-1360)

DHS is calling on Governor Tim Walz and Mayor Jacob Frey to put the safety of Minnesotans first and honor ICE arrest detainers of the more than 1,360 including violent criminals in the custody across all jurisdictions in Minnesota.

Last Updated: January 16, 2026 | *Press Releases (/news-releases/press-releases)*
**DHS Highlights Worst of the Worst Criminal Illegal Aliens Arrested by ICE St. Paul Yesterday Including Murderers, Drug Traffickers, and an Illegal Alien with TWENTY-FOUR Convictions** (/news/2026/01/16/dhs-highlights-worst-worst-criminal-illegal-aliens-arrested-ice-st-paul-yesterday)

DHS highlighted the success of Operation Metro Surge with the arrests of worst of the worst criminal illegal aliens from Minnesota neighborhoods including murderers, violent assailants, and one criminal illegal alien with TWENTY-FOUR convictions.

Last Updated: January 16, 2026 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Worst of Worst Criminal Illegal Aliens Including Pedophiles, Sexual Deviants, and Violent Assailants** (/news/2026/01/16/ice-arrests-worst-worst-criminal-illegal-aliens-including-pedophiles-sexual)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country including those convicted of continuous sexual abuse of a child, second-degree sexual exploitation of a minor, and aggravated assault.

Last Updated: January 15, 2026 | *Press Releases (/news-releases/press-releases)*
**DHS Highlights Worst of the Worst Criminal Illegal Aliens Arrested in Minnesota Including Perpetrators of Fraud, Thieves, and Drug Traffickers** (/news/2026/01/15/dhs-highlights-worst-worst-criminal-illegal-aliens-arrested-minnesota-including)

DHS highlights the success of Operation Metro Surge in Minnesota with the arrests of worst of the worst criminal illegal aliens from Minnesota neighborhoods including perpetrators of fraud, thieves, and drug traffickers.

Back to Top

Last Updated: January 15, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of the Worst Criminal Illegal Aliens Including Child Rapists, Murderers, and Violent Domestic Abusers** (/news/2026/01/15/ice-arrests-worst-worst-criminal-illegal-aliens-including-child-rapists-murderers)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country, including those convicted of child rape, murder, and battery by strangulation.

Last Updated: January 14, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Highlights Worst of the Worst Criminal Illegal Aliens Arrested Yesterday in Minneapolis Including Sexual Predators, Violent Assailants, Domestic Abusers, and Drug Traffickers** (/news/2026/01/14/dhs-highlights-worst-worst-criminal-illegal-aliens-arrested-yesterday-minneapolis)

DHS highlighted the success of Operation Metro Surge in arresting the worst of the worst criminal illegal aliens from Minnesota neighborhoods including violent assailants, domestic abusers, and drug traffickers.

Last Updated: January 14, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of the Worst Criminal Illegal Aliens Including Child Rapists, Murderers, and Arsonists** (/news/2026/01/14/ice-arrests-worst-worst-criminal-illegal-aliens-including-child-rapists-murderers)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country, including those convicted of first-degree rape of a child, homicide, and arson.

Last Updated: January 14, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Lodges Arrest Detainer for Criminal Illegal Wanted for Double Homicide of Two Teenagers in Charlotte, North Carolina** (/news/2026/01/14/ice-lodges-arrest-detainer-criminal-illegal-wanted-double-homicide-two-teenagers)

ICE lodged an arrest detainer for Aristides Eli Orellana-Ramirez, a criminal illegal alien from El Salvador charged for murdering two teenagers.

Last Updated: January 13, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of Worst Criminal Illegal Aliens Including a Child Pornographer** (/news/2026/01/13/ice-arrests-worst-worst-criminal-illegal-aliens-including-child-pornographer)

U.S. Immigration and Customs Enforcement (ICE) announced the arrest of more worst of the worst criminal illegal aliens from across the country, including those convicted of **child pornography production and possession, aggravated assault, burglary and false imprisonment**.

Last Updated: January 13, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Highlights Worst of the Worst Criminal Illegal Aliens Arrested Yesterday by ICE St. Paul Including Rapists, Armed Robbers, and Drug Traffickers** (/news/2026/01/13/dhs-highlights-worst-worst-criminal-illegal-aliens-arrested-yesterday-ice-st-paul)

The U.S. Department of Homeland Security (DHS) highlighted the success of Operation Metro Surge in arresting the **worst of the worst criminal illegal aliens** from Minnesota neighborhoods, despite a lack of cooperation from sanctuary jurisdictions and violence from anti-ICE agitators.

Last Updated: January 13, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Calls on Governor Walz and Mayor Frey to Honor ICE Arrest Detainers of More than 1,360 Criminal Illegal Aliens in the State's Custody** (/news/2026/01/13/dhs-calls-governor-walz-and-mayor-frey-honor-ice-arrest-detainers-more-1360)

The U.S. Department of Homeland Security (DHS) today is calling on Governor Tim Walz and Mayor Jacob Frey to put the safety of Minnesotans first and honor U.S. Immigration and Customs Enforcement (ICE) arrest detainers of the more than 1,360 including **violent criminals** in the state's custody.

Last Updated: January 12, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Removed Heinous Criminals from Minnesota Streets Over the Weekend Including Child Abusers, Drug Traffickers, Domestic Violence Perpetrators, and Armed Assailants** (/news/2026/01/12/ice-removed-heinous-criminals-minnesota-streets-over-weekend-including-child)

The U.S. Department of Homeland Security released the following criminal histories belonging to criminal illegal aliens U.S. Immigration and Customs Enforcement (ICE) agents removed from Minnesota over the weekend during Operation Metro Surge in Minneapolis.

Last Updated: January 12, 2026 | *Press Releases (/news-releases/press-releases)*

**New Year, New Dirtbags: DHS Adds 5,000 MORE Criminal Illegal Aliens to WOW.DHS.GOV, Delivering Even More Transparency** (/news/2026/01/12/new-year-new-dirtbags-dhs-adds-5000-more-criminal-illegal-aliens-wowdhsgov)

DHS announced another 5,000 criminal illegal aliens have been added to the "Worst of the Worst" website.

Back to Top

Last Updated: January 12, 2026 | *Press Releases (/news-releases/press-releases)*

**As Americans Enjoyed Their Weekend, ICE Law Enforcement Risked Their Lives to Arrest the Worst of Worst Criminal Illegal Alien Murderers, Rap[illegible] and Gang Members** (/news/2026/01/12/americans-enjoyed-their-weekend-ice-law-enforcement-risked-their-lives-arrest-worst)

Over the weekend, U.S. Immigration and Customs Enforcement (ICE) arrested more worst of the worst criminal illegal aliens across the country convicted of horrific crimes including **murder**, **indecent liberties with a child,** and **voluntary manslaughter.**

Last Updated: January 9, 2026 | *Press Releases (/news-releases/press-releases)*

**On Law Enforcement Appreciation Day, DHS Thanks Our Federal Officers Who Put Their Lives on the Line to Arrest the Worst of Worst Criminal Illegal Aliens Including Pedophiles, Murderers, and Weapon Traffickers** (/news/2026/01/09/law-enforcement-appreciation-day-dhs-thanks-our-federal-officers-who-put-their)

Today, the U.S. Department of Homeland Security (DHS) gives thanks to all of our officers on **Law Enforcement Appreciation Day**. Despite our officers facing a more than 1,300% increase in assaults, 3,200% increase in vehicular attacks, and an 8,000% increase in death threats against them, they continue to risk their lives to arrest the worst of the worst criminal illegal aliens from across the country including those convicted of **lewd or lascivious acts with child under 14, murder, and aggravated assault with a deadly weapon.**

Last Updated: January 9, 2026 | *Press Releases (/news-releases/press-releases)*

**Secretary Noem Announces Success in Operation Salvo in New York City Following Shooting of CBP Officer** (/news/2026/01/09/secretary-noem-announces-success-operation-salvo-new-york-city-following-shooting)

The United States Secretary of Homeland Security Kristi Noem on Wednesday announced an update on Operation Salvo, an immigration enforcement operation launched in response to the shooting of an off-duty Customs and Border Protection (CBP) officer by two criminal illegal alien gang members.

Last Updated: January 8, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Highlights Worst of Worst Criminal Illegal Aliens Including Rapists, Pedophiles, and Drug Traffickers Arrested Yesterday in Minneapolis by ICE St. Paul** (/news/2026/01/08/dhs-highlights-worst-worst-criminal-illegal-aliens-including-rapists-pedophiles-and)

U.S. Immigration and Customs Enforcement (ICE) announced arrests in Minneapolis, Minnesota yesterday. Across the city, ICE officers and agents arrested criminal illegal aliens including rapists, pedophiles, and drug traffickers**.**

Last Updated: January 8, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of Worst Criminal Illegal Aliens Including Pedophiles, Rapists, and Murderers** (/news/2026/01/08/ice-arrests-worst-worst-criminal-illegal-aliens-including-pedophiles-rapists-and)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country, including those convicted of sexual assault of a child, rape, and aggravated manslaughter.

Last Updated: January 8, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Touts Success of Operation Buckeye in Arresting More Than 280 Illegal Aliens Including Those Convicted of Assault, Criminal Firearm Possession, and Drug Trafficking** (/news/2026/01/08/dhs-touts-success-operation-buckeye-arresting-more-280-illegal-aliens-including)

DHS highlighted the success of Operation Buckeye, a targeted enforcement operation conducted throughout the state of Ohio during December 16-21, 2025.

Last Updated: January 7, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of Worst Criminal Illegal Aliens Including Pedophiles, Violent Assailants, and Human Traffickers** (/news/2026/01/07/ice-arrests-worst-worst-criminal-illegal-aliens-including-pedophiles-violent)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country including those convicted of sexual assault of a child, assault, and human trafficking.

Last Updated: January 6, 2026 | *Press Releases (/news-releases/press-releases)*

**DHS Secretary Kristi Noem Hits the Streets with ICE Agents on Major Minneapolis Enforcement Operation to Arrest Criminal Illegal Alien Murderer and Sexual Predator Released Into the Country by the Biden Administration** (/news/2026/01/06/dhs-secretary-kristi-noem-hits-streets-ice-agents-major-minneapolis-enforcement)

DHS Secretary Kristi Noem participated in an immigration enforcement operation with ICE officers that resulted in the arrest of Tomas Espin Tapia, a fugitive wanted for murder in Ecuador and sexual predator.

Last Updated: January 6, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of Worst Criminal Illegal Aliens Including Monster with 13 Convictions for Indecency with a Child** (/news/2026/01/06/ice-arrests-worst-worst-criminal-illegal-aliens-including-monster-13-convictions)

ICE entered 2026 with the hiring of more than 12,000 officers to jumpstart efforts to remove the worst of the worst criminal illegal

Back to Top

Last Updated: January 5, 2026 | *Press Releases (/news-releases/press-releases)*

**New Year, Same Mission: ICE Arrests More Worst of Worst Criminal Illegal Aliens Including Murderers, Gang Members, and Rapists** (/news/2026/01/05/new-year-same-mission-ice-arrests-more-worst-worst-criminal-illegal-aliens)

ICE launched into the new year with more arrests of the worst of the worst criminal illegal aliens from around the country including those convicted of homicide, aggravated stalking, kidnapping, and rape.

Last Updated: January 5, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests 118 Illegal Aliens Including Pedophiles, Burglars, Domestic Abusers, and Serial Drunk Drivers in California Surge Operation** (/news/2026/01/05/ice-arrests-118-illegal-aliens-including-pedophiles-burglars-domestic-abusers-and)

ICE Los Angeles arrested 118 illegal aliens in California's San Luis Obispo and Santa Barbara Counties during a six-day surge operation between December 26 and December 31.

Last Updated: January 2, 2026 | *Press Releases (/news-releases/press-releases)*

**ICE Rings in 2026 With More Arrests of Worst of Worst Criminal Illegal Aliens Including Pedophiles, Murderers, and Fraudsters** (/news/2026/01/02/ice-rings-2026-more-arrests-worst-worst-criminal-illegal-aliens-including)

ICE begins the new year with continued progress in removing the worst of the worst criminal illegal aliens from American communities.

Last Updated: December 30, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Ends 2025 With More Arrests of Worst of Worst Criminal Illegal Aliens Including Child Rapists, Violent Abusers, and Drug Traffickers** (/news/2025/12/30/ice-ends-2025-more-arrests-worst-worst-criminal-illegal-aliens-including-child)

As Americans prepare to celebrate the new year, they can be thankful for ICE officers arresting and removing criminals out of their neighborhoods.

Last Updated: December 29, 2025 | *Press Releases (/news-releases/press-releases)*

**Americans Ring in 2026 with Safer Communities Delivered by ICE Arresting Worst of Worst Child Sexual Predators, Murderers, and Drug Traffickers** (/news/2025/12/29/americans-ring-2026-safer-communities-delivered-ice-arresting-worst-worst-child)

While Americans celebrated the Christmas season and now prepare for the new year, ICE continued arresting the worst of the worst criminal illegal aliens across the country.

