# EXHIBIT 21

An official website of the United States government

**Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

**Secure .gov websites use HTTPS**
A **lock** ( ) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.



# Detention Management

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) ENFORCEMENT AND REMOVAL OPERATIONS (ERO) MANAGES THE NATION'S CIVIL IMMIGRATION DETENTION SYSTEM AND OVERSEES ONE OF THE MOST HIGHLY TRANSIENT AND DIVERSE POPULATIONS OF ANY DETENTION SYSTEM IN THE WORLD.

## Detention Standards

Regardless of whether detention facilities are owned and operated by ICE, a state or local entity, or a contractor, all facilities housing ICE detainees must comply with one of several sets of detention standards which describe a facility's immigration detention responsibilities, explain what detainee services a facility must provide, and identify what a facility must do to ensure a safe and secure detention environment for staff and aliens in detention:

- 2026 National Detention Standards
- 2025 National Detention Standards
- Non-Dedicated Intergovernmental Detention Standards (NDIDS)
- PBNDS 2011
- NDS 2019
- Family Residential Standards 2020

- Temporary Housing Standards

## Detention Facility Oversight

To ensure compliance with each contract's terms and conditions and the applicable detention standards, ICE and the Department of Homeland Security (DHS) employ a robust, multilevel oversight and compliance program. ERO monitors detention conditions through daily on-site compliance reviews to identify deficiencies, areas of concern, contract and facility issues, and to facilitate corrective actions. All facilities that house aliens detained by ICE are required to follow a strict set of detention standards.

## Detention Policies

Detention is non-punitive. Once an alien is transferred to ICE custody, the agency makes a custody determination. ICE uses its limited detention resources to detain aliens to secure their presence for immigration proceedings or removal from the United States — as well as those that are subject to mandatory detention, as outlined by the Immigration and Nationality Act, or those that ICE determines are a public safety or flight risk during the custody determination process.

When an alien is not subject to mandatory detention or is not deemed to be a public safety or flight risk, ICE exercises its discretion in making custody determinations to release aliens with conditions. These custody decisions are made on a case-by-case basis and after considering the totality of circumstances — primarily considering risk of flight, national security threat and risk to public safety.

ICE also takes other factors into consideration — including when an alien has a serious medical condition, is the primary caregiver of minor children, or other humanitarian considerations.

## Family Detention

In the past, ICE housed family units — which contain adult alien parents or legal guardians accompanied by their own juvenile alien children — in its Family Residential Centers (FRCs). In March 2021, ICE converted the Family Residential Centers (FRCs) from an over-72-hour residential program to an under-72-hour residential/staging program called Family Staging Centers (FSCs).

In FY 2022, ICE opted to shift its resources again to increase efficiencies in Alternatives to Detention (ATD) enrollment for family units. ICE worked to co-locate with U.S. Customs and

Border Protection (CBP) to assist with limiting any processing slowdowns.

Once the agency determined that the FSCs were at a lower-than-expected capacity, ICE took steps to increase the use of the bed space for single adults and eventually, ICE stopped housing families entirely by December 2021.

## Custody and Care of Unaccompanied Children (UC)

ICE does not detain unaccompanied children — except in rare instances.

- As part of the restructuring of the former Immigration and Naturalization Service, the Homeland Security Act of 2002 transferred the responsibilities related to the care and custody of unaccompanied undocumented children to the U.S. Department of Health and Human Services (HHS) Office of Refugee Resettlement (ORR).
- In accordance with the Trafficking Victims Protection Reauthorization Act (TVPRA) of 2008, ERO coordinates closely with inter-departmental partners to ensure the timely and safe transfer of unaccompanied alien children from DHS to HHS ORR custody.

## Detention Statistics

ICE provides the following custody data below. The data tables are searchable and sortable, and worksheets are protected to ensure their accuracy and reliability. ICE confirms the integrity of the data as published on this site but cannot attest to subsequent transmissions. Data may fluctuate until it is locked at the conclusion of the fiscal year.

### FY 2026 ICE Statistics

Detention FY 2026 YTD, Alternatives to Detention FY 2026 YTD and Facilities FY 2026 YTD, Foc

### FY 2025 ICE Statistics

Detention FY 2025 YTD, Alternatives to Detention FY 2025 YTD and Facilities FY 2025 YTD, Foc

## Previous Year-End Reports

- FY 2024 Detention Statistics
- FY 2023 Detention Statistics
- FY 2022 Detention Statistics
- FY 2021 Detention Statistics
- FY 2020 Detention Statistics
- FY 2019 Detention Statistics

Updated: 07/20/2026

RELATED INFORMATION

- Detention Facility Locator
- Facility Inspections
- National Detainee Handbook
- Detainee Death Reporting

RELATED DOCUMENTS

- Detention Facility Termination of Agreement
- Visitor Code of Conduct
- Tour/Visit Notification Flyer
- Procedures for Touring/Visiting a Facility
- Language Services Fact Sheet

DETENTION STANDARDS

- 2025 National Detention Standards
- Non-Dedicated Intergovernmental Detention Standards (NDIDS)
- PBNDS 2011
- NDS 2019
- Family Residential Standards 2020
- Temporary Housing Standards

Legal Access in Detention: At a Glance

Over-72-hour ICE Detention Facilities

Custody and Removal Coordinator Fact Sheet

About Us

Enforcement and Removal Operations

Homeland Security Investigations

Newsroom

U.S. Immigration and Customs Enforcement

ICE Contact Center

Report suspicious activity: 1-866-DHS-2-ICE

ICE.gov

An official website of the U.S. Department of Homeland Security

About ICE

Accessibility

FOIA Requests

Privacy Policy

DHS.gov

Archive

No FEAR Act Data

Site Links

Performance Reports

Inspector General

The White House

DHS Components

USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM

NO CURRENT ADVISORIES