# EXHIBIT 23

THE CITY OF EL PASO TEXAS

MAYOR
Renard U. Johnson

CITY MANAGER
Dionne Mack

CITY COUNCIL
District 1
Alejandra Chávez

District 2
Dr. Josh Acevedo

District 3
Deanna M. Rocha

District 4
Cynthia Boyar Trejo

District 5
Ivan Niño

District 6
Art Fierro

District 7
Lily Limón

District 8
Chris Canales

NEWS RELEASE

02/ 26/ 2026

# Public Health Officials Confirm Measles Cases in El Paso

## Vaccinate, Protect Yourself; Visit City's Community Clinics

**EL PASO, Texas**—The City of El Paso Department of Public Health (DPH) has confirmed four (4) measles cases within the City of El Paso. The newly confirmed cases involve a male in his 20s, a male in his 30s, and two women in their 30s with unknown vaccination statuses.

Public health officials have initiated contact tracing to identify potential exposures and are coordinating with community partners to prevent further spread of the virus, and to ensure readiness and timely communication.

In addition to the cases confirmed within the City of El Paso, DPH is aware of 13 additional measles cases reported at the East Montana federal facility, which is outside the City's jurisdiction. Case information for this facility is reported through federal authorities. The City is sharing this information for regional awareness and will continue coordinating with federal partners as appropriate. The City's public health laboratory has provided testing support when requested and has supplied vaccine for administration by on-site health providers as part of prevention efforts. For additional information regarding case counts or operations at this facility, media should contact the U.S. Department of Homeland Security (DHS).

Although approximately 98 percent of El Paso County residents are vaccinated against measles, public health officials remain concerned about unvaccinated or under-vaccinated pockets within the community. Individuals who are not fully vaccinated remain at the highest risk of infection.

Young adults were among the most affected during the previous measles outbreak in El Paso, and the current cases also involve young adults. DPH recommends that young adults review their vaccination status. If vaccination history is unknown, residents should receive one dose of MMR. If vaccination is incomplete, residents should complete the series. Two doses of MMR provide about 97 percent protection. Breakthrough infections are rare, and illness is typically milder with a lower risk of complications and transmission.

### ABOUT MEASLES

Measles spreads through coughing and sneezing and can remain in the air for up to two hours after an infected person leaves an area. The disease typically begins with fever, cough, runny nose, and red eyes, followed by a rash that spreads from the head down to the hands and feet. An infected person is contagious four days before and four days after the onset of the rash, with the rash onset date considered day 0.

### RISK FACTORS

Individuals at higher risk for contracting measles include those who are unvaccinated, as well as people who have recently traveled internationally or to areas in the United States experiencing ongoing measles outbreaks. Immunocompromised individuals are also at increased risk, including pregnant women, people living with HIV, and those undergoing chemotherapy or receiving immunosuppressive treatments.

—more—



**Media Contact:** Soraya Ayub Palacios
ayubsx@elpasotexas.gov
915.212.1040

THE CITY OF EL PASO TEXAS

MAYOR
Renard U. Johnson

CITY MANAGER
Dionne Mack

CITY COUNCIL
District 1
Alejandra Chávez
District 2
Dr. Josh Acevedo
District 3
Deanna M. Rocha
District 4
Cynthia Boyar Trejo
District 5
Ivan Niño
District 6
Art Fierro
District 7
Lily Limón
District 8
Chris Canales

## POTENTIAL EXPOSURE LOCATIONS

Anyone who visited the following locations on the dates and times noted should verify their immunization status and monitor for symptoms:

| DATE | LOCATION | TIME |
|---|---|---|
| 2/20/2026 | Cici's Pizza (615 N. Zaragoza) | 5:30pm-7:30pm |
| 2/20/2026 | Cielo Vista Mall - Apple Store (8401 Gateway Blvd. West) | 4:30pm-6:45pm |
| 2/20/2026 | Del Sol Medical Center (10301 Gateway Blvd. West) | 6am-8pm |
| 2/20/2026 | Outlet Mall (7051 S Desert Blvd.) | 7pm-11 pm |
| 2/21/2026 | Outlet Mall (7051 S Desert Blvd.) | 7pm-11 pm |
| 2/22/2026 | Good Luck Café (3813 Alameda) | 8:30 am-11 am |
| 2/22/2026 | Target-Bassett (6001 Gateway Blvd. West) | 4pm-6:30 pm |
| 2/22/2026 | Ay Cocula (1435 Lee Trevino Dr.) | 5-9pm |

Anyone who: (1) visited any of the locations above on the specified dates and times, **and** (2) develops a fever and rash, should contact their healthcare provider immediately for evaluation and testing.

## MEASLES VACCINATION CLINICS

To make vaccinations more accessible, DPH offers walk-in immunization services Monday through Friday, from 7:30 a.m. to 4 p.m. (closed from 12 to 1 p.m. for lunch) at the following locations:

- **Lower Valley Community Clinic:** 9341 Alameda Ave.
- **Henderson Community Clinic:** 721 S. Mesa St.
- **Northeast Community Clinic:** 9566 Railroad Dr.
- **Westside Community Clinic:** 7380 Remcon Cir.

Appointments can also be scheduled by calling (915) 212-0200.

For additional information on measles symptoms, vaccination, and potential exposure, the City of El Paso has activated a Measles Hotline at (915) 212-HELP (4357). Residents can also call 2-1-1 or visit EPHealth.com under the Vaccination & Immunizations tab.

Measles PSA

###



**Media Contact:** Soraya Ayub Palacios
ayubsx@elpasotexas.gov
915.212.1040