# EXHIBIT 24

THE CITY OF EL PASO TEXAS

MAYOR
Renard U. Johnson

CITY MANAGER
Dionne Mack

CITY COUNCIL
District 1 Alejandra Chávez
District 2 Dr. Josh Acevedo
District 3 Deanna M. Rocha
District 4 Cynthia Boyar Trejo
District 5 Ivan Niño
District 6 Art Fierro
District 7 Lily Limón
District 8 Chris Canales

NEWS RELEASE

03/ 05/ 2026

# Public Health Officials Confirm Additional Measles Cases

## Dashboard Relaunched for Daily Case Updates

**EL PASO, Texas**—The City of El Paso Department of Public Health (DPH) has confirmed two (2) additional measles cases within the City of El Paso, bringing the total number of community cases reported to the City to six (6). The newly confirmed cases involve two males in their 30s with unknown vaccination status.

Public health officials have initiated contact tracing to identify potential exposures and are coordinating with community partners to prevent further spread of the virus, while ensuring readiness and timely communication.

**MEASLES DASHBOARD**

The City has also relaunched its online measles dashboard to provide the community with daily updates on confirmed measles cases.

The dashboard is available at EPHealth.com under the Measles Information page. It is updated daily around 9 a.m. and includes the number of confirmed cases, exposure locations, demographic summaries, and vaccination status when available.

**ADDITIONAL CASES**

In addition to the community cases, DPH is aware of one (1) measles case at the El Paso County Downtown Detention Facility and one (1) additional case reported at the East Montana federal facility; bringing the total number of cases at the federal facility to 14.

The federal facility is outside the City's jurisdiction and case information for this facility is reported through federal authorities. The City is sharing this information for regional awareness and will continue coordinating with federal partners as appropriate. The City's public health laboratory has provided testing support when requested and has supplied vaccine for administration by on-site health providers as part of prevention efforts.

For additional information regarding case counts or operations at this facility, media should contact the U.S. Department of Homeland Security (DHS).

**ABOUT MEASLES**

Measles is a highly contagious virus that can spread rapidly, particularly among unvaccinated individuals. The measles vaccine (MMR) is highly effective, with two doses providing approximately 97% protection. Although rare, vaccinated individuals may still contract the virus, but they are far less likely to experience severe symptoms or transmit it to others.

Public health officials recommend the MMR vaccine to prevent further spread of the disease. Adults under 68 years of age who do not have a record of receiving the vaccine are strongly encouraged to get vaccinated. Pregnant women and individuals with compromised immune systems should not receive the vaccine.

—more—



**Media Contact:** Soraya Ayub Palacios
ayubsx@elpasotexas.gov
915.212.1040

THE CITY OF EL PASO TEXAS

MAYOR
Renard U. Johnson

CITY MANAGER
Dionne Mack

CITY COUNCIL
District 1
Alejandra Chávez

District 2
Dr. Josh Acevedo

District 3
Deanna M. Rocha

District 4
Cynthia Boyar Trejo

District 5
Ivan Niño

District 6
Art Fierro

District 7
Lily Limón

District 8
Chris Canales

Measles spreads through coughing and sneezing and can remain in the air for up to two hours after an infected person leaves the area. Common symptoms include:

- Fever, cough, runny nose, and red eyes
- Rash that begins on the face and spreads downward
- Individuals are contagious from four days before to four days after the rash appears (Day 0 is the day the rash appears)

Those at increased risk include:

- Unvaccinated individuals
- Recent travelers to areas with ongoing measles outbreaks
- Immunocompromised individuals, including pregnant women, people with HIV, and those undergoing chemotherapy or other immunosuppressive treatments

Although approximately 98 percent of El Paso County residents are vaccinated against measles, public health officials remain concerned about unvaccinated or under-vaccinated pockets within the community. Individuals who are not fully vaccinated remain at the highest risk of infection.

Young adults were among the most affected during the previous measles outbreak in El Paso, and the current cases also involve young adults. DPH recommends that young adults review their vaccination status. If vaccination history is unknown, residents should receive one dose of MMR. If vaccination is incomplete, residents should complete the series. Two doses of MMR provide about 97 percent protection. Breakthrough infections are rare, and illness is typically milder with a lower risk of complications and transmission.

## MEASLES VACCINATION CLINICS

To make vaccinations more accessible, DPH offers walk-in immunization services Monday through Friday, from 7:30 a.m. to 4 p.m. (closed from 12 to 1 p.m. for lunch) at the following locations:

- **Lower Valley Community Clinic:** 9341 Alameda Ave.
- **Henderson Community Clinic:** 721 S. Mesa St.
- **Northeast Community Clinic:** 9566 Railroad Dr.
- **Westside Community Clinic:** 7380 Remcon Cir.

Appointments can also be scheduled by calling (915) 212-0200.

For additional information on measles symptoms, vaccination, and potential exposure, the City of El Paso has activated a Measles Hotline at (915) 212-HELP (4357). Residents can also call 2-1-1 or visit EPHealth.com under the Vaccination & Immunizations tab.

**Measles PSA**

###



**Media Contact:** Soraya Ayub Palacios
ayubsx@elpasotexas.gov
915.212.1040