# EXHIBIT 29

**From:** Young, Shane A. (CIV)
**To:** Rita Lomio; Go, Samuel (CIV); Schaeffer, Brian (CIV)
**Cc:** Camp East Montana Co-Counsel; External - S Kumar
**Subject:** RE: MTD Timeline
**Date:** Friday, August 21, 2026 8:54:49 AM
**Attachments:** image001.png
8.11.26 Incomplete Records Example.pdf

---

**This Message Is From an External Sender**
This message came from outside your organization.

Rita,

Please find the below response sent to us from ICE:

> *We have produced all 25 medical records in response to the request for limited discovery, where the appropriate ICE releases/waivers were in place. Because the Protective Order has not yet been finalized those records were designated "Confidential - Subject to Protective Order," based on the parties understanding that they would be treated accordingly while negotiations continued. Following that production, ICE determined that any further production should await finalization and entry of the Protective Order to ensure the appropriate protections are in place for the agency, our client, and any sensitive information at issue.*
>
> *The contractor has attested to/verified the completeness of the medical records. In conducting its review, the contractor identified an oversight involving the records for Jayson Mbabid, consisting of a radiology report and note (three pages total). Records associated with off-site visits are not always immediately available in the contractor's chart and therefore may not have been available at the time of the original request. The contractor has since obtained those records and with the addition of those three pages, has attested to the completeness of the medical record. At this point, ICE is relying on the contractor's confirmation/verification regarding records within its custody and control.*
>
> *To the extent opposing counsel is claiming the medical records are incomplete, we ask that Plaintiffs identify specifically what they contend is incomplete, including any specific records, pages, lab results, radiology reports, or other items they believe are missing. That will allow us to go back to IHSC and the contractor with a targeted request and determine whether any such records exist and, if so, whether they are within ICE's custody or control.*
>
> *ICE's position remains that the Protective Order should be finalized and filed before any additional discovery beyond the medical records already produced is contemplated.*

I will note, I have forwarded them the specific information relayed in your e-mail following the call last week. I have attached that here for your reference. This was ICE's subsequent response to that e-mail.

*We appreciate plaintiffs' earlier identification of records they believed were missing in the August 11, 2026, email you provided. We relied on that information in reaching out to IHSC for coordination with the contractor for review. As a result of that review, the contractor identified and corrected the three-page radiology report omission for Jayson Mbabdid and has since verified the completeness of all the medical records already produced within its custody and control. To the extents the plaintiffs continue to contend that the records are incomplete, we ask that they provide a consolidated specific list of any records they believe remain outstanding. That will allow us to conduct a targeted follow-up with IHSC and the contractor and determine whether any additional records exist and, if so, whether they are within ICE's custody or control. We also understand plaintiffs may have obtained records through requests outside of the limited discovery process. If plaintiffs have obtained such records that they believe are not reflected in ICE's production, we are open to reviewing those records as well.*

Best,

Shane

**Shane A. Young**
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

---

**From:** Young, Shane A. (CIV)
**Sent:** Wednesday, August 19, 2026 2:51 PM
**To:** 'Rita Lomio' <RLomio@aclu.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Schaeffer, Brian (CIV) <Brian.Schaeffer@usdoj.gov>
**Cc:** Camp East Montana Co-Counsel <CampEastMontana-list@aclu.org>; External - S Kumar <skumar@aclutx.org>
**Subject:** RE: MTD Timeline

Good Afternoon Rita,

Acknowledging receipt of your email. I will forward this latest e-mail to ICE.

On the extension: Defendants are unopposed to whatever you think you will need on the discovery reply.

On a meet and confer: Right now, we don't have any more information than has been shared with Plaintiffs during last Tuesday's call, and the subsequent e-mails. Until we receive more information, we believe a meet and confer would not be productive.

Best,

**Shane A. Young**
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

---

**From:** Rita Lomio <RLomio@aclu.org>
**Sent:** Wednesday, August 19, 2026 2:19 PM
**To:** Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Schaeffer, Brian (CIV) <Brian.Schaeffer@usdoj.gov>
**Cc:** Camp East Montana Co-Counsel <CampEastMontana-list@aclu.org>; External - S Kumar <skumar@aclutx.org>
**Subject:** [EXTERNAL] Re: MTD Timeline

Thanks, Shane. We'll review and send any proposed edits and comments back to you.

