# EXHIBIT 30

**From:** Young, Shane A. (CIV)
**To:** Rita Lomio; External - S Kumar; Go, Samuel (CIV)
**Cc:** Camp East Montana Co-Counsel; Schaeffer, Brian (CIV); Mercado-Santana, Victor M. (CIV)
**Subject:** RE: Angye v. ICE: Ongoing Requests for Medical Records
**Date:** Monday, August 10, 2026 1:13:27 PM
**Attachments:** image004.png
image008.png
image009.png
image013.png

---

**This Message Is From an External Sender**
This message came from outside your organization.

Good Afternoon Rita,

Acknowledging the below e-mail. I have sent Plaintiffs requests and concerns to ICE.

Best,

**Shane A. Young**
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

---

**From:** Rita Lomio <RLomio@aclu.org>
**Sent:** Monday, August 10, 2026 3:32 PM
**To:** Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>; External - S Kumar <skumar@aclutx.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>
**Cc:** Camp East Montana Co-Counsel <CampEastMontana-list@aclu.org>; Schaeffer, Brian (CIV) <Brian.Schaeffer@usdoj.gov>; Mercado-Santana, Victor M. (CIV) <Victor.M.Mercado-Santana@usdoj.gov>
**Subject:** [EXTERNAL] Angye v. ICE: Ongoing Requests for Medical Records

Hi Shane,

I am writing to follow up on our repeated requests for clarification regarding the process of requesting medical records from Camp East Montana and the status of our pending requests.

As you know, and as set forth in great detail in the declaration of Charlotte Weiss in support of our motion for limited expedited discovery, ECF No. 13-4, we have attempted to obtain medical records from Camp East Montana since March 2026. On May 6, 2026, Defendant Garite directed us to submit requests for medical records to ElPaso.Outreach@ice.dhs.gov. *See id.* para. 41. We have done so repeatedly, including on May 18, May 19, May 22, June 11, June 15, July 2, and August 7, and yet have received

no response to our requests. When we sought clarification from you, we haven't been able to get a straight answer.

- On July 27, 2026, you referred us to the National Detainee Handbook and the National Detention Standards—both of which we are already familiar with—and noted the process as follows: "While a detainee is in ICE custody, they have the right to request a copy of their medical records at any time. To initiate this process, the detainee should consult the facility's local handbook for specific procedures, as these may vary by location. . . . If a detainee wishes to have their medical records released to a third party, such as a[n] . . . attorney, . . . they must submit a written request to the facility."

- That same day, we requested a copy of the Camp East Montana handbook you referenced in your email, asked about the status of our pending requests, and asked if it is Defendants' position that we need to submit our requests in a different way than Defendant Garite had instructed. (We believe that the process we've been using complies with the process outlined in your email.)

- On August 3, 2026, you apparently refused to provide us with a copy of the handbook you had referenced, told us that our "outstanding requests are still pending" but "ICE will not be able to provide a specific production date" because "requests for medical records are handled pursuant to established procedures" (without identifying those established procedures or timelines), and stated "[t]o the extent further clarification is needed, ICE is clarifying that requests for detainees medical records are governed by the established procedures previously communicated."

The lack of clear information on this issue is nothing short of extraordinary; ICE's failure to produce medical records from Camp East Montana is in violation of its own policies and the law. *See, e.g.,* ECF No. 13 at 9-10. It is what led us to file the motion for limited expedited discovery on June 2. We had thought, by now, we would have been able to collaboratively resolve issues with requesting records from Camp East Montana. In other litigation, we have been able to work out a system where medical records from an ICE detention facility are produced to us within days of a request.

The inability of Camp East Montana to timely produce medical records raises serious concerns about the adequacy of the medical service provider and ICE oversight. We ask that you immediately work with facility leadership to ensure that requested medical records are produced within a week of a request and that the facility produce medical records to us for all pending requests by next Wednesday. Unless the facility starts to

comply with ICE's own stated policies, we likely will have no choice but to continue to seek relief through the Court.

Rita

**Rita Lomio**
Pronouns: she/her/hers

Senior Counsel, Immigration Detention
National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
(415) 772-0942 | rlomio@aclu.org
aclu.org
ACLU

---

**From:** Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>
**Sent:** Monday, August 3, 2026 5:14 AM
**To:** External - S Kumar <skumar@aclutx.org>; Rita Lomio <RLomio@aclu.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>
**Cc:** Camp East Montana Co-Counsel <CampEastMontana-list@aclu.org>; Schaeffer, Brian (CIV) <Brian.Schaeffer@usdoj.gov>; Mercado-Santana, Victor M. (CIV) <Victor.M.Mercado-Santana@usdoj.gov>
**Subject:** RE: Angye v. ICE, Case No. 3:26-cv-1515 (W.D. Tx.)

Good Morning Rita,

I am forwarding ICE's responses to inquiries made by Plaintiffs last week. Please see below:

***Medical Record Requests at CEM***

*Would you please provide a copy of the Camp East Montana handbook? (Your email states: "To initiate this process, the detainee should consult the facility's local handbook for specific procedures, as these may vary by location.")*

As previously discussed, the Camp East Montana Facility Handbook is a facility-specific document maintained by the detention facility. The handbook is provided to detainees while they are housed at the facility, which contains facility-specific operational information.

*What is the status of the medical record requests we have submitted to the facility, as directed by AFOD Garite? When can we receive them?*

ICE understands that Plaintiffs submitted requests for medical records directly to the facility. Those outstanding requests are still pending. Because requests for medical records are handled pursuant to established procedures, ICE will not be able to provide a specific production date.

*Is it Defendants' position that the process directed by AFOD Garite is incorrect, and we need to submit requests a different way than we have been doing to date? We couldn't tell from your email.*

ICE is not taking the position that our clients communications were incorrect. Rather, ICE's understanding is that Plaintiff's interpreted those communications as establishing the applicable process for requesting detainee medical records.

Our understanding is that Plaintiffs submitted requests directly to the contractor and other contacts instead of following the established process for requesting detainee medical records. ICE's subsequent communications were intended to provide direction to Plaintiffs on how to route their requests. The outreach box was intended to facilitate routing requests to the appropriate personnel. It was not intended to establish or replace the governing process for requesting detainee medical records. As noted in the NDS, detainees housed at the facility may request records through their designated ICE officer, who initiates the medical records process.

Additionally, ICE informed opposing counsel of the proper process for obtaining medical records for detainees no longer in custody at CEM, via FOIA, which is consistent with the NDS and NDH.

To the extent further clarification is needed, ICE is clarifying that requests for detainees medical records are governed by the established procedures previously communicated.

Best,

**Shane A. Young**
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

---

**From:** Young, Shane A. (CIV)
**Sent:** Wednesday, July 29, 2026 2:26 PM
**To:** 'Savannah Kumar' <skumar@aclutx.org>; Rita Lomio <RLomio@aclu.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>
**Cc:** Camp East Montana Co-Counsel <CampEastMontana-list@aclu.org>; Schaeffer, Brian (CIV) <Brian.Schaeffer@usdoj.gov>; Mercado-Santana, Victor M. (CIV) <Victor.M.Mercado-Santana@usdoj.gov>
**Subject:** RE: Angye v. ICE, Case No. 3:26-cv-1515 (W.D. Tx.)