# EXHIBIT 32

| | |
|---|---|
| **From:** | Rita Lomio |
| **To:** | Young, Shane A. (CIV); Schaeffer, Brian (CIV); Go, Samuel (CIV) |
| **Cc:** | Camp East Montana Co-Counsel; External - S Kumar; CampEastMontana |
| **Subject:** | Re: Examples of Incomplete Medical Records |
| **Date:** | Wednesday, September 9, 2026 3:49:09 PM |
| **Attachments:** | image.png<br>image.png<br>2026.09.09 Plfs List of Incomplete Medical Records.pdf |

Hi Shane,

I am following up on our meeting earlier today about incomplete medical records. As promised, attached please find a longer list of medical records that appear to be missing. As before, this list is not necessarily exhaustive; it is possible that there are more missing documents that are not readily identifiable from what was produced to us.

You asked today about blood glucose summaries. It is our understanding that when blood glucose monitoring is ordered (for example, on a weekly or daily basis), the medical record should include documentation of the values recorded. It is our understanding that medical records often include that information in graph form, so medical staff can see the information across time.

We appreciate you looking into these issues. Again, producing complete medical records should not be difficult or onerous. We're hoping that rather than search for each document on this list one-by-one, the medical record custodian will be able to determine what went wrong in how they collected the records initially.

Rita

**Rita Lomio**
Pronouns: she/her/hers

Senior Counsel
National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
(415) 772-0942 | rlomio@aclu.org
aclu.org
ACLU

*This message may contain information that is confidential or legally privileged. If you are*

*not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Rita Lomio
**Sent:** Wednesday, September 2, 2026 4:05 PM
**To:** Young, Shane A. (CIV) <shane.a.young@usdoj.gov>; Schaeffer, Brian (CIV) <brian.schaeffer@usdoj.gov>; Go, Samuel (CIV) <samuel.go@usdoj.gov>
**Cc:** Camp East Montana Co-Counsel <CampEastMontana-list@aclu.org>; External - S Kumar <skumar@aclutx.org>
**Subject:** Examples of Incomplete Medical Records

Hi Shane,

Thanks for talking yesterday. Attached please find a list of potentially missing medical records from a handful of patient charts. This list is not exhaustive; it is possible that there are more missing documents that are not readily identifiable from what was produced to us. As we discussed, we are sending a list for only four charts now in the hope that based on this information, Defendants can identify and correct any errors in their production process that led to incomplete medical records being produced.

To help your team review, we've included a description of missing documents and the Bates number of the page that led us to believe each document exists. In developing the list, we relied on the following:

- If a patient is prescribed and administered medication, there should be a corresponding Medication Administration Record (MAR).
- If a patient is seen offsite by a specialist, there should be records of such visit, including the specialists' findings and visit notes.
- If labs are ordered and completed, or if lab results are discussed during a medical encounter, there should be corresponding lab results.
- If a patient is seen for a sick call visit, there usually should be a corresponding sick call request from the patient identifying the problem and need for care.
- If a patient is diabetic, their blood glucose is monitored and documented regularly, including in a blood glucose summary.
- There should be medical records available for the entire time period that a patient was held at the facility, including a medical transfer summary for patients who were transferred out of Camp East Montana during the production period.

The third and fourth records listed in the attached document were produced in a different format from the others, as a "Patient PDF Report." Do you know how that was generated, and what that includes?

Let us know if you have any questions. We appreciate you working to resolve this issue.

Rita

**Rita Lomio**
Pronouns: she/her/hers

Senior Counsel
National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
(415) 772-0942 | rlomio@aclu.org
aclu.org
ACLU

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*