# EXHIBIT 33

**From:** Young, Shane A. (CIV)
**To:** Rita Lomio; Go, Samuel (CIV); Schaeffer, Brian (CIV)
**Cc:** Cynthia Castillo; Daniel Hatoum; External - S Kumar; Weiss, Dominic (CIV); Sofia Gonzalez
**Subject:** RE: Protective Order & Medical Records
**Date:** Wednesday, September 30, 2026 7:26:15 AM
**Attachments:** image001.png

**This Message Is From an External Sender**
This message came from outside your organization.

Good Morning Rita,

I have forwarded the below request to ICE, and I will let you know when we get a response back. I would hesitate on scheduling a call right now. I did ask them to provide a timeline on the responses, so when I get that, we can send out availability for a call.

In another request, Defendants are reaching out to see what Plaintiffs' position is on a 21-day extension of the Response deadline. Currently we are scheduled to answer or otherwise respond to the Complaint on October 6. Given Plaintiff's push of the discovery deadline, we would like to push back the response deadline by 21 days.

Can you please provide Plaintiffs' position?

Best,

**Shane A. Young**
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

---

**From:** Rita Lomio <RLomio@aclu.org>
**Sent:** Tuesday, September 29, 2026 9:40 AM
**To:** Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Schaeffer, Brian (CIV) <Brian.Schaeffer@usdoj.gov>
**Cc:** Cynthia Castillo <CCastillo@fbm.com>; Daniel Hatoum <daniel@texascivilrightsproject.org>; External - S Kumar <skumar@aclutx.org>; Weiss, Dominic (CIV) <Dominic.Weiss@usdoj.gov>; Sofia Gonzalez <SGonzalez@aclu.org>
**Subject:** [EXTERNAL] Re: Protective Order & Medical Records

Hi Shane,

Thanks for meeting last week. We've reviewed Defendants' 9/21/26 medical record production and, unfortunately, it looks like it largely is duplicative of previously

produced records and many medical records are still missing. Can you explain how and by whom the records in the 9/21/26 production were compiled, and how that differs from how and by whom the previously produced records were compiled?

In addition, would you please provide an update on (1) locating the missing records we identified on September 2 and 9, (2) identifying the custodian(s) of the medical records, (3) identifying who can certify that all available medical records have been produced (Item #2 in my 8/25/26 letter), (4) the status of our pending requests to the facility for medical records (Item #4 in my 8/25/26 letter), and (5) ICE's expectations regarding how quickly Camp East Montana should produce medical records to a patient or their representative after receiving a written request (Item #5 of my 8/25/26 letter)?

We're happy to meet this Wednesday or Thursday to discuss these topics, or you can provide an update by email if that's easier.

Rita

**Rita Lomio**
Pronouns: she/her/hers

Senior Counsel
National Prison Project
American Civil Liberties Union
425 California Street, Suite 700
San Francisco, CA 94104
(415) 772-0942 | rlomio@aclu.org
aclu.org
ACLU

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Samantha Weaver <SWeaver@aclu.org>
**Sent:** Tuesday, September 22, 2026 10:42 AM
**To:** Young, Shane A. (CIV) <Shane.A.Young@usdoj.gov>; Rita Lomio <RLomio@aclu.org>; Go, Samuel