# EXHIBIT 36

# Camp East Montana

## Local Supplement of the ICE National Detention Center

CAMP EAST MONTANA

EL PASO TEXAS

# Detainee Handbook

Revised 5/2026

# Contents

INTRODUCTION ..... 5
Facility Contact Information ..... 7
I. Arrival ..... 8
The Admission Process ..... 8
Property Return ..... 9
Lost, Damaged, or Missing Property ..... 9
Detainee Classification ..... 9
Classification Appeals ..... 10
Medical Examination ..... 10
II. Facility Operations ..... 11
Tobacco Policy ..... 11
Living Quarters ..... 11
Emergency Procedures ..... 12
Inspections of People and Property ..... 12
III. Facility Services ..... 14
Meals ..... 14
Clothing ..... 14
Personal Hygiene ..... 15
How to Protect Yourself and Others ..... 15
IV. Medical Services ..... 15
Medical Orientation and Health Information ..... 15
Arrival ..... 16
Physical Exam ..... 16
Emergency Services: ..... 16
Additional Services ..... 16
Medical Complaints/Grievances ..... 16
Emotional Difficulties ..... 17
Medications ..... 17
Proper Shoes and Clothes ..... 17
Toilet Use ..... 17

Hand Washing ..... 17
Showering/Personal Care ..... 18
Bed Safety ..... 18
Good Health ..... 18
Dental Care ..... 18
Non-Violence ..... 19
Getting Along with Others ..... 19
DEALING WITH STRESS ..... 19
PHYSICAL SIGNS OF STRESS ..... 19
EMOTIONAL SIGNS OF STRESS ..... 19
BEHAVIORAL SIGNS OF STRESS ..... 20
WHAT YOU CAN DO TO LOWER YOUR STRESS ..... 20
V. Detention Services ..... 22
Visitation ..... 22
Special Correspondence or Legal Mail ..... 24
Rejection of Incoming and Outgoing Mail ..... 25
Recreational Facilities ..... 29
Detainee Funds ..... 29
Religious Services ..... 30
Library ..... 31
Law Library ..... 31
Detainee Request ..... 31
Detainee Needs Forms ..... 32
Complaints and Grievances ..... 32
Emergency Grievances ..... 34
Marriage Request ..... 34
Group Legal Rights Presentation ..... 34
Legal Representation and Aid ..... 35
Consulate and Immigration Court ..... 35
VI. Disabled and Limited in their English Proficiency ..... 36
Disability Accommodations ..... 36

Language and Communication Assistance ........ 36
VII. Prohibited Acts and Sanctions ........ 37
Basic Code of Behavior / Responsibilities ........ 37
Notice to Detainees ........ 43
Disciplinary System ........ 44
Administrative Violations ........ 44
Staff Representation ........ 45
Criminal Violations ........ 46
VIII. Sexual Assault Awareness ........ 47
Prohibited Acts ........ 48
Detention as a Safe Environment ........ 49
Confidentiality ........ 49
Avoiding Sexual Assault ........ 49
Report All Assaults ........ 49
Next Steps after Reporting a Sexual Assault or Attempted Sexual Assault ........ 51
Understanding the Investigative Process ........ 52
The Emotional Consequences of Sexual Assault ........ 52
IX. Facility Schedules ........ 53
General Visitation Schedule ........ 53
Deportation Officer Dormitory Visitation Schedule ........ 53
Mealtimes ........ 53
Law Library Schedule ........ 53
Barber Shop Schedule ........ 53
Clothing Exchange Schedule ........ 53
Recreation Schedule ........ 53
Group Legal Rights Presentations Schedule ........ 53

# INTRODUCTION

You are currently in the custody of the U.S. Immigration and Customs Enforcement's (ICE) Office of Enforcement and Removal Operations (ERO). You are detained at Camp East Montana (CEM) located in El Paso, Texas. Your case may be heard by an Immigration Judge who will determine your eligibility to remain in, or be removed from, the United States.

It is the policy of ICE/ERO to provide you with a safe and secure environment while you await your Immigration Court proceedings or removal from the United States. This supplement to the National Detainee Handbook contains essential information relating to the various aspects of your responsibilities, rights, and privileges; therefore, you should read this supplement in its entirety as soon as possible. It is recommended that you contact your nearest staff member to resolve any questions concerning the information discussed in this supplement.

Orders and verbal instructions by staff members will be obeyed immediately and without disruptive behavior. Failure to comply with orders and verbal instructions may result in disciplinary sanctions being imposed on you.

CEM operates on the belief that detainees, staff members and facility visitors should be given the degree of respect and understanding that **every** person deserves. You will earn or lose respect and understanding by your own conduct and attitude toward others.

The function of this facility is to detain individuals who are awaiting court or removal. Facility staff provides care, custody, and control. Care involves providing various services and programs. Custody requires necessary security restrictions. Control ensures the proper steps are in place to always maintain order.

The following guidelines are fundamental to the operation of this detention facility. You are required to carry out any order or directive issued by a staff member. If you receive two conflicting orders, you must carry out the last order given. Whether you agree or disagree with an order given, you are required to follow the order. If you feel it necessary, you will have the option of filing a formal complaint with the appropriate staff member via a grievance form or electronic grievance.

The purpose of this handbook is to provide you with general information. When CEM policies are changed, you will be given notice of the change(s), and the most current policy will become effective regardless of what information is in this handbook.

The information in this handbook will help you understand what you will encounter when you arrive at CEM. This handbook does not cover all detailed policies of CEM or all procedures in effect at the facility. That information will be made available to you during the facility's orientation program.

This handbook will be issued to you at the time of admission, and you are required to keep it until the time you are released. When you are released, the handbook needs to be returned to CEM staff in good condition. You are expected to conduct yourself in an orderly and mature manner and to respect the rights of others. Some of the programs and services available to you are mentioned in this handbook. You may get more information about available programs or services by sending a request to the staff member in charge of the program or service. You are encouraged to discuss your needs, goals, and interests with staff. Your conduct and attitude will be observed and will be reviewed by staff when they consider you for programs, parole, bond, and other privileges. You should try to make good use of the time you are in CEM by using programs and services to better yourself.

You are responsible for reading your handbook and following all CEM's rules and regulations. When a rule is modified, a notice will be posted in the housing unit or appropriate areas. When a rule change is made, you will either be issued a bulletin that outlines the changes, or a notice will be posted on the housing unit bulletin boards. Close observance of CEM rules and regulations will prove beneficial in receiving a considerable number of privileges that will make the period of confinement less stringent. Failure to comply with the rules and regulations will result in failure to earn those privileges and deter favorable consideration for programs. Failure to comply with, may, in some cases, be a justifiable cause for the detainee to receive discipline.

Most detainees desire to spend their time in the best and most effective way possible. While at CEM, management is committed to protecting your health and welfare.

There are many beneficial programs available to detainees, and it is anticipated that each detainee will fully take advantage of all programs which serve their individual needs. While housed at CEM, staff members and specialists will counsel and assist each detainee in making the best choice of a suitable program. However, each detainee is personally responsible for his/her own progress, work performance, educational development, and social growth.

No detainee may ever be given authority over or be permitted to exert control over any other detainee.

**Translations and Access for Limited English Proficient Detainees**

If a detainee cannot read or does not understand the language of the handbook, the Facility Director (FD) shall provide the material using audio or video recordings in a language the detainee does understand, arrange for the orientation materials to be read to the detainee, or provide a translator or interpreter within a reasonable amount of time.

**DO NOT MARK IN THIS HANDBOOK OR CAUSE DAMAGE TO ITS CONTENTS.**

It must be returned in good condition prior to your release.

**Facility Contact Information**

The facility mailing address is:

**6920 Digital Road**
**El Paso, TX 79936**

The facility phone number and email:

**(915) 208-0980**
ElPaso.Outreach@ice.dhs.gov

ICE El Paso Field Office:

Address: 11541 Montana Ave
Suite E
El Paso, TX 79936
(915) 225-1901

Hours: **8:00 a.m. – 4:00 p.m.**
**Monday – Friday**

Mail procedures are described in the Detention Services section of this supplement.

# I. Arrival

**The Admission Process**

### A. Upon Arrival

You will be searched when admitted into the facility. We search for contraband to protect you and others from weapons or anything else that could cause harm. You may be strip searched only when there is reasonable suspicion and articulable facts that contraband may be concealed on your person. When you arrive, a staff member will store your clothes, personal property and valuables for safekeeping. Your money will be collected, and a receipt will be issued to you. An itemized detainee property receipt will be given to you for all your belongings to keep your property safe.

Personal property of forty (40) pounds or less will be stored at CEM until you are released from the facility. If you have excessive baggage, over forty (40) pounds, the excess property will be shipped to the address you provide at your expense. If your property is returned to our facility and you are no longer here, we will send a certified letter to your last known address. If you refuse to cooperate by providing an appropriate mailing address or is financially able but unwilling to pay for shipping, the facility will coordinate with ICE/ERO to dispose of the property after providing you with written notice. If your property is not claimed within thirty (30) days, the property will be considered abandoned. Abandoned property will be either used by the government or destroyed.

**B. Items you are authorized to keep in the housing unit** You

are permitted to keep:

1. small religious items,
2. simple wedding bands
3. religious books and personal reading materials (soft cover only),
4. legal documents,
5. photos (5x7 or smaller, non-pornographic), no more than ten (10),
6. prescription glasses,
7. dentures, and
8. address book, correspondence, and other items approved by a staff member.

### C. Items issued to you

1. Three (3) full sets of undergarments,
2. Shoes, shower shoes, or one pair of Crocs style shoes that can be worn both in the shower and outdoors, one towel and bed linen (sheet and blanket),
3. A complete set of personal hygiene items,
4. Three (3) full sets of uniforms, and four sets of socks and underwear.
5. Detainee handbooks (National Detainee Handbook & Local Supplement)
6. Identification wrist band (issued wrist band must remain on until removed by an officer)

## Property Return

Upon release, you will be given back your property, including the clothes you wore when you arrived. These will be listed on the receipt you received when you arrive. Make sure to check your receipt. If you do not receive all of your property, ask a staff member for a missing property form. If your clothing is not appropriate for the weather outside, ask a staff member or ICE/ERO officer for weather appropriate clothing.

## Lost, Damaged, or Missing Property

During your detention, if any of your property is lost, damaged, or missing, you should submit a detainee request to contact staff to initiate an investigation. Supervisory staff shall investigate and, if necessary, take prompt action to prevent further loss. If necessary, a missing property form will be provided to further investigate the lost or damaged claim.

## Detainee Classification

Using the Classification System specified in the national ICE standard, you will be classified at either low, medium or high custody. You will be assigned a housing unit according to your classification level. The color of your issued uniform will easily identify your classification level. Your classification level may be adjusted according to your conduct at this facility.

### Classification Levels/Guidelines

Low Custody (Blue)

- Low custody detainees may not be comingled with high custody detainees.
- May not include any detainee with an arrest felony conviction that included an act of physical violence.
- May not include any detainee with a felony conviction for an offense that is listed under the "High" or "Highest" section of the severity of offense guideline.
- May include detainees with minor criminal records and non-violent felonies.

Medium Custody (Orange)

- Low custody detainees and medium-low custody detainees may comingle.
- Medium-high custody detainees and high custody detainees may comingle.
- May not be co-mingled with high or low custody detainees. May not include a detainee whose most recent conviction was for any offense listed under the "Highest" section of the severity of offense guideline.
- May not include any detainee with a history or pattern of violent assaults whether convicted or not. A pattern is considered established for purposes of this guideline when an arrest record reveals two (2) or more arrests within the last five years for assault where force was used against another person with the intent to commit bodily harm.
- May not include a detainee convicted for assault on a correctional officer while in custody or where a previous institutional record suggests a pattern of assaults while in custody.

High Custody (Red)

- High custody detainees may not be comingled with low custody detainees.
- May be reclassified to medium only based on institutional behavior provided items under medium custody guidelines above do not apply (detainee must be in custody for a minimum of sixty (60) days before reclassification).

- High custody detainees shall not be assigned work duties outside their assigned living areas.
- High custody detainees.
  - are considered high-risk,
  - require medium- to maximum-security housing, and
  - are always monitored and escorted.

**Classification Appeals**

To file an appeal of the classification officer's determination, you may file a written or electronic formal grievance. Locate the box marked "Classification Appeal" on the grievance form and place a checkmark in the box. Complete the form and place it in the secure box in your housing unit labeled "Grievance Box." You may also submit the form to the Grievance Officer during his/her visits to your housing unit. Another detainee or facility staff may help you to prepare your appeal. If you are illiterate, disabled, or non-English speaking, you will also be helped upon request.

**Medical Examination**

Medical staff will conduct a pre-screening interview to assess your physical and mental health as part of the intake process. If you have any health conditions that require immediate attention from a medical provider, please inform our staff during your intake process. You will undergo a thorough medical examination conducted by approved medical examiners within fourteen (14) days after your arrival. If you prefer, you may request to speak directly with medical staff about your health concerns. Any information you provide to our medical staff will be treated with **strict confidentiality**.

More information can be found in the Medical Services section of this supplement.

# II. Facility Operations

**Tobacco Policy**

The use of tobacco products is prohibited in all areas at this facility. If you are found with any tobacco products, you will be charged and sanctioned accordingly.

**Living Quarters**

The housing units at this detention center are comprised of sleeping quarters and dayrooms. The dayrooms are available for leisure activities (i.e., reading, writing, watching television, using tablets, and playing various table games). Both the sleeping quarters and the dayroom must be maintained in a clean and orderly manner.

**A. General Rules for Living Area**

1. Lights are turned on at 5:00 a.m. every day. The lights are turned off at 10 p.m. Sunday through Thursday, and at 11 p.m. Friday and Saturday. When the lights are off, the dayroom is restricted. No detainees will be permitted outside of their assigned beds unless authorized by facility staff.
2. You will immediately make your bed upon waking up and it will remain made when not being occupied. You are required to keep your immediate area clean.
3. You are **prohibited** from keeping personal items between the mattress and bed frame. Sharing your storage bin is prohibited.
4. The hanging of sheets, blankets, clothing, pictures, or other items from sash-bars, headboards, overhead lights, air vents or walls is **not** permitted.
5. The housing unit officer will control the television sets in the dayroom.
6. You are solely responsible for funds and property in your possession.
7. You **may not** change your assigned bed by your will.
8. Entering a housing unit or living area other than the one assigned to you **is strictly prohibited**.

B. Special Housing Units

CEM uses the following types of segregation to house detainees who require more intensive supervision:

**Administrative Segregation** is a special housing unit for detainees who are.

1. Awaiting an investigation/hearing for prohibited act(s).
2. Under medical observation.
3. Pending transfer or release within twenty-four (24) hours.
4. A security risk (a detainee that might escape or endanger others).
5. In protective custody (the government is protecting a detainee from outside harm).

The administrative segregation order shall be provided to you within 24 hours of placement in administrative segregation and its contents communicated to you in a language or manner that you can understand.

All detainees located in administrative segregation shall have their cases reviewed within three (3) working days. After seven (7) days in administrative segregation, a supervisor will conduct another review of your case to determine whether continued segregation is warranted. You may appeal the administrative segregation order or the review decision, in writing, to the CEM Facility Director or designee using a Detainee Grievance Form. Follow the instructions provided in the section of this handbook titled "Complaints and Grievances."

Disciplinary Segregation is for detainees who:

1. Are serious disruptions in the general population.
2. Require additional physical confinement.
3. Have received a sanction for committing prohibited act(s).

A case review will be conducted on all detainees placed in disciplinary segregation every seven (7) days to ensure that the detainee is abiding by all rules and regulations, and is offered showers, meals, recreation, etc. You may appeal the disciplinary segregation order or the review decision, in writing, to the CEM Facility Director or designee using a Detainee Grievance Form.

Follow the instructions provided in the section of this handbook titled "Complaints and Grievances."

**Emergency Procedures**

You are required to participate in fire drills and live emergencies. Follow officer instructions to promptly evacuate to safety.

**Inspections of People and Property**

**A. Contraband**

Contraband pertains to anything prohibited by law or regulation to include items that can reasonably be expected to cause personal injury or adversely affect the safety, security, or orderly running of the facility. All items of contraband are strictly prohibited. Any facility-approved auxiliary aids, services, or other disability-related items used by a detainee with a disability shall not be considered contraband. Contraband items include but are not limited to:

1. Any illicit drug, intoxicating beverage, tobacco products, weapons, and/or any other article that if used or possessed would endanger the safety and security of the facility.
2. Any item that could be used as an aid to escape.
3. Any item which could be used to disguise or alter the appearance of a detainee.
4. Any article of clothing or item for personal use or consumption which has not been approved by the facility.
5. Any article of clothing or item for personal use or consumption that has been altered from its original form or is being used for other than its intended purpose.
6. Excessive amounts of any normally authorized item.
7. Any equipment that can be used to make photographs, audio, or video recordings.
8. Any item found in the possession of someone other than the proper owner.

All contraband shall be processed in accordance with established facility policy and procedure. Detainees found in possession of contraband shall be subject to disciplinary action.

**B. Inspection**

1. You will be searched when there is reasonable suspicion to believe you may have contraband concealed on your person. Searches are also routine requirements when entering or exiting any area throughout the facility. Unscheduled searches of the facility, detainees, and property will be conducted as deemed necessary. All searches are a means of interdicting contraband and ensuring safe and sanitary conditions within the facility. Searches are not used as a form of punishment. If you refuse to be searched, you will be subject to disciplinary action. Strip searches may be required when there is reasonable suspicion that a detainee may be concealing a weapon or other contraband.

**C. Confiscation of Contraband**

1. Any contraband will be confiscated during a search. If you believe that items taken from you should not have been taken, you may request a review of the decision utilizing the ICE Detainee Request Form.
2. All illegal contraband confiscated from you will be given to the appropriate law enforcement agency for possible criminal prosecution.
3. If a contraband item is found in a package or mail sent to you, you will be notified within twenty-four (24) hours if it does not constitute a criminal offense.

**D. Head Counts**

Official head counts are conducted routinely. During all official counts, there will be no movement or talking. You are required to stay on your assigned bed until the count is correct.

The official count times are:

- 5:30 a.m.
- 1:00 p.m.
- 7:00 p.m.

Additional counts will be conducted as needed.

# III. Facility Services

## Meals

All meals provided are approved by a certified dietician, are nutritionally balanced, and are properly prepared. Meals are served in clean and safe surroundings. **There are no pork products served in this facility.** The use of food, withholding of food, or variation from the standard menu, as a disciplinary measure or reward is prohibited. With appropriate approval, you may have access to the Common Fare menu. This menu includes kosher, religious, and vegetarian diets.

Religious and kosher diet requests must be made through the Religious Coordinator. Detainees with approval for a kosher or religious diet that are found to be giving them away, or eating a regular meal, shall have this privilege terminated. Medical diets, as required for medical reasons only, are provided by the Food Service Department upon receipt of written instructions from the facility Clinical Director.

Meals will be served in each housing unit. Each detainee is allowed one (1) meal to be consumed during mealtime. Detainees who are housed in the Special Management Unit (SMU) will be served in their cells.

During mealtimes, detainees are allowed to keep commissary purchased items in their personal area. This is restricted to sealed manufacturer's items (chips, beverages, cookies, condiments, etc.), and only if the items are sealed/unopened. Detainees are not allowed to keep any perishable items (sandwich, milk, etc.) whether open or unopened. If it is found outside of meal hours, it will be considered contraband, and the detainee will be subject to disciplinary action. No food or drink will be left on the table after meals.

## Clothing

### A. Dress Code

1. Anytime a detainee is outside of their housing unit, they must wear a complete uniform (shirt, pants, and authorized shoes). Shirts must be always tucked into the pants. While in the housing unit or recreation area, the uniform shirt may be removed, only if a t-shirt is worn.
2. Shower shoes may not be worn outside of the housing unit or in any recreation area. When Crocs style shoes are issued, they may be worn in showers and outdoors.
3. Hats or other head covers will not be authorized for the general population unless approved as religious items by the facility Chaplain.
4. Hoodie head cover will not be worn while indoors. Example, housing units, medical, law library, hold rooms, visitation area, etc.
5. Pants must be worn at a point above the waist that prevents the crease of the buttocks or undergarments from showing, regardless of the length of the shirt.
6. Detainees will walk about the facility with their hands behind their back and may not place them inside the waistband of their pants, regardless of weather conditions.
7. No article of clothing may be worn in a manner not intended for that item (using a shirt as a head band or head cover, rolling up pant legs or tucking pant legs inside your socks, etc.).
8. No alteration or modification of issued clothing will be allowed.

If you do not comply with the dress code and grooming standards, you will be subject to disciplinary action.

**B. Clothing Exchange**

Clothing exchange will be made on a one-for-one basis according to the schedule posted in your housing area. You are prohibited from possessing additional uniform items. Washing uniform clothing, bedding, shoes, towels, and other items inside the housing unit is **prohibited.**

**Personal Hygiene**

You are expected to shower regularly and keep your hair clean. Personal hygiene items that were issued to you when you were admitted such as toothpaste, toothbrushes, combs, and deodorant may be replaced as needed. See your housing unit officer to get replacements.

Free barbering services are also available. The locations and schedule of these services are posted in your housing unit. Sculptured or exotic haircuts are not allowed.

Nail clipping services are combined with barbering services. You are expected to keep your fingernails and toenails clipped short.

The cutting of hair in the housing unit is **strictly prohibited**.

**How to Protect Yourself and Others**

During a pandemic (i.e., Coronavirus Disease 2019) take the following precautions:

- Avoid close contact with people, if possible, maintain a distance of at least six (6) feet.
- Always cover your mouth and nose when you cough or sneeze and do not spit.
- Practice proper hand hygiene. Wash your hands with soap and water for at least twenty (20) seconds after blowing your nose, coughing, or sneezing or in contact with commonly used surfaces.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Wear the proper Personal Protective Equipment (PPE) issued to you (i.e., face covering, gloves, etc.).
- Do not share cups, spoons, food, or drinks.

For more information refer to the notices posted in your housing unit and common areas. Information is also available on the housing unit electronic tablets.

# IV. Medical Services

**Medical Orientation and Health Information**

The medical clinic will provide you with quality medical care if you have a serious medical problem.

Except for very rare medical reasons, medical staff will NOT give you comfort items or items such as special shoes, extra blankets, extra pillows, jackets, soap, or deodorant. Medical staff also cannot answer any questions about your case, your court date, or your legal situation. Ask an ICE staff member these questions.

## General Overview of Services We Provide

### Arrival

Soon after you arrive here, we will ask you some medical questions and will give you a chest x-ray or tuberculin test to see if you have been near someone who has had tuberculosis. This is important for the health and safety of everyone.

### Physical Exam

Within the first fourteen (14) days of your arrival, you will receive a physical exam.

### Sick Call

If you are sick or need a medication refill, you can request to be seen in the medical clinic. You must sign up when the housing unit officer announces the sick call sign up. Detainees housed in segregation need to complete a "Sick Call Request Form."

### Medications

Medications will be provided based on medical assessment and provided at times required by the medical provider. In some cases, you may be able to keep your medication, or medications will be kept and secured in the medical clinic. Medications are specific and will not be shared. If you are caught selling or sharing medications, it will be confiscated, and you will face disciplinary action.

### Emergency Services:

1. If you are having dental pain, or swelling, you may use the sick call process to get help. Routine care like dental cleanings will not be done unless you are here for more than six (6) months.
2. If you are feeling overwhelmed or have thoughts of hurting yourself, or feel like you might hurt someone else, let a staff member know immediately and you will be seen.

### Additional Services

If needed, other services may include medications, lab tests, x-rays, education and counseling, and regular appointments for serious medical conditions.

### Medical Complaints/Grievances

If you are not happy with the care you receive, talk to the medical provider. Remember that some types of care or services are not available. If you are still unhappy with the care that the facility provides, you have the right to complete a Detainee Grievance Form. If you can't find the form in the clinic, ask any staff member or medical provider to get you the form. You can also request a medical grievance from your housing unit officer and request to be escorted to medical to submit the form.

### Medical Records Request

If you would like to obtain copies of your medical record, you may submit a written request. If you need assistance with submitting a request, a staff member may assist you in making the written request and in transmitting the request to the appropriate office or person. You will be required to sign a release of health information form prior to receiving your medical records.

You and your representatives may also request medical records through the detainee's designated ICE officer, or the ICE Freedom of Information Act (FOIA) process as described in the ICE/ERO National Detainee Handbook.

**Emotional Difficulties**

It is normal to feel emotions like sadness, depression, anxiety, nervousness, anger, and fear in this environment. It is also normal to have problems sleeping. Try to remember that you will not be in detention forever. Think about ways to keep busy, to stay calm, and to stay healthy. Read, talk to people, play a game, exercise, go to religious activities, or practice some relaxation techniques. A medical provider can give you some information on stress management.

**Medications**

1. Do not share medications with others.
2. All prescribed and over-the-counter medication will be taken as intended.
3. If you do not finish all your medication, prescribed or over the counter, notify your housing unit officer for proper disposal.
4. If your medicine is causing you problems such as a rash, itching, trouble breathing or diarrhea, let a staff member know immediately.
5. Do not remove the label from your medication.
6. Improper medication use or abuse may result in confiscation and disciplinary actions being taken

**Proper Shoes and Clothes**

1. Always wear your shoes.
2. If you are wearing closed shoes, wear socks.
3. Wear your shower shoes in the shower.
4. Wear weather appropriate attire.

**Toilet Use**

1. Please do not stand on the toilet. Sit on the toilet seat and flush the toilet after using it.
2. Put all used toilet paper into the toilet then flush.
3. Women - Please put used sanitary napkins in the garbage cans and not the toilet.

## Hand Washing

Germs can make you sick, and germs can be passed through hand contact. Washing your hands will help keep you from getting sick.

1. Make sure you run the water in the sink and use soap to wash your hands.

2. Wash each finger and rub your hands together, washing both sides of your hands with soap and water. Clean under your fingernails also.
3. Wash hands before eating, after going to the bathroom, after playing or working outside, or after being near a sick person.

**Showering/Personal Care**

1. Take a shower every day (when possible) and use soap and water.
2. Bathe only in the shower; do NOT bathe in the sinks. Do not urinate in the shower.
3. Use the sinks to wash your hands or face, to shave your face, or to brush your teeth.
4. Do not shave your head or private areas (which leads to infections). Do not share your razor with others.
5. Do not pierce any part of your body.
6. Use deodorant every day.
7. Do not leave any clothes in the bathroom.

**Bed Safety**

1. Do not jump down from the top bunk or up to the top bunk.
2. Take your time when getting into and out of bed. Make sure you step on a solid area of the floor with a large portion of your foot.
3. Lower your head when getting out of bed if you sleep on a lower bunk.
4. If you fall out of bed at any time notify the housing unit officer so that you can be examined in the medical clinic.

**Good Health**

1. In hot weather, stay in the shade during the hottest part of the day and drink lots of water throughout the day. If your urine is very dark, you probably are not drinking enough water, so drink more.
2. Eat three (3) good meals a day. Be sure to eat fruit and vegetables. Don't eat too much candy.
3. Try to exercise at least thirty (30) minutes every day. Play sports, walk around, run in place, or do pushups. If you haven't exercised in a long time, do some light stretching or slow jogging to warm up and prevent injuries.
4. Try to sleep at least eight (8) – ten (10) hours a night.
5. Cover your mouth and nose with a tissue when you cough or sneeze. Put your used tissue in a waste basket. If you don't have a tissue, cough, or sneeze into your upper sleeve, not your hands. Do not spit on the ground or floor. This spreads germs that can make other people sick.
6. Remember to wash your hands after coughing or sneezing.
7. Smoking is not allowed.

**Dental Care**

1. Brush your teeth after every meal, if possible, and before going to bed.
2. Always brush up and down – never across.
3. Always brush your back teeth; and gently brush your tongue.
4. Floss everyday if dental floss is available.

**General**

1. If you brush your hair over the sink, remove any fallen hairs from the sink.
2. Throw trash into the garbage cans.
3. Do not leave food crumbs in your housing area because it will bring ants and other insects.

**Non-Violence**

1. This facility will not permit any type of physical or sexual abuse. If someone physically or sexually assaults you, tell a staff member **IMMEDIATELY**.
2. Disciplinary measures will be taken against anyone who physically or sexually assaults staff or detainees in the facility.

**Getting Along with Others**

You must share living space with a lot of detainees, so it is important to be considerate and to recognize that others are different.

1. Be considerate of others and keep noise levels down to a minimum so others may enjoy their activities. Be quiet at night so other detainees can sleep.
2. Avoid detainees who like to cause problems or fight.

**DEALING WITH STRESS**

Stress is a normal part of life. Stress becomes a problem when you feel so upset that you cannot sleep or get along with others. You can tell when you have too much stress by how your body and mind react.

**PHYSICAL SIGNS OF STRESS**

You can have physical problems when you have a lot of stress. You may think you are ill or have a serious disease, but it may just be a problem with stress.

| | | | | |
|---|---|---|---|---|
| tiredness | muscle aches | sleep problems | headaches | Constipation |
| stomach problems | diarrhea | ulcers | nausea | Vomiting |
| high blood pressure | weight gain | weight loss | trouble breathing | Shaking |

**EMOTIONAL SIGNS OF STRESS**

You can also have emotional or mood changes when you feel stress. These include:

| | | |
|---|---|---|
| feeling sad | having problems remembering things | having problems thinking |
| feeling nervous | feeling angry all the time | over-reacting to small things |
| worrying too much | feeling like you are nothing | feeling out of control |

**BEHAVIORAL SIGNS OF STRESS**

You also may do different things when you are feeling very stressed. These things may include:

| | | |
|---|---|---|
| Avoiding people | | Taking illegal drugs |
| Yelling or screaming | Gambling | Fighting with or hurting people |
| Getting into accidents | Not showering, shaving or brushing your teeth | Getting into legal trouble |
| Losing your temper | Not caring about other people | |

**WHAT YOU CAN DO TO LOWER YOUR STRESS**

1. You can try any of the following relaxation exercises:

**DEEP BREATHING**

Take a deep breath slowly through your nose. While you are doing this slowly count to five (5) (but not out loud – just to yourself). Make sure you are breathing deeply and pushing out your stomach, not your lungs. Put your hand on your stomach and you should feel it pushing out. Now, slowly let out the air (exhale) through your mouth for a count of five (5). Picture the air emptying out of your stomach until it is completely gone. Do these ten (10) times. (Make sure to keep your shoulders and head relaxed when you are doing this.)

**MEDITATION**

Sit or lie in a comfortable position. Close your eyes and breathe deeply. Let your breathing be slow and relaxed. Focus all your attention on your breathing. Your chest and stomach should move in and out. Don't let your mind think about anything but breathing. As you breathe in, say the word "peace" to yourself, and as you breathe out, say the word "calm." Say the words "peace" and "calm" slowly so that it takes you the entire breath to say it. Do not breathe in and out too quickly. Keep doing this until you feel very relaxed.

**MUSCLE RELAXATION (If you have muscle/joint problems, don't tense that part of your body.)**

Lie on your back or sit in a comfortable position. Let your arms rest at your sides, palms down, on the surface next to you or on your legs. Breathe in and out slowly. Close your eyes. Squeeze your hands by making a tight fist and keep it tight for fifteen (15) seconds. You should squeeze tight enough to feel some tension, but not so tight that you hurt yourself. While you are making this fist, make sure the rest of your body is relaxed. With your eyes closed, try to see in your mind your fist becoming tighter. Then relax and stop making a fist. You will do this with all of the parts of your body listed here and you will do this in order from your head to your toes: face, shoulders, back, stomach, legs, feet, and toes. Hold each part tensed for fifteen (15) seconds and then relax your body for thirty (30) seconds before going on to the next part. When you are done, shake your hands and picture the remaining tension leaving through your fingertips.

**2. You can try the following activities:**

| | |
|---|---|
| Go to religious activities or read spiritual or religious books. | Eat only healthy food and don't eat too much sugar. |
| Make sure you sleep for 8-10 hours a night. | Try to exercise at least 30 minutes every day. |
| Participate in recreation | Watch TV shows that make you laugh. |
| Work on things to help your legal situation, such as reading law materials or asking your family to send you documents you need. | Try to learn English if you don't already speak it. Ask someone to teach you some phrases. |

**3. You can think more positive and hopeful thoughts.**

| |
|---|
| Remember that you won't be here forever. You will leave here. |
| Don't guess what will happen and don't expect the worst. Think only about what the facts are. |
| Remember that we all make mistakes. It doesn't mean you are a failure. Don't beat yourself up! |
| Think about all the reasons you have to be happy (for example, you have your family and friends who care about you, you are safe, you have food, you are healthy, etc.) |
| Stop any thoughts that make you feel worse. Think about what you would tell a friend if they had this thought so that they feel better. Then be your own friend and tell yourself the same thing. |
| You have control over your thoughts and only you can change them. |
| Don't worry about little things. |
| Other detainees have opinions, but that doesn't mean they are true or that you have to believe them. |
| Try to look at the situation as a chance to learn more about yourself and to realize that you can handle problems. |
| Think about what you can do to make things better TODAY. Worry about the future tomorrow. |

## V. Detention Services

**Visitation**

You are permitted to receive visits from family, friends, legal representation, and consulate officials.

It is your responsibility to learn and pass information to potential visitors regarding visiting hours and rules.

1. The person driving the vehicle must present a valid driver's license and proof of auto insurance to be eligible for entry. **No visitors will be allowed to walk onto facility grounds through the main entrance.**
2. All adult visitors **must** present a valid state or government issued photo ID.
3. All visitors **must** be dressed in appropriate attire. Visitors wearing short shorts, jogging shorts, cutoffs, bare midriffs, strapless tops, tube tops, swimsuits, see-through or torn clothing, and other obviously inappropriate garments, or barefooted persons **will not** be allowed to visit.
4. Visitors are **not** permitted to bring in personal electronic devices of any sort.
5. Detainees will **not** be permitted to send or receive funds directly from visitors.
6. Visits shall be permitted during set hours daily.
7. Pets are not allowed. A service animal must be under the control of its handler.

**Visitation times listed in the "Facility Schedules".**

The visitation hours are posted in the housing units and main lobby. A written copy of the visitation hours, dress code and rules are also available to the public. Special visitation requirements may be requested via Detainee Request and will be approved on a case-by-case basis. The Detainee Request must be submitted at least three (3) days prior to the requested visit.

**Weekends and holidays**

**8 a.m. – 1 p.m.**

**2 p.m. – 6 p.m. MT**

**A. Legal Visitation**

You are permitted to have confidential visits with credentialed legal representation, prospective legal representation, and legal assistants. Any legal documentation you receive during legal visits will be inspected but not read.

**Weekdays from 8 a.m. – 6 p.m. MT**

**Weekends and holidays from 9 a.m. – 5 p.m. MT**

**B. Pro Bono Services**

The current list of pro bono legal organizations is posted in the housing units.

**C. Expedited Removal**

If you are subject to Expedited Removal and have been referred to an Asylum Officer, you are entitled to consult with anyone you choose prior to the interview and while the Asylum Officer's decision is under review. This includes family, friends, legal representatives, members of non-governmental organizations (NGOs), etc. These consultations will be private. You may also have these people with you during the Asylum Officer's interview and during an Immigration Judge's review of a negative Credible Fear determination if the judge allows it.

**D. Consular Visits**

Consular officials may meet with their detained nationals at any time. It is requested that prior arrangements be made with the office of the AFOD to the extent possible, and that Consular officials bring appropriate credentials when they come to the facility.

**E. Clergy Visits**

Clergy may visit detainees at any time, with prior approval from the Facility Director.

**F. Virtual Attorney Visitation (VAV)**

If your legal representative is unable to meet in person with you, he/she may schedule a virtual visitation. VAV meetings are at no cost to you or your legal representative. Only legal representatives, legal assistants, and interpreters will be allowed. No family or friends are permitted to virtually visit through this program. **Legal representatives and their staff are not permitted to take video or audio recordings during any virtual or in-person visit or any call with you.** Any violation of these rules may result in suspension or permanent revocation of VAV user privileges.

**G. Visiting Rules**

You may have a minimum of sixty (60) minutes for a visit. Visits are to be conducted in a quiet, orderly, and dignified manner. Minors must remain under the direct supervision of an adult visitor so as not to disturb other visitors, and disruptive conduct by minors is prohibited. Any violation of visitation rules will result in the termination of the visit and may result in disciplinary action taken against you.

1. All visitors will be thoroughly searched before entry to the visitor waiting area to prevent the introduction of prohibited items. You will be pat searched before and at the end of your visit.
2. You are not permitted to receive any items during visitation without prior approval.
3. Physical contact between you and your visitors is limited.

**Mail**

1. You can obtain writing paper, envelopes, and pencils from your housing unit officer at no cost. Bring your outgoing regular mail to your housing unit officer unsealed. The officer will inspect the mail and seal it for delivery. You may not write to another detainee detained at this facility.
2. If your personal identification (i.e., passport, birth certificate, etc.) is being sent to your Deportation Officer or legal representative, you should request that a certified copy of those documents be sent to you as well.
3. Write your name, last four (4) digits of your Alien Registration Number (A-Number), and housing location on the upper left-hand corner of the envelope. If you fail to do so, your letter will be opened for identification and returned to you. See example on next page.

4. Instruct those sending you mail to always include your name, last four (4) digits of your A-Number, unit and pod number on all correspondence. This is your responsibility. All your incoming mail will be delivered to you within twenty-four (24) hours after it arrives at the facility. See example on next page.
5. All incoming mail will be opened in your presence to inspect for prohibited items. If the mail is an incoming publication, it **must** come directly from the publisher. Publications received any other way will be returned to the sender. In addition, you are **not** permitted to have any subscriptions to publications, magazines, or catalogs.
6. If staff members have reason to believe that you are violating mail regulations by mailing threatening letters or engaging in criminal activity, your mail privileges will be restricted. **Drawings in the front of your outgoing envelopes are prohibited due to United States Postal Service Regulations.**
7. All incoming mail received after your departure will be stamped "Return to Sender" and returned to the United States Postal Service.
8. You are not allowed to send or receive packages (ex. shoes, clothing, etc.) without approval. You may request to send or receive packages via a Detainee Request. You are only permitted to retain property that fits inside your assigned storage bag, not to exceed 40 pounds. Any additional property must be mailed out or will be disposed of in accordance with ICE policy.

**Special Correspondence or Legal Mail**

Special correspondence or legal mail is defined as the term for detainees' written communications to or from any of the following:

1. private attorneys and other legal representatives
2. government attorneys
3. judges and courts
4. embassies and consulates
5. the president and vice president of the United States
6. members of Congress
7. the Department of Justice (including the DOJ Office of the Inspector General)
8. the Department of Homeland Security (including Immigration and Customs Enforcement, ICE Health Services Corps, the Office of Enforcement and Removal Operations, the DHS Office for Civil Rights and Civil Liberties, and the DHS Office of the Inspector General)
9. outside health care professionals
10. administrators of grievance systems
11. representatives of the news media

Within reason, you will be permitted to mail an unlimited amount of correspondence related to legal matters. Seal your outgoing special correspondence or legal mail and turn it into facility staff.

If you do not have legal representation to request certain services in connection with a legal matter (notary public, certified mail, etc.) or any family member, friend, or community organization to provide assistance, the facility will assist you.

Your mail will be treated as special correspondence or legal mail if the title and office of the sender or addressee are identified, and the envelope is labeled "**special correspondence**" or **"legal mail"**. To ensure

that it is treated as privileged mail, it is your responsibility to instruct those sending you mail of the proper labeling.

Staff will not read or copy special correspondence or legal mail. The inspection will be limited to the purpose of detecting physical contraband and confirming that any enclosures qualify as special correspondence or legal mail.

**Rejection of Incoming and Outgoing Mail**

Incoming and outgoing general correspondence and other mail may be censored or rejected by the AFOD to protect the security, good order, or discipline of the institution; to protect the public; or to deter criminal activity. If your mail is censored, rejected, or confiscated you will be notified and will be provided with a written notice or receipt for the item(s) withheld.

Correspondence and publications that may be rejected include, but are not limited to the following:

1. Material depicting activities that present a significant risk of physical violence or group disruption (ex., material with subjects of self-defense or survival, weaponry, armaments, explosives, or incendiary devices).
2. Information regarding escape plots, or plans to commit illegal activities, or to violate ICE/ERO rules or facility guidelines.
3. Information regarding the production of drugs or alcohol.
4. Sexually explicit material that is obscene or depraved in nature.
5. Threats, extortion, obscenity, or gratuitous profanity.
6. Cryptographic or other surreptitious code that may be used as a form of communication.
7. Other contraband (any package received without the facility's prior authorization is considered contraband).

Incoming Mail Example



## Outgoing Mail Example




## <u>Talton Tablet Access</u>

Upon your arrival you will be issued a personal identification number (PIN) by the Processing Officer.

This PIN will be active throughout your stay at CEM.

After entering your PIN, you will be required to repeat your name and facility every time you make a phone call; therefore, make sure you repeat it the same every time.

Once activated, you are entitled to one (1) free five (5) minute phone call.

If you are having trouble activating your PIN or are experiencing problems with telephones, immediately notify an officer and request assistance.

The following are ways to deposit funds into your account:

- Family and friends can deposit via phone at: (866) 348-6231
- Family and friends can deposit via the Internet at: <u>www.Talton.net</u>

Talton tablets can be monitored at any time for security purposes. The tablets are available from 5 a.m. – 10 p.m., seven days a week, excluding count times.

**<u>ALL CALLS ARE SUBJECT TO RECORDING AND MONITORING</u>**

**STEALING ANOTHER DETAINEE'S PIN IS A HIGH MODERATE OFFENSE, IDENTITY THEFT.**

## Tablet Rules

- Do not shout, talk above a normal conversational level, or use profanity while on the tablet.
- Do not tamper with, mark on, or damage tablet equipment.
- Do not call any victim or alleged victim of any previous crime or any victim or alleged victim on behalf of another detainee.

- Do not place a call for another detainee.
- Do not use a third party to relay a spoken message to another detainee or person which a jail, court or other government official has prohibited you from contacting.
- Do not give your PIN to another detainee. Use of another detainee's PIN is identity theft, and if used to make a prepaid call it is also property theft.
- Tell a staff member if a tablet is not working properly.
- No refunds are granted once the pre-paid minutes are activated.
- Clergy calls may be monitored and are recorded.

Violation of tablet rules may result in your **PIN being blocked for up to 90 days!**

**Name Recording**

You will be instructed to record your full name and the name of the facility (CEM) when you first use the phone system. You might have to repeat it several times in order for the system to properly identify your voice. **If your name was improperly recorded, you may leave a customer service request by dialing 211 #, and we will remove your name recording.** Next time you make a call you will be able to re-record your name.

**Voice Biometrics**

You are required to set up a voice password prior to completing your first phone call. This system is designed to make sure no other detainee can access your prepaid account. Prepaid accounts are your responsibility; you must protect your voice biometrics; **if another detainee accesses your account and uses your prepaid balance you will not be repaid for the loss.**

**Prepaid Calling**

Prepaid calls can be completed on the tablet to any type of phone: home phones, blocked collect phones, cell phones, Skype, Vonage, and international numbers, etc. If you have a prepaid balance and wish to use your balance to call any phone or a phone that is blocked from accepting collect calls, you must enter your PIN and select the prepaid call option. If you choose the option to call collect and there is a credit card on file under your account, your prepaid balance will not be deducted.

**Free Advanced Prepaid Phone Calls**

Talton offers detainees the ability to call phone numbers that cannot accept a collect

call for **up to one (1) minute absolutely free**. Detainees are informed when making the call that this service is offered **free only ONCE per different phone number**. This service is made available by Talton as a courtesy to help detainees contact friends and family and ask them to setup a prepaid account.

**Please remember this service is offered as a courtesy and is not a right.** Talton is the only detainee phone provider that offers this service to detainees. Damage to detainee phones or abuse of this service will result in loss of privilege.

**Talton *may* allow free 1-minute calls more than once, but this at *their* discretion.** Please do not leave voicemails for customer service about why you were not able to complete a free call as they will be ignored and may result in the loss of this service.

**Blocked Phone Numbers**

If you attempt to dial a phone number that is blocked, you will be informed that the phone number has been blocked, and your call will be terminated. Call recipients are given an option when they receive a call to block all future calls from the facility or from an individual detainee. Sometimes they select this option in error.

If you believe the block is in error, you may leave a customer service request by dialing 211 #, and we will confirm whether the called party intended to block calls from the facility. If the block was an error, it would be removed. If the call recipient confirms the block, you will be leaving a voice mail informing you we have confirmed the block is valid, and you will not be able to call the phone number. Some phone numbers are blocked by ICE. If this is the case, the block will **never be removed**.

**Attempted 3-way calls**

Any attempt to make a 3-way call will result in permanent blocking of the phone number, even if the 3-way call was made by another detainee. **3-way calls are not allowed.** Once a phone number has been blocked for attempting a 3-way call the block will never be removed unless a fine of $25.00 USD is paid and $25.00 USD in prepaid calling time is purchased.

**Refunds**

Released detainees who have a prepaid balance may contact Talton Communications, Inc. at **1-866-3486231 (Domestic) or 1-541-889-8900 (International)** to receive a prepaid calling card equal in value to the remaining balance of the detainee's prepaid account. Calling cards may be used for domestic and international calls.

**A. Legal Telephone calls**

Should you need to contact a Consulate, the numbers are provided on the speed dial list posted on the bulletin board. The speed dial number pertaining to your country will be listed in alphabetical order. If you need to contact the pro bono services, those numbers are provided on the bulletin board as well.

Notify a staff member if you would like to make a confidential call regarding a legal matter. The staff members will assist you to make the call privately. Staff will visually monitor you, but your legal calls will not be overheard.

If you need assistance placing calls in the following categories, submit a detainee request stating the person to be called, the purpose of the call, and the number to be dialed. We will help you make the following types of direct, free, or toll-free calls.

1. Calls to the local Executive Office of Immigration Review (EOIR) (Immigration Court) and the Board of Immigration Appeals (BIA).
2. Calls to federal and state courts where you are, or may become, involved in a legal proceeding.
3. Calls to Consular officials.
4. Call to legal service providers in an attempt to obtain legal representation or to have an expedited removal consultation.

5. If you can demonstrate a compelling need, approval may be granted for emergency and other calls. Routine telephone calls to attorneys are not considered emergencies, but you may be allowed to place calls to a government office for the purpose of obtaining documents related to your immigration case.

**B. Calls to Detained Family Members**

Upon request, special arrangements will be made to allow you to speak by telephone with an immediate family member detained in another facility. We may limit the frequency and length of these calls.

**C. Detainees in the SMU**

Detainees in disciplinary segregation may be limited to the following:

1. Calls relating to the detainee's immigration case or other legal matters, including consultation calls.
2. Calls to Consular and embassy officials.
3. Calls related to family emergencies as determined by the FD or designee.

Detainees in SMU for other than disciplinary reasons will be permitted tablet access like detainees in the general population, but in a manner consistent with the special security and safety requirements of detainees in these units.

***Telephone privileges will be suspended during an emergency.***

**Recreational Facilities**

You will be provided with both indoor leisure activities and outdoor recreational equipment. They include such things as exercise equipment, table games, and soccer. No food or drinks will be allowed in the outdoor recreation area except water. You will have access restroom facilities.

Television usage is prohibited fifteen (15) minutes prior to the count and for the duration of the count. In addition, televisions will be turned off during cleaning of housing areas, and when they could cause interference with other facility operations. **Television is a privilege and may be suspended by a supervisor if deemed necessary.**

**Detainee Funds**

You are not allowed to maintain funds on your person at CEM.

**Talton Tablet**

The facility offers Talton tablets in each dormitory for indoor use. The tablets are available from 5 a.m. – 10 p.m., seven days a week, except during count times. The tablet offers but not limited to, ways to communicate with your family, National Detainee Handbook in many languages, games, music, reading materials, messaging, videos, movies, filing and resolving an electronic grievance and submitting ICE Request Forms.

Tablet Instructions:

- **Leave tablets on charging station when not in use**
  - Use the top right button on the side of the case to turn on tablet
  - Select English, Spanish, or French from the dropdown box on the top right of the screen
  - Use your Telephone PIN and put your face in the box on the screen to log in

- You will be asked to set up a 2nd PIN, please choose a number **different** from your phone PIN
- The Tablet will log you out after 5 minutes of inactivity. You will continue being charged as long as you are logged into the Tablet.

FREE PROFILE CONTENT- Free content is provided at no charge and includes:

- Help videos – English and Spanish
- Contacts
- Religious Sites
- Legal research site
- Pro Bono numbers
- ICE legal documents and ICE request forms
- Prepaid account balance
- Request and Grievance forms

STANDARD - Standard content cost is $0.05 cents per minute and includes:

- Games, Music, Books
- Contacts
- News, Sports, Religious
- Photos

You must send an email invitation through the 'Contacts' button before you can send messages or receive photos.
Your friend or family must agree and set up an account
You can receive photos
An email can be sent, and an account set up from anywhere in the world
Your friend or family pays $0.25 cents for each photo or message sent to you

PROMOTIONAL - Promotional content cost is $0.03 cents per minute and includes:

• Movies (English and Spanish) • Messaging – you can receive and send messages

Transfers from Trust Account to Prepaid Account are free

- Select the app "Account Info"
- You will have pre-selected amounts to transfer OR you may select the amount to transfer
- You can transfer as low as $1.00 USD
- Select "Transfer" and confirm amount to be transferred

Video Visits cost $0.21 cents per minute and include only the time spent on the visit.

**Religious Services**

You will be provided with access to religious resources, services, instruction, and counseling. A religious schedule is posted in your housing unit. More specific information for religious service providers or religious materials can be obtained by submitting an ICE Detainee Request to the Chaplain's office.

**Multi-Purpose Area**

**Library**

The library contains library materials found in a school or community library. You will have access to nonlegal reading materials and are required to take care of them. The library, which includes legal materials, is located in the multi-purpose building. If you are housed in SMU, the Recreation Specialist will provide you with access to this material on a rotating basis.

**Law Library**

You will have access to a law library containing self-help materials that you can use to research or prepare your defense. Let your housing unit officer know that you would like to go to the law library. You will be allowed to access the law library for a minimum of five (5) hours per week. Should you need to extend the allotted time, submit a Detainee Request to the Recreation Specialist, and you will be accommodated provided there are no security risks. The location, hours, and rules for the law library are posted in your housing unit. The following general guidelines apply:

1. You will have access to legal materials and a reasonable opportunity to prepare legal documents.
2. Detainees housed in the SMU have access to legal materials within their respective areas.
3. You will have copying privileges for required legal forms, letters, research material, etc.
4. The law library will provide an adequate number of computers, printers, and office supplies for your use in preparing documents for legal proceedings. These items are available for the preparation of legal documents **only** and may not be used for personal correspondence.
5. You may request assistance from other detainees in researching and preparing legal documents, except when such assistance poses a security risk.
6. Attempts will be made to provide you with assistance in your native language.
7. You may keep legal documents, provided it does not create a safety or security risk.
8. LexisNexis will be available at the law library in addition to the Talton Tablets. LexisNexis is also available in SMU. Should you need to utilize this program you may see the Recreation Specialist for instructions.
9. If you notice that library material is missing, out of date or damaged, notify an officer or Recreation Specialist.
10. If your desired legal material is not available to you in the law library, submit an ICE Detainee Request to the Recreation Specialist.

**Barbershop**

Barbershop is available by signing up on the barbershop request log.

**Detainee Request**

ICE Detainee Requests may be used to:

- communicate with ICE staff concerning your case,
- request interpretive services for essential communication,
- request change to conditions of confinement,
- request a certified copy of identity documents in ICE possession,
- resolve or document informal complaints,
- request reasonable accommodation for a disability, or,

- address any other ICE related concern.

Facility detainee requests may be used to:

- request access to religious items
- address any other concern.

Request forms and electronic tablets are available in each housing unit. To prepare your request, you may obtain assistance from another detainee or a staff member. Place the completed request form in the secure locked box labeled "Request Box," located in your housing unit. You will be provided with a response within five (5) working days.

**Detainee Needs Forms**

A Detainee Needs Form may be used to re-stock any of your personal garments should there be a legitimate need for them. The completed Detainee Needs Form should be given to your housing unit officer.

**Complaints and Grievances**

If you have a complaint or grievance, every effort should be made to resolve it informally. No one will harass, punish, or discipline you for trying to resolve legitimate complaints or contacting the Office of the Inspector General. If you abuse the grievance system by filing frivolous complaints, your grievances may be returned unprocessed. You may not file a grievance on behalf of another detainee, but you may assist another detainee in preparation of their own grievance. A copy of your grievance will be kept in your detention or medical file.

To file a complaint or grievance:

1. You may present your complaint/problem orally to your housing unit officer, ICE officer, or any other staff member, who will try to resolve the issue at that level. If it cannot be resolved, the matter will be referred to a supervisor. If the supervisor is unable to resolve your cause for complaint, you may file a written or electronic formal grievance. You should present your oral complaint, or if necessary, submit your formal grievance within a reasonable timeframe from the date the underlying event, incident, or condition became a concern. You may elect to forego this informal procedure and proceed directly to the formal resolution procedure outlined below. You will be advised that the grievance form may cover a single issue or a cluster of closely related issues; however, the form must clearly state your issues of concern or facility staff may need to return the form for clarification. You may obtain assistance from another detainee, your housing unit officer, or any other facility staff member in preparing a grievance. Outside sources such as family members or legal representatives may also provide assistance. Illiterate, disabled, or limited English proficient detainees will be given the opportunity to receive additional assistance upon request. If you believe that the issue is sensitive or that your safety or well-being would be jeopardized if others in the facility learned of the grievance, you may seal the completed Detainee Grievance Form in an envelope and mark the outside of the envelope "sensitive" or "medically sensitive", and the envelope will be directly routed to the Assistant Health Services Administrator. Your housing unit officer will provide you with an envelope upon request.

2. Once you have completely filled out the Detainee Grievance Form and have signed and dated the form, you may place the completed form into the locked secure box located in your housing unit that is labeled "Grievance Box", or you may elect to personally deliver the completed form to the Grievance Officer during his/her rounds to your housing unit. Medical grievances will immediately be delivered to medical personnel for processing. The Grievance Officer will meet with you and attempt to resolve

your non-medical cause for complaint. If necessary, the Grievance Officer may forward your grievance to the responsible department head for resolution. Within five (5) working days, you will be provided with a written response which contains a decision and the rationale for the decision. Designated medical staff will act on medical grievances and provide you with a written response within five (5) working days of receipt.

3. If you are not satisfied with the written response provided for a grievance, you may appeal the decision to the Grievance Appeals Board (GAB). This committee is made up three (2) department heads or their representatives, one of which will be a medical professional for medical grievances. The GAB may call witnesses, inspect evidence, and gather facts essential to an impartial decision. You will be provided the opportunity to appear before the GAB to present your case, answer questions, and respond to any conflicting evidence or testimony. The committee will provide you with a written decision and rationale within five (5) working days after receiving your appeal. To submit your appeal to the GAB, mark the appropriate section of the grievance form, sign, and date the form, and return it to the Grievance Officer electronically by tablet or during his/her rounds to your housing unit.

4. If you do not accept the decision of the GAB, you may appeal it directly to ICE/ERO. ICE/ERO will review the decision of the GAB and will either uphold, modify, or reverse it. This decision will also be in writing and will contain a discussion of the rationale. This decision will be given to you within five (5) days of receiving the appeal and will be final. To submit your appeal to ICE/ERO, mark the appropriate section of the grievance form, sign, and date the form, and return it to the Grievance Officer electronically by tablet or during his/her rounds to your housing unit.

5. You can file a complaint about allegations of physical or sexual abuse and civil rights violations, along with violations of officer misconduct, directly to ICE ERO headquarters or the Department of Homeland Security (DHS) Office of Inspector General (OIG):

**Report to ICE ERO Headquarters:**

- Contact the ICE Detention Reporting and Information Line:
  - Call: 1-888-351-4024 or speed dial 9116#
- Contact the ICE OPR JIC:
  - Call: 1-877-246-8253
    - Email: Joint.Intake@dhs.gov
    - Write a letter to: P.O. Box 14475
      1200 Pennsylvania Ave. NW Washington,
      D.C. 20044

**Report to DHS OIG:**

- Contact DHS OIG:
  - Call: 1-800-323-8603 or speed dial 518#
  - Email: DHSOIGHOTLINE@DHS.GOV
  - Write a letter to: 245 Murray Drive
    Building 410 Stop: 2600
    Washington, DC 20528

**Emergency Grievances**

Any grievance that involves an immediate threat to your health, safety, or welfare will be considered an emergency grievance. If you feel your cause for complaint threatens your health, safety, or welfare, you should immediately notify your housing unit officer or any other facility staff member of the situation. If you are in fact raising an issue that requires urgent attention, your grievance will be immediately routed to the SDDO on duty who will take steps to resolve the issue. You may elect to present your grievance directly to the SDDO on duty.

**Marriage Request**

CEM recognizes those detainees requesting to get married while in custody. The FD will consider marriage requests on a case-by-case basis. You or your legal representative must submit your request for permission to marry to FD in writing.

Your request for permission to marry will be denied if:

1. You are not legally eligible to be married.
2. You are not mentally competent, as determined by a qualified medical practitioner.
3. Your intended spouse has not affirmed, in writing, the intent to marry you. This letter must include your intended spouse's name, age, citizenship, date of birth, social security number, and telephone number.
4. The marriage would present a threat to the security or orderly operation of the facility.
5. If it conflicts with compelling government interest. Such as, a final order of exclusion, deportation, or removal has been served, and performance of the marriage ceremony would require postponement of your physical removal from the United States.

If FD denies the request, the reasons for the decision will be provided in writing to you and your legal representative, within thirty (30) days from the date of the request. The detainee may appeal the denial by submitting a grievance form to the Field Office Director (FOD). If the request is approved, you, your legal representative, or other individual(s) acting on your behalf must make all arrangements for the marriage. Arrangements include but are not limited to a.) blood test, b.) marriage license, and c.) retaining an official to perform the marriage ceremony. The FOD reserves the right of final approval concerning the time, place, and manner of all arrangements, You will not be allowed to leave the facility for the purpose of making marriage arrangements, and the marriage will take place inside the facility. Only individuals essential for the marriage ceremony may attend, and the ceremony will be private, with no media publicity.

The marriage request will have no effect on regular or scheduled processing or action in your legal case.

**Group Legal Rights Presentation**

CEM permits attorneys, accredited representatives, and legal assistants to make presentations to persons informing them of U.S. immigration law and procedures. Legal rights presentations may be conducted Monday through Friday, and you may sign up on the sheet provided by your housing officer. Occasionally, the presenter may need to cancel the presentation, in which case you will be notified of the cancellation and provided the opportunity to attend the next regularly scheduled presentation. Individual counseling may be a part of a group legal rights presentation. Groups are permitted to be advised of their legal rights within the confines of the visitation policy and without staff presence.

**Legal Representation and Aid**

You may contact an attorney by telephone, uncensored written correspondence, and during visitation. The attorney may be of your own choice and hired at your own expense. If you want an attorney but cannot afford one, you may be able to get a representative from one of the pro bono organizations or individuals on the list posted in the housing unit. They may represent you free of charge. The list is updated every three (3) months. The attorneys and organizations listed are not given as a recommendation.

**Consulate and Immigration Court**

You are encouraged to request assistance from your consulate. A complete list of consulate phone numbers has been pre-programmed into the phones available to you at this facility. The access code for your consulate is posted in your housing unit. Calls to your consulate are provided at no cost to you. If you have trouble contacting your consulate, you may request assistance by completing an ICE Detainee Request. You may ask for help to fill out the form if necessary.

You also have access to the Immigration Court information number: 1-800-898-7180. Have your A-Number ready. Be sure to dial all nine (9) digits of your A-Number. If your A-Number consists of eight (8) digits you must place a zero (0) in front of A-Number.

# VI. Disabled and Limited in their English Proficiency

**Disability Accommodations**

Detainees with disabilities who are limited in their English proficiency are provided with meaningful access to its programs and activities through language assistance, including bilingual staff or professional interpretation and translation services.

Physical access to programs and activities shall be provided in the least restrictive setting possible, and in the most integrated setting appropriate to the needs of the detainee with a disability. Detainees with disabilities requiring an assistive device, such as a crutch or wheelchair, shall be permitted to keep those items with them at all times unless safety or security concerns based on individualized review are raised. To request an assessment and accommodation for a disability submit a Detainee Disability Accommodation Notification Form to a CEM personal or medical staff. The necessary forms will be readily available to you in your housing unit or the medical department. A detainee's disability or need for assistive devices or equipment will not provide the sole basis for the facility's decision to place the detainee apart from the general population.

Detainees shall be permitted to raise concerns about disability-related accommodation and/or the accommodations process through the grievance system. Detainees with disabilities have equal opportunity to access and participate in the grievance system.

Facility-approved auxiliary aids, services, or items used by a detainee with a disability shall not be confiscated.

**Language and Communication Assistance**

The facility will provide detainees with disabilities with effective communication, which may include the provision of auxiliary aids, such as readers, materials in Braille, audio recordings, telephone handset amplifiers, telephones compatible with hearing aids, telecommunications devices for deaf persons (TTYs), interpreters, and note-takers, as needed. The facility will also provide detainees who are limited in their English proficiency with language assistance, including bilingual staff or professional interpretation and translation services, to provide them with meaningful access to all programs and activities.

To contact any phone number in the United States using the Teletype (TTY) machine:

- Using a facility TTY machine, first dial 711. This connects you with a Telecommunications Relay Service (TRS).
- Once you relate to the TRS operator, provide the TRS operator with the phone number you would like to call.
- The TRS operator will then connect you with that number.
- If you have any issues or questions regarding the use of a TTY machine, please ask facility staff for assistance.

# VII. Prohibited Acts and Sanctions

**Basic Code of Behavior / Responsibilities**

It is CEM policy to treat detainees with dignity and respect while maintaining a safe and secure environment. You will give staff members your full cooperation while you await the processing of your case. You will comply with the following:

1. Obey all rules, policies, and procedures.
2. Obey all orders given by staff members.
3. Respect staff and other detainees.
4. Respect government property and the property of other detainees.
5. Keep yourself, your clothing, and living area clean.

**DO NOT** refer to staff members by their first names. You will refer to uniformed staff members by their rank or rank and last name (for example, Officer, Officer Torres). Non-uniformed staff members will be referred to by title or title and last name (for example, Doctor, Dr. Miranda).

You can help us protect you and others by behaving in a cooperative manner. If you do not, there are sanctions that we must impose to keep order. The list of prohibited acts and related sanctions are categorized and listed below:

**Severity Scale ➢ Greatest Offenses ➢ High Offenses ➢ High Moderate Offenses ➢ Low Moderate Offenses**

| Code | Prohibited Acts "Greatest" Offense Category |
|---|---|
| 100 | Killing |
| 101 | Assaulting any person (includes sexual assault) |
| 102 | Escape from escort; escape from a secure facility |
| 103 | Setting fire (charged with this act in this category only when found to pose a threat to life or a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity, e.g., a riot or an escape; otherwise, the charge is classified as Code 222, 223 or 322) |
| 104 | Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive, escape tool, device, or ammunition |
| 105 | Rioting |
| 106 | Inciting others to riot |

| | |
|---|---|
| 107 | Hostage-taking |
| 108 | ~~Assaulting a staff member or any law enforcement officer~~ |
| 109 | Threatening a staff member or any law enforcement officer with bodily harm |
| *198 | Interfering with a staff member in the performance of duties (conduct must be of the greatest severity; this charge is to be used only if another charge of greatest severity is not applicable) |
| *199 | Conduct that disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity; this charge is to be used only if another charge of the greatest severity is not applicable) |

**Sanctions**

Note: Any of the prohibited acts in this series can result in one or more of the following sanctions:

1. Initiate criminal proceedings
2. Disciplinary transfer (recommend)
3. Disciplinary segregation (up to 60 days)
4. Make monetary restitution if funds are available.
5. ~~Loss of privileges (e.g., commissary, vending machines, movies, recreation, etc.)~~

| Code | Prohibited Acts "High" Offense Category |
|---|---|
| 200 | Escape from unescorted activities, open or secure facility, without violence |
| 201 | Fighting, boxing, wrestling, sparring, and any other form of physical encounter, including horseplay, that causes or could cause injury to another person: except when part of an approved recreational or athletic activity. |
| 202 | Possession or introduction of an unauthorized tool |
| 203 | Loss, misplacement, or damage of any restricted tool |
| 204 | Threatening another with bodily harm |
| 205 | Extortion, blackmail, protection: demanding or receiving money or anything of value in return for protection against others, avoiding bodily harm, or avoiding a threat being informed against |
| 206 | Engaging in sexual acts |
| 207 | Making sexual proposals or threats |
| 208 | Wearing a disguise or mask |
| 209 | Tampering with or blocking any lock device |

| | |
|---|---|
| 210 | Adulteration of food or drink |
| 211 | Possession, introduction, or use of narcotics, narcotic paraphernalia, or drugs not prescribed for the individual by the medical staff |
| 212 | Possessing an officer's or staff member's clothing |
| 213 | Engaging in or inciting a group demonstration |
| 215 | Refusing to provide a urine sample or otherwise cooperate in a drug test |
| 216 | Introducing alcohol into the facility |
| 217 | Giving or offering an official or staff member a bribe or anything of value |
| 218 | Giving money to, or receiving money from, any person for an illegal or prohibited purpose (e.g., introducing/conveying contraband) |
| 219 | Destroying, altering, or damaging property (government or another person's) worth more than $100 |
| 220 | Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days |
| 221 | Deleted |
| 222 | Possessing or introducing an incendiary device (e.g., matches, lighter, etc.) |
| 223 | Engaging in any act that could endanger person(s) and/or property |
| *298 | Interfering with a staff member in the performance of duties (conduct must be of highest severity; this charge is to be used only when no other charge of the highest severity is applicable) |
| *299 | Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity; this charge is to be used only when no other charge of highest severity is applicable) |

| Sanctions | |
|---|---|
| Note: Any of the prohibited acts in this series can result in one or more of the following sanctions. | |
| 1. | Initiate criminal proceedings |
| 2. | Disciplinary transfer (recommend) |
| 3. | Disciplinary segregation (up to 30 days) |
| 4. | Make monetary restitution if funds are available |
| 5. | Loss of privileges (e.g., commissary, vending machines, movies, recreation, etc.) |
| 6. | Change housing |
| 7. | Remove from program and/or group activity |
| 8. | Loss of job |
| 9. | Impound and store detainee's personal property |
| 10. | Confiscate contraband |
| 11. | Restrict to housing unit |
| 12. | Warning |

| Code | Prohibited Acts "High Moderate" Offense Category |
|---|---|
| 300 | Indecent exposure |
| 301 | Stealing (theft) |
| 302 | Misusing authorized medication |
| 303 | Loss, misplacement, or damage of less restricted tool |
| 304 | Lending property or other item of value for profit/increased return |
| 305 | Possessing item(s) not authorized for receipt or retention and not issued through regular channels. |
| 306 | Refusal to clean assigned living area |
| 307 | Refusing to obey the order of a staff member or officer (may be categorized and charged as a greater or lesser offense, depending on the kind of disobedience: continuing to riot is Code 105–Rioting; continuing to fight Code 201–Fighting; Code–215 Refusing to provide a urine sample or otherwise cooperate in a drug test). |
| 308 | Insolence toward a staff member |
| 309 | Lying or providing false statement to staff |

| | |
|---|---|
| 310 | Counterfeiting, forging or other unauthorized reproduction of money proceedings or other official document or item (e.g., security document, identification card, etc.); may be categorized as greater or lesser offense, depending on the nature and purpose of the reproduction (e.g., counterfeiting release papers to effect escape—Code 102 or 200). |
| 311 | Participating in an unauthorized meeting or gathering |
| 312 | Being in an unauthorized area |
| 313 | Failure to stand count |
| 314 | Interfering with count |
| 315 | Making, possessing, or using intoxicant(s) |
| 316 | Refusing a Breathalyzer test or other test of alcohol consumption |
| 317 | Gambling |
| 318 | Preparing or conducting a gambling pool |
| 319 | Possessing gambling paraphernalia |
| 320 | Unauthorized contact with the public |
| 321 | Giving money or another item of value to, or accepting money or another item of value from anyone, including another detainee, without staff authorization |
| 322 | Destroying, altering, or damaging property (government or another person's property) worth more than $100 |
| 323 | Signing, preparing, circulating, or soliciting support for prohibited group petitions that threaten the security or orderly operation of the facility. |
| *398 | Interfering with a staff member in the performance of duties (offense must be of high moderate severity; this charge is to be used only when no other charge in this category is applicable) |
| *399 | Conduct that disrupts or interferes with the security or orderly running of the facility (offense must be of high moderate severity; this charge is to be used only when no other charge in this category is applicable) |

*** Any combination of high moderate and low moderate offenses during a 90-day period shall constitute a high offense.**

**Sanctions**

Note: Any of the prohibited acts in this series can result in one or more of the following sanctions.

1. Initiate criminal proceedings
2. Disciplinary transfer (recommend)
3. Disciplinary segregation (up to 72 hours)
4. Make monetary restitution if funds are available
5. Loss of privileges (e.g., commissary, vending machines, movies, recreation, etc.)
6. Change housing
7. Remove from program and/or group activity
8. Loss of job
9. Impound and store detainee's personal property
10. Confiscate contraband
11. Restrict to housing unit
12. Reprimand
13. Warning

| Code | Prohibited Acts "Low Moderate" Offense Category |
|---|---|
| 400 | Possessing property belonging to another person |
| 401 | Possessing unauthorized clothing |
| 402 | Malingering; feigning illness |
| 403 | Smoking were prohibited |
| 404 | Using abusive or obscene language |
| 405 | Tattooing, body piercing, or self-mutilation |
| 406 | Unauthorized uses of mail or telephone (with restriction or temporary suspension of the abused privileges often the appropriate sanction) |

| | |
|---|---|
| 407 | Conduct with a visitor in violation of rules and regulations (with restriction or temporary suspension of visiting privileges often the appropriate sanction) |
| 408 | Conducting a business |
| 409 | Possessing of money or currency, unless specifically authorized |
| 410 | Failure to follow safety or sanitation regulations |
| 411 | Unauthorized uses of equipment or machinery |
| 412 | Using equipment or machinery contrary to posted safety standards |
| 413 | Being unsanitary or untidy; failing to keep self and living area in accordance with posted standards |
| *498 | Interfering with a staff member in the performance of duties (offense must be of low moderate severity; this charge is to be used only when no other charge in this category is applicable) |
| *499 | Conduct that disrupts or interferes with the security or orderly running of the facility (offense must be low moderate severity; this charge is to be used only when no other charge in this category is applicable) |

**Sanctions**

Note: Any of the prohibited acts in this series can result in one or more of the following sanctions.

1. Loss of privileges (e.g., recreation)
2. Change housing
3. Remove from program and/or group activity
4. Loss of job
5. Impound and store detainee's personal property
6. Confiscate contraband
7. Restrict to housing unit
8. Reprimand
9. Warning

**Notice to Detainees**

You have the following rights:

1. You have the right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage, and harassment.

2. You have the right to freedom from discrimination based on race, religion, national origin, sex, sexual orientation, disability, or political beliefs.
3. You have the right to request reasonable accommodation for any legitimate disability.
4. You have the right to pursue a grievance in accordance with facility policies and procedures provided in the detainee handbook, without fear of retaliation.
5. You have the right to correspond with persons or organizations consistent with the safety, security, and the orderly operation of the facility.
6. You have the right to due process, including the prompt resolution of a disciplinary matter.

**Disciplinary System**

Because many detainees must share limited space inside a facility, it is extremely important that order and discipline be maintained. Order and discipline are not only for the benefit of the staff but also for the safety and welfare of detainees.

While many problems can be resolved informally through informal counseling, disciplinary measures must occasionally be imposed.

If you are facing possible disciplinary action involving a violation of an administrative rule, you have the right to due process, including the right to have any disciplinary matter resolved promptly.

CEM staff will adhere to the following procedures to resolve your disciplinary matter fairly and quickly.

**Definitions:**

**Unit Disciplinary Committee:** The Unit Disciplinary Committee (UDC) is an intermediate level of investigation/adjudication process used to adjudicate high moderate or low moderate charges. A listing of these charges is included within this handbook. The UDC shall be comprised of three (3) members, at least one (1) of whom will be a supervisor. The committee will not include the reporting officer, the investigating officer, any member of the referring unit, or anyone who witnessed or was directly involved in the incident. The UDC will conduct hearings, and to the best extent possible, *informally* resolve cases involving high moderate and low moderate charges. Unresolved cases, and cases involving more serious charges, will be forwarded to the Institutional Disciplinary Panel for *formal* resolution.

**Institutional Disciplinary Panel:** The Institutional Disciplinary Panel (IDP) is a three (3) person panel used to adjudicate detainee incident reports. The IDP will hold hearings on the first business day after receiving a referral from the UDC if one is conducted or within 72 hours of the offense, unless you request an immediate hearing. Your hearing may be delayed for reasons such as, but not limited to, a continuing investigation of facts or the unavailability of one (1) or more essential witnesses. If you are being held in administrative segregation, the delay shall not exceed seventy-two (72) hours. The panel will not include the reporting officer, the investigating officer, any member of the referring UDC, or anyone who witnessed or was directly involved in the incident.

**Administrative Violations**

If you are accused of committing a prohibited act, you must be given a copy of the incident report during the formal investigative process and not less than twenty-four (24) hours before your appearance before the IDP. If the allegations are serious, you may be placed in administrative segregation for a temporary period. An official investigation will be started within twenty-four (24) hours of the supervisor responsible being notified of the incident or allegations. The investigation will be completed within seventy-two (72) hours of the incident being reported to the supervisor responsible. The administrative investigation will be suspended if the incident is under investigation on different grounds (that is, the prohibited act is under

criminal investigation) unless and until the agency with primary jurisdiction concludes its investigation or indicates that it will not pursue the matter.

The investigating supervisor will advise you of your right to remain silent at every stage of the disciplinary process and will provide you with a complete listing of your rights during the disciplinary process. The investigator will also advise you of your right, if applicable, to an initial hearing before the UDC within twenty-four (24) hours of the end of the investigation.

The investigating supervisor will read the charges against you and will take a statement from you. Any witnesses you identify will also be interviewed. Physical evidence, if available, will also be reviewed by the investigator. The investigator will prepare a factual report of the investigation and will forward the report to the UDC to determine if informal resolution is possible. A UDC hearing will be held within twenty-four (24) hours of the end of the investigation.

During the UDC hearing you have the right to:

- Remain silent at any stage of the disciplinary process
- Due process, which includes attending the entire hearing (excluding committee deliberations or instances where your presence will be a security risk), waiving the right to appear; or having a UDC hearing within twenty-four (24) hours after the conclusion of the investigation.
- Present statements and evidence, including witness testimony on your behalf.
- Appeal the committee's determination through the detainee grievance process.

The UDC will consider written reports, statements, and physical evidence. The UDC will also provide you with an opportunity to make a statement and present any evidence that is helpful to your case. To the extent possible, the UDC will attempt to resolve the issue informally. If you are found to have committed a prohibited act, the UDC may impose minor sanctions on you. Sanctions available to the UDC are "5" through "13" in accordance with the table of prohibited acts and associated sanctions listed elsewhere in this handbook. Unresolved cases and cases involving serious misconduct will be forwarded to the IDP.

**Staff Representation**

If you request it, a staff member will be assigned to help you prepare your defense before the IDP. This help will automatically be provided to you if you are illiterate, have limited English-language skills, are without means of collecting and presenting essential evidence, or are in administrative or disciplinary segregation. This staff member representative will work on your behalf to present evidence to the IDP that is reasonably seen as relevant to your defense against the charges or in mitigation of the charges. If you choose to do so, you may request to have another detainee assist you instead of a staff member representative.

Prior to referring the incident report to the IDP, you will be informed of your rights at the panel, both verbally and in writing. The following is a list of your rights prior to appearing before the IDP:

1. The right to a written copy of the charge(s) against you, at least twenty-four (24) hours prior to appearing before the panel.
2. The right to a staff member of your choice who may represent you before the panel.
3. The right to present documentary evidence and to call witnesses on your behalf provided that the use of witnesses before the panel does not compromise institutional safety.
4. The right to remain silent. Your silence alone may not be used to support a finding that you committed a prohibited act.

5. The right to be present throughout the disciplinary hearing and the reading of the panel's decision, except during panel deliberations and when institutional safety would be jeopardized or compromised by your presence.

6. The right to a written notice of the panel's decision that explains the basis of their findings.

7. The right to appeal the decision of the panel to the AFOD, by means of the detainee grievance process. You must file this appeal within five (5) days from the date when you are notified of the panel's decision.

The IDP is comprised of three (3) staff members appointed by the Facility Director. One of the three staff members serves as the panel chairperson. The IDP will schedule your hearing on the first business day after receiving a referral from the UDC unless you waive your right to advance notice of the hearing and request an immediate hearing. At any time during the hearing, the IDP may find the need to order a further investigation into the alleged prohibited act and may continue the hearing at a future time.

The panel will consider written reports, statements, physical evidence, and oral testimony. The IDP will also hear pleadings by the detainee and staff representative. The IDP will base its findings on the preponderance of the evidence and, if the committee finds that you did commit a prohibited act, will only impose authorized sanctions. Sanctions available to the IDP include "1" through "13" in accordance with the table of prohibited acts and associated sanctions listed elsewhere in this handbook. However, the AFOD or designee must approve the panel's recommendation before any detainee is placed into disciplinary segregation.

The IDP uses an established system of charges and sanctions for rule violations. The specifics of this system are listed on the preceding pages of this handbook. The panel may render a verdict in your case using these charges and sanctions. The panel can reduce the charges if deemed appropriate. If you do not accept the panel's verdict, you may utilize your right to appeal. To file an appeal of the panel's determination, you may file a written or electronic grievance. Locate the box marked "Disciplinary Appeal" on the grievance form and place a checkmark in the box. Complete the form and place it in the secure box in your housing unit labeled "Grievances Box." You may also submit the form to the Grievance Officer during his/her visits to your housing unit. Another detainee or facility staff may help you to prepare your appeal. If you are illiterate, disabled, or limited English proficient you will be aided upon request.

**Criminal Violations**

All detainees are subject to all laws of the United States and of the state where they are detained. Any detainee violating these laws may be charged criminally and tried for that violation in the appropriate local, state, or federal court. You will be formally notified if you are charged with a criminal violation while you are in ICE custody. Once you are notified that you are being charged with a criminal violation of the law, you will be advised that you have the right to have legal representation for any interviews or court appearances related to the criminal charges pending against you. If you are indigent, an attorney will be appointed to represent you for the course of the criminal case. The filing or disposition of charges in a judicial court of record for the violation of local, state, or federal law does not, in any way, prevent or affect the administrative handling of the same act as an institutional disciplinary matter, nor of taking disciplinary action against the detainee in question. However, information obtained during the administrative processing of the institutional disciplinary matter cannot be used to incriminate the detainee/defendant in a criminal case.

## VIII. Sexual Assault Awareness

While detained by the DHS ICE/ERO, you have the right to be safe and free from sexual abuse and sexual assault. Report all attempted abuse or assaults to a facility staff member (for example, your housing unit officer, a supervisor, a healthcare provider, or the officer in charge) or directly to the ICE Detention Reporting and Information Line at 1-888-351-4024, DHS Office of Inspector General (OIG) at 1-800-3238603 or the ICE Office of Professional Responsibility (OPR) Joint Intake Center (JIC) at 1-877-246-8253.

Definitions

**Custody:** Custody means that period of time during which a person has been arrested by ICE under its administrative and/or criminal authorities, is physically present in an ICE owned, -leased, or -contracted detention, holding, or other facility pursuant to such authorities, or is being transported by ICE (including for purposes of removal from the United States) pursuant to such authorities. Custody ends when the person is released from ICE's physical confinement, control, or restraint, including upon transfer to another agency for detention under its own legal authorities.

**Detainee: Detainee** means an alien detained in ICE custody.

**Sexual Abuse and Assault:**

- Sexual abuse and assault of a detainee by another detainee;
- Sexual abuse and assault of a detainee by a staff member, contractor, or volunteer.

**Detainee-on-Detainee Sexual Abuse/Assault:**

- One (1) or more detainees, *by force, coercion, or intimidation, or if the victim was unable to consent or refuse,* engaging in or attempting to engage in an act with another detainee that involves **contact between the penis and the vagina or anus, including contact involving the penis upon penetration.**
- One (1) or more detainees, *by force, coercion, or intimidation, or if the victim was unable to consent or refuse,* engaging in or attempting to engage in an act with another detainee that involves **contact between the mouth and the penis, vulva, or anus.**
- One (1) or more detainees, *by force, coercion, or intimidation, or if the victim was unable to consent or refuse,* engaging in or attempting to engage in an act with another detainee that involves **anal or genital penetration, however slight, by a hand or finger or by any object.**
- One (1) or more detainees, *by force, coercion, or intimidation, or if the victim was unable to consent or refuse,* engaging in or attempting to engage in an act with another detainee that involves **touching of the detainee's genitalia, anus, groin, breast, inner thighs, or buttocks,** either directly or through the clothing, with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of any person.
- **Threats, intimidation or other actions or communications** by one (1) or more detainees aimed at *coercing or pressuring another detainee to engage in a sexual act.*

**Staff-on-Detainee Sexual Abuse/Assault:** (staff includes contractors, medical professionals, and volunteers) **NOTE: There is no requirement for "force, coercion or intimidation" for staff-on-detainee sexual acts.**

- One (1) or more staff members engaging in or attempting to engage in an act with a detainee that involves **contact between the penis and the vulva or anus, including contact involving the penis upon penetration.**

- One (1) or more staff members engaging in or attempting to engage in an act with a detainee that involves **contact between the mouth and the penis, vulva, or anus.**
- One (1) or more staff members engaging in or attempting to engage in an act with a detainee that involves **anal or genital penetration, however slight, by a hand or finger or by any object,** *when the act is unrelated to official duties <u>or</u> the staff member has the intent to abuse, arouse or gratify sexual desire.*
- One (1) or more staff members engaging in or attempting to engage in an act with a detainee that involves **intentional touching of the genitalia, anus, groin, breast, inner thighs, or buttocks,** either directly or through the clothing, *when the act is unrelated to official duties <u>or</u> the staff member has the intent to abuse, arouse or gratify sexual desire.*
- One (1) or more staff members engaging in **threats, intimidation, harassment, indecent, profane, or abusive language, or other actions or communications** aimed at *coercing or pressuring a detainee to engage in a sexual act.*
- One (1) or more staff members engaging in **repeated verbal statements or comments of a sexual nature** to a detainee.
- Any staff member's **display of his or her uncovered genitalia, buttocks, or breast** in the presence of a detainee.
- **Voyeurism,** which is defined as inappropriate visual surveillance of a detainee for reasons unrelated to official duties. *Where not conducted for reasons relating to official duties*, the following are examples of voyeurism: staring at a detainee who is using a toilet in his or her cell to perform bodily functions; requiring a detainee to expose his or her buttocks, genitals, or breasts; or taking images of all or part of a detainee's naked body or of a detainee performing bodily functions.

**Sexual conduct of any type between staff and detainees amounts to sexual abuse, regardless of whether consent exists.**

<u>**Prohibited Acts**</u>

CEM has a **zero-tolerance** policy for sexual abuse and assault, which is prohibited by ICE policy and the law. A detainee or staff member who commits sexual assault shall be punished administratively and may be subject to criminal prosecution.

A detainee who engages in such behavior can be charged with the following Prohibited Acts under the Detainee Disciplinary Policy:

- Code 101: Sexual Assault
- Code 207: Making a Sexual Proposal or Threat
- Code 404: Using Abusive or Obscene Language
- Code 206: Engaging in a Sex Act
- Code 300: Indecent Exposure

Victimized detainees shall not be subject to disciplinary action for reporting sexual abuse or for participating in sexual activity because of force, coercion, threats, or fear of force. If you experience retaliation for reporting sexual abuse or for engaging in sexual activity because of force or coercion, you can report it in any way that you report an incident of sexual abuse.

In addition, consensual sexual conduct between detainees is also prohibited and subject to administrative and disciplinary sanctions.

**Report to Consulates:**

- Telephone calls or written reports to consular officials.

**Report to Family Members, Friends, or Other Outside Agencies:**

- Report to an individual, outside agency or through a third party such as a relative or friend who can contact facility staff.
- To request a confidential call, submit a written or electronic ICE Request Form. During your call, staff will supervise you within eyeshot, but out of earshot.
- You may request to contact an outside agency through a chaplain, clinician, other service provider or through confidential correspondence.
- Outside agencies may forward any reports of abuse to the facility and authorities in accordance with mandatory reporting laws. Such communications will be monitored.

**Reporting Through Grievance System**

- Formal grievances related to sexual abuse and assault may be filed at any time there is no time limit for these types of grievances. , and may be filed during, after, or in lieu of lodging an informal grievance or complaint and with no time limit imposed on when a grievance may be submitted.
- Detainees may obtain assistance from another detainee, the housing unit officer or other facility staff, family members, or legal representatives. Staff shall take reasonable steps to expedite requests for assistance from these other parties.

You do not have to give your name to report sexual abuse or assault, but the more information you can provide, the easier it will be to investigate what happened. Staff members are required to keep the reported information confidential and only discuss it with the appropriate officials on a need-to-know basis.

**Next Steps after Reporting a Sexual Assault or Attempted Sexual Assault**

You will be offered immediate protection from the assailant, and you will be referred to for medical examination and clinical assessment. You do not have to name the detainee(s) or staff member who assaulted you for you to receive assistance, but specific information may make it easier for staff to help you. You will continue to receive protection from the assailant, whether you have identified your attacker or agree to testify against them. **If the assault occurred recently, it is important that you do not shower, wash, brush your teeth, drink, change clothing or use the bathroom, to the extent possible, until you can be seen by a medical provider and any evidence can be collected.**

**The Medical Exam**

Medical staff will examine you as appropriate for injuries, which may or may not be readily apparent to you. In some cases, you may be sent out to the hospital where a specially trained nurse will gather physical evidence of the assault. Bring with you to the medical exam the clothes and underwear that you had on at the time of the assault. With your consent, a medical professional may perform a pelvic and/or rectal examination to obtain samples of or document the existence of physical evidence such as hair, body fluids, tears, or abrasions that remain after the assault. This physical evidence may be critical in corroborating that the sexual assault occurred and in identifying the assailant; trained personnel will conduct the exam privately and professionally.

You are entitled to medical and mental health services and ongoing care, as appropriate, including testing and treatment for sexually transmitted diseases and infections, emergency contraception, and counseling services.

Staff will take seriously all statements from detainees claiming to be victims of sexual abuse or assault and will respond supportively and non-judgmentally. Any detainee may report acts of sexual abuse or assault to any employee, contractor, or volunteer.

If a detainee is not comfortable with making the report to immediate point-of-contact line staff, he/she will be allowed to make the report to a staff person with whom he/she is comfortable in speaking about the allegations. You may contact your consular official, ICE Detention Reporting and Information Line, DHS Office of the Inspector General or ICE/OPR Joint Intake Center, to confidentially and if desired, anonymously, report these incidents. You can also have somebody else report on your behalf to the facility, ICE Headquarters, or the DHS Office of Inspector General.

If you become a victim of a sexual assault, report the incident immediately. Individuals who sexually abuse or assault detainees can only be disciplined or prosecuted if the abuse is reported. Any report of sexual abuse, or fear of being abused or assaulted, will not negatively impact your immigration proceedings. You can report a sexual assault incident to facility staff, ICE/ERO personnel, or DHS or ICE headquarters, including through the following methods:

**Report to the Facility:**

- ➢ Tell any staff member at the facility you trust (for example, the Sexual Abuse and Assault Prevention and Intervention (SAAPI) Program Coordinator, medical staff, chaplains, housing unit officers, supervisors, etc.).
- ➢ File an informal or formal grievance (including emergency grievance) with the facility.
- ➢ Sick call requests.
- ➢ SAAPI Program Coordinator

**Report to the El Paso Field Office:**

- ➢ Tell an ICE/ERO staff member who visits the facility.
- ➢ File a written informal or formal request or grievance to ICE /ERO.

**Report to DHS or ICE Headquarters:**

- ➢ Contact the ICE Detention Reporting and Information Line:
  - Call: 1-888-351-4024
- ➢ Contact the DHS Office of Inspector General:
  - Call: (202) 245-4100
  - Toll-Free Hotline: 1-800-323-8603/1-844-889-4357 TTY
  - Email: www.oig.dhs.gov
  - Write a letter to: 245 Murray Drive, Building 410 Mail Stop: 0305<br>Washington, D.C. 20528

➢ Contact the ICE OPR JIC:

- Call: 1-877-246-8253
- Email: Joint.Intake@dhs.gov
- Write a letter to: P.O. Box 14475<br>1200 Pennsylvania Ave. NW<br>Washington, D.C. 20044

**Detention as a Safe Environment**

While you are detained, no one has the right to pressure you to engage in sexual acts or engage in unwanted sexual behavior. Regardless of your age, size, race, ethnicity, sexual orientation, or gender identity, you have the right to be safe from unwanted sexual advances and acts.

**Prosecution**

If you commit sexual assault, we **WILL PROSECUTE YOU!**

**Confidentiality**

Information concerning the identity of a detainee victim reporting a sexual assault, and the facts of the report itself, will be limited to those who have the need-to-know to make decisions concerning the victim's welfare and for law enforcement/investigative purposes. People who may need to know include but may not be limited to:

- Staff members who make decisions about your care
- Law enforcement
- Facility investigators
- Sexual Assault Nurse Examiner or Sexual Assault Forensic Examiner
- Local victim service provider

**Avoiding Sexual Assault**

Sexual assault is never the victim's fault. Knowing the warning signs and red flags can help you stay alert and aware:

1. Report concerns.
2. Carry yourself in a confident manner. Many attackers choose victims who look like they will not fight back or who they think are emotionally weak.
3. Do not accept gifts or favors from others. Most gifts or favors can come with demands or terms that the giver expects you to accept.
4. Do not accept an offer from another detainee to be your protector.
5. Find a staff member with whom you feel comfortable discussing your fears and concerns.
6. Do not use drugs or alcohol; these can weaken your ability to stay alert and make good judgments.
7. Be clear, direct, and firm. Do not be afraid to say "No" or "Stop it now."
8. Choose your associates wisely. Look for people who are involved in positive activities like educational programs, work opportunities or counseling groups. Get yourself involved in these activities if they are available at your facility.
9. If you suspect another detainee is being sexually abused, report it to a staff member you trust or to the ICE Detention Reporting and Information Line at 1-888-351-4024, DHS Office of Inspector General at 1-800-323-8603 or ICE/OPR Joint Intake Center at 1-877-246-8253.
10. Trust your instincts. Be aware of situations that make you feel uncomfortable. If it does not feel right or safe, leave the situation or seek assistance. If you fear for your safety, report your concerns to staff.

**Report All Assaults**

Detainees have multiple ways to privately, and if desired, anonymously, report signs or incidents of sexual abuse and assault, retaliation for reporting sexual abuse, or staff neglect or violations of responsibilities that may have contributed to such incidents and will not be punished for reporting.

**Understanding the Investigative Process**

Once the misconduct is reported, the facility and/or an appropriate law enforcement agency will conduct an investigation. The purpose of the investigation is to determine the nature and extent of the misconduct. You may be asked to give a statement during the investigation. If criminal charges are filed, you may be asked to testify during the criminal proceedings.

**The Emotional Consequences of Sexual Assault**

It is common for victims of sexual assault to have feelings of embarrassment, anger, guilt, panic, depression and fear several months or even years after the attack. Other common reactions include loss of appetite, nausea or stomach aches, headaches, loss of memory and/or trouble concentrating, and changes in sleep patterns. Emotional support is available from the facility's mental health and medical staff, and from the chaplains. Also, many detainees who are at high risk of sexually assaulting others have often been sexually abused themselves. Mental health services are available to them also so that they can control their actions and heal from their own abuse.

Sexual assaults can happen to anyone: any gender, age, race, ethnic group, socioeconomic status and to an individual with any sexual orientation or disability. Sexual assault is not about sex; it is about power and control. All reports are taken seriously. Your safety and the safety of others is the most important concern. For everyone's safety, all incidents, threats, or assaults must be reported.

**False Allegations**

Sexual assaults are taken very seriously. If you are assaulted, all efforts will be made to help you and prosecute the assailant. However, making false allegations that you were assaulted when you were not, is a serious issue and will be dealt with through disciplinary actions.

## IX. Facility Schedules

All facility schedules are subject to change as needed or prompted by weather, facility security, or operational changes. Schedule details and any changes to facility schedules will be posted on the bulletin boards in your housing unit.

**General Visitation Schedule**

**Public Visitation**

**Please call (915) 208-0980 to schedule visits with a detainee.**

**Visitation hours are by appointment only**

**Weekends and holidays**

**8 a.m. – 1 p.m.**

**2 p.m. – 6 p.m. (MT)**

**Deportation Officer Dormitory Visitation Schedule**

Visitation hours 8:30 a.m. – 11:30 a.m.

**Mealtimes**

Approximate times are as followed:

- Breakfast 7 a.m.
- Lunch 11 a.m.
- Dinner 5 p.m.

**Law Library Schedule**

Open from 7 a.m. – 7 p.m. Sunday through Saturday.

**Library Schedule**

Open from 7 a.m. – 7 p.m. Sunday through Saturday.

**Barber Shop Schedule**

Open from 7 a.m. – 7 p.m. Sunday through Saturday.

**Clothing Exchange Schedule**

Laundry for the **Housing Units** begins at 8 a.m. Monday through Saturday

**Recreation Schedule**

Refer to the outdoor recreation schedule in your housing unit.

Indoor recreation is Sunday through Saturday from 5 a.m. – 10 p.m.

**Group Legal Rights Presentations Schedule**

Group legal rights presentations are scheduled as available.

**Final Approval:** [signature] **Date:** 5/13/2026

Christian Rodriguez, Senior Security Operations Director