**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**PLAINTIFFS' SIXTH UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A REPLY IN SUPPORT OF MOTION FOR LIMITED EXPEDITED DISCOVERY**

On June 2, 2026, after months of unsuccessfully attempting to get medical records from the facility, Plaintiffs filed a Motion for Limited Expedited Discovery to obtain the complete medical records from Camp East Montana for 25 people. ECF No. 13. Since then, the parties have attempted to resolve Plaintiffs' motion and have sought and received extensions of time as they engaged in negotiations to resolve the matter. *See* ECF Nos. 18 (stipulation), 20, 27, 29, 32, 35, 39, 41, 44, 48.

Most recently, on September 22, 2026, Plaintiffs sought and received an extension of time to allow Defendants further time to review Plaintiff's detailed list of missing medical records to try to locate additional medical records.

The parties met and conferred on October 21, 2026. Counsel for Defendants informed Plaintiffs that they will be visiting Camp East Montana during the week of October 26, 2026, and expect to have more information about the requested medical records.

Plaintiffs hope that the parties will work expeditiously and in good faith to resolve Plaintiffs' motion without further litigation and that Defendants will be able to locate missing medical records with the detailed information Plaintiffs have provided. Plaintiffs therefore respectfully request that the Court extend the deadline to file a reply in support of the Motion for Limited Expedited Discovery until **November 19, 2026**, to allow Defendants additional time to locate the requested medical records and the parties additional time to try to resolve any remaining issues.

On October 22, 2026, counsel for Defendants informed Plaintiffs that they do not oppose the requested extension until November 19, 2026. A proposed order is attached.

Dated: October 22, 2026

Respectfully submitted,

*/s/ Savannah Kumar*
ACLU FOUNDATION OF TEXAS, INC.
Savannah Kumar
Texas Bar No. 24120098
Fabiola Alvelais

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Rita Lomio (CA 254501) (*pro hac vice*)
Kyle Virgien (CA 278747) (*pro hac vice*)

Texas Bar No. 24146029
Edgar Saldivar
Texas Bar No. 24038188
Adriana Pinon
Texas Bar No. 24089768
P.O. Box 8306
Houston, TX 77288
Tel.: (713) 942-8146
Fax: (713) 942-8966
skumar@aclutx.org
falvelais@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

FARELLA BRAUN + MARTEL LLP
Jim Day (CA 197158) (*admitted*)
Cynthia A. Castillo (TX 24097474)
Raven Quesenberry (CA 346250) (*admitted*)
Hilary C. Krase (CA 318762) (*pro hac vice*)
One Bush Street, Suite 900
San Francisco, California 94104
Tel.: (415) 954-4400
Fax: (415) 954-4480
jday@fbm.com
ccastillo@fbm.com
rquesenberry@fbm.com
hkrase@fbm.com

Felipe Hernandez (CA 338468) (*pro hac vice*)
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770
rlomio@aclu.org
kvirgien@aclu.org
npp_fhernandez@aclu.org

Carmen Iguina Gonzalez (*pro hac vice*)
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Tel.: (202) 393-4930
ciguinagonzalez@aclu.org

Zachary Dolling
Texas Bar No. 24105809
Charlotte Weiss (application for admission pending)
New York Bar No. 6313639
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, Texas 78760
Tel.: (512) 474-5073 ext. 162
zachary@texascivilrightsproject.org
cweiss@texascivilrightsproject.org

Dustin Rynders
Texas Bar No. 24048005
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 1108
Houston, Texas 77251
Tel.: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Daniel Hatoum
Texas Bar No. 24099136
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
Tel.: (956) 787-8171 ext. 127
daniel@texascivilrightsproject.org

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record.

*/s/ Savannah Kumar*
Savannah Kumar

*Counsel for Plaintiffs and the Putative Class*