**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**ORDER GRANTING THE PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO THE COMPLAINT AND BRIEFING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

THIS CAUSE comes before the Court upon the parties' Stipulation regarding the briefing schedule for Defendants' Response to the Complaint and Briefing on Plaintiffs' Motion for Preliminary Injunction.

UPON CONSIDERATION of the parties' Stipulation, the reasons set forth therein, and the other pleadings filed in this case, the Court hereby GRANTS the parties' Stipulation.

Defendants' Motion to Dismiss and their Response in Opposition to Plaintiffs' Motion for Preliminary Injunction shall be due on **November 16, 2026**. Plaintiffs' Reply in Support of their Motion for Preliminary Injunction shall be due on **December 15, 2026**, and their Response to Defendants' Motion to Dismiss shall be due on **December 21, 2026**. Defendants' Reply in Support of their Motion to Dismiss shall be due on **January 11, 2027**.

These deadlines supersede all prior briefing schedules in this matter.

IT IS SO ORDERED.

Dated: October 28, 2026

HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE