**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

# [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO RESPOND AND AMEND THE BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO THE COMPLAINT AND BRIEFING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

THIS CAUSE comes before the Court upon Defendants' Motion regarding the briefing schedule for Defendants' response to the Complaint and briefing on Plaintiffs' Motion for Preliminary Injunction.

UPON CONSIDERATION of Defendants' Motion, the reasons set forth therein, and the other pleadings filed in this case, the Court hereby GRANTS Defendants' proposed amendments.

Defendants' Motion to Dismiss and their Response in Opposition to Plaintiffs' Motion for Preliminary Injunction shall be due on **November 23, 2026**. Plaintiffs' Reply in Support of their Motion for Preliminary Injunction shall be due on **December 22, 2026**, and their Response to Defendants' Motion to Dismiss shall be due on **January 4, 2026**. Defendants' Reply in Support of their Motion to Dismiss shall be due on **January 25, 2027**.

These deadlines supersede all prior briefing schedules in this matter.

IT IS SO ORDERED.

Dated: November ____, 2026

________________________________
HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE