**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

**JOINT MOTION TO WITHDRAW ECF NO. 54-3**

Pursuant to Federal Rule of Civil Procedure 7(b)(1), and the Court's inherent authority to manage its docket, the parties jointly move to withdraw ECF No. 54-3 from the record in this matter.

On October 15, 2026, Plaintiffs filed a Motion for Preliminary Injunction. ECF No. 52. In support of their Motion, among other things, Plaintiffs filed a Declaration of Rita Lomio in Support of Plaintiffs' Motion for Preliminary Injunction. ECF No. 54. On October 26, 2026, Defendants requested the full legal names and A-numbers for all people currently or formerly detained at Camp East Montana at Ft. Bliss whose declarations were filed with Plaintiffs' Motion for Preliminary Injunction. Plaintiffs provided the identifying information or guidance on how Defendants could obtain the information for all declarations except those attached to the December 2025 coalition letter filed at ECF No. 54-3, which notified Defendants of alleged deficiencies and violations at Camp East Montana. Plaintiffs took the position that Defendants were not entitled to these declarants' identifying information because as detailed in the letter, "[a]ll detainees are proceeding under pseudonym in light of the threat of retaliation by ICE" and Plaintiffs presented the letter only to show notice for purposes of the motion for preliminary injunction. ECF No. 54-2 at 5 n.9. Defendants took the position that so long as the declarations were in the record, they were entitled to this identifying information.

On October 29, 2026, the parties met and conferred and agreed that in the interest of avoiding unnecessary litigation, ECF No. 54-3 should be withdrawn and that neither party will rely upon it in connection with the pending motion for preliminary injunction. The parties further agree that the withdrawal of ECF No. 54-3 does not affect ECF No. 54 or any of its remaining attachments, which shall remain on the record as originally filed, and that it is without prejudice to Plaintiffs seeking to introduce the declarations in ECF No. 54-3 in a future filing and without prejudice to Defendants' ability to object at that time.

Accordingly, the parties respectfully request that the Court grant this Joint Motion and hereby directs the Clerk to remove ECF No. 54-3 from the docket.

A proposed order is attached.

Dated: November 6, 2026

Respectfully submitted,

*/s/ Savannah Kumar*
ACLU FOUNDATION OF TEXAS, INC.
Savannah Kumar
Texas Bar No. 24120098
Fabiola Alvelais
Texas Bar No. 24146029
Edgar Saldivar
Texas Bar No. 24038188
Adriana Pinon
Texas Bar No. 24089768
P.O. Box 8306
Houston, TX 77288
Tel.: (713) 942-8146
Fax: (713) 942-8966
skumar@aclutx.org
falvelais@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Rita Lomio (CA 254501) (*pro hac vice*)
Kyle Virgien (CA 278747) (*pro hac vice*)
Felipe Hernandez (CA 338468) (*pro hac vice*)
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770
rlomio@aclu.org
kvirgien@aclu.org
npp_fhernandez@aclu.org

Carmen Iguina Gonzalez (*pro hac vice*)
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Tel.: (202) 393-4930
ciguinagonzalez@aclu.org

Zachary Dolling
Texas Bar No. 24105809
Charlotte Weiss (application for admission pending)
New York Bar No. 6313639
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757

*/s/ Shane A. Young*
SHANE A. YOUNG
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Shane.a.young@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General Civil Division

SAMUEL P. GO
Assistant Director

BRIAN V. SCHAEFFER
Trial Attorney
U.S. Department of Justice
Civil Division Office of Immigration Litigation
P.O. Box 878,
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-7311
Brian.schaeffer@usdoj.gov

*Counsel for Defendants*

Austin, Texas 78760
Tel.: (512) 474-5073 ext. 162
zachary@texascivilrightsproject.org
cweiss@texascivilrightsproject.org

Dustin Rynders
Texas Bar No. 24048005
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 1108
Houston, Texas 77251
Tel.: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Daniel Hatoum
Texas Bar No. 24099136
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, Texas 78516
Tel.: (956) 787-8171 ext. 127
daniel@texascivilrightsproject.org

FARELLA BRAUN + MARTEL LLP
Jim Day (CA 197158) (*admitted*)
Cynthia A. Castillo (TX 24097474)
Raven Quesenberry (CA 346250) (*admitted*)
Hilary C. Krase (CA 318762) (*pro hac vice*)
One Bush Street, Suite 900
San Francisco, California 94104
Tel.: (415) 954-4400
Fax: (415) 954-4480
jday@fbm.com
ccastillo@fbm.com
rquesenberry@fbm.com
hkrase@fbm.com

*Counsel for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record.

*/s/ Savannah Kumar*
Savannah Kumar

*Counsel for Plaintiffs and the Putative Class*