**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

*Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

*Defendants*.

Civil Action No.: 3:26-cv-1515-LS

## [PROPOSED] ORDER

Before the Court is the Parties' Joint Motion to Withdraw ECF No. 54-3. Having considered the Motion, the Court finds good cause to permit withdrawal, and it is GRANTED.

IT IS THEREFORE ORDERED that ECF No. 54-3 be sealed on the docket, and that it not be part of the record on Plaintiffs' Motion for Preliminary Injunction, ECF No. 52.

IT IS SO ORDERED.

Dated: November ____, 2026

___________________________________
HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE