AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| Gerald Akari Angye, et al. *Plaintiff* | ) | |
| v. | ) | Case No. 3:26-cv-01515 |
| U.S. Immigration and Customs Enforcement et al. *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Federal Defendants .

Date: 11/06/2026

Dominic Anthony Weiss
*Attorney's signature*

Dominic Anthony Weiss (PA 339772)
*Printed name and bar number*

Department of Justice, Office of Immigration Litigation
450 5th St NW
Washington, DC 20001
*Address*

dominic.weiss@usdoj.gov
*E-mail address*

(202) 598-3153
*Telephone number*

N/A
*FAX number*