**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

GERALD AKARI ANGYE,
*et al.*,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Defendants.

Case No. 3:26-cv-1515

**TABLE OF CONTENTS FOR EXHIBITS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit | Title |
|---|---|
| A. | Declaration of Daniel Subia, Assistant Field Office Director ("AFOD") for the U.S. Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO") Office in El Paso, Texas |
| B. | Declaration of John Orloski, Management & Program Analyst ("M&PA"), Contracting Officer Representative ("COR") for DHS, ICE, ERO Office in El Paso, Texas. |
| C. | Declaration of Ernie Marin, Acting AFOD for DHS, ICE, ERO Office in El Paso, Texas |
| D. | |
| E. | Declaration of Michael Oslund, President of Talton Communications, Inc. |
| F. | 2026 National Detention Standards ("NDS") |
| G. | *[1] |
| H. | * |
| I. | * |
| J. | * |
| K. | * |

[1] All Exhibits marked with an asterisk are subject to this case's protective order and the basis for Defendants' Motion to Seal accompanying this filing.

| Exhibit | Title |
|---|---|
| L. | * |
| M. | * |
| N. | * |
| O. | * |
| P. | * |
| Q. | * |
| R. | * |
| S. | * |
| T. | * |
| U. | * |
| V. | * |
| W. | * |
| X. | * |
| Y. | * |
| Z. | * |
| AA. | * |
| BB. | * |