# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

Plaintiffs,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

Defendants.

Civil Action No.: 3:26-cv-1515-LS

**DECLARATION OF JONATHAN ORLOSKI**

I, Jonathan Orloski, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am the Management & Program Analyst ("M&PA"), Contracting Officer Representative ("COR") for the U.S. Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO") Office in El Paso, Texas.

2. I have been employed by DHS ICE as Building Manager and M&PA COR since March 15, 2020. I have been the M&PA COR with the El Paso Field Office since October 04, 2024. Prior to entering on duty as the M&PA COR with ERO El Paso, I was the Building Manager for the El Paso Service Processing Center (ELP SPC) since March 15, 2020. I was assigned as the M&PA COR and Primary Point of Contact (POC) over Camp East Montana (CEM) (Originally known as Site Monitor) since its inception in March of 2025. I was officially appointed by Department of the Army ARNORTH as the Primary COR on July 16, 2025, and was responsible for contract oversight of the El Paso Camp East Montana Detention Facility until October 01,

2025, when the contract transitioned to ICE. I was appointed back on the current contract as COR on October 26, 2026.

3. I have experience utilizing ICE record systems that pertain to COR duties that pertain to financial obligations and contract payments. I have been appointed as COR on numerous contracts ranging from small scale maintenance contracts to full ground up start up facilities ranging in contract value from under $25,000.00 to over $1,000,000,000.00. I have been assigned to and performed the duties of a Technical Evaluation Team member on numerous evaluation teams for direct award sole source and competitive contract solicitations.

4. I hereby submit this declaration in support of Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction in the above captioned case.

5. The statements contained in this declaration are based upon my personal knowledge, reasonable inquiry, and information made available to me in the course of my official duties from information obtained from records, systems, databases, other DHS employees, and/or information portals maintained and relied upon by DHS.

## BACKGROUND

6. ICE is the largest investigative branch of DHS and is charged with enforcement of more than 400 federal statutes. The agency was created after the September 11, 2001, terrorist attacks, by combining components of the former Immigration and Naturalization Service and the former U.S. Customs Service, among other agencies, to more effectively enforce federal immigration and customs laws and to protect the United States against terrorist attacks. The mission of ICE is to protect the United States from the cross-border crime and illegal immigration that threaten national security and public safety. To carry out that mission, ICE focuses on enforcing immigration laws, preventing terrorism, and combating transnational criminal threats.

ICE consists of three core operational directorates: (1) ERO, which includes 25 field offices led by FODs; (2) Homeland Security Investigations (HSI), which includes 30 field offices led by Special Agents-in-Charge; and (3) the Office of the Principal Legal Advisor, which has offices in 130 locations throughout the United States and at ICE Headquarters.

7. ERO deportation officers are immigration officers under 8 U.S.C. § 1357 and customs officers under 19 U.S.C. § 1589a. It is the mission of ERO to identify, arrest, and remove aliens who present a danger to national security or are a risk to public safety, as well as those who enter the United States illegally—including those who cross the border illegally, which is a federal misdemeanor, 8 U.S.C. § 1325, and those who illegally reenter after having been removed, which is a federal felony, 8 U.S.C. § 1326—or otherwise undermine the integrity of our immigration laws and our border control efforts.

8. The majority of ERO's immigration enforcement operations take place in the interior of the country. ERO manages all logistical aspects of the removal process by identifying, apprehending, initiating removal proceedings, and, when appropriate, detaining aliens during removal proceedings or if they are subject to a final order of removal, until their removal from the United States. ERO's enforcement activities include locating and taking into custody fugitive aliens and at-large criminal aliens, as well as identifying aliens in federal, state, and local prisons and jails, and working with those authorities to transfer such aliens to ICE custody without releasing them into the community. When aliens are ordered removed, ERO is responsible for safely repatriating them, or otherwise overseeing their departure from the United States.

9. Detention Centers, such as ERO El Paso Camp East Montana Detention Facility ("Camp East Montana") in Fort Bliss, Texas, exist to provide detainees with their Constitutional Due Process minimums, which include, among other provisions, access to counsel, medical care,

and necessities, such as nutritional meals, beds, numerous showers, and clothing. Furthermore, Detention Facilities are governed by National Detention Standards (NDS), which establish consistent conditions of confinement.

## CONTRACTOR TRANSITION

10. The previous prime contractor was Acquisition Logistics LLC. Amentum, Inc. ("Amentum") became the new prime contractor in April 2026.

11. The government issued a formal Show Cause Notice pursuant to FAR 52.212-4, Contract Terms and Conditions-Commercial Products and Commercial Services, and FAR 49.607, due to significant violations of the terms and conditions of the contract. The contractor had failed to successfully perform under the terms and conditions of the agreement; the Government terminated the contract under the provisions for default of this contract.

## CAMP EAST MONTANA IMPROVEMENTS

12. ICE Office of Acquisition Management ("OAQ")/ERO implemented an ICE-designed Performance Work Statement (PWS) that closely aligned with NDS 2026 and ICE Health Service Corps (IHSC) policies. The new PWS significantly raised standards for medical care, food and nutrition, sanitation and housing, transportation, and case processing, specifically to close gaps revealed by the prior contractor's performance.

13. ICE OAQ/ERO implemented a Quality Assurance Surveillance Plan and Performance Requirements Summary (with strong financial remedies which were missing in the previous contract) to ensure very detailed contract oversight with specific deliverables, to include increases in contract detention officer staffing. These changes were necessary to ensure the staffing and infrastructure needed to meet NDS 2026 and IHSC standards, particularly in those areas where prior contractor performance was deficient (medical, suicide prevention, transportation, sanitation,

weapons control, and food service). We needed clear, enforceable performance metrics with financial consequences for non-performance.

14. At the direction of the government, Amentum has added case processing and docket & removal management requirements, as well as increased medical staffing in the areas of behavioral and mental health.

15. IHSC Field Medical Coordinators (FMCs) and Behavioral Health Case Managers (BHCMs) provide recurring reviews and oversight, with authority to identify and track Immediate Jeopardy conditions.

16. Camp East Montana now has dedicated Medical and Behavioral Health Housing Units with 24/7 RN coverage and on-call clinician support, to reduce reliance on ad hoc suicide-watch arrangements that previously use non-suicide resistant rooms. These units are still being constructed and should be operational within the next 60-90 days.

17. There is a structured suicide prevention program with timely mental health screening (within 12 hours of admission), requirements for evaluation within 24 hours of identification as at risk, written treatment plans specified follow-up intervals, and clear criteria for placement on and removal from suicide watch, requirements for suicide-resistant cells, removal of tie-off points and ligature risk-items and documented staggered checks not to exceed 15 minutes.

18. At the Government's direction, Amentum has also presented an updated medical facility layout and clinical space enhancements that address: (a) Improvements to current existing medical unit that include 2 negative pressure rooms with long term medical enhancements that will include 28 negative pressure rooms through a redesign phase; (b) Sink access near exam rooms, exam room relocation as we work on expanding the medical unit, and refinement of current urgent care treatment space; (c) Satellite medical clinics for faster and more efficient medical care

to detainees inside the Pods; and (d) the addition of medical exam space in the Special Housing Unit.

19. Amentum also plans on expanding current processing area space for increased intake/outtake volume and has installed additional cameras in our sally port at intake to enhance our security and control.

20. This declaration is based upon my personal knowledge and information made available to me in my official capacity. I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry for the above captioned case. If called upon to testify, I could and would do so.

Executed this 23rd day of November 2026.

JONATHAN P ORLOSKI Digitally signed by JONATHAN P ORLOSKI Date: 2026.11.23 21:56:06 -07'00'

Jonathan Orloski
Management & Program Analyst
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security