# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Gerald Akari Angye, *et al.*,

Plaintiffs,

v.

U.S. Immigration and Customs Enforcement, *et al.*,

Defendants.

Civil Action No.: 3:26-cv-1515-LS

**DECLARATION OF ERNIE MARIN**

I, Ernie Marin, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am the Acting Assistant Field Office Director (AFOD) for the U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Office in El Paso, Texas.

2. I have been employed by DHS ICE in various roles since November 3, 2008. I have been an Acting AFOD with the El Paso Field Office since October 11, 2026. Prior to entering on duty as an Acting AFOD with ERO El Paso, I was the Supervisor Detention and Deportation Officer (SDDO) for the Detained Docket Unit located at the El Paso Service Processing Center (EPC) since May 4, 2025. I am responsible for the oversight of the El Paso Camp East Montana Detention Facility ("Camp East Montana") and its operations since August 7, 2025.

3. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on aliens in the course of its regularly conducted business activity. These records are made in the course of regularly conducted business

activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records, including the Enforce Alien Removal Module ("EARM"). EARM is the ICE electronic database utilized by ERO to maintain information regarding the custody and removal status of aliens. EARM is an electronic database ordinarily relied upon to ascertain an alien's immigration and criminal history, current case status, and plans for removal, if any.

4. I hereby submit this declaration in support of Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction in the above captioned case.

5. The statements contained in this declaration are based upon my personal knowledge, reasonable inquiry, and information made available to me in the course of my official duties from information obtained from records, systems, databases, other DHS employees, and/or information portals maintained and relied upon by DHS.

## BACKGROUND

6. ICE is the largest investigative branch of DHS and is charged with enforcement of more than 400 federal statutes. The agency was created after the September 11, 2001, terrorist attacks, by combining components of the former Immigration and Naturalization Service and the former U.S. Customs Service, among other agencies, to more effectively enforce federal immigration and customs laws and to protect the United States against terrorist attacks. The mission of ICE is to protect the United States from the cross-border crime and illegal immigration that threaten national security and public safety. To carry out that mission, ICE focuses on enforcing immigration laws, preventing terrorism, and combating transnational criminal threats. ICE consists of three core operational directorates: (1) ERO, which includes 25 field offices led by FODs; (2) Homeland Security Investigations (HSI), which includes 30 field offices led by

Special Agents-in-Charge; and (3) the Office of the Principal Legal Advisor, which has offices in 130 locations throughout the United States and at ICE Headquarters.

7. ERO deportation officers are immigration officers under 8 U.S.C. § 1357 and customs officers under 19 U.S.C. § 1589a. It is the mission of ERO to identify, arrest, and remove aliens who present a danger to national security or are a risk to public safety, as well as those who enter the United States illegally—including those who cross the border illegally, which is a federal misdemeanor, 8 U.S.C. § 1325, and those who illegally reenter after having been removed, which is a federal felony, 8 U.S.C. § 1326—or otherwise undermine the integrity of our immigration laws and our border control efforts.

8. The majority of ERO's immigration enforcement operations take place in the interior of the country. ERO manages all logistical aspects of the removal process by identifying, apprehending, initiating removal proceedings, and, when appropriate, detaining aliens during removal proceedings or if they are subject to a final order of removal, until their removal from the United States. ERO's enforcement activities include locating and taking into custody fugitive aliens and at-large criminal aliens, as well as identifying aliens in federal, state, and local prisons and jails, and working with those authorities to transfer such aliens to ICE custody without releasing them into the community. When aliens are ordered removed, ERO is responsible for safely repatriating them, or otherwise overseeing their departure from the United States.

**CAMP EAST MONTANA – GENERAL POPULATION**

9. Detention Centers, such as Camp East Montana, exist to provide detainees with their Constitutional Due Process minimums, which include, among other provisions, access to counsel, medical care, and necessities, such as nutritional meals, beds, numerous showers, and clothing. Furthermore, Detention Facilities are governed by National Detention Standards (NDS),

which establish consistent conditions of confinement.

10. The operational capacity decreased from 5,000 in 2025 to 4,000 in 2026. There were about 1800 detainees back in April 2026 and increased to 2520 in June 2026. Capacity has not increased because due to staffing issues. Camp East Montana needs two officers per pod to have physical oversight of detainees

11. The number of flights increased from 35-40 flights per week in fiscal year 2025 to 45-56 flights per week in fiscal year FY 2026. These flights include both international removal flights and domestic transfer flights.

12. The average time of detention is 12 days.

13. The combined intake and outtake numbers for detainees increased from 300-500 per day in fiscal year 2025 to 500-700 per day in fiscal year 2026.

14. The option to seek voluntary departure is discussed with eligible detainees in order to inform the eligible detainees of their rights and to permit them to request voluntary departure.

15. This declaration is based upon my personal knowledge and information made available to me in my official capacity. I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry for the above captioned case. If called upon to testify, I could and would do so.

Executed this 23rd day of November 2026.

Digitally signed by ERNIE MARIN
Date: 2026.11.23 17:17:16 -07'00'

Ernie Marin
Acting Assistant Field Office Director

Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security