# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Gerald Akari Angye, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, *et al.*,<br><br>Defendants. | Civil Action No.: 3:26-cv-1515-LS |

**DECLARATION OF MIKE OSLUND**

I, Mike Oslund, declare the following under 28 U.S.C . § 1746, and state that under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am employed by Talton Communications, Inc. ("Talton") as President, I have held this position since 2009. In my role, I am responsible for overseeing operations, contracts, finance, compliance, and personnel. In that role, I am familiar with the Company's business practices, policies, and records.

2. Talton provides detainee communication services to U.S. Immigration and Customs Enforcement ("ICE") under contract 70CDCR23D00000005. Under that contract, Talton provides electronic tablets for use by individuals detained at the ERO El Paso Camp East Montana Detention Facility ("Camp East Montana") in Fort Bliss, Texas.

3. I hereby submit this declaration in support of Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction Preliminary Injunction in the above captioned case.

4. The statements contained in this declaration are based upon my personal

knowledge, my review of Talton business records kept in the ordinary course of business, and information provided to me by Talton personnel in the course of my official duties. If called as a witness, I could and would testify competently to these facts.

**TABLET DEPLOYMENT AT CAMP EAST MONTANA**

5. Talton has deployed eighteen (18) tablets in each housing pod at Camp East Montana. As of November 9, 2026, Camp East Montana has 70 housing pods, for a total of 796 Talton tablets in service.

6. Tablets are available to detainees in each pod Sunday – Friday from 5:00 a.m. to 10:00 p.m. and Saturday 5:00 a.m. to 11:00 p.m., subject to facility count, security, and scheduling procedures set by the facility operator.

7. Each detainee accesses the tablet through an individual account using Personal Identification Number (PIN). Detainees receive instructions on tablet use on flyers provided at intake in English and Spanish.

8. The following services are provided at no cost to detainees: Law Library, Education, Purple VRS, Requests and Grievances, Notices, Religious Content, and Facility Messages. The following services carry a charge: Games, Music, Movies, Messages, Video Visitation, News, TV, and Transcription App.

9. Talton monitors tablet functionality and responds to reported malfunctions Facility opens ServiceNow tickets and Talton Customer Support resolves the issues. Talton maintains a 4:1 detainee to tablet ratio.

**SERVICES AVAILABLE TO DETAINEES THROUGH THE TABLETS**

10. Each Talton tablet at Camp East Montana provides detainees with access to the services described in paragraphs 11 through 17 below.

**A. Detainee Handbooks**

11. The tablets provide electronic access to the ICE National Detainee Handbook and the Camp East Montana local supplement/facility handbook. These handbooks are available in languages provided by ICE. They explain facility rules, detainee rights, and how to request services, including medical care, grievances, and legal resources. Detainees may access the handbooks at any time the tablets are available, without a request or charge.

**B. Grievances**

12. Detainees can file grievances electronically through the tablet. Submitted grievances are time-stamped and routed to the appropriate User Access level and detainees can view responses and status on the tablet. Talton's system records show that from August 17, 2025, through present, there have been 71,263 Requests and/or Grievances submitted at Camp East Montana.

**C. Messaging and Internet Access**

13. Detainees can send and receive private electronic messages through the tablet with approved contacts, including family members, and legal representatives. Detainees also have access to a restricted set of approved websites and applications; open internet access is not available.

**D. Multilingual Entertainment**

14. The tablets offer entertainment content in multiple languages. Available content includes movies, music, games, e-books, news, podcasts, educational, and religious programming.

**E. Ability to Contact Counsel**

15. Detainees can use the tablets to contact their attorneys and legal representatives. Specifically, detainees can place phone calls to counsel, conduct video visits with counsel, and

exchange messages with counsel. Calls to pro bono legal service providers, consulates, and others on ICE's free-call list are free of charge. Calls to registered attorney numbers are exempt from monitoring and recording.

**F. Law Library**

16. The tablets provide an electronic law library (LexisNexis), that includes federal immigration statutes and regulations, Board of Immigration Appeals, and federal court decisions, immigration court practice manuals, forms, and self-help legal materials. The law library is available in multiple languages and may be used when tablets are available, at no charge.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of November 2026.

Michael Oslund

Digitally signed by Michael Oslund
Date: 2026.11.19 17:05:41 -06'00'

Michael Oslund
President
Talton Communications, Inc.