Last Updated: December 27, 2025 | *Press Releases (/news-releases/press-releases)*

**A Christmas Gift for Every American: Worst of Worst Criminal Illegal Alien Murderers, Drug Traffickers, and Gang Members Arrested** (/news/2025/12/27/christmas-gift-every-american-worst-worst-criminal-illegal-alien-murderers-drug)

While Americans enjoyed Christmas celebrations, ICE continued arresting the worst of the worst criminal illegal aliens across the country including those convicted of homicide, drug trafficking, and robbery.

Last Updated: December 24, 2025 | *Press Releases (/news-releases/press-releases)*

**Making America Safe Again: DHS Arrests 17,500 Criminal Illegal Aliens with Laken Riley Act Crimes** (/news/2025/12/24/making-america-safe-again-dhs-arrests-17500-criminal-illegal-aliens-laken-riley-act)

DHS announced that under the leadership of President Trump and Secretary Noem, more than 17,500 criminal illegal aliens were arrested and detained with Laken Riley Act crimes.

Last Updated: December 23, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS Unveils 2025 Worst of the Worst Criminal Illegal Aliens Arrested by DHS Law Enforcement** (/news/2025/12/23/dhs-unveils-2025-worst-worst-criminal-illegal-aliens-arrested-dhs-law-enforcement)

DHS highlighted some of the worst of the worst criminals arrested by our brave DHS law enforcement this year.

Last Updated: December 23, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests More Worst of Worst Criminal Illegal Aliens During Christmas Week Including Sexual Abusers, Violent Assailants, and Human Traffickers** (/news/2025/12/23/ice-arrests-more-worst-worst-criminal-illegal-aliens-during-christmas-week)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country, including those convicted of felony sexual battery, assault, and alien smuggling.

Last Updated: December 22, 2025 | *Press Releases (/news-releases/press-releases)*

**While Americans Enjoy Christmas Celebrations and Last-Minute Holiday Preparations, ICE Law Enforcement Was Hard at Work Arresting the Including Gang Members, Pedophiles, and Attempted Murderers** (/news/2025/12/22/while-americans-enjoy-christmas-celebrations-and-last-minute-holiday-preparation

Back to Top

ICE continues to deliver on its promise this Christmas season to make America safe again and remove the worst of the worst criminal illegal aliens from our communities.

Last Updated: December 20, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Lodges Detainer for Criminal Illegal Alien Charged with Strangling Cab Driver to Death in New York** (/news/2025/12/20/ice-lodges-detainer-criminal-illegal-alien-charged-strangling-cab-driver-death-new)

DHS announced ICE lodged an arrest detainer for Santos Paulino Vasquez-Ramirez, a criminal illegal alien from Guatemala charged for **homicide and robbery** after he strangled a taxicab driver to death in Brewster, New York over a dispute over a fare on December 1, 2025.

Last Updated: December 19, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE's Christmas Gift to Americans: The Arrests of Worst of Worst Criminal Illegal Aliens Including Members of a Theft Gang, Bank Robbers, and Kidnappers** (/news/2025/12/19/ices-christmas-gift-americans-arrests-worst-worst-criminal-illegal-aliens-including)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country convicted for vicious crimes including burglary, bank robbery, and aggravated kidnapping.

Last Updated: December 19, 2025 | *Press Releases (/news-releases/press-releases)*

**Under President Trump and Secretary Noem, the Department of Homeland Security Has Historic Year** (/news/2025/12/19/under-president-trump-and-secretary-noem-department-homeland-security-has-historic)

Under Secretary Noem's leadership, DHS has delivered on President Trump's mandate to crack down on illegal immigration, thwart the flow of deadly drugs into our communities, revitalize the U.S. Coast Guard, and pave the way for a golden age of travel.

Last Updated: December 18, 2025 | *Press Releases (/news-releases/press-releases)*

**This Christmas, These Worst of Worst Murderers, Pedophiles, and Violent Assailant Criminal Illegal Aliens Are Off American Streets** (/news/2025/12/18/christmas-these-worst-worst-murderers-pedophiles-and-violent-assailant-criminal)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country, including those convicted of murder, rape of a child, and assault.

Last Updated: December 18, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS OFFERS EVEN GREATER TRANSPARENCY: Adds Another 5,000 Criminal Illegal Aliens to WOW.DHS.GOV** (/news/2025/12/18/dhs-offers-even-greater-transparency-adds-another-5000-criminal-illegal-aliens)

DHS announced a major update to its new critically-acclaimed "**Worst of the Worst**" website, adding another 5,000 criminal illegal aliens to the growing list of 15,000 and counting criminal illegal aliens found on WOW.dhs.gov.

Last Updated: December 18, 2025 | *Press Releases (/news-releases/press-releases)*

**New Orleans: Operation Catahoula Crunch Nabs Criminal Illegal Alien Drug Dealers, Hit-and-Run Criminals, and Domestic Abusers** (/news/2025/12/18/new-orleans-operation-catahoula-crunch-nabs-criminal-illegal-alien-drug-dealers-hit)

DHS continues to arrest the worst of the worst criminal illegal aliens across the New Orleans, Louisiana area during Operation Catahoula Crunch.

Last Updated: December 17, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of Worst Criminal Illegal Aliens Including Pedophiles, Rapists and Violent Assailants** (/news/2025/12/17/ice-arrests-worst-worst-criminal-illegal-aliens-including-pedophiles-rapists-and)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country, including those convicted of **aggravated sexual assault of a child, forcible rape, strangulation, and endangering the welfare of a child.**

Last Updated: December 17, 2025 | *Press Releases (/news-releases/press-releases)*

**Illegal Alien Who Couldn't Speak English Causes Deadly Multi-Vehicle Pile Up in Tennessee under Biden-Era Work Authorization** (/news/2025/12/17/illegal-alien-who-couldnt-speak-english-causes-deadly-multi-vehicle-pile-tennessee)

DHS and the Department of Transportation (USDOT) announced that an American was tragically killed due to a Chinese national with a commercial driver's license (CDL) who failed the English proficiency test after the crash.

Last Updated: December 16, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of Worst Criminal Illegal Aliens Including Pedophiles, Kidnappers, and Drug Traffickers** (/news/2025/12/16/ice-arrests-worst-worst-cri Back to Top including-pedophiles-kidnappers-and)

While Americans are enjoying their holiday preparations, ICE law enforcement officers are hard at work arresting more worst of the worst criminal illegal aliens from across the country, including those convicted of unlawful sexual intercourse with a minor, kidnapping, and importation of fentanyl.

Last Updated: December 15, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Worst of Worst Murderers, Pedophiles, and Drug Traffickers Over the Weekend** (/news/2025/12/15/ice-arrests-worst-worst-murderers-pedophiles-and-drug-traffickers-over-weekend)

While Americans were enjoying their weekends and many families across the country were celebrating the first night of Hanukkah and attending Christmas parties, ICE officers were hard at work arresting the worst of the worst criminal illegal aliens.

Last Updated: December 15, 2025 | *Press Releases (/news-releases/press-releases)*
**Criminal Illegal Alien from Mexico Sentenced to 20 Years in Prison for Violently Assaulting ICE Officer in Kansas** (/news/2025/12/15/criminal-illegal-alien-mexico-sentenced-20-years-prison-violently-assaulting-ice)

DHS announced Diego Barron-Esquivel, a criminal illegal alien from Mexico, was sentenced to 20 years in federal prison for violently assaulting and strangling an ICE officer in February in Wichita, Kansas.

Last Updated: December 12, 2025 | *Press Releases (/news-releases/press-releases)*
**Criminal Illegal Alien Viciously Bites ICE Officer While Resisting Arrest in Louisiana** (/news/2025/12/12/criminal-illegal-alien-viciously-bites-ice-officer-while-resisting-arrest-louisiana)

DHS condemned a gross attack on an ICE officer in Tullos, Louisiana, after Maximiliano Perez-Perez, a criminal illegal alien, savagely bit the officer's hand while resisting arrest.

Last Updated: December 12, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests the Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Rapists, and Violent Thugs in Tim Walz's Sanctuary Minnesota** (/news/2025/12/12/ice-arrests-worst-worst-criminal-illegal-aliens-including-pedophiles-rapists-and)

During Operation Metro Surge in Minnesota, ICE has arrested more than 400 illegal aliens including pedophiles, rapists, and violent thugs.

Last Updated: December 12, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Worst of Worst Criminal Illegal Aliens Including Pedophiles, Sex Abusers, and Murderers** (/news/2025/12/12/ice-arrests-worst-worst-criminal-illegal-aliens-including-pedophiles-sex-abusers)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country including those convicted of felony second-degree sexual exploitation of a child, sexual assault of a disabled victim, and manslaughter.

Last Updated: December 11, 2025 | *Press Releases (/news-releases/press-releases)*
**In Nebraska, DHS Arrests MS-13 Leader "Fantasma" Wanted in Quadruple Homicide** (/news/2025/12/11/nebraska-dhs-arrests-ms-13-leader-fantasma-wanted-quadruple-homicide)

DHS released information regarding the arrest of a La Mara Salvatrucha (MS-13) terrorist organization member known as "Fantasma."

Last Updated: December 11, 2025 | *Press Releases (/news-releases/press-releases)*
**Catahoula Crunch Continues Cracking Down on Criminal Illegal Aliens in New Orleans** (/news/2025/12/11/catahoula-crunch-continues-cracking-down-criminal-illegal-aliens-new-orleans)

DHS continues its pursuit to remove the worst of the worst offenders in the New Orleans area, arresting more than 250 criminal illegal aliens since the launch of Operation Catahoula Crunch on December 3, 2025.

Last Updated: December 11, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Nabs Illegal Alien with 14 Convictions in Sanctuary California as Law Enforcement Targets the Worst of the Worst** (/news/2025/12/11/ice-nabs-illegal-alien-14-convictions-sanctuary-california-law-enforcement-targets)

ICE announces the arrest of more worst of the worst criminal illegal aliens from across the country including those convicted of cruelty towards a child, molestation of a minor, assault with a deadly weapon, and a criminal with more than 14 convictions in sanctuary California.

Last Updated: December 11, 2025 | *Press Releases (/news-releases/press-releases)*
**More Than 10,000 Illegal Aliens Arrested in Sanctuary Los Angeles Since DHS Launched Operations in June** (/news/2025/12/11/more-10000-illegal-aliens-arrested-sanctuary-los-angeles-dhs-launched-operations)

DHS announced CBP and ICE have made more than 10,000 arrests of illegal aliens—including murderers, kidnappers, sexual predators, and armed carjackers—in Los Angeles, California since June 2025.

Back to Top

Last Updated: December 10, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of Worst Criminal Illegal Aliens Including Pedophiles, Violent Assailants, and Drug Traffickers** (/news/2025/12/10/ice-arrests-worst-worst-criminal-illegal-aliens-including-pedophiles-violent)

ICE announces the arrest of more worst of the worst criminal illegal aliens from across the country including pedophiles, violent assailants, and drug traffickers.

Last Updated: December 9, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Armed Robbers, and Drug Traffickers** (/news/2025/12/09/ice-arrests-worst-worst-criminal-illegal-aliens-including-pedophiles-armed-robbers)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country including pedophiles, armed robbers, and drug traffickers.

Last Updated: December 8, 2025 | *Press Releases (/news-releases/press-releases)*

**While Americans Were Enjoying Their Weekends, ICE Law Enforcement Was Hard at Work Arresting Gang Members, Pedophiles, and Drug Traffickers** (/news/2025/12/08/while-americans-were-enjoying-their-weekends-ice-law-enforcement-was-hard-work)

While Americans were enjoying their weekend, ICE officers were hard at work arresting the worst of the worst criminal illegal aliens from across the country including gang members, pedophiles, and drug traffickers.

Last Updated: December 8, 2025 | *Press Releases (/news-releases/press-releases)*

**Making New Orleans Safe Again: Operation Catahoula Crunch Arrests Even More Criminal Illegal Alien Rapists, Thieves, Gang Members, Human Smugglers, and Abusers** (/news/2025/12/08/making-new-orleans-safe-again-operation-catahoula-crunch-arrests-even-more-criminal)

Operation Catahoula Crunch, conducted by DHS, continues to apprehend criminal illegal aliens in New Orleans.

Last Updated: December 8, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS Unveils WOW.DHS.GOV: New Searchable Website Lets You Find Criminal Illegal Aliens Removed From Your Community** (/news/2025/12/08/dhs-unveils-wowdhsgov-new-searchable-website-lets-you-find-criminal-illegal-aliens)

DHS announced the launch of a new webpage, **"Worst of the Worst"** (wow.dhs.gov), which aggregates information on criminal illegal aliens arrested by DHS during enforcement operations since the start of the Trump Administration.

Last Updated: December 8, 2025 | *Press Releases (/news-releases/press-releases)*

**Governor Pritzker's Sanctuary Illinois Released More than 1,700 Criminal Illegal Aliens Including Murderers, Pedophiles, and Kidnappers** (/news/2025/12/08/governor-pritzkers-sanctuary-illinois-released-more-1700-criminal-illegal-aliens)

ICE Director Todd Lyons sent a letter to Illinois Attorney General Kwame Raoul calling on him to put the safety of Americans first and honor ICE arrest detainers of the more than 4,000 criminal illegal aliens in the state's custody.

Last Updated: December 5, 2025 | *Press Releases (/news-releases/press-releases)*

**Following Tour of the North Lake Processing Facility, Rep. Tlaib Smears ICE Law Enforcement and Claims Criminal Illegal Aliens "Don't Deserve to be Separated from Their Loved Ones"** (/news/2025/12/05/following-tour-north-lake-processing-facility-rep-tlaib-smears-ice-law-enforcement)

Rep. Rashida Tlaib, D-Mich., toured the ICE North Lake Processing Facility in Baldwin, Michigan, which detains some of the worst of the worst criminal illegal aliens.

Last Updated: December 5, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Continues Arresting Worst of the Worst in Sanctuary Minneapolis Including Pedophiles, Gang Members, and Drug Traffickers** (/news/2025/12/05/ice-continues-arresting-worst-worst-sanctuary-minneapolis-including-pedophiles-gang)

ICE announced the arrest of some of the worst of the worst criminal illegal aliens in sanctuary Minneapolis during Operation Metro Surge including pedophiles, gang members, and drug traffickers.

Last Updated: December 5, 2025 | *Press Releases (/news-releases/press-releases)*

**Despite Media's Claims, ICE Continues to Arrest the Worst of Worst Criminal Illegal Aliens Including Murderers, Arsonists, and Child Sexual Predators** (/news/2025/12/05/despite-medias-claims-ice-continues-arrest-worst-worst-criminal-illegal-aliens)

ICE announced the arrest of more worst of the worst criminal illegal aliens including those convicted of heinous crimes such as murder, arson, and sex crimes against children.

Back to Top

Last Updated: December 4, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of Worst Criminal Illegal Aliens Including Man Who Performed Dental Procedures Without a License and Sexually Assaulted Patient** (/news/2025/12/04/ice-arrests-worst-worst-criminal-illegal-aliens-including-man-who-performed-dental)

ICE announced the arrest of more worst of the worst criminal illegal aliens, including Jose Alfredo Uzeta, a criminal illegal alien from Mexico, convicted for dentistry act violation and indecent assault.

Last Updated: December 4, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of the Worst Criminal Illegal Aliens During Operation Metro Surge in Minneapolis Including Pedophiles, Domestic Abusers, and Gang Members** (/news/2025/12/04/ice-arrests-worst-worst-criminal-illegal-aliens-during-operation-metro-surge)

ICE announced they have arrested some of the worst of the worst criminal illegal aliens, including child sex offenders, domestic abusers, and violent gang members, during Operation Metro Surge in Minnesota.

Last Updated: December 4, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Criminal Illegal Aliens from Afghanistan Released Into Our Country by the Biden Administration** (/news/2025/12/04/ice-arrests-criminal-illegal-aliens-afghanistan-released-our-country-biden)

ICE highlighted the arrests of some of the worst of the worst criminal aliens released into the country unvetted by the Biden administration.

Last Updated: December 4, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS's New Orleans Operation Catahoula Crunch Results in Arrests of Criminal Illegal Aliens Terrorizing Americans** (/news/2025/12/04/dhss-new-orleans-operation-catahoula-crunch-results-arrests-criminal-illegal-aliens)

The Department of Homeland Security began Operation Catahoula Crunch in New Orleans, targeting criminal illegal aliens to get them out of American communities.

Last Updated: December 3, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of Worst Criminal Illegal Aliens Including Illegal Alien in Miami Who Ran a Sex-Trafficking Ring of Minor Girls and Young Women** (/news/2025/12/03/ice-arrests-worst-worst-criminal-illegal-aliens-including-illegal-alien-miami-who)

ICE announced they have arrested more worst of the worst criminal illegal aliens from across the country including **a** criminal illegal alien from Mexico who participated in a sex trafficking ring in Miami, Florida.

Last Updated: December 3, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS Launches Operation Catahoula Crunch in New Orleans Targeting Criminal Illegal Aliens Released From Jail and Back into American Communities** (/news/2025/12/03/dhs-launches-operation-catahoula-crunch-new-orleans-targeting-criminal-illegal)

DHS launched a federal law enforcement operation with Operation Catahoula Crunch in New Orleans, Louisiana, targeting criminal illegal aliens roaming free thanks to sanctuary policies that force local authorities to ignore ICE arrest detainers.

Last Updated: December 2, 2025 | *Press Releases (/news-releases/press-releases)*

**Four-Time Removed Criminal Illegal Alien Kills 11-Year-Old Boy in Hit-and-Run in Sanctuary California** (/news/2025/12/02/four-time-removed-criminal-illegal-alien-kills-11-year-old-boy-hit-and-run)

ICE announced they lodged an immigration detainer with the San Diego Sheriff's Office for Hector Balderas-Aheelor, a criminal illegal alien from Mexico, after his arrest for a felony hit-and-run that killed an 11-year-old boy on Thanksgiving morning.

Last Updated: December 2, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Law Enforcement Risk Their Lives to Arrest Worst of the Worst Criminal Illegal Alien Pedophiles, Sex Criminals, and Armed Robbers** (/news/2025/12/02/ice-law-enforcement-risk-their-lives-arrest-worst-worst-criminal-illegal-alien)

ICE announced the arrest of more worst of the worst criminal illegal aliens across the country, convicted of repulsive crimes including child rape, sexual assault by a relative, robbery with a firearm, and aggravated assault with a deadly weapon.

Last Updated: December 1, 2025 | *Press Releases (/news-releases/press-releases)*

**Over Thanksgiving Weekend, ICE Arrested Worst of the Worst Criminal Illegal Aliens Including Rapists, Pedophiles, and Murderers** (/news/2025/12/01/over-thanksgiving-weekend-ice-arrested-worst-worst-criminal-illegal-aliens)

While millions of Americans enjoyed their holiday weekend, ICE continued their around-the-clock mission arresting more worst of the worst criminal illegal aliens from across the country including rapists, pedophiles, and murderers.

Back to Top

Last Updated: December 1, 2025 | *Press Releases (/news-releases/press-releases)*

**Sanctuary New York Released Nearly 7,000 Criminal Illegal Aliens Including Murderers, Terrorists, and Sexual Predators** (/news/2025/12/01/sanctuary-new-york-released-nearly-7000-criminal-illegal-aliens-including-murderers)

ICE Director Todd Lyons sent a letter to New York Attorney General Letitia James calling on her to put the safety of Americans first and honor ICE arrest detainers of the more than 7,000 criminal illegal aliens in the state's custody.

Last Updated: November 28, 2025 | *Press Releases (/news-releases/press-releases)*

**As American Families Gathered for Thanksgiving, ICE Law Enforcement Officers Were Working, Arresting Criminal Illegal Aliens Including Murderers, Pedophiles, and Rapists** (/news/2025/11/28/american-families-gathered-thanksgiving-ice-law-enforcement-officers-were-working)

While millions of Americans gathered for Thanksgiving, ICE law enforcement officers were hard at work arresting the worst of the worst criminal illegal aliens from across the country.

Last Updated: November 27, 2025 | *Press Releases (/news-releases/press-releases)*

**Americans Living in Sanctuary States Are Thankful for Our Law Enforcement for Making Their Neighborhoods Safe Again** (/news/2025/11/27/americans-living-sanctuary-states-are-thankful-our-law-enforcement-making-their)

As millions of Americans gather with family and friends this Thanksgiving, they can be thankful for our brave ICE law enforcement for removing the worst of the worst criminal illegal aliens.

Last Updated: November 26, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Issues Detainer on Criminal Alien Pedophile Who Sexually Assaulted a 10-Year-Old Girl at her Elementary School in Arizona** (/news/2025/11/26/ice-issues-detainer-criminal-alien-pedophile-who-sexually-assaulted-10-year-old)

ICE announced they have lodged a detainer with the Maricopa County Jail for Abel Kai Gblah, a criminal alien from Liberia and registered sex offender who sexually assaulted a 10-year-old student at an Arizona elementary school.

Last Updated: November 25, 2025 | *Press Releases (/news-releases/press-releases)*

**Democrats Meet With Criminal Illegal Alien Arrested for Kidnapping and Domestic Abuse** (/news/2025/11/25/democrats-meet-criminal-illegal-alien-arrested-kidnapping-and-domestic-abuse)

On November 24, 2025, House Democrats Rep. Juan Vargas, Rep. Mike Levin, Rep. Sara Jacobs, and Rep. Scott Peters visited the ICE San Diego Field Office and requested to speak with Dennis Mauricio Rojas-Molina, a previously removed criminal illegal alien from Honduras.

Last Updated: November 25, 2025 | *Press Releases (/news-releases/press-releases)*

**Despite Media and Democrats' Claiming ICE is Not Targeting the Worst of the Worst, ICE Arrested Pedophiles, Child Abusers, and Drug Traffickers** (/news/2025/11/25/despite-media-and-democrats-claiming-ice-not-targeting-worst-worst-ice-arrested)

DHS announced ICE arrested more worst of the worst criminal illegal aliens convicted of heinous crimes, including aggravated battery of a child and domestic battery, sexual abuse of a victim less than 13, taking indecent liberties with a child, and drug trafficking.

Last Updated: November 25, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Detroit Arrests Criminal Illegal Alien with History of Sex Crimes Working as College Professor** (/news/2025/11/25/ice-detroit-arrests-criminal-illegal-alien-history-sex-crimes-working-college)

ICE law enforcement officers arrested Sumith Gunasekera, a criminal illegal alien sex offender from Sri Lanka, in Detroit on November 12, 2025.

Last Updated: November 24, 2025 | *Press Releases (/news-releases/press-releases)*

**Despite the Media Peddling Falsehoods that DHS is Not Targeting the Worst of the Worst, ICE Arrested Pedophiles, Rapists, and Murderers Over the Weekend** (/news/2025/11/24/despite-media-peddling-falsehoods-dhs-not-targeting-worst-worst-ice-arrested)

DHS announced that ICE arrested more worst of the worst criminal illegal aliens from across the country this weekend.

Last Updated: November 24, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Lodges Detainer for Criminal Illegal Alien Who Threw Coffee on Baby, Mother, and Their Dog in Florida** (/news/2025/11/24/ice-lodges-detainer-criminal-illegal-alien-who-threw-coffee-baby-mother-and-their)

ICE lodged a detainer following the arrest of Nina Kristina Jaaskelainen, a criminal illegal alien from Finland, after she threw coffee on a baby, mother, and the family dog.

Back to Top

Last Updated: November 24, 2025 | *Press Releases (/news-releases/press-releases)*

**Sanctuary Politicians' Rhetoric Fuels More Than 1,150% Increase in Violence Against ICE Law Enforcement** (/news/2025/11/24/sanctuary-politicians-rheto increase-violence-against-ice-law)

DHS released new data showing a more than 1,150% increase in assaults and violence against U.S. ICE law enforcement officers as compared with the same period in 2024 under the Biden administration.

Last Updated: November 21, 2025 | *Press Releases* *(/news-releases/press-releases)*

**As Democrat Politicians Deny DHS is Targeting the Worst of the Worst, ICE Arrests Pedophiles, Drug Traffickers, and Other Violent Thugs** (/news/2025/11/21/democrat-politicians-deny-dhs-targeting-worst-worst-ice-arrests-pedophiles-drug)

DHS announced ICE arrested more worst of the worst criminal illegal aliens convicted of heinous crimes including aggravated sexual assault of a child, possession of obscene material of a minor, and conspiracy to distribute cocaine.

Last Updated: November 20, 2025 | *Press Releases* *(/news-releases/press-releases)*

**ICE Arrests Over 3,500 Criminal Illegal Aliens in Houston, including the Worst of the Worst Pedophiles, Gang Members, and Murderers** (/news/2025/11/20/ice-arrests-over-3500-criminal-illegal-aliens-houston-including-worst-worst)

DHS announced ICE arrested 3,593 criminal illegal aliens in Houston, Texas alone during the six weeks of the Democrats' shutdown, including pedophiles, gang members, and murderers.

Last Updated: November 20, 2025 | *Press Releases* *(/news-releases/press-releases)*

**ICE Arrests More Worst of the Worst Criminal Illegal Aliens Including Child Pornographers, Gang Members, and Murderers Across the Country** (/news/2025/11/20/ice-arrests-more-worst-worst-criminal-illegal-aliens-including-child-pornographers)

ICE announced more arrests of some of the worst of the worst criminal illegal aliens from across the country, including child pornographers, gang members, and murderers.

Last Updated: November 20, 2025 | *Press Releases* *(/news-releases/press-releases)*

**Homeland Security Task Force Operation Results in the Arrest of More than 150 Illegal Aliens at Tren de Aragua Nightclub in San Antonio** (/news/2025/11/20/homeland-security-task-force-operation-results-arrest-more-150-illegal-aliens-tren)

DHS announced the success of a massive operation in San Antonio, Texas, conducted by the Homeland Security Task Force, co-led by ICE HSI and the FBI.

Last Updated: November 20, 2025 | *Press Releases* *(/news-releases/press-releases)*

**ICE Deports MS-13 Terrorist Gang Leader Wanted for Murder in El Salvador** (/news/2025/11/20/ice-deports-ms-13-terrorist-gang-leader-wanted-murder-el-salvador)

ICE Boston deported a criminal illegal El Salvadoran MS-13 terrorist gang leader and wanted murderer from the United States on November 3 and turned him over to Salvadoran authorities.

Last Updated: November 19, 2025 | *Press Releases* *(/news-releases/press-releases)*

**DHS Continues to Catch the Worst of the Worst During Operation Charlotte's Web** (/news/2025/11/19/dhs-continues-catch-worst-worst-during-operation-charlottes-web)

In a major win for residents of the Charlotte, North Carolina area, DHS announced that it arrested over 250 illegal aliens from the area.

Last Updated: November 19, 2025 | *Press Releases* *(/news-releases/press-releases)*

**Making America Safe Again: ICE Arrests More Murderers, Pedophiles, Rapists, and Drug Traffickers** (/news/2025/11/19/making-america-safe-again-ice-arrests-more-murderers-pedophiles-rapists-and-drug)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country including those convicted of murder, child sex crimes, rape, and drug trafficking.

Last Updated: November 18, 2025 | *Press Releases* *(/news-releases/press-releases)*

**ICE Arrests Worst of the Worst Criminal Illegal Aliens Including Pedophiles and Murderers** (/news/2025/11/18/ice-arrests-worst-worst-criminal-illegal-aliens-including-pedophiles-and-murderers)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country convicted of heinous crimes including lewd acts with a child under 14, second degree manslaughter, and attempted murder.

Last Updated: November 18, 2025 | *Press Releases* *(/news-releases/press-releases)*

**ICE Lodges Arrest Detainer for Criminal Illegal Alien Charged with Molesting Multiple Young Girls at Long Island TJ Maxx** (/news/2025/11/18/ice-lodges-arrest-detainer-criminal-illegal-alien-charged-molesting-multiple-young)

DHS announced ICE lodged an arrest detainer for Jimmy Harry Velasquez Gomez, a twice deported criminal illegal alien from Hor Back to Top sex offender.

Last Updated: November 18, 2025 | *Press Releases* (/news-releases/press-releases)
**ICE and CBP Officers Face Unprecedented Surge in Vehicle Ramming Attacks** (/news/2025/11/18/ice-and-cbp-officers-face-unprecedented-surge-vehicle-ramming-attacks)

The men and women of ICE and CBP have been facing a surge in vehicle attacks, driven by hateful rhetoric from sanctuary politicians, leftist activists, and the mainstream media

Last Updated: November 17, 2025 | *Press Releases* (/news-releases/press-releases)
**Operation Charlotte's Web: DHS Arrests Worst of the Worst in Weekend Enforcement Operations** (/news/2025/11/17/operation-charlottes-web-dhs-arrests-worst-worst-weekend-enforcement-operations)

DHS released some of the worst of the worst criminal illegal aliens arrested this weekend during Operation Charlotte's Web.

Last Updated: November 17, 2025 | *Press Releases* (/news-releases/press-releases)
**While Americans Were Enjoying Their Weekend, ICE Law Enforcement Arrested Murderers, Pedophiles, and Rapists** (/news/2025/11/17/while-americans-were-enjoying-their-weekend-ice-law-enforcement-arrested-murderers)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country this weekend including murderers, pedophiles, and rapists.

Last Updated: November 17, 2025 | *Press Releases* (/news-releases/press-releases)
**ICE Lodges Arrest Detainer for Illegal Alien Who Attacked Innocent Woman in Plano, Texas with a Hammer** (/news/2025/11/17/ice-lodges-arrest-detainer-illegal-alien-who-attacked-innocent-woman-plano-texas)

ICE lodged an arrest detainer for Sergio Noe de Nova Duarte, an illegal alien from Mexico, who attacked an innocent woman jogging in Bob Woodruff Park in Plano with a hammer.

Last Updated: November 15, 2025 | *Press Releases* (/news-releases/press-releases)
**DHS Launches Operation Charlotte's Web to Target Criminal Illegal Aliens Terrorizing Americans in Charlotte, North Carolina** (/news/2025/11/15/dhs-launches-operation-charlottes-web-target-criminal-illegal-aliens-terrorizing)

DHS announced DHS law enforcement is surging resources for Operation Charlotte's Web in North Carolina.

Last Updated: November 14, 2025 | *Press Releases* (/news-releases/press-releases)
**ICE Law Enforcement Officers Arrest Worst of the Worst Child Predators and Sex Offenders** (/news/2025/11/14/ice-law-enforcement-officers-arrest-worst-worst-child-predators-and-sex-offenders)

DHS announced more worst of the worst criminal illegal aliens arrested by ICE including those convicted of sexual crimes against children, kidnapping, injury to a child, and sexual battery.

Last Updated: November 14, 2025 | *Press Releases* (/news-releases/press-releases)
**ICE Announces Removal of Violent Criminal Illegal Alien After Milwaukee Judge Arrested for Obstructing His Arrest Earlier This Year** (/news/2025/11/14/ice-announces-removal-violent-criminal-illegal-alien-after-milwaukee-judge-arrested)

DHS announced the removal of Eduardo Flores-Ruiz, a criminal illegal alien from Mexico who was arrested in April, despite a judge attempting to help him evade arrest.

Last Updated: November 13, 2025 | *Press Releases* (/news-releases/press-releases)
**Secretary Noem Thanks DHS Law Enforcement for Not Allowing the Longest Government Shutdown in U.S. History to Stop Them from Arresting the Worst of the Worst** (/news/2025/11/13/secretary-noem-thanks-dhs-law-enforcement-not-allowing-longest-government-shutdown)

DHS Secretary Kristi Noem issued a statement thanking DHS law enforcement officers for their heroic arrests of dangerous and violent criminal illegal aliens during the longest government shutdown in U.S. history.

Last Updated: November 13, 2025 | *Press Releases* (/news-releases/press-releases)
**OPERATION DIRTBAG: ICE Arrests Over 150 Criminal Illegal Alien Sex Predators in Florida Crackdown** (/news/2025/11/13/operation-dirtbag-ice-arrests-over-150-criminal-illegal-alien-sex-predators-florida)

DHS announced the arrests of more than 150 illegal alien sex offenders during a major enforcement surge across the state of Florida.

Last Updated: November 12, 2025 | *Press Releases* (/news-releases/press-releases)
**Secretary Noem Highlights Worst of the Worst Criminal Illegal Aliens Arrested by ICE Including Sex Offenders, Violent Assailants, and Drug Tra** (/news/2025/11/12/secretary-noem-highlights-worst-worst-criminal-illegal-aliens-arrested-ice)

Back to Top

DHS Secretary Kristi Noem highlighted some of the worst of the worst that ICE arrested from across the country, including criminal illegal aliens convicted of sexual assault, aggravated assault, and drug trafficking.

Last Updated: November 12, 2025 | *Press Releases (/news-releases/press-releases)*

**Operation Midway Blitz Brings Historic Drop in Crime to J.B. Pritzker and Brandon Johnson's Chicago** (/news/2025/11/12/operation-midway-blitz-brings-historic-drop-crime-jb-pritzker-and-brandon-johnsons)

DHS announced Operation Midway Blitz has achieved what Chicago's sanctuary politicians have failed to do for decades: decrease crime, remove the worst of the worst criminal illegal aliens, and put Americans first.

Last Updated: November 11, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS' Operation Midway Blitz Honors Katie Abraham by Arresting Illegal Aliens Charged with Driving Under the Influence in Pritzker's Sanctuary Illinois** (/news/2025/11/11/dhs-operation-midway-blitz-honors-katie-abraham-arresting-illegal-aliens-charged)

DHS continues to honor the legacy of Katie Abraham by relentlessly arresting criminal illegal alien drunk drivers across Illinois.

Last Updated: November 11, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Fugitive Murderer Released into American Neighborhoods by the Biden Administration** (/news/2025/11/11/ice-arrests-fugitive-murderer-released-american-neighborhoods-biden-administration)

DHS announced that on November 4 in Los Angeles, CA, ICE officers arrested Victoria Sorocean, an illegal alien from Moldova wanted in her home country for murder committed with premeditation and exceptional cruelty.

Last Updated: November 11, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS Gives Thanks to More Than 7,500 Veterans Serving in ICE Law Enforcement Who Continue Their Service to Our Country by Arresting the Worst of the Worst Including Pedophiles, Rapists, and Other Violent Criminals** (/news/2025/11/11/dhs-gives-thanks-more-7500-veterans-serving-ice-law-enforcement-who-continue-their)

DHS released a statement on Veterans Day, highlighting the heroic and patriotic sacrifice of more than 7,500 veterans who bravely served in the military and now defend the homeland as members of ICE law enforcement.

Last Updated: November 11, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Lodges Arrest Detainer After Criminal Illegal Alien Released by Obama Administration Kills 71-Year-Old in Drinking and Driving Hit-and Run in Orange County, CA** (/news/2025/11/11/ice-lodges-arrest-detainer-after-criminal-illegal-alien-released-obama)

DHS announced ICE lodged an arrest detainer, or a request for authorities to hold an illegal alien in custody and turn them over to ICE, for Humberto Munoz-Gatica—a criminal illegal alien—who was driving under the influence and tragically killed Barry William Tutt in a hit-and-run wreck on November 7, 2025.

Last Updated: November 10, 2025 | *Press Releases (/news-releases/press-releases)*

**Over the Weekend and During the Democrats' Longest Government Shutdown in American History, ICE Arrests Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Murderers, and Drug Traffickers** (/news/2025/11/10/over-weekend-and-during-democrats-longest-government-shutdown-american-history-ice)

While Americans enjoyed their weekend, ICE agents and officers were hard at work — despite the Democrats' government shutdown — removing some of the worst criminal illegal aliens from across the country convicted of monstrous crimes.

Last Updated: November 10, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests So-Called Non-Criminal Illegal Alien Who is Actually a Wanted Killer and Gang Member** (/news/2025/11/10/ice-arrests-so-called-non-criminal-illegal-alien-who-actually-wanted-killer-and)

Earlier this month, ICE arrested a criminal illegal alien who is a confirmed member of the 18th Street Gang, a Foreign Terrorist Organization (FTO), and was on El Salvador's most wanted gang members' list.

Last Updated: November 7, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Rapists and Violent Assailants** (/news/2025/11/07/ice-arrests-worst-worst-criminal-illegal-aliens-including-pedophiles-rapists-and)

ICE announced the arrest of more worst of the worst criminal illegal aliens. These criminal illegal aliens have rap sheets including sexual abuse of a minor, rape and aggravated assault with a deadly weapon.

Last Updated: November 6, 2025 | *Press Releases (/news-releases/press-releases)*

**As the Democrats' Longest Government Shutdown in American History Continues, ICE Arrests Worst of the Worst Criminal Illegal Aliens Inclu[...] Kidnappers, and Child Abusers** (/news/2025/11/06/democrats-longest-government-shutdown-american-history-continues-ice-arrests-worst)

Back to Top

As the Democrats' longest government shutdown in American history continues, ICE continues to arrest the worst of the worst criminal illegal aliens from across the country, including those convicted of heinous crimes.

Last Updated: November 5, 2025 | *Press Releases* *(/news-releases/press-releases)*
**DHS Sets the Record Straight on Media and Activist Lies about ICE Broadview Processing Center Conditions** (/news/2025/11/05/dhs-sets-record-straight-media-and-activist-lies-about-ice-broadview-processing)

Following a ruling by U.S. District Judge Robert Gettleman, DHS is setting the record straight about conditions at the ICE Broadview Facility.

Last Updated: November 5, 2025 | *Press Releases* *(/news-releases/press-releases)*
**In the Democrats' Longest Government Shutdown in American History, ICE Continues to Arrest the Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Kidnappers, and Drug Traffickers** (/news/2025/11/05/democrats-longest-government-shutdown-american-history-ice-continues-arrest-worst)

Despite the Democrats' longest government shutdown in American history, ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country, including those convicted of heinous crimes such as pedophiles, kidnappers, and drug traffickers.

Last Updated: November 4, 2025 | *Press Releases* *(/news-releases/press-releases)*
**35 Days into Democrats' Government Shutdown, ICE Agents Continue to Arrest Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Murderers, and Arsonists** (/news/2025/11/04/35-days-democrats-government-shutdown-ice-agents-continue-arrest-worst-worst)

ICE announces the arrest of more worst of the worst criminal illegal aliens from across the country yesterday, including those convicted of disgusting crimes including sex abuse of a minor, manslaughter, and arson.

Last Updated: November 3, 2025 | *Press Releases* *(/news-releases/press-releases)*
**MAKING VIRGINIA SAFE AGAIN: ICE Arrests Sexual Predators, Drug Traffickers, and Violent Thugs Across Virginia in Statewide Sweep** (/news/2025/11/03/making-virginia-safe-again-ice-arrests-sexual-predators-drug-traffickers-and)

DHS announced ICE officers arrested dangerous and violent criminals across Virginia including rapists, drug traffickers, abusers, and violent thugs over the past week.

Last Updated: November 3, 2025 | *Press Releases* *(/news-releases/press-releases)*
**Over the Weekend, ICE Arrests Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Kidnappers, and Murderers** (/news/2025/11/03/over-weekend-ice-arrests-worst-worst-criminal-illegal-aliens-including-pedophiles)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country over the weekend including those convicted of heinous crimes including unlawful sexual intercourse with minor, sexual abuse, kidnapping, sexual assault, homicide, robbery with a dangerous weapon, and assault.

Last Updated: October 31, 2025 | *Press Releases* *(/news-releases/press-releases)*
**This Halloween These Monsters Are Off American Streets Thanks to the Brave Men and Women of ICE Law Enforcement** (/news/2025/10/31/halloween-these-monsters-are-american-streets-thanks-brave-men-and-women-ice-law)

ICE announced the arrest of more worst of the worst criminal illegal aliens from across the country, including those convicted of heinous crimes such as continuous sexual abuse of a child, indecent assault and battery on a child under 14, patronizing a child prostitute, and aggravated assault with a deadly weapon.

Last Updated: October 31, 2025 | *Press Releases* *(/news-releases/press-releases)*
**Despite Democrats' Government Shutdown, ICE Arrests Pedophiles, Sexual Assailants and Gang Members During Targeted Operations in Houston** (/news/2025/10/31/despite-democrats-government-shutdown-ice-arrests-pedophiles-sexual-assailants-and)

ICE announced the arrest of the worst of the worst criminal illegal aliens during targeted operations conducted in the Houston area between October 28 – 30.

Last Updated: October 30, 2025 | *Press Releases* *(/news-releases/press-releases)*
**ICE Arrests Two Criminal Illegal Alien Fugitive Murderers on the Same Day in Georgia and Texas** (/news/2025/10/30/ice-arrests-two-criminal-illegal-alien-fugitive-murderers-same-day-georgia-and)

ICE continues to protect the American people through the arrest and removal of dangerous criminal illegal aliens across this country.

Last Updated: October 30, 2025 | *Press Releases* *(/news-releases/press-releases)*
**During Democrats' Government Shutdown, ICE Arrests the Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Human Traffickers, Thugs** (/news/2025/10/30/during-democrats-government-shutdown-ice-arrests-worst-worst-criminal-illegal)

Back to Top

ICE announced the arrest of worst of the worst criminal illegal aliens from across the country, including those with convictions for aggravated sexual assault of a child under 14, trafficking an adult, aggravated assault with a weapon, conspiracy to possess with intent to distribute cocaine, and burglary.

Last Updated: October 29, 2025 | *Press Releases (/news-releases/press-releases)*

**Despite Democrats' Government Shutdown, ICE Arrests the Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Abusers, and Drug Traffickers** (/news/2025/10/29/despite-democrats-government-shutdown-ice-arrests-worst-worst-criminal-illegal)

ICE announced the arrest of worst of the worst criminal illegal aliens from across the country including pedophiles, abusers, and drug traffickers.

Last Updated: October 28, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Continues Arresting the Worst of the Worst Criminal Illegal Aliens Despite the Democrats' Government Shutdown** (/news/2025/10/28/ice-continues-arresting-worst-worst-criminal-illegal-aliens-despite-democrats)

ICE announced the arrest of more worst of the worst criminal illegal aliens despite the Democrats' government shutdown.

Last Updated: October 27, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Criminal Illegal Alien in Northern Virginia for Assault on a Law Enforcement Officer** (/news/2025/10/27/ice-arrests-criminal-illegal-alien-northern-virginia-assault-law-enforcement)

ICE announced the arrest of Carlos Ramirez-Guzman, a criminal illegal alien from El Salvador whose criminal history includes charges for aggravated assault with a deadly weapon on a law enforcement officer, domestic battery, exhibition of a dangerous weapon, resisting, obstructing, or opposing a law enforcement officer, disorderly conduct, and illegally re-entering the United States after deportation, which is a felony.

Last Updated: October 27, 2025 | *Press Releases (/news-releases/press-releases)*

**Despite the Democrats' Government Shutdown, ICE Arrested the Worst of the Worst Over the Weekend Including Gang Members, Pedophiles, and Drug Traffickers** (/news/2025/10/27/despite-democrats-government-shutdown-ice-arrested-worst-worst-over-weekend)

Over the weekend, ICE arrested more worst of the worst criminals across the country convicted of heinous crimes including attempted incest, aggravated sexual assault of a child, drug trafficking, burglary, robbery, arson and assault on a family member.

Last Updated: October 24, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS Deports Tren de Aragua Gang Members, Sexual Predators, and Violent Criminals from the United States to Venezuela** (/news/2025/10/24/dhs-deports-tren-de-aragua-gang-members-sexual-predators-and-violent-criminals)

ICE removed Tren de Aragua gang members, sexual predators, violent assailants, and thieves from the United States back to their origin country, Venezuela.

Last Updated: October 24, 2025 | *Press Releases (/news-releases/press-releases)*

**Secretary Noem Highlights Worst of the Worst Arrested in Minneapolis Including a Criminal Illegal Alien Who Murdered His 3-Month-Old Son** (/news/2025/10/24/secretary-noem-highlights-worst-worst-arrested-minneapolis-including-criminal)

Secretary Noem was in Minneapolis, Minnesota, and highlighted some of the worst of the worst arrested by ICE in the twin cities area, with convictions including repeat child sex abusers, murderers, drunk drivers, and violent assailants.

Last Updated: October 24, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests the Worst of the Worst: Child Sexual Predators, Murderers, and Thieves** (/news/2025/10/24/ice-arrests-worst-worst-child-sexual-predators-murderers-and-thieves)

ICE arrested the worst of the worst criminal illegal aliens with convictions for lewd or lascivious act with a child under 14, sexual assault, second degree murder and robbery.

Last Updated: October 23, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Two Criminal Illegal Alien Fugitives Wanted for Murder of Woman in Austin, TX** (/news/2025/10/23/ice-arrests-two-criminal-illegal-alien-fugitives-wanted-murder-woman-austin-tx)

ICE aided in the arrest of two criminal illegal aliens allegedly involved in the brutal murder of a 43-year-old Mary Gonzales in Austin, Texas.

Last Updated: October 23, 2025 | *Press Releases (/news-releases/press-releases)*

**Despite Democrats' Government Shutdown, ICE Arrests Child Sexual Predators, Murderers, and Gang Members** (/news/2025/10/23/despite-democrats-

Back to Top

arrests-child-sexual-predators-murderers)

ICE arrested the worst of the worst despite the Democrats' government shutdown, including criminal illegal aliens convicted of inde sexual contact, robbery, murder, drug trafficking, and assault.

Last Updated: October 23, 2025 | *Press Releases* *(/news-releases/press-releases)*

**ICE Lodges Arrest Detainer for Criminal Illegal Alien Who Killed 3 in California While Driving 18-Wheeler Under the Influence** (/news/2025/10/23/ice-lodges-arrest-detainer-criminal-illegal-alien-who-killed-3-california-while)

DHS announced ICE lodged an arrest detainer for Jashanpreet Singh, a criminal illegal alien from India, responsible for taking the lives of three individuals and several more injured in a DUI accident in San Bernadino County, California.

Last Updated: October 22, 2025 | *Press Releases* *(/news-releases/press-releases)*

**Despite the Democrats' Government Shutdown, ICE Arrests the Worst of the Worst Including Pedophiles, Carjackers, and Gang Members** (/news/2025/10/22/despite-democrats-government-shutdown-ice-arrests-worst-worst-including-pedophiles)

ICE arrested the worst of the worst despite the Democrats' government shutdown, including criminal illegal aliens convicted of sexual assault of a child, negligent homicide, assault, carjacking, and other violent crimes.

Last Updated: October 22, 2025 | *Press Releases* *(/news-releases/press-releases)*

**ICE Lodges Arrest Detainer for Criminal Illegal Alien Who Raped a Woman in Pritzker's Sanctuary Chicago** (/news/2025/10/22/ice-lodges-arrest-detainer-criminal-illegal-alien-who-raped-woman-pritzkers)

ICE announced the lodging of an arrest detainer for Leyter Jeferson Arauz-Medina, a criminal illegal alien from Nicaragua, who brutally raped a 54-year-old-woman on August 31.

Last Updated: October 22, 2025 | *Press Releases* *(/news-releases/press-releases)*

**MAKING NEW YORK'S CANAL STREET SAFE AGAIN: ICE Arrests 9 Illegal Aliens on Canal Street Operation with Rap Sheets Including Robbery, Domestic Violence, Assaulting Law Enforcement, Counterfeiting, Drug Trafficking, and Forgery** (/news/2025/10/22/making-new-yorks-canal-street-safe-again-ice-arrests-9-illegal-aliens-canal-street)

ICE conducted a targeted, intelligence-driven enforcement operation on Canal Street in New York City, focused on criminal activity relating to selling counterfeit goods.

Last Updated: October 22, 2025 | *Press Releases* *(/news-releases/press-releases)*

**Making Virginia Safe Again: In October ICE Arrested Child Rapists, MS-13 Gang Members, and Murderers** (/news/2025/10/22/making-virginia-safe-again-october-ice-arrested-child-rapists-ms-13-gang-members)

DHS highlighted major enforcement accomplishments throughout Virginia as ICE continues to deliver real results and protect American communities despite the ongoing Democrats' government shutdown.

Last Updated: October 21, 2025 | *Press Releases* *(/news-releases/press-releases)*

**Criminal Illegal Alien Kills Indiana Man After Driving Semi-Truck into Oncoming Traffic Without Valid Commercial Driver's License** (/news/2025/10/21/criminal-illegal-alien-kills-indiana-man-after-driving-semi-truck-oncoming-traffic)

ICE lodged an immigration detainer with the Indiana Porter County Jail against criminal illegal alien Borko Stankovic from Serbia and Montenegro following his arrest on Oct. 15.

Last Updated: October 21, 2025 | *Press Releases* *(/news-releases/press-releases)*

**Despite Democrats' Government Shutdown, ICE Arrests the Worst of the Worst Including Pedophiles, Child Abusers, and Sexual Predators** (/news/2025/10/21/despite-democrats-government-shutdown-ice-arrests-worst-worst-including-pedophiles)

ICE arrested the worst of the worst despite the Democrats' government shutdown, including criminal illegal aliens convicted of sexual assault of a child, child molestation, willful cruelty to a child, and aggravated criminal sexual abuse.

Last Updated: October 20, 2025 | *Press Releases* *(/news-releases/press-releases)*

**DHS Law Enforcement Arrests Gang Members, Pedophiles, Drug Traffickers as Part of President Trump's Effort to Crack Down on Violent Crime and Make Memphis Safe Again** (/news/2025/10/20/dhs-law-enforcement-arrests-gang-members-pedophiles-drug-traffickers-part-president)

The Department of Homeland Security announced some of the U.S. Immigration and Customs Enforcement (ICE) arrests of some of the worst of the worst criminal illegal aliens in the Memphis, Tennessee area, **including gang members, pedophiles, rapists, domestic abusers, and drug traffickers**. **The Department of Justice has been the lead agency in making Memphis safe again.**

Last Updated: October 20, 2025 | *Press Releases* *(/news-releases/press-releases)*

**Over the Weekend, ICE Continued to Arrest the Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Violent Assailants, and Drug T** (/news/2025/10/20/over-weekend-ice-continued-arrest-worst-worst-criminal-illegal-aliens-including)

Back to Top

ICE continued to arrest the worst of the worst despite the Democrats' shutdown, including criminal illegal aliens convicted of rape of a child, meeting a child for an unlawful sex act, assault, hit and run, kidnapping, and other heinous crimes.

Last Updated: October 20, 2025 | *Press Releases* (/news-releases/press-releases)

**Secretary Noem Highlights Worst of the Worst Arrested in Florida Including Murderers, Child Rapists, and Abusers** (/news/2025/10/20/secretary-noem-highlights-worst-worst-arrested-florida-including-murderers-child)

Secretary Noem was in Sarasota, FL highlighting some of the worst of the worst arrested by ICE in the Sarasota, Florida area, with convictions including incest with a minor, homicide, sexual assault of a child, possession of cocaine, domestic violence, and other heinous crimes.

Last Updated: October 17, 2025 | *Press Releases* (/news-releases/press-releases)

**Criminal Illegal Alien and Suspected Tren de Aragua gang Member Who Was Living with a New Mexico Judge Pleads Guilty to Illegally Possessing Firearms and Destroying Evidence** (/news/2025/10/17/criminal-illegal-alien-and-suspected-tren-de-aragua-gang-member-who-was-living-new)

Cristhian Ortega-Lopez, a criminal illegal alien and suspected Tren de Aragua gang member, was living in New Mexico with Magistrate Judge Jose "Joel" Cano pled guilty to illegally possessing firearms and conspiracy to destroy evidence.

Last Updated: October 17, 2025 | *Press Releases* (/news-releases/press-releases)

**During Democrats' Government Shutdown, ICE Continues to Arrest the Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Murderers, and Drug Traffickers** (/news/2025/10/17/during-democrats-government-shutdown-ice-continues-arrest-worst-worst-criminal)

Despite the Democrats' government shutdown, ICE officers continue to arrest the worst of the worst including criminal illegal aliens convicted of sexual assault of a child, murder, importation of cocaine, and other horrific crimes.

Last Updated: October 17, 2025 | *Press Releases* (/news-releases/press-releases)

**ICYMI: Angel Mother Jennifer Bos Pens Op-Ed Detailing Sanctuary Policies that Failed Her Daughter Who Was Murdered by a Criminal Illegal Alien** (/news/2025/10/17/icymi-angel-mother-jennifer-bos-pens-op-ed-detailing-sanctuary-policies-failed-her)

DHS highlighted an op-ed penned by angel mother Jennifer Bos detailing how sanctuary policies in Illinois protected the criminal illegal alien charged in her daughter's death.

Last Updated: October 16, 2025 | *Press Releases* (/news-releases/press-releases)

**DHS Debunks Mainstream Media Lies About "Father of Marine" with a Violent Criminal Rap Sheet** (/news/2025/10/16/dhs-debunks-mainstream-media-lies-about-father-marine-violent-criminal-rap-sheet)

DHS debunked mainstream media hoaxes about a criminal illegal alien who was previously arrested for violence and aggravated assault before being apprehended by ICE.

Last Updated: October 16, 2025 | *Press Releases* (/news-releases/press-releases)

**In Virginia, ICE Arrests One of El Salvador's "Most Wanted" Fugitives and MS-13 Gang Leader Wanted for Murder** (/news/2025/10/16/virginia-ice-arrests-one-el-salvadors-most-wanted-fugitives-and-ms-13-gang-leader)

ICE announced the arrest of MS-13 gang leader Ismael Enrique Mendoza Flores, aka "El Calaco," wanted in El Salvador for aggravated homicide and illicit associations and previously charged in the U.S. with unauthorized use of a vehicle.

Last Updated: October 16, 2025 | *Press Releases* (/news-releases/press-releases)

**On the 16th Day of the Democrats' Government Shutdown, ICE Law Enforcement Continues to Work Without Pay to Arrest the Worst of the Worst Pedophiles, Rapists, and Drug Traffickers** (/news/2025/10/16/16th-day-democrats-government-shutdown-ice-law-enforcement-continues-work-without)

ICE announced the arrest of several worst of the worst criminal illegal aliens convicted of horrendous crimes including rape, sex crimes against children, and intent to distribute cocaine.

Last Updated: October 15, 2025 | *Press Releases* (/news-releases/press-releases)

**During Democrats Government Shutdown, ICE Law Enforcement Officers Are Risking Their Lives Without Pay to Arrest the Worst of the Worst** (/news/2025/10/15/during-democrats-government-shutdown-ice-law-enforcement-officers-are-risking-their)

Despite the Democrats' government shutdown, ICE continues to arrest and remove the worst of the worst criminal illegal aliens from American communities.

Last Updated: October 15, 2025 | *Press Releases* (/news-releases/press-releases)

**ICE Arrests Criminal Illegal Alien in Virginia Who Is Wanted for Murder in Mexico** (/news/2025/10/15/ice-arrests-criminal-illegal-alien-virginia-who-wanted-murder-mexico)

ICE announced the arrest of Luis Bautista-Perez, a criminal illegal alien from Mexico with an active arrest warrant for aggravated h
the Government of Mexico.

Back to Top

Last Updated: October 15, 2025 | *Press Releases* (/news-releases/press-releases)

**Meet Some of the Worst of the Worst at the Broadview ICE Facility in Illinois** (/news/2025/10/15/meet-some-worst-worst-broadview-ice-facility-illinois)

DHS highlighted some of the worst of the worst currently detained inside the Broadview ICE facility.

Last Updated: October 14, 2025 | *Press Releases* (/news-releases/press-releases)

**Despite Democrats' Government Shut Down, ICE Arrests Continue Over Holiday Weekend** (/news/2025/10/14/despite-democrats-government-shut-down-ice-arrests-continue-over-holiday-weekend)

While the Democrats' government shutdown continues, they are not deterring ICE law enforcement officers from keeping our streets safe and arresting the WORST OF THE WORST criminal illegal aliens over the holiday weekend.

Last Updated: October 11, 2025 | *Press Releases* (/news-releases/press-releases)

**ICE Arrests Illegal Alien Cambodian 'Asian Boys' Gang Member Suspected of Murdering Woman in TX and Wanted for Another Murder in CA** (/news/2025/10/11/ice-arrests-illegal-alien-cambodian-asian-boys-gang-member-suspected-murdering)

DHS issued a statement about the ICE arrest of Savin Seng, a criminal illegal alien from Cambodia and Asian Boys gang member wanted for the murder of a woman in Victoria, Texas and a murder outside of a strip club in California.

Last Updated: October 10, 2025 | *Press Releases* (/news-releases/press-releases)

**ICE Lodges Arrest Detainer for Convicted Child Rapist the Biden Administration Marked as a 'Non-Enforcement' Priority in Virginia** (/news/2025/10/10/ice-lodges-arrest-detainer-convicted-child-rapist-biden-administration-marked-non)

ICE lodged an immigration detainer against a 35-year-old criminal illegal alien from El Salvador who was convicted of repeatedly raping an 11-year-old child in Virginia.

Last Updated: October 10, 2025 | *Press Releases* (/news-releases/press-releases)

**ICE Law Enforcement Officers, Working Without Pay, Continue Arresting the Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Sexual Abusers and Firearm Wielding Assailants** (/news/2025/10/10/ice-law-enforcement-officers-working-without-pay-continue-arresting-worst-worst)

ICE officers continue to keep our streets safe and arrest the worst of the worst from American communities despite working without pay because of the Democrats' government shutdown

Last Updated: October 9, 2025 | *Press Releases* (/news-releases/press-releases)

**Criminal Illegal Alien Responsible for Killing University of South Carolina Student Nate Baker in Hit and Run Receives Just 1-Year Sentence, ICE Vows to Remove Him Following His Prison Sentence** (/news/2025/10/09/criminal-illegal-alien-responsible-killing-university-south-carolina-student-nate)

DHS today released a statement after the criminal illegal alien responsible for the hit-and-run killing of University of South Carolina Student Nate Baker received only a one-year sentence.

Last Updated: October 9, 2025 | *Press Releases* (/news-releases/press-releases)

**Amid Democrats' Government Shutdown, ICE Law Enforcement Officers, Working Without Pay, Continue to Remove Pedophiles and Murderers** (/news/2025/10/09/amid-democrats-government-shutdown-ice-law-enforcement-officers-working-without-pay)

ICE continued to arrest the worst of the worst from American communities despite the Democrats' government shutdown.

Last Updated: October 9, 2025 | *Press Releases* (/news-releases/press-releases)

**Drunk Driver Criminal Illegal Alien Leaves Six Dead, Gavin Newsom Releases Serial Criminal** (/news/2025/10/09/drunk-driver-criminal-illegal-alien-leaves-six-dead-gavin-newsom-releases-serial)

DHS released information about the September 7, 2025, arrest of Beto Cerillo-Bialva, a criminal illegal alien from Mexico, charged with **murder** after he drunkenly drove his vehicle into a tree killing six passengers and severely injuring another.

Last Updated: October 8, 2025 | *Press Releases* (/news-releases/press-releases)

**Polls Show Americans Overwhelmingly Support President Trump's Mass Deportations** (/news/2025/10/08/polls-show-americans-overwhelmingly-support-president-trumps-mass-deportations)

The American people overwhelmingly support President Donald J. Trump's and United States Homeland Secretary Kristi Noem's mass deportation of illegal aliens from the country, according to two national polls.

Back to Top

Last Updated: October 8, 2025 | *Press Releases* (/news-releases/press-releases)

**Despite Democrats' Government Shutdown, ICE Continues to Arrest the Worst of the Worst Criminal Illegal Aliens Including Pedophiles, Human Smugglers and Thieves** (/news/2025/10/08/despite-democrats-government-shutdown-ice-continues-arrest-worst-worst-criminal)

Despite working without pay because of the Democrats' government shutdown, ICE officers are continuing to keep our streets safe by arresting the worst of the worst criminal illegal aliens.

Last Updated: October 7, 2025 | *Press Releases (/news-releases/press-releases)*

**During Democrats' Government Shutdown, ICE Continues to Arrest the Worst of the Worst Including Pedophiles, Domestic Abusers, and Drug Traffickers** (/news/2025/10/07/during-democrats-government-shutdown-ice-continues-arrest-worst-worst-including)

ICE continues to arrest the worst of the worst across the country including criminal illegal aliens convicted of aggravated sexual assault of a child, manslaughter, assault, domestic abuse with a dangerous weapon, attempted drug trafficking, and burglary.

Last Updated: October 7, 2025 | *Press Releases (/news-releases/press-releases)*

**Despite Riots and Antifa Violence, ICE Arrested the Worst of the Worst Including Pedophiles, Murderers, Sexual Predators, and Drug Traffickers in Portland Last Month** (/news/2025/10/07/despite-riots-and-antifa-violence-ice-arrested-worst-worst-including-pedophiles)

DHS shared the violent criminal history of some of the worst of the worst criminal illegal aliens ICE arrested in Portland last month.

Last Updated: October 6, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS Debunks Governor Pritzker's Harmful Lies About Operation Midway Blitz in Chicago, Federal Law Enforcement** (/news/2025/10/06/dhs-debunks-governor-pritzkers-harmful-lies-about-operation-midway-blitz-chicago)

Between an appearance on CNN's *State of the Union* and an afternoon press conference, Illinois Governor J.B. Pritzker repeatedly lied about federal law enforcement operations in Chicago.

Last Updated: October 6, 2025 | *Press Releases (/news-releases/press-releases)*

**Despite Multiple Vehicle Attacks by Domestic Terrorists, DHS Law Enforcement Arrests Worst of Worst including a TdA gang member, Drug Traffickers, Child Abusers, and Other Violent Thugs in Chicago** (/news/2025/10/06/despite-multiple-vehicle-attacks-domestic-terrorists-dhs-law-enforcement-arrests)

DHS released information about ICE and CBP arrests of the worst of the worst in Chicago, Illinois despite violent attacks by domestic terrorists against our law enforcement.

Last Updated: October 6, 2025 | *Press Releases (/news-releases/press-releases)*

**ICYMI: ICE and Oklahoma Highway Patrol Arrests 91 Illegal Aliens Driving 18-Wheelers on Highways in Successful Three Day Action on I-40** (/news/2025/10/06/icymi-ice-and-oklahoma-highway-patrol-arrests-91-illegal-aliens-driving-18-wheelers)

DHS released a statement on ICE and the Oklahoma Highway Patrol's (OHP) successful three-day crack down on targeted threats to public safety along I-40 in Oklahoma.

Last Updated: October 6, 2025 | *Press Releases (/news-releases/press-releases)*

**As ICE Law Enforcement Works Without Pay, They Arrest More Worst of the Worst Over the Weekend** (/news/2025/10/06/ice-law-enforcement-works-without-pay-they-arrest-more-worst-worst-over-weekend)

DHS and our ICE officers continued to arrest the worst of the worst without pay.

Last Updated: October 3, 2025 | *Press Releases (/news-releases/press-releases)*

**Secretary Noem Travels to Chicago as Operation Midway Blitz Reaches More Than 1,000 Illegal Aliens Arrested** (/news/2025/10/03/secretary-noem-travels-chicago-operation-midway-blitz-reaches-more-1000-illegal)

DHS announced ICE and U.S. Border Patrol officers have arrested more than 1,000 illegal aliens—including the worst of the worst pedophiles, child abusers, kidnappers, gang members, and armed robbers.

Last Updated: October 3, 2025 | *Press Releases (/news-releases/press-releases)*

**Meet Some of the Worst of the Worst Criminal Illegal Aliens at Speedway Slammer Including Gang Members, Serial Criminals, Abusers, Thieves, and Drug Dealers** (/news/2025/10/03/meet-some-worst-worst-criminal-illegal-aliens-speedway-slammer-including-gang)

DHS, along with the state of Indiana, officially opened the Speedway Slammer.

Last Updated: October 3, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS Releases New Information on Extensive Criminal History of Illegal Alien Ian Roberts who was Working as Iowa School Superintendent** (/ Back to Top releases-new-information-extensive-criminal-history-illegal-alien-ian-roberts)

DHS released new information on criminal illegal alien Ian Andre Roberts, who was serving as Des Moines, Iowa's school superintendent at the time of his Sept. 26 arrest.

Last Updated: October 3, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Removes Child Sex Predators, Rapists, and Domestic Abusers from American Streets Across the U.S. Despite Democrats' Government Shutdown** (/news/2025/10/03/ice-removes-child-sex-predators-rapists-and-domestic-abusers-american-streets)

ICE officers are working around the clock to arrest and remove the worst of the worst from American communities.

Last Updated: October 2, 2025 | *Press Releases (/news-releases/press-releases)*

**Democrats' Government Shutdown Is Not Deterring ICE as They Continue to Arrest Gang Members, Drug Traffickers, Robbers, and Kidnappers** (/news/2025/10/02/democrats-government-shutdown-not-deterring-ice-they-continue-arrest-gang-members)

While Democrats across the country continue to prioritize illegal aliens, ICE will not be deterred. ICE arrests include a 18th street gang member, domestic abusers, armed robbers, drug traffickers and kidnappers.

Last Updated: October 2, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Armed Criminal Illegal Alien Outside Houston ICE Office with Knife and Crack Pipe** (/news/2025/10/02/ice-arrests-armed-criminal-illegal-alien-outside-houston-ice-office-knife-and-crack)

ICE arrested Jose Andres Rodriguez-Torres, a criminal illegal alien from Mexico, after he approached the restricted employee parking lot at the ICE Houston Field Office with a knife and crack pipe.

Last Updated: October 1, 2025 | *Press Releases (/news-releases/press-releases)*

**Democrats' Government Shutdown Will Not Slow ICE Down from Arresting the Worst of the Worst Including Pedophiles, Murderers and Human Traffickers** (/news/2025/10/01/democrats-government-shutdown-will-not-slow-ice-down-arresting-worst-worst)

Despite the Democrats' government shutdown, DHS will continue arresting the worst of the worst criminals including child abusers, pedophiles, murderers, violent assailants and human traffickers.

Last Updated: October 1, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS Arrests More Than 800 Illegal Aliens Including Worst of the Worst Criminals in Operation Midway Blitz Despite Sanctuary Politicians and Violent Riots** (/news/2025/10/01/dhs-arrests-more-800-illegal-aliens-including-worst-worst-criminals-operation)

On October 1st, DHS announced ICE and U.S. Border Patrol officers arrested more than 800 illegal aliens—including the 'worst of the worst' during Operation Midway Blitz.

Last Updated: September 30, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Heinous Criminals Including Pedophiles, Drug Dealers, and Violent Criminals** (/news/2025/09/30/ice-arrests-heinous-criminals-including-pedophiles-drug-dealers-and-violent)

ICE continues to arrest the worst of the worst criminal illegal aliens from across the country.

Last Updated: September 30, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Criminal Illegal Aliens with Ties to Human Trafficking and Drug Ring in Wisconsin** (/news/2025/09/30/ice-arrests-criminal-illegal-aliens-ties-human-trafficking-and-drug-ring-wisconsin)

On September 30th, ICE confirmed the arrest of 24 illegal aliens in Manitowoc County, Wisconsin, with suspected ties to a transnational human trafficking and drug trafficking ring.

Last Updated: September 30, 2025 | *Press Releases (/news-releases/press-releases)*

**Weeklong ICE Operation with State and Local Partners Leads to Arrest of More than 400 Illegal Aliens in Central Florida** (/news/2025/09/30/weeklong-ice-operation-state-and-local-partners-leads-arrest-more-400-illegal)

ICE Miami operation, alongside CBP and 287(g) partners including the Florida Highway Patrol, Polk County Sheriff's Office, Brevard County Sheriff's Office, the Florida National Guard, and others, led to the arrest of more than 400 illegal aliens in Central Florida.

Last Updated: September 29, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of the Worst Over the Weekend, Including Man Who Threatened to Bomb a U.S. Representative's Office** (/news/2025/09/29/ice-arre weekend-including-man-who-threatened-bomb-us)

Back to Top

ICE arrested more worst of the worst criminal illegal aliens—including gang members, child rapists, drunk drivers - and one man co threatened use of an explosive targeting a U.S. Representative's office in Tampa, Florida.

Last Updated: September 26, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Worst of the Worst: Criminal Illegal Aliens Convicted of Heinous Sex Crimes** (/news/2025/09/26/ice-arrests-worst-worst-criminal-illegal-aliens-convicted-heinous-sex-crimes)

ICE officers are arresting the worst of the worst criminal illegal aliens across the country as they carry out President Trump's mandate from the American people to remove criminal illegal aliens from American communities.

Last Updated: September 25, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Worst of the Worst: Criminal Illegal Aliens Convicted of Crimes Including Sexual Conduct with a Minor, Drug Charges, DUI and Aggravated Assault with a Deadly Weapon** (/news/2025/09/25/ice-arrests-worst-worst-criminal-illegal-aliens-convicted-crimes-including-sexual)

Despite ongoing attacks and villainization of our brave ICE officers, ICE continues to arrest the worst of the worst criminal illegal aliens across the country.

Last Updated: September 25, 2025 | *Press Releases (/news-releases/press-releases)*
**DHS Debunks More Fake News Allegations, Sets the Record Straight on Louisiana Lockup** (/news/2025/09/25/dhs-debunks-more-fake-news-allegations-sets-record-straight-louisiana-lockup)

DHS once again debunks false allegations about immigration detention centers, this time perpetuated by irresponsible reporters making claims about hunger strikes and pushing false narratives about the conditions at Louisiana Lockup.

Last Updated: September 23, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Worst of Worst Criminal Illegal Aliens Convicted of Indecent Sexual Contact with a Child, Theft, Manslaughter, and Aggravated Robbery** (/news/2025/09/23/ice-arrests-worst-worst-criminal-illegal-aliens-convicted-indecent-sexual-contact)

ICE announced the arrests of worst of the worst criminal illegal aliens including those with convictions for vicious crimes including indecent sexual contact with a child, manslaughter, aggravated robbery, theft, and criminal possession of a weapon.

Last Updated: September 23, 2025 | *Press Releases (/news-releases/press-releases)*
**New Milestone: Over 2 Million Illegal Aliens Out of the United States in Less Than 250 Days** (/news/2025/09/23/new-milestone-over-2-million-illegal-aliens-out-united-states-less-250-days)

DHS announced that 2 million illegal aliens have been removed or have self-deported since January 20.

Last Updated: September 23, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Lodges Detainer for Criminal Illegal Alien Charged in the Strangulation of Infant with a Cord in Northern Virginia, Baby is in Critical Condition** (/news/2025/09/23/ice-lodges-detainer-criminal-illegal-alien-charged-strangulation-infant-cord)

DHS announced ICE lodged a detainer for a criminal illegal alien who has been charged in the strangulation of his infant sister in Loudoun County, Virginia.

Last Updated: September 22, 2025 | *Press Releases (/news-releases/press-releases)*
**Over the Weekend, ICE Arrests Criminal Illegal Aliens Convicted of Sexual Assault, Robbery, Manslaughter, and Human Trafficking** (/news/2025/09/22/over-weekend-ice-arrests-criminal-illegal-aliens-convicted-sexual-assault-robbery)

ICE arrested more worst of the worst criminal illegal aliens across the country, each with prior convictions for violent crimes including, sexual activity with a minor, aggravated criminal sexual assault of a family member, burglary, alien trafficking and robbery.

Last Updated: September 22, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Lodges Arrest Detainer for Venezuelan Criminal Illegal Alien who Brutally Murdered Victim and Claimed to Bury Body in Concrete in Illinois** (/news/2025/09/22/ice-lodges-arrest-detainer-venezuelan-criminal-illegal-alien-who-brutally-murdered)

ICE lodged a detainer for criminal illegal alien, Jose Javier Coronado-Meza, 25, of Venezuela, who was charged in the brutal, execution-style murder of 31-year-old Gregori Arias in Cook County, Illinois.

Last Updated: September 22, 2025 | *Press Releases (/news-releases/press-releases)*
**Despite 1,000% Increase in Assaults on ICE Officers, Governor Newsom Signs Unconstitutional Law to Ban Law Enforcement Officer Protections** (/news/2025/09/22/despite-1000-increase-assaults-ice-officers-governor-newsom-signs-unconstitutional)

DHS vehemently condemns California Governor Gavin Newsom for signing the "No Secret Police Act," which demonizes law enforcement and attempts to ban law enforcement from being able to protect their identities to keep them from being targeted by cartels, criminal doxxed online.

Back to Top

Last Updated: September 22, 2025 | *Press Releases (/news-releases/press-releases)*
**Meet the Criminal Illegal Aliens Violent Rioters and Sanctuary Politicians Want Released from ICE Custody** (/news/2025/09/22/meet-criminal-illegal-aliens-violent-rioters-and-sanctuary-politicians-want)

DHS released information on the criminals held at the ICE Broadview Processing Center when rioters and sanctuary politicians obstructed law enforcement, threw tear gas cans, rocks, bottles, and fireworks, slashed tires of cars, blocked the entrance of the building, and trespassed on private property.

Last Updated: September 20, 2025 | *Press Releases (/news-releases/press-releases)*
**DHS Puts California, New York, and Illinois on Notice for Failure to Honor Criminal Illegal Alien Detainers** (/news/2025/09/20/dhs-puts-california-new-york-and-illinois-notice-failure-honor-criminal-illegal)

DHS, via ICE, followed up on instructions sent last week to attorneys general for the states of California, Illinois, and New York to confirm whether they will protect the American people and cooperate with ICE to detain criminal illegal aliens, or whether they will allow thousands of criminal illegal aliens back into American communities.

Last Updated: September 19, 2025 | *Press Releases (/news-releases/press-releases)*
**Undeterred by Political Stunts and Obstruction of Law Enforcement, ICE Continues to Arrest Worst of Worst** (/news/2025/09/19/undeterred-political-stunts-and-obstruction-law-enforcement-ice-continues-arrest)

ICE continues to arrest the worst of the worst dangerous criminal illegal aliens across the country despite agitators and radical sanctuary politicians attempting to obstruct law enforcement.

Last Updated: September 19, 2025 | *Press Releases (/news-releases/press-releases)*
**Meet the Criminal Illegal Aliens Sanctuary Politicians Want Released From 26 Federal Plaza in New York City** (/news/2025/09/19/meet-criminal-illegal-aliens-sanctuary-politicians-want-released-26-federal-plaza)

DHS released information on the criminals processed at 26 Federal Plaza in New York City on September 18, 2025, when agitators and sanctuary politicians obstructed law enforcement and demanded the release of all detainees who were in the facility.

Last Updated: September 18, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Criminal Illegal Aliens Convicted of Attempted Murder, Sex Assault, and Animal Cruelty** (/news/2025/09/18/ice-arrests-criminal-illegal-aliens-convicted-attempted-murder-sex-assault-and)

ICE arrested more worst of the worst criminal illegal aliens across the country, each with prior convictions for violent crimes including attempted murder, aggravated sexual assault, first-degree assault & battery, and cruelty to animals.

Last Updated: September 17, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests WORST OF THE WORST Criminal Illegal Alien Pedophiles Convicted of Horrific Crimes Against Children** (/news/2025/09/17/ice-arrests-worst-worst-criminal-illegal-alien-pedophiles-convicted-horrific-crimes)

ICE officers arrested multiple criminal illegal aliens across the country convicted of horrific sexual crimes against children, highlighting DHS's commitment to removing predators who endanger the most vulnerable members of our communities.

Last Updated: September 17, 2025 | *Press Releases (/news-releases/press-releases)*
**DHS 287(g) Reaches More Than 1,000 Partnerships with State and Local Enforcement to Help Remove the Worst of the Worst Criminal Illegal Aliens** (/news/2025/09/17/dhs-287g-reaches-more-1000-partnerships-state-and-local-enforcement-help-remove)

DHS and ICE now have more than 1,000 287(g) program agreements with state and local law enforcement agencies, giving local and state law enforcement officers the tools and authority, to arrest the worst of the worst from American communities.

Last Updated: September 16, 2025 | *Press Releases (/news-releases/press-releases)*
**Secretary Noem Joins Law Enforcement in Chicago as Part of Operation Midway Blitz to Target Criminal Illegal Aliens** (/news/2025/09/16/secretary-noem-joins-law-enforcement-chicago-part-operation-midway-blitz-target)

DHS Secretary Kristi Noem joined a targeted operation to serve a felony arrest warrant for a criminal illegal alien in the Chicago area as part of Operation Midway Blitz.

Last Updated: September 16, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Criminal Illegal Aliens Convicted of Child Rape, Murder, and Violent Assault** (/news/2025/09/16/ice-arrests-criminal-illegal-aliens-convicted-child- assault)

Back to Top

ICE announced the arrests of more worst of the worst criminal illegal aliens including those with convictions for violent and heinous crimes, including rape, sexual exploitation of a child, murder, and aggravated assault with a deadly weapon.

Last Updated: September 16, 2025 | *Press Releases (/news-releases/press-releases)*
**Secretary Kristi Noem on the Ground With Law Enforcement in Chicago While DHS Arrests the Worst of the Worst During Operation Midway Blitz** (/news/2025/09/16/secretary-kristi-noem-ground-law-enforcement-chicago-while-dhs-arrests-worst-worst)

DHS announced Operation Midway Blitz which targets criminal illegal aliens who flocked to Chicago and Illinois because they knew Governor Pritzker and his sanctuary policies would protect them and allow them to roam free on American streets.

Last Updated: September 15, 2025 | *Press Releases (/news-releases/press-releases)*
**Over the Weekend, ICE Arrests WORST OF THE WORST Criminal Illegal Aliens Convicted of Child Sex Crimes, Drug Trafficking, Kidnapping, and Assault** (/news/2025/09/15/over-weekend-ice-arrests-worst-worst-criminal-illegal-aliens-convicted-child-sex)

ICE continued arresting the worst of the worst criminal illegal aliens across the United States who do not belong in our communities.

Last Updated: September 10, 2025 | *Press Releases (/news-releases/press-releases)*
**Despite Activist Judges and Media Hoaxes, Alligator Alcatraz Still Housing Worst of Worst Criminal Illegal Aliens** (/news/2025/09/10/despite-activist-judges-and-media-hoaxes-alligator-alcatraz-still-housing-worst)

Despite repeated hoaxes circulating in the media about alleged inhumane conditions, and activist judges trying to close the facility, DHS continues to use the facility to house the worst of the worst criminal illegal aliens.

Last Updated: September 9, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Worst of the Worst Including Rapists, Child Abusers, Drug Traffickers, and Other Violent Thugs During Operation Patriot 2.0 in Sanctuary Boston** (/news/2025/09/09/ice-arrests-worst-worst-including-rapists-child-abusers-drug-traffickers-and-other)

DHS released the following information, highlighting some of the worst of the worst criminal illegal aliens ICE arrested in Massachusetts during the kickoff of 'Operation Patriot 2.0.'

Last Updated: September 8, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Arrests Criminal Illegal Alien with Rap Sheet of 49 Criminal Arrests in Sanctuary of California** (/news/2025/09/08/ice-arrests-criminal-illegal-alien-rap-sheet-49-criminal-arrests-sanctuary)

While Americans were enjoying their weekends, ICE officers arrested more worst of the worst criminal illegal aliens including one serial criminal in sanctuary California with an astonishing rap sheet of **49 prior criminal arrests.**

Last Updated: September 8, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Launches Operation Midway Blitz in Honor of Katie Abraham to Target Criminal Illegal Aliens Terrorizing Americans in Sanctuary Illinois** (/news/2025/09/08/ice-launches-operation-midway-blitz-honor-katie-abraham-target-criminal-illegal)

DHS announced Operation Midway Blitz in honor of Katie Abraham who was killed in a drunk driving hit-and-run car wreck caused by criminal illegal alien Julio Cucul-Bol in Illinois. This ICE operation targets criminal illegal aliens who flocked to Chicago and Illinois.

Last Updated: September 6, 2025 | *Press Releases (/news-releases/press-releases)*
**ICE Nabs More Worst of Worst Including Child Predators, Murderers, and Rapists on Friday** (/news/2025/09/06/ice-nabs-more-worst-worst-including-child-predators-murderers-and-rapists-friday)

On September 5, ICE law enforcement officers across the country were working to deliver on President Trump's mandate to make America safe again.

Last Updated: September 5, 2025 | *Press Releases (/news-releases/press-releases)*
**WORST OF THE WORST ARRESTED: Criminal Illegal Aliens Convicted of Murdering an 8-Year-Old, Distributing Child Pornography, and Bank Robbery** (/news/2025/09/05/worst-worst-arrested-criminal-illegal-aliens-convicted-murdering-8-year-old)

ICE officers arrested convicted criminal illegal aliens in operations across the country. Some of the worst of the worst include violent offenders convicted of murdering an 8-year-old, sexual exploitation of children, bank robbery, assault, and drug trafficking.

Last Updated: September 2, 2025 | *Press Releases (/news-releases/press-releases)*
**While Americans Were Enjoying Their Labor Day Weekend, ICE Arrested More Worst of the Worst Criminal Illegal Aliens** (/news/2025/09/02/while-am labor-day-weekend-ice-arrested-more-worst-worst)

Back to Top

While Americans were enjoying their Labor Day weekend, ICE was hard at work arresting more worst of the worst criminal illegal aliens including **murderers, pedophiles, rapists, and drug traffickers.**

Last Updated: August 13, 2025 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Barbaric Convicted Pedophile Alien** (/news/2025/08/13/worst-worst-ice-arrests-barbaric-convicted-pedophile-alien)

On Tuesday, August 12, ICE arrested Michael Kabiona, a criminal alien from the Democratic Republic of Congo, and more worst of the worst.

Last Updated: August 12, 2025 | *Press Releases (/news-releases/press-releases)*

**Promises Made, Promises Kept: ICE Arrests Worst of the Worst** (/news/2025/08/12/promises-made-promises-kept-ice-arrests-worst-worst)

ICE arrested some of the worst of the worst criminal illegal aliens in our country convicted of murder, robbery, child sexual assault and sodomy by force.

Last Updated: August 11, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE was Hard at Work Over the Weekend Arresting the Worst of the Worst** (/news/2025/08/11/ice-was-hard-work-over-weekend-arresting-worst-worst)

ICE officers arrested more worst of the worst criminal illegal aliens, including those convicted of rape, hit-and-run, domestic assault, and attempted homicide.

Last Updated: August 9, 2025 | *Press Releases (/news-releases/press-releases)*

**While Americans Were Enjoying Their Friday Nights, ICE Law Enforcement Was Arresting More Worst of the Worst Criminal Illegal Aliens** (/news/2025/08/09/while-americans-were-enjoying-their-friday-nights-ice-law-enforcement-was-arresting)

DHS is highlighting more worst of the worst criminal illegal aliens arrested by ICE on August 8, 2025. Some of the worst of worst arrested included a pedophile and criminal aliens with attempted murder and manslaughter convictions.

Last Updated: August 6, 2025 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Removes Child Predators, Drug Dealers, and Domestic Abusers** (/news/2025/08/06/worst-worst-ice-removes-child-predators-drug-dealers-and-domestic-abusers)

ICE arrested more worst of the worst criminal illegal aliens. These criminals were convicted of serious crimes including **child exploitation, domestic violence, heroin trafficking, alien smuggling, and weapons offenses**.

Last Updated: August 5, 2025 | *Press Releases (/news-releases/press-releases)*

**WORST OF WORST: ICE Arrests Murderers, Pedophiles, and Sexual Predators** (/news/2025/08/05/worst-worst-ice-arrests-murderers-pedophiles-and-sexual-predators)

ICE arrested more worst of the worst criminal illegal aliens including murderers, pedophiles, and sexual predators. DHS is calling on patriotic Americans to join ICE today to help remove more of these barbaric criminals.

Last Updated: August 4, 2025 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Takes Down Sexual Predators, Pedophiles, and Other Serial Criminals Over the Weekend** (/news/2025/08/04/worst-worst-ice-takes-down-sexual-predators-pedophiles-and-other-serial-criminals)

Over the weekend, U.S. Immigration and Customs Enforcement (ICE) arrested multiple criminal illegal aliens, including sexual predators, pedophiles, and other serial criminals.

Last Updated: August 1, 2025 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Child Predators, Sex Offenders, and Human Smugglers in Latest Enforcement Sweep** (/news/2025/08/01/worst-worst-ice-arrests-child-predators-sex-offenders-and-human-smugglers-latest)

On July 31, 2025, U.S. Immigration and Customs Enforcement (ICE) arrested multiple criminal illegal aliens across the United States as part of its ongoing efforts to identify and remove the worst of the worst from American communities.

Last Updated: July 30, 2025 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Child Pedophiles and Human Traffickers** (/news/2025/07/30/worst-worst-ice-arrests-child-pedophiles-and-human-traffickers)

U.S. Immigration and Customs Enforcement (ICE) continues its unwavering mission to protect American communities, arresting multiple criminal illegal aliens with convictions ranging from child rape and sexual abuse to assault, armed robbery, and human trafficking.

Back to Top

Last Updated: July 29, 2025 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Pedophiles, Drug Traffickers, and Illegal Alien who Fled from a Fatal Car Crash** (/news/2025/07/29/worst-worst-ice-arrests-pedophiles-drug-traffickers-and-illegal-alien-who-fled)

As part of DHS's ongoing effort to protect American communities from violent criminal aliens, ICE officers arrested multiple individuals with serious criminal convictions.

Last Updated: July 28, 2025 | *Press Releases (/news-releases/press-releases)*

**Over the Weekend, ICE Arrests More Worst of the Worst Child Predators, Rapists, and Drug Traffickers** (/news/2025/07/28/over-weekend-ice-arrests-more-worst-worst-child-predators-rapists-and-drug)

Over the weekend, ICE arrested more of the worst of the worst criminal illegal aliens including child pedophiles, rapists, and drug traffickers from American communities – delivering on President Trump's promise to keep America safe.

Last Updated: July 23, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Continues to Arrest the Worst of the Worst Violent Criminal Illegal Aliens Including Child Pedophiles and Drug Traffickers** (/news/2025/07/23/ice-continues-arrest-worst-worst-violent-criminal-illegal-aliens-including-child)

DHS released a statement on ICE's arrests of some of the worst of the worst criminal illegal aliens across the United States.

Last Updated: July 22, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of Worst Criminal Illegal Aliens** (/news/2025/07/22/ice-arrests-worst-worst-criminal-illegal-aliens)

DHS highlighted U.S. Immigration and Customs Enforcement (ICE) officers' arrests of the worst of the worst criminal illegal aliens from across the United States.

Last Updated: July 18, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Continues to Round Up the Worst of the Worst: Convicted Killer and Fentanyl Trafficker Off American Streets** (/news/2025/07/18/ice-continues-round-worst-worst-convicted-killer-and-fentanyl-trafficker-american)

DHS announced ICE officers arrested removable criminal illegal aliens across the country on July 17, 2025, as part of coordinated enforcement targeting some of the worst of the worst in our communities.

Last Updated: July 17, 2025 | *Press Releases (/news-releases/press-releases)*

**WORST OF THE WORST: ICE Arrests Two Pedophiles Who Impregnated Children** (/news/2025/07/17/worst-worst-ice-arrests-two-pedophiles-who-impregnated-children)

DHS announced U.S. Immigration and Customs Enforcement (ICE) Houston arrested Pedro Trejo Reyes, a convicted child rapist and criminal illegal alien from Mexico.

Last Updated: July 16, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Worst of the Worst Criminal Illegal Aliens Who Victimized Americans** (/news/2025/07/16/ice-arrests-worst-worst-criminal-illegal-aliens-who-victimized-americans)

DHS announced U.S. Immigration and Customs Enforcement (ICE) continues to clean up our streets and protect the American people from criminal illegal aliens.

Last Updated: July 11, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Child Sex Abusers, Murderers, and Violent Criminal Illegal Aliens** (/news/2025/07/11/ice-arrests-child-sex-abusers-murderers-and-violent-criminal-illegal-aliens)

ICE officers continue to target the worst of the worst offenders in the country. Arrests from across the nation this week include worst of the worst criminal illegal aliens convicted of second-degree murder, sexual abuse of children, domestic assault by strangulation, and attempted rape.

Last Updated: July 8, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS Releases Names of Worst of the Worst Convicted Criminal Illegal Aliens Detained at Guantanamo Bay** (/news/2025/07/08/dhs-releases-names-worst-worst-convicted-criminal-illegal-aliens-detained)

DHS released the names of some of the dangerous, criminal illegal aliens detained at the Guantanamo Bay.

Last Updated: June 8, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Captures Worst of the Worst Illegal Alien Criminals in Los Angeles Including Murderers, Sex Offenders, and Other Violent Criminals** (/news/2025/06/08/ice-captures-worst-worst-illegal-alien-criminals-los-angeles-including-murderers)

The Department of Homeland Security (DHS) published additional information about some of the worst of the worst criminal ille during Immigration and Customs Enforcement's (ICE) Los Angeles operation.

Back to Top

Last Updated: May 21, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS Sets the Record Straight on Media Frenzy over Deportation Flights for Worst of the Worst Including Murderers, Rapists, and Pedophiles** (/news/2025/05/21/dhs-sets-record-straight-media-frenzy-over-deportation-flights-worst-worst)

DHS hosted a press conference to set the record straight and to address the media's misleading reporting on migrant flights to South Sudan.

Last Updated: May 19, 2025 | *Press Releases (/news-releases/press-releases)*

**DHS Hits Back at Tim Walz's Dangerous Rhetoric Comparing ICE to Gestapo** (/news/2025/05/19/dhs-hits-back-tim-walzs-dangerous-rhetoric-comparing-ice-gestapo)

DHS is setting the facts straight on the bravery of our ICE enforcement agents. Every day they risk their lives to arrest vicious criminal illegal aliens let into our country by the previous administration.

Last Updated: May 19, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests Criminal Illegal Aliens Including Rapists, Kidnappers, and Gang Members in Sanctuary Cities** (/news/2025/05/19/ice-arrests-criminal-illegal-aliens-including-rapists-kidnappers-and-gang-members)

DHS announced Immigration and Customs Enforcement (ICE) has successfully detained dangerous criminal illegal aliens in Sanctuary jurisdictions across the country.

Last Updated: May 12, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Arrests 'Worst of the Worst' Criminal Aliens in Hawaii** (/news/2025/05/12/ice-arrests-worst-worst-criminal-aliens-hawaii)

DHS announced Immigration and Customs Enforcement (ICE) has successfully detained and removed criminal illegal aliens across the U.S. including from the Hawaiian Islands.

Last Updated: May 1, 2025 | *Press Releases (/news-releases/press-releases)*

**ICE Lodges Detainers Against Violent Aliens Over Corpse Rape, Shooting Spree** (/news/2025/05/01/ice-lodges-detainers-against-violent-aliens-over-corpse-rape-shooting-spree)

Under Secretary Noem's leadership, ICE is working relentlessly to remove criminals and sexual predators from American communities. This week, ICE New York City and Memphis placed immigration detainers on two criminal illegal aliens accused of heinous crimes.

Back to Top