Any update on the status of the missing medical records? Your email last Friday said that there were technical issues in accessing the medical records, which would be resolved by this week, and that some documents had been produced to ICE but had access limitations that needed to be fixed before the documents could be sent to us. Have those issues been addressed? What are the new medical records, and do they include the missing MARs, labs and lab reports, consultation reports, and sick call requests?

We appreciate your willingness to try to resolve this matter without litigation, but are, as we have noted before, concerned by the continued delays. Our reply brief is due this Friday but we still are not sure what the current status and scope of the parties' dispute is, as we have not been provided with a supplemental production or information on the results of Defendants' verification process.

Do you plan to send us additional medical records this week? If so, and to allow us time to review them for completeness, we may ask the Court for an extension to file our reply until Tuesday, September 1. Do you have any objection to that?

If you do not plan to produce additional medical records, we ask for an urgent meet and confer today or tomorrow morning so we can understand your position.

---

**From:** Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>
**Sent:** Wednesday, August 19, 2026 9:24 AM
**To:** Rita Lomio <RLomio@aclu.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Schaeffer, Brian (CIV) <Brian.Schaeffer@usdoj.gov>

**Cc:** Camp East Montana Co-Counsel <CampEastMontana-list@aclu.org>; External - S Kumar <skumar@aclutx.org>
**Subject:** RE: MTD Timeline

Good Afternoon Rita,

Please find a draft protective order for this case attached. We apologize it has taken this long to get it over to you all. Please provide any comments or edits in redlines for Defendants review.

Best,

**Shane A. Young**
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

---

**From:** Young, Shane A. (CIV)
**Sent:** Monday, August 17, 2026 3:32 PM
**To:** 'Rita Lomio' <RLomio@aclu.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Schaeffer, Brian (CIV) <Brian.Schaeffer@usdoj.gov>
**Cc:** Camp East Montana Co-Counsel <CampEastMontana-list@aclu.org>; External - S Kumar <skumar@aclutx.org>
**Subject:** RE: MTD Timeline

Good Afternoon Rita,

Confirming the receipt of your email. I will forward the information to the client.

Best,

**Shane A. Young**
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

---

**From:** Rita Lomio <RLomio@aclu.org>
**Sent:** Monday, August 17, 2026 3:20 PM
**To:** Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Schaeffer, Brian (CIV) <Brian.Schaeffer@usdoj.gov>
**Cc:** Camp East Montana Co-Counsel <CampEastMontana-list@aclu.org>; External - S Kumar

<skumar@aclutx.org>
**Subject:** [EXTERNAL] Re: MTD Timeline

Hi Shane,

Thanks for letting us know. We are having a hard time understanding why, for two months and counting, Defendants and their medical subcontractor have been unable to produce complete medical records. Maintenance of complete and accurate records, and the ability to produce them on demand, are basic expectations for any competent healthcare provider.

We informed you on July 17 of obviously incomplete medical records, and we informed you on August 6 and again on August 11 that critical documents, including MARs, labs and lab reports, sick call requests, and consultation reports, are missing from other records.

It should be a simple matter to correct Defendants' production and produce complete medical records. Defendants' refusal to do so, continued delays and broken promises, and suggestion to the Court that incomplete records should suffice, *see* ECF 33 at 2, indicate that Defendants are not operating in good faith. *See Lewis v. Cain*, No. 15-318, 2022 WL 1517154 (M.D. La. Apr. 4, 2022) (granting sanctions against defendants for "recalcitrance and delay in producing" MARs in response to a "request for production of the 'complete medical records' of 67 class members," noting that the delayed production "created a hardship on the Plaintiffs' experts' ability to prepare opinions and reports"). We haven't even been able to get a straight answer as to whether the same medical subcontractor has been responsible for healthcare services at Camp East Montana since the facility opened.

We ask that you produce complete medical records for all 25 individuals by COB tomorrow. If you cannot, we ask to meet on Wednesday and request that the staff person responsible for compiling the records be available then to answer questions about where the medical records are stored and how they selected which documents to download. Please let us know when you are available on Wednesday for a meeting.

Rita

---

**From:** Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>
**Sent:** Friday, August 14, 2026 6:12 PM
**To:** Rita Lomio <RLomio@aclu.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Schaeffer, Brian (CIV) <Brian.Schaeffer@usdoj.gov>

**Cc:** Camp East Montana Co-Counsel <CampEastMontana-list@aclu.org>; External - S Kumar <skumar@aclutx.org>
**Subject:** RE: MTD Timeline

Good Evening Rita,

I spoke with ICE this evening and they are "still reviewing and discussing internally what, if any medical documents were missing, and the reason why. Some technical issues arose in accessing the medical records today, which will be resolved by next week."

They have told me there were some issues with access limitations in some documents produced to ICE today. They are working on fixing those and once they can review and send to me, we can get those over to you.

We are also hoping to have the productive order finalized by early next week. We will keep you updated there.

Best,

**Shane A. Young**
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

---

**From:** Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>
**Sent:** Friday, August 14, 2026 4:17 PM
**To:** Rita Lomio <RLomio@aclu.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Schaeffer, Brian (CIV) <Brian.Schaeffer@usdoj.gov>
**Cc:** Camp East Montana Co-Counsel <CampEastMontana-list@aclu.org>; External - S Kumar <skumar@aclutx.org>
**Subject:** Re: MTD Timeline

Thanks Rita!

I am also waiting to hear back from ICE on the medical records response.

I will let you know what I hear on that.

Best,

**Young, Shane A. (CIV)**

| | |
|---|---|
| **From:** | Rita Lomio <RLomio@aclu.org> |
| **Sent:** | Tuesday, August 11, 2026 3:29 PM |
| **To:** | Young, Shane A. (CIV); External - S Kumar; Go, Samuel (CIV) |
| **Cc:** | Camp East Montana Co-Counsel; Schaeffer, Brian (CIV) |
| **Subject:** | [EXTERNAL] Re: Angye v. ICE, Case No. 3:26-cv-1515 (W.D. Tx.) |

Hi Shane and Brian,

Thanks for talking today. When we met, you said that Defendants intend to provide information by this Friday about the completeness of medical records produced to us. In light of that, would you agree to a seven-day extension of time for Plaintiffs to file our reply in support of the motion for limited expedited discovery? (The reply is due this Thursday, so that would move the deadline to next Thursday.)

As you requested, I'm also providing in this email more information about the concern I shared last week regarding incomplete medical records: It appears that almost all records produced are missing MARs, sick call requests, lab results, and consultation reports. That's not necessarily an exhaustive list of missing documents — just what we noticed on a first review.

To give an example of an incomplete medical record: the medical record produced for Patient #5 in Batch 1 includes a Patient Document Upload Summary (0000703). That lists, for example, a MAR with a "Document Date" of 6/2/2026 9:27:10 AM. There's an entry for that MAR, which suggests that a PDF with the filename "208547892_D_D_MAR.pdf" was uploaded to the medical record on 6/2/26 (0000768). We don't see a copy of the MAR itself (that is, the PDF with the filename "208547892_D_D_MAR.pdf") in the medical record produced to us.

As I mentioned, the two records you shared with us in Batch 3 appear to include some of those uploaded documents (*see, e.g.*, sick call request at 0003009 for Patient #1).

Hopefully this should be an easy fix of just downloading the complete medical record with all sections of the medical record selected. I'm not sure what the Camp East Montana electronic medical record system looks like specifically, but I understand there usually is a "Reports" section where you can click "Send All." The medical record clerk (or whoever is downloading the medical record) should make sure all sections are selected and should not unclick any section.

Does that make sense? Feel free to give me a call if you want to talk anything through.

Rita

---

**From:** Rita Lomio <RLomio@aclu.org>
**Sent:** Friday, August 7, 2026 12:27 PM
**To:** Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>; External - S Kumar <skumar@aclutx.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>
**Cc:** Camp East Montana Co-Counsel <CampEastMontana-list@aclu.org>; Schaeffer, Brian (CIV) <Brian.Schaeffer@usdoj.gov>
**Subject:** Re: Angye v. ICE, Case No. 3:26-cv-1515 (W.D. Tx